**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Glenroy Coachella, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1262028** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1801 S. La Cienega Blvd., Suite 301**<br>**Los Angeles, CA 90035**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**84-141 Avenue 48 Coachella, CA 92236**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Glenroy Coachella, LLC**

Name

Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7211

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **Glenroy Coachella, LLC**                                                            Case number (if known) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Glenroy Coachella, LLC**                                                    Case number (*if known*) _____
Name

   ☐ $50,001 - $100,000          ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
   ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
   ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | Glenroy Coachella, LLC | Case number (*if known*) | |
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 8, 2021**
MM / DD / YYYY

**X** _____

Signature of authorized representative of debtor

Title   **Manager**

**Stuart Rubin**
Printed name

**18. Signature of attorney**

**X** _____

Signature of attorney for debtor

Date   **February 8, 2021**
MM / DD / YYYY

**Daniel J. Weintraub 132111**
Printed name

**Weintraub & Selth, APC**
Firm name

**11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 207-1494**        Email address   **dan@wsrlaw.net**

**132111 CA**
Bar number and State

# UNANIMOUS WRITTEN CONSENT
# GLENROY COACHELLA, LLC

The undersigned, being the Member and the Independent Manager of Glenroy Coachella, LLC, a Delaware limited liability company (the "Company"), in accordance with the Delaware Limited Liability Company Act, 6 *Del. C.* § 18-101 *et. Seq.* and the Amended and Restated Limited Liability Company Agreement of Glenroy Coachella, LLC, effective as of March 28, 2018 (the "Agreement"), do hereby consent to, adopt, authorize and approve the following resolutions as of February 5, 2021,

**WHEREAS**, the Member and the Independent Manager have considered the financial and operational conditions of the Company; and

**WHEREAS**, the Member and the Independent Manager have reviewed certain financial and other documents and the advice and recommendation of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring of the Company's business and assets under title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives and the advice of the Company's professionals and advisors, the Member has determined in its business judgment that it is in the best interests of the Company, its creditors, interest holders, and other interested parties and the Independent Manager having been asked to consent to a Material Action pursuant to Section 9(d)(XX) of the Agreement,  and considering her fiduciary duties, if any, as provided under the Agreement, that a voluntary petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Petition"), and the filing of such Petition be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED**, that Stuart Rubin and such other additional persons as may be designated by the Member and any other officer or person designated hereby are appointed as authorized signatories and representatives in connection with the bankruptcy proceeding authorized herein (collectively the "Authorized Representatives"); and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and empowered on behalf of the Company to execute and verify the Petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized to work with the Company's advisors to effectuate a restructuring under the Bankruptcy Code; and to file all motions and papers in the United States Bankruptcy Court for the Central District of California to obtain approval of such restructuring; and hereby authorized to execute appropriate agreements and related ancillary documents; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to negotiate, execute verify and file, or cause to be executed, verified and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain assistance by legal counsel, financial advisors, accountants and other professionals and to take any and all action which such Authorized Representative deems necessary and proper in connection with the bankruptcy case.

**IN WITNESS WHEREOF**, the undersigned Member and Independent Manager hereby consent to and approve and adopt these resolutions as of the date set forth above and direct that this Written Consent be filed with the Company's minutes and official records.

**MEMBER:**

GLENROY COACHELLA HOLDINGS LLC,
A Delaware limited liability company

By: _____
    Name: Stuart Rubin
    Title: Manager

**INDEPENDENT MANAGER:**

_____
Michelle A. Dreyer

## CERTIFICATE OF RESOLUTIONS OF GLENROY COACHELLA, LLC

The undersigned, being an authorized officer of Glenroy Coachella, LLC, does hereby certify that the following resolutions were adopted by unanimous consent of the members:

RESOLVED that Stuart Rubin is authorized to execute and cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Glenroy Coachella, LLC.

RESOLVED that the filing of a Chapter 11 case on behalf of Glenroy Coachella, LLC is in the best interests of the limited liability company and its managers, members and creditors.

RESOLVED that Weintraub & Selth, APC is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Stuart Rubin is the party designated to act on behalf of the corporation in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

**MEMBER:**

GLENROY COACHELLA HOLDINGS LLC,
a Delaware limited liability company

Dated: February 6, 2021

By: Stuart Rubin, Managing Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Glenroy Coachella, LLC |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SMS Architects 18004 Sky Park Cir., Suite 200 Irvine, CA 92614** | | **Architect Fees** | | | | **$291,430.87** |
| **Carrier Johnson 185 W. F St., Suite 500 San Diego, CA 92101** | | | | | | **$278,429.02** |
| **Bentley Financial Services One Porsche Dr. Atlanta, GA 30354** | | | | **$140,255.74** | **$0.00** | **$140,255.74** |
| **Barajas Plastering Co. 81-328 Avenida Romero Indio, CA 92201** | | **Vendor debt** | **Unliquidated** | | | **$96,000.00** |
| **Saxon Engineering 2605 Temple Heights Dr., Suite A Oceanside, CA 92056** | | **Civil Engineering Fees** | | | | **$73,557.34** |
| **Colliers Project Leaders 135 New Road Madison, CT 06443** | | **Construction Management** | | | | **$71,991.67** |
| **TLR Enterprises, Inc. 74875 Velie Way Palm Desert, CA 92260** | | | | | | **$61,574.60** |
| **Mascorro Concrete Construction Inc P.O. Box 910 Thousand Palms, CA 92276** | | | | | | **$56,841.35** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Glenroy Coachella, LLC**
　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Legacy Foodservice Design LLC** 2380 Thayer Ave. Henderson, NV 89074-5415 | | **Monetary Judgment** | | | | **$56,385.14** |
| **Carrier Johnson** 185 W. F St., Suite 500 San Diego, CA 92101 | | | | | | **$50,000.00** |
| **Orco Block & Hardscape** 11100 Beach Blvd. Stanton, CA 90680-3219 | | | | | | **$39,244.38** |
| **KMA Consulting** 151 Kalmus Dr., Suite C230 Costa Mesa, CA 92626 | | **Site Plumbing** | | | | **$37,425.00** |
| **Systems Waterproofing, Inc.** 223 West Blueridge Ave. Orange, CA 92865 | | **Vendor debt** | | | | **$33,359.40** |
| **Hugh T. Smith Co.** 5383 Roberts Rd. Yucca Valley, CA 92284 | | **Vendor** | | | | **$31,065.05** |
| **Design Development Co.** 28035 Dorothy Dr., Suite 100 Agoura Hills, CA 91301 | | **Kitchen Design & Interiors Building** | | | | **$23,798.91** |
| **West Coast Sand and Gravel Inc.** P.O. Box 5067 Buena Park, CA 90621-5067 | | | | | | **$21,666.29** |
| **Neil Rosenfield Baker Tilly** 15760 Ventura Blvd., Suite 1100 Encino, CA 91436 | | **Accounting fees** | **Unliquidated** | | | **$20,000.00** |
| **L & W Supply Corporation** P.O. Box 838 Beloit, WI 53512 | | | | | | **$19,505.40** |
| **City of Coachella** 1515 Sixth St. Coachella, CA 92236 | | **Utility services** | | | | **$18,032.61** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com 　　　　Best Case Bankruptcy

Debtor   **Glenroy Coachella, LLC**                                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **RTM Engineering Consultants, LLC 650 E. Algonquin Rd., Suite 250 Schaumburg, IL 60173** | | **Vendor** | | | | **$13,597.50** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **Glenroy Coachella, LLC** _____    Case No. _____
                                          Debtor(s)                Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Glenroy Coachella Holdings, LLC**<br>**1801 S La Cienega Blvd., Suite 301**<br>**Los Angeles, CA 90035** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 8, 2021** _____        Signature    _____
                                                              **Stuart Rubin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles, California**  , California.

Date:  **February 8, 2021**

Stuart Rubin
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel J. Weintraub 132111**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: 132111 CA<br>dan@wsrlaw.net | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   **Glenroy Coachella, LLC**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __18__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 8, 2021**
_____     _____
                              Signature of Debtor 1

Date: _____     _____
                              Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **February 8, 2021**
_____     _____
                              Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Glenroy Coachella, LLC
1801 S. La Cienega Blvd., Suite 301
Los Angeles, CA 90035


Daniel J. Weintraub
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


A. Maria Plumtree
11132 Winners Circle, #G 207
Los Alamitos, CA 90720-3449


Abdulaziz, Grossbart & Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606-1187


Al Miller & Sons Roofing, Inc.
68760 Summit Dr.
Cathedral City, CA 92234-7344


Alan G. Tippie
Sulmeyer Kupetz
333 S. Grand Ave., Suite 3400
Los Angeles, CA 90071


All Phase Drywall & Development Inc
1928 Lincoln Dr., Suite N.
Annapolis, MD 21401-4124


All-Phase Drywall
1187 13th St.
Imperial Beach, CA 91932

Ally Financial
P.O. Box 78234
Phoenix, AZ 85062

American Builders & Contractors Sup
One ABC Pkwy.
Beloit, WI 53511

Apple J Plumbing, Inc.
456 Citrus Ave.
Indio, CA 92201

Arnold L. Veldkamp
1508 W. Mission Rd.
Escondido, CA 92029

Art Of The Muse, LLC
2222 5th St.
Berkeley, CA 94710

Barajas Plastering Co.
81-328 Avenida Romero
Indio, CA 92201

Berman Litigation Group
815 Moraga Dr.
Los Angeles, CA 90049

Blair Air, Inc.
653 S. Oleander Rd.
Palm Springs, CA 92264-1502

BMC West, LLC
4800 Falls of Neuse Rd., Suite 400
Raleigh, NC 27609-8142


Bret H. Reed Jr.
28 Avocado Ave.
Corona Del Mar, CA 92625-1915


Brown White & Osborn LLP
333 S. Hope St., 40th Fl.
Los Angeles, CA 90071


Builders Termite, Inc.
13610 Imperial Highway, Suite 4
Santa Fe Springs, CA 90670


CA Dept. of Tax and Fee Admin.
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Calmwater Capital
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025


Carrier Johnson
185 W. F St., Suite 500
San Diego, CA 92101


Christopher Frost
Eisner, LLP
9601 Wilshire Blvd., 7th Fl.
Los Angeles, CA 90210

Christopher J. Koorstad
1235 N. Harbor Blvd., Suite 200
Fullerton, CA 92832-1349


Christopher Rivas
Reed Smith LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071


Christopher W. Bayuk
5170 Golden Foothills Parkway
El Dorado Hills, CA 95762-9608


City of Coachella
53-990 Enterprise Way
Coachella, CA 92236


City of Coachella
1515 Sixth St.
Coachella, CA 92236


City of Indio
100 Civic Center Mall
Indio, CA 92201


Coachella Lighthouse LLC
1801 La Cienega Blvd., Suite 301
Los Angeles, CA 90035


Coachella Resort, LLC
72780 Country Club Dr., Suite 301
Rancho Mirage, CA 92270

Coachella Resort, LLC
1801 S. La Cienega Blvd., Suite 301
Los Angeles, CA 90035


Coachella Valley Collection Service
P.O. Box 13621
Palm Desert, CA 92255-3621


Colliers International Group, LLC
11601 Wilshire Blvd., Suite 1950
Los Angeles, CA 90025


Colliers Project Leaders
135 New Road
Madison, CT 06443


Constructure, Inc.
3940 Laurel Canyon Blvd., #908
Studio City, CA 91604


CSC
251 Little Falls Dr.
Wilmington, DE 19808-1674


CSCDA
1700 N. Broadway, Suite 405
Walnut Creek, CA 94596


Cummins & White, LLP
2424 S.E. Bristol St., Suite 300
Newport Beach, CA 92660-0764

Dal Tile Distribution
P.O. Box 12069
Calhoun, GA 30703


Dal Tile Distribution, Inc.
7834 C.F. Hawn Freeway
Dallas, TX 75217-6529


Damian D. Capozzola
633 W. 5th St., 26th Fl.
Los Angeles, CA 90071


David A. Sudeck
Jeffer Mangels Butler & Mitchell
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067


David R. Baake
350 El Molino Blvd.
Las Cruces, NM 88005


Debra A. Riley
Allen Matkins Leck Gamble, et al.
600 W. Broadway, 27th Fl.
San Diego, CA 92101-0903


Desert Electric Supply
74875 Velie Way
Palm Desert, CA 92260


Desert Palms Electric, Inc.
40101 Monterey Ave.
Rancho Mirage, CA 92270-3261

Design Development Co.
28035 Dorothy Dr., Suite 100
Agoura Hills, CA 91301


Doug Wall Construction
78450 Avenue 41
Bermuda Dunes, CA 92203-1001


Doug Wall Construction
78450 Avenue 41
Indio, CA 92203-1001


Dunn Desantis Walt & Kendrick, LLP
750 B St., Suite 2620
San Diego, CA 92101-8172


Edwin W. Leslie
LK Asset Advisors
209 10th Ave. South, Suite 416
Nashville, TN 37203


EFO Financial Group, LLC
9115 Galleria Court, Suite 105
Naples, FL 34109


Elliot B. Lander
72780 Country Club Dr., Suite 301
Rancho Mirage, CA 92270-4126


Eric J. Monzo
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494

Ferguson Enterprises, LLC
P.O. Box 2778
Newport News, VA 23602


Fidelity National Title Company
1101 Investment Blvd., Suite 170
El Dorado Hills, CA 95762


Fire Code Inc.
63 Via Pico Plaza, Suite 102
San Clemente, CA 92672


Force Rubin 2, LLC
1801 S. La Cienega Blvd., Suite 301
Los Angeles, CA 90035


Force Rubin, LLC
1801 S. La Cienega Blvd., Suite 301
Los Angeles, CA 90035


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gary Stiffelman
383 S. Beverly Glen Blvd.
Los Angeles, CA 90024


Gauston Corp.
45311 Golf Center Pkwy., Unit C
Indio, CA 92201

George H. Sykulksi
P.O. Box 10426
Burbank, CA 91510


George H. Sykulksi
3156 Abington Dr.
Beverly Hills, CA 90210-1101


GF Investment Group Inc
42600 Glass Dr.
Bermuda Dunes, CA 92203-1468


Glendale Plumbing & Fire Supply
4900 W. Washington Blvd.
Los Angeles, CA 90016


Greenberg & Bass
16000 Ventura Blvd., Suite 1000
Encino, CA 91436


GRT RE Investment LLC
2664 Pepperdale Dr.
Rowland Heights, CA 91748


Guralnick & Gilliland, LLP
40004 Cook St., Suite 3
Palm Desert, CA 92211


Hajoca Corporation
2001 Joshua Rd.
Lafayette Hill, PA 19444-2431

Hi-Grade Materials Co.
17671 Bear Valley Rd.
Hesperia, CA 92345


Highgate Hotels, LP
870 Seventh Ave., 2nd Fl.
New York, NY 10019


Howard Goodman
18321 Ventura Blvd., Suite 755
Tarzana, CA 91356


Hugh T. Smith Co.
5383 Roberts Rd.
Yucca Valley, CA 92284


Inland Valley Sladden, Inc.
45 Egan Ave.
Beaumont, CA 92223


Integrity Joint Control, Inc.
431 W. Lambert Rd., Suite 305
Brea, CA 92821


InterContinental Hotels Group
3 Ravinia Dr., Suite 100
Atlanta, GA 30346-2149


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacobsson Engineering Const., Inc.
P.O. Box 14430
Palm Desert, CA 92255


JAMS
18881 Von Karman Ave., Sujite 350
Irvine, CA 92612


Jeffrey D. Segal
1840 Century Park East, 17th Fl.
Los Angeles, CA 90067


John D. Gallegos
35900 Bob Hope Dr., Suite 170
Rancho Mirage, CA 92270


KMA Consulting
151 Kalmus Dr., Suite C230
Costa Mesa, CA 92626


Kozberg & Bodell, LLP
1801 Century Park East, 16th Fl.
Los Angeles, CA 90067


L & W Supply Corporation
P.O. Box 838
Beloit, WI 53512


La Hacienda Nursery & Landscape Inc
80-900 Miles Ave.
Indio, CA 92201-2822

Lanak & Hanna, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868

Legacy Foodservice Design LLC
2380 Thayer Ave.
Henderson, NV 89074-5415

Marc S. Homme, APLC
P.O. Box 4250
Palm Desert, CA 92261-4250

Marvin H. Weiss
74075 El Paseo , Suite A15
Palm Desert, CA 92260

Mascorro Concrete Construction Inc
P.O. Box 910
Thousand Palms, CA 92276

McGarrigle, Kenney & Zampiello, APC
9600 Topanga Canyon Blvd., Suite 20
Chatsworth, CA 91311

MGR Concrete, Inc.
P.O. Box 886
Desert Hot Springs, CA 92240

Michael T. Chulak
30343 Canwood St., Suite 203
Agoura Hills, CA 91301

Michelle A. Dreyer
251 Little Falls Dr.
Wilmington, DE 19808


Nathan M. Carle
Raines Feldman LLP
8401 Von Karman Ave., Suite 360
Irvine, CA 92612-8541


Neil Rosenfield
Baker Tilly
15760 Ventura Blvd., Suite 1100
Encino, CA 91436


Orco Block & Hardscape
11100 Beach Blvd.
Stanton, CA 90680-3219


Orrick
777 S. Figueroa St.
Los Angeles, CA 90017-5855


PACE Equity LLC
731 N. Jackson St., Suite 420
Milwaukee, WI 53202


Palm Springs Welding Inc.
1189 N. Valdivia Way
Palm Springs, CA 92262


Palms to Pines Automotive
74-725 Joni Dr.
Palm Desert, CA 92260

Porsche Financial Services, Inc.
1 Porsche Dr.
Atlanta, GA 30354-1654


Porsche Leasing Ltd.
1 Porsche Dr.
Atlanta, GA 30354-1654


Reed Smith LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071


Resource Building Materials
10961 Dale Ave.
Stanton, CA 90680


Resource Building Materials
1050 W. Ave. M
Lancaster, CA 93534


Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502-2205


Robertson's
200 S. Main St., Suite 200
Corona, CA 92882-2212


Roemer & Harnik, LLP
45025 Manitou Dr.
Indian Wells, CA 92210

Rosenfeld Meyer and Susman LLP
232 N. Canon Dr.
Beverly Hills, CA 90210-5302


Rosenfeld Wolff & Klein
1901 Avenue Of The Stars, Suite 500
Los Angeles, CA 90067


Royal & Miles LLP
1522 W. Warm Springs Rd.
Henderson, NV 89014


RTM Engineering Consultants, LLC
650 E. Algonquin Rd., Suite 250
Schaumburg, IL 60173


Saxon Engineering
2605 Temple Heights Dr., Suite A
Oceanside, CA 92056


Sean A. O'Keefe
26 Executive Park, Suite 25
Irvine, CA 92614-2701


Seth Merewitz
Best Best & Krieger
300 S. Grand Ave., 25th Fl,
Los Angeles, CA 90071


Silhouette Outdoor Furniture, Inc.
3923 N. Kostner Ave.
Chicago, IL 60641-2839

Slovak Baron Empey Murphy & Pinkney
74785 Highway 111, Suite 105
Indian Wells, CA 92210


SMS Architects
18004 Sky Park Cir., Suite 200
Irvine, CA 92614


Solid Rock Painting Corporation
82545 Showcase Parkway, Suite 109
Indio, CA 92203


Southwest Plumbing, Inc.
31410 Reserve Dr., Suite 5
Thousand Palms, CA 92276-6646


State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812-1888


Stephen J. Armstrong
44200 Monterey Ave., Suite B
Palm Desert, CA 92260-2708


Stifel
515 S. Figueroa St., Suite 1800
Los Angeles, CA 90071


Stiffelman Family Trust
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Stuart Rubin
715 N. Alpine Dr.
Beverly Hills, CA 90210


Stuart Rubin
715 N. Alpine Drive
Beverly Hills, CA 90210


Superior Pool Products, LLC
4900 E. Landon Dr.
Anaheim, CA 92807-1980


Superior Pool Products, LLC
109 Northpark Blvd.
Covington, LA 70433


Superior Ready Mix Concrete, L.P.
86160 Avenue 54
Coachella, CA 92236-3813


Systems Waterproofing, Inc.
223 West Blueridge Ave.
Orange, CA 92865


Tandem West Glass Inc.
1177 W. Lincoln St., Suite 100
Banning, CA 92220-4524


Technical Works California, LLC
13200 Crossroads Pkwy N., Suite 250
City of Industry, CA 91746-3480

TemalPakh, Inc.
73750 Spyder Cir.
Palm Desert, CA 92211-6023


Tharpe & Howell
15250 Ventura Blvd., 9th Fl.
Sherman Oaks, CA 91403-3221


The Green Law Group, LLP
1777 E. Los Angeles Ave.
Simi Valley, CA 93065


The Sherwin-Williams Company
101 W. Prospect Ave., Suite 1020
Cleveland, OH 44115-1027


Thyne Taylor Fox Howard LLP
2000 State St.
Santa Barbara, CA 93105-3554


TLR Enterprises, Inc.
74875 Velie Way
Palm Desert, CA 92260


U.S. Real Estate Credit Holdings
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025


Vacation Pools, Inc.
44907 Golf Center Pkwy., #9
Indio, CA 92201

West Coast Sand and Gravel Inc.
P.O. Box 5067
Buena Park, CA 90621-5067


William C. Hoggard
625 The City Drive South, Suite 200
Orange, CA 92868


Zimmerman Group
28202 Cabot Rd., Suite 620
Laguna Niguel, CA 92677