**Fill in this information to identify the case:**

Debtor name  **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-11188-BB**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 1, 2021**          X _____
                                         Signature of individual signing on behalf of debtor

**Stuart Rubin**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-11188-BB**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................   $   **52,200,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................   $   **2,160.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................   $   **52,202,160.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **35,023,701.22**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$   **1,795,683.66**

4.   Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b                                                                                     $   **36,819,384.88**

**Fill in this information to identify the case:**

Debtor name    **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-11188-BB**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
| --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| 3.1. | Account contolled by Receiver | Checking | | $2,160.00 |
| --- | --- | --- | --- | --- |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,160.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | | Case number *(If known)* **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Construction supplies; Inventory done by Receiver; Value not disclosed** | | **$0.00** | | **Unknown** |
| 20. | **Work in progress Unfinished buildings** | | **$0.00** | | **Unknown** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | | | **$0.00** |
|---|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | **Office furniture** | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number *(If known)* | **2:21-bk-11188-BB** |
| | Name | | |

| | Indoor and outdoor furnishings; Inventory done by Receiver; Values not disclosed | Unknown | | Unknown |
|---|---|---|---|---|
| 40. | **Office fixtures**<br>Fixtures; Inventory done by Receiver; Values not disclosed | $0.00 | | Unknown |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Glenroy Coachella, LLC**                                  Case number *(If known)* **2:21-bk-11188-BB**
Name

| 55.1. | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.** | Tenant in Common (70.5% interest) | | $0.00 | Appraisal | $52,200,000.00 |
|---|---|---|---|---|---|---|

56.  **Total of Part 9.**                                                                                    | $52,200,000.00 |

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

  ■ No
  ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **www.theglenroy.com** | $0.00 | | Unknown |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                                   | $0.00 |

  Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**

  ■ No
  ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor      **Glenroy Coachella, LLC**                                      Case number *(If known)*  **2:21-bk-11188-BB**
_____
Name

☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

<table>
<tr><td>Part 11:</td><td><strong>All other assets</strong></td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Glenroy Coachella, LLC**                                Case number *(If known)*  **2:21-bk-11188-BB**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,160.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $52,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,160.00 | + 91b. $52,200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,202,160.00 |

**Fill in this information to identify the case:**

Debtor name   **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-11188-BB**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

| 2.1 | **Al Miller & Sons Roofing, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.** | $153,901.11 | $52,200,000.00 |
| | **68760 Summit Dr.**<br>**Cathedral City, CA**<br>**92234-7344**<br>Creditor's mailing address | Describe the lien<br>**Mechanic's Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**0009**<br>Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | Glenroy Coachella, LLC | Case number (if known) | 2:21-bk-11188-BB |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Riverside County Treasurer**
**2. U.S. Real Estate Credit Holdings**
**3. Gauston Corp.**
**4. Hi-Grade Materials Co.**
**5. Glendale Plumbing & Fire Supply**
**6. Constructure, Inc.**
**7. Ferguson Enterprises, LLC**
**8. Superior Ready Mix Concrete, L.P.**
**9. The Sherwin-Williams Company**
**10. GF Investment Group Inc**
**11. Blair Air, Inc.**
**12. Hajoca Corpor**

---

| 2.2 | **All Phase Drywall & Development Inc** | Describe debtor's property that is subject to a lien | $157,794.68 | $52,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.** | | |

**1928 Lincoln Dr., Suite N.
Annapolis, MD 21401-4124**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**
Last 4 digits of account number
**9367**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 19

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Glenroy Coachella, LLC** | | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Riverside County Treasurer**
**2. U.S. Real Estate Credit Holdings**
**3. Gauston Corp.**
**4. Hi-Grade Materials Co.**
**5. Glendale Plumbing & Fire Supply**
**6. Constructure, Inc.**
**7. Ferguson Enterprises, LLC**
**8. Superior Ready Mix Concrete, L.P.**
**9. The Sherwin-Williams Company**
**10. GF Investment Group Inc**
**11. Blair Air, Inc.**
**12. Hajoca Corpor**

---

| 2.3 | **American Builders & Contractors Sup** | Describe debtor's property that is subject to a lien | $24,813.58 | $52,200,000.00 |
|---|---|---|---|---|

| | Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.** |

**One ABC Pkwy.**
**Beloit, WI 53511**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Glenroy Coachella, LLC | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Riverside County Treasurer**
**2. U.S. Real Estate Credit Holdings**
**3. Gauston Corp.**
**4. Hi-Grade Materials Co.**
**5. Glendale Plumbing & Fire Supply**
**6. Constructure, Inc.**
**7. Ferguson Enterprises, LLC**
**8. Superior Ready Mix Concrete, L.P.**
**9. The Sherwin-Williams Company**
**10. GF Investment Group Inc**
**11. Blair Air, Inc.**
**12. Hajoca Corpor**

---

| 2.4 | **Apple J Plumbing, Inc.** | Describe debtor's property that is subject to a lien | $175,824.87 | $52,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

**456 Citrus Ave.**
**Indio, CA 92201**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**

Last 4 digits of account number
**6579**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    **Glenroy Coachella, LLC**                                    Case number (if known)    **2:21-bk-11188-BB**
          Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Riverside County
Treasurer
2. U.S. Real Estate Credit
Holdings
3. Gauston Corp.
4. Hi-Grade Materials Co.
5. Glendale Plumbing &
Fire Supply
6. Constructure, Inc.
7. Ferguson Enterprises,
LLC
8. Superior Ready Mix
Concrete, L.P.
9. The Sherwin-Williams
Company
10. GF Investment Group
Inc
11. Blair Air, Inc.
12. Hajoca Corpor**

| 2.5 | **Art Of The Muse, LLC** | | $324,180.71 | Unknown |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Indoor and outdoor furnishings; Inventory
done by Receiver; Values not disclosed**

**2222 5th St.
Berkeley, CA 94710**
Creditor's mailing address

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2019**
**Last 4 digits of account number
7148**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

| 2.6 | **Blair Air, Inc.** | | $297,443.80 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Property located at 48100 Van Buren St.,
Coachella, California, 92236; commonly
known as 84-141 Avenue 48, Coachella, CA
92236; 35 acres on 5 APN parcels; as is
market value. Value of approximately
$52,200,000. Appraisal pending.**

**653 S. Oleander Rd.
Palm Springs, CA
92264-1502**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**6241**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Riverside County Treasurer**
**2. U.S. Real Estate Credit Holdings**
**3. Gauston Corp.**
**4. Hi-Grade Materials Co.**
**5. Glendale Plumbing & Fire Supply**
**6. Constructure, Inc.**
**7. Ferguson Enterprises, LLC**
**8. Superior Ready Mix Concrete, L.P.**
**9. The Sherwin-Williams Company**
**10. GF Investment Group Inc**
**11. Blair Air, Inc.**
**12. Hajoca Corpor**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **BMC West, LLC** | | **$50,290.00** | **$52,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.

**4800 Falls of Neuse Rd., Suite 400**
**Raleigh, NC 27609-8142**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8245**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Constructure, Inc.** | Describe debtor's property that is subject to a lien | **$0.00** | **$52,200,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | Property located at 48100 Van Buren St., Coachella, California, 92236; commonlyn known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Claim paid in full. | | |

**3940 Laurel Canyon Blvd., #908
Studio City, CA 91604**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2019
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Dal Tile Distribution** | Describe debtor's property that is subject to a lien | $16,521.61 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.

**P.O. Box 12069
Calhoun, GA 30703**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2019
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Desert Electric Supply** | Describe debtor's property that is subject to a lien | $61,574.60 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.

**74875 Velie Way
Palm Desert, CA 92260**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  7 of 19

Debtor    **Glenroy Coachella, LLC**
　　　　　Name

Case number (if known)    **2:21-bk-11188-BB**

---

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9158** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.6** | |

---

| 2.1 1 | | | | |
|---|---|---|---|---|
| **Desert Palms Electric, Inc.** | **Describe debtor's property that is subject to a lien** | | $389,839.09 | $52,200,000.00 |
| Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.** | | | |
| **40101 Monterey Ave.** **Rancho Mirage, CA** **92270-3261** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Mechanic's Lien** | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **6554** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| ☐ No | ☐ Contingent | | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Specified on line 2.6** | | | | |

---

| 2.1 2 | | | | |
|---|---|---|---|---|
| **Doug Wall Construction** | **Describe debtor's property that is subject to a lien** | | $903,600.00 | $52,200,000.00 |
| Creditor's Name | **Property at 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels. Debtor's believes this mechanics lien claim includes sums owed to subcontractors and suppliers also scheduled herein, many of whom have filed their own liens.** | | | |
| **78450 Avenue 41** **Bermuda Dunes, CA** **92203-1001** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Mechanic's Lien** | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ☐ No | | | |
| **2019** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 8 of 19

| Debtor | **Glenroy Coachella, LLC** | | Case number (if known) | **2:21-bk-11188-BB** |
| | Name | | | |

**7309**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

| 2.1 3 | **Ferguson Enterprises, LLC** | Describe debtor's property that is subject to a lien | **$119,569.73** | **$52,200,000.00** |
| | Creditor's Name | Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending. | | |

P.O. Box 2778
Newport News, VA 23602

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**
**6136**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

| 2.1 4 | **Gauston Corp.** | Describe debtor's property that is subject to a lien | **$49,983.11** | **$52,200,000.00** |
| | Creditor's Name | Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending. | | |

45311 Golf Center Pkwy., Unit C
Indio, CA 92201

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 2.1 5 | **GF Investment Group Inc** | Describe debtor's property that is subject to a lien | $259,695.63 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**42600 Glass Dr.
Bermuda Dunes, CA
92203-1468**

Creditor's mailing address

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Glendale Plumbing & Fire Supply** | Describe debtor's property that is subject to a lien | $23,792.54 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**4900 W. Washington Blvd.
Los Angeles, CA 90016**

Creditor's mailing address

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Hajoca Corporation** | Describe debtor's property that is subject to a lien | $39,636.17 | $52,200,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

| Creditor's Name | | |
|---|---|---|

| | Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending. |

**2001 Joshua Rd.**
**Lafayette Hill, PA**
**19444-2431**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0621**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Hi-Grade Materials Co.** | Describe debtor's property that is subject to a lien | $32,847.96 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.

**17671 Bear Valley Rd.**
**Hesperia, CA 92345**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Jacobsson Engineering Const., Inc.** | Describe debtor's property that is subject to a lien | $1,042,299.00 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.

**P.O. Box 14430**
**Palm Desert, CA 92255**

Creditor's mailing address

Describe the lien

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 11 of 19 |
|---|---|---|

Debtor    **Glenroy Coachella, LLC**
Name

Case number *(if known)*    **2:21-bk-11188-BB**

---

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**6568**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **La Hacienda Nursery & Landscape Inc** | | $146,717.74 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

**80-900 Miles Ave.**
**Indio, CA 92201-2822**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**7155**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Resource Building Materials** | | $1,905.04 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

**10961 Dale Ave.**
**Stanton, CA 90680**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2019**

---

Debtor    **Glenroy Coachella, LLC**
Name

Case number *(if known)*    **2:21-bk-11188-BB**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.6** | |

---

| 2.2 2 | **Riverside County Treasurer** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$52,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

**P.O. Box 12005**
**Riverside, CA 92502-2205**

Creditor's mailing address

**Describe the lien**
**Property taxes**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2020-2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0061**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.6** | |

---

| 2.2 3 | **Robertson's** | **Describe debtor's property that is subject to a lien** | **$3,003.16** | **$52,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

**200 S. Main St., Suite 200**
**Corona, CA 92882-2212**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5521**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.6** | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.2 4 | **Southwest Plumbing, Inc.** | Describe debtor's property that is subject to a lien | $111,141.13 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**31410 Reserve Dr., Suite 5
Thousand Palms, CA
92276-6646**

Creditor's mailing address

**Property located at 48100 Van Buren St.,
Coachella, California, 92236; commonly
known as 84-141 Avenue 48, Coachella, CA
92236; 35 acres on 5 APN parcels; as is
market value. Value of approximately
$52,200,000. Appraisal pending.**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
2019**
**Last 4 digits of account number
7201**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Superior Pool Products, LLC** | Describe debtor's property that is subject to a lien | $14,386.05 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**4900 E. Landon Dr.
Anaheim, CA 92807-1980**

Creditor's mailing address

**Property located at 48100 Van Buren St.,
Coachella, California, 92236; commonly
known as 84-141 Avenue 48, Coachella, CA
92236; 35 acres on 5 APN parcels; as is
market value. Value of approximately
$52,200,000. Appraisal pending.**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Superior Ready Mix Concrete, L.P.** | Describe debtor's property that is subject to a lien | $20,571.27 | $52,200,000.00 |
|---|---|---|---|---|

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending. |

**86160 Avenue 54**
**Coachella, CA 92236-3813**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**6015**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Tandem West Glass Inc.** | Describe debtor's property that is subject to a lien | $449,849.39 | $52,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending. | | |

**1177 W. Lincoln St., Suite 100**
**Banning, CA 92220-4524**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0015**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **TemalPakh, Inc.** | Describe debtor's property that is subject to a lien | $33,628.46 | $52,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending. | | |

**73750 Spyder Cir.**
**Palm Desert, CA 92211-6023**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 15 of 19

| Debtor | **Glenroy Coachella, LLC** | | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|---|
| | Name | | | |

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7262**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | **The Sherwin-Williams Company** | | $26,794.79 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

**101 W. Prospect Ave., Suite 1020**
**Cleveland, OH 44115-1027**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **U.S. Real Estate Credit Holdings** | | $30,092,096.00 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; as is market value. Value of approximately $52,200,000. Appraisal pending.**

**11755 Wilshire Blvd., Suite 1425**
**Los Angeles, CA 90025**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Glenroy Coachella, LLC** | | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**
**4805**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$35,023,701. 22** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **A. Maria Plumtree**<br>**11132 Winners Circle, #G 207**<br>**Los Alamitos, CA 90720-3449** | Line **2.15** | |
| **Abdulaziz, Grossbart & Rudman**<br>**6454 Coldwater Canyon Ave.**<br>**North Hollywood, CA 91606-1187** | Line **2.7** | |
| **Alan G. Tippie**<br>**Sulmeyer Kupetz**<br>**333 S. Grand Ave., Suite 3400**<br>**Los Angeles, CA 90071** | Line **2.30** | |
| **All-Phase Drywall**<br>**1187 13th St.**<br>**Imperial Beach, CA 91932** | Line **2.2** | |
| **Arnold L. Veldkamp**<br>**1508 W. Mission Rd.**<br>**Escondido, CA 92029** | Line **2.26** | |
| **Calmwater Capital**<br>**11755 Wilshire Blvd., Suite 1425**<br>**Los Angeles, CA 90025** | Line **2.30** | |
| **Christopher Rivas**<br>**Reed Smith LLP**<br>**355 S. Grand Ave., Suite 2900**<br>**Los Angeles, CA 90071** | Line **2.30** | |
| **Christopher W. Bayuk**<br>**5170 Golden Foothills Parkway**<br>**El Dorado Hills, CA 95762-9608** | Line **2.17** | |
| **Cummins & White, LLP**<br>**2424 S.E. Bristol St., Suite 300**<br>**Newport Beach, CA 92660-0764** | Line **2.20** | |
| **Dal Tile Distribution, Inc.**<br>**7834 C.F. Hawn Freeway**<br>**Dallas, TX 75217-6529** | Line **2.9** | |

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Edwin W. Leslie**<br>**LK Asset Advisors**<br>**209 10th Ave. South, Suite 416**<br>**Nashville, TN 37203** | Line **2.30** |
| **Fidelity National Title Company**<br>**1101 Investment Blvd., Suite 170**<br>**El Dorado Hills, CA 95762** | Line **2.30** |
| **George H. Sykulksi**<br>**P.O. Box 10426**<br>**Burbank, CA 91510** | Line **2.13** |
| **George H. Sykulksi**<br>**3156 Abington Dr.**<br>**Beverly Hills, CA 90210-1101** | Line **2.13** |
| **Guralnick & Gilliland, LLP**<br>**40004 Cook St., Suite 3**<br>**Palm Desert, CA 92211** | Line **2.19** |
| **Kozberg & Bodell, LLP**<br>**1801 Century Park East, 16th Fl.**<br>**Los Angeles, CA 90067** | Line **2.2** |
| **Lanak & Hanna, P.C.**<br>**625 The City Drive South, Suite 190**<br>**Orange, CA 92868** | Line **2.29** |
| **Marc S. Homme, APLC**<br>**P.O. Box 4250**<br>**Palm Desert, CA 92261-4250** | Line **2.12** |
| **Nathan M. Carle**<br>**Raines Feldman LLP**<br>**8401 Von Karman Ave., Suite 360**<br>**Irvine, CA 92612-8541** | Line **2.30** |
| **Resource Building Materials**<br>**1050 W. Ave. M**<br>**Lancaster, CA 93534** | Line **2.21** |
| **Roemer & Harnik, LLP**<br>**45025 Manitou Dr.**<br>**Indian Wells, CA 92210** | Line **2.6** |
| **Solid Rock Painting Corporation**<br>**82545 Showcase Parkway, Suite 109**<br>**Indio, CA 92203** | Line **2.29** |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line **2.17** |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line **2.19** |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line **2.11** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 18 of 19

Debtor  **Glenroy Coachella, LLC**
_____
Name

Case number (*if known*)  **2:21-bk-11188-BB**
_____

| | |
|---|---|
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line  **2.4** |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line  **2.28** |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line  **2.27** |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line  **2.1** |
| **Superior Pool Products, LLC**<br>**109 Northpark Blvd.**<br>**Covington, LA 70433** | Line  **2.25** |

**Fill in this information to identify the case:**

Debtor name **Glenroy Coachella, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:21-bk-11188-BB**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ABC Supply Co., Inc.**<br>**1 ABC Parkway**<br>**Beloit, WI 53511**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$24,813.58** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**All-Wall Equipment Co., Inc.**<br>**6561 W. Post Rd.**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred  **2019**<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17,106.74** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**ASR Development Co.**<br>**c/o Stuart Rubin**<br>**1801 S. La Cienega Blvd., #301**<br>**Los Angeles, CA 90035**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loans made to the Debtor to fund the Debtor's Project, including construction costs.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Barajas Plastering Co.**<br>**81-328 Avenida Romero**<br>**Indio, CA 92201**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$72,080.32** |

| Debtor | **Glenroy Coachella, LLC** | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Bret H. Reed Jr.**
**28 Avocado Ave.**
**Corona Del Mar, CA 92625-1915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Brown White & Osborn LLP**
**333 S. Hope St., 40th Fl.**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Builders Termite, Inc.**
**13610 Imperial Highway, Suite 4**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claim by vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Carrier Johnson**
**185 W. F St., Suite 500**
**San Diego, CA 92101**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **1080**

As of the petition filing date, the claim is: *Check all that apply.*                **$278,429.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Carrier Johnson**
**185 W. F St., Suite 500**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number  **0085**

As of the petition filing date, the claim is: *Check all that apply.*                **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**City of Coachella**
**53-990 Enterprise Way**
**Coachella, CA 92236**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim arising out of litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**City of Coachella**
**1515 Sixth St.**
**Coachella, CA 92236**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **9873**

As of the petition filing date, the claim is: *Check all that apply.*                **$18,032.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$378,000.00** |
|---|---|---|---|

**City of Coachella**
**53-990 Enterprise Way**
**Coachella, CA 92236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
|---|---|---|---|

**Coachella Valley Collection Service**
**P.O. Box 13621**
**Palm Desert, CA 92255-3621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6271**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,991.67** |
|---|---|---|---|

**Colliers Project Leaders**
**135 New Road**
**Madison, CT 06443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction Management**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**CSC**
**251 Little Falls Dr.**
**Wilmington, DE 19808-1674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Agent of process services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David A. Sudeck**
**Jeffer Mangels Butler & Mitchell**
**1900 Avenue of the Stars, 7th Fl.**
**Los Angeles, CA 90067**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential clail for legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,798.91** |
|---|---|---|---|

**Design Development Co.**
**28035 Dorothy Dr., Suite 100**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Kitchen Design & Interiors Building**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fire Code Inc.**
**63 Via Pico Plaza, Suite 102**
**San Clemente, CA 92672**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claim by vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greenberg & Bass**
**16000 Ventura Blvd., Suite 1000**
**Encino, CA 91436**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GRT RE Investment LLC**
**2664 Pepperdale Dr.**
**Rowland Heights, CA 91748**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,065.05 |
|---|---|---|---|

**Hugh T. Smith Co.**
**5383 Roberts Rd.**
**Yucca Valley, CA 92284**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,404.00 |
|---|---|---|---|

**Inland Valley Sladden, Inc.**
**45 Egan Ave.**
**Beaumont, CA 92223**

Date(s) debt was incurred  _

Last 4 digits of account number  **HOLD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Geotechnical & Testing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,937.61 |
|---|---|---|---|

**J & B Materials**
**1165 N. Johnson Ave.**
**El Cajon, CA 92020**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,094.30 |
|---|---|---|---|

**JAMS**
**18881 Von Karman Ave., Sujite 350**
**Irvine, CA 92612**

Date(s) debt was incurred  **6/2020-10/2020**

Last 4 digits of account number  **5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitration fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeffrey D. Segal**
**1840 Century Park East, 17th Fl.**
**Los Angeles, CA 90067**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,425.00** |
|---|---|---|---|

**KMA Consulting**
**151 Kalmus Dr., Suite C230**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **9003**

Basis for the claim:  **Site Plumbing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,505.40** |
|---|---|---|---|

**L & W Supply Corporation**
**P.O. Box 838**
**Beloit, WI 53512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **7895**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,385.14** |
|---|---|---|---|

**Legacy Foodservice Design LLC**
**2380 Thayer Ave.**
**Henderson, NV 89074-5415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **705C**

Basis for the claim:  **Monetary Judgment**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,841.35** |
|---|---|---|---|

**Mascorro Concrete Construction Inc**
**P.O. Box 910**
**Thousand Palms, CA 92276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **6560**

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McGarrigle, Kenney & Zampiello, APC**
**9600 Topanga Canyon Blvd., Suite 20**
**Chatsworth, CA 91311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-2021**

Last 4 digits of account number __

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**MGR Concrete, Inc.**
**P.O. Box 886**
**Desert Hot Springs, CA 92240**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claim by vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Neil Rosenfield**
**Baker Tilly**
**15760 Ventura Blvd., Suite 1100**
**Encino, CA 91436**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Accounting fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,244.38** |
| | **Orco Block & Hardscape** | ☐ Contingent | |
| | **11100 Beach Blvd.** | ☐ Unliquidated | |
| | **Stanton, CA 90680-3219** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **7155** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Orrick** | ☐ Contingent | |
| | **777 S. Figueroa St.** | ■ Unliquidated | |
| | **Los Angeles, CA 90017-5855** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Potential claim for unpaid legal fees** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,833.58** |
| | **Palm Springs Welding Inc.** | ☐ Contingent | |
| | **1189 N. Valdivia Way** | ■ Unliquidated | |
| | **Palm Springs, CA 92262** | ■ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Potential claim by vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Palms to Pines Automotive** | ☐ Contingent | |
| | **74-725 Joni Dr.** | ☐ Unliquidated | |
| | **Palm Desert, CA 92260** | ■ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Potential claim by vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Porsche Leasing Ltd.** | ☐ Contingent | |
| | **1 Porsche Dr.** | ☐ Unliquidated | |
| | **Atlanta, GA 30354-1654** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **0080** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Porsche Leasing Ltd.** | ☐ Contingent | |
| | **1 Porsche Dr.** | ■ Unliquidated | |
| | **Atlanta, GA 30354-1654** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **1266** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Reed Smith LLP** | ☐ Contingent | |
| | **355 S. Grand Ave., Suite 2900** | ■ Unliquidated | |
| | **Los Angeles, CA 90071** | ☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Potential claim for legal fees** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Glenroy Coachella, LLC** | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Rosenfeld Wolff & Klein**
**1901 Avenue Of The Stars, Suite 500**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential claim fro unpaid legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**RTM Engineering Consultants, LLC**
**650 E. Algonquin Rd., Suite 250**
**Schaumburg, IL 60173**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **A001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,597.50**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Saxon Engineering**
**2605 Temple Heights Dr., Suite A**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number  **7024**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Civil Engineering Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$73,557.34**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Sean A. O'Keefe**
**26 Executive Park, Suite 25**
**Irvine, CA 92614-2701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential clain for unpaid legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Silhouette Outdoor Furniture, Inc.**
**3923 N. Kostner Ave.**
**Chicago, IL 60641-2839**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **v373**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**SMS Architects**
**18004 Sky Park Cir., Suite 200**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Architect Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$291,430.87**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**State Water Resources Control Board**
**PO Box 1888**
**Sacramento, CA 95812-1888**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **2816**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Dtorm water and wastewater permit fee**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,870.00**

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stuart Rubin**
**715 N. Alpine Dr.**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loans made from Stuart Rubin to the Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,359.40**

**Systems Waterproofing, Inc.**
**223 West Blueridge Ave.**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Technical Works California, LLC**
**13200 Crossroads Pkwy N., Suite 250**
**City of Industry, CA 91746-3480**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Thyne Taylor Fox Howard LLP**
**2000 State St.**
**Santa Barbara, CA 93105-3554**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential claim for unpaid legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,574.60**

**TLR Enterprises, Inc.**
**74875 Velie Way**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **6552**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,639.00**

**Vacation Pools, Inc.**
**44907 Golf Center Pkwy., #9**
**Indio, CA 92201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential claim by vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,666.29**

**West Coast Sand and Gravel Inc.**
**P.O. Box 5067**
**Buena Park, CA 90621-5067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **7264**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zimmerman Group**
**28202 Cabot Rd., Suite 620**
**Laguna Niguel, CA 92677**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claim for unpaid fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abdulaziz, Grossbart & Rudman**<br>**6454 Coldwater Canyon Ave.**<br>**North Hollywood, CA 91606-1187** | Line **3.9**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Christopher J. Koorstad**<br>**1235 N. Harbor Blvd., Suite 200**<br>**Fullerton, CA 92832-1349** | Line **3.49**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **City of Indio**<br>**100 Civic Center Mall**<br>**Indio, CA 92201** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Dunn Desantis Walt & Kendrick, LLP**<br>**750 B St., Suite 2620**<br>**San Diego, CA 92101-8172** | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Howard Goodman**<br>**18321 Ventura Blvd., Suite 755**<br>**Tarzana, CA 91356** | Line **3.53**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **John D. Gallegos**<br>**35900 Bob Hope Dr., Suite 170**<br>**Rancho Mirage, CA 92270** | Line **3.13**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Lanak & Hanna, P.C.**<br>**625 The City Drive South, Suite 190**<br>**Orange, CA 92868** | Line **3.27**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Michael T. Chulak**<br>**30343 Canwood St., Suite 203**<br>**Agoura Hills, CA 91301** | Line **3.20**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Porsche Financial Services, Inc.**<br>**1 Porsche Dr.**<br>**Atlanta, GA 30354-1654** | Line **3.37**<br><br>☐ Not listed. Explain ____ | __ |
| 4.10 | **Rosenfeld Meyer and Susman LLP**<br>**232 N. Canon Dr.**<br>**Beverly Hills, CA 90210-5302** | Line **3.44**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Glenroy Coachella, LLC** | | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.11 | **Royal & Miles LLP**<br>**1522 W. Warm Springs Rd.**<br>**Henderson, NV 89014** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Seth Merewitz**<br>**Best Best & Krieger**<br>**300 S. Grand Ave., 25th Fl,**<br>**Los Angeles, CA 90071** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Slovak Baron Empey Murphy & Pinkney**<br>**74785 Highway 111, Suite 105**<br>**Indian Wells, CA 92210** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Tharpe & Howell**<br>**15250 Ventura Blvd., 9th Fl.**<br>**Sherman Oaks, CA 91403-3221** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Tharpe & Howell**<br>**15250 Ventura Blvd., 9th Fl.**<br>**Sherman Oaks, CA 91403-3221** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **The Green Law Group, LLP**<br>**1777 E. Los Angeles Ave.**<br>**Simi Valley, CA 93065** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **William C. Hoggard**<br>**625 The City Drive South, Suite 200**<br>**Orange, CA 92868** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,795,683.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,795,683.66 |

**Fill in this information to identify the case:**

Debtor name      **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-11188-BB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Land Rover Range Rover** | |
| | State the term remaining | | **Ally Financial**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Construction consulting** | |
| | State the term remaining | | **Colliers International Group, LLC**<br>**11601 Wilshire Blvd., Suite 1950**<br>**Los Angeles, CA 90025** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to Pay Assessment and Finance Improvements** | |
| | State the term remaining | | **CSCDA**<br>**1700 N. Broadway, Suite 405**<br>**Walnut Creek, CA 94596** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel consulting** | |
| | State the term remaining | | **Highgate Hotels, LP**<br>**870 Seventh Ave., 2nd Fl.**<br>**New York, NY 10019** |
| | List the contract number of any government contract | | |

Debtor 1    **Glenroy Coachella, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*    **2:21-bk-11188-BB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel license** | |
|---|---|---|---|
| | State the term remaining | | **InterContinental Hotels Group** |
| | List the contract number of any government contract | | **3 Ravinia Dr., Suite 100** **Atlanta, GA 30346-2149** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **PACE Funding Agreement** | |
|---|---|---|---|
| | State the term remaining | | **PACE Equity LLC** |
| | List the contract number of any government contract | | **731 N. Jackson St., Suite 420** **Milwaukee, WI 53202** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2019 Bentley Bentayga** | |
|---|---|---|---|
| | State the term remaining | | **Porsche Financial Services, Inc.** |
| | List the contract number of any government contract | | **1 Porsche Dr.** **Atlanta, GA 30354-1654** |

**Fill in this information to identify the case:**

Debtor name    **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-11188-BB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Coachella Lighthouse LLC** | **1801 La Cienega Blvd., Suite 301 Los Angeles, CA 90035** | **City of Coachella** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.2 | **Coachella Resort, LLC** | **1801 S. La Cienega Blvd., Suite 301 Los Angeles, CA 90035** | **U.S. Real Estate Credit Holdings** | ■ D __2.30__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Desert Palms Electric, Inc.** | **40101 Monterey Ave. Rancho Mirage, CA 92270-3261** | **TLR Enterprises, Inc.** | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.4 | **Doug Wall Construction** | **78450 Avenue 41 Indio, CA 92203-1001** | **TemalPakh, Inc.** | ■ D __2.28__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Doug Wall Construction** | **78450 Avenue 41 Indio, CA 92203-1001** | **Al Miller & Sons Roofing, Inc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Glenroy Coachella, LLC** | | Case number *(if known)* | **2:21-bk-11188-BB** |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Doug Wall Construction** | 78450 Avenue 41<br>Indio, CA 92203-1001 | **All Phase Drywall & Development Inc** | ▮ D __**2.2**__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Elliot B. Lander** | 72780 Country Club Dr., Suite 301<br>Rancho Mirage, CA 92270-4126 | **U.S. Real Estate Credit Holdings** | ▮ D __**2.30**__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Force Rubin 2, LLC** | 1801 S. La Cienega Blvd., Suite 301<br>Los Angeles, CA 90035 | **U.S. Real Estate Credit Holdings** | ▮ D __**2.30**__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Force Rubin, LLC** | 1801 S. La Cienega Blvd., Suite 301<br>Los Angeles, CA 90035 | **U.S. Real Estate Credit Holdings** | ▮ D __**2.30**__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Gary Stiffelman** | 383 S. Beverly Glen Blvd.<br>Los Angeles, CA 90024 | **U.S. Real Estate Credit Holdings** | ▮ D __**2.30**__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Stuart Rubin** | 715 N. Alpine Dr.<br>Beverly Hills, CA 90210 | **Doug Wall Construction** | ▮ D __**2.12**__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Stuart Rubin** | 715 N. Alpine Drive<br>Beverly Hills, CA 90210 | **U.S. Real Estate Credit Holdings** | ▮ D __**2.30**__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Stuart Rubin** | 715 N. Alpine Dr.<br>Beverly Hills, CA 90210 | **Ally Financial** | ☐ D ____<br>☐ E/F ____<br>▮ G __**2.1**__ |

**Fill in this information to identify the case:**

Debtor name    **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-11188-BB**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>☐ Other _____ | $0.00 |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>☐ Other _____ | $0.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | City of Indio v. City of Coachella<br>PSC1804374 | Writ of Mandate | Superior Court of CA<br>Riverside County<br>3255 E. Tahquitz-Canyon Way<br>Palm Springs, CA 92262 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Silhouette Outdoor Furniture, Inc. v. Glenroy Coachella, Llc Et Al<br>5:19cv373 | Breach of Contract | U.S. District Court<br>Central District of California<br>Eastern Division - Riverside | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Carrier Johnson v. Glenroy Coachella, LLC<br>PSC1806315 | Unlimited Civil Other Real Property | Superior Court of CA<br>Riverside County<br>3255 E. Tahquitz-Canyon Way<br>Palm Springs, CA 92262 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | U.S. Real Estate Credit Holdings III-A, LP v. Glenroy Coachella, LLC, et al.<br>RIC1905743 | Civil | Superior Court of California<br>County of Riverside<br>4050 Main Street<br>Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **U.S. Real Estate Credit Holdings** **11755 Wilshire Blvd., Suite 1425** **Los Angeles, CA 90025** | **Real property and improvements located at the Southeast Corner of Avenue 48 and Van Buren Street, Coachella, California** | **$52,200,000.00** |

| | Case title | Court name and address |
|---|---|---|
| | **U.S. Real Estate Credit Holdings, LP** | **Superior Court of** |
| | Case number | **California** |
| | **RIC1905743** | **County of Riverside** |
| | Date of order or assignment | **4050 Main Street** |
| | **December 24, 2019** | **Riverside, CA 92501** |

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Greenberg & Bass** **16000 Ventura Blvd., Suite 1000** **Encino, CA 91436** | **The Debtor is uncertain of whether payment was made and does not have access to the Debtor's accounting records to verify.** | **12/2020** | **Unknown** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025 | | 2/1/2021 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Stuart Rubin | | | |
| 11.3. | Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025 | | 2/5/2021 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Stuart Rubin | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | 1801 S. La Cienega Blvd., Suite 301<br>Los Angeles, CA 90035 | 2016 - August 2020 |

**Part 8:    Health Care Bankruptcies**

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **Glenroy Coachella, LLC**                                                   Case number (if known)    **2:21-bk-11188-BB**

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor   **Glenroy Coachella, LLC**   Case number (if known)   **2:21-bk-11188-BB**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Unknown** | **Edwin Leslie, Receiver of the Property is currently storing furniture owned by the Debtor in an offsite storage facility, which the Debtor cannot access at this time. The Debtor is uncertain as to the location and addres of the storage facility.** | **Custom made furniture.** | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor   Glenroy Coachella, LLC                                  Case number (if known) 2:21-bk-11188-BB

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Neal Rosenfeld<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436 | 2018 - 2020 |
| 26a.2. | Dennis Godecke<br>44875 Deep Canyon<br>Palm Desert, CA 92260 | Fall 2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Neal Rosenfeld<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436 | 2018 - 2020 |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | Dennis Godecke<br>44875 Deep Canyon<br>Palm Desert, CA 92260 | Fall 2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | Neal Rosenfeld<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436 |  |
| 26c.2. | Dennis Godecke<br>44875 Deep Canyon<br>Palm Desert, CA 92260 |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Doug Wall (Contractor) | | |
| | | 2020 | Unknown |

| Name and address of the person who has possession of inventory records |
|---|
| Edwin Leslie, Receiver<br>LK Asset Advisors<br>209 10th Ave. South, Suite 416<br>Nashville, TN 37203 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stuart Rubin | 715 N. Alpine Drive<br>Beverly Hills, CA 90210 | Member and Manager | 63.5% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Gary Stiffelman | 383 S. Beverly Glen Blvd.<br>Los Angeles, CA 90024 | Member | 32.35% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Elliot Lander | 71635 Jaguar Way<br>Palm Desert, CA 92260 | Member | 4.5% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Glenroy Coachella, LLC**    Case number (if known)  **2:21-bk-11188-BB**

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 1, 2021**

_____    **Stuart Rubin**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ■ No
- ☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re  **Glenroy Coachella, LLC** _____     Case No. _____
                                                    Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...............................     $    **Per Sect. 327**

    Prior to the filing of this statement I have received .....................     $      **100,000.00**

    Balance Due ..................................................................     $          **0.00**

2.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 1, 2021** _____          **/s/ Daniel J. Weintraub**
_Date_                                                **Daniel J. Weintraub**
                                                      _Signature of Attorney_
                                                      **Weintraub & Selth, APC**
                                                      **11766 Wilshire Boulevard**
                                                      **Suite 1170**
                                                      **Los Angeles, CA 90025**
                                                      **(310) 207-1494   Fax: (310) 442-0660**
                                                      _____
                                                      _Name of law firm_

---