| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Daniel J. Weintraub – Bar #132111<br>James R. Selth – Bar #123420<br>Crystle J. Lindsey – Bar #281944<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br>Email: dan@wsrlaw.net<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor  Glenroy Coachella, LLC | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>GLENROY COACHELLA, LLC | CASE NO.: 2:21-bk-11188-BB<br>CHAPTER: 11 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B ☐ Schedule C ☒ Schedule D ☒ Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers ☐ Statement of Intention ☒ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 03/08/2021

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

*NOTE*: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                 Page 1                          F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name  **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-11188-BB**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Al Miller & Sons Roofing, Inc.**<br>Creditor's Name<br><br>**68760 Summit Dr.<br>Cathedral City, CA<br>92234-7344**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 0009**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**<br><br>**Describe the lien**<br>**Mechanic lien; believed to be senior to U.S. Real Estate; under review.**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $153,901.11 | $52,200,000.00 |

| Debtor | Glenroy Coachella, LLC | Case number (if known) | 2:21-bk-11188-BB |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Riverside County Treasurer**
**2. Jacobsson Engineering Const., Inc.**
**3. Hajoca Corporation**
**4. Desert Palms Electric, Inc.**
**5. Tandem West Glass Inc.**
**6. TemalPakh, Inc.**
**7. Apple J Plumbing, Inc.**
**8. Mascorro Concrete Construction Inc**
**9. Al Miller & Sons Roofing, Inc.**
**10. Doug Wall Construction**
**11. U.S. Real Estate Credit Holdings**

---

| 2.2 | **All Phase Drywall & Development Inc** | | **Describe debtor's property that is subject to a lien** | $157,794.68 | $52,200,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**1928 Lincoln Dr., Suite N.
Annapolis, MD 21401-4124**
Creditor's mailing address

**Describe the lien**
**Mechanic Lien; perfection under review/disputed.**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**
**9367**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **American Builders & Contractors Sup** | | **Describe debtor's property that is subject to a lien** | $24,813.58 | $52,200,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**One ABC Pkwy.
Beloit, WI 53511**
Creditor's mailing address

**Describe the lien**
**Mechanic lien; perfection disputed and under review.**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 18

| Debtor | Glenroy Coachella, LLC | Case number (if known) | 2:21-bk-11188-BB |
|---|---|---|---|
| | Name | | |

| | | Is the creditor an insider or related party? |
|---|---|---|
| | | ■ No |
| Creditor's email address, if known | | ☐ Yes |
| | | Is anyone else liable on this claim? |
| Date debt was incurred | | ■ No |
| 2019 | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.4 | Apple J Plumbing, Inc. | Describe debtor's property that is subject to a lien | $175,824.87 | $52,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending** | | |

| **456 Citrus Ave.** | |
|---|---|
| **Indio, CA 92201** | |
| Creditor's mailing address | Describe the lien |
| | **Mechanic lien; believed to be senior to U.S. Real Estate; under review.** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| **2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **6579** | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | Art Of The Muse, LLC | Describe debtor's property that is subject to a lien | $324,180.71 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Indoor and outdoor furnishings; Inventory done by Receiver; Values not disclosed** | | |

| **2222 5th St.** | |
|---|---|
| **Berkeley, CA 94710** | |
| Creditor's mailing address | Describe the lien |
| | **UCC-1** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| **2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **7148** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| | Check all that apply |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Glenroy Coachella, LLC**                                     Case number (if known)    **2:21-bk-11188-BB**
_____
Name

■ No
□ Contingent
□ Yes. Specify each creditor,        □ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.6 | **Blair Air, Inc.** | Describe debtor's property that is subject to a lien | $297,443.80 | $52,200,000.00 |

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**653 S. Oleander Rd.
Palm Springs, CA
92264-1502**

Creditor's mailing address

Describe the lien

**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6241**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

□ Contingent

□ No

□ Unliquidated

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Disputed

**Specified on line 2.1**

---

| 2.7 | **BMC West, LLC** | Describe debtor's property that is subject to a lien | $50,290.00 | $52,200,000.00 |

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**4800 Falls of Neuse Rd.,
Suite 400
Raleigh, NC 27609-8142**

Creditor's mailing address

Describe the lien

**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
8245**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

□ Contingent

□ No

□ Unliquidated

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Disputed

**Specified on line 2.1**

---

| 2.8 | **Constructure, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $52,200,000.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**3940 Laurel Canyon Blvd.,
#908
Studio City, CA 91604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2019
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

Property located at 48100 Van Buren St.,
Coachella, California, 92236; commonlyn
known as 84-141 Avenue 48, Coachella, CA
92236; 35 acres on 5 APN parcels; as is
market value. Value of approximately
$52,200,000. Claim paid in full.

**Describe the lien
Mechanic lien; perfection disputed and under
review.**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.9 | **Dal Tile Distribution** | | | **$16,521.61** | **$52,200,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 12069
Calhoun, GA 30703**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2019
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
Property located at 48100 Van Buren St.,
Coachella, California, 92236; commonly
known as 84-141 Avenue 48, Coachella, CA
92236; 35 acres on 5 APN parcels; As is
market value of approximately $52,200,000 as
of 2019. Updated appraisal pending

**Describe the lien
Mechanic lien; perfection disputed and under
review.**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1<br>0 | **Desert Electric Supply** | | | **$61,574.60** | **$52,200,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**74875 Velie Way
Palm Desert, CA 92260**

Describe debtor's property that is subject to a lien
Property located at 48100 Van Buren St.,
Coachella, California, 92236; commonly
known as 84-141 Avenue 48, Coachella, CA
92236; 35 acres on 5 APN parcels; As is
market value of approximately $52,200,000 as
of 2019. Updated appraisal pending

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  5 of 18

Debtor    **Glenroy Coachella, LLC**                                    Case number (if known)    **2:21-bk-11188-BB**
_____Name_____

| Creditor's mailing address | Describe the lien |
|---|---|
| | **Mechanic lien; perfection disputed and under review.** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9158** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.1 1 | **Desert Palms Electric, Inc.** | Describe debtor's property that is subject to a lien | **$389,839.09** | **$52,200,000.00** |
|---|---|---|---|---|

| | Describe debtor's property that is subject to a lien |
|---|---|
| Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending** |
| **40101 Monterey Ave. Rancho Mirage, CA 92270-3261** | |
| Creditor's mailing address | Describe the lien |
| | **Mechanic lien; believed to be senior to U.S. Real Estate; under review.** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6554** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 2 | **Doug Wall Construction** | Describe debtor's property that is subject to a lien | **$903,600.00** | **$52,200,000.00** |
|---|---|---|---|---|

| | Describe debtor's property that is subject to a lien |
|---|---|
| Creditor's Name | **Property at 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels. Debtor's believes this mechanics lien claim includes sums owed to subcontractors and suppliers also scheduled herein, many of whom have filed their own liens.** |
| **78450 Avenue 41 Bermuda Dunes, CA 92203-1001** | |
| Creditor's mailing address | Describe the lien |
| | **Mechanic lien; perfection disputed/under review; may include subcontractor claim** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**2019**

**Last 4 digits of account number**

**7309**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 3 | | | | |
|---|---|---|---|---|
| **Ferguson Enterprises, LLC** | Describe debtor's property that is subject to a lien | | $119,569.73 | $52,200,000.00 |
| Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending** | | | |

**P.O. Box 2778**
**Newport News, VA 23602**

Creditor's mailing address

Describe the lien

**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2019**

**Last 4 digits of account number**

**6136**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 4 | | | | |
|---|---|---|---|---|
| **Gauston Corp.** | Describe debtor's property that is subject to a lien | | $49,983.11 | $52,200,000.00 |
| Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending** | | | |

**45311 Golf Center Pkwy., Unit C**
**Indio, CA 92201**

Creditor's mailing address

Describe the lien

**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2018**

**Last 4 digits of account number**

---

| Debtor | Glenroy Coachella, LLC | Case number (if known) | 2:21-bk-11188-BB |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **GF Investment Group Inc** | Describe debtor's property that is subject to a lien | $259,695.63 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**42600 Glass Dr.**
**Bermuda Dunes, CA**
**92203-1468**

Creditor's mailing address

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

Describe the lien

**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **Glendale Plumbing & Fire Supply** | Describe debtor's property that is subject to a lien | $23,792.54 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**4900 W. Washington Blvd.**
**Los Angeles, CA 90016**

Creditor's mailing address

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

Describe the lien

**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2018**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

**2.17**

**Hajoca Corporation**
Creditor's Name

2001 Joshua Rd.
Lafayette Hill, PA
19444-2431
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0621**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending

**Describe the lien**
Mechanic lien; believed to be senior to U.S. Real Estate; under review.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$39,636.17**   **$52,200,000.00**

---

**2.18**

**Hi-Grade Materials Co.**
Creditor's Name

17671 Bear Valley Rd.
Hesperia, CA 92345
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending

**Describe the lien**
Mechanic lien; perfection disputed and under review.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$32,847.96**   **$52,200,000.00**

---

**2.19**

**Jacobsson Engineering Const., Inc.**

**Describe debtor's property that is subject to a lien**

**$1,042,299.00**   **$52,200,000.00**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 18

| Debtor | **Glenroy Coachella, LLC** | | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending** |
|---|---|

**P.O. Box 14430**
**Palm Desert, CA 92255**

Creditor's mailing address

**Describe the lien**

**Mechanic lien; believed to be senior to U.S. Real Estate; under review.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6568**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

**Specified on line 2.1**

---

| **2.2 0** | **La Hacienda Nursery & Landscape Inc** | Describe debtor's property that is subject to a lien | **$146,717.74** | **$52,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**80-900 Miles Ave.**
**Indio, CA 92201-2822**

Creditor's mailing address

**Describe the lien**

**Mechanic lien; perfection disputed and under review.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7155**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
■ Disputed

**Specified on line 2.1**

---

| **2.2 1** | **Mascorro Concrete Construction Inc** | Describe debtor's property that is subject to a lien | **$56,841.35** | **$52,200,000.00** |
|---|---|---|---|---|

Debtor  **Glenroy Coachella, LLC**

Name

Case number (if known)  **2:21-bk-11188-BB**

---

Creditor's Name

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**P.O. Box 910**
**Thousand Palms, CA 92276**

Creditor's mailing address

Describe the lien
**Mechanic lien; believed to be senior to U.S. Real Estate; under review.**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**

Last 4 digits of account number
**6560**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 2 | **Resource Building Materials** | | | $1,905.04 | $52,200,000.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**10961 Dale Ave.**
**Stanton, CA 90680**

Creditor's mailing address

Describe the lien
**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 3 | **Riverside County Treasurer** | Describe debtor's property that is subject to a lien | **Unknown** | **$52,200,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

Creditor's Name

Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending

**P.O. Box 12005**
**Riverside, CA 92502-2205**

Creditor's mailing address

Describe the lien
**Property taxes**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020-2021**
**Last 4 digits of account number**
**0061**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Robertson's** | Describe debtor's property that is subject to a lien | **$3,003.16** | **$52,200,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending

**200 S. Main St., Suite 200**
**Corona, CA 92882-2212**

Creditor's mailing address

Describe the lien
**Mechanic lien; perfection disputed and under review.**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**
**5521**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **Southwest Plumbing, Inc.** | Describe debtor's property that is subject to a lien | **$111,141.13** | **$52,200,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**31410 Reserve Dr., Suite 5**
**Thousand Palms, CA 92276-6646**

Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 18

Debtor  **Glenroy Coachella, LLC**

Name

Case number (if known)  **2:21-bk-11188-BB**

---

Creditor's mailing address

**Describe the lien**

**Mechanic lien; perfection disputed and under review.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**7201**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 6 | **Superior Pool Products, LLC** | | $14,386.05 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**4900 E. Landon Dr.**
**Anaheim, CA 92807-1980**

Creditor's mailing address

**Describe the lien**

**Mechanic lien; perfection disputed and under review.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 7 | **Superior Ready Mix Concrete, L.P.** | | $20,571.27 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**86160 Avenue 54**
**Coachella, CA 92236-3813**

Creditor's mailing address

**Describe the lien**

**Mechanic lien; perfection disputed and under review.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**6015**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 8 | **Tandem West Glass Inc.** | | $449,849.39 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**1177 W. Lincoln St., Suite 100**
**Banning, CA 92220-4524**

Creditor's mailing address

**Describe the lien**

**Mechanic lien; believed to be senior to U.S. Real Estate; under review.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0015**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 9 | **TemalPakh, Inc.** | | $33,628.46 | $52,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending**

**73750 Spyder Cir.**
**Palm Desert, CA 92211-6023**

Creditor's mailing address

**Describe the lien**

**Mechanic lien; believed to be senior to U.S. Real Estate; under review.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7262**

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.3 0 | **The Sherwin-Williams Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | **Describe debtor's property that is subject to a lien** | $26,794.79 | $52,200,000.00 |
|---|---|---|---|
| **101 W. Prospect Ave., Suite 1020** **Cleveland, OH 44115-1027** | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending** | | |
| Creditor's mailing address | | | |
| | **Describe the lien** | | |
| | **Mechanic lien; perfection disputed and under review.** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |
| **Specified on line 2.1** | |

---

| 2.3 1 | **U.S. Real Estate Credit Holdings** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | **Describe debtor's property that is subject to a lien** | **Unknown** | $52,200,000.00 |
|---|---|---|---|
| **11755 Wilshire Blvd., Suite 1425** **Los Angeles, CA 90025** | **Property located at 48100 Van Buren St., Coachella, California, 92236; commonly known as 84-141 Avenue 48, Coachella, CA 92236; 35 acres on 5 APN parcels; As is market value of approximately $52,200,000 as of 2019. Updated appraisal pending** | | |
| Creditor's mailing address | | | |
| | **Describe the lien** | | |
| | **Deed of Trust; claim amount disputed, including default interest** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| **2018** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **4805** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 15 of 18 |
|---|---|---|

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

　**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

3.　Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$4,988,446.57**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **A. Maria Plumtree**<br>**11132 Winners Circle, #G 207**<br>**Los Alamitos, CA 90720-3449** | Line **2.15** | |
| **Abdulaziz, Grossbart & Rudman**<br>**6454 Coldwater Canyon Ave.**<br>**North Hollywood, CA 91606-1187** | Line **2.7** | |
| **Alan G. Tippie**<br>**Sulmeyer Kupetz**<br>**333 S. Grand Ave., Suite 3400**<br>**Los Angeles, CA 90071** | Line **2.31** | |
| **All-Phase Drywall**<br>**1187 13th St.**<br>**Imperial Beach, CA 91932** | Line **2.2** | |
| **Arnold L. Veldkamp**<br>**1508 W. Mission Rd.**<br>**Escondido, CA 92029** | Line **2.27** | |
| **Calmwater Capital**<br>**11755 Wilshire Blvd., Suite 1425**<br>**Los Angeles, CA 90025** | Line **2.31** | |
| **Christopher Rivas**<br>**Reed Smith LLP**<br>**355 S. Grand Ave., Suite 2900**<br>**Los Angeles, CA 90071** | Line **2.31** | |
| **Christopher W. Bayuk**<br>**5170 Golden Foothills Parkway**<br>**El Dorado Hills, CA 95762-9608** | Line **2.17** | |
| **Cummins & White, LLP**<br>**2424 S.E. Bristol St., Suite 300**<br>**Newport Beach, CA 92660-0764** | Line **2.20** | |
| **Dal Tile Distribution, Inc.**<br>**7834 C.F. Hawn Freeway**<br>**Dallas, TX 75217-6529** | Line **2.9** | |
| **Edwin W. Leslie**<br>**LK Asset Advisors**<br>**209 10th Ave. South, Suite 416**<br>**Nashville, TN 37203** | Line **2.31** | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

| Debtor | Glenroy Coachella, LLC | Case number (if known) | 2:21-bk-11188-BB |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Fidelity National Title Company**<br>1101 Investment Blvd., Suite 170<br>El Dorado Hills, CA 95762 | Line | **2.31** |
| **George H. Sykulksi**<br>P.O. Box 10426<br>Burbank, CA 91510 | Line | **2.13** |
| **George H. Sykulksi**<br>3156 Abington Dr.<br>Beverly Hills, CA 90210-1101 | Line | **2.13** |
| **Guralnick & Gilliland, LLP**<br>40004 Cook St., Suite 3<br>Palm Desert, CA 92211 | Line | **2.19** |
| **Kozberg & Bodell, LLP**<br>1801 Century Park East, 16th Fl.<br>Los Angeles, CA 90067 | Line | **2.2** |
| **Lanak & Hanna, P.C.**<br>625 The City Drive South, Suite 190<br>Orange, CA 92868 | Line | **2.30** |
| **Marc S. Homme, APLC**<br>P.O. Box 4250<br>Palm Desert, CA 92261-4250 | Line | **2.12** |
| **Nathan M. Carle**<br>**Raines Feldman LLP**<br>8401 Von Karman Ave., Suite 360<br>Irvine, CA 92612-8541 | Line | **2.31** |
| **Resource Building Materials**<br>1050 W. Ave. M<br>Lancaster, CA 93534 | Line | **2.22** |
| **Roemer & Harnik, LLP**<br>45025 Manitou Dr.<br>Indian Wells, CA 92210 | Line | **2.6** |
| **Solid Rock Painting Corporation**<br>82545 Showcase Parkway, Suite 109<br>Indio, CA 92203 | Line | **2.30** |
| **Stephen J. Armstrong**<br>44200 Monterey Ave., Suite B<br>Palm Desert, CA 92260-2708 | Line | **2.17** |
| **Stephen J. Armstrong**<br>44200 Monterey Ave., Suite B<br>Palm Desert, CA 92260-2708 | Line | **2.19** |
| **Stephen J. Armstrong**<br>44200 Monterey Ave., Suite B<br>Palm Desert, CA 92260-2708 | Line | **2.11** |
| **Stephen J. Armstrong**<br>44200 Monterey Ave., Suite B<br>Palm Desert, CA 92260-2708 | Line | **2.21** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Glenroy Coachella, LLC**
Name

Case number (*if known*)    **2:21-bk-11188-BB**

| | |
|---|---|
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line __2.4__ |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line __2.29__ |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line __2.28__ |
| **Stephen J. Armstrong**<br>**44200 Monterey Ave., Suite B**<br>**Palm Desert, CA 92260-2708** | Line __2.1__ |
| **Superior Pool Products, LLC**<br>**109 Northpark Blvd.**<br>**Covington, LA 70433** | Line __2.26__ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Glenroy Coachella, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-11188-BB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ABC Supply Co., Inc.**<br>**1 ABC Parkway**<br>**Beloit, WI 53511**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor debt**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$24,813.58** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**All-Wall Equipment Co., Inc.**<br>**6561 W. Post Rd.**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred  **2019**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor debt**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$17,106.74** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**ASR Development Co.**<br>**c/o Stuart Rubin**<br>**1801 S. La Cienega Blvd., #301**<br>**Los Angeles, CA 90035**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  **Loans made to the Debtor and payment of Debtor expenses.**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Barajas Plastering Co.**<br>**81-328 Avenida Romero**<br>**Indio, CA 92201**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Potential claim by vendor**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$72,080.32** |

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bret H. Reed Jr.**
**28 Avocado Ave.**
**Corona Del Mar, CA 92625-1915**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential claim for unpaid legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brown White & Osborn LLP**
**333 S. Hope St., 40th Fl.**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential claim for unpaid legal fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Builders Termite, Inc.**
**13610 Imperial Highway, Suite 4**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Potential claim by vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278,429.02** |
|---|---|---|---|

**Carrier Johnson**
**185 W. F St., Suite 500**
**San Diego, CA 92101**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **1080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Carrier Johnson**
**185 W. F St., Suite 500**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number  **0085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Coachella**
**53-990 Enterprise Way**
**Coachella, CA 92236**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Potential claim arising out of litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,032.61** |
|---|---|---|---|

**City of Coachella**
**1515 Sixth St.**
**Coachella, CA 92236**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **9873**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utility services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Glenroy Coachella, LLC | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378,000.00** |
|---|---|---|---|
| | **City of Coachella**<br>**53-990 Enterprise Way**<br>**Coachella, CA 92236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Coachella Lighthouse LLC**<br>**1801 La Cienega Blvd., Suite 301**<br>**Los Angeles, CA 90035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loans made to the Debtor and payment of Debtor expenses.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,500.00** |
|---|---|---|---|
| | **Coachella Valley Collection Service**<br>**P.O. Box 13621**<br>**Palm Desert, CA 92255-3621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **6271** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,991.67** |
|---|---|---|---|
| | **Colliers Project Leaders**<br>**135 New Road**<br>**Madison, CT 06443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Construction Management** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|
| | **CSC**<br>**251 Little Falls Dr.**<br>**Wilmington, DE 19808-1674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Agent of process services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **David A. Sudeck**<br>**Jeffer Mangels Butler & Mitchell**<br>**1900 Avenue of the Stars, 7th Fl.**<br>**Los Angeles, CA 90067** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Potential clail for legal fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,798.91** |
|---|---|---|---|
| | **Design Development Co.**<br>**28035 Dorothy Dr., Suite 100**<br>**Agoura Hills, CA 91301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Kitchen Design & Interiors Building** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fire Code Inc.**
**63 Via Pico Plaza, Suite 102**
**San Clemente, CA 92672**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential claim by vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Greenberg & Bass**
**16000 Ventura Blvd., Suite 1000**
**Encino, CA 91436**

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GRT RE Investment LLC**
**2664 Pepperdale Dr.**
**Rowland Heights, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,065.05** |
|---|---|---|---|

**Hugh T. Smith Co.**
**5383 Roberts Rd.**
**Yucca Valley, CA 92284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Potential claim by vendor.**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,404.00** |
|---|---|---|---|

**Inland Valley Sladden, Inc.**
**45 Egan Ave.**
**Beaumont, CA 92223**

Date(s) debt was incurred _

Last 4 digits of account number  **HOLD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Geotechnical & Testing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,937.61** |
|---|---|---|---|

**J & B Materials**
**1165 N. Johnson Ave.**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,094.30** |
|---|---|---|---|

**JAMS**
**18881 Von Karman Ave., Sujite 350**
**Irvine, CA 92612**

Date(s) debt was incurred  **6/2020-10/2020**

Last 4 digits of account number  **5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitration fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeffrey D. Segal**
**1840 Century Park East, 17th Fl.**
**Los Angeles, CA 90067**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Rubin**
**715 N. Alpine Dr.**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loans made to the Debtor and payment of Debtor expenses.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,425.00** |
|---|---|---|---|

**KMA Consulting**
**151 Kalmus Dr., Suite C230**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9003**

Basis for the claim:  **Site Plumbing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,505.40** |
|---|---|---|---|

**L & W Supply Corporation**
**P.O. Box 838**
**Beloit, WI 53512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7895**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56,385.14** |
|---|---|---|---|

**Legacy Foodservice Design LLC**
**2380 Thayer Ave.**
**Henderson, NV 89074-5415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **705C**

Basis for the claim:  **Monetary Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McGarrigle, Kenney & Zampiello, APC**
**9600 Topanga Canyon Blvd., Suite 20**
**Chatsworth, CA 91311**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2021**

Last 4 digits of account number _

Basis for the claim:  **Potential claim for unpaid legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|---|---|---|---|

**MGR Concrete, Inc.**
**P.O. Box 886**
**Desert Hot Springs, CA 92240**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claim by vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Neil Rosenfield**
**Baker Tilly**
**15760 Ventura Blvd., Suite 1100**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Accounting fees__

Is the claim subject to offset? ☑ No ☐ Yes

**$20,000.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Orco Block & Hardscape**
**11100 Beach Blvd.**
**Stanton, CA 90680-3219**

Date(s) debt was incurred  __2019__

Last 4 digits of account number  __7155__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$39,244.38**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Orrick**
**777 S. Figueroa St.**
**Los Angeles, CA 90017-5855**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Potential claim for unpaid legal fees__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Palm Springs Welding Inc.**
**1189 N. Valdivia Way**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Potential claim by vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$9,833.58**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Palms to Pines Automotive**
**74-725 Joni Dr.**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Potential claim by vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Porsche Leasing Ltd.**
**1 Porsche Dr.**
**Atlanta, GA 30354-1654**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  __0080__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Porsche Leasing Ltd.**
**1 Porsche Dr.**
**Atlanta, GA 30354-1654**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  __1266__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor **Glenroy Coachella, LLC**

Name

Case number (if known)    **2:21-bk-11188-BB**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reed Smith LLP**
**355 S. Grand Ave., Suite 2900**
**Los Angeles, CA 90071**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claim for legal fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosenfeld Wolff & Klein**
**1901 Avenue Of The Stars, Suite 500**
**Los Angeles, CA 90067**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential claim fro unpaid legal fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,597.50 |
|---|---|---|---|

**RTM Engineering Consultants, LLC**
**650 E. Algonquin Rd., Suite 250**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **A001**

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,557.34 |
|---|---|---|---|

**Saxon Engineering**
**2605 Temple Heights Dr., Suite A**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7024**

Basis for the claim:  **Civil Engineering Fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SGE Realty, LLC**
**5716 Corsa Ave., Suite 110**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loans made to the Debtor and payment of Debtor expenses.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silhouette Outdoor Furniture, Inc.**
**3923 N. Kostner Ave.**
**Chicago, IL 60641-2839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **v373**

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291,430.87 |
|---|---|---|---|

**SMS Architects**
**18004 Sky Park Cir., Suite 200**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Architect Fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,870.00** |
|---|---|---|---|

**State Water Resources Control Board**
**PO Box 1888**
**Sacramento, CA 95812-1888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

**Basis for the claim:**  **Dtorm water and wastewater permit fee**

Last 4 digits of account number  **2816**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Stuart Rubin**
**715 N. Alpine Dr.**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Loans made to the Debtor and payment of Debtor**
**expenses.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,359.40** |
|---|---|---|---|

**Systems Waterproofing, Inc.**
**223 West Blueridge Ave.**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Technical Works California, LLC**
**13200 Crossroads Pkwy N., Suite 250**
**City of Industry, CA 91746-3480**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thyne Taylor Fox Howard LLP**
**2000 State St.**
**Santa Barbara, CA 93105-3554**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Potential claim for unpaid legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$61,574.60** |
|---|---|---|---|

**TLR Enterprises, Inc.**
**74875 Velie Way**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:** _

Last 4 digits of account number  **6552**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,639.00** |
|---|---|---|---|

**Vacation Pools, Inc.**
**44907 Golf Center Pkwy., #9**
**Indio, CA 92201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Potential claim by vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Glenroy Coachella, LLC** | Case number (if known) | **2:21-bk-11188-BB** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,666.29 |
|---|---|---|---|

**West Coast Sand and Gravel Inc.**
**P.O. Box 5067**
**Buena Park, CA 90621-5067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim: _

Last 4 digits of account number  **7264**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zimmerman Group**
**28202 Cabot Rd., Suite 620**
**Laguna Niguel, CA 92677**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential claim for unpaid fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abdulaziz, Grossbart & Rudman**<br>**6454 Coldwater Canyon Ave.**<br>**North Hollywood, CA 91606-1187** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Christopher J. Koorstad**<br>**1235 N. Harbor Blvd., Suite 200**<br>**Fullerton, CA 92832-1349** | Line  **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **City of Indio**<br>**100 Civic Center Mall**<br>**Indio, CA 92201** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Dunn Desantis Walt & Kendrick, LLP**<br>**750 B St., Suite 2620**<br>**San Diego, CA 92101-8172** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Howard Goodman**<br>**18321 Ventura Blvd., Suite 755**<br>**Tarzana, CA 91356** | Line  **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **John D. Gallegos**<br>**35900 Bob Hope Dr., Suite 170**<br>**Rancho Mirage, CA 92270** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Lanak & Hanna, P.C.**<br>**625 The City Drive South, Suite 190**<br>**Orange, CA 92868** | Line  **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Michael T. Chulak**<br>**30343 Canwood St., Suite 203**<br>**Agoura Hills, CA 91301** | Line  **3.21**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | Glenroy Coachella, LLC | Case number (if known) | 2:21-bk-11188-BB |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Porsche Financial Services, Inc.**<br>**1 Porsche Dr.**<br>**Atlanta, GA 30354-1654** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Rosenfeld Meyer and Susman LLP**<br>**232 N. Canon Dr.**<br>**Beverly Hills, CA 90210-5302** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Royal & Miles LLP**<br>**1522 W. Warm Springs Rd.**<br>**Henderson, NV 89014** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Seth Merewitz**<br>**Best Best & Krieger**<br>**300 S. Grand Ave., 25th Fl,**<br>**Los Angeles, CA 90071** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Slovak Baron Empey Murphy & Pinkney**<br>**74785 Highway 111, Suite 105**<br>**Indian Wells, CA 92210** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Tharpe & Howell**<br>**15250 Ventura Blvd., 9th Fl.**<br>**Sherman Oaks, CA 91403-3221** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Tharpe & Howell**<br>**15250 Ventura Blvd., 9th Fl.**<br>**Sherman Oaks, CA 91403-3221** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **The Green Law Group, LLP**<br>**1777 E. Los Angeles Ave.**<br>**Simi Valley, CA 93065** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **William C. Hoggard**<br>**625 The City Drive South, Suite 200**<br>**Orange, CA 92868** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,738,842.31** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,738,842.31** |

NEW CREDITORS ADDED

ABC Supply Co., Inc.
1 ABC Parkway
Beloit, WI 53511


All-Wall Equipment Co., Inc.
6561 W. Post Rd.
Las Vegas, NV 89118


ASR Development Co.
c/o Stuart Rubin
1801 S. La Cienega Blvd., #301
Los Angeles, CA 90035


J & B Materials
1165 N. Johnson Ave.
El Cajon, CA 92020


Joseph Rubin
715 N. Alpine Dr.
Beverly Hills, CA 90210


SGE Realty, LLC
5716 Corsa Ave., Suite 110
Thousand Oaks, CA 91362

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA  90025

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/09/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/09/2021 | Dairi Castro | /s/ Dairi Castro |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

# ADDITIONAL SERVICE INFORMATION (if needed):

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

ON BEHALF OF EFO FINANCIAL GROUP, LLC Steven M Berman    sberman@slk-law.com, awit@shumaker.com;bgasaway@shumaker.com

ON BEHALF OF SAXON ENGINEERING SERVICES, INC. Daren Brinkman    office@brinkmanlaw.com, 7764052420@filings.docketbird.com

INTERESTED PARTY Caroline Djang    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

INTERESTED PARTY Jenny L Doling    JD@jdl.law, dolingjr92080@notify.bestcase.com

OUST:  Eryk R Escobar    eryk.r.escobar@usdoj.gov

COURTESY NEF Douglas Harris    Douglas.harris@alston.com

COURTESY NEF Mark S Horoupian    mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

ON BEHALF OF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP Marsha A Houston    mhouston@reedsmith.com

COURTESY NEF Michael S Kogan    mkogan@koganlawfirm.com

COURTESY NEF Timothy R Laquer    trl@ddclaw.com, trl@ddclaw.com

COURTESY NEF Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com

ON BEHALF OF DEBTOR Crystle Jane Lindsey    crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net

COURTESY NEF Matthew D Pham    mpham@hahnlawyers.com, marias@hahnlawyers.com;mpham@ecf.courtdrive.com

COURTESY NEF Dean G Rallis    drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com

ON BEHALF OF CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY Debra Riley    driley@allenmatkins.com

ON BEHALF OF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

ON BEHALF OF DEBTOR James R Selth    jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com

ON BEHALF OF LATHAM MANAGEMENT & CONSULTING SERVICES, INC. Leonard M Shulman    lshulman@shulmanbastian.com

COURTESY NEF Alan G Tippie    atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com

OUST United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

ON BEHALF OF DEBTOR Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net