Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   (213) 457-8000
Facsimile:   (213) 457-8080

Attorneys for U.S. Real Estate Credit Holdings III-A, LP

**FILED & ENTERED**

**MAR 12 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re

GLENROY COACHELLA, LLC,

Debtor.

Case No.: 2:21-bk-11188-BB

Chapter 11

**ORDER GRANTING MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a); AND DIRECTING AND AUTHORIZING UNITED STATES TRUSTEE TO APPOINT A CHAPTER 11 TRUSTEE**

Date: March 10, 2021
Time: 10:00 a.m.
Place: Courtroom 1539
       255 E. Temple Street
       Los Angeles, CA 90012

Honorable Sheri Bluebond

The Court considered U.S. Real Estate Credit Holdings III-A, LP's ("Movant") Motion under 11 U.S.C. § 1104(a) for the Appointment of a Chapter 11 Trustee under 11 U.S.C. § 1112(b) ("Trustee Motion"), Debtor Glenroy Coachella, LLC's (the "Debtor") Opposition thereto, and related declarations, joinders and replies thereto, as well as the oral arguments presented by Movant, the Debtor and various interested parties at a noticed hearing held on March 10, 2021. Appearances were as noted on the record.

For the reasons stated on the record at the March 10, 2021 hearing, and for GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that the Trustee Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the Court's rulings on evidentiary objections are as set forth on the record; and

**IT IS FURTHER ORDERED** that the United States Trustee shall **APPOINT** a Chapter 11 trustee in this case FORTHWITH.

### #

Date: March 12, 2021

Sheri Bluebond
United States Bankruptcy Judge