D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #2767221
chaes@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>            Debtor and Debtor-in-Possession. | Case No. 2:21-bk-11188-BB<br><br>Chapter 11<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 FILED BY TANDEM WEST GLASS, INC.<br><br>[DK. NO. 181]<br><br><u>Current Hearing:</u><br>Date:   May 25, 2021<br>Time:  10:00 a.m.<br>Ctrm:   1539<br><br><u>Proposed Continued Hearing:</u><br>Date:   June 8, 2021<br>Time:  10:00 a.m.<br>Ctrm:   1539 |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE

DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

PARTIES:

      This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 11

Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Glenroy Coachella, LLC ("Debtor"), and

1

Tandem West Glass, Inc. ("Movant") by and through their respective counsel (collectively, Trustee and Movant are referred to as the "Parties").

## Recitals

A. On February 15, 2021, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Code, commencing bankruptcy case no. 2:21-bk-11188-BB.

B. On March 8, 2021, as Dk. No. 97, Debtor filed its schedules and statement of financial affairs. Debtor's primary asset is an approximate 70% interest in the real property located at 84150 Avenue 48, Coachella, California 92201 ("Property"), which includes a luxury hotel project.

C. On March 19, 2021, as Dk. No. 126, the Court entered an order approving the United States Trustee's application for the appointment of a Chapter 11 Trustee. Since his appointment, the Trustee and his professionals investigated and spent hundreds of hours conducting due diligence analyzing whether there was any value to be captured in the Property through a sale or equity recapitalization. The Trustee's efforts to liquidate the Property continue to this day.

D. On May 4, 2021, as Dk. No. 181, Movant filed the Motion requesting authority to proceed against Debtor in prepetition state court litigation, and arguing that the automatic stay should be lifted because: (1) the claims against Debtor arise under nonbankruptcy law; (2) the claims can be most expeditiously resolved in the nonbankruptcy forum, and (3) mandatory abstention applies under 28 U.S.C. § 1334(c)(2). More specifically, Movant seeks authority to file a motion for summary judgment in the pending state court litigation to adjudicate Movant's claims against various non-debtor parties under Movant's Bonded Stop Notice Claims.

E. The hearing on the Motion is currently scheduled for May 25, 2021, at 10:00 a.m. The Parties have agreed to continue the hearing on the Motion and applicable deadlines for two weeks to provide the Trustee with additional time to structure a potential sale or equity recapitalization of the Property.

/ / /

/ / /

WHEREFORE, the Parties stipulate as follows:

1. The hearing on the Motion currently scheduled for May 25, 2021, at 10:00 a.m., shall be vacated and continued to June 8, 2021, at 10:00 a.m., or any other date and time thereafter that is convenient to the Court;

2. All deadlines associated with the Motion and as set forth in the Local Bankruptcy Rules shall be continued based on the continued hearing date for the Motion; and

3. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

Dated: May 11, 2021

MARSHACK HAYS LLP

By: /s/ Chad V. Haes
CHAD V. HAES
TINHO MANG
Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

Dated: May 11, 2021

POLIS & ASSOCIATES, APLC

By: _____
THOMAS J. POLIS
Attorneys for Creditor, TANDEM WEST GLASS, INC., a California corporation

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: STIPULATION TO CONTINUE HEARING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 FILED BY TANDEM WEST GLASS, INC.will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 11, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **May 11, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
GLENROY COACHELLA, LLC
1801 S. LA CIENEGA BLVD., SUITE 301
LOS ANGELES, CA 90035

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 11, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY: PRESIDING JUDGE'S COPY,** HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1534 / COURTROOM 1539
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 11, 2021 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **Steven M Berman**  sberman@slk-law.com, awit@shumaker.com;bgasaway@shumaker.com
- **Daren Brinkman**  office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Caroline Djang**  caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Jenny L Doling**  JD@jdl.law, dolingjr92080@notify.bestcase.com
- **Jonathan R Doolittle**  jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- **Eryk R Escobar**  eryk.r.escobar@usdoj.gov
- **Chad V Haes**  chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian S Harnik**  bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
- **Douglas Harris**  Douglas.harris@alston.com
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **William C Hoggard**  wch@wchlawgroup.com, admin@wchlawgroup.com
- **Mark S Horoupian**  mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Marsha A Houston**  mhouston@reedsmith.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Timothy R Laquer**  trl@ddclaw.com, trl@ddclaw.com
- **Leib M Lerner**  leib.lerner@alston.com, autodockettest-lax@alston.com
- **Crystle Jane Lindsey**  crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net
- **Tinho Mang**  tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Stacey A Miller**  smiller@tharpe-howell.com
- **Sean A OKeefe**  sokeefe@okeefelc.com, seanaokeefe@msn.com
- **Matthew D Pham**  mpham@hahnlawyers.com, marias@hahnlawyers.com;mpham@ecf.courtdrive.com
- **Sheila M Pistone**  sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- **Maria Plumtree**  agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
- **Thomas J Polis**  tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Dean G Rallis**  drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com
- **Debra Riley**  driley@allenmatkins.com
- **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **James R Selth**  jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Leonard M Shulman**  lshulman@shulmanbastian.com
- **Evan L Smith**  els@elsmithlaw.com
- **Alan G Tippie**  atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;kfiles@sulmeyerlaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**  dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**