D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #2767221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

JUL 28 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:21-bk-11188-BB<br><br>Chapter 11<br><br>ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING AGREEMENT RE: ESTATE'S RECEIPT OF DEEDS FROM TENANTS-IN-COMMON<br><br>[Dk. No. 295]<br><br>▪ EXHIBIT PAGE ATTACHED<br><br>Hearing Date:<br>Date:   July 21, 2021<br>Time:  10:00 a.m.<br>Ctrm:  1539 – ZoomGov |

On July 21, 2021, the Court conducted a hearing on shortened notice on the Trustee's motion for entry of an order approving his agreement ("Agreement") with the non-debtor tenants-in-common ("TICs") pursuant to which the bankruptcy estate ("Estate") has received 100% of title to the subject real property ("Motion"), filed on July 13, 2021, as Dk. No. 295. All appearances were noted on the record.

The Court has considered the Motion, and its supporting evidence, all other pleadings and papers filed in this case, and the oral arguments of counsel on the record at the hearing. <u>As stated in the Court's tentative ruling and on the record at the time of hearing,</u>

1

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED** and the Agreement including the provisions that the transferred interests in real property ("Real Property") by the recorded deeds ("Deeds") shall become property of the Estate is **APPROVED**, subject to the clarifications in this Order;

2. If Trustee abandons the Estate's interest in the Real Property or, if no order of this Court approving the sale of the Real Property has been entered by **December 31, 2021**, he is authorized to reconvey the interests back to the TICs; and

3. Neither the Agreement, nor this Order, shall affect any order entered in the pending receivership action ("Receivership Orders"). In the event the Trustee abandons the Real Property, the ownership interests covered by the Deeds will remain subject to the Receivership Orders and the Real Property will be returned to the control of the Receiver. Further, Paragraph 5 of the Agreement is modified to provide that if the Receivership case is still pending at the time any bankruptcy court-approved sale closes, any net sale proceeds due to the TICs will be held by the Trustee pending distribution pursuant to further court order.

###

Date: July 28, 2021

Sheri Bluebond
United States Bankruptcy Judge

**EXHIBIT PAGE TO ORDER RE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING AGREEMENT RE: ESTATE'S RECEIPT OF DEEDS FROM TENANTS-IN-COMMON**

APPROVED AS TO FORM:

MARSHACK HAYS LLP

*/s/ D. Edward Hays*

D. EDWARD HAYS
CHAD V. HAES
TINHO MANG
Attorney for Chapter 11 Trustee,
RICHARD A. MARSHACK

MESSINA & HANKIN LLP

*/s/ Evan L. Smith*

EVAN L. SMITH
Attorneys for Tenants-in-Common,
FORCE RUBIN LLC, FORCE RUBIN 2, LLC and COACHELLA RESORT, LLC

SULMEYER KUPETZ

_____

ALAN TIPPIE
MARK S. HOROUPIAN
Attorney for Receiver,
EDWIN W. LESLIE

REED SMITH LLP

_____

CHRISTOPHER O. RIVAS
Attorney for Creditor,
U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP

**EXHIBIT PAGE TO ORDER RE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING AGREEMENT RE: ESTATE'S RECEIPT OF DEEDS FROM TENANTS-IN-COMMON**

APPROVED AS TO FORM:

MARSHACK HAYS LLP

_____
D. EDWARD HAYS
CHAD V. HAES
TINHO MANG
Attorney for Chapter 11 Trustee,
RICHARD A. MARSHACK


MESSINA & HANKIN LLP

_____
EVAN L. SMITH
Attorneys for Tenants-in-Common,
FORCE RUBIN LLC, FORCE RUBIN 2,
LLC and COACHELLA RESORT, LLC


SULMEYER KUPETZ

_____
ALAN TIPPIE
MARK S. HOROUPIAN
Attorney for Receiver,
EDWIN W. LESLIE


REED SMITH LLP

_____
CHRISTOPHER O. RIVAS
Attorney for Creditor,
U.S. REAL ESTATE CREDIT
HOLDINGS III-A, LP

**EXHIBIT PAGE TO ORDER RE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING AGREEMENT RE: ESTATE'S RECEIPT OF DEEDS FROM TENANTS-IN-COMMON**

APPROVED AS TO FORM:

MARSHACK HAYS LLP

*[See Attached Signature Page]*

_____
D. EDWARD HAYS
CHAD V. HAES
TINHO MANG
Attorney for Chapter 11 Trustee,
RICHARD A. MARSHACK

MESSINA & HANKIN LLP

*[See Attached Signature Page]*

_____
EVAN L. SMITH
Attorneys for Tenants-in-Common,
FORCE RUBIN LLC, FORCE RUBIN 2, LLC and COACHELLA RESORT, LLC

SULMEYER KUPETZ

*[See Attached Signature Page]*

_____
ALAN TIPPIE
MARK S. HOROUPIAN
Attorney for Receiver,
EDWIN W. LESLIE

REED SMITH LLP

*[See Attached Signature Page]*

_____
CHRISTOPHER O. RIVAS
Attorney for Creditor,
U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP

3