Daren R. Brinkman
(CA Bar No. 158698)
Brinkman Law Group, P.C.
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Tel. (818) 597-2992
Fax (818) 597-2998
E-mail: firm@brinkmanlaw.com

*Counsel for the Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In Re: | Case No. 2:21-bk-11188-BB |
|---|---|
| **Glenroy Coachella, LLC,** | Chapter 11 |
| **Debtor.** | THE COMMITTEE OF UNSECURED CREDITOR'S OPPOSITION TO THE CHAPTER 11 TRUSTEE'S MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7 |
| | Hearing Date: August 31, 2021<br>Time: 2:00PM PST<br>Courtroom: 1539[1] |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE SHERI BLUEBOND:

COMES NOW the Committee of Unsecured Creditors ("Committee") by and through its counsel to hereby reply to the *Chapter 11 Trustee's Motion to Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. § 1112(B); Memorandum of Points of Authorities; Declaration of Richard A. Marshack in Support* ("Motion") [Doc. 324] in opposition thereto, stating the following:

---

[1] Video and audio connection information for each hearing will be provided on Judge Bluebond's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx. Use the tab labelled, "Select Judge," on the left-hand side of the screen to select "(BB) Sheri Bluebond" from the drop down menu.

## JURISDICTION AND VENUE

This Court has jurisdiction over this Case pursuant to 28 U.S.C. § 1334.

This matter is a core proceeding pursuant to 28 U.S.C. § 157.

Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## PROCEDURAL BACKGROUND

On February 15, 2021, ("Petition Date"), Glenroy Coachella, LLC ("Debtor") filed its *Voluntary Petition for Non-Individuals Filing for Bankruptcy* ("Petition") [Doc. 1] under Chapter 11 – Reorganization of Title 11 of the United States Code ("Bankruptcy Code") in the U.S. Bankruptcy Court for the Central District of California, Los Angeles Division ("Court").

On February 17, 2021, Creditor U.S. Real Estate Credit Holdings III-A, L.P. filed a *Motion for the Appointment of a Chapter 11 Trustee* [Doc. 16].

On March 10, 2021, the U.S. Trustee filed a *Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims* [Doc. 110] appointing the Committee.

On March 12, 2021, the Court entered an *Order Granting Motion for the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a); and Directing and Authorizing United States Trustee to Appoint a Chapter 11 Trustee* [Doc. 120].

On March 18, 2021, the U.S. Trustee filed the *United States Trustee's Notice of Appointment of Chapter 11 Trustee* [Doc. 124] appointing Richard Marshack as the Chapter 11 Trustee ("Trustee").

On July 13, 2021, Trustee filed the *Chapter 11 Trustee's Motion for Order Approving Agreement Re: Estate's Receipt of Deeds from Tenants-in-Common; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support* [Doc. 295] to approve the Debtor's receipt of deeds from Tenants-in-Common of its single real estate holding in order to sell it.

On July 28, 2021, Trustee filed the Motion and the *Trustee's Motion to Approve Compromise with U.S. Real Estate Credit Holdings III-A, L.P. Re: Lender's Consent to Sale Free and Clear of Lien and to Approve Credit Bid; Memorandum of Points and Authorities; Declaration of Richard A. Marshack in Support* ("Motion to Compromise") [Doc. 322] in order to allow a sale of the Debtor's principal real estate asset.

On July 28, 2021, the Court entered the *Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement Re: Estate's Receipt of Deeds from Tenants-in-Common* [Doc. 321].

## COMMITTEE'S OPPOSITION

The Committee believes that the Motion should be denied, or at least continued to give the parties more time to discuss alternatives. The Committee would rather see the matter set in front of a third-party mediator so that disputes about covenants proposed in the Motion to Compromise can be negotiated openly in a neutral playing field by the creditors it would effect. The Committee believes that it would be premature to convert the case to Chapter 7 while the Motion to Compromise has not yet been granted, and the case may very well head to mediation. In addition, the Committee believes that more responses in opposition to the Motion will be forthcoming, and conditionally join in those oppositions.

## CONCLUSION

WHEREFORE the Committee respectfully requests that the Motion be denied and that disputes between creditors and the Chapter 11 Trustee relating to the sale of the Debtor's assets be recommended for mediation.

Respectfully Submitted this 17th day of August, 2021.

/s/ Daren Brinkman
Daren R. Brinkman
(CA Bar No. 158698)
Brinkman Law Group, P.C.
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Tel. (818) 597-2992
Fax (818) 597-2998
E-mail: firm@brinkmanlaw.com

*Counsel for the Committee of
Unsecured Creditors*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
*Date*                                *Printed Name*                                                    *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

| | |
|---|---|
| **Steven M Berman** sberman@slk-law.com, awit@shumaker.com;bgasaway@shumaker.com | |
| **Caroline Djang** caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com | |
| **Jenny L Doling** JD@jdl.law, dolingjr92080@notify.bestcase.com | |
| **Jonathan R Doolittle** jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com | |
| **Eryk R Escobar** eryk.r.escobar@usdoj.gov | |
| **Chad V Haes** chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com | |
| **Brian Stuart Harnik** bharnik@rhlawfirm.com, bharnik@rhlawfirm.com | |
| **D Edward Hays** ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com | |
| **William C Hoggard** wch@wchlawgroup.com, admin@wchlawgroup.com | |
| **Mark S Horoupian** mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com | |
| **Marsha A Houston** mhouston@reedsmith.com | |
| **Michael S Kogan** mkogan@koganlawfirm.com | |
| **Timothy R Laquer** trl@ddclaw.com, trl@ddclaw.com | |
| **Crystle Jane Lindsey** crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net;virginia@wsrlaw.net | |
| **Tinho Mang** tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com | |
| **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com | |
| **Stacey A Miller** smiller@tharpe-howell.com | |
| **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com | |
| **R Gibson Pagter** gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com | |
| **Matthew D Pham** mpham@hahnlawyers.com, marias@hahnlawyers.com;mpham@ecf.courtdrive.com | |
| **Sheila M Pistone** sheila@pistonelawoffice.com, sheilapistone@yahoo.com | |
| **Maria Plumtree** agrow@plumtreelaw.com, mplumtree@plumtreelaw.com | |
| **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com | |
| **Debra Riley** driley@allenmatkins.com | |
| **Christopher O Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com | |
| **James R Selth** jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com | |
| **Leonard M Shulman** lshulman@shulmanbastian.com | |

| | |
|---|---|
| **Evan L Smith**    els@elsmithlaw.com | |
| **Alan G Tippie**    atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;kfiles@sulmeyerlaw.com | |
| **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov | |
| **Daniel J Weintraub**    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net | |

**SERVED BY UNITED STATES MAIL:**

Laurence Berman
Berman Litigation Group
815 Moraga Drive
Los Angeles, CA 90049

Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

Grobstein Teeple, LLP
6300 Canoga Avenue, Ste. 1500W
Woodland Hills, CA 91367

Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

Weintraub & Selth APC
11766 Wilshire Blvd Ste 1170
Los Angeles, CA 90025