D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re GLENROY COACHELLA, LLC, a Delaware limited liability company, et al.,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 11<br><br>CHAPTER 11 TRUSTEE'S STATEMENT IN OPPOSITION TO MOTION TO DISQUALIFY REED & SMITH AS COUNSEL OF RECORD FOR U.S. REAL ESTATE CREDIT HOLDINGS III<br><br>Hearing:<br>Date:  September 1, 2021<br>Time:  10:00 a.m.<br>Courtroom: 1539 (Via Zoom) |

Richard A. Marshack, in his capacity as the Chapter 11 Trustee ("Trustee") for Glenroy Coachella, LLC ("Debtor"), files this statement in opposition to the motion for disqualification ("Motion") filed by Debtor's principal, A. Stuart Rubin.

Trustee is seriously concerned that Rubin lacks standing to file the Motion. As the court-appointed fiduciary of the Debtor, the Trustee has the exclusive ability to speak on the Debtor's behalf regarding its affairs, including any conflicts of interest relating to the Debtor, and yet the Motion is focused primarily on purported "conflicts" arising from Reed Smith's prior representation of this Debtor. As a displaced principal of this Debtor, Rubin lacks standing to assert any such "conflicts" arising in relation to the Debtor.

-1-
STATEMENT IN OPPOSITION TO MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

Also of particular concern to the Trustee is that Rubin, both in his individual capacity and through Glenroy Coachella Holdings, LLC (an equity holder of the Debtor), filed a substantially similar motion in the state court. As the Trustee explained in the state court proceedings, he believes that the motion filed in state court violates the automatic stay and should be denied as void.

Additionally, as a substantive matter, Trustee, through his counsel, has been engaged in prolonged settlement discussions over the past seven months with the estate's largest creditor, U.S. Real Estate Credit Holdings III-A, LP ("USRECH"), through its counsel, Reed Smith. Trustee has analyzed the purported conflicts of interest raised by the Motion and, on behalf of the Debtor, does not believe there is cause to pursue, or any benefit to the estate from pursuing, any disqualification of Reed Smith on the basis of its prior representation of this Debtor.

1. <u>The Bankruptcy Trustee is the Exclusive Representative of Glenroy Coachella, LLC and the Trustee did NOT Authorize the Filing of the Motion to Disqualify</u>

Upon the filing of a bankruptcy case, all property of the debtor becomes property of the bankruptcy estate. 11 U.S.C. § 541(a). The bankruptcy trustee is the exclusive representative of the estate. 11 U.S.C. § 323. When the debtor is an entity, the bankruptcy trustee also owns and controls the attorney-client privilege. *CFTC v. Weintraub*, 471 U.S. 343 (1985).

In this case, on February 15, 2021, Glenroy Coachella, LLC filed a voluntary petition under Chapter 11 of Title 11 of the United States Code. On March 12, 2021, the bankruptcy court ordered the appointment of a Chapter 11 Trustee. On March 18, 2021, Richard A. Marshack filed a notice of acceptance of his appointment as Chapter 11 Trustee ("Trustee"). As the bankruptcy estate's exclusive representative, and the holder of the attorney-client privilege, Mr. Marshack is the real party-in-interest for Glenroy Coachella, LLC and the only party with standing to raise claims on its behalf. Mr. Marshack did not authorize Debtor's filing of the present motion seeking to disqualify counsel.

2. <u>The Motion to Disqualify Filed by Rubin in the State Court is Void for Having Been Filed in Violation of the Automatic Stay</u>

The filing of a bankruptcy creates an automatic stay barring the continuation of a pre-bankruptcy action against the debtor. 11 U.S.C. § 362(a)(1). The stay even extends to actions taken

by a debtor-defendant such as an appeal of an adverse judgment. *Ingersoll-Rand Fin. Corp. v. Miller Mining Co.*, 817 F.2d 1424 (9th Cir. 1987). The stay also bars the exercise of control over property of the bankruptcy estate. 11 U.S.C. § 362(a)(3). Actions taken in violation of the stay are void. *In re Schwartz*, 954 F.2d 569 (9th Cir. 1992).

Shortly after filing this motion in the bankruptcy case, Rubin filed a substantially similar motion in the state court case. Rather than focusing on any purported "conflicts" regarding himself, however, Rubin argued that Reed Smith's prior representation of the Debtor was the driving reason for disqualification. This is improper. Rubin neither requested nor obtained relief from stay to file a motion in the state court case to disqualify Reed Smith based on its previous representation of the Debtor. As such, the motion is void for having been filed in violation of the automatic stay. Similarly, as explained above, it is also improper for Rubin to raise issues regarding Reed Smith's concluded representation of the Debtor, since that is solely within the province of the Trustee.

3.  Conclusion

Glenroy Coachella, LLC no longer has standing to file claims on its own behalf. Because Glenroy Coachella, LLC (through Rubin) did not seek authority from the Trustee to file this Motion, it should be denied because neither Debtor nor Rubin are the real parties-in-interest with respect to raising the subject claims. Trustee respectfully requests that this Court enter an order denying the motion.

Dated: August 18, 2021                              MARSHACK HAYS LLP

                                                    /s/ D. Edward Hays
                                                    By:_____
                                                    D. EDWARD HAYS
                                                    CHAD V. HAES
                                                    Attorney for Chapter 11 Trustee,
                                                    Richard A. Marshack

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **CHAPTER 11 TRUSTEE'S STATEMENT IN OPPOSITION TO MOTION TO DISQUALIFY REED & SMITH AS COUNSEL OF RECORD FOR U.S. REAL ESTATE CREDIT HOLDINGS III** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 18, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
GLENROY COACHELLA, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
1801 S. LA CIENEGA BLVD., SUITE 301
LOS ANGELES, CA 90035-4658

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 18, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**
**PRESIDING JUDGE'S COPY**
HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1534 / COURTROOM 1539
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 18, 2021 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR INTERESTED PARTY EFO FINANCIAL GROUP LLC:** Steven M Berman sberman@slk-law.com, awit@shumaker.com; bgasaway@shumaker.com
   - **ATTORNEY FOR CREDITOR SAXON ENGINEERING SERVICES INC AND COMMITTEE OF UNSECURED CREDITORS:** Daren Brinkman office@brinkmanlaw.com, 7764052420@filings.docketbird.com
   - **ATTORNEY FOR CREDITOR DOUG WALL CONSTRUCTION:** Caroline Djang caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com; wilma.escalante@bbklaw.com
   - **INTERESTED PARTY COURTESY NEF:** Jenny L Doling JD@jdl.law, dolingjr92080@notify.bestcase.com
   - **ATTORNEY FOR CREDITORS LASERSCOPIC MEDICAL CLINIC, LLC; LASERSCOPIC SPINAL CENTERS OF AMERICA, INC.; AND JOE SAMUEL BAILEY:** Jonathan R Doolittle    jonathan.doolittle@pillsburylaw.com
   - **ATTORNEY FOR U.S. TRUSTEE (LA):** Eryk R Escobar eryk.r.escobar@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR BLAIR AIR, INC.:** Brian S Harnik bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR ORCO BLOCK & HARDSCAPE:** William C Hoggard wch@wchlawgroup.com, admin@wchlawgroup.com
   - **INTERESTED PARTY COURTESY NEF:** Mark S Horoupian mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR CREDITOR U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Marsha A Houston mhouston@reedsmith.com
   - **INTERESTED PARTY COURTESY NEF:** Michael S Kogan mkogan@koganlawfirm.com
   - **ATTORNEY FOR INTERESTED PARTY GARY STIFFELMAN:** Timothy R Laquer trl@ddclaw.com, trl@ddclaw.com
   - **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Crystle Jane Lindsey crystle@wsrlaw.net, crystle@cjllaw.com; gabby@wsrlaw.net; dairi@wsrlaw.net
   - **INTERESTED PARTY COURTESY NEF:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. dba BENTLEY FINANCIAL SERVICES and CREDITOR PORSCHE LEASING LTD:** Stacey A Miller smiller@tharpe-howell.com
   - **ATTORNEY FOR INTERESTED PARTY STUART RUBIN:** Sean A OKeefe sokeefe@okeefelc.com, seanaokeefe@msn.com
   - **INTERESTED PARTY COURTESY NEF:** R Gibson Pagter, Jr.: gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Matthew D Pham mpham@hahnlawyers.com, marias@hahnlawyers.com; mpham@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR LAW OFFICES OF JEFFREY D SEGAL, A PROFESSIONAL CORPORATION:** Sheila M Pistone sheila@pistonelawoffice.com, sheilapistone@yahoo.com
   - **ATTORNEY FOR CREDITOR GF INVESTMENT GROUP, INC. DBA THE INVESTMENT CENTER, A CALIFORNIA CORPORATION:** Maria Plumtree agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
   - **ATTORNEY FOR CREDITORS AL MILLER & SONS ROOFING CO INC; APPLE J PLUMBING; DESERT PALM ELECTRIC INC; JACOBSSON ENGINEERING CONSTRUCTION INC; MASCORRO CONCRETE CONSTRUCTION INC; TANDEM WEST GLASS INC; TEMALPAKH INC DBA THE WORKS FLOOR & WALL:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY:** Debra Riley driley@allenmatkins.com
   - **ATTORNEY FOR CREDITOR U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
   - **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** James R Selth jim@wsrlaw.net, jselth@yahoo.com; dairi@wsrlaw.net; gabby@wsrlaw.net; vinnet@ecf.inforuptcy.com
   - **ATTORNEY FOR INTERESTED PARTY LATHAM MANAGEMENT & CONSULTING SERVICES, INC.:** Leonard M Shulman lshulman@shulmanbastian.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **ATTORNEY FOR CREDITOR A. STUART RUBIN AND INTERESTED PARTIES ELLIOT LANDER AND STUART RUBIN:** Evan L Smith els@elsmithlaw.com
- **ATTORNEY FOR INTERESTED PARTY EDWIN W. LESLIE, RECEIVER:** Alan G Tippie atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com; pdillamar@sulmeyerlaw.com
- **U.S. TRUSTEE (LA):** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Daniel J Weintraub dan@wsrlaw.net, vinnet@ecf.inforuptcy.com; gabby@wsrlaw.net; dairi@wsrlaw.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**