| | |
|---|---|
| Marsha A. Houston (SBN 129956)<br>Christopher O. Rivas (SBN 238765)<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071-1514<br>Telephone:     (213) 457-8000<br>Facsimile:      (213) 457-8080<br><br>Attorneys for U.S. Real Estate Credit Holdings III-A, LP | **FILED & ENTERED**<br><br>SEP 03 2021<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley     DEPUTY CLERK |

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>               Debtor. | Case No.: 2:21-bk-11188-BB<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR ORDER DISQUALIFYING REED SMITH LLP, AND/OR ANY OF ITS ATTORNEYS, FROM REPRESENTING U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, DUE TO CONFLICTS OF INTEREST GIVEN ITS ONGOING REPRESENTATION OF DEBTOR, AND PRIOR REPRESENTATION OF DEBTOR'S MANAGER**<br><br>Date:   September 1, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1539<br>        255 E. Temple Street<br>        Los Angeles, CA  90012<br><br>Honorable Sheri Bluebond |

The Court considered A. Stuart Rubin's ("Movant") *Motion for Order Disqualifying Reed Smith LLP, and/or any of its Attorneys, From Representing U.S. Real Estate Credit Holdings III-A, LP, Due to Conflicts of Interest Given its Ongoing Representation of Debtor, and Prior Representation of Debtor's Manager* [Dkt. No. 280], the opposition thereto filed by U.S. Real Estate Credit Holdings III-A, LP ("Lender"), the response by the Chapter 11 Trustee, Richard A. Marshack (the "Trustee") and related declarations, joinders and replies thereto, as well as the oral arguments presented by Movant, Lender and the Trustee at a noticed hearing held on September 1, 2021. Appearances were as noted on the record.

For the reasons stated on the record at the September 1, 2021 hearing:

**IT IS HEREBY ORDERED** that the Motion is **DENIED**; and

**IT IS FURTHER ORDERED** that the Court's rulings on evidentiary objections are as set forth on the record.

### # # #

Date: September 3, 2021

Sheri Bluebond
United States Bankruptcy Judge