D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**SEP 13 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 11<br><br>ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P. RE LENDER'S CONSENT TO SALE FREE AND CLEAR OF LIEN AND TO APPROVE CREDIT BID<br><br>[DK. NO. 322]<br><br>Hearing:<br>Date:  August 31, 2021<br>Time:  2:00 p.m.<br>Ctrm:   1539 |

On August 31, 2021, the Court conducted a hearing on the Chapter 11 Trustee's motion for approval of a compromise and settlement ("Agreement") with U.S. Real Estate Credit Holdings III-A, L.P. ("Lender") re: Lender's Consent to Sale Free and Clear of Lien and To Approve Credit Bid ("Motion")[1], filed on July 28, 2021, as Dk. No. 322. All appearances were noted on the record.

---

[1] All terms are as defined in the Motion.

1

4843-2717-9236

1  The Court having read and considered the Chapter 11 Trustee, Richard A. Marshack's (the "Trustee") *Motion to Approve Compromise with U.S. Real Estate Credit Holdings III-A, LP re Lender's Consent to Sale Free and Clear of Lien and to Approve Credit Bid* [Dkt. No. 322] (the "Motion") and related declarations, oppositions, and responses thereto, as well as the oral arguments presented by the interested parties at a noticed hearing held on August 31, 2021 at 2:00 p.m., and for the reasons stated in the Court's tentative ruling and on the record, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED;**

2. The Court's rulings on oppositions and evidentiary objections are as set forth on the record, including without limitations its rulings denying the objections of A. Stuart Rubin, Elliot Lander, Force Rubin LLC, Force Rubin 2 LLC, and Coachella Resort, LLC with respect to the Agreement; and

3. The Agreement (as defined in the Motion), by and between the Trustee, on behalf of the estate, and U.S. Real Estate Credit Holdings III-A, LP ("Lender") is **APPROVED** in its entirety, including with respect to its binding nature on any successor trustee, subject to the following provisos and modifications:

   a. This Court's approval of the Agreement does not, in and of itself, adjudicate any lien priority disputes as between Lender and other claimants asserting liens against the Property (as defined in the Motion);

   b. Should the Property be sold for cash, the proceeds of such sale shall be held in trust, by the Trustee or a successor trustee, in a sufficient amount solely to cover any disputed mechanics' or materialmens' liens, with the remaining cash proceeds to be paid to Lender up to the value of its allowed secured claim, which has been fully allowed as set forth in the Agreement; and

///
///

4843-2717-9236

c. Should the Property be acquired by Lender pursuant to a credit bid, liens asserted against the Property shall remain on the Property until they are adjudicated as junior in priority to Lender's lien or otherwise valued at $0 or disallowed.

###

Date: September 13, 2021

Sheri Bluebond
United States Bankruptcy Judge

4843-2717-9236