D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 11 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

SEP 17 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 11<br><br>ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(B)<br><br>[Dk. No. 324]<br><br>▪ EXHIBIT- SIGNATURE PAGE ATTACHED<br><br>Hearing:<br>Date:    August 31, 2021<br>Time:    2:00 p.m.<br>Ctrm:    1539 |

On August 31, 2021, the Court conducted a hearing on the Chapter 11 Trustee's Motion to Convert Case to One Under Chapter 7 Pursuant to 11 U.S.C. §1112(b) ("Motion"),[1] filed on July 28, 2021, as Dk. No. 324. All appearances were noted on the record.

The Court has considered the Motion, and its supporting evidence, the response filed by Official Committee of Unsecured Creditors, Trustee's Reply, and all other pleadings and papers

---

[1] All terms are as defined in the Motion.

1  filed in this case, and the oral arguments of counsel. For the reasons set forth in the motion, reply,

2  and as stated by the Court on the record during the hearing, the Court grants the motion as follows:

3  **IT IS ORDERED that:**

4      1.    The Motion is **GRANTED** and the case is converted to **Chapter 7**; and

5      2.    The professionals retained by the Trustee to represent the Estate pre-conversion shall

6  continue to represent the Estate post-conversion without the need for further application.

7                                                                       ### 

Date: September 17, 2021

Sheri Bluebond
United States Bankruptcy Judge

2

SIGNATURE PAGE TO ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(B)

APPROVED AS TO FORM:

BRINKMAN LAW GROUP, P.C.

[*See Attached Signature Page*]
_____
Daren R. Brinkman, Counsel to
Committee of Unsecured Creditors

3

4843-2717-9236