United States Bankruptcy Court
Central District of California

In re:  Case No. 21-11188-BB
Glenroy Coachella, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4
Date Rcvd: Oct 12, 2021      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenroy Coachella, LLC, 1801 S. La Cienega Blvd., Suite 301, Los Angeles, CA 90035-4658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Edwin W. Leslie Receiver atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;kfiles@sulmeyerlaw.com |
| Alan G Tippie | on behalf of Interested Party Courtesy NEF atippie@sulmeyerlaw.com atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;kfiles@sulmeyerlaw.com |
| Aluyah I Imoisili | on behalf of Plaintiff QUONSET PARTNERS LLC aimoisili@drwelchlaw.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port arawal@aisinfo.com |
| Brian Stuart Harnik | on behalf of Creditor Blair Air Inc bharnik@rhlawfirm.com, bharnik@rhlawfirm.com |

| | |
|---|---|
| Caroline Djang | on behalf of Interested Party Caroline R. Djang caroline.djang@bbklaw.com laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com |
| Caroline Djang | on behalf of Creditor Doug Wall Construction caroline.djang@bbklaw.com laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com |
| Chad V Haes | on behalf of Trustee Richard A Marshack (TR) chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com |
| Christopher O Rivas | on behalf of Creditor U.S. Real Estate Credit Holdings III-A LP crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| Crystle Jane Lindsey | on behalf of Debtor Glenroy Coachella LLC crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net;virginia@wsrlaw.net |
| D Edward Hays | on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel J Weintraub | on behalf of Debtor Glenroy Coachella LLC dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net |
| Daren Brinkman | on behalf of Creditor Committee Committee of Unsecured Creditors office@brinkmanlaw.com 7764052420@filings.docketbird.com |
| Daren Brinkman | on behalf of Creditor Saxon Engineering Services Inc. office@brinkmanlaw.com 7764052420@filings.docketbird.com |
| Debra Riley | on behalf of Creditor California Statewide Communities Development Authority driley@allenmatkins.com |
| Eryk R Escobar | on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov |
| Evan L Smith | on behalf of Interested Party Stuart Rubin els@elsmithlaw.com |
| Evan L Smith | on behalf of Creditor A. Stuart Rubin els@elsmithlaw.com |
| Evan L Smith | on behalf of Interested Party Elliot Lander els@elsmithlaw.com |
| James R Selth | on behalf of Interested Party Courtesy NEF jim@wsrlaw.net jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com |
| James R Selth | on behalf of Debtor Glenroy Coachella LLC jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com |
| Jenny L Doling | on behalf of Attorney INTERESTED PARTY JD@jdl.law dolingjr92080@notify.bestcase.com |
| Jonathan R Doolittle | on behalf of Creditor Laserscopic Medical Clinic LLC jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com |
| Jonathan R Doolittle | on behalf of Creditor Laserscopic Spinal Centers of America Inc. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com |
| Jonathan R Doolittle | on behalf of Creditor Laserscopic Spine Centers Of America Inc. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com |
| Jonathan R Doolittle | on behalf of Creditor Joe Samuel Bailey jonathan.doolittle@pillsburylaw.com courtalertecf@pillsburylaw.com |
| Leonard M Shulman | on behalf of Interested Party Latham Management & Consulting Services Inc. lshulman@shulmanbastian.com |
| Maria Plumtree | on behalf of Creditor GF Investment Group Inc. dba The Investment Center, a California corporation agrow@plumtreelaw.com, mplumtree@plumtreelaw.com |
| Mark S Horoupian | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF mhoroupian@sulmeyerlaw.com mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com |
| Marsha A Houston | on behalf of Plaintiff U.S. Real Estate Credit Holdings III-A LP mhouston@reedsmith.com, hvalencia@reedsmith.com |
| Marsha A Houston | on behalf of Creditor U.S. Real Estate Credit Holdings III-A LP mhouston@reedsmith.com, hvalencia@reedsmith.com |
| Matthew D Pham | on behalf of Interested Party Courtesy NEF mpham@hahnlawyers.com marias@hahnlawyers.com;mpham@ecf.courtdrive.com |
| Michael S Kogan | on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com |
| R Gibson Pagter, Jr. | on behalf of Interested Party Courtesy NEF gibson@ppilawyers.com ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Ronak N Patel | on behalf of Creditor County of Riverside Treasurer-Tax Collector rpatel@rivco.org dresparza@rivco.org;mdominguez@rivco.org |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com morani@ronaldrichards.com |
| Sean A OKeefe | on behalf of Interested Party Stuart Rubin sokeefe@okeefelc.com seanaokeefe@msn.com |
| Sheila M Pistone | on behalf of Creditor Law Offices of Jeffrey D. Segal A Professional Corporation sheila@pistonelawoffice.com, sheilapistone@yahoo.com |
| Stacey A Miller | on behalf of Creditor Porsche Financial Services Inc.dba Bentley Financial Services smiller@tharpe-howell.com |
| Stacey A Miller | on behalf of Creditor Porsche Leasing Ltd. smiller@tharpe-howell.com |
| Steven M Berman | on behalf of Interested Party EFO Financial Group LLC sberman@slk-law.com awit@shumaker.com;bgasaway@shumaker.com |
| Thomas J Polis | on behalf of Creditor Tandem West Glass Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Mascorro Concrete Construction Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Apple J. Plumbing tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Al Miller & Sons Roofing Co. Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Desert Palm Electric Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Temalpakh Inc. dba The Works Floor & Wall tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Jacobsson Engineering Construction Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy R Laquer | on behalf of Interested Party Gary Stiffelman trl@ddclaw.com trl@ddclaw.com |
| Timothy R Laquer | on behalf of Interested Party Courtesy NEF trl@ddclaw.com trl@ddclaw.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| William C Hoggard | |

District/off: 0973-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 12, 2021 | Form ID: pdf042 | Total Noticed: 1

on behalf of Creditor Orco Block & Hardscape wch@wchlawgroup.com admin@wchlawgroup.com

TOTAL: 55

| | |
|---|---|
| 1 | Marsha A. Houston (SBN 129956) |
| 2 | Christopher O. Rivas (SBN 238765) |
|   | Eduardo Vargas Cortes (SBN 333782) |
| 3 | REED SMITH LLP |
|   | 355 South Grand Avenue, Suite 2900 |
| 4 | Los Angeles, CA 90071-1514 |
|   | Tel: 213.457.8000 / Fax: 213.457.8080 |

**FILED & ENTERED**

OCT 12 2021

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY penning   DEPUTY CLERK

Attorneys for U.S. Real Estate Credit Holdings III-A, LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.   2:21-bk-11188-BB |
| GLENROY COACHELLA, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION FOR DETERMINATION OF THE VALUE OF THE ALLEGED SECURED CLAIM OF MECHANICS LIEN CLAIMANTS AND FOR THE EXPUNGEMENT OF MECHANICS LIENS**<br>*[Motion Docket No. 430]*<br><br>***[11 U.S.C. § 506(A); Bankruptcy Rule 3012]***<br><br>Date:   September 29, 2021<br>Time:   10:00 a.m.<br>Place:   Courtroom 1539<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br><br>Honorable Sheri Bluebond |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The Court considered U.S. Real Estate Credit Holdings III-A, LP's ("Movant") motion under Bankruptcy Rule 3012, 11 U.S.C. § 506(a), and California Civil Code §§ 8460, and 8480 [Dkt. No. 430] (the "Motion"), to value the secured claims of certain mechanics lien claimants at $0.00 and to order that such liens be expunged from the real property located at 84150 Avenue 48, Coachella, California 92201 (the "Property"), which is more particularly described as follows:

> Parcels 1, 2, 4, 5 and 6 of Parcel Map No. 3731 O, in the City of Coachella, County of Riverside, State of California, according to map on file in Book 243, Pages 82 through 84 of Parcel Maps, Records of Riverside County, California.

(APN: 603-220-061; -062; -064; -065 and -066)

The Court considered the evidence submitted with the Motion and the oral arguments presented by counsel for Movant at the noticed hearing held on September 29, 2021. For the reasons stated on the record and for good cause appearing, including the Court's finding based on the undisputed evidence submitted by Movant that the following mechanics lien claimants each failed to file lawsuits to foreclose on their respective mechanics liens within 90 days of recordation, as required under California Civil Code section 8460, and that the claims therefore expired and are unenforceable pursuant to California Civil Code section 8460(a) and subject to expungement pursuant to California Civil Code section 8480,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the secured claims of Constructure, Inc. and SiteOne Landscape Supply are hereby valued at **$0.00.**

///

///

///

**IT IS FURTHER ORDERED** that, in accordance with California Civil Code §§ 8460, and 8480, the following mechanics liens are hereby **EXPUNGED** from the Property:

| Mechanic's Lien Claimant | Mechanic's Lien Recordation Number (each as recorded in the Official Records of Riverside County) |
|---|---|
| Constructure, Inc. | 2019-0022660 |
| SiteOne Landscape Supply | 2019-0283223 |

# # #

Date: October 12, 2021

Sheri Bluebond
United States Bankruptcy Judge