D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

FILED & ENTERED

OCT 25 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING BIDDING PROCEDURES<br><br>[LBR 6004-1]<br><br>Hearing:<br>Date:    September 30, 2021<br>Time:    10:00 a.m.<br>Ctrm:    1539 |

On September 30, 2021, the *Chapter 7 Trustee's Motion for order approving bidding procedures* ("Motion") filed on September 22, 2021, as Dk. No. 459, by RICHARD A. MARSHACK ("Trustee"), solely in his capacity as Chapter 7 Trustee of the bankruptcy estate ("Estate") of GLENROY COACHELLA, LLC ("Debtor"), came on for its scheduled hearing before the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding.

The Court considered the evidence filed in support of the Motion, and also considered the brief in opposition of Art of the Muse, LLC d/b/a Oly ("Art of the Muse"). Appearances were as noted on the Court's record. In considering the Motion, the Court has also considered the documents and pleadings on file herein, all judicially noticeable facts of which judicial notice was requested by a party, and the arguments and representations of counsel made at the September 30, 2021, hearing.

For the reasons set forth in the Motion and as stated by the Court on the record, the Court makes its order as follows:

**IT IS ORDERED** that the Motion is **GRANTED** and the bidding procedures are **APPROVED.**

###

Date: October 25, 2021

Sheri Bluebond
United States Bankruptcy Judge