United States Bankruptcy Court

Central District of California

In re:  
Glenroy Coachella, LLC  
    Debtor

Case No. 21-11188-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 25, 2021      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Glenroy Coachella, LLC, 1801 S. La Cienega Blvd., Suite 301, Los Angeles, CA 90035-4658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

**Name**      **Email Address**

Alan G Tippie  
     on behalf of Interested Party Edwin W. Leslie Receiver atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;kfiles@sulmeyerlaw.com

Alan G Tippie  
     on behalf of Interested Party Courtesy NEF atippie@sulmeyerlaw.com atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;kfiles@sulmeyerlaw.com

Aluyah I Imoisili  
     on behalf of Plaintiff QUONSET PARTNERS LLC aimoisili@drwelchlaw.com

Arvind Nath Rawal  
     on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port arawal@aisinfo.com

Brian Stuart Harnik  
     on behalf of Creditor Blair Air Inc bharnik@rhlawfirm.com, bharnik@rhlawfirm.com

Case 2:21-bk-11188-BB    Doc 493    Filed 10/27/21    Entered 10/27/21 21:31:35    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 25, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Caroline Djang
    on behalf of Interested Party Caroline R. Djang caroline.djang@bbklaw.com laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

Caroline Djang
    on behalf of Defendant Doug Wall Construction Inc. caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

Caroline Djang
    on behalf of Defendant Glenroy Coachella LLC caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

Caroline Djang
    on behalf of Creditor Doug Wall Construction caroline.djang@bbklaw.com laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

Chad V Haes
    on behalf of Interested Party Courtesy NEF chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

Chad V Haes
    on behalf of Trustee Richard A Marshack (TR) chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

Christopher O Rivas
    on behalf of Creditor U.S. Real Estate Credit Holdings III-A LP crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Crystle Jane Lindsey
    on behalf of Debtor Glenroy Coachella LLC crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net;virginia@wsrlaw.net

D Edward Hays
    on behalf of Trustee Richard A Marshack (TR) ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Daniel J Weintraub
    on behalf of Debtor Glenroy Coachella LLC dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net

Daren Brinkman
    on behalf of Creditor Committee Committee of Unsecured Creditors office@brinkmanlaw.com 7764052420@filings.docketbird.com

Daren Brinkman
    on behalf of Creditor Saxon Engineering Services Inc. office@brinkmanlaw.com 7764052420@filings.docketbird.com

Debra Riley
    on behalf of Creditor California Statewide Communities Development Authority driley@allenmatkins.com

Eryk R Escobar
    on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov

Evan L Smith
    on behalf of Interested Party Stuart Rubin els@elsmithlaw.com

Evan L Smith
    on behalf of Creditor A. Stuart Rubin els@elsmithlaw.com

Evan L Smith
    on behalf of Interested Party Elliot Lander els@elsmithlaw.com

James R Selth
    on behalf of Interested Party Courtesy NEF jim@wsrlaw.net jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com

James R Selth
    on behalf of Debtor Glenroy Coachella LLC jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com

Jenny L Doling
    on behalf of Attorney INTERESTED PARTY JD@jdl.law dolingjr92080@notify.bestcase.com

Jonathan R Doolittle
    on behalf of Creditor Laserscopic Medical Clinic LLC jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com

Jonathan R Doolittle
    on behalf of Creditor Laserscopic Spinal Centers of America Inc. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com

Jonathan R Doolittle
    on behalf of Creditor Laserscopic Spine Centers Of America Inc. jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com

District/off: 0973-2  User: admin  Page 3 of 4
Date Rcvd: Oct 25, 2021  Form ID: pdf042  Total Noticed: 1

Jonathan R Doolittle
    on behalf of Creditor Joe Samuel Bailey jonathan.doolittle@pillsburylaw.com  courtalertecf@pillsburylaw.com

Leonard M Shulman
    on behalf of Interested Party Latham Management & Consulting Services  Inc. lshulman@shulmanbastian.com

Maria Plumtree
    on behalf of Creditor GF Investment Group  Inc. dba The Investment Center, a California corporation agrow@plumtreelaw.com, mplumtree@plumtreelaw.com

Mark S Horoupian
    on behalf of Interested Party Courtesy NEF mhoroupian@sulmeyerlaw.com mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Marsha A Houston
    on behalf of Plaintiff U.S. Real Estate Credit Holdings III-A  LP mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha A Houston
    on behalf of Creditor U.S. Real Estate Credit Holdings III-A  LP mhouston@reedsmith.com, hvalencia@reedsmith.com

Matthew D Pham
    on behalf of Interested Party Courtesy NEF mpham@hahnlawyers.com  marias@hahnlawyers.com;mpham@ecf.courtdrive.com

Michael S Kogan
    on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com

R Gibson Pagter, Jr.
    on behalf of Interested Party Courtesy NEF gibson@ppilawyers.com  ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Ronak N Patel
    on behalf of Creditor County of Riverside Treasurer-Tax Collector rpatel@rivco.org dresparza@rivco.org;mdominguez@rivco.org

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  morani@ronaldrichards.com

Sean A OKeefe
    on behalf of Interested Party Stuart Rubin sokeefe@okeefelc.com  seanaokeefe@msn.com

Sheila M Pistone
    on behalf of Creditor Law Offices of Jeffrey D. Segal  A Professional Corporation sheila@pistonelawoffice.com, sheilapistone@yahoo.com

Stacey A Miller
    on behalf of Creditor Porsche Financial Services  Inc.dba Bentley Financial Services smiller@tharpe-howell.com

Stacey A Miller
    on behalf of Creditor Porsche Leasing Ltd. smiller@tharpe-howell.com

Steven M Berman
    on behalf of Interested Party EFO Financial Group LLC sberman@slk-law.com  awit@shumaker.com;bgasaway@shumaker.com

Thomas J Polis
    on behalf of Creditor Tandem West Glass  Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Mascorro Concrete Construction  Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Apple J. Plumbing tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Al Miller & Sons Roofing Co.  Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Desert Palm Electric  Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Temalpakh  Inc. dba The Works Floor & Wall tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Jacobsson Engineering Construction  Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy R Laquer
    on behalf of Interested Party Gary Stiffelman trl@ddclaw.com  trl@ddclaw.com

District/off: 0973-2 User: admin Page 4 of 4
Date Rcvd: Oct 25, 2021 Form ID: pdf042 Total Noticed: 1

Timothy R Laquer
    on behalf of Interested Party Courtesy NEF trl@ddclaw.com trl@ddclaw.com

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com
    tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

William C Hoggard
    on behalf of Creditor Orco Block & Hardscape wch@wchlawgroup.com admin@wchlawgroup.com


TOTAL: 58

D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

OCT 25 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING BIDDING PROCEDURES<br><br>[LBR 6004-1]<br><br>Hearing:<br>Date:    September 30, 2021<br>Time:   10:00 a.m.<br>Ctrm:   1539 |

On September 30, 2021, the *Chapter 7 Trustee's Motion for order approving bidding procedures* ("Motion") filed on September 22, 2021, as Dk. No. 459, by RICHARD A. MARSHACK ("Trustee"), solely in his capacity as Chapter 7 Trustee of the bankruptcy estate ("Estate") of GLENROY COACHELLA, LLC ("Debtor"), came on for its scheduled hearing before the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding.

The Court considered the evidence filed in support of the Motion, and also considered the brief in opposition of Art of the Muse, LLC d/b/a Oly ("Art of the Muse"). Appearances were as noted on the Court's record. In considering the Motion, the Court has also considered the documents and pleadings on file herein, all judicially noticeable facts of which judicial notice was requested by a party, and the arguments and representations of counsel made at the September 30, 2021, hearing.

1

For the reasons set forth in the Motion and as stated by the Court on the record, the Court makes its order as follows:

**IT IS ORDERED** that the Motion is **GRANTED** and the bidding procedures are **APPROVED.**

###

Date: October 25, 2021

Sheri Bluebond
United States Bankruptcy Judge

2