Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040
Facsimile:  (949) 862-0041
Email:  tom@polis-law.com

Counsel for Al Miller & Sons Roofing Co., Inc., Apple J Plumbing, Desert Palms Electric, Inc., Mascorro Concrete Construction, Tandem West Glass, Inc., and Temalpakh, Inc. dba The Works Floor & Wall

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Glenroy Coachella, LLC,<br><br>                                        Debtor. | Case No.: 2:21-bk-11188-BB<br><br>Chapter 7<br><br>**DECLARATION OF PHIL NELISSEN OF TANDEM WEST GLASS, INC, IN SUPPORT OF SENIOR PRIORITY MECHANIC LIENHOLDERS' NOTICE OF MOTION AND MOTION FOR ORDER RE: COMPEL CHAPTER 7 TRUSTEE TO PAY SENIOR MECHANIC LIENHOLDERS' OVERSECURED CLAIMS FROM THE $4,000,000 ESCROW ACCOUNT PURSUANT TO THE COURT'S COMPROMISE ORDER (ECF NO. 445) AND THE COURT'S SALE ORDER (ECF NO. 490)**<br><br>**[Motion to Compel Payment and Request for Judicial Notice Filed and Served Concurrently Herewith]**<br><br>**Hearing:**<br>**Date:    December 1, 2021**<br>**Time:   10:00 a.m.**<br>**Ctrm.:   1539, 15th Floor**[1]<br>            **U.S. Bankruptcy Court**<br>            **255 E. Temple Street**<br>            **Los Angeles, CA 90012** |

---

[1] Due to the COVID-19 outbreak, Judge Bluebond will be holding all hearings remotely until further notice. Some hearings will be held via telephone using CourtCall and some hearings will be held via ZoomGov. The cover page for the publicly posted hearing calendar will state whether the hearings that day will be held via telephone by CourtCall or via ZoomGov. The calendar is posted to the public at least two weeks prior to the hearing and can be accessed at the following web address: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=BB (Click on the "Select Judge" tab on the upper left side of the screen and select Judge Bluebond).

1
DECLARATION PHIL NELISSEN RE: MOTION COMPEL PAYMENT

**TO THE HONORABLE SHERI BLUEBOND, U.S. BANKRUPTCY JUDGE; THE DEBTOR AND ITS COUNSEL OF RECORD; THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD; USRECH AND ITS COUNSEL OF RECORD; AND OTHER PARTIES ENTITLED TO NOTICE:**

Senior Secured Mechanics Lienholder Tandem West Glass, Inc. submits the following *Declaration of Phil Nelissen of Tandem West Glass, Inc. in Support Of Senior Priority Mechanic Lienholders' Notice Of Motion And Motion For Order Re: Compel Chapter 7 Trustee To Pay Senior Mechanic Lienholders' Oversecured Claims From The $4,000,000 Escrow Account Pursuant To The Court's Compromise Order (ECF No. 445) And The Court's Sale Order (ECF No. 490)*.

**Dated: November 10, 2021**             **POLIS & ASSOCIATES, APLC**

                                         **By:  /s/ Thomas J. Polis**
                                         **Thomas J. Polis, Esq.**
                                         **Counsel Al Miller & Sons Roofing Co., Inc.,**
                                         **Apple J Plumbing, Desert Palms Electric,**
                                         **Inc., Mascorro Concrete Construction,**
                                         **Tandem West Glass, Inc., and Temalpakh,**
                                         **Inc. dba The Works Floor & Wall**

# DECLARATION OF PHIL NELISSEN

I, Phil Nelissen, declare as follows:

1. I am a principal of Tandem West Glass, Inc. ("Tandem"), with its place of business located at 1177 W. Lincoln Street, Suite 100, Banning, CA 92220. I make this Declaration in support of *Senior Secured Mechanics Lienholders' Motion to Compel Payment*. If compelled to do so, I would be able to competently testify to all facts stated herein under the penalty of perjury of the laws of the United States of America.

2. In my capacity as a principal with Tandem, I am required to, and have become personally familiar with the manner in which Tandem's documents, books and records are prepared and maintained. Tandem's regular course of business is to create and maintain detailed records of all its transactions and related files.

3. It is Tandem's practice to record transactions, acts, conditions, and events concerning its transactions and related documents relevant to the business. Tandem maintains those records and relies upon such records in business dealings with third parties.

4. I have personally reviewed Tandem's documents, books and records relevant to the extent necessary to prepare this Declaration.

5. Between August 22, 2017 and January 10, 2018, Mechanics Lien Claimant Tandem West Glass, Inc. ("Tandem West") entered into various Construction Contracts with Wall to provide glass and window supplies and material, along with labor related thereto for the hotel units located at the Debtor's Real Property. Tandem West immediately on and after August 22, 2017, and in conjunction with the various Construction Contracts provided and delivered glass and related window supplies, materials and labor related thereto at the Debtor's Real Property. A true and correct copy of Tandem West's Construction Contract is included with Tandem West's State Court Complaint filed herewith as Exhibit "B-1" of Movants' Request for Judicial Notice;

6. Thereafter on April 26, 2018, I am informed and believe that USRECH or its related entity recorded a deed of trust encumbering the Debtor's Real Property in conjunction with USRECH's $24,000,000 loan to the Debtor;

7. I am informed and believed that prior to USRECH recording its April 2018 Deed of Trust in conjunction with its $24,000,000 loan, USRECH's representatives were fully aware of Lien Claimant Tandem Glass' delivery of glass and window supplies and labor related thereto at the Debtor's Real Property;

8. On December 31, 2019, as a result of the Debtor's and Wall's breaches under the various Construction Contracts, Movant Tandem Glass was forced to commence litigation in the California Superior Court for the County of Riverside against Wall and the Debtor for non-payment of Mechanics Lien Claimant Tandem Glass' delivered glass and window supplies and materials along with labor to the Debtor's Real Property. (*See*, Exhibit "B-1" to Movants' *Request for Judicial Notice* filed concurrently herewith);

9. On April 28, 2021, Tandem Glass, through its bankruptcy counsel filed its Notice of Perfection with this Court. (*See*, Exhibit B-2" to Movants' *Request for Judicial Notice* filed concurrently herewith);

10. As of the Debtor's Petition Date, Mechanics Lien Claimant Tandem Glass was owed $564,818.80 comprised of $449,849.30 for unpaid materials, supplies and labor; with the difference comprised of reasonable attorneys' fees provided for under the various Construction Contracts between Mechanics Lien Claimant Tandem Glass and Wall; and accrued but unpaid interest as provided for under the various Construction Contracts for labor and supplies provided at the Debtor's Real Property. (*See*, Exhibit "B-2" to Movants' *Request for Judicial Notice* filed concurrently herewith); and

11. As of December 1, 2021, Lien Claimant Tandem Glass will be owed $613,522.75, comprised of $449,849.30 for its general claim, $33,102.50 its reasonable attorneys' fees, $96,263.26 for interest (both pre-petition and post-petition), and $34,488 for three years stop notice bond premiums. Thereafter, the additional per diem will be $132.70.

///

///

///

///

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3     Executed this __10__ day of November, 2021.

*/s/ Phil Nelissen*

---

DECLARATION PHIL NELISSEN RE: MOTION COMPEL PAYMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document described **DECLARATION OF PHIL NELISSEN OF TANDEM WEST GLASS, INC, IN SUPPORT OF SENIOR PRIORITY MECHANIC LIENHOLDER'S NOTICE OF MOTION AND MOTION FOR ORDER RE: COMPEL CHAPTER 7 TRUSTEE TO PAY SENIOR MECHANIC LIENHOLDERS OVERSECURED CLAIMS FROM THE $4,000,000 ESCROW ACCOUNT PURSUANT TO THE COURT'S COMPROMISE ORDER (ECF NO. 445) AND THE COURT'S SALE ORDER (ECF NO. 490)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 10, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED CONTINUED PAGE

☒    Service information continued on attached page

**2. <u>SERVED BY U.S. MAIL</u>:**
On **November 10, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, US Bankruptcy Court, 255 E. Temple Street, Suite 1534, Los Angeles, CA 90012

☐    Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (<u>state method for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on          , 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 10, 2021 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**CONTINUED PROOF OF SERVICE PAGE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

- **Steven M Berman**     sberman@slk-law.com, bgasaway@shumaker.com
- **Daren Brinkman**     office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Caroline Djang**     caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Jenny L Doling**     JD@jdl.law, dolingjr92080@notify.bestcase.com
- **Jonathan R Doolittle**     jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- **Eryk R Escobar**     eryk.r.escobar@usdoj.gov
- **Chad V Haes**     chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian Stuart Harnik**     bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **William C Hoggard**     wch@wchlawgroup.com, admin@wchlawgroup.com
- **Mark S Horoupian**     mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
- **Marsha A Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Aluyah I Imoisili**     aimoisili@drwelchlaw.com
- **Michael S Kogan**     mkogan@koganlawfirm.com
- **Timothy R Laquer**     trl@ddclaw.com, trl@ddclaw.com
- **Crystle Jane Lindsey**     crystle@wsrlaw.net, crystle@cjllaw.com; gabby@wsrlaw.net; dairi@wsrlaw.net; virginia@wsrlaw.net
- **Tinho Mang**     tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**     pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **Stacey A Miller**     smiller@tharpe-howell.com
- **Dustin Nirschl**     dustin.nirschl@bbklaw.com, laurie.verstegen@bbklaw.com
- **Sean A OKeefe**     sokeefe@okeefelc.com, seanaokeefe@msn.com
- **R Gibson Pagter**     gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Ronak N Patel**     rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- **Matthew D Pham**     mpham@hahnlawyers.com, marias@hahnlawyers.com;mpham@ecf.courtdrive.com
- **Sheila M Pistone**     sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- **Maria Plumtree**     agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
- **Thomas J Polis**     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Arvind Nath Rawal**     arawal@aisinfo.com
- **Ronald N Richards**     ron@ronaldrichards.com, morani@ronaldrichards.com
- **Debra Riley**     driley@allenmatkins.com
- **Christopher O Rivas**     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **James R Selth**     jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Leonard M Shulman**     lshulman@shulmanbastian.com
- **Evan L Smith**     els@elsmithlaw.com
- **Alan G Tippie**     atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com; pdillamar@sulmeyerlaw.com, kfiles@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**     dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net