D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(A)<br><br>Hearing:<br>Date: December 8, 2021<br>Time: 10:00 a.m.<br>Ctrm: 1539 |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Glenroy Coachella, LLC ("Debtor") has filed a motion ("Motion") for an order extending the deadline to assume executory contracts for ninety days until February 14, 2022.

In this case, the Court recently approved the sale of the Debtor's most valuable assets, including several parcels of real property and a partially-constructed hotel project. The sale motion included a provision that Trustee would assign any executory contracts requested by Buyer. Buyer is currently negotiating with the City of Coachella for a new development agreement or an amendment to the existing agreement between Debtor and the City which could be assigned by Trustee to Buyer. Until these discussions are finalized, Buyer has requested that Trustee seek an extension of time for assuming and assigning the agreement. Good cause thus exists to grant an extension of time for Trustee to assume or reject until February 14, 2022.

The complete scope and terms of the relief are detailed in the Motion a copy of which can be obtained by contacting D. Edward Hays and/or Chad V. Haes whose contact information is listed in the top left-hand corner of this Notice.

PLEASE TAKE FURTHER NOTICE that any opposition or other responsive pleadings must be in the form as required by Rules 9013-1(f) and (o) of the Local Bankruptcy Rules and filed with the Clerk of the above-entitled Court no later than 14 days prior to the hearing with a copy served on the professionals at the addresses indicated above. A copy of any response or request for hearing must be served on Marshack Hays LLP to the attention of D. Edward Hays and Chad V. Haes at the address indicated above and served on the Office of the United States Trustee, 915 Wilshire Blvd., #1850, Los Angeles, CA 90017. Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the Court may enter an order granting the Motion without further notice.

Dated: November 10, 2021                    MARSHACK HAYS LLP

By:  /s/ Chad V. Haes
    D. EDWARD HAYS
    CHAD V. HAES
    Attorneys for Chapter 11 Trustee,
    Richard A. Marshack

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365(A)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 10, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On **November 11, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 11, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**
**PRESIDING JUDGE'S COPY**
HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1534 / COURTROOM 1539
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 11, 2021 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR INTERESTED PARTY EFO FINANCIAL GROUP LLC:** Steven M Berman sberman@slk-law.com, awit@shumaker.com; bgasaway@shumaker.com
   - **ATTORNEY FOR CREDITOR SAXON ENGINEERING SERVICES INC AND COMMITTEE OF UNSECURED CREDITORS:** Daren Brinkman office@brinkmanlaw.com, 7764052420@filings.docketbird.com
   - **ATTORNEY FOR CREDITOR DOUG WALL CONSTRUCTION:** Caroline Djang caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com; wilma.escalante@bbklaw.com
   - **INTERESTED PARTY COURTESY NEF:** Jenny L Doling JD@jdl.law, dolingjr92080@notify.bestcase.com
   - **ATTORNEY FOR CREDITORS LASERSCOPIC MEDICAL CLINIC, LLC; LASERSCOPIC SPINAL CENTERS OF AMERICA, INC.; AND JOE SAMUEL BAILEY:** Jonathan R Doolittle    jonathan.doolittle@pillsburylaw.com
   - **ATTORNEY FOR U.S. TRUSTEE (LA):** Eryk R Escobar eryk.r.escobar@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR BLAIR AIR, INC.:** Brian S Harnik bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR ORCO BLOCK & HARDSCAPE:** William C Hoggard wch@wchlawgroup.com, admin@wchlawgroup.com
   - **INTERESTED PARTY COURTESY NEF:** Mark S Horoupian mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com; ccaldwell@sulmeyerlaw.com
   - **ATTORNEY FOR CREDITOR U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Marsha A Houston mhouston@reedsmith.com
   - **INTERESTED PARTY COURTESY NEF:** Michael S Kogan mkogan@koganlawfirm.com
   - **ATTORNEY FOR INTERESTED PARTY GARY STIFFELMAN:** Timothy R Laquer trl@ddclaw.com, trl@ddclaw.com
   - **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Crystle Jane Lindsey crystle@wsrlaw.net, crystle@cjllaw.com; gabby@wsrlaw.net; dairi@wsrlaw.net
   - **INTERESTED PARTY COURTESY NEF:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. dba BENTLEY FINANCIAL SERVICES and CREDITOR PORSCHE LEASING LTD:** Stacey A Miller smiller@tharpe-howell.com
   - **ATTORNEY FOR INTERESTED PARTY STUART RUBIN:** Sean A OKeefe sokeefe@okeefelc.com, seanaokeefe@msn.com
   - **INTERESTED PARTY COURTESY NEF:** R Gibson Pagter, Jr.: gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR COUNTY OF RIVERSIDE TREASURER-TAX COLLECTOR:** Ronak N Patel rpatel@rivco.org, dresparza@rivco.org; mdominguez@rivco.org
   - **INTERESTED PARTY COURTESY NEF:** Matthew D Pham mpham@hahnlawyers.com, marias@hahnlawyers.com; mpham@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR LAW OFFICES OF JEFFREY D SEGAL, A PROFESSIONAL CORPORATION:** Sheila M Pistone sheila@pistonelawoffice.com, sheilapistone@yahoo.com
   - **ATTORNEY FOR CREDITOR GF INVESTMENT GROUP, INC. DBA THE INVESTMENT CENTER, A CALIFORNIA CORPORATION:** Maria Plumtree agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
   - **ATTORNEY FOR CREDITORS AL MILLER & SONS ROOFING CO INC; APPLE J PLUMBING; DESERT PALM ELECTRIC INC; JACOBSSON ENGINEERING CONSTRUCTION INC; MASCORRO CONCRETE CONSTRUCTION INC; TANDEM WEST GLASS INC; TEMALPAKH INC DBA THE WORKS FLOOR & WALL:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
   - **CREDITOR ALLY BANK LEASE TRUST – ASSIGNOR TO VEHICLE ASSET UNIVERSAL LEASING TRUST (AKA "VAULT TRUST", OR "V.A.U.L. TRUST", OR "VAULT", OR "V.A.U.L.T."), C/O AIS PORTFOLIO:** Arvind Nath Rawal arawal@aisinfo.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, morani@ronaldrichards.com
- **ATTORNEY FOR CREDITOR CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY:** Debra Riley driley@allenmatkins.com
- **ATTORNEY FOR CREDITOR U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** James R Selth jim@wsrlaw.net, jselth@yahoo.com; dairi@wsrlaw.net; gabby@wsrlaw.net; vinnet@ecf.inforuptcy.com
- **ATTORNEY FOR INTERESTED PARTY LATHAM MANAGEMENT & CONSULTING SERVICES, INC.:** Leonard M Shulman lshulman@shulmanbastian.com
- **ATTORNEY FOR CREDITOR A. STUART RUBIN AND INTERESTED PARTIES ELLIOT LANDER AND STUART RUBIN:** Evan L Smith els@elsmithlaw.com
- **ATTORNEY FOR INTERESTED PARTY EDWIN W. LESLIE, RECEIVER:** Alan G Tippie atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com; pdillamar@sulmeyerlaw.com
- **U.S. TRUSTEE (LA):** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Daniel J Weintraub dan@wsrlaw.net, vinnet@ecf.inforuptcy.com; gabby@wsrlaw.net; dairi@wsrlaw.net

**2. SERVED BY UNITED STATES MAIL**: CONTINUED:

| | | |
|---|---|---|
| **DEBTOR**<br>GLENROY COACHELLA, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1801 S. LA CIENEGA BLVD., SUITE 301<br>LOS ANGELES, CA 90035-4658 | **CONTRACT HOLDER / CREDITOR**<br>ALLY FINANCIAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 78234<br>PHOENIX, AZ 85062-8234 | **CONTRACT HOLDER / 20 LARGEST CREDITOR**<br>CITY OF COACHELLA<br>ATTN: CITY MANAGER<br>1515 SIXTH ST.<br>COACHELLA, CA 92236-1757 |
| **CONTRACT HOLDER / 20 LARGEST CREDITOR**<br>CITY OF COACHELLA<br>ATTN: CITY MANAGER<br>53-990 ENTERPRISE WAY<br>COACHELLA, CA 92236-2724 | **CONTRACT HOLDER / 20 LARGEST CREDITOR / SECURED CREDITOR / POC ADDRESS**<br>CITY OF COACHELLA<br>BEST BEST & KREIGER LLP, ATTN: CAROLINE R. DJANG<br>18101 VON KARMAN AVE. SUITE 1000<br>IRVINE, CA 926212 | **CONTRACT HOLDER / CREDITOR**<br>COLLIERS INTERNATIONAL GROUP, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>11601 WILSHIRE BLVD., SUITE 1950<br>LOS ANGELES, CA 90025-0388 |
| **CONTRACT HOLDER / CREDITOR**<br>CSCDA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1700 N. BROADWAY, SUITE 405<br>WALNUT CREEK, CA 94596-4184 | **RTD 10/18/21 UTF**<br>**CONTRACT HOLDER / CREDITOR / POC ADDRESS**<br>HIGHGATE HOTELS, L.P.<br>C/O KELLY BAGNALL, HOLLAND & KNIGHT LLP<br>200 CRESCENT COURT, SUITE 1600<br>DALLAS, TX 75201 | **CONTRACT HOLDER / CREDITOR**<br>HIGHGATE HOTELS, LP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>870 SEVENTH AVE., 2ND FL.<br>NEW YORK, NY 10019-4369 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**CONTRACT HOLDER / CREDITOR**
INTERCONTINENTAL HOTELS GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
3 RAVINIA DR., SUITE 100
ATLANTA, GA 30346-2121

**CONTRACT HOLDER / CREDITOR**
PACE EQUITY LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
731 N. JACKSON ST., SUITE 420
MILWAUKEE, WI 53202-4612

**CONTRACT HOLDER / CREDITOR / POC ADDRESS**
PORCHE LEASING LTD. AND PORSCHE FINANCIAL SERVICES INC DBA BENTLEY FINANCIAL SERVICES
STACEY A. MILLER, ESQ; THARPE & HOWELL LLP
15250 VENTURA BLVD, 9TH FLOOR
SHERMAN OAKS, CA 91403

**CONTRACT HOLDER / CREDITOR**
PORSCHE FINANCIAL SERVICES, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1 PORSCHE DR.
ATLANTA, GA 30354-1654

**CONTRACT HOLDER / CREDITOR / POC ADDRESS**
PORSCHE LEASING LTD.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1 PORSCHE DR.
ATLANTA, GA 30354-1654

**CREDITOR'S COUNSEL**
EVAN L. SMITH
MESSINA & HANKIN LLP
24910 LAS BRISAS ROAD, SUITE 102
MURRIETA, CA 92562

**CREDITOR'S COUNSEL**
THOMAS J. POLIS, ESQ.
POLIS & ASSOCIATES, APLC
19800 MACARTHUR BLVD, STE 1000
IRVINE, CA 92612-2433

**COUNSEL FOR CREDITORS COMMITTEE**
DAREN BRINKMAN
BRINKMAN LAW GROUP PC
543 COUNTRY CLUB DR, SUITE B
WOOD RANCH, CA 93065

**CREDITORS COMMITTEE / 20 LARGEST CREDITOR**
KMA CONSULTING
C/O KEITH MATOI
151 KALMUS DR., SUITE C230
COSTA MESA, CA 92626-7965

**CREDITORS COMMITTEE / 20 LARGEST CREDITOR**
LEGACY FOODSERVICE DESIGN LLC
C/O MIKE COOPER
505 WEST WINDMILL LANE, SUITE 1C #316
LAS VEGAS, NV 89123

**CREDITORS COMMITTEE / 20 LARGEST CREDITOR**
SAXON ENGINEERING SERVICES, INC.
C/O KURT SAXON
2605 TEMPLE HEIGHTS DR., SUITE A
OCEANSIDE, CA 92056

**SECURED CREDITOR**
A. MARIA PLUMTREE
11132 WINNERS CIRCLE, #G 207
LOS ALAMITOS, CA 90720-2800

**SECURED CREDITOR**
ABDULAZIZ, GROSSBART & RUDMAN
6454 COLDWATER CANYON AVE.
NORTH HOLLYWOOD, CA 91606-1187

**SECURED CREDITOR / POC ADDRESS**
AL MILLER & SONS ROOFING, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
68760 SUMMIT DR.
CATHEDRAL CITY, CA 92234-7344

**SECURED CREDITOR**
ALAN G. TIPPIE
SULMEYER KUPETZ
333 S. GRAND AVE., SUITE 3400
LOS ANGELES, CA 90071-1538

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **RTD 07/30/21 UTF**<br>**SECURED CREDITOR**<br>ALL PHASE DRYWALL & DEVELOPMENT INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1928 LINCOLN DR., SUITE N.<br>ANNAPOLIS, MD 21401-4124 | **SECURED CREDITOR**<br>ALL PHASE DRYWALL & DEVELOPMENT INC<br>C/O MATT H. MORRIS<br>47040 WASHINGTON STREET, SUITE 3201<br>LA QUINTA, CA 92253-2635 | **SECURED CREDITOR**<br>ALL-PHASE DRYWALL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1187 13TH ST.<br>IMPERIAL BEACH, CA 91932-3661 |
| **SECURED CREDITOR**<br>AMERICAN BUILDERS & CONTRACTORS SUP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>ONE ABC PKWY.<br>BELOIT, WI 53511-4466 | **RTD 08/06/21 UTF**<br>**SECURED CREDITOR / POC ADDRESS**<br>APPLE J PLUMBING, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>456 CITRUS AVE.<br>INDIO, CA 92201 | **RTD 10/01/21 UTF**<br>**SECURED CREDITOR / POC ADDRESS**<br>APPLE J PLUMBING, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>45625 CITRUS AVENUE<br>INDIO, CA 92201 |
| **NEW ADDR PER CA SOS 11/10/21**<br>**SECURED CREDITOR**<br>APPLE J PLUMBING, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>43755 GALAXY DR<br>LA QUINTA, CA 92253 | **SECURED CREDITOR**<br>ARNOLD L. VELDKAMP<br>1508 W. MISSION RD.<br>ESCONDIDO, CA 92029-1105 | **SECURED CREDITOR / POC ADDRESS**<br>ART OF THE MUSE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>2222 5TH ST.<br>BERKELEY, CA 94710-2217 |
| **NEW ADDR PER DK 243 06/01/21**<br>**SECURED CREDITOR / POC ADDRESS**<br>ART OF THE MUSE, LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>2200 CENTRAL ST. UNIT D<br>RICHMOND, CA 94801 | **SECURED CREDITOR / POC ADDRESS**<br>BLAIR AIR, INC.<br>C/O BRIAN S HARNIK, ESQ OF ROEMER & HARNICK LLP<br>45-025 MANITOU DR.<br>INDIAN WELLS, CA 92210-9068 | **SECURED CREDITOR / POC ADDRESS**<br>BLAIR AIR, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>653 S. OLEANDER RD.<br>PALM SPRINGS, CA 92264-1502 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

| **SECURED CREDITOR / POC ADDRESS**<br>BMC WEST LLC<br>C/O MILENE APANIAN;<br>ABDULAZIZ, GROSSBART<br>6454 COLDWATER CANYON AVENUE<br>N HOLLYWOOD, CA 91606 | **SECURED CREDITOR**<br>BMC WEST, LLC<br>4800 FALLS OF NEUSE RD., SUITE 400<br>RALEIGH, NC 27609-8142 | **SECURED CREDITOR / POC ADDRESS**<br>CALIFORNIA STATEWIDE COMMUNITIES DEV. AUTHORITY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>600 WEST BROADWAY, 27TH FLOOR<br>SAN DIEGO, CA 92101 |
|---|---|---|
| **SECURED CREDITOR**<br>CALMWATER CAPITAL<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>11755 WILSHIRE BLVD., SUITE 1425<br>LOS ANGELES, CA 90025-1506 | **SECURED CREDITOR**<br>CHRISTOPHER W. BAYUK<br>5170 GOLDEN FOOTHILLS PARKWAY<br>EL DORADO HILLS, CA 95762-9608 | **SECURED CREDITOR**<br>CONSTRUCTURE, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3940 LAUREL CANYON BLVD., #908<br>STUDIO CITY, CA 91604-3709 |
| **SECURED CREDITOR**<br>CUMMINS & WHITE, LLP<br>ATTN: EDWARD J FARRELL<br>2424 S.E. BRISTOL ST., SUITE 300<br>NEWPORT BEACH, CA 92660-0764 | **SECURED CREDITOR**<br>DAL TILE DISTRIBUTION<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 12069<br>CALHOUN, GA 30703-7002 | **SECURED CREDITOR**<br>DAL TILE DISTRIBUTION, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>7834 C.F. HAWN FREEWAY<br>DALLAS, TX 75217-6529 |
| **SECURED CREDITOR / POC ADDRESS**<br>DAL-TITLE DISTRIBUTION, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>8583 IRVINE CENTER DRIVE #500<br>IRVINE, CA 92618 | **RTD 08/24/21 RESENT SECURED CREDITOR**<br>DESERT ELECTRIC SUPPLY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>74875 VELIE WAY<br>PALM DESERT, CA 92260-1965 | **NEW ADDR 08/24/21 USPS SECURED CREDITOR**<br>DESERT ELECTRIC SUPPLY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 13190<br>PALM DESERT, CA 92255-3190 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**RTD 08/09/21 UTF
SECURED CREDITOR / POC
ADDRESS**
DESERT PALMS ELECTRIC, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
40101 MONTEREY AVE.
RANCHO MIRAGE, CA 92270-3261

**NEW ADDR PER CA SOS
SECURED CREDITOR**
DESERT PALMS ELECTRIC, INC.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
PO BOX 432
PALM DESERT, CA 92260

**NEW ADDR PER CA SOS
SECURED CREDITOR**
DESERT PALMS ELECTRIC, INC.
HY ROBIN FAULKNER, AGENT FOR
SERVICE OF PROCESS
73622 SUN LANE
PALM DESERT, CA 92260

**SECURED CREDITOR / POC
ADDRESS**
DOUG WALL CONSTRUCTION
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
78450 AVENUE 41
BERMUDA DUNES, CA 92203-1001

**SECURED CREDITOR / POC ADDRESS**
DOUG WALL CONSTRUCTION, INC.
BEST BEST & KREIGER LLP, ATTN:
CAROLINE R. DJANG
18101 VON KARMAN AVE. SUITE 1000
IRVINE, CA 92612

**SECURED CREDITOR**
EDWIN W LESLIE
LK ASSET ADVISORS
209 10TH AVE SOUTH SUITE 416
NASHVILLE, TN 37203-0772

**SECURED CREDITOR / POC
ADDRESS**
EDWIN W. LESLIE, RECEIVER
ALAN G TIPPIE, MARK S
HOROUPIAN, SULMEYERKUPETZ,
APC
333 SOUTH GRAND AVENUE, STE
3400
C/O ALAN G. TIPPIE
LOS ANGELES, CA 90071-1538

**SECURED CREDITOR**
FERGUSON ENTERPRISES, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
P.O. BOX 2778
NEWPORT NEWS, VA 23609-0778

**RTD 10/01/21 UTF
SECURED CREDITOR**
FIDELITY NATIONAL TITLE
COMPANY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
1101 INVESTMENT BLVD., SUITE
170
EL DORADO HILLS, CA 95762-5746

**SECURED CREDITOR**
GAUSTON CORP.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE
45311 GOLF CENTER PKWY., UNIT
C
INDIO, CA 92201-7319

**NEW ADDR 10/01/21 DK 477
SECURED CREDITOR**
GAUSTON CORP.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE
73605 DINAH SHORE DR, #600
PALM DESERT, CA 92211

**SECURED CREDITOR**
GEORGE H. SYKULKSI
3156 ABINGTON DR.
BEVERLY HILLS, CA 90210-1101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**SECURED CREDITOR**
GEORGE H. SYKULKSI
P.O. BOX 10426
BURBANK, CA 91510-0426

**SECURED CREDITOR / POC ADDRESS**
GF INVESTMENT GROUP, INC.
PLUMTREE & ASSOCIATES
11132 WINNERS CIRCLE, SUITE G-207
LOS ALAMITOS, CA 90720

**SECURED CREDITOR**
GF INVESTMENT GROUP, INC. DBA THE INVESTMENT
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
42600 GLASS DR.
BERMUDA DUNES, CA 92203-1468

**SECURED CREDITOR**
GLENDALE PLUMBING & FIRE SUPPLY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
4900 W. WASHINGTON BLVD.
LOS ANGELES, CA 90016-1416

**SECURED CREDITOR**
GURALNICK & GILLILAND, LLP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
40004 COOK ST., SUITE 3
PALM DESERT, CA 92211-5802

**SECURED CREDITOR**
HAJOCA CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2001 JOSHUA RD.
LAFAYETTE HILL, PA 19444-2431

**SECURED CREDITOR**
HI-GRADE MATERIALS CO.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
17671 BEAR VALLEY RD.
HESPERIA, CA 92345-4965

**SECURED CREDITOR / POC ADDRESS**
JACOBSSON ENGINEERING CONST., INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 14430
PALM DESERT, CA 92255-4430

**SECURED CREDITOR**
KOZBERG & BODELL, LLP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1801 CENTURY PARK EAST, 16TH FL.
LOS ANGELES, CA 90067-2318

**SECURED CREDITOR / POC ADDRESS**
L & W SUPPLY CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 838
BELOIT, WI 53512-0838

**SECURED CREDITOR / POC ADDRESS**
LA HACIENDA NURSERY & LANDSCAPE INC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
80-900 MILES AVE.
INDIO, CA 92201-2822

**SECURED CREDITOR**
LANAK & HANNA, P.C.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
625 THE CITY DRIVE SOUTH, SUITE 190
ORANGE, CA 92868-4983

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>MARC S. HOMME, APLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 4250<br>PALM DESERT, CA 92261-4250 | **SECURED CREDITOR / POC ADDRESS**<br>MASCORRO CONCRETE CONSTRUCTION INC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 910<br>THOUSAND PALMS, CA 92276-0910 | **SECURED CREDITOR**<br>NATHAN M. CARLE<br>RAINES FELDMAN LLP<br>8401 VON KARMAN AVE., SUITE 360<br>IRVINE, CA 92612-8541 |
| **SECURED CREDITOR / POC ADDRESS**<br>ORCO BLOCK & HARDSCAPE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>11100 BEACH BLVD<br>STANTON, CA 90680-3219 | **SECURED CREDITOR**<br>ORCO BLOCK & HARDSCAPE<br>C/O WCH LAW GROUP, P.C.<br>625 THE CITY DRIVE SOUTH, SUITE 325<br>ORANGE, CA 92868 | **SECURED CREDITOR**<br>RESOURCE BUILDING MATERIALS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1050 W. AVE. M<br>LANCASTER, CA 93534-8145 |
| **SECURED CREDITOR**<br>RESOURCE BUILDING MATERIALS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>10961 DALE AVE.<br>STANTON, CA 90680-2723 | **SECURED CREDITOR / POC ADDRESS**<br>RIVERSIDE COUNTY TAX COLLECTOR<br>ADELINA ABRIL<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE CA 92501-3609 | **SECURED CREDITOR**<br>RIVERSIDE COUNTY TREASURER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>P.O. BOX 12005<br>RIVERSIDE, CA 92502-2205 |
| **SECURED CREDITOR**<br>ROBERTSON'S<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>200 S. MAIN ST., SUITE 200<br>CORONA, CA 92882-2212 | **RTD 08/09/21 RESENT**<br>**SECURED CREDITOR**<br>SOLID ROCK PAINTING CORPORATION<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>82545 SHOWCASE PARKWAY, SUITE 109<br>INDIO, CA 92203-9653 | **NEW ADDR 08/09/21 USPS**<br>**SECURED CREDITOR**<br>SOLID ROCK PAINTING CORPORATION<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>PO BOX 7157<br>LA QUINTA, CA 92248-7157 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**NEW ADDR PER CA SOS**
**SECURED CREDITOR**
SOLID ROCK PAINTING CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
48291 STILLWATER DRIVE
LA QUINTA, CA 92253

**SECURED CREDITOR**
SOUTHWEST PLUMBING, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
31410 RESERVE DR., SUITE 5
THOUSAND PALMS, CA 92276-6646

**SECURED CREDITOR**
STEPHEN J. ARMSTRONG
44200 MONTEREY AVE., SUITE B
PALM DESERT, CA 92260-2708

**SECURED CREDITOR**
SUPERIOR POOL PRODUCTS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
109 NORTHPARK BLVD.
COVINGTON, LA 70433-5005

**SECURED CREDITOR / POC ADDRESS**
SUPERIOR POOL PRODUCTS, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
4900 E. LANDON DR.
ANAHEIM, CA 92807-1980

**RTD 08/05/21 UTF**
**SECURED CREDITOR**
SUPERIOR READY MIX CONCRETE, L.P.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
86160 AVENUE 54
COACHELLA, CA 92236-3813

**NEW ADDR PER CA SOS**
**SECURED CREDITOR**
SUPERIOR READY MIX CONCRETE, L.P.
ARNOLD VELDKAMP, AGENT FOR SERVICE OF PROCESS
1508 W MISSION ROAD
ESCONDIDO, CA 92029

**SECURED CREDITOR / POC ADDRESS**
TANDEM WEST GLASS INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1177 W. LINCOLN ST., SUITE 100
BANNING, CA 92220-4524

**SECURED CREDITOR / POC ADDRESS**
TEMALPAKH, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
73750 SPYDER CIR.
PALM DESERT, CA 92211-6023

**SECURED CREDITOR**
THE SHERWIN WILLIAMS COMPANY
ATTN ATTN BANKRUPTCY LEGAL DEPARTMENT
1100 MIDLAND
101 WEST PROSPECT AVENUE
CLEVELAND OH 44115-1093

**SECURED CREDITOR / POC ADDRESS**
THE SHERWIN-WILLIAMS COMPANY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
101 W PROSPECT AVE, SUITE 1020
CLEVELAND, OH 44115-1027

**SECURED CREDITOR / POC ADDRESS**
U.S. REAL ESTATE CREDIT HOLDINGS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
11755 WILSHIRE BLVD., SUITE 1425
LOS ANGELES, CA 90025-1506

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR / POC ADDRESS**
U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP
MARSHA A HOUSTON,
CHRISTOPHER O RIVAS
REED SMITH
355 S GRAND AVE, SUITE 2900
LOS ANGELES, CA 90071

**CREDITOR / POC ADDRESS**
ALLY BANK LEASE TRUST
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
PO BOX 130424
ROSEVILLE, MN 55113-0004

**CREDITOR / POC ADDRESS**
AMERICAN CONTRACTORS INDEMNITY COMPANY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
801 S FIGUEROA STREET, SUITE 700
LOS ANGELES, CA 90017

**CREDITOR**
ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION
P.O. BOX 683
WASHINGTON, DC 20044

**CREDITOR / POC ADDRESS**
BRET H. REED JR., A LAW CORPORATION
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
428 AVOCADO AVE.
CORONA DEL MAR, CA 92625-1915

**CREDITOR / POC ADDRESS**
CARRIER JOHNSON, INC.
C/O K TODD CURRY, ESQ
185 WEST F STREET, STE 100
SAN DIEGO, CA 92101

**CREDITOR**
CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
FEDERAL BUILDING, ROOM 7516
300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012

**CREDITOR / POC ADDRESS**
COACHELLA RESORT, LLC
ATTN ELLIOT LANDER
72780 COUNTRY CLUB DR., SUITE 301
RANCHO MIRAGE, CA 92270-4150

**CREDITOR / POC ADDRESS**
COACHELLA VALLEY COLLECTION SERVICE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
P.O. BOX 13621
PALM DESERT, CA 92255-3621

**CREDITOR / POC ADDRESS**
COLLIERS PROJECT LEADERS
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
135 NEW ROAD
MADISON, CT 06443-2508

**CREDITOR / POC ADDRESS**
DESERT MOVING COMPANY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
82585 SHOWCASE PARKWAY, SUITE A 101
INDIO, CA 92203

**CREDITOR / POC ADDRESS**
DESIGN DEVELOPMENT CO.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
28035 DOROTHY DR., SUITE 100
AGOURA HILLS, CA 91301-2635

**CREDITOR / POC ADDRESS**
ELLIOT B. LANDER
72780 COUNTRY CLUB DR., SUITE 301
RANCHO MIRAGE, CA 92270-4150

**CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**CREDITOR / POC ADDRESS**
GARY STIFFELMAN
C/O DAMIAN D CAPOZZOLA ESQ
633 W FIFTH STREET, 26TH FLOOR
LOS ANGELES, CA 90071

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| **CREDITOR / POC ADDRESS**<br>GLOSTER LA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>471 N. ROBERTSON BLVD.<br>WEST HOLLYWOOD, CA 90048-1733 | **CREDITOR / POC ADDRESS**<br>GREENBERG & BASS AKA G&B LAW, LLP<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>16000 VENTURA BLVD., SUITE 1000<br>ENCINO, CA 91436-2762 | **CREDITOR / POC ADDRESS**<br>HUGH T. SMITH CO.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>5383 ROBERTS RD.<br>YUCCA VALLEY, CA 92284-2163 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR / POC ADDRESS**<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>ATTN THOMAS M GEHER<br>1900 AVENUE OF THE STARS, 7TH FL.<br>LOS ANGELES, CA 90067 | **CREDITOR / POC ADDRESS**<br>JEFFREY D. SEGAL<br>1840 CENTURY PARK EAST, 17TH FL.<br>LOS ANGELES, CA 90067-2101 |
| **CREDITOR / POC ADDRESS**<br>JEFFREY D. SEGAL, APC<br>C/O SHEILA M PISTONE; LAW OFFICE OF SHEILA PISTONE<br>1 PARK PLAZA, STE 600, PMB 150<br>IRVINE, CA 92614 | **CREDITOR / POC ADDRESS**<br>MOBILE MINI INC<br>ATTN TODD HUTCHINGS<br>4646 E VAN BUREN ST, STE 400<br>PHOENIX, AZ 85008 | **CREDITOR / POC ADDRESS**<br>STATE WATER RESOURCES CONTROL BOARD<br>RYAN MALLORY-JONES<br>1001 I STREET<br>SACRAMENTO, CA 95814 |
| **CREDITOR / POC ADDRESS**<br>STUART RUBIN; A. STUART RUBIN MESSINA & HANKIN LLP; ATTN EVAN L SMITH<br>24910 LAS BRISAS ROAD, SUITE 102<br>MURRIETA, CA 92562 | **CREDITOR / POC ADDRESS**<br>WM SECURITY SOLUTIONS<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>18341 SHERMAN WAY # 206A<br>RESEDA, CA 91335-4440 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  F 9013-3.1.PROOF.SERVICE