| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Marsha A. Houston (SBN 129956)<br>Christopher O. Rivas (SBN 238765)<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071-1514<br>Tel: 213.457.8000 / Fax: 213.457.8080 | FOR COURT USE ONLY |
|---|---|
| ☒ *Attorney for:* U.S. Real Estate Credit Holdings III-A, LP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GLENROY COACHELLA, LLC<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-11188-BB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: January 26, 2021<br>TIME: 10:00 a.m.<br>COURTROOM: 1539<br>PLACE: 255 E. Temple St., Los Angeles CA 90012 |

1. TO *(specify claimant and claimant's counsel, if any)*: Al Miller & Sons Roofing Co., Inc.

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #25-1) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 11/23/2021

Date Notice Mailed: 11/23/2021

Reed Smith LLP
Printed name of law firm

/s/ Christopher O. Rivas
Signature

Christopher O. Rivas
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 3007-1.1.NOTICE.OBJ.CLAIM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OBJECTION TO CLAIM**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 23, 2021 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven M Berman     sberman@slk-law.com, awit@shumaker.com;bgasaway@shumaker.com
- Daren Brinkman     office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- Caroline Djang     caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Jenny L Doling     JD@jdl.law, dolingjr92080@notify.bestcase.com
- Jonathan R Doolittle     jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- Eryk R Escobar     eryk.r.escobar@usdoj.gov
- Chad V Haes     chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- Brian S Harnik     bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
- Douglas Harris     Douglas.harris@alston.com
- William C Hoggard     wch@wchlawgroup.com, admin@wchlawgroup.com
- Mark S Horoupian     mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Marsha A Houston     mhouston@reedsmith.com
- Michael S Kogan     mkogan@koganlawfirm.com
- Timothy R Laquer     trl@ddclaw.com, trl@ddclaw.com
- Leib M Lerner     leib.lerner@alston.com, autodockettest-lax@alston.com
- Crystle Jane Lindsey     crystle@wsrlaw.net, crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net
- Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Stacey A Miller     smiller@tharpe-howell.com
- Sean A OKeefe     sokeefe@okeefelc.com, seanaokeefe@msn.com
- Matthew D Pham     mpham@hahnlawyers.com, marias@hahnlawyers.com;mpham@ecf.courtdrive.com
- Maria Plumtree     agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
- Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Dean G Rallis     drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- Debra Riley    driley@allenmatkins.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Leonard M Shulman    lshulman@shulmanbastian.com
- Evan L Smith    els@elsmithlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;kfiles@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 23, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA UPS**
**Hon. Sheri Bluebond**
**USBC-Central District of California**
**255 E. Temple Street**
**Suite 1534 / Courtroom 1539**
**Los Angeles, CA 90012**

**VIA UPS**
**Eryk R. Escobar**
**Trial Attorney**
**Office of the U.S. Trustee**
**U.S. Department of Justice**
**915 Wilshire Blvd., Suite 1850**
**Los Angeles, CA 90017**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 23, 2021 | Gilda S. Anderson | /s/ Gilda S. Anderson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**