Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
Email: tom@polis-law.com

Counsel for Al Miller & Sons Roofing Co., Inc., Apple J Plumbing, Desert Palms Electric, Inc., Mascorro Concrete Construction, Tandem West Glass, Inc., and Temalpakh, Inc. dba The Works Floor & Wall

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:21-bk-11188-BB |
| Glenroy Coachella, LLC, | Chapter 7 |
| Debtor. | **STIPULATION TO CONTINUE SENIOR PRIORITY MECHANIC LIENHOLDERS' NOTICE OF MOTION AND MOTION FOR ORDER RE: COMPEL CHAPTER 7 TRUSTEE TO PAY SENIOR MECHANIC LIENHOLDERS' OVERSECURED CLAIMS FROM THE $4,000,000 ESCROW ACCOUNT PURSUANT TO THE COURT'S COMPROMISE ORDER (ECF NO. 501)** |
| | **[Order Lodged Concurrently Herewith]** |
| | <u>Present Hearing</u>:
Date:    **December 1, 2021**
Time:    **10:00 a.m.** |
| | <u>Proposed Hearing</u>:
Date:    **December 8, 2021**
Time:    **10:00 a.m.**
Ctrm.:   **1539, 15th Floor**[1]
         **U.S. Bankruptcy Court**
         **255 E. Temple Street**
         **Los Angeles, CA 90012** |

---

[1] Due to the COVID-19 outbreak, Judge Bluebond will be holding all hearings remotely until further notice. Some hearings will be held via telephone using CourtCall and some hearings will be held via ZoomGov. The cover page for the publicly posted hearing calendar will state whether the hearings that day will be held via telephone by CourtCall or via ZoomGov. The calendar is posted to the public at least two weeks prior to the hearing and can be accessed at the following web address: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=BB (Click on the "Select Judge" tab on the upper left side of the screen and select Judge Bluebond).

**TO THE HONORABLE SHERI BLUEBOND, U.S. BANKRUPTCY JUDGE; THE DEBTOR AND ITS COUNSEL OF RECORD; THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD; USRECH AND ITS COUNSEL OF RECORD; AND OTHER PARTIES ENTITLED TO NOTICE:**

Senior Secured Mechanics Lienholders Al Miller & Sons Roofing Co., Inc.; Apple J Plumbing; Desert Palms Electric, Inc.; Mascorro Concrete Construction, Inc.; Tandem West Glass, Inc.; and Temalpakh, Inc. dba The Works Floor & Wall (collectively "Senior Mechanics Lien Claimants"), Chapter 7 Trustee, Richard A. Marshack ("Trustee") and Calmwater/U.S. Real Estate Credit Holdings, III-A, LP ("USRECH") all through their respective counsel, submit the following *Stipulation to Continue the Senior Mechanics Lien Claimants' Motion For Order Re: Compel Chapter 7 Trustee To Pay Senior Mechanic Lienholders' Oversecured Claims From The $4,000,000 Escrow Account Pursuant To The Court's Compromise Order* (ECF No. 501). ("*Stipulation to Continue Hearing*").

**WHEREAS**, the Senior Mechanics Lien Claimants' *Motion to Compel Payment* (ECF No. 501) is presently scheduled for hearing on December 8, 2021 at 10:00 a.m.;

**WHEREAS**, the Chapter 7 Trustee through his counsel filed a *Response to Senior Mechanics Lien Claimants' Motion to Compel* (ECF No.: 516).

**WHEREAS**, USRECH through its counsel filed an *Opposition to Senior Mechanics Lien Claimants' Motion to Compel* (ECF No.: 517).

**WHEREAS**, Objecting Party, USRECH's counsel is unavailable on December 1, 2021 due to other calendared hearings in both in State Court and the Ninth Circuit Court of Appeals;

**WHEREAS**, Senior Mechanics Lien Claimants' reply/response to USRECH and Chapter 7 Trustee's *Reply/Opposition to Motion to Compel Payment's* deadline is extended to and including November 30, 2021;

**WHEREAS**, based on the Court's available self-calendaring dates, the Parties, through their counsel have agreed to continue the *Hearing re: Motion to Compel Payment* subject to the Court's approval to December 8, 2021 at 10:00 a.m.;

1    **WHEREAS**, for good case and based on the agreement of the Parties, through their

2    counsel of record;

3    **IT IS SO STIPULATED** as follows:

4    1.    Senior Mechanics Lien Claimants' *Motion to Compel Payment* (ECF No.: 501)

5    is continued from December 1, 2021 at 10:00 a.m. to December 8, 2021 at

6    10:00 a.m.; and

7    2.    Senior Mechanics Lien Claimants deadline to file its Reply/Response to

8    USRECH's Opposition and Chapter 7 Trustee's Response to Senior

9    Mechanics Lien Claimants' *Motion to Compel Payment* shall be November 30,

10    2021.

11    [SIGNATURES ON FOLLOWING PAGE]

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

STIPULATION TO CONTINUE HEARING RE: COMPEL PAYMENT MOTION

**SUBMITTED BY:**

**Dated:  November 29, 2021**                **POLIS & ASSOCIATES, APLC**

                                        By:  /s/ Thomas J. Polis
                                             **Thomas J. Polis, Esq.**
                                             **Counsel Al Miller & Sons Roofing Co., Inc.,**
                                             **Apple J Plumbing, Desert Palms Electric,**
                                             **Inc., Mascorro Concrete Construction,**
                                             **Tandem West Glass, Inc., and Temalpakh,**
                                             **Inc. dba The Works Floor & Wall**

**AGREED AS TO FORM AND CONTENT**:

**Dated:  November 29, 2021**                **REED SMITH, LLP**

                                        By:  _____
                                             **Christopher O. Rivas, Esq.**
                                             **Counsel Secured Creditor,**
                                             **U.S. Real Estate Holding III-A, LP**

**Dated:  November  29 , 2021**              **MARSHACK & HAYS, LLP**

                                        By:  _D. Edward Hays_____
                                             **D. Edward Hays, Esq.**
                                             **Counsel Chapter 7 Trustee,**
                                             **Richard A. Marshack**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document described **STIPULATION TO CONTINUE SENIOR PRIORITY MECHANIC LIENHOLDERS' NOTICE OF MOTION AND MOTION FOR ORDER RE: COMPEL CHAPTER 7 TRUSTEE TO PAY SENIOR MECHANIC LIENHOLDERS' OVERSECURED CLAIMS FROM THE $4,000,000 ESCROW ACCOUNT PURSUANT TO THE COURT'S COMPROMISE ORDER (ECF NO. 501)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November __29__, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED CONTINUED PAGE

☒     Service information continued on attached page

**2.  SERVED BY U.S. MAIL:**
On  **November __29__, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, US Bankruptcy Court, 255 E. Temple Street, Suite 1534, Los Angeles, CA 90012

□     Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL,  FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on        **, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

□ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November __29__, 2021 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

STIPULATION TO CONTINUE HEARING RE: COMPEL PAYMENT MOTION

**CONTINUED PROOF OF SERVICE PAGE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

- **Steven M Berman**    sberman@slk-law.com, bgasaway@shumaker.com
- **Daren Brinkman**    office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Caroline Djang**    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Jenny L Doling**    JD@jdl.law, dolingjr92080@notify.bestcase.com
- **Jonathan R Doolittle**    jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **Chad V Haes**    chaes@marshackhays.com,
  chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian Stuart Harnik**    bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **William C Hoggard**    wch@wchlawgroup.com, admin@wchlawgroup.com
- **Mark S Horoupian**    mhoroupian@sulmeyerlaw.com,
  mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Marsha A Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Aluyah I Imoisili**    aimoisili@drwelchlaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Timothy R Laquer**    trl@ddclaw.com, trl@ddclaw.com
- **Crystle Jane Lindsey**    crystle@wsrlaw.net,
  crystle@cjllaw.com;gabby@wsrlaw.net;dairi@wsrlaw.net;virginia@wsrlaw.net
- **Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Stacey A Miller**    smiller@tharpe-howell.com
- **Dustin Nirschl**    dustin.nirschl@bbklaw.com, laurie.verstegen@bbklaw.com
- **Sean A OKeefe**    sokeefe@okeefelc.com, seanaokeefe@msn.com
- **R Gibson Pagter**    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Ronak N Patel**    rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- **Matthew D Pham**    mpham@hahnlawyers.com, marias@hahnlawyers.com;mpham@ecf.courtdrive.com
- **Sheila M Pistone**    sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- **Maria Plumtree**    agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Arvind Nath Rawal**    arawal@aisinfo.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Debra Riley**    driley@allenmatkins.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **James R Selth**    jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Leonard M Shulman**    lshulman@shulmanbastian.com
- **Evan L Smith**    els@elsmithlaw.com
- **Alan G Tippie**    atippie@sulmeyerlaw.com,
  atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com;kfiles@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net