D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #2767221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>STIPULATION TO RESOLVE MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: STUART RUBIN'S ALLEGED CONTEMPT OF RULE 2004 ORDER<br><br>[MOTION DOCKET NO. 671]<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

This stipulation is entered into between Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Glenroy Coachella, LLC ("Debtor"), and Stuart Rubin ("Mr. Rubin"), by and through their respective counsel (collectively, Trustee and Mr. Rubin are referred to as the "Parties").

## Recitals

A.    On April 15, 2022, Trustee filed a "Motion for Examination and Document Production of Stuart Rubin pursuant to Federal Rule of Bankruptcy Procedure 2004" ("2004 Motion").

/ / /

B.  On April 20, 2022, the Court entered an order granting the 2004 Motion ("2004 Order").

C.  On July 19, 2022, Trustee, through counsel, conducted a Rule 2004 examination of Stuart Rubin ("Examination"). During the Examination, Mr. Rubin acknowledged that certain documents existed that were not produced pursuant to the 2004 Order. On the record, he agreed to produce such documents to Trustee.

D.  More than three months after the Examination, Trustee still had not received the documents that Mr. Rubin agreed to produce during the Examination despite multiple efforts to follow-up on the production and resolve the issue informally ("Outstanding Documents").

E.  After not receiving any of the Outstanding Production, on October 21, 2022, Trustee filed a motion for issuance of an order to show cause re: civil contempt of Rule 2004 against Stuart Rubin ("Motion"). Under Local Bankruptcy Rule 9020-1(d), Mr. Rubin had seven days to file a response to the Motion.

F.  On October 28, 2022, Mr. Rubin, through his counsel, provided documents which allegedly comprise all Outstanding Documents.

G.  The Parties entered into two stipulations to extend the time for Mr. Rubin to file a responsive pleading to the Motion in an attempt to informally resolve the Motion. The current deadline for Mr. Rubin to file a responsive pleading is November 18, 2022.

H.  The Parties have agreed to resolve the Motion on the conditions set forth below.

The Parties agree and STIPULATE as follows:

1.  Mr. Rubin represents that all documents responsive to the 2004 Order, including the Outstanding Production, have been produced to Trustee;

2.  The Motion is voluntarily dismissed;

3.  Unless a breach of this Stipulation is proven, all parties shall bear their own attorneys' fees and costs related to the Motion; and

/ / /

/ / /

/ / /

2

STIPULATION TO RESOLVE OSC MOTION

4833-2572-3362,v.1/1015-142

4. This stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: November 21, 2022

MESSIAN & HANKIN LLP

By: /s/ Evan L. Smith
EVAN L. SMITH
Attorney for Debtor's Member,
STUART RUBIN

Dated: November 21, 2022

MARSHACK HAYS LLP

By: /s/ Chad V. Haes
D. EDWARD HAYS
CHAD V. HAES
Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION TO RESOLVE MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: STUART RUBIN'S ALLEGED CONTEMPT OF RULE 2004 ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 21, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
GLENROY COACHELLA, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
1801 S. LA CIENEGA BLVD., SUITE 301
LOS ANGELES, CA 90035-4658

CREDITOR/POC ADDRESS
STUART RUBIN
C/O MESSINA & HANKIN LLP
ATTN: EVAN SMITH
24910 LAS BRISAS ROAD, SUITE 102
MURRIETA, CA 92562

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**
**PRESIDING JUDGE'S COPY**
HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1534 / COURTROOM 1539
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2022 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR INTERESTED PARTY EFO FINANCIAL GROUP LLC:** Steven M Berman sberman@shumaker.com, bgasaway@shumaker.com; creeder@shumaker.com
   - **ATTORNEY FOR CREDITOR SAXON ENGINEERING SERVICES INC AND COMMITTEE OF UNSECURED CREDITORS:** Daren Brinkman office@brinkmanlaw.com, 7764052420@filings.docketbird.com
   - **ATTORNEY FOR CREDITOR and DEFENDANT DOUG WALL CONSTRUCTION, INC. and DEFENDANT CITY OF COACHELLA:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
   - **INTERESTED PARTY COURTESY NEF:** Jenny L Doling JD@jdl.law, dolingjr92080@notify.bestcase.com
   - **ATTORNEY FOR CREDITORS LASERSCOPIC MEDICAL CLINIC, LLC; LASERSCOPIC SPINAL CENTERS OF AMERICA, INC.; AND JOE SAMUEL BAILEY:** Jonathan R Doolittle jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
   - **INTERESTED PARTY COURTESY NEF:** Richard T Egger richard.egger@bbklaw.com, linda.tapia@bbklaw.com
   - **ATTORNEY FOR U.S. TRUSTEE (LA):** Eryk R Escobar eryk.r.escobar@usdoj.gov
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR BLAIR AIR, INC.:** Brian S Harnik bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR ORCO BLOCK & HARDSCAPE:** William C Hoggard wch@wchlawgroup.com, admin@wchlawgroup.com
   - **INTERESTED PARTY COURTESY NEF:** Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com
   - **ATTORNEY FOR CREDITOR U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Marsha A Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
   - **ATTORNEY FOR PLAINTIFFS QUONSET PARTNERS LLC and THE COACHELLA LIGHTHOUSE, LLC:** Aluyah I Imoisili aimoisili@drwelchlaw.com
   - **INTERESTED PARTY COURTESY NEF:** Michael S Kogan mkogan@koganlawfirm.com
   - **ATTORNEY FOR INTERESTED PARTY GARY STIFFELMAN:** Timothy R Laquer trl@ddclaw.com, trl@ddclaw.com
   - **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Crystle Jane Lindsey crystlelindsey27@gmail.com
   - **INTERESTED PARTY COURTESY NEF:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. dba BENTLEY FINANCIAL SERVICES and CREDITOR PORSCHE LEASING LTD:** Stacey A Miller smiller@tharpe-howell.com
   - **ATTORNEY FOR DEFENDANT CITY OF COACHELLA and DEFENDANT DOUG WALL CONSTRUCTION, INC.:** Dustin Nirschl dustin.nirschl@bbklaw.com, mandy.villareal@bbklaw.com; wilma.escalante@bbklaw.com
   - **ATTORNEY FOR INTERESTED PARTY STUART RUBIN:** Sean A OKeefe sokeefe@okeefelc.com, seanaokeefe@msn.com
   - **INTERESTED PARTY COURTESY NEF:** R Gibson Pagter, Jr. gibson@ppilawyers.com, ecf@ppilawyers.com; pagterrr51779@notify.bestcase.com
   - **ATTORNEY FOR CREDITOR COUNTY OF RIVERSIDE TREASURER-TAX COLLECTOR:** Ronak N Patel rpatel@rivco.org, dresparza@rivco.org; mdominguez@rivco.org
   - **INTERESTED PARTY COURTESY NEF:** Matthew D Pham mpham@allenmatkins.com, mdiaz@allenmatkins.com
   - **ATTORNEY FOR CREDITOR LAW OFFICES OF JEFFREY D SEGAL, A PROFESSIONAL CORPORATION:** Sheila M Pistone sheila@pistonelawoffice.com, sheilapistone@yahoo.com
   - **ATTORNEY FOR CREDITOR GF INVESTMENT GROUP, INC. DBA THE INVESTMENT CENTER, A CALIFORNIA CORPORATION:** Maria Plumtree agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
   - **ATTORNEY FOR CREDITORS AL MILLER & SONS ROOFING CO INC; APPLE J PLUMBING; DESERT PALM ELECTRIC INC; JACOBSSON ENGINEERING CONSTRUCTION INC; MASCORRO CONCRETE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

**CONSTRUCTION INC; TANDEM WEST GLASS INC; TEMALPAKH INC DBA THE WORKS FLOOR & WALL:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **CREDITOR ALLY BANK LEASE TRUST – ASSIGNOR TO VEHICLE ASSET UNIVERSAL LEASING TRUST (AKA "VAULT TRUST", OR "V.A.U.L. TRUST", OR "VAULT", OR "V.A.U.L.T."), C/O AIS PORTFOLIO:** Arvind Nath Rawal arawal@aisinfo.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY:** Debra Riley driley@allenmatkins.com
- **ATTORNEY FOR COUNTER-DEFENDANT, CREDITOR, AND PLAINTIFF U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** James R Selth jim@wsrlaw.net, jselth@yahoo.com; vinnet@ecf.inforuptcy.com
- **ATTORNEY FOR INTERESTED PARTY LATHAM MANAGEMENT & CONSULTING SERVICES, INC.:** Leonard M Shulman lshulman@shulmanbastian.com
- **ATTORNEY FOR CREDITOR A. STUART RUBIN AND INTERESTED PARTIES ELLIOT LANDER AND STUART RUBIN:** Evan L Smith els@elsmithlaw.com
- **ATTORNEY FOR INTERESTED PARTY EDWIN W. LESLIE, RECEIVER:** Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- **U.S. TRUSTEE (LA):** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Daniel J Weintraub dan@wsrlaw.net, vinnet@ecf.inforuptcy.com

4883-9339-3211, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**