D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 16 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE CASH DISBURSEMENTS PURSUANT TO COURT-APPROVED SETTLEMENT AND SALE OF REAL PROPERTY<br><br>Hearing:<br>Date:  December 14, 2022<br>Time: 2:00 p.m.<br>Ctrm: 1539 |

The Court has read and considered the motion for order authorizing the interim distribution of carved-out funds to the professionals designated in the settlement previously approved by this Court ("Motion"),[1] filed on November 23, 2022, as Dk. No. 698, by Richard A. Marshack, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Glenroy Coachella, LLC. No opposition was filed, and the Court published a tentative ruling granting the Motion and excusing appearances. Accordingly, the Court finds good cause to grant the Motion, and enters its orders as follows:

---

[1] All terms not defined in this order shall have the meaning ascribed to them in the Motion.

1

4843-2717-9236

IT IS ORDERED:

1. The Motion is granted;

2. The fees incurred by Marshack Hays LLP are allowed on an interim basis in the amount of $445,850;

3. The expenses incurred by Marshack Hays LLP are allowed on an interim basis in the amount of $33,224.55; and

4. Trustee may immediately disburse on account of such allowed fees and expenses as much of the remaining balance of $200,000 of funds carved-out for the benefit of Trustee and Marshack Hays LLP as he, in his discretion, deems appropriate.

###

Date: December 16, 2022

Sheri Bluebond
United States Bankruptcy Judge

2

4843-2717-9236