D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>       Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (1) DETERMINING THAT TRUSTEE DOES NOT HAVE TO RESPOND TO NON-BANKRUPTCY COURT SUBPOENA FOR FAILURE TO COMPLY WITH *BARTON* DOCTRINE; OR, IN THE ALTERNATIVE, (2) AUTHORIZING TRUSTEE TO INCUR ADMINISTRATIVE EXPENSES AND TO USE ESTATE PROPERTY TO RESPOND TO NON-BANKRUPTCY COURT SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD A. MARSHACK IN SUPPORT<br><br>Date:   September 6, 2023<br>Time:  10:00 a.m.<br>Ctrm:  1539 |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE

OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

      Richard A. Marshack, in his capacity as Chapter 7 trustee ("Trustee") of the Bankruptcy

Estate ("Estate") of Glenroy Coachella, LLC ("Debtor"), respectfully submits this motion

("Motion") for Entry of Order (1) Determining that Trustee Does Not Have to Respond to Non-

Bankruptcy Court Subpoena for Failure to Comply with Barton Doctrine; or in the alternative,

(2) Authorizing Trustee to Incur Administrative Expenses to Use Estate Property to Respond to Non-

Bankruptcy Court Subpoena. In support of this Motion, Trustee respectfully represents as follows:

## 1.    Summary of Argument

Under the *Barton* doctrine, neither a bankruptcy trustee nor his retained professionals may

be subjected to the jurisdiction of a non-bankruptcy court absent leave of the bankruptcy court. This

rule extends to a party serving a bankruptcy trustee or his retained counsel with a subpoena

subjecting them to the jurisdiction of the non-bankruptcy court. *In re Eagan Avenatti, LLP*, 637

B.R. 502, 506 (Bankr. C.D. Cal. 2022) (citing *Barton v. Barbour*, 104 U.S. 126, 136-37 (1886))

["The propriety of whether the Trustee may burden the Estate with the costs of complying with the

subpoenas must be evaluated and authorized by this [Bankruptcy] Court to decide whether it would

place an undue burden on the administration of the Estate. The proponent of the subpoenas are the

proper parties to seek permission to submit these subpoenas.].

On July 21, 2023, and without first obtaining leave of this Court under *Barton*, Trustee's

counsel, Marshack Hays LLP ("MH"), was served with a subpoena ("Subpoena") to produce

documents to Elliot B. Lander ("Proponent") in connection with a non-bankruptcy court action,

*U.S. Real Estate Credit Holdings III-A, L.P. v. Glenroy Coachella, LLC et. al.*, Case No. RIC

1905743 ("State Court Action").[1] Both Debtor and Proponent are defendants in the State Court

Action. After meeting and conferring, Proponent disagrees that leave of the bankruptcy court was

required. See e.g., *Shao v. Brady (In re Media Group, Inc.)*, 2006 Bankr. LEXIS 4842 (9th Cir.

B.A.P. 2006) (declining to apply the *Barton* Doctrine to a subpoena issued on trustee's counsel

based on a narrow application of the doctrine).

Given the split of authority, it is unclear whether Trustee's counsel can be compelled to

comply with the Subpoena or face contempt proceedings in the State Court Action. In an abundance

---

[1] A true and correct copy of the Subpoena is attached to the Declaration of Richard A. Marshack ("Marshack Declaration"), as **Exhibit "1."**

of caution, and pursuant to the agreement of counsel reached during the meet and confer, Trustee files this Motion seeking an order determining whether the subpoena must be complied with prior to leave of this Court under *Barton*. If this Court determines that Proponent violated the *Barton* Doctrine by serving the Subpoena on MH without leave of this Court, then Trustee and his counsel will not comply with the Subpoena. Finally, if the Court determines that Barton is inapplicable, then Trustee and MH will comply with the Subpoena, and requests that the Court's order on this motion authorize Trustee to burden the estate by incurring administrative claims in locating and producing the requested documents and to use estate property by turning over such documents (which are client documents and thus estate property) to Proponent.

## 2.    Background Information

### A.    Bankruptcy Proceedings

On February 15, 2021 ("Petition Date"), Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California. On March 19, 2021, as Dk. No. 126, the Court entered an order approving the appointment of a Chapter 11 Trustee. Richard A. Marshack was appointed as the Chapter 11 Trustee.

On July 28, 2021, as Dk. No. 324, Trustee filed a motion to convert the case from Chapter 11 to one under Chapter 7 ("Conversion Motion"). On September 17, 2021, as Dk. No. 451, the Court entered an order granting the Conversion Motion and converting this case to one under Chapter 7.

### B.    The State Court Action and Subpoena

Prepetition, on November 19, 2019, U.S. Real Estate Credit Holdings III-A, LP ("USRECH") filed a lawsuit against Debtor and non-debtor defendants Force Rubin, LLC, Force Rubin 2, LLC, Coachella Resort, LLC, Stuart Rubin, and Elliot Lander ("Defendants") in the Superior Court of California, County of Riverside, commencing Case No. RIC1905743 ("State Court Action").

On December 20, 2019, USRECH and Defendants entered into a stipulation ("Stipulation") appointing Edwin W. Leslie ("Receiver") as receiver to take possession, custody, and control over the real property located at the Southeast Corner of Avenue 48 and Van Buren Street  ("Property"),

1 together with the improvements, personal property (including books and records), revenues, profits,

2 and proceeds thereof, if any.[2]

3      Various cross-complaints have been filed in the State Court Action, including (i) cross-

4 complaint by defendant Gary Stiffelman against defendant Joseph Rubin; (ii) consolidated cross-

5 complaint of All Phase Drywall & Development, Inc. against Debtor and Doug Wall Construction,

6 Inc.;  (iii) cross-complaint of USRECH against Doug Wall Construction, Inc.; (iv) cross-complaint

7 of Doug Wall, Inc. against USRECH, and (v) cross-complaint of Elliot Lander against Calmwater

8 Asset Management, LLC.[3]

9      On March 1, 2023, defendant Elliot Lander, Force Rubin, LLC, Force Rubin 2, LLC,

10 Coachella Resorts, LLC, A. Stuart Rubin, and Glenroy Coachella Holdings, LLC, filed a third

11 amended cross-complaint against USRECH and Calmwater Asset Management, LLC ("Third

12 Amended Cross-Complaint").[4]

13      On July 21, 2023, defendant Elliot Lander served a Deposition Subpoena for Production of

14 Business Records ("Subpoena") on Trustee's counsel, Marshack Hays LLP ("MH").[5] *See* Marshack

15 Declaration, Ex. 1. The Subpoena requests that MH produce:

16      All COMMUNICATIONS referring to or relating to [Debtor], [USRECH], the real
17      property located at the southeast corner of Avenue 48 and Van Buren Street,
     Coachella, California, and the real property located at 84-160 Avenue 9, Building B,
18      Coachella, California, that were sent to or received from any of the following
     individuals or entities in the 2/1/2021 through June 30, 2023 time frame:
19

20      1. Christopher Rivas;

21

22

23 [2] A true and correct copy of the Stipulation and the order regarding the appointment of the Receiver
24 is attached to the Request for Judicial Notice ("RJN") as **Exhibit "2."**
[3] A true and correct copy of the State Court Action docket as of August 14, 2023, is attached to the
25 RJN as **Exhibit "3."**
[4] A true and correct copy of the Third Amended Cross-Complaint is attached to the RJN as **Exhibit**
26 **"4."**
[5] The initial deadline to respond to the Subpoena was August 15, 2023. On August 7, 2023, and
27 assuming the Motion is granted, Proponent and Trustee stipulated via e-mail to extend the deadline
28 to respond to the Subpoena through and including one week after entry of any order granting the
Motion.

4

2. Marsha Houston;[6]
3. Reed Smith, LLP, or any agent or employee thereof;
4. Calmwater Capital, LLC, or any employee or agent of Calmwater Capital, LLC, including but not limited to Simond Lavian;
5. [USRECH] or any employee or agent of Calmwater Capital, LLC, including but not limited to Simond Lavian;
6. Edwin Leslie; and
7. Gary S. Stiffelman.

*See* Marshack Declaration, Ex. 1. Leave of the bankruptcy court, however, was not obtained prior to subjecting Trustee's counsel to the ostensible jurisdiction of the State Court. By this Motion, Trustee seeks clarification from this Court regarding whether compliance with *Barton* was first required. If not, Trustee requests authorization from this Court to incur the administrative costs of locating and producing any responsive documents and to use estate property (i.e. client documents) by producing them to Proponent.

**3.    Legal Authority**

**A.    The *Barton* Doctrine requires leave of the Bankruptcy Court prior to the issuance of the Subpoena (or, at a minimum, the enforcement of the Subpoena).**

Once a bankruptcy case is filed, "[t]he district court in which the bankruptcy case is commenced obtains exclusive *in rem* jurisdiction over all of the property in the estate. *Beck v. Fort James Corp. (In re Crown Vantage, Inc.)*, 421 F.3d 963, 970 (9th Cir. 2005)). In *Barton v. Barbour*, the Supreme Court initiated an approach, further developed by circuit courts, for protecting the jurisdictional integrity of the bankruptcy court in light of proceedings other *fora* (collectively, the "*Barton* Doctrine"). *In re Eagan Avenatti, LLP*, 637 B.R. 502, 506 (Bankr. C.D. Cal. 2022) (citing *Barton v. Barbour*, 104 U.S. 126, 136-37 (1886)). This long-standing doctrine has since been expressly expanded to include other types of court-appointed parties, such as bankruptcy trustees and counsel for trustees. *In re Crown Vantage, Inc.*, 421 F.3d at 971 (granting liquidating trustee *Barton*

---

[6] Christopher Rivas and Marsha Houston are partners at Reed Smith, LLP.

protection); *see also McDaniel v. Blust*, 668 F.3d 153, 157 (4th Cir. 2012) (citing *Lowenbraun v. Canary (In re Lowenbraun)*, 453 F.3d 314, 321 (6th Cir. 2006) (protecting trustee's attorneys). The failure to obtain leave when *Barton* is applicable deprives the non-bankruptcy court of acquiring jurisdiction over the bankruptcy trustee or his retained professional. *In re Crown Vantage, Inc.*, 421 F.3d at 971 (citing *Barton*, 104 U.S. at 127).

Subpoenas that threaten a bankruptcy trustee with contempt of court for failure to comply have been held subject to *Barton* analysis and compliance. *See e.g., Eagan Avenatti, LLP*, 637 B.R. at 508-09; *see also In re Circuit City Stores, Inc.*, 557 B.R. 443, 448 (E.D. Va. 2016) (finding issue of compliance with a third-party subpoena directed to a court-appointed liquidating trustee "a core proceeding" for a bankruptcy court's jurisdiction pursuant to 28 U.S.C. section 157(b)(2)(A), (L) and (O)); *but see, Shao v. Brady (In re Media Group, Inc.)*, 2006 Bankr. LEXIS 4842 (9th Cir. B.A.P. 2006) (declining to apply the *Barton* Doctrine to a subpoena issued on trustee's counsel based on a narrow application of the doctrine).

In *Media Group*, the Ninth Circuit Bankruptcy Appellate Panel ("BAP") in an non-precedential decision strictly applied the *Barton* Doctrine to "the commencement of legal action against a court appointee." In reaching this holding, the Court held that the doctrine did not bar trustee's counsel from responding to a court-issued subpoena. 2006 Bankr. LEXIS 4842, at *6. The BAP's analysis of the issue in the 2006 case of *Media Group* was less than thorough and the weight of authority since the entry of this unpublished decision has found Barton to be applicable to subpoenas.

For example, the Bankruptcy Court in *Eagan Avenatti, LLP* criticized the BAP's exceedingly narrow application of the *Barton* Doctrine, stating that, because *Crown Vantage* references "all legal proceedings," it is common sense that responding to or challenging the subpoena's efficacy or otherwise face contempt from another court, while utilizing bankruptcy estate dollars in the midst of bankruptcy administrative proceedings, involves a legal proceeding. 607 B.R. at 507 (citing *Crown*

MOTION FOR ENTRY OF ORDER RE: SUBPOENA

1  *Vantage*, 421 F.3d at 971).[7] As a result, the Bankruptcy Court in *Eagan Avenatti, LLP* went a step

2  further to analyze whether the issuers of the subpoena violated the *Barton* Doctrine by failing to ask

3  for *Barton* approval before issuing the subpoena and ultimately held that the issuers of the subpoena

4  should have first sought leave of the Bankruptcy Court prior to issuing subpoenas to the trustee. *Id*.

5  at 508-09. Additionally, the propriety of whether Trustee may burden the Estate with the costs

6  attendant to complying with the Subpoena is a question that must be first evaluated and authorized

7  by the bankruptcy court without regard the issuing forum.

8  ### B.    Use of Property of the Estate

9  Under 11 U.S.C. § 363(b), a bankruptcy trustee is only permitted to use assets of the estate

10  other than in the ordinary course of business "after notice and a hearing." *See* 11 U.S.C. § 363(b). In

11  order to gain approval of such use, the trustee must provide some "business justification" for the use,

12  sale, or lease of Estate property. *See In re Lionel Corp*., 722 F.2d 1063, 1071 (2nd Cir. 1983); *see*

13  *also Walter v. Sunwest Bank (In re Walter)*, 83 B.R. 14 (B.A.P. 9th Cir. 1988).

14  Here, the communications requested by the Subpoena (i.e. client documents which constitute

15  estate property) and the resources required to prepare Trustee's response to the Subpoena, constitute

16  property of the Estate under 11 U.S.C. § 541(a). Compliance with the Subpoena may, therefore, be

17  considered a "use" of Estate property. Trustee submits that there is an insufficient business

18  justification in complying with the Subpoena at this time and without leave of this court first being

19  obtained. *See* Marshack Declaration, ¶ 5. Practically speaking, responding to the Subpoena will incur

20  substantial administrative expenses for Trustee, MH, and the Estate. *Id*. As a result, if this Court is

21  inclined to determine that the proponent did not violate the *Barton* Doctrine by failing to obtain this

22

23  _____

24

25  [7] Moreover, *Media Group* has neither been followed nor cited with approval by another court and
appears to be an outlier, yet the Ninth Circuit has not directly addressed this issue and split in

26  authority remains. Nevertheless, the questionable jurisdiction underlying the Subpoena gives rise to
the quandary in which Trustee finds himself: voluntary production in the face of the potentially

27  jurisdictionally deficient Subpoena may well be a prohibited act in the absence of this Court's prior

28  approval, but more importantly, could also be a waiver of potentially applicable privileges that
belong to the Estate, discussed *infra*.

1  Court's approval prior to serving MH with the Subpoena, then Trustee requests that this Court

2  authorize Trustee to incur the additional administrative expenses associated with responding to the

3  Subpoena.

4  **C.    A Court order directing the Trustee to respond to the Subpoena**

5  **while asserting applicable privileges disposes of the question of**

6  **whether production by the Trustee was voluntary.**

7  The most efficient means of dealing with the jurisdictional and privilege implications of the

8  Subpoena is for this Court to determine whether Trustee and MH can be compelled to respond to the

9  Subpoena, or if the proponent erred in failing to comply with the *Barton* Doctrine and obtain this

10  Court's approval prior to the service of the Subpoena. It is in the Estate's best interest to seek an

11  order from this Court resolving this issue and allowing the Estate to maintain applicable privileges

12  for use in current and potential litigation in which the Estate is or may find itself.[8] If this Court

13  determines that service was proper and that no leave of court was required, then any applicable

14  privileges the Estate has will consequently be preserved for documents produced in response to the

15  Subpoena.

16  **4.    Conclusion**

17  Based on the foregoing, Trustee respectfully requests that the Court:

18  1.    Enter an order determining that Trustee does not have to respond to the Subpoena

19  based on the Proponent's Failure to Comply with the *Barton* Doctrine;

20  2.    In the alternative, enter an order authorizing Trustee to incur administrative expenses

21  and to use estate property to respond to the Subpoena; and

22  / / /

23  / / /

24

25

26

27  [8] Complying with Court orders to produce documents does not result in waiver of applicable
privileges. *Transamerica Computer Co. v. IBM Corp*., 573 F.2d 646, 651 (9th Cir. 1978) ("a

28  disclosure of confidential material constitutes a waiver of the attorney-client privilege only if it is
voluntary and not compelled").

3.    For such other and further relief as the Court may deem just and proper.

Dated: August 16, 2023                MARSHACK HAYS LLP

By: /s/ D. Edward Hays
    D. EDWARD HAYS
    CHAD V. HAES
    SARAH R. HASSELBERGER
    General Counsel for Richard A. Marshack,
    Chapter 7 Trustee for the Bankruptcy Estate of
    GLENROY COACHELLA, LLC

MOTION FOR ENTRY OF ORDER RE: SUBPOENA

# Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, say and declare as follows:

1.    I am the duly appointed, qualified, and acting chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Glenroy Coachella, LLC ("Debtor").

2.    I am also a partner in the law firm of Marshack Hays LLP which serves as my general counsel in this bankruptcy case.

3.    Unless otherwise stated, the facts set forth in this declaration are personally known to me and if called as a witness, I could and would competently testify thereto.

4.    I make this Declaration in support my Motion for Entry of Order (1) Determining That Trustee Does Not Have to Respond to Non-Bankruptcy Court Subpoena for Failure to Comply with *Barton* Doctrine; or, in the alternative, (2) Authorizing Trustee to Incur Administrative Expenses and to Use Estate Property to Respond to Non-Bankruptcy Court Subpoena ("Motion").

5.    A true and correct copy of the Subpoena is attached as **Exhibit "1."**

6.    I am the Chapter 7 trustee in the Eagan Avenatti, LLP bankruptcy case. In that matter, I received subpoenas including from Michael Avenatti in connection with his criminal trial in the Southern District of New York for misappropriating funds belonging to a client, Stephanie Clifford. Given the potential lack of subject matter jurisdiction arising from the failure to first obtain leave of the bankruptcy court prior to service of the subpoena, I filed a motion seeking entry of an order whether I was required to comply and use estate property to respond. The bankruptcy court denied the motion and published its ruling. *In re Eagan Avenatti, LLP*, 637 B.R. 502, 506 (Bankr. C.D. Cal. 2022) (citing *Barton v. Barbour*, 104 U.S. 126, 136-37 (1886)).

7.    I am also aware of an unpublished decision entered by the Bankruptcy Appellate Panel finding that the Barton doctrine did not apply to the issuance of a subpoena. *Shao v. Brady (In re Media Group, Inc.)*, 2006 Bankr. LEXIS 4842 (9th Cir. B.A.P. 2006).

8.    Given the split of authority, I believe it appropriate for this Court to determine whether Barton applies prior to incurring the costs of complying with the Subpoena. Compliance will generate administrative costs and result in the use of estate property (an attorney's files

9.      If this Court determines that Barton does not apply, the firm reserves its right to seek to quash the Subpoena or seek a protective order in the State Court Action.

10.      Service of a subpoena on opposing counsel (the estate is suing the Proponent, Dr. Lander, in a pending adversary proceeding) is presumptively harassing. Unless or until a court determines that there is good cause for compliance with the Subpoena, all rights are reserved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2023.

_____

RICHARD A. MARSHACK

# Request for Judicial Notice

Richard A. Marshack, the duly-appointed and acting chapter 7 trustee ("Trustee") of the

bankruptcy estate of Glenroy Coachella, LLC ("Debtor"), requests pursuant to Rule 201 of the

Federal Rules of Evidence, that this Court take judicial notice of the following:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 2. | A true and correct copy of the Stipulation and the order regarding the appointment of the Receiver is attached as **Exhibit "2."** |
| 3. | A true and correct copy of the State Court Action docket as of August 14, 2023, is attached as **Exhibit "3."** |
| 4. | A true and correct copy of the Third Amended Cross-Complaint is attached as **Exhibit "4."** |

DATED:  August 16, 2023                    MARSHACK HAYS LLP

By: _/s/ D. Edward Hays_____
    D. EDWARD HAYS
    CHAD V. HAES
    SARAH R. HASSELBERGER
    General Counsel for Chapter 7 Trustee,
    RICHARD A. MARSHACK

MOTION FOR ENTRY OF ORDER RE: SUBPOENA

**EXHIBIT 1**

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Sean A. O'Keefe, SBA 122417 OKEEFE & ASSOCIATES LAW CORPORATION, P.C. 26 Executive Park, Suite 250, Irvine, CA 92614 TELEPHONE NO: 949.334.4135    FAX NO: 949.209.2625 E-MAIL ADDRESS: sokeefe@okeefelawcorporation.com ATTORNEY FOR *(Name):*    Elliot B. Lander, defendant | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Riverside
STREET ADDRESS:   30755-D Auld Drive
MAILING ADDRESS:
CITY AND ZIP CODE:   Murietta, CA 92563
BRANCH NAME:   Southwest Justice Center

PLAINTIFF/ PETITIONER:  U.S. Real Estate Credit Holdings III-A, LP
DEFENDANT/ RESPONDENT:  Glenroy Coachella, LLC et. al.

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: RIC1905743 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO: *(name, address, and telephone number of deponent, if known):*
CUSTODIAN OF RECORDS OF MARSHACK HAYS, LLP

1.  **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To *(name of deposition officer):*  ASAP Legal, LLC
On *(date):*  August 15, 2023            At *(time):*  10:00 a.m.
Location *(address):*  1607 James M. Wood Blvd., Los Angeles, California 90015

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X]  by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ]  by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ]  by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2.  *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3.  The records to be produced are described as follows *(if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):*

    [X]   Continued on Attachment 3.

4.  IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued:   July 21, 2023

Sean A. O'Keefe                                    *Sean A. O'Keefe*
_____                    _____
(TYPE OR PRINT NAME)                               (SIGNATURE OF PERSON ISSUING SUBPOENA)

                                                   Attorney for Elliot B. Lander
                                                   (TITLE)

(Proof of service on reverse)                                              Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 [Rev. January 1, 2012]

DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS

Code of Civil Procedure, §§ 2020.410–2020.440;
Government Code, § 68097.1
www.courts.ca.gov

EXHIBIT 1, PAGE 13

## ATTACHMENT 3

### DEFINITIONS

1.  The term "COMMUNICATIONS" as used herein shall mean any document, oral statement, meeting or conference, electronic format (email, text, instant messaging, social/networking websites, etc.), formal or informal, at any time or place and under any circumstances whatsoever, whereby information of any nature was stated, written, recorded, or in any manner transmitted or transferred, including ELECTRONICALLY STORED INFORMATION (ESI).

2.  The term "DOCUMENT" or "DOCUMENTS" refers to any and all written, typed, printed, recorded, graphic and/or photographic matters of reproductions, however produced or reproduced, including copies or computer or data processing input or output of whatever form. This definition of "DOCUMENT" or "DOCUMENTS" includes, but is not limited to, emails, notes, contracts, agreements, diaries, letters, correspondence, ledgers, plans, papers, reports, charts, telegrams, cables, wires, memoranda, receipts, invoices, bills, files, records, statements, canceled checks, payroll checks, check stubs, notebooks, logs, printouts, data sheets, drawings, photographs, film, videotape, analyses, surveys, transcripts, recordings, minutes, calendars, interoffice communications, reports and/or summaries of interviews, bulletins, licenses, memoranda of telephonic communications, visual recordings and any other material which would come within the definition of "Writing" or "Writings" as defined in California Evidence Code section 250. The definition of "DOCUMENT" or "DOCUMENTS" also includes all copies of DOCUMENTS by whatever means made, all drafts, whether used or not used, all revisions, all prior versions, all annotated copies, all working papers, all handwritten notes, all notes pertaining to telephonic conversations, and all other tangible things. This definition of "DOCUMENT" or "DOCUMENTS" shall include each copy of the document which is not identical in all respects with, or which contains any notation not appearing on, any other copy or version of DOCUMENTS. This definition also includes all Electronically Stored Information.

3.  "ELECTRONICALLY STORED INFORMATION" or "ESI" shall mean any documents, information, concepts, or data ever placed into or stored on any computers or electronic devices, including but not limited to any hard disk drive, solid state drive, desktop computer, laptop computer, optical storage disk, USB drive, third-party data storage systems, retrieval system and similar systems, cellular telephonic devices, memory cards (commonly known as "SD cards"), random access memory (RAM), email and email attachments, internet transmissions, electronic bulletin board posting, diary system, calendar system, tickler system, and all other similar programs, or any repositories of information used with electronically controlled equipment. ESI includes all metadata embedded in any ESI, including the Load Files (electronic files used to import all required production information into a Document database).

EXHIBIT 1, PAGE 14

## DOCUMENTS REQUESTED

All COMMUNICATIONS referring or relating to Glenroy Coachella, LLC, U.S. Real Estate Credit Holdings III-A, LP, the real property located at the southeast corner of Avenue 48 and Van Buren Street, Coachella, California, and the real property located at 84-160 Avenue 8, Building B, Coachella, California, that were sent to or received from any of the following individuals or entities in the 2/1/2021 through June 30, 2023 time frame:

1. Christopher Rivas;

2. Marsha Houston;

3. Reed Smith, LLP, or any agent or employee thereof;

4. Calmwater Capital, LLC or any employee or agent of Calmwater Capital, LLC, including but not limited to Simond Lavian;

5. U.S. Real Estate Credit Holdings III-A, LP or any employee or agent of Calmwater Capital, LLC, including but not limited to Simond Lavian;

6. Edwin Leslie; and

7. Gary S. Stiffelman.

SUBP-010

| PLAINTIFF/PETITIONER: U.S. Real Estate Credit Holdings III-A, LP | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Glenroy Coachella, LLC et. al. | RIC1905743 |

### PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR
### PRODUCTION OF BUSINESS RECORDS

1. I served this *Deposition Subpoena for Production of Business Records* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. (1) ☐ Witness fees were paid.
      Amount: . . . . . . . . . . . . . $ _____

      (2) ☐ Copying fees were paid.
      Amount: . . . . . . . . . . . . . $ _____

   f. Fee for service: . . . . . . . . . . . . . . $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:

   a. ☐ Not a registered California process server.

   b. ☐ California sheriff or marshal.

   c. ☐ Registered California process server.

   d. ☐ Employee or independent contractor of a registered California process server.

   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).

   f. ☐ Registered professional photocopier.

   g. ☐ Exempt from registration under Business and Professions Code section 22451.

   h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
              (SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ _____
              (SIGNATURE)

SUBP-010 [Rev. January 1, 2012]

### DEPOSITION SUBPOENA FOR PRODUCTION
### OF BUSINESS RECORDS

Page 2 of 2

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

| Print this form | Save this form | | Clear this form |

EXHIBIT 1, PAGE 16

**EXHIBIT 2**





KTL

DEC 26 2019

R

1  **BERMAN LITIGATION GROUP**
   Laurence M. Berman (SBN 93515)
2  815 Moraga Drive
   Los Angeles, CA 90049
3  Telephone: (424) 465-9079
   Fax No.: (310) 454-0868
4
   Attorney for Defendant Stuart Rubin
5

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 2 4 2019

K. Rahlwes

8
9  ## SUPERIOR COURT OF THE STATE OF CALIFORNIA
10 ## COUNTY OF RIVERSIDE – RIVERSIDE HISTORIC COURTHOUSE

11 U.S. REAL ESTATE CREDIT HOLDINGS          Case No.: RIC1905743
   III-A, LP, an Irish limited partnership,
12                                            **STIPULATION AND [PROPOSED] ORDER**
              Plaintiff,                      **RE APPOINTMENT OF RECEIVER AND**
13                                            **PRELIMINARY INJUNCTION**
       v.
14                                            Hearing Date: December 26, 2019
   GLENROY COACHELLA, LLC, a Delaware        Dept.: 10
15 limited liability company; et al.,         Judge: Hon. L. Jackson Lucky IV
                                             Time: 8:30 a.m.
16            Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ENTRY OF ORDER

Plaintiff U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP ("Plaintiff" or "Lender") and Defendants GLENROY COACHELLA, LLC, FORCE RUBIN, LLC, FORCE RUBIN 2, LLC, and COACHELLA RESORT, LLC, Tenants in Common (collectively, joint and severally, "Borrower") and Defendants STUART RUBIN ("Rubin") and ELLIOT LANDER ("Lander")  (collectively with Borrower, "Defendants") (Plaintiff and Defendants shall be collectively referred to as the "Parties") hereby stipulate and agree as follows:

### BACKGROUND

A.    On November 19, 2019, Plaintiff filed a lawsuit against Defendants, entitled U.S. Real Estate Credit Holdings III-A, L.P. v. Glenroy Coachella, LLC, et al., (Riverside Superior Court Case No. RIC1905743) (the "Action").

B.    On November 25, 2019, Plaintiff obtained an *ex parte* order in the Action: (i) appointing Edwin W. Leslie ("Leslie") as Receiver to take possession of the property located at the Southeast Corner of Avenue 48 and Van Buren Street, as described more in full in **Exhibit 1** to this Stipulation and [Proposed] Order (the "Property"), (ii) an order enjoining and restraining Borrower from certain conduct and (iii) setting an Order to Show Cause ("OSC") on December 10, 2019 why the Receiver's appointment should not be confirmed and a Preliminary Injunction should not be issued.

C.    On November 27, 2019, Rubin and Lander  applied *ex parte* for an order staying and/or reconsidering this Court's November 25, 2019 Order. On November 27, 2019, this Court granted Rubin's and Lander's request and reconsidered the November 25th Order, and after reconsideration, granted the Amended Order Granting Plaintiff's Ex Parte Application to Appoint Receiver, a copy of which is attached as **Exhibit 2** to this Stipulation and [Proposed] Order.

D.    On December 10, 2019, the OSC hearing was continued to December 11, 2019.

E.    At the court hearing on December 11, 2019, the Parties agreed to authorize the Receiver to pay the property taxes and any related penalties owed on the Property.

F.    The Parties  have also agreed to resolve the issues that would be decided at the OSC by agreeing to the following.

### STIPULATION

1

**STIPULATION AND ENTRY OF ORDER**

1    The Parties stipulate as follows:

2                           **APPOINTMENT OF RECEIVER**

3        1.      The Amended Court order issued on November 27, 2019 will remain as the Order of

4    this Court, unless modified by the Court in the future, or by agreement between Plaintiff and

5    Defendants.

6        2.      Edwin W. Leslie (the "Receiver") is appointed as Receiver to take possession,

7    custody and control of the property described in Exhibit 1 hereto, together with the improvements,

8    personal property (including books and records) revenues, profits and proceeds thereof (if any)

9    (collectively the "Receivership Property"). Mr. Leslie will be the Receiver over the Property,

10   unless removed by the Court for reasons that do not exist as of the date of the entry of this Order, or

11   by agreement of Plaintiff and Defendants.

12       3.      Immediately after Defendants provide counsel for Plaintiff with this Stipulation

13   signed by Defendants, Plaintiff will immediately loan sufficient funds to the Receiver so the

14   Receiver can immediately pay the property taxes and penalties currently owed on the Property.

15   Attached as Exhibit 3 to this Stipulation and Proposed Order are the bills for property taxes due on

16   the Property for Accessor Parcel Numbers 603220061, 603220063, 603220065, 603220067,

17   603220068, and 603220069. These property tax bills do not include any penalties owed because the

18   property tax was not paid on December 10, 2019, which penalties will also be paid by the Receiver.

19       4.      The Parties also stipulate that the Receiver is authorized to pay any unknown taxes

20   that might be now due, or any future increases in government assessments or taxes without leave of

21   Court.

22       5.      Upon the entry of this Order, the Order to Show Cause hearing for the Appointment

23   of Receiver scheduled for December 26, 2019 will be taken off calendar.

24       6.      Plaintiff will take no steps to foreclose on the Property for 90 days from December

25   26, 2019. Court observed holidays will be excluded from the calculation of this 90-day period.

26       7.      Defendants acknowledge that the Action filed by Plaintiff will not be stayed or

27   abated by this Stipulation and [Proposed] Order, unless Plaintiff agrees to do so, or by Order of the

28   Court.

8.     No further lawsuits will be filed by Plaintiff against Defendants until the expiration of this 90-day period.

9.     Upon 48 hours written notice, the Receiver will make the Property available to Defendants, potential lenders, architects, contractors, hotel and other management personnel, designers and others who are involved with, or are interested in becoming involved with, providing financing, goods, services or making improvements on the Property so they can inspect the Property, or determine whether to provide any financing, goods, services or improvements. Any inspections will comply with reasonable procedures established by the Receiver to safeguard the Property and to comply with his obligations under the Amended Order. The 48-hour notice to the Receiver shall not include weekends and holidays and will include the names of those parties who will inspect or visit the Property.

10.     Upon reasonable notice, the Receiver will allow Defendants and any potential lenders to inspect and copy documents in the Receiver's possession, custody and control. Any copying will be at Defendants' expense.

11.     The Receiver shall have until January 27, 2020 to file an inventory of all of the property of which he takes possession, pursuant to the Amended Order.

**INJUNCTION REGARDING DISPOSITION OF RUBIN PROPERTY**

12.     Rubin has agreed that he and his employees, agents and those acting with them are enjoined and restrained from transferring any ownership interest in or further encumbering the property described more fully in **Exhibit 4**.

13.     The Court reserves jurisdiction to modify or dissolve this injunction as may be required in the interest of justice, or by agreement of the Parties.

IT IS SO STIPULATED.

3
**STIPULATION AND ENTRY OF ORDER**



1   Dated: December __, 2019          **U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP,**
                                      **an Irish limited partnership, acting by its**
2                                     **General Partner, U.S. Real Estate Credit**
                                      **Holdings III-A GP Limited**
3
                                      **By:  Calmwater Asset Management, LLC,**
4                                     **a Delaware limited liability company,**
                                      **its Investment Manager**
5

6
                                      By:
7                                     Name: Larry W. Grantham Jr.
                                      Title:  Authorized Signatory
8

9   Dated: December 20, 2019          **FORCE RUBIN, LLC,**
                                      a Delaware limited liability company
10

11                                    By:
                                      Name: Stuart Rubin
12                                    Title;  Manager

13

14
     December 20, 2019                **FORCE RUBIN 2, LLC,**
15                                    a Delaware limited liability company

16
                                      By:
17                                    Name: Stuart Rubin
                                      Title:  Manager
18

19
     December 20, 2019                **GLENROY COACHELLA, LLC,**
20                                    a Delaware limited liability company
                                      By:  GLENROY COACHELLA HOLDINGS, LLC,
21                                    a Delaware limited liability company, its Sole
                                      Member
22

23                                    By:
                                      Name: Stuart Rubin
24                                    Title:  Manager
     December __, 2019
25
                                      **COACHELLA RESORT, LLC,**
26                                    a California limited liability company

27                                    By:
                                      Name:  Elliot B. Lander
28                                    Title: Member

                                              4
                                      STIPULATION AND ENTRY OF ORDER

1  Dated: December __, 2019

**U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP,**
2  **an Irish limited partnership, acting by its**
**General Partner, U.S. Real Estate Credit**
3  **Holdings III-A GP Limited**

4  **By: Calmwater Asset Management, LLC,**
**a Delaware limited liability company,**
5  **its Investment Manager**

6  By: _____
7  Name: Larry W. Grantham Jr.
Title:  Authorized Signatory
8

9  Dated: December __, 2019    **FORCE RUBIN, LLC,**
a Delaware limited liability company
10

11  By: _____
Name: Stuart Rubin
12  Title:  Manager

13

14
December __, 2019    **FORCE RUBIN 2, LLC,**
15  a Delaware limited liability company

16
By: _____
17  Name: Stuart Rubin
Title:  Manager
18

19
December __, 2019    **GLENROY COACHELLA, LLC,**
20  a Delaware limited liability company
By:  GLENROY COACHELLA HOLDINGS, LLC,
21  a Delaware limited liability company, its Sole
Member
22

23  By: _____
Name: Stuart Rubin
24  Title:  Manager
December 20 2019
25

**COACHELLA RESORT, LLC,**
26  a California limited liability company

27  By: _____
Name: Elliot B. Lander
28  Title:  Member

4
STIPULATION AND ENTRY OF ORDER

By: _____
Stuart Rubin, an individual

By: _____
Dr. Elliot B. Lander, an individual

## ORDER

Based on the Parties' stipulation, the Court issues the following orders:

    1.    **IT IS ORDERED THAT** the Amended Court order issued on November 27, 2019 by this Court in this Action will remain as the Order of this Court, unless modified by the Court in the future, or by agreement between Plaintiff and Defendants.

    2.    **IT IS ORDERED THAT** Edwin W. Leslie (the "Receiver") is appointed as Receiver to take possession, custody and control of the Property described in **Exhibit 1** hereto, together with the improvements, personal property (including books and records) revenues, profits and proceeds thereof (if any) (collectively the "Receivership Property"). Mr. Leslie will be the Receiver over the Property, unless removed by the Court for reasons that do not exist as of the date of the entry of this Order, or by agreement of Plaintiff and Defendants.

    3.    **IT IS ORDERED THAT** immediately after the Defendants provide counsel for Plaintiff with this Stipulation signed by Defendants, Plaintiff will immediately loan sufficient funds to the Receiver so the Receiver can immediately pay the property taxes and penalties currently owed on the Property. Attached as Exhibit 3 to this Stipulation and Proposed Order are the bills for property taxes due on the Property for Accessor Parcel Numbers 603220061, 603220063, 603220065, 603220067, 603220068, and 603220069. These property tax bills do not include any penalties owed because the property tax was not paid on December 10, 2019, which penalties will also be paid by the Receiver.

    4.    **IT IS ORDERED THAT** the Receiver is authorized to pay any unknown taxes that might be now due, or any future increases in government assessments or taxes without leave of

EXHIBIT 2, PAGE 23

1  Court.

2       5.    **IT IS ORDERED THAT** upon the entry of this Order, the Order to Show Cause
3  hearing for the Appointment of Receiver scheduled for December 26, 2019 will be advanced and
4  taken off calendar.

5       6.    **IT IS ORDERED THAT** Plaintiff will take no steps to foreclose on the Property for
6  90 days from December 26, 2019. Court observed holidays will be excluded from the calculation of
7  this 90-day period.

8       7.    **IT IS ORDERED THAT** nothing contained in this Order will stay or abate the
9  Action filed by Plaintiff, unless Plaintiff agrees to do so, or by Order of the Court.

10       8.    **IT IS ORDERED THAT** no further lawsuits will be filed by Plaintiff against
11  Defendants until the expiration of this 90-day period.

12       9.    **IT IS ORDERED** THAT the Receiver will make the Property available to
13  Defendants, potential lenders, architects, contractors, hotel and other management personnel,
14  designers and others who are involved with, or are interested in becoming involved with, providing
15  financing, goods, services or making improvements on the Property so they can inspect the
16  Property, or determine whether to provide any financing, goods, services or improvements. Any
17  inspections will comply with reasonable procedures established by the Receiver to safeguard the
18  Property and to comply with his obligations under the Amended Order. The 48-hour notice to the
19  Receiver shall not include weekends and holidays and will include the names of those parties who
20  will inspect or visit the Property.

21      10.    **IT IS ORDERED** THAT upon reasonable notice, the Receiver will allow
22  Defendants and any potential lenders to inspect and copy documents in the Receiver's possession,
23  custody and control. Any copying will be at Defendants' expense.

24      11.    **IT IS ORDERED THAT** the Receiver shall have until January 27, 2020 to file an
25  inventory of all of the property of which he takes possession, pursuant to the Amended Order.

26

27              **INJUNCTION REGARDING DISPOSITION OF RUBIN PROPERTY**

28      12.    **IT IS ORDERED** that Rubin and his employees, agents and those acting with them

EXHIBIT 2, PAGE 24

1 | are enjoined and restrained from transferring any ownership interest in or further encumbering the

2 | property described more fully in **Exhibit 4**.

3 |      13.     **IT IS ORDERED** that the Court reserves jurisdiction to modify or dissolve this

4 | injunction as may be required in the interest of justice, or by agreement of the Parties.

5 |

6 | IT IS SO ORDERED.

7 |

8 |

9 | DATE: Dec 24, 2019

10 |                         Hon. L. Jackson Lucky IV
                        Judge of the Superior Court

7

**STIPULATION AND ENTRY OF ORDER**

EXHIBIT 2, PAGE 25

# EXHIBIT 1

## EXHIBIT 1

### DESCRIPTION OF THE PROPERTY

Parcels 1, 2, 4, 5 and 6 of Parcel Map No. 37310 in the City of Coachella, County of Riverside, State of California, according to map on file in Book 243, Pages 82 through 84 of Parcel Maps, Records of Riverside County, California.

# EXHIBIT 2



☐ ORIGINAL

1  **RAINES FELDMAN LLP**
   John S. Cha (State Bar No. 129115)

2  jcha@raineslaw.com
   Nathan M. Carle (State Bar No. 304846)

3  ncarle@raineslaw.com
   18401 Von Karman Avenue, Suite 360

4  Irvine, California 92612-0067
   Telephone: (310) 440-4100

5  Facsimile: (424) 239-1613

6  Attorneys for Plaintiff
   U.S. REAL ESTATE CREDIT HOLDINGS

7  III-A, LP, an Irish limited partnership

8         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9      **COUNTY OF RIVERSIDE – RIVERSIDE HISTORIC COURTHOUSE**

10

11  U.S. REAL ESTATE CREDIT HOLDINGS        Case No.:  RIC 1905743
    III-A, LP, an Irish limited partnership,

12                                           Assigned to: Hon. Sunshine S. Sykes
                    Plaintiff,
13                                           AMENDED
                                             [PROPOSED] ORDER GRANTING
14        v.                                 PLAINTIFF'S EX PARTE
                                             APPLICATION TO APPOINT
15  GLENROY COACHELLA, LLC, a Delaware       RECEIVER
    limited liability company; et al.
16                                           Date:  November 25, 2019
                    Defendants.              Time:  8:30am
17                                           Dept:  6
18                                           Confirmation Number: RES97431

19

20

21

22

23

24

25

26

27

28

      AMENDED
      [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
                                   RECEIVER

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

NOV 2 7 2019

J. Alvarez

EXHIBIT 2, PAGE 29

1        The Court heard the *ex parte* application of Plaintiff U.S. Real Estate Credit Holdings

2 III-A, LP ("Plaintiff") to appoint a Receiver on November 25, 2019, at 8:30 a.m. in

3 Department 6 of California Superior Court for the County of Riverside. Plaintiff appeared by

4 counsel of record, Nathan M. Carle, of Raines Feldman LLP. Counsel for Glenroy Coachella,

5 LLC, Force Rubin, LLC, Force Rubin 2, LLC, and Coachella Resort, LLC ("Borrower"), the

6 owners of the Property subject to the Deed of Trust at issue [appeared/did not appear].

7 Borrower and the other named defendants in this action shall collectively be referred to as the

8 "Defendants").

9        After considering the pleadings and papers filed by the Parties, and good cause

10 appearing therefore pursuant to the factors set forth in Code of Civil Procedure §564(b)(2), (9)

11 and (11).

12        **THE COURT ORDERS THE FOLLOWING:**

13        1.    **Receiver's Appointment**. Edwin W. Leslie (the "Receiver") is appointed as

14 Receiver to take possession, custody and control of the Property described in Attachment 1

15 hereto, together with all improvements, personal property (including books and records),

16 revenues, profits and proceeds thereof (if any) (collectively the "Receivership Property" or

17 "Receivership Estate").

18        2.    **Receiver's Oath and Bond**. Before performing his duties, the Receiver shall

19 execute a Receiver's oath and file the bond required by Code of Civil Procedure section

20 567(b) in the amount of $10,000.

21        3.    **Receiver's Fees**. The Receiver may charge for the Receiver's services at the

22 rate of $350 per hour. In addition, the Receiver is authorized to utilize his staff whose hourly

23 rates are between $90 and $325 (depending upon skill level required) to assist the Receiver

24 where it is cost effective to do so, the cost of which shall be deemed an expense of the

25 Receivership Estate. The Receiver's fees shall be expenses of and paid for by the

26 Receivership Estate.

27        4.    **Receiver's Duties and Powers**. After qualifying, the Receiver:

28

AMENDED

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

1        a.     Shall take possession of and manage the Receivership Property;

2        b.     Shall care for the Receivership Property and may incur expenses

3 necessary for that care, including but not limited to representing the Receivership Estate in

4 legal actions and retaining legal counsel to represent the Receivership Estate if necessary to,

5 among other things, avoid entry of default or a default judgment that would diminish the value

6 of the Receivership Property;

7        c.     May purchase materials, supplies and services reasonably necessary to

8 preserve and maintain the Receivership Property and complete construction of improvements

9 on the Property;

10       d.     Is authorized to utilize all licenses and permits issued to Borrower

11 required for the operation of the Receivership Property;

12       e.     Is authorized to perform under any contractual agreements entered into

13 by the Borrower related to the Receivership Property, including any franchise agreements; and

14       f.     Is authorized to open and inspect any and all mail or deliveries

15 addressed to or intended for Borrower to determine if the same relates to the existence,

16 location, identity, collection, preservation, maintenance, or operation of the Receivership

17 Property.

18       5.     **Inventory.** Within 30 days after qualifying, the Receiver shall file an

19 inventory of all property to which he takes possession pursuant to this order.

20       6.     **Expenditures.** The Receiver shall expend money coming into his possession

21 to preserve the Receivership Estate and, if appropriate, complete construction of

22 improvements thereon for the purposes authorized in this order. Unless the court orders

23 otherwise, the Receiver shall to the extent practical hold the balance of any funds in the

24 Receivership Estate in interest bearing accounts in accordance with Code of Civil Procedure

25 section 569.

26       7.     **Borrowing/Receiver Certificates**. Without further order of this Court, the

27 Receiver may from time to time borrow funds from Plaintiff in the performance of his duties

28

AMENDED          -2-

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

1   hereunder, and on request of the Receiver, Plaintiff may provide said funds as are necessary

2   for the Receiver to complete his duties and timely pay expenses of the Receivership Estate;

3   provided however, Plaintiff shall provide funds not to exceed $50,000 to cover initial

4   expenses of the Receiver during the first forty-five (45) days of the receivership (the "Initial

5   Funding"). The Receiver shall issue Receivership Certificates of Indebtedness

6   ("Certificates") to evidence all borrowings advanced by Plaintiff. The principal and interest

7   evidenced by the Certificates shall have priority over all existing and future liens on the

8   Receivership Property and shall be on terms similar to those under the loan documents that

9   evidence Plaintiff's secured claim against the Receivership Property. If after the Initial

10   Funding, Plaintiff does not agree to provide additional funds and the Receiver desires to

11   borrow additional funds from sources other than Plaintiff, the Receiver shall petition this

12   Court (with notice to all parties) for authority to issue Supplemental Certificates of

13   Indebtedness ("Supplemental Certificates"), and the Court may authorize the specific amounts

14   and terms of any Supplemental Certificates, the specific uses of any funds borrowed

15   thereunder, and the lien priority, if any, of any Supplemental Certificates.

16       8.      Use of Funds. All monies coming into the Receiver's possession shall only be

17   expended for the purposes herein authorized, and the balance of funds shall be held by the

18   Receiver pending further order of this Court. For avoidance of doubt, the Receiver may make

19   only those disbursements reasonably necessary in his discretion to preserve and protect the

20   Receivership Property, including, without limitation, paying his fees and expenses, attorney

21   and other professional fees, and the cost of pursuing claims or actions against third-parties or

22   defending any claims or actions against the Receivership Property, Borrower or Receiver.

23       9.      Monthly Accounting of Receiver's Income, Expenses, and Fees. The

24   Receiver shall each month prepare and serve on the parties, but not file, an accounting of the

25   receipts and disbursements, and income and expenses incurred in the administration of the

26   Receivership Estate, including the Receiver's fees and expenses. The Receiver may pay the

27   Receiver's own fees and expenses, as well as fees and expenses of his attorneys and other

28

AMGN/REO                                -3-
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

1  professional, only by one of the following procedures:

2          a.      By serving on all parties a notice of intent to pay to which no objection

3  is served on the Receiver within ten (10) days of the date the notice is mailed;

4          b.      By serving and filing a request for interim payment, which the court

5  then approves;

6          c.      By obtaining and filing an agreement among all the parties approving

7  the payment, which the court then approves; or.

8          d.      By filing the Receiver's final accounting and report, which the court

9  then approves.

10      10.     **Management**. The Receiver shall operate the Receivership Property and take

11  possession of all accounts relating to the Receivership Property.  The Receiver may employ

12  agents, employees, clerks, accountants, and property managers to administer the Receivership

13  Property, and purchase materials, supplies, and services reasonably necessary to administer

14  the Receivership Property.  The Receiver may do all the things, and incur the risks and

15  obligations, ordinarily done or incurred by owners, managers, and operators of businesses and

16  property similar to that possessed by the Receiver including completion of unfinished

17  construction of the hotel and other improvements currently under construction on the

18  Property.

19      11.     **Opening of Bank Accounts**. The Receiver is empowered to control existing

20  bank accounts of the Borrower; establish bank accounts for the deposit of monies and funds

21  collected and received in connection with the Receivership Property (including any advances

22  made on the Receiver's fees) at any financial institutions insured by an agency of the United

23  States government that are not parties to this proceeding; deposit in those accounts funds

24  received in connection with the Receivership Property; and deposit in interest-bearing

25  accounts money not expended for receivership purposes.  Borrower shall not have access to

26  such account(s).

27      12.     **Court Instructions**. The Receiver and the parties may at any time apply to

28

AMENDED                                    -4-
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

1  this Court for further instructions and orders and for additional powers necessary to enable the

2  Receiver to perform the Receiver's duties properly.

3      13.    **Insurance**. The Receiver shall determine upon taking possession of the

4  Receivership Property whether there is sufficient insurance coverage for the Receivership

5  Property. The Receiver shall notify the insurers of any Receivership Property that the

6  Receiver is to be named as an additional insured on each applicable insurance policy. If the

7  Receiver determines that the Receivership Property does not have sufficient insurance

8  coverage, the Receiver shall immediately notify the parties and shall procure sufficient all-risk

9  and liability insurance on the property (excluding earthquake and flood insurance). If the

10  Receiver does not have sufficient funds to do so and Plaintiff does not agree to provide such

11  funding, the Receiver shall seek instructions from the Court with regard to whether insurance

12  shall be obtained and from what source it is to be paid.

13      14.    **Employment of Attorneys**. The Receiver may employ as the Receiver's

14  counsel in this case Alan G. Tippie and Mark S. Horoupian of SulmeyerKupetz, a

15  Professional corporation, and any other attorneys and paralegals within the firm, without

16  further application to or order of the Court. The maximum hourly rate for partners will be

17  $650, and $500 for associates. All expenses incurred in connection with the hiring and

18  retention of such counsel shall be deemed expenses of and paid for by the Receivership

19  Estate.

20      15.    **Taxpayer ID Numbers**. Borrower shall provide the Receiver with all tax

21  identification numbers utilized in connection with the operation of the Receivership Property.

22  The Receiver shall also be entitled to utilize the tax identification numbers during his

23  operation of the Receivership Property.

24      16.    **Mail**. The Receiver is authorized to have all mail addressed to the

25  Receivership Property forwarded to an address to be designated by him.

26      17.    **Utilities**. The Receiver shall not be responsible for payment of any utility bills,

27  unpaid payroll expenses or other unpaid invoices for services or utilities incurred by, or for

28

AMENDED                    -5-

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

1  the benefit of, Borrower prior to the Receiver's taking possession of the Receivership

2  Property. No utility or other vendor may terminate service or the provision of other goods or

3  services to the Receivership Property as a result of the non-payment of pre-Receivership

4  obligations, without prior order of this Court. However, in the Receiver's sole discretion, he

5  may pay pre-Receivership obligations if he believes it is necessary to do so in order to

6  maintain and preserve the business and operations of the Receivership Estate.

7      **18.**  **Tax Matters.** The Receiver may but shall not be obligated in any manner to

8  prepare or file any delinquent or current state or federal income tax returns or any occupancy,

9  sales, mixed beverage tax reports for periods prior to his appointment. The Receiver is hereby

10  ordered to determine whether any taxes are due and payable by the Receivership Estate and to

11  pay such taxes he deems necessary and prudent and to determine which parties are primarily

12  and secondarily responsible for the payment of such taxes. The Receiver is further ordered to

13  take all actions he deems necessary and prudent to collect such taxes from the responsible

14  parties and to pay such taxes as he deems necessary in the ordinary course of business to

15  protect the respective rights of the parties in the Receivership Property. The Receiver shall

16  not be held personally responsible for any local, state, or federal income, property, payroll, or

17  other taxes related to the Receiver's administration of the Receivership Property.

18      **19.**  **Receiver's Final Report and Account and Discharge.** Discharge of the

19  Receiver shall require a court order after a properly noticed motion approving the Receiver's

20  final report and account and exoneration of the Receiver's bond. Within thirty (30) days after

21  termination of the receivership, the Receiver shall file, serve and obtain a hearing date on his

22  motion for discharge and approval of final report and account. The Receiver shall give notice

23  to all persons of whom the Receiver is aware who have potential claims against the

24  Receivership Property. The motion to approve the final report and account and for discharge

25  of the Receiver shall contain the following:

26      a.  Declaration or declarations stating what was done during the

27  receivership, certifying the accuracy of the final accounting, stating the basis for the

28

AMENDED

-6-

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

EXHIBIT 2, PAGE 35

1    termination of the receivership, and stating the basis for an order for the distribution of any

2    surplus or payment of any deficit; and

3         b.    A summary of the receivership accounting, which shall include the total

4    revenues received (including sources) and the total expenditures, identified and enumerated

5    by major categories, the net amount of any surplus deficit, and evidence of necessary

6    supporting facts.

7    **20.    Plaintiff's Notice to Receiver**. Plaintiff shall promptly notify the Receiver in

8    writing of the names, addresses, and telephone numbers of all parties who appear in the action

9    and their counsel. The parties to this action shall give notice to the Receiver and his counsel

10   of all events that affect the receivership, including all court proceedings in this action.

11   **21.    Bankruptcy – Borrower's Duty to Give Notice**. If Borrower files a

12   bankruptcy petition under Title 11 of the United States Code (or has an involuntary

13   bankruptcy petition filed against it) during the receivership, such Borrower shall give notice

14   of the commencement of the bankruptcy case to the Court, to all parties, and to the Receiver

15   and his counsel by the close of the next business day after the day on which such Borrower

16   initiates a bankruptcy case (or receives notice of commencement of an involuntary bankruptcy

17   case against it).

18   **22.    Bankruptcy – Receiver's Duties**. If the Receiver receives notice that a

19   bankruptcy has been filed and part of the bankruptcy estate includes property that is the

20   subject of this order, the Receiver shall have the following duties:

21        a.    The Receiver shall immediately contact the party who obtained the

22   appointment of the Receiver and determine whether that party intends to move in the

23   bankruptcy court for an order for (1) relief from the automatic stay, and/or (2) relief from the

24   Receiver's obligation to turn over the property (11 U.S.C. §543). If the party has no intention

25   to make such a motion, the Receiver shall immediately turn over the property to the

26   appropriate entity, either to the trustee in bankruptcy if one has been appointed or, if not, to

27   the debtor in possession -- and otherwise comply with Title 11 of the United States Code,

28

AMENDED                          -7-
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

EXHIBIT 2, PAGE 36

1  section 543.

2      b.    If the party who obtained the receivership intends to seek relief

3  immediately from either the automatic stay or the Receiver's obligation to turn over the

4  property as described in subparagraph (a) above, the Receiver may remain in possession and

5  preserve the property pending the ruling on the motion(s) that seek such relief.  The

6  Receiver's authority to preserve the property shall be limited as follows:

7          i.    The Receiver may continue to collect any proceeds and other

8  income relating to or arising from the Receivership Property;

9          ii.   The Receiver may make only those disbursements necessary to

10  preserve and protect the Receivership Property;

11         iii.  The Receiver shall not execute any leases or other long-term

12  contracts; and

13         iv.   The Receiver shall do nothing that would effect a material

14  adverse change in the circumstances of the Property.

15     c.    If the party who obtained the receivership fails to file a motion within

16  ten (10) court days after its receipt of notice of the bankruptcy filing, the Receiver shall

17  immediately turn over the property to the appropriate entity, either to the trustee in bankruptcy

18  if one has been appointed or, if not, to the debtor in possession and otherwise comply with 11

19  U.S.C. § 543.

20     23.    **Turn Over and Cooperation by Defendants and Related Parties.**

21     (A) Borrowers and their respective officers, directors, members, managers, agents,

22  partners, property managers, employees, assignees, successors, attorneys, representatives, and

23  all persons acting under, in concert with, or for Borrowers:

24         i.    Shall relinquish and turn over possession of the Receivership Property,

25  including but not limited to all of Borrower's assets (including any cash and accounts) to the

26  Receiver forthwith upon his appointment becoming effective;

27         ii.   Shall turn over to the Receiver and direct all other third parties in

28

AMENDED              -8-

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

1  possession thereof to turn over all keys, leases, books, records, rent rolls, books of account,

2  ledgers, operating statements, agreements, contracts, control and passwords to website(s)

3  and/or web domains, computer and other technology passwords, budgets, tenant lease

4  deposits, and all other Receivership Property records relating to the Receivership Property,

5  wherever located, and in whatever mode maintained, including information contained on

6  computers and any and all software relating thereto as well as all banking records, statements

7  and cancelled checks;

8         iii.        Shall turn over to the Receiver all documents which pertain to all

9  licenses, permits, or government approvals relating to the Receivership Property and shall

10  immediately advise the Receiver of any social security or taxpayer identification numbers

11  used in connection with the development and maintenance of the Receivership Property;

12         iv.        Shall turn over to the Receiver all contracts involving the Receivership

13  Property;

14         v.        Shall immediately advise the Receiver as to the nature and extent of

15  insurance coverage on the Receivership Property. The Borrower and their agents and

16  representatives shall immediately cause to be named the Receiver as an additional insured on

17  the insurance policy(ies) for the period that the Receiver shall be in possession of the

18  Receivership Property. Borrower and their agents and representatives are prohibited from

19  canceling, reducing or modifying any and all insurance coverage currently in existence with

20  respect to the Receivership Property;

21         vi.        Shall cooperate with and reasonably assist the Receiver with respect to

22  his protection and maintenance of the Receivership Property, including but not limited to

23  promptly responding to any inquiry by the Receiver for information; and

24         vii.        Shall cause financial institutions to turn over to the Receiver all funds,

25  accounts, and safety deposit boxes that constitute or contain Receivership Estate property and

26  delete all designated signors on any applicable accounts other than the Receiver.

27         (B) Defendants and their respective officers, directors, members, managers, agents,

28

AWAGN DSD                    -9-
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

1    partners, property managers and employees, and all other persons acting under, in concert
2    with, or for them who have actual or constructive knowledge of this Order, and their agents
3    and employees or representatives and all persons or entities acting under or in concert with
4    Defendants are restrained and enjoined from engaging or performing, directly or indirectly,
5    any of the following acts:

6         i.       Committing or permitting any waste of the Receivership Property or
7    any part thereof, or suffering or committing or permitting any act on the Receivership
8    Property or any part thereof in violation of law, or removing, transferring, encumbering or
9    otherwise disposing of any of the property of the Borrower or of the Receivership Property or
10   any part thereof;

11        ii.      Directly or indirectly interfering in any manner with the discharge of
12   the Receiver's duties under this Order or the Receiver's possession of and preservation or
13   protection of the Receivership Property;

14        iii.     Expending, disbursing, transferring, assigning, selling, conveying,
15   devising, pledging, mortgaging, creating a security interest in, encumbering, concealing or in
16   any manner whatsoever deal in or dispose of the whole or any part of the Receivership
17   Property without prior specific Court Order or written consent of the Lender and Receiver;

18        iv.      Withholding any Receivership Property assets, books, records, or funds
19   from the Receiver (after requested for turnover is made by Receiver);

20        v.       Destroying or concealing any records, documents, electronic data,
21   electronic equipment or software, or any other medium that contains information related to the
22   Receivership Property;

23        vi.      Interfering in any manner with the Receivership Property, including the
24   Receiver's control, possession, protection and preservation thereof, or doing any act that will
25   impair the preservation of the Property or the Plaintiff's interest in the Receivership Property;

26        vii.     Terminating or otherwise affecting any of the utilities that service the
27   Receivership Property; and

28
                                -10-
     [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
                                RECEIVER

1       viii.     Doing any act which will, or which will tend to impair, defeat, divert,

2 prevent or prejudice the preservation of the Receivership Property.

3     24.     The Receiver is hereby granted the power, among other things, to issue

4 subpoenas to compel compliance with the provisions of paragraph 23 herein, and if

5 appropriate, to seek to hold in contempt of this order those parties violating their obligations

6 to cooperate with the Receiver.

7     25.     The Court Orders Plaintiff to immediately file a preliminary injunction bond

8 under Code of Civil Procedure section 529 in the amount of $10,000.

9

10

11 **IT IS SO ORDERED.**

12 Dated: November 27 , 2019

13                         Hon. Sunshine Sikyikes JACKSON LUCKY

14                         Judge of the Superior Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED           -11-
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO APPOINT
RECEIVER

# EXHIBIT 3

12/3/2019

Account Summary

**OFFICE OF THE TREASURER-TAX COLLECTOR**
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    VIEW VALUATION INFO    ☑ ENROLL PIN FOR E-BILLING    ☰ MANAGE E-BILLING SUBSCRIPTIONS

NOTE

Please click "PAY" to add unpaid tax bills to your Cart.
If your Assessment has both current and defaulted tax years due, you will need to add each of these to your check out cart individually.
All secured defaulted tax years must be paid together (adding one will add all prior year items to your Cart).

Account Information

| PARCEL NUMBER | PROPERTY TYPE | STATUS | LAST UPDATE |
|---|---|---|---|
| 603220061 | Real | Active | 12/3/2019 10:53:57 AM |

Tax Rate Area
012-037 COACHELLA

Current Owner:
FORCE RUBIN

**Class Code**
CT-Vacant Commercial Land

**Legal Description**
.94 ACRES IN PAR 1 PM 243/082 PM 37310

Tax

BILL NUMBER: 2019064748106 - ANNUAL                                                    VIEW BILL DETAIL

| TAX YEAR : 2019 | TAX | OTHER CHARGES | TOTAL PAID | TOTAL | DUE DATE | STATUS |
|---|---|---|---|---|---|---|
| Installment #1 | $7,866.14 | $0.00 | $0.00 | $7,866.14 | 12/10/2019 | |
| Installment #2 | $7,866.14 | $0.00 | $0.00 | $7,866.14 | 4/10/2020 | PAY |
| Total Bill | $15,732.28 | $0.00 | $0.00 | $15,732.28 | | |

Total Secured Tax

| | TAX | OTHER CHARGES | TOTAL PAID | TOTAL |
|---|---|---|---|---|
| Grand Total | $15,732.28 | $0.00 | $0.00 | $15,732.28 |

payments        plans is currently

Paid

Click here to view previously paid tax bills.

EXHIBIT 2, PAGE 42



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    ☰ ACCOUNT SUMMARY

Tax Bill:

| PARCEL NUMBER | GEO PARCEL # | LAST UPDATE |
|---|---|---|
| 603220061 | 603220061 | 12/3/2019 10:53:57 AM |

|  |  | Value |
|---|---|---|
| Net Taxable Value |  | $313,404.00 |

No Tax Exemptions Records Found

**Taxing Agencies**

contact                        listed

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 01-0000-GP GENERAL PURPOSE | See Phone List | 1.0000000000 % | $3,134.03 |
| Fund Type Total |  | 1.0000000000 % | $3,134.03 |
| **Debt** |  |  |  |
| **Taxing Authority** | **Phone** | **Net Rate** | **Net Tax** |
| 04-4621-D CV WATER DISTRICT STATE WTR PROJ | See Phone List | 0.1000000000 % | $313.40 |
| 03-9001-D DESERT COMMUNITY COLLEGE | See Phone List | 0.0398300000 % | $124.83 |
| 03-1601-D COACHELLA VALLEY UNIFIED SCHOOL | See Phone List | 0.1487600000 % | $466.22 |
| Fund Type Total |  | 0.2885900000 % | $904.45 |
| **Special Assessment** |  |  |  |
| **Taxing Authority** | **Phone** | **Net Rate** | **Net Tax** |
| 68-4586-FC COACHELLA VALLEY MOSQUITO & RIFA | See Phone List | NA | $1.88 |
| 68-9011-FC CALIFORNIA FIRST RIVERSIDE | See Phone List | NA | $10,437.14 |
| 68-0172-FC CFD 2016-1 GLENROY TAX B | See Phone List | NA | $1,254.98 |
| Fund Type Total |  |  | $11,693.80 |
| **Total** |  | 1.28859 % | $15,732.28 |

Payable Year: 2019/2020 | Bill Number 2019004745109 | Secured

| Installment #1 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
|  |  | See bill detail on Account Summary page. |  |  |  |  | Due |

Payable Year: 2019/2020 | Bill Number 2019004745109 | Secured

| Installment #2 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
|  |  | See bill detail on Account Summary page. |  |  |  |  | Due |

EXHIBIT 2, PAGE 43



**OFFICE OF THE TREASURER-TAX COLLECTOR**
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK TO ACCOUNT    SEARCH

## Account Information

Last Update 12/3/2019 10:53:57 AM

| Parcel Number | Geo Parcel # | Property Type | Status |
|---|---|---|---|
| 603220061 | 603220061 | Real | Active |

| | Choose a Payment Option | Selected Payment Amount | | |
|---|---|---|---|---|
| Tax Bill Id: 43554807 | | | | |
| PIN:603220061 | ⊙Pay in Full | | | |
| Installment:1 | | | | |
| Tax Year: 2019 | | | | |
| Due Date: 12/10/2019 | | $7,866.14 | Add to cart |
| Net Tax $7,866.14 | | | | |

Total: $7,866.14

| | Choose a Payment Option | | | |
|---|---|---|---|---|
| PIN:603220061 | ⊙Pay in Full | | | |
| Installment:2 | | | | |
| Tax Year: 2019 | | | | |
| Due Date: 4/10/2020 | | $7,866.14 | Add to cart |
| Net Tax $7,866.14 | | | | |

Total: $7,866.14

EXHIBIT 2, PAGE 44



1/24/2019

Account Summary

OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    VIEW VALUATION INFO    ⊠ ENROLL PIN FOR E-BILLING    ■ MANAGE E-BILLING SUBSCRIPTIONS

**PLEASE NOTE**
Please click "PAY" to add unpaid tax bills to your Cart.
If your Assessment has both current and defaulted tax years due, you will need to add each of these to your check out cart individually.
All secured defaulted tax years must be paid together (adding one will add all prior year items to your Cart).

Account Information

| PARCEL NUMBER | PROPERTY TYPE | STATUS | LAST UPDATE |
|---|---|---|---|
| 603220063 | Real | Active | 1/24/2019 11:42:04 AM |

Tax Rate Area
012-037 COACHELLA

Current Owner:
QUONSET PARTNERS

Class Code
Retail - General
Legal Description
.20 ACRES IN PAR 3 PM 343/083 PM 57310

BILL NUMBER: 2018024652311 - ANNUAL                                              VIEW BILL DETAIL

| TAX YEAR : 2018 | TAX | OTHER CHARGES | TOTAL PAID | TOTAL | DUE DATE | STATUS |
|---|---|---|---|---|---|---|
| Installment #1 | $26,633.76 | $0.00 | $0.00 | $26,633.76 | 12/10/2018 | PAY |
| Installment #2 | $26,633.76 | $0.00 | $0.00 | $26,633.76 | 4/10/2020 | PAY |
| Total Bill | $53,267.52 | $0.00 | $0.00 | $53,267.52 | | PAY |

Total Secured Tax

| | TAX | OTHER CHARGES | TOTAL PAID | TOTAL |
|---|---|---|---|---|
| Grand Total | $53,267.52 | $0.00 | $0.00 | $53,267.52 |

ⓘ    payment plans is       at !       out p. - -    any

Paid    of

Click here to view previously paid tax bills.

EXHIBIT 2, PAGE 45



12/4/2019                    Riverside County Treasurer - Tax Collector > Account Search > Payment Options

OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

▶ BACK TO ACCOUNT  SEARCH

### Account Information

Last Update 12/4/2019 11:42:04 AM

| Parcel Number | Geo Parcel # | Property Type | Status |
|---|---|---|---|
| 603220063 | 603220063 | Real | Active |

Tax Bill Id: 43537740          Choose a Payment Option      Selected Payment Amount
PIN:603220063
Installment:1
Tax Year: 2019
Due Date: 12/10/2019                                                    $26,533.76    Add to cart
Net Tax $26,533.76

Total: $26,533.76
PIN:603220063                  ◉ Pay in Full
Installment:2
Tax Year: 2019
Due Date: 4/10/2020                                                     $26,533.76    Add to cart
Net Tax $26,533.76

Total: $26,533.76

EXHIBIT 2, PAGE 46



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME ACCOUNT SEARCH CHECK OUT COUNTY HOME CONTACT US

← BACK ACCOUNT SUMMARY

Tax Year 2019

| PARCEL NUMBER | GEO PARCEL # | LAST UPDATE |
|---|---|---|
| 603220063 | 603220063 | 12/4/2019 11:42:04 AM |

Assessment Data

| Description | Value |
|---|---|
| Net Taxable Value | $2,779,500.00 |

No Tax Exemptions Records Found

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 01-0000-GP GENERAL PURPOSE | See Phone List | 1.0000000000 % | $27,794.99 |
| Fund Type Total | | 1.0000000000 % | $27,794.99 |
| **Debt** | | | |
| **Taxing Authority** | **Phone** | **Net Rate** | **Net Tax** |
| 03-9001-D DESERT COMMUNITY COLLEGE | See Phone List | 0.0398300000 % | $1,107.07 |
| 03-1601-D COACHELLA VALLEY UNIFIED SCHOOL | See Phone List | 0.1487600000 % | $4,134.78 |
| 04-4621-D CV WATER DISTRICT STATE WTR PROJ | See Phone List | 0.1000000000 % | $2,779.50 |
| Fund Type Total | | 0.2885900000 % | $8,021.35 |
| **Special Assessment** | | | |
| **Taxing Authority** | **Phone** | **Net Rate** | **Net Tax** |
| 68-4556-FC COACHELLA VALLEY MOSQUITO & RIFA | See Phone List | NA | $1.66 |
| 68-0162-FC CFD 2018-1 GLENROY | See Phone List | NA | $5,220.00 |
| 68-0172-FC CFD 2018-1 GLENROY TAX R | See Phone List | NA | $12,229.50 |
| Fund Type Total | | | $17,451.16 |
| Total | | 1.28859 % | $53,267.52 |

Installments

Payable Year: 2019/2020 | Bill Number 2019004652311 | Secured

| Installment #1 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | See bill detail on Account Summary page. | | | | | | Due |

Payable Year: 2019/2020 | Bill Number 2019004652311 | Secured

| Installment #2 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | See bill detail on Account Summary page. | | | | | | Due |

Found

OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    VIEW VALUATION INFO    ⊠ ENROLL PIN FOR E-BILLING    📋 MANAGE E-BILLING SUBSCRIPTIONS

[ PLEASE NOTE ]

Please click "PAY" to add unpaid tax bills to your Cart.
If your Assessment has both current and defaulted tax years due, you will need to add each of these to your check out cart individually.
All secured defaulted tax years must be paid together (adding one will add all prior year items to your Cart).

| PARCEL NUMBER | PROPERTY TYPE | STATUS | LAST UPDATE |
|---|---|---|---|
| 803220065 | Real | Active | 12/4/2019 11:48:47 AM |

**Tax Rate Area**
012-037 COACHELLA

**Current Owner:**
GLENROY COACHELLA

**Class Code**
Vacant Commercial Land

**Legal Description**
1.32 ACRES IN PAR 5 PM 243/082 PM 37310

BILL NUMBER: 2919001539401 - ANNUAL                                   VIEW BILL DETAIL

| TAX YEAR : 2019 | TAX | OTHER CHARGES | TOTAL PAID | TOTAL | DUE DATE | STATUS |
|---|---|---|---|---|---|---|
| Installment #1 | $4,761.67 | $0.00 | $0.00 | $4,761.67 | 12/10/2019 | PAY |
| Installment #2 | $4,761.67 | $0.00 | $0.00 | $4,761.67 | 4/10/2020 | |
| Total Bill | $9,523.34 | $0.00 | $0.00 | $9,523.34 | | PAY TOTAL BILL |

**Total Secured Tax**

| | TAX | OTHER CHARGES | TOTAL PAID | TOTAL |
|---|---|---|---|---|
| Grand Total | $9,523.34 | $0.00 | $0.00 | $9,523.34 |

unavailable          time.

Click here to view previously paid tax bills.

1/2

EXHIBIT 2, PAGE 48



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    ACCOUNT SUMMARY

### Year 2019

| PARCEL NUMBER | GEO PARCEL # | LAST UPDATE |
|---|---|---|
| 603220065 | 603220065 | 12/4/2019 11:48:47 AM |

Net Taxable Value                                                                    $441,271.00

## Exemptions

No Tax Exemptions Records Found

Agencies

charges        Taxing

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 01-0000-GP GENERAL PURPOSE | See Phone List | 1.0000000000 % | $4,412.70 |
| Fund Type Total | | 1.0000000000 % | $4,412.70 |
| **Debt** | | | |
| Taxing Authority | Phone | Net Rate | Net Tax |
| 03-9001-D DESERT COMMUNITY COLLEGE | See Phone List | 0.0398300000 % | $175.76 |
| 03-1601-D COACHELLA VALLEY UNIFIED SCHOOL | See Phone List | 0.1487600000 % | $656.43 |
| 04-4821-D CV WATER DISTRICT STATE WTR PROJ | See Phone List | 0.1000000000 % | $441.27 |
| Fund Type Total | | 0.2885900000 % | $1,273.46 |
| **Special Assessment** | | | |
| Taxing Authority | Phone | Net Rate | Net Tax |
| 68-4556-FC COACHELLA VALLEY MOSQUITO & RIFA | See Phone List | NA | $1.68 |
| 68-9011-FC CALIFORNIA FIRST RIVERSIDE | See Phone List | NA | $3,835.50 |
| Fund Type Total | | | $3,837.18 |
| Total | | 1.28859 % | $9,523.34 |

Payable Year: 2019/2020 | Bill Number 2019001539461 | Secured

| Installment #1 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | *See bill detail on Account Summary page.* | | | | | Due |

Payable Year: 2019/2020 | Bill Number 2019001539461 | Secured

| Installment #2 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | *See bill detail on Account Summary page.* | | | | | Due |

Payment

1/2

EXHIBIT 2, PAGE 49



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK TO ACCOUNT | SEARCH

## Account Information

**Last Update 12/4/2019 11:48:47 AM**

| Parcel Number | Geo Parcel # | Property Type | Status |
|---|---|---|---|
| 603220065 | 603220065 | Real | Active |

**Tax Bill Id: 42970407**          **Choose a Payment Option**          **Selected Payment Amount**

PIN:603220065          ⦿Pay In Full
Installment:1
Tax Year: 2019
Due Date: 12/10/2019                                                    $4,761.67    Add to cart
Net Tax $4,761.67

Total: $4,761.67
PIN:603220065          ⦿Pay In Full
Installment:2
Tax Year: 2019
Due Date: 4/10/2020                                                     $4,761.67    Add to cart
Net Tax $4,761.67

Total: $4,761.67

EXHIBIT 2, PAGE 50



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    VIEW VALUATION INFO    ☒ ENROLL PIN FOR E-BILLING    ☰ MANAGE E-BILLING SUBSCRIPTIONS

**PLEASE NOTE**

Please click "PAY" to add unpaid tax bills to your Cart.
If your Assessment has both current and defaulted tax years due, you will need to add each of these to your check out cart individually.
All secured defaulted tax years must be paid together (adding one will add all prior year items to your Cart).

| PARCEL NUMBER | PROPERTY TYPE | STATUS | LAST UPDATE |
|---|---|---|---|
| 803220087 | Real | Active | 12/4/2019 11:52:13 AM |

Current Owner:
GLENROY COACHELLA

**Tax Rate Area**
012-037 COACHELLA

**Class Code**
CT-Vacant Commercial Land

**Legal Description**
Acres 8.16000000 AcreageQualCode ML LotType P Parcel 2 MapPlatB 243 MapPlatP 082 SubdivisionName PM 37310

Secured

BILL NUMBER: 201900516314E - ANNUAL                                    VIEW BILL DETAIL

| TAX YEAR : 2019 | TAX | OTHER CHARGES | TOTAL PAID | TOTAL | DUE DATE | STATUS |
|---|---|---|---|---|---|---|
| Installment #1 | $90,400.58 | $0.00 | $0.00 | $90,400.58 | 12/10/2019 | PAY |
| Installment #2 | $90,400.58 | $0.00 | $0.00 | $90,400.58 | 4/10/2020 | PAY |
| Total Bill | $180,801.16 | $0.00 | $0.00 | $180,801.16 | | BILL |

Total Secured Tax

| | TAX | OTHER CHARGES | TOTAL PAID | TOTAL |
|---|---|---|---|---|
| Grand Total | $180,801.16 | $0.00 | $0.00 | $180,801.16 |

time.                    if you have

1/2



← BACK    ACCOUNT SUMMARY

Tax Year

| PARCEL NUMBER | GEO PARCEL # | LAST UPDATE |
|---|---|---|
| 603220057 | 603220057 | 12/4/2019 11:52:13 AM |

Net Taxable Value                                                  $2,815,413.00

No Tax Exemptions Records Found

For information please    Taxing Agency directly    here.

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 01-0000-GP GENERAL PURPOSE | See Phone List | 1.0000000000 % | $28,154.12 |
| Fund Type Total | | 1.0000000000 % | $28,154.12 |

Debt

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 03-9001-D DESERT COMMUNITY COLLEGE | See Phone List | 0.0398300000 % | $1,121.38 |
| 03-1601-D COACHELLA VALLEY UNIFIED SCHOOL | See Phone List | 0.1487600000 % | $4,188.21 |
| 04-4821-D CV WATER DISTRICT STATE WTR PROJ | See Phone List | 0.1000000000 % | $2,815.41 |
| Fund Type Total | | 0.2885900000 % | $8,125.00 |

Special Assessment

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 68-0172-FC CFD 2018-1 GLENROY TAX B | See Phone List | NA | $387.16 |
| 68-4556-FC COACHELLA VALLEY MOSQUITO & RIFA | See Phone List | NA | $274.98 |
| 68-9011-FC CALIFORNIA FIRST RIVERSIDE | See Phone List | NA | $143,859.90 |
| Fund Type Total | | | $144,522.04 |
| Total | | 1.28859 % | $180,801.16 |

Payable Year: 2019/2020 | Bill Number 2019005163145 | Secured

| Installment #1 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | See bill detail on Account Summary page. | | | | | Due |

Payable Year: 2019/2020 | Bill Number 2019005163146 | Secured

| Installment #2 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | See bill detail on Account Summary page. | | | | | Due |

No    Records

1/2



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK TO ACCOUNT    SEARCH

## Account Information

Last Update 12/4/2019 11:52:13 AM

| Parcel Number | Geo Parcel # | Property Type | Status |
|---|---|---|---|
| 603220067 | 603220067 | Real | Active |

**Tax Bill Id: 43831984**
PIN:603220067
Installment:1
Tax Year: 2019
Due Date: 12/10/2019
Net Tax $90,400.58

Total: $90,400.58

**Choose a Payment Option**
⊙Pay in Full

**Selected Payment Amount**

$90,400.58    Add to cart

PIN:603220067
Installment:2
Tax Year: 2019
Due Date: 4/10/2020
Net Tax $90,400.58

Total: $90,400.58

⊙Pay in Full

$90,400.58    Add to cart

1/2

EXHIBIT 2, PAGE 53



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    VIEW VALUATION INFO    ENROLL PIN FOR E-BILLING    MANAGE E-BILLING SUBSCRIPTIONS

PLEASE NOTE

Please click "PAY" to add unpaid tax bills to your Cart.
If your Assessment has both current and defaulted tax years due, you will need to add each of these to your check out cart individually.
All secured defaulted tax years must be paid together (adding one will add all prior year items to your Cart).

## Account Information

| PARCEL NUMBER | PROPERTY TYPE | STATUS | LAST UPDATE |
|---|---|---|---|
| 603220068 | Real | Active | 12/4/2019 11:55:33 AM |

**Tax Rate Area**
012-037 COACHELLA

**Current Owner:**
GLENROY COACHELLA

**Class Code**
CT-Vacant Commercial Land

**Legal Description**

Acres 1.74000000 AcreageQualCode ML LotType P Parcel 4 MapPlatB 243 MapPlatP 082 SubdivisionName PM 37310

## Secured Property Tax

BILL NUMBER: 2019005164867 - ANNUAL                                                          VIEW BILL DETAIL

| TAX YEAR : 2019 | TAX | OTHER CHARGES | TOTAL PAID | TOTAL | DUE DATE | STATUS |
|---|---|---|---|---|---|---|
| Installment #1 | $126,720.27 | $0.00 | $0.00 | $126,720.27 | 12/10/2019 | PAY |
| Installment #2 | $126,720.27 | $0.00 | $0.00 | $126,720.27 | 4/10/2020 | |
| Total Bill | $253,440.54 | $0.00 | $0.00 | $253,440.54 | | TOTAL BILL |

Total Secured Tax

| | TAX | OTHER CHARGES | TOTAL PAID | TOTAL |
|---|---|---|---|---|
| Grand Total | $253,440.54 | $0.00 | $0.00 | $253,440.54 |

payments                          this              our          - any questions.

1/2

EXHIBIT 2, PAGE 54



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    ☰ ACCOUNT SUMMARY

## 2019

| PARCEL NUMBER | GEO PARCEL # | LAST UPDATE |
|---|---|---|
| 603220068 | 603220068 | 12/4/2019 11:55:33 AM |

### Assessment

| | Value |
|---|---|
| Net Taxable Value | $601,176.00 |

No Tax Exemptions Records Found

### Taxing Agencies

ⓘ Tax ... please contact ... the numbers :

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 01-0000-GP GENERAL PURPOSE | See Phone List | 1.0000000000 % | $6,011.76 |
| Fund Type Total | | 1.0000000000 % | $6,011.76 |

**Debt**

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 03-1601-D COACHELLA VALLEY UNIFIED SCHOOL | See Phone List | 0.1487600000 % | $894.31 |
| 04-4821-D CV WATER DISTRICT STATE WTR PROJ | See Phone List | 0.1000000000 % | $601.18 |
| 03-9001-D DESERT COMMUNITY COLLEGE | See Phone List | 0.0398300000 % | $239.45 |
| Fund Type Total | | 0.2885900000 % | $1,734.94 |

**Special Assessment**

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 68-4556-FC COACHELLA VALLEY MOSQUITO & RIFA | See Phone List | NA | $58.62 |
| 68-9011-FC CALIFORNIA FIRST RIVERSIDE | See Phone List | NA | $243,232.04 |
| 68-0172-FC CFD 2016-1 GLENROY TAX B | See Phone List | NA | $2,403.18 |
| Fund Type Total | | | $245,693.84 |
| Total | | 1.28859 % | $253,440.54 |

Payable Year: 2019/2020 | Bill Number 2019005164087 | Secured

| Installment #1 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | See bill detail on Account Summary page. | | | | | Due |

Payable Year: 2019/2020 | Bill Number 2019005164087 | Secured

| Installment #2 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | See bill detail on Account Summary page. | | | | | Due |

No

1/2

EXHIBIT 2, PAGE 55



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK TO ACCOUNT    SEARCH

## Account Information

**Last Update 12/4/2019 11:55:33 AM**

| Parcel Number | Geo Parcel # | Property Type | Status |
|---|---|---|---|
| 603220068 | 603220068 | Real | Active |

Tax Bill Id: 43632203

**Choose a Payment Option**

**Selected Payment Amount**

PIN:603220068
Installment:1
Tax Year: 2019
Due Date: 12/10/2019        ⊛Pay in Full                    $126,720.27    Add to cart
Net Tax $126,720.27

Total: $126,720.27
PIN:603220068
Installment:2
Tax Year: 2019
Due Date: 4/10/2020        ⊛Pay in Full                    $126,720.27    Add to cart
Net Tax $126,720.27

Total: $126,720.27

1/2

EXHIBIT 2, PAGE 56



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    VIEW VALUATION INFO    ⊠ ENROLL PIN FOR E-BILLING    📋 MANAGE E-BILLING SUBSCRIPTIONS

**PLEASE NOTE**
Please click "PAY" to add unpaid tax bills to your Cart.
If your Assessment has both current and defaulted tax years due, you will need to add each of these to your check out cart individually.
All secured defaulted tax years must be paid together (adding one will add all prior year items to your Cart).

### Account Information

| PARCEL NUMBER | PROPERTY TYPE | STATUS | LAST UPDATE |
|---|---|---|---|
| 603220068 | Real | Active | 12/4/2019 11:58:10 AM |

**Current Owner:**
GLENROY COACHELLA

**Tax Rate Area**
012-037 COACHELLA

**Class Code**
CT-Hotel

**Legal Description**
Acres 17.31000000 AcreageQualCode ML LotType P Parcel 6 MapPlatB 243 MapPlatP 082 SubdivisionName PM 37310

### Secured Property Tax

BILL NUMBER: 2019000162772 - ANNUAL                                      VIEW BILL DETAIL

| TAX YEAR : 2018 | TAX | OTHER CHARGES | TOTAL PAID | TOTAL | DUE DATE | STATUS |
|---|---|---|---|---|---|---|
| Installment #1 | $393,936.32 | $0.00 | $0.00 | $393,936.32 | 12/10/2019 | PAY |
| Installment #2 | $393,936.32 | $0.00 | $0.00 | $393,936.32 | 4/10/2020 | PAY |
| Total Bill | $787,872.64 | $0.00 | $0.00 | $787,872.64 | | TOTAL |

### Total Secured Tax

| | TAX | OTHER CHARGES | TOTAL PAID | TOTAL |
|---|---|---|---|---|
| Grand Total | $787,872.64 | $0.00 | $0.00 | $787,872.64 |

Making payments on    plans

1/2

EXHIBIT 2, PAGE 57



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK    ☰ ACCOUNT SUMMARY

## Year 2019

| PARCEL NUMBER | GEO PARCEL # | LAST UPDATE |
|---|---|---|
| 603220069 | 603220069 | 12/4/2019 11:58:10 AM |

### Data

| | Value |
|---|---|
| Net Taxable Value | $6,655,969.00 |

### Exemptions

No Tax Exemptions Records Found

### Taxing Agencies

ⓘ  Tax Payment Distribution

| Taxing Authority | Phone | Net Rate | Net Tax |
|---|---|---|---|
| 01-0000-GP GENERAL PURPOSE | See Phone List | 1.0000000000 % | $66,559.68 |
| Fund Type Total | | 1.0000000000 % | $66,559.68 |
| **Debt** | | | |
| **Taxing Authority** | **Phone** | **Net Rate** | **Net Tax** |
| 03-1801-D COACHELLA VALLEY UNIFIED SCHOOL | See Phone List | 0.1487600000 % | $9,901.42 |
| 04-4821-D CV WATER DISTRICT STATE WTR PROJ. | See Phone List | 0.1000000000 % | $6,655.97 |
| 03-9001-D DESERT COMMUNITY COLLEGE | See Phone List | 0.0358300000 % | $2,551.07 |
| Fund Type Total | | 0.2885800000 % | $19,208.46 |
| **Special Assessment** | | | |
| **Taxing Authority** | **Phone** | **Net Rate** | **Net Tax** |
| 68-4555-FC COACHELLA VALLEY MOSQUITO & RIFA | See Phone List | NA | $583.34 |
| 68-0162-FC CFD 2018-1 GLENROY | See Phone List | NA | $378,000.00 |
| 68-0172-FC CFD 2018-1 GLENROY TAX B | See Phone List | NA | $28,037.10 |
| 68-9011-FC CALIFORNIA FIRST RIVERSIDE | Phone | NA | $295,484.06 |
| Fund Type Total | | | $702,104.50 |
| **Total** | | 1.28859 % | $787,872.64 |

Payable Year: 2019/2020 | Bill Number 2019005162772 | Secured

| Installment #1 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | See bill detail on Account Summary page. | | | | | Due |

Payable Year: 2019/2020 | Bill Number 2019005162772 | Secured

| Installment #2 | Date | Tax | Penalty | Interest | Fees | Total | Status |
|---|---|---|---|---|---|---|---|
| | | See bill detail on Account Summary page. | | | | | Due |

Records

EXHIBIT 2, PAGE 58



OFFICE OF THE TREASURER-TAX COLLECTOR
RIVERSIDE COUNTY, CALIFORNIA

HOME    ACCOUNT SEARCH    CHECK OUT    COUNTY HOME    CONTACT US

← BACK TO ACCOUNT    SEARCH

## Account Information

Last Update 12/4/2019 11:58:10 AM

| Parcel Number | Geo Parcel # | Property Type | Status |
|---|---|---|---|
| 603220069 | 603220069 | Real | Active |

| Tax Bill Id: 43631221 | Choose a Payment Option | Selected Payment Amount | | |
|---|---|---|---|---|
| PIN:603220069 Installment:1 Tax Year: 2019 | ⊛Pay in Full | | | |
| Due Date: 12/10/2019 Net Tax $393,936.32 | | | $393,936.32 | Add to cart |

Total: $393,936.32

| PIN:603220069 Installment:2 Tax Year: 2019 | ⊛Pay in Full | | | |
|---|---|---|---|---|
| Due Date: 4/10/2020 Net Tax $393,936.32 | | | $393,936.32 | Add to cart |

Total: $393,936.32

1/2

EXHIBIT 2, PAGE 59

# EXHIBIT 4

EXHIBIT 2, PAGE 60

# EXHIBIT 4

## Real Property of Stuart Rubin Subject to Injunction

### I.    715 North Alpine Drive, Beverly Hills, CA 90210

The legal description of the property commonly known as 715 North Alpine Drive, Beverly Hills, California is:

Lot 16 Block 1 of Tract No. 2555, in the City of Beverly Hills, County of Los Angeles, State of California, as per map recorded in Book 26 Page(s) 85 of Maps, in the Office of the County Recorder of Said County

(APN 4341-028-016)

### II.    4347 Marina Drive, Santa Barbara, CA 93100

The legal description of the property commonly known as 4347 Marina Drive, Santa Barbara, California is:

All that certain real property situated in the County of Santa Barbara, State of California, described as follows:

That portion of Lot 115 of Santa Barbara Estates, in the County of Santa Barbara, State of California, as per map recorded in Book 15, Pages 51 to 56, inclusive, of Maps, in the office of the County Recorder of said County, described as follows:

Beginning at the Northwest corner of that certain property now or formerly owned by Irene Rich, as shown in that deed recorded with the recorder of Santa Barbara County, State of California, the centerline of Marina Drive as shown on Sheet No. 3 of said Map of Santa Barbara Estates, being a subdivision of a Portion of Hope Ranch Park (Marina Drive is shown as Cliff Drive on said Map), from said Corner Station 152 plus 85.13 on the centerline of Marina Drive (Cliff Drive) according to said map, bears South 83°48' East, a distance of 201.17 feet;

thence with the centerline of Marina Drive, whose right of way is 90 feet in width, being 45

i

**STIPULATION AND ENTRY OF ORDER**

1   feet on each side of the following described centerline:

2

3   South 83°49' East, a distance of 153.46 feet to the Northeast corner of the land described in

4   the deed to Edgar F. Wasem, et ux., recorded November 9, 1951 as Instrument No. 17208 in

5   Book 1028, Page 411 of Official Records, records of said County;

6

7   thence along the Easterly line of said Wasem Tract, South 2°55'59" West, 488.56 feet to an

8   angle point therein;

9

10   thence along the Southerly line of the land described as Parcel Two in the deed to Santa

11   Barbara Estates Incorporated, a Corporation, recorded August 12, 1953 as Instrument No.

12   13024 in Book 1171, Page 395 of Official Records, North 63°34'41" West, 150.08 feet to a

13   point on the Easterly boundary line of said property deeded to Irene Rich; thence along said

14   last mentioned line, North 0°53'47" East, 437.71 feet to the point of beginning.

15   (APN 063-220-06)

16

17

18

19

20

21

22

23

24

25

26

27

28

ii

**STIPULATION AND ENTRY OF ORDER**

EXHIBIT 2, PAGE 62

**EXHIBIT 3**

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Complaints | File Date | Disposition |
|---|---|---|
| Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP | 08/26/2019 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| U.S. REAL ESTATE CREDIT HOLDINGS III A LP NMD: AN IRISH LIMITED PARTNERSHIP ATT: SULMEYERKUPETZ | GLENROY COACHELLA LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |
| ATT: REED SMITH LLP | FORCE RUBIN LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |
| ATT: Reed Smith LLP | ATT: Messina & Hankin LLP |
| ATT: REED SMITH LLP | ATT: Messina & Hankin, LLP |
| EDWIN W LESLIE | FORCE RUBIN 2 LLC |
| ATT: SULMEYERKUPETZ | AKA: FORCE RUBIN II LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |
| | ATT: Messina & Hankin LLP |
| | ATT: Messina & Hankin, LLP |
| | A STUART RUBIN |
| | ATT: Messina & Hankin, LLP |
| | ATT: Messina & Hankin LLP |
| | ATT: MESSINA & HANKIN, LLP |
| | COACHELLA RESORT LLC |
| | ATT: Messina & Hankin LLP |
| | ATT: Messina & Hankin, LLP |
| | ATT: SEAN OKEEFE |
| | ELLIOT LANDER |

EXHIBIT 3, PAGE 63

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

ATT: Messina & Hankin,
LLP
ATT: Messina & Hankin
LLP
ATT: MESSINA & HANKIN,
LLP
ATT: SEAN OKEEFE

GARY STIFFELMAN

ATT: THE LAW OFFICES OF
DAMIAN D CAPOZZOLA
FERGUSON ENTERPRISES
LLC
DOUG WALL CONSTRUCTION
INC
NMD: A CALIFORNIA
CORPORATION
ATT: MARC S HOMME A
PROFESSIONAL LAW
CORPORATION
QUONSET PARTNERS LLC

JOSEPH RUBIN

ATT: BAAKE LAW LLC

AL MILLER & SONS          Dismissal After
ROOFING CO INC            No ADR
ATT: The Law Office of
Stephen J. Armstrong
APPLE J PLUMBING INC

ATT: The Law Office of
Stephen J. Armstrong
BLAIR AIR INC

DBA: BLAIR HEARING &
AIR
DBA: BLAIR HEATING &
AIR
ATT: ROEMER & HARNIK
LLP

EXHIBIT 3, PAGE 64

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

BMC WEST LLC

ATT: ABDULAZIZ,
GROSSBART & RUDMAN
DESERT PALMS ELECTRIC
INC
ATT: The Law Office of
Stephen J. Armstrong
GF INVESTMENT GROUP INC Dismissal After
                            No ADR
DBA: THE INVESTMENT
CENTER
ATT: PLUMTREE &
ASSOCIATES
MASCORRO CONCRETE
CONSTRUCTION INC
ATT: The Law Office of
Stephen J. Armstrong
SYSTEMS WATERPROOFING
INC
TANDEM WEST GLASS INC    Dismissal After
                            No ADR
ATT: LYNBERG & WATKINS,
APC
TEMALPAKH INC

DBA: THE WORKS FLOOR &
WALL
ATT: The Law Office of
Stephen J. Armstrong
LA JOLLA DREAMS LLC

ATT: LAW OFFICE OF ERIC
EVERETT HAWES

EXHIBIT 3, PAGE 65

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Complaints | File Date | Disposition |
|---|---|---|
| Cross Complaint of GARY STIFFELMAN | 02/25/2020 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| GARY STIFFELMAN | JOSEPH RUBIN |
| ATT: THE LAW OFFICES OF DAMIAN D CAPOZZOLA | ATT: BAAKE LAW LLC |
| | STUART RUBIN |
| | ATT: BERMAN LITIGATION GROUP |

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP | 08/26/2019 | Dismissal No ADR – 02/26/20 |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| SUPERIOR READY MIX CONCRETE LP ATT: LAW OFFICES OF ARNOLD L VELDKAMP | GLENROY COACHELLA LLC | Dismissed |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | FORCE RUBIN 2 LLC | Dismissed |
| | AKA: FORCE RUBIN II LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | GF INVESTMENT GROUP INC | Dismissed |
| | DBA: THE INVESTMENT CENTER ATT: PLUMTREE & ASSOCIATES | |

EXHIBIT 3, PAGE 66

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Cross-Complaint of GF INVESTMENT GROUP INC | 11/08/2019 | Dismissal After Other ADR - 05/25/22 |

| Plaintiff(s) | | Defendant(s) | |
|---|---|---|---|
| GF INVESTMENT GROUP INC DBA: THE INVESTMENT CENTER ATT: PLUMTREE & ASSOCIATES | Dismissal After Other ADR | GLENROY COACHELLA LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | Dismissal After Other ADR |
| | | FORCE RUBIN 2 LLC AKA: FORCE RUBIN II LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | Dismissal After Other ADR |
| | | DOUG WALL CONSTRUCTION INC NMD: A CALIFORNIA CORPORATION ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | Dismissal After Other ADR |
| | | THE WESTERN SURETY COMPANY ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | Dismissal After Other ADR |
| | | ROES SURETY 1 THROUGH 10 | Dismissal After Other ADR |

---

| Complaints | File Date | Disposition |
|---|---|---|
| 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY | 01/23/2020 | Dismissal After Other ADR - 03/29/23 |

| Plaintiff(s) | | Defendant(s) | |
|---|---|---|---|
| THE SHERWIN-WILLIAMS COMPANY ATT: LANAK & HANNA PC | Dismissal After Other ADR | GLENROY COACHELLA LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | Dismissal After Other ADR |

PAGE: 5

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| | Defendant(s) | |
|---|---|---|
| | SOLID ROCK PAINTING CORPORATION | Dismissal After Other ADR |

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of FERGUSON ENTERPRISES LLC | 08/30/2019 | |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| FERGUSON ENTERPRISES LLC FKA: FERGUSON ENTERPRISES INC ATT: GEORGE SYKULSKI A PROF LAW CORP | GLENROY COACHELLA LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | COACHELLA RESORT LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | ATT: SEAN OKEEFE | |
| | BANK HAPOALIM B.M. | Dismissed |
| | FORCE RUBIN LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | FORCE RUBIN 2 LLC | |
| | AKA: FORCE RUBIN II LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | US REAL ESTATE CREDIT HOLDINGS III-A LP | |
| | ATT: RAINES FELDMAN LLP | |
| | ATT: REED SMITH LLP | |

EXHIBIT 3, PAGE 68

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of BLAIR AIR INC | 09/04/2019 | |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| BLAIR AIR INC | DOUG WALL CONSTRUCTION INC | |
| ATT: ROEMER & HARNIK LLP | ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | |
| | GLENROY COACHELLA LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | FORCE RUBIN 2 LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | COACHELLA RESORT LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | ATT: SEAN OKEEFE | |
| | FORCE-DMP LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | MAIDEN-LANE COMMERCIAL MORTGAGE-BACKED | Dismissed |
| | US BANK NATIONAL ASSOCIATION | Dismissed |
| | US REAL STATE CREDIT HOLDINGS III-A LP | |
| | ATT: RAINES FELDMAN LLP | |
| | HI-GRADE MATERIALS CO | |
| | CONSTRUCTURE INC | |
| | FERGUSON ENTERPRISES LLC | |
| | ATT: GEORGE SYKULSKI A PROF LAW CORP | |

EXHIBIT 3, PAGE 69

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| | Defendant(s) | |
|---|---|---|
| | SUPERIOR READY MIX CONCRETE LP | Dismissal After Judicial Arbitration |
| | THE SHERWIN-WILLIAMS COMPANY ATT: LANAK & HANNA PC | |
| | GF INVESTMENT GROUP INC | |
| | ATT: PLUMTREE & ASSOCIATES FORCE RUBIN LLC | |

| Complaints Consolidated Complaint of T.L.R. ENTERPRISES INC | File Date 09/13/2019 | Disposition |
|---|---|---|
| Plaintiff(s) | Defendant(s) | |
| T.L.R. ENTERPRISES INC DBA: DESERT ELECTRIC SUPPLY ATT: THE GREEN LAW GROUP, LLP | DESERT PALMS ELECTRIC INC ATT: The Law Office of Stephen J. Armstrong | |
| | DOUG WALL CONSTRUCTION INC ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | Dismissed |
| | HY ROBIN FAULKNER ATT: The Law Office of Stephen J. Armstrong | |
| | GLENROY COACHELLA LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | Dismissed |
| | COACHELLA RESORT LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO ATT: SEAN OKEEFE | Dismissed |

PAGE: 8

EXHIBIT 3, PAGE 70

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Defendant(s)

FORCE RUBIN LLC          Dismissed

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
FORCE RUBIN 2 LLC        Dismissed

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
QUONSET PARTNERS LLC     Dismissed

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
HUDSON INSURANCE         Dismissed
COMPANY
ATT: The Law Office of
Stephen J. Armstrong

---

| Complaints | File Date     Disposition |
|---|---|
| Consolidated Complaint of DESERT PALMS ELECTRIC INC | 09/13/2019 |

| Plaintiff(s) | Defendant(s) |
|---|---|
| DESERT PALMS ELECTRIC INC<br>ATT: The Law Office of Stephen J. Armstrong | GLENROY COACHELLA LLC<br>ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO<br>DOUG WALL CONSTRUCTION INC<br>NMD: A CALIFORNIA CORPORATION<br>ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION<br>WESTERN SURETY COMPANY<br><br>ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION<br>FORCE RUBIN 2 LLC<br><br>ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |

EXHIBIT 3, PAGE 71

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

COACHELLA RESORT LLC

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
ATT: SEAN OKEEFE

FORCE-DMP LLC

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC | 09/13/2019 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| MASCORRO CONCRETE CONSTRUCTION INC<br>ATT: The Law Office of Stephen J. Armstrong | GLENROY COACHELLA LLC<br><br>ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO<br>DOUG WALL CONSTRUCTION INC<br>NMD: A CALIFORNIA CORPORATION<br>ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION<br>WESTERN SURETY COMPANY<br><br>ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION<br>FORCE RUBIN 2 LLC<br><br>ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO<br>COACHELLA RESORT LLC<br><br>ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO<br>ATT: SEAN OKEEFE<br><br>FORCE-DMP LLC |

EXHIBIT 3, PAGE 72

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Defendant(s)

ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO

---

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of APPLE J PLUMBING INC | 09/13/2019 | |

Plaintiff(s)

APPLE J PLUMBING INC

ATT: The Law Office of Stephen J. Armstrong

Defendant(s)

GLENROY COACHELLA LLC

ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO
DOUG WALL CONSTRUCTION INC
NMD: A CALIFORNIA CORPORATION
ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION
WESTERN SURETY COMPANY

ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION
FORCE RUBIN 2 LLC

ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO
COACHELLA RESORT LLC

ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO
ATT: SEAN OKEEFE

FORCE-DMP LLC

ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO

EXHIBIT 3, PAGE 73

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of ORCO BLOCK & HARDSCAPE | 10/03/2019 | Dismissal No ADR – 05/26/22 |

| Plaintiff(s) | Defendant(s) |
|---|---|
| ORCO BLOCK & HARDSCAPE    Dismissal After No ADR | GLENROY COACHELLA LLC    Dismissal After No ADR |
| ATT: WCH LAW GROUP, P.C. | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |
| | GF INVESTMENT GROUP INC    Dismissal After No ADR |
| | DBA: THE INVESTMENT CENTER |
| | ATT: PLUMTREE & ASSOCIATES |
| | GEORGE FRAGOSO    Dismissal After No ADR |
| | ATT: PLUMTREE & ASSOCIATES |

---

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of TEMALPAKH INC | 10/07/2019 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| TEMALPAKH INC | GLENROY COACHELLA LLC |
| DBA: THE WORKS FLOOR & WALL | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |
| ATT: The Law Office of Stephen J. Armstrong | FORCE RUBIN 2 LLC |
| | AKA: FORCE RUBIN II LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |
| | COACHELLA RESORT LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |
| | ATT: SEAN OKEEFE |

EXHIBIT 3, PAGE 74

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

DOUG WALL CONSTRUCTION
INC
NMD: A CALIFORNIA
CORPORATION
ATT: MARC S HOMME A
PROFESSIONAL LAW
CORPORATION
FORCE-DMP LLC

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
WESTERN SURETY COMPANY

ATT: MARC S HOMME A
PROFESSIONAL LAW
CORPORATION

| Complaints | File Date    Disposition |
|---|---|
| Consolidated Complaint of DOUG WALL CONSTRUCTION INC | 01/08/2019 |
| **Plaintiff(s)** | **Defendant(s)** |
| DOUG WALL CONSTRUCTION INC NMD: A CALIFORNIA CORPORATION ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION ATT: Lynberg & Watkins, APC ATT: LYNBERG & WATKINS, APC ATT: LYNBERG & WATKINS, APC | U.S. REAL ESTATE CREDIT HOLDINGS III A LP NMD: AN IRISH LIMITED PARTNERSHIP ATT: RAINES FELDM AN LLP FORCE RUBIN LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO COACHELLA RESORT LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO ATT: SEAN OKEEFE |
| | QUONSET PARTNERS LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO |

PAGE: 13

EXHIBIT 3, PAGE 75

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

AL MILLER & SONS          Dismissal After
ROOFING CO INC            No ADR
ATT: The Law Office of
Stephen J. Armstrong
APPLE J PLUMBING INC

ATT: The Law Office of
Stephen J. Armstrong
BLAIR AIR INC

DBA: BLAIR HEARING &
AIR
DBA: BLAIR HEATING &
AIR
ATT: ROEMER & HARNIK
LLP
BMC WEST LLC

ATT: ABDULAZIZ,
GROSSBART & RUDMAN
DESERT PALMS ELECTRIC
INC
ATT: The Law Office of
Stephen J. Armstrong
GF INVESTMENT GROUP INC

DBA: THE INVESTMENT
CENTER
ATT: PLUMTREE &
ASSOCIATES
MASCORRO CONCRETE
CONSTRUCTION INC
ATT: The Law Office of
Stephen J. Armstrong
SYSTEMS WATERPROOFING
INC
TANDEM WEST GLASS INC    Dismissed

TEMALPAKH INC

DBA: THE WORKS FLOOR &
WALL

PAGE: 14

EXHIBIT 3, PAGE 76

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

ATT: The Law Office of
Stephen J. Armstrong
FORCE RUBIN 2 LLC

AKA: FORCE RUBIN II LLC

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
T.L.R. ENTERPRISES INC  Dismissed

DBA: DESERT ELECTRIC
SUPPLY
ATT: THE GREEN LAW
GROUP, LLP
GLENROY COACHELLA LLC

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
ALL PHASE DRYWALL &
DEVLOPMENT INC
AKA: ALL PHASE DRYWALL
& DEVELOPMENT INC
TANDEM WEST GLASS INC   Dismissal After
                        No ADR
ATT: LYNBERG & WATKINS,
APC
LA HACIENDA NURSERY &
LANDSCAPE INC
ATT: CUMMINS & WHITE,
LLP
JACOBSSON ENGINEERING
CONSTRUCTION INC
ATT: Stephen J
Armstrong
ATT: The Law Office of
Stephen J. Armstrong

EXHIBIT 3, PAGE 77

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov
RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Complaints Consolidated Complaint of L&W SUPPLY CORPORATION | File Date 10/30/2019 | Disposition Dismissal After Other ADR - 03/08/23 |
|---|---|---|
| Plaintiff(s) | Defendant(s) | |
| L&W SUPPLY CORPORATION  Dismissal After Other ADR DBA: CALPLY ATT: LANAK & HANNA PC | GLENROY COACHELLA LLC  Dismissal After Other ADR ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO ALL PHASE DRYWALL & DEVLOPMENT INC  Dismissal After AKA: ALL PHASE DRYWALL Other ADR & DEVELOPMENT INC | |

| Complaints Consolidated Cross-Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC | File Date 01/27/2020 | Disposition |
|---|---|---|
| Plaintiff(s) | Defendant(s) | |
| ALL PHASE DRYWALL & DEVLOPMENT INC AKA: ALL PHASE DRYWALL & DEVELOPMENT INC ATT: KOZBERG & BODELL LLP | GLENROY COACHELLA LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO DOUG WALL CONSTRUCTION INC NMD: A CALIFORNIA CORPORATION ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION ATT: Lynberg & Watkins, APC | |

EXHIBIT 3, PAGE 78

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of BMC WEST LLC | 11/12/2019 | |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| BMC WEST LLC | GLENROY COACHELLA LLC | Court Ordered Dismissal |
| ATT: ABDULAZIZ, GROSSBART & RUDMAN | FORCE RUBIN LLC | Court Ordered Dismissal |
| | FORCE RUBIN 2 LLC | Court Ordered Dismissal |
| | AKA: FORCE RUBIN II LLC | |
| | COACHELLA RESORT LLC | Court Ordered Dismissal |
| | ATT: SEAN OKEEFE | |
| | QUONSET PARTNERS LLC | Court Ordered Dismissal |

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC | 12/20/2019 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| ALL PHASE DRYWALL & DEVLOPMENT INC AKA: ALL PHASE DRYWALL & DEVELOPMENT INC ATT: KOZBERG & BODELL LLP | U.S. REAL ESTATE CREDIT HOLDINGS III A LP NMD: AN IRISH LIMITED PARTNERSHIP ATT: RAINES FELDM AN LLP GLENROY COACHELLA LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO FORCE RUBIN LLC |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO FORCE RUBIN 2 LLC |
| | AKA: FORCE RUBIN II LLC |

EXHIBIT 3, PAGE 79

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
COACHELLA RESORT LLC

ATT: SEAN OKEEFE

DOUG WALL CONSTRUCTION
INC
NMD: A CALIFORNIA
CORPORATION
ATT: MARC S HOMME A
PROFESSIONAL LAW
CORPORATION
QUONSET PARTNERS LLC

ATT: MCGARRIGLE,KENNEY,
& ZAMPIELLO
AL MILLER & SONS
ROOFING CO INC
ATT: The Law Office of
Stephen J. Armstrong
APPLE J PLUMBING INC

ATT: The Law Office of
Stephen J. Armstrong
BLAIR AIR INC

DBA: BLAIR HEARING &
AIR
DBA: BLAIR HEATING &
AIR
ATT: ROEMER & HARNIK
LLP
BMC WEST LLC

ATT: ABDULAZIZ,
GROSSBART & RUDMAN
DESERT PALMS ELECTRIC
INC
ATT: The Law Office of
Stephen J. Armstrong
GF INVESTMENT GROUP INC

EXHIBIT 3, PAGE 80

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Defendant(s)

DBA: THE INVESTMENT
CENTER
ATT: PLUMTREE &
ASSOCIATES
MASCORRO CONCRETE
CONSTRUCTION INC
ATT: The Law Office of
Stephen J. Armstrong
SYSTEMS WATERPROOFING
INC
TANDEM WEST GLASS INC    Dismissal After
                          Other ADR
ATT: LYNBERG & WATKINS,
APC
TEMALPAKH INC

DBA: THE WORKS FLOOR &
WALL
ATT: The Law Office of
Stephen J. Armstrong
T.L.R. ENTERPRISES INC    Dismissed

DBA: DESERT ELECTRIC
SUPPLY

---

| Complaints | File Date    Disposition |
|---|---|
| Consolidated Complaint of LA HACIENDA NURSEY & LANDSCAPE INC | 12/27/2019 |

| Plaintiff(s) | Defendant(s) |
|---|---|
| LA HACIENDA NURSEY & LANDSCAPE INC ATT: CUMMINS & WHITE, LLP | GLENROY COACHELLA LLC ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO DOUG WALL CONSTRUCTION INC NMD: A CALIFORNIA CORPORATION |

PAGE: 19

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

ATT: MARC S HOMME A
PROFESSIONAL LAW
CORPORATION
WESTERN SURETY COMPANY

ATT: MARC S HOMME A
PROFESSIONAL LAW
CORPORATION

| Complaints | File Date | Disposition |
|---|---|---|
| Consolidated Complaint of AL MILLER & SONS ROOFING CO INC | 12/31/2019 | |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| AL MILLER & SONS ROOFING CO INC | GLENROY COACHELLA LLC | Dismissal After Other ADR |
| ATT: LYNBERG & WATKINS, APC | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | FORCE RUBIN 2 LLC | Dismissal After No ADR |
| | AKA: FORCE RUBIN II LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | COACHELLA RESORT LLC | Dismissal After No ADR |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | ATT: SEAN OKEEFE | |
| | DOUG WALL CONSTRUCTION INC | Dismissal After Other ADR |
| | NMD: A CALIFORNIA CORPORATION | |
| | ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | |
| | QUONSET PARTNERS LLC | Dismissal After No ADR |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |

EXHIBIT 3, PAGE 82

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| | | |
|---|---|---|
| | Defendant(s) | |
| | FORCE-DMP LLC | Dismissal After No ADR |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | WESTERN SURETY COMPANY | Dismissal After Other ADR |
| | ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | |

| Complaints Consolidated Complaint of TANDEM WEST GLASS INC | File Date 12/31/2019 | Disposition |
|---|---|---|
| Plaintiff(s) | Defendant(s) | |
| TANDEM WEST GLASS INC | GLENROY COACHELLA LLC | Dismissal After No ADR |
| ATT: LYNBERG & WATKINS, APC | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | FORCE RUBIN 2 LLC | Dismissal After No ADR |
| | AKA: FORCE RUBIN II LLC | |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | COACHELLA RESORT LLC | Dismissal After No ADR |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO ATT: SEAN OKEEFE | |
| | DOUG WALL CONSTRUCTION INC NMD: A CALIFORNIA CORPORATION ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | Dismissal After No ADR |
| | QUONSET PARTNERS LLC | Dismissal After No ADR |

EXHIBIT 3, PAGE 83

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| | Defendant(s) | |
|---|---|---|
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | FORCE-DMP LLC | Dismissal After No ADR |
| | ATT: MCGARRIGLE,KENNEY, & ZAMPIELLO | |
| | WESTERN SURETY COMPANY | Dismissal After No ADR |
| | ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | |

| Complaints | File Date | Disposition |
|---|---|---|
| Complaint of HAJOCA CORPORATION | 09/04/2019 | |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| HAJOCA CORPORATION | BLAIR HEATING & AIR | Erroneously Sued |
| ATT: BAYUK & ASSOCIATES INC | GLENROY COACHELLA LLC | |
| | ATT: MCGARRIGLE KENNEY & ZAMPIELLO | |
| | FORCE RUBIN 2 LLC | |
| | ATT: MCGARRIGLE KENNEY & ZAMPIELLO | |
| | BLAIR AIR INC | |
| | ESA: BLAIR HEATING & AIR | |
| | ATT: ROEMER & HARNIK LLP | |

EXHIBIT 3, PAGE 84

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Complaints | File Date | Disposition |
|---|---|---|
| Appeal Not Specified A STUART RUBIN | 08/08/2022 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| A STUART RUBIN | U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| ATT: Messina & Hankin, LLP | NMD: AN IRISH LIMITED PARTNERSHIP |
| | GLENROY COACHELLA LLC |
| | FORCE RUBIN LLC |
| | FORCE RUBIN 2 LLC |
| | AKA: FORCE RUBIN II LLC |
| | COACHELLA RESORT LLC |
| | ELLIOT LANDER |
| | GARY STIFFELMAN |
| | FERGUSON ENTERPRISES LLC |
| | DOUG WALL CONSTRUCTION INC |
| | NMD: A CALIFORNIA CORPORATION |
| | QUONSET PARTNERS LLC |
| | JOSEPH RUBIN |
| | AL MILLER & SONS ROOFING CO INC |
| | APPLE J PLUMBING INC |
| | BLAIR AIR INC |
| | DBA: BLAIR HEARING & AIR |
| | DBA: BLAIR HEATING & AIR |
| | BMC WEST LLC |
| | DESERT PALMS ELECTRIC INC |

PAGE: 23

EXHIBIT 3, PAGE 85

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

GF INVESTMENT GROUP INC

DBA: THE INVESTMENT
CENTER
MASCORRO CONCRETE
CONSTRUCTION INC
SYSTEMS WATERPROOFING
INC
TANDEM WEST GLASS INC

TEMALPAKH INC

DBA: THE WORKS FLOOR &
WALL
LA JOLLA DREAMS LLC

EDWIN W LESLIE

STUART RUBIN

SUPERIOR READY MIX
CONCRETE LP
PSC1906015 EFFECTIVE
03/09/20
PSC1906015 EFFECTIVE
03/09/20
THE WESTERN SURETY
COMPANY
ROES SURETY 1 THROUGH
10
THE SHERWIN-WILLIAMS
COMPANY
PSC1906023 EFFECTIVE
03/09/20
SOLID ROCK PAINTING
CORPORATION
FERGUSON ENTERPRISES
LLC
FKA: FERGUSON
ENTERPRISES INC
PSC1906136 03/09/20

GLENROY COACHELLA LLC

EXHIBIT 3, PAGE 86

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

COACHELLA RESORT LLC

BANK HAPOALIM B.M.

FORCE RUBIN LLC

FORCE RUBIN 2 LLC

AKA: FORCE RUBIN II LLC

US REAL ESTATE CREDIT
HOLDINGS III-A LP
BLAIR AIR INC

PSC1906241 03/09/20

DOUG WALL CONSTRUCTION
INC
GLENROY COACHELLA LLC

FORCE RUBIN 2 LLC

COACHELLA RESORT LLC

FORCE-DMP LLC

MAIDEN-LANE COMMERCIAL
MORTGAGE-BACKED
US BANK NATIONAL
ASSOCIATION
US REAL STATE CREDIT
HOLDINGS III-A LP
HI-GRADE MATERIALS CO

CONSTRUCTURE INC

FERGUSON ENTERPRISES
LLC
SUPERIOR READY MIX
CONCRETE LP
THE SHERWIN-WILLIAMS
COMPANY
GF INVESTMENT GROUP INC

FORCE RUBIN LLC

T.L.R. ENTERPRISES INC

EXHIBIT 3, PAGE 87

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

DBA: DESERT ELECTRIC
SUPPLY
PSC1906552 03/09/20

DESERT PALMS ELECTRIC
INC
DOUG WALL CONSTRUCTION
INC
HY ROBIN FAULKNER

GLENROY COACHELLA LLC

COACHELLA RESORT LLC

FORCE RUBIN LLC

FORCE RUBIN 2 LLC

QUONSET PARTNERS LLC

HUDSON INSURANCE
COMPANY
PSC1906554 03/09/20

WESTERN SURETY COMPANY

FORCE RUBIN 2 LLC

COACHELLA RESORT LLC

FORCE-DMP LLC

MASCORRO CONCRETE
CONSTRUCTION INC
PSC1906560 03/09/20

APPLE J PLUMBING INC

PSC1906579 03/09/20

ORCO BLOCK & HARDSCAPE

PSC1907155 03/09/20

GEORGE FRAGOSO

PSC1907262 EFFECTIVE
03/09/20

EXHIBIT 3, PAGE 88

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

PSC1907309 EFFECTIVE
03/09/20
ALL PHASE DRYWALL &
DEVLOPMENT INC
AKA: ALL PHASE DRYWALL
& DEVELOPMENT INC
TANDEM WEST GLASS INC

LA HACIENDA NURSEY &
LANDSCAPE INC
JACOBSSON ENGINEERING
CONSTRUCTION INC
L&W SUPPLY CORPORATION

DBA: CALPLY

PSC1907895 EFFECTIVE
03/09/20
PSC1907895

PSC1908245 EFFECTIVE
03/09/20
PSC1909367 EFFECTIVE
03/09/20
PSC1909423 EFFECTIVE
03/09/20
PSC2000009 EFFECTIVE
09/30/20
PSC2000015 EFFECTIVE
09/30/20
BLAIR HEATING & AIR

GLENROY COACHELLA LLC

FORCE RUBIN 2 LLC

HAJOCA CORPORATION

BLAIR AIR INC

ESA: BLAIR HEATING &
AIR
ELLIOT E. LANDER

EXHIBIT 3, PAGE 89

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Defendant(s)

GLENROY COACHELLA
HOLDINGS, LLC
CALMWATER ASSET
MANAGEMENT, LLC.
NMD: A DELAWARE LIMITED
LIABILITY COMPANY
DBA: CALMWATER CAPITAL

---

| Complaints | File Date | Disposition |
|---|---|---|
| Cross-Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP | 01/25/2023 | |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| U.S. REAL ESTATE CREDIT HOLDINGS III A LP NMD: AN IRISH LIMITED PARTNERSHIP ATT: Reed Smith LLP | DOUG WALL CONSTRUCTION INC NMD: A CALIFORNIA CORPORATION | Court Ordered Dismissal |
| ATT: REED SMITH LLP | DOUG WALL | Court Ordered Dismissal |

---

| Complaints | File Date | Disposition |
|---|---|---|
| 3rd Amended Cross-Complaint of ELLIOT E. LANDER | 03/01/2023 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| ELLIOT E. LANDER ATT: OKEEFE & ASSOCIATES LAW CORP., P.C. GLENROY COACHELLA HOLDINGS, LLC ATT: Messina & Hankin, LLP FORCE RUBIN LLC ATT: Messina & Hankin LLP | CALMWATER ASSET MANAGEMENT, LLC. NMD: A DELAWARE LIMITED LIABILITY COMPANY DBA: CALMWATER CAPITAL ATT: REED SMITH LLP ATT: Reed Smith LLP U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

EXHIBIT 3, PAGE 90

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Plaintiff(s) | Defendant(s) |
|---|---|
| ATT: Messina & Hankin, LLP | NMD: AN IRISH LIMITED PARTNERSHIP |
| FORCE RUBIN 2 LLC | ATT: REED SMITH LLP |
| AKA: FORCE RUBIN II LLC | ATT: Reed Smith LLP |
| ATT: Messina & Hankin, LLP | |
| A STUART RUBIN | |
| ATT: Messina & Hankin, LLP | |
| COACHELLA RESORT LLC | |
| ATT: Messina & Hankin, LLP | |

| Complaints | File Date | Disposition |
|---|---|---|
| 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC | 03/24/2023 | |

| Plaintiff(s) | Defendant(s) | |
|---|---|---|
| DOUG WALL CONSTRUCTION INC | U.S. REAL ESTATE CREDIT HOLDINGS III A LP | |
| NMD: A CALIFORNIA CORPORATION | NMD: AN IRISH LIMITED PARTNERSHIP | |
| ATT: LYNBERG & WATKINS, APC | ATT: RAINES FELDM AN LLP | |
| ATT: MARC S HOMME A PROFESSIONAL LAW CORPORATION | ATT: REED SMITH LLP | |
| ATT: LYNBERG & WATKINS, APC | CALMWATER ASSET MANAGEMENT, LLC. | Dismissal - Entry of Court Ordered Dismissal |
| | NMD: A DELAWARE LIMITED LIABILITY COMPANY | |
| | DBA: CALMWATER CAPITAL | |
| | ATT: REED SMITH LLP | |
| | ATT: Reed Smith LLP | |

EXHIBIT 3, PAGE 91

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Complaints | File Date | Disposition |
|---|---|---|
| Appeal of Judgment DOUG WALL CONSTRUCTION INC | 08/04/2023 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| DOUG WALL CONSTRUCTION INC | U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| NMD: A CALIFORNIA CORPORATION | NMD: AN IRISH LIMITED PARTNERSHIP |
| ATT: LYNBERG & WATKINS, APC | GLENROY COACHELLA LLC |
| | FORCE RUBIN LLC |
| | FORCE RUBIN 2 LLC |
| | AKA: FORCE RUBIN II LLC |
| | A STUART RUBIN |
| | COACHELLA RESORT LLC |
| | ELLIOT LANDER |
| | GARY STIFFELMAN |
| | FERGUSON ENTERPRISES LLC |
| | QUONSET PARTNERS LLC |
| | JOSEPH RUBIN |
| | AL MILLER & SONS ROOFING CO INC |
| | APPLE J PLUMBING INC |
| | BLAIR AIR INC |
| | DBA: BLAIR HEARING & AIR |
| | DBA: BLAIR HEATING & AIR |
| | BMC WEST LLC |
| | DESERT PALMS ELECTRIC INC |
| | GF INVESTMENT GROUP INC |

EXHIBIT 3, PAGE 92

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

DBA: THE INVESTMENT
CENTER
MASCORRO CONCRETE
CONSTRUCTION INC
SYSTEMS WATERPROOFING
INC
TANDEM WEST GLASS INC

TEMALPAKH INC

DBA: THE WORKS FLOOR &
WALL
LA JOLLA DREAMS LLC

EDWIN W LESLIE

STUART RUBIN

SUPERIOR READY MIX
CONCRETE LP
PSC1906015 EFFECTIVE
03/09/20
PSC1906015 EFFECTIVE
03/09/20
THE WESTERN SURETY
COMPANY
ROES SURETY 1 THROUGH
10
THE SHERWIN-WILLIAMS
COMPANY
PSC1906023 EFFECTIVE
03/09/20
SOLID ROCK PAINTING
CORPORATION
FERGUSON ENTERPRISES
LLC
FKA: FERGUSON
ENTERPRISES INC
PSC1906136 03/09/20

GLENROY COACHELLA LLC

COACHELLA RESORT LLC

PAGE: 31

EXHIBIT 3, PAGE 93

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

BANK HAPOALIM B.M.

FORCE RUBIN LLC

FORCE RUBIN 2 LLC

AKA: FORCE RUBIN II LLC

US REAL ESTATE CREDIT
HOLDINGS III-A LP
BLAIR AIR INC

PSC1906241 03/09/20

DOUG WALL CONSTRUCTION
INC
GLENROY COACHELLA LLC

FORCE RUBIN 2 LLC

COACHELLA RESORT LLC

FORCE-DMP LLC

MAIDEN-LANE COMMERCIAL
MORTGAGE-BACKED
US BANK NATIONAL
ASSOCIATION
US REAL STATE CREDIT
HOLDINGS III-A LP
HI-GRADE MATERIALS CO

CONSTRUCTURE INC

FERGUSON ENTERPRISES
LLC
SUPERIOR READY MIX
CONCRETE LP
THE SHERWIN-WILLIAMS
COMPANY
GF INVESTMENT GROUP INC

FORCE RUBIN LLC

T.L.R. ENTERPRISES INC

DBA: DESERT ELECTRIC
SUPPLY

PAGE: 32

EXHIBIT 3, PAGE 94

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

PSC1906552 03/09/20

DESERT PALMS ELECTRIC
INC
DOUG WALL CONSTRUCTION
INC
HY ROBIN FAULKNER

GLENROY COACHELLA LLC

COACHELLA RESORT LLC

FORCE RUBIN LLC

FORCE RUBIN 2 LLC

QUONSET PARTNERS LLC

HUDSON INSURANCE
COMPANY
PSC1906554 03/09/20

WESTERN SURETY COMPANY

FORCE RUBIN 2 LLC

COACHELLA RESORT LLC

FORCE-DMP LLC

MASCORRO CONCRETE
CONSTRUCTION INC
PSC1906560 03/09/20

APPLE J PLUMBING INC

PSC1906579 03/09/20

ORCO BLOCK & HARDSCAPE

PSC1907155 03/09/20

GEORGE FRAGOSO

PSC1907262 EFFECTIVE
03/09/20
PSC1907309 EFFECTIVE
03/09/20

EXHIBIT 3, PAGE 95

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

ALL PHASE DRYWALL &
DEVLOPMENT INC
AKA: ALL PHASE DRYWALL
& DEVELOPMENT INC
TANDEM WEST GLASS INC

LA HACIENDA NURSEY &
LANDSCAPE INC
JACOBSSON ENGINEERING
CONSTRUCTION INC
L&W SUPPLY CORPORATION

DBA: CALPLY

PSC1907895 EFFECTIVE
03/09/20
PSC1907895

PSC1908245 EFFECTIVE
03/09/20
PSC1909367 EFFECTIVE
03/09/20
PSC1909423 EFFECTIVE
03/09/20
PSC2000009 EFFECTIVE
09/30/20
PSC2000015 EFFECTIVE
09/30/20
BLAIR HEATING & AIR

GLENROY COACHELLA LLC

FORCE RUBIN 2 LLC

HAJOCA CORPORATION

BLAIR AIR INC

ESA: BLAIR HEATING &
AIR
ELLIOT E. LANDER

GLENROY COACHELLA
HOLDINGS, LLC

PAGE: 34

EXHIBIT 3, PAGE 96

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Defendant(s)

CALMWATER ASSET
MANAGEMENT, LLC.
NMD: A DELAWARE LIMITED
LIABILITY COMPANY
DBA: CALMWATER CAPITAL

CALMWATER ASSET
MANAGEMENT, LLC.
NMD: A DELAWARE LIMITED
LIABILITY COMPANY
DBA: CALMWATER CAPITAL

DOUG WALL

| Date | Action |
|------|--------|
| 08/26/2019 | First Paper Fee previously paid by Plaintiffs SUPERIOR READY MIX CONCRETE LP in amount of $395.00. |
| 08/26/2019 | Consolidated Complaint from Case # PSC1906015 filed |
| 08/26/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 08/26/2019 | Civil Case Cover Sheet filed. |
| 08/27/2019 | Consolidated Complaint from Case # PSC1906023 filed |
| 08/27/2019 | System Generated Notice re: /OF DEPT ASSIGNMENT FOR LAW AND MTN PRUPOSES. |
| 08/27/2019 | Civil Case Cover Sheet filed. |
| 08/27/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 08/27/2019 | Summons Issued on Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY and filed. |
| 08/27/2019 | System Generated Notice re: /OF CASE MANAGEMENT CONFERENCE. |
| 08/27/2019 | First Paper Fee previously paid by Plaintiffs THE SHERWIN-WILLIAMS COMPANY in amount of $450.00. |
| 08/27/2019 | System Generated Notice re: /OF ASSIGNMENT TO DEPT FOR ALL PURPOSES. |
| 08/27/2019 | Summons Issued on Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP and filed. |

EXHIBIT 3, PAGE 97

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 08/29/2019 | Notice OF PENDENCY OF ACTION by SUPERIOR READY MIX CONCRETE LP filed. |
| 08/30/2019 | Consolidated Complaint from Case # PSC1906136 filed |
| 08/30/2019 | Civil Case Cover Sheet filed. |
| 08/30/2019 | Summons Issued on Consolidated Complaint of FERGUSON ENTERPRISES LLC and filed. |
| 08/30/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 08/30/2019 | System Generated Notice re: NOTICE OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES AND NTC OF DEPT ASSIGNMENT. |
| 08/30/2019 | System Generated Notice re: NOTICE OF CASE MANAGEMENT CONFERENCE. |
| 08/30/2019 | First Paper Fee previously paid by Plaintiffs FERGUSON ENTERPRISES LLC in amount of $450.00. |
| 09/04/2019 | System Generated Notice re: CASE MANAGEMENT CONFERENCE. |
| 09/04/2019 | Notice OF PENDING ACTION by THE SHERWIN-WILLIAMS COMPANY filed. |
| 09/04/2019 | Complaint Filed Fast Track. (Palm Springs) |
| 09/04/2019 | Notice of Case Assigned to Department PS1. (Palm Springs) |
| 09/04/2019 | Summons Issued on Complaint of HAJOCA CORPORATION and filed. |
| 09/04/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 09/04/2019 | Civil Case Cover Sheet filed. |
| 09/04/2019 | Consolidated Complaint from Case # PSC1906241 filed |
| 09/04/2019 | Civil Case Cover Sheet filed. |
| 09/04/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 09/04/2019 | System Generated Notice re: NOTICE OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES AND NTC OF DEPT ASSIGNMENT. |
| 09/04/2019 | System Generated Notice re: NOTICE OF CASE MANAGEMENT CONFERENCE. |
| 09/05/2019 | Summons Issued on Consolidated Complaint of BLAIR AIR INC and filed. |
| 09/13/2019 | Consolidated Complaint from Case # PSC1906554 filed |
| 09/13/2019 | Civil Case Cover Sheet filed. |
| 09/13/2019 | Certificate of Counsel filed. The zip code is 92201. |

EXHIBIT 3, PAGE 98

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 09/13/2019 | System Generated Notice re: NOTICE OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES AND NTC OF DEPT ASSIGNMENT. |
| 09/13/2019 | System Generated Notice re: NOTICE OF CASE MANAGEMENT CONFERENCE. |
| 09/13/2019 | Notice OF PENDENCY OF ACTION (LIS PENDENS) by DESERT PALMS ELECTRIC INC filed. |
| 09/13/2019 | Consolidated Complaint from Case # PSC1906552 filed |
| 09/13/2019 | Consolidated Complaint from Case # PSC1906560 filed |
| 09/13/2019 | Civil Case Cover Sheet filed. |
| 09/13/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 09/13/2019 | System Generated Notice re: NOTICE OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES AND NTC OF DEPT ASSIGNMENT. |
| 09/13/2019 | System Generated Notice re: NOTICE OF CASE MANAGEMENT CONFERENCE. |
| 09/13/2019 | Civil Case Cover Sheet filed. |
| 09/13/2019 | Certificate of Counsel filed. The zip code is 92201. |
| 09/13/2019 | Notice of Lis Pendens (copy) filed by MASCORRO CONCRETE CONSTRUCTION INC. |
| 09/13/2019 | First Paper Fee previously paid by Plaintiffs T.L.R. ENTERPRISES INC in amount of $450.00. |
| 09/13/2019 | System Generated Notice re: NOTICE OF CASE MANAGEMENT CONFERENCE. |
| 09/13/2019 | System Generated Notice re: NOTICE OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES AND NTC OF DEPT ASSIGNMENT. |
| 09/13/2019 | First Paper Fee previously paid by Plaintiffs MASCORRO CONCRETE CONSTRUCTION INC in amount of $450.00. |
| 09/13/2019 | Consolidated Complaint from Case # PSC1906579 filed |
| 09/13/2019 | First Paper Fee previously paid by Plaintiffs APPLE J PLUMBING INC in amount of $450.00. |
| 09/13/2019 | Civil Case Cover Sheet filed. |
| 09/13/2019 | Certificate of Counsel filed. The zip code is 92201. |
| 09/13/2019 | Notice OF PENDENCY OF ACTION (LIS PENDENS) by APPLE J PLUMBING INC filed. |
| 09/16/2019 | Summons Issued on Consolidated Complaint of DESERT PALMS ELECTRIC |

EXHIBIT 3, PAGE 99

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | INC and filed. |
| 09/16/2019 | Summons Issued on Consolidated Complaint of T.L.R. ENTERPRISES INC and filed. |
| 09/16/2019 | Summons Issued on Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC and filed. |
| 09/16/2019 | System Generated Notice re: NOTICE OF CASE MANAGEMENT CONFERENCE. |
| 09/16/2019 | System Generated Notice re: NOTICE OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES AND NTC OF DEPT ASSIGNMENT. |
| 09/16/2019 | Summons Issued on Consolidated Complaint of APPLE J PLUMBING INC and filed. |
| 09/17/2019 | Proof of Service on the Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY served on SOLID ROCK PAINTING CORPORATION with service date of 09/07/19 filed.(Personal Service) |
| 09/17/2019 | Proof of Service on the Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY served on GLENROY COACHELLA LLC with service date of 09/04/19 filed.(Personal Service) |
| 09/20/2019 | Proof of Service with Notice and Acknowledgment of Summons and Consolidated Complaint of T.L.R. ENTERPRISES INC as to DESERT PALMS ELECTRIC INC with receipt of 09/20/19 |
| 09/20/2019 | Notice OF PENDENCY OF ACTION (LIS PENDENS)*RECORDED COPY ATTACHED* by BLAIR AIR INC filed. |
| 09/23/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on FORCE RUBIN 2 LLC with service date of 09/23/19 filed.(Personal Service) |
| 09/24/2019 | Proof of Service on the Consolidated Complaint of BLAIR AIR INC served on FORCE RUBIN 2 LLC with service date of 09/20/19 filed.(Personal Service) |
| 09/24/2019 | Proof of Service on the Consolidated Complaint of BLAIR AIR INC served on GLENROY COACHELLA LLC with service date of 09/20/19 filed.(Personal Service) |
| 09/24/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on GLENROY COACHELLA LLC with service date of 09/23/19 filed.(Personal Service) |
| 09/24/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on FORCE RUBIN 2 LLC with service date of 09/23/19 filed.(Personal Service) |

EXHIBIT 3, PAGE 100

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 09/24/2019 | Declaration re Non Service of SUMMONS/COMPLAINT on QUONSET PARTNERS LLC filed |
| 09/25/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on DOUG WALL CONSTRUCTION INC with service date of 09/24/19 filed.(Personal Service) |
| 09/26/2019 | Proof of Service on the Consolidated Complaint of BLAIR AIR INC served on DOUG WALL CONSTRUCTION INC with service date of 09/25/19 filed.(Personal Service) |
| 09/26/2019 | Proof of Service on the Consolidated Complaint of BLAIR AIR INC served on US BANK NATIONAL ASSOCIATION with service date of 09/20/19 filed.(Personal Service) |
| 09/26/2019 | Amendment to Consolidated Complaint of FERGUSON ENTERPRISES LLC Naming Does 001 to be FORCE RUBIN LLC filed. |
| 09/26/2019 | Amendment to Consolidated Complaint of FERGUSON ENTERPRISES LLC Naming Does 002 to be FORCE RUBIN 2 LLC filed. |
| 09/26/2019 | Amendment to Consolidated Complaint of FERGUSON ENTERPRISES LLC Naming Does 018 to be US REAL ESTATE CREDIT HOLDINGS III-A LP filed. |
| 09/26/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on COACHELLA RESORT LLC with service date of 09/24/19 filed.(Personal Service) |
| 09/26/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on DOUG WALL CONSTRUCTION INC with service date of 09/24/19 filed.(Personal Service) |
| 09/26/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on GLENROY COACHELLA LLC with service date of 09/23/19 filed.(Personal Service) |
| 09/27/2019 | Proof of Service on the Consolidated Complaint of BLAIR AIR INC served on MAIDEN-LANE COMMERCIAL MORTGAGE-BACKED with service date of 09/23/19 filed.(Personal Service) |
| 09/27/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of BLAIR AIR INC as to FORCE-DMP LLC; mailing date of 09/27/19 filed. |
| 09/27/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of BLAIR AIR INC as to COACHELLA RESORT LLC; mailing date of 09/27/19 filed. |
| 09/27/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on HUDSON INSURANCE COMPANY with service date of 09/26/19 |

EXHIBIT 3, PAGE 101

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | filed.(Personal Service) |
| 09/27/2019 | Proof of Service with Notice and Acknowledgment of Summons and Consolidated Complaint of T.L.R. ENTERPRISES INC as to HY ROBIN FAULKNER with receipt of 09/23/19 |
| 09/27/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on FORCE RUBIN LLC with service date of 09/27/19 filed.(Personal Service) |
| 09/30/2019 | Proof of Service on the Consolidated Complaint of T.L.R. ENTERPRISES INC served on FORCE RUBIN LLC with service date of 09/27/19 filed.(Personal Service) |
| 10/01/2019 | Request for Dismissal Without Prejudice on the Consolidated Complaint of BLAIR AIR INC as to US BANK NATIONAL ASSOCIATION filed. |
| 10/01/2019 | Request for Dismissal Without Prejudice on the Consolidated Complaint of BLAIR AIR INC as to MAIDEN-LANE COMMERCIAL MORTGAGE-BACKED filed. |
| 10/02/2019 | Notice of Entry of Dismissal and Proof of Service filed. |
| 10/02/2019 | Notice of Entry of Dismissal and Proof of Service filed. |
| 10/03/2019 | Consolidated Complaint from Case # PSC1907155 filed |
| 10/03/2019 | First Paper Fee previously paid by Plaintiffs ORCO BLOCK & HARDSCAPE in amount of $450.00. |
| 10/03/2019 | Civil Case Cover Sheet filed. |
| 10/03/2019 | Summons Issued on Consolidated Complaint of ORCO BLOCK & HARDSCAPE and filed. |
| 10/03/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 10/03/2019 | System Generated Notice re: NOTICE OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES AND NTC OF DEPT ASSIGNMENT. |
| 10/03/2019 | System Generated Notice re: NOTICE OF CASE MANAGEMENT CONFERENCE. |
| 10/07/2019 | Consolidated Complaint from Case # PSC1907262 filed |
| 10/07/2019 | Civil Case Cover Sheet filed. |
| 10/07/2019 | Certificate of Counsel filed. The zip code is 92201. |
| 10/07/2019 | Notice of Lis Pendens (copy) filed by TEMALPAKH INC. |
| 10/08/2019 | Consolidated Complaint from Case # PSC1907309 filed |

EXHIBIT 3, PAGE 102

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 10/08/2019 | Consolidated Complaint of DOUG WALL CONSTRUCTION INC updated to add APPLE J PLUMBING INC as defendant |
| 10/08/2019 | Add an Individual on Consolidated Complaint of DOUG WALL CONSTRUCTION INC for Defendant FORCE RUBIN 2 LLC, AKA FORCE RUBIN II LLC |
| 10/08/2019 | Add an Individual on Consolidated Complaint of DOUG WALL CONSTRUCTION INC for Defendant BLAIR AIR INC, DBA BLAIR HEATING & AIR |
| 10/08/2019 | Add an Individual on Consolidated Complaint of DOUG WALL CONSTRUCTION INC for Defendant TEMALPAKH INC, DBA THE WORKS FLOOR & WALL |
| 10/08/2019 | Notice OF PENDENCY OF ACTION by T.L.R. ENTERPRISES INC filed. |
| 10/08/2019 | System Generated Notice re: /OF CASE MANAGMENT CONFERENCE. |
| 10/08/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 10/08/2019 | Summons Issued on Consolidated Complaint of DOUG WALL CONSTRUCTION INC and filed. |
| 10/08/2019 | System Generated Notice re: /of Department Assignment for Law and Motion. |
| 10/08/2019 | Summons Issued on Consolidated Complaint of TEMALPAKH INC and filed. |
| 10/09/2019 | Civil Case Cover Sheet filed. |
| 10/09/2019 | System Generated Notice re: /OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES. |
| 10/09/2019 | System Generated Notice re: /OF CASE MANAGEMENT CONFERENCE. |
| 10/10/2019 | Request for Entry of Default ONLY on Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY as to All Defendant(s) SOLID ROCK PAINTING CORPORATION, GLENROY COACHELLA LLC filed. |
| 10/10/2019 | Motion to/for STAY PROCEEDINGS CCP 1281.5 by DOUG WALL CONSTRUCTION INC filed |
| 10/10/2019 | Memo of Points & Authorities in SUPPORT of/to MOTION TO STAY PROCEEDINGS CCP 1281.5 by DOUG WALL CONSTRUCTION INC filed. |
| 10/10/2019 | Declaration of DOUG WALL IN SUPPORT OF MOTION TO STAY PROCEEDINGS filed |
| 10/10/2019 | Declaration of MARC S HOMME IN SUPPORT OF MOTION TO STAY filed |

EXHIBIT 3, PAGE 103

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 10/11/2019 | System Generated Notice re: /OSC WHY SANCTIONS SHOULD NOT BE IMPOSED. |
| 10/11/2019 | Amendment to Consolidated Complaint of DOUG WALL CONSTRUCTION INC Naming Does 01 to be T.L.R. ENTERPRISES INC filed. |
| 10/11/2019 | Add an Individual on Consolidated Complaint of DOUG WALL CONSTRUCTION INC for Defendant T.L.R. ENTERPRISES INC, DBA DESERT ELECTRIC SUPPLY |
| 10/17/2019 | Amendment to Consolidated Complaint of DESERT PALMS ELECTRIC INC Naming Does 001 to be FORCE RUBIN 2 LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of DESERT PALMS ELECTRIC INC Naming Does 002 to be COACHELLA RESORT LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of DESERT PALMS ELECTRIC INC Naming Does 003 to be FORCE-DMP LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC Naming Does 001 to be FORCE RUBIN 2 LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC Naming Does 002 to be COACHELLA RESORT LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC Naming Does 003 to be FORCE-DMP LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of APPLE J PLUMBING INC Naming Does 001 to be FORCE RUBIN 2 LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of APPLE J PLUMBING INC Naming Does 003 to be FORCE-DMP LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of APPLE J PLUMBING INC Naming Does 002 to be COACHELLA RESORT LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of TEMALPAKH INC Naming Does 01 to be FORCE RUBIN 2 LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of TEMALPAKH INC Naming Does 02 to be COACHELLA RESORT LLC filed. |
| 10/17/2019 | Amendment to Consolidated Complaint of TEMALPAKH INC Naming Does 03 to be FORCE-DMP LLC filed. |
| 10/18/2019 | Notice of Related Case(s) PSC1907309/PSC1906560/PSC1906579/PSC1906554. |
| 10/21/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of DESERT PALMS ELECTRIC INC as to DOUG WALL CONSTRUCTION INC; mailing date of 10/01/19 filed. |

PAGE: 42

EXHIBIT 3, PAGE 104

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 10/21/2019 | Proof of Service on the Consolidated Complaint of DESERT PALMS ELECTRIC INC served on WESTERN SURETY COMPANY with service date of 10/01/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of DESERT PALMS ELECTRIC INC served on GLENROY COACHELLA LLC with service date of 09/27/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC served on WESTERN SURETY COMPANY with service date of 10/01/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC served on GLENROY COACHELLA LLC with service date of 09/27/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC as to DOUG WALL CONSTRUCTION INC; mailing date of 10/01/19 filed. |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC served on U.S. REAL ESTATE CREDIT HOLDINGS III A LP with service date of 10/16/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC served on FORCE RUBIN 2 LLC with service date of 10/16/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC served on SYSTEMS WATERPROOFING INC with service date of 10/16/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC served on FORCE RUBIN LLC with service date of 10/16/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of APPLE J PLUMBING INC served on GLENROY COACHELLA LLC with service date of 09/27/19 filed.(Personal Service) |
| 10/21/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of APPLE J PLUMBING INC as to DOUG WALL CONSTRUCTION INC; mailing date of 10/01/19 filed. |
| 10/21/2019 | Proof of Service on the Consolidated Complaint of APPLE J PLUMBING INC served on WESTERN SURETY COMPANY with service date of 10/01/19 filed.(Personal Service) |
| 10/22/2019 | Proof of Service on the Consolidated Complaint of DOUG WALL |

EXHIBIT 3, PAGE 105

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | CONSTRUCTION INC served on GLENROY COACHELLA LLC with service date of 10/16/19 filed.(Personal Service) |
| 10/22/2019 | Proof of Service on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC served on GF INVESTMENT GROUP INC with service date of 10/16/19 filed.(Personal Service) |
| 10/22/2019 | Proof of Service on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC served on COACHELLA RESORT LLC with service date of 10/16/19 filed.(Personal Service) |
| 10/25/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to QUONSET PARTNERS LLC; mailing date of 10/23/19 filed. |
| 10/25/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP as to GF INVESTMENT GROUP INC with receipt date of 10/25/19 |
| 10/30/2019 | Consolidated Complaint from Case # PSC1907895 filed |
| 10/30/2019 | System Generated Notice re: /OF ASSIGNMENT TO DEPARTMENT FOR ALL PURPOSES. |
| 10/30/2019 | Civil Case Cover Sheet filed. |
| 10/30/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 10/30/2019 | Summons Issued on Consolidated Complaint of L&W SUPPLY CORPORATION and filed. |
| 10/30/2019 | Add an Individual on Consolidated Complaint of L&W SUPPLY CORPORATION for Plaintiff L&W SUPPLY CORPORATION, DBA CALPLY |
| 10/30/2019 | First Paper Fee previously paid by Plaintiffs L&W SUPPLY CORPORATION in amount of $395.00. |
| 11/06/2019 | Answer to Consolidated Complaint of ORCO BLOCK & HARDSCAPE by GF INVESTMENT GROUP INC, GEORGE FRAGOSO represented by PLUMTREE & ASSOCIATES filed. (Over $25,000.00) |
| 11/06/2019 | First Paper Fee previously paid by Defendant(s) GF INVESTMENT GROUP INC in amount of $450.00. |
| 11/06/2019 | First Paper Fee previously paid by Defendant(s) GEORGE FRAGOSO in amount of $450.00. |
| 11/06/2019 | Notice of Related Case(s) PSC1906015 AND PSC1907309. |
| 11/08/2019 | CROSS-COMPLAINT of GF INVESTMENT GROUP INC represented by PLUMTREE & ASSOCIATES filed (SUPERIOR COURT) |

PAGE: 44

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/08/2019 | Summons Issued on Consolidated Cross-Complaint of GF INVESTMENT GROUP INC and filed. |
| 11/08/2019 | Notice of Related Case(s) PSC1907155. |
| 11/08/2019 | Add an Individual on Consolidated Cross-Complaint of GF INVESTMENT GROUP INC for Plaintiff GF INVESTMENT GROUP INC, DBA THE INVESTMENT CENTER |
| 11/08/2019 | Opposition to MOTION TO STAY PROCEEDINGS by T.L.R. ENTERPRISES INC filed |
| 11/08/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to APPLE J PLUMBING INC with receipt date of 11/08/19 |
| 11/08/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to DESERT PALMS ELECTRIC INC with receipt date of 11/08/19 |
| 11/08/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to T.L.R. ENTERPRISES INC with receipt date of 11/08/19 |
| 11/08/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to TEMALPAKH INC with receipt date of 11/08/19 |
| 11/08/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to MASCORRO CONCRETE CONSTRUCTION INC with receipt date of 11/08/19 |
| 11/08/2019 | First Paper Fee previously paid by Defendant(s) GF INVESTMENT GROUP INC in amount of $450.00 |
| 11/08/2019 | Answer to Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP by GF INVESTMENT GROUP INC represented by PLUMTREE & ASSOCIATES filed. (Over $25,000.00) |
| 11/12/2019 | Request for Dismissal Without Prejudice on the Consolidated Complaint of FERGUSON ENTERPRISES LLC as to BANK HAPOALIM B.M. filed. |
| 11/12/2019 | Proof of Service on the Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP served on GLENROY COACHELLA LLC with service date of 10/23/19 filed.(Personal Service) |
| 11/12/2019 | Proof of Service on the Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP served on FORCE RUBIN 2 LLC with service date of 10/23/19 filed.(Personal Service) |

EXHIBIT 3, PAGE 107

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/12/2019 | Answer to Consolidated Complaint of T.L.R. ENTERPRISES INC by HUDSON INSURANCE COMPANY represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 11/12/2019 | Answer to Consolidated Complaint of T.L.R. ENTERPRISES INC by DESERT PALMS ELECTRIC INC, HY ROBIN FAULKNER represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 11/12/2019 | First Paper Fee previously paid by Defendant(s) HUDSON INSURANCE COMPANY in amount of $450.00 |
| 11/12/2019 | First Paper Fee previously paid by Defendant(s) DESERT PALMS ELECTRIC INC in amount of $450.00 |
| 11/12/2019 | First Paper Fee previously paid by Defendant(s) HY ROBIN FAULKNER in amount of $450.00 |
| 11/12/2019 | Consolidated Complaint from Case # PSC1908245 filed |
| 11/12/2019 | Civil Case Cover Sheet filed. |
| 11/12/2019 | Certificate of Counsel filed. The zip code is 92201. |
| 11/13/2019 | Stipulation to TO SET ASIDE DEFAULT filed. |
| 11/13/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to BLAIR AIR INC with receipt date of 11/12/19 |
| 11/13/2019 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by GF INVESTMENT GROUP INC represented by PLUMTREE & ASSOCIATES filed. (Over $25,000.00) |
| 11/13/2019 | Notice of Related Case(s) PSC1906015. |
| 11/13/2019 | System Generated Notice re: /OF DEPT ASSIGNMENT FOR LAW AND MOTION. |
| 11/13/2019 | System Generated Notice re: /OF CASE MANAGEMENT CONFERENCE. |
| 11/13/2019 | Summons Issued on Consolidated Complaint of BMC WEST LLC and filed. |
| 11/14/2019 | Proof of Service on the Consolidated Cross-Complaint of GF INVESTMENT GROUP INC served on THE WESTERN SURETY COMPANY with service date of 11/13/19 filed.(Personal Service) |
| 11/14/2019 | Notice of Related Case(s) PSC1906241. |
| 11/15/2019 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to BMC WEST LLC with receipt date of 11/12/19 |

PAGE: 46

EXHIBIT 3, PAGE 108

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 11/18/2019 | Proof of Service on the Consolidated Cross-Complaint of GF INVESTMENT GROUP INC served on FORCE RUBIN 2 LLC with service date of 11/14/19 filed.(Personal Service) |
| 11/18/2019 | Proof of Service on the Consolidated Cross-Complaint of GF INVESTMENT GROUP INC served on GLENROY COACHELLA LLC with service date of 11/14/19 filed.(Personal Service) |
| 11/18/2019 | Declaration re Non Service of SUMMONS/COMPLAINT on QUONSET PARTNERS LLC filed |
| 11/19/2019 | Answer to Consolidated Complaint of FERGUSON ENTERPRISES LLC by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) GLENROY COACHELLA LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) COACHELLA RESORT LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) FORCE RUBIN LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) FORCE RUBIN 2 LLC in amount of $450.00 |
| 11/19/2019 | Answer to Consolidated Complaint of BLAIR AIR INC by GLENROY COACHELLA LLC, FORCE RUBIN 2 LLC, COACHELLA RESORT LLC, FORCE-DMP LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) GLENROY COACHELLA LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) FORCE RUBIN 2 LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) COACHELLA RESORT LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) FORCE-DMP LLC in amount of $450.00 |
| 11/19/2019 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add A STUART RUBIN as DEFENDANT |
| 11/19/2019 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add COACHELLA RESORT LLC, ELLIOT LANDER, GARY STIFFELMAN, FERGUSON |

PAGE: 47

EXHIBIT 3, PAGE 109

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | ENTERPRISES LLC as DEFENDANTS |
| 11/19/2019 | Answer to Consolidated Complaint of T.L.R. ENTERPRISES INC by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, QUONSET PARTNERS LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) GLENROY COACHELLA LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) COACHELLA RESORT LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) FORCE RUBIN LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) FORCE RUBIN 2 LLC in amount of $450.00 |
| 11/19/2019 | First Paper Fee previously paid by Defendant(s) QUONSET PARTNERS LLC in amount of $450.00 |
| 11/19/2019 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, QUONSET PARTNERS LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 11/19/2019 | Civil Case Cover Sheet filed. |
| 11/19/2019 | Summons Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP and filed. |
| 11/19/2019 | Certificate of Counsel filed. The zip code is 92201. |
| 11/19/2019 | System Generated Notice re: DEPARTMENT ASSIGMENT/CMC HEARING. |
| 11/19/2019 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add DOUG WALL CONSTRUCTION INC as DEFENDANT |
| 11/19/2019 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add QUONSET PARTNERS LLC, JOSEPH RUBIN, AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, BLAIR AIR INC, BMC WEST LLC, DESERT PALMS ELECTRIC INC, GF INVESTMENT GROUP INC, MASCORRO CONCRETE CONSTRUCTION INC, SYSTEMS WATERPROOFING INC, as DEFENDANTS |
| 11/19/2019 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add TEMALPAKH INC as DEFENDANT |
| 11/19/2019 | Complaint Filed - Complex Case. (Riverside) |

EXHIBIT 3, PAGE 110

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
| --- | --- |
| 11/19/2019 | Case Assigned to Department 06 - Complex Case (Riverside) |
| 11/19/2019 | Complaint and Party Information Entered |
| 11/19/2019 | Stat Count: Case management conference set |
| 11/19/2019 | Case Management Conference Hearing - Complex Case set 1/21/20 at 8:30 in Dept. 06. |
| 11/19/2019 | Stat Count: Case management conference set |
| 11/19/2019 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 11/19/2019 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add FORCE RUBIN LLC, FORCE RUBIN 2 LLC as DEFENDANT |
| 11/20/2019 | Order RE:STIPULATION TO SET ASIDE DEFAULT; Honorable Judge Kira L Klatchko. |
| 11/20/2019 | General Denial to Consolidated Complaint of T.L.R. ENTERPRISES INC by DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 11/20/2019 | First Paper Fee previously paid by Defendant(s) DOUG WALL CONSTRUCTION INC in amount of $450.00 |
| 11/20/2019 | Amended NTC OF RELATED CASE PSC1906015 filed by DOUG WALL CONSTRUCTION INC |
| 11/21/2019 | Answer to Consolidated Complaint of FERGUSON ENTERPRISES LLC by US REAL ESTATE CREDIT HOLDINGS III-A LP represented by RAINES FELDMAN LLP filed. (Over $25,000.00) |
| 11/21/2019 | First Paper Fee previously paid by Defendant(s) US REAL ESTATE CREDIT HOLDINGS III-A LP in amount of $450.00 |
| 11/21/2019 | Hearing Reserved for Ex Parte Hearing set 11/25/19 at 8:30 in Dept. 06 - RES97431. |
| 11/21/2019 | Court Reporter Hearing Fee for one hour or less Paid by Plaintiff in the amount of $30.00; for hearing reserved for TO APPOINT RECEIVER AND SET OSC RE CONFIRMATION on 11/25/2019. |
| 11/21/2019 | On-line Motion Reserved on behalf of Plaintiff. |
| 11/22/2019 | Answer to Consolidated Complaint of DESERT PALMS ELECTRIC INC by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE-DMP LLC, FORCE RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

11/22/2019  First Paper Fee previously paid by Defendant(s) COACHELLA RESORT LLC
            in amount of $450.00

11/22/2019  First Paper Fee previously paid by Defendant(s) FORCE-DMP LLC in
            amount of $450.00

11/22/2019  First Paper Fee previously paid by Defendant(s) FORCE RUBIN 2 LLC in
            amount of $450.00

11/22/2019  Fee Paid for On-line Reservation of Motion ($60.00). Confirmation
            number RES97431 for hearing reserved on 11/25/19.

11/22/2019  Court Reporter Fee (Under One Hour) paid by PLAINTIFF for hearing
            11/25/19.

11/22/2019  Motion Hearing Reservation re: EX PARTE FOR APPOINTMENT OF RECVR set
            for 11/25/19 at 8:30 is Confirmed.

11/22/2019  Ex Parte Application to/for Appointment of Receiver and TRO by U.S.
            REAL ESTATE CREDIT HOLDINGS III A LP filed

11/22/2019  Ex Parte Hearing set on 11/25/19 at 8:30 in Dept 06

11/22/2019  Declaration of SIMOND LAVIAN filed

11/22/2019  Declaration of NATHAN M CARLE filed

11/22/2019  Request for Judicial Notice filed by U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP.

11/22/2019  Declaration of EDWIN W LESLIE filed

11/22/2019  Proposed Order re: Ex Parte Application to Appoint for hearing on
            11/25/19 submitted by U.S. REAL ESTATE CREDIT HOLDINGS III A LP.

11/22/2019  Notice and Acknowledgment of Receipt of Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP as to A STUART RUBIN with receipt
            date of 11/22/19

11/22/2019  Answer to Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION
            INC by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE-DMP LLC,
            FORCE RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO
            filed. (Over $25,000.00)

11/22/2019  Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP served on BMC WEST LLC with service date of
            11/20/19 filed.(Personal Service)

11/22/2019  Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP served on BLAIR AIR INC with service date of
            11/21/19 filed.(Personal Service)

PAGE: 50

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/22/2019 | Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP served on GARY STIFFELMAN with service date of 11/20/19 filed.(Personal Service) |
| 11/22/2019 | Answer to Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP by GLENROY COACHELLA LLC, FORCE RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 11/22/2019 | eSubmit Fee by DEFT |
| 11/22/2019 | Notice NON OPPO TO PLTF'S EXPARTE APPL FOR APPOINTMENT OF RECEIVER by GARY STIFFELMAN filed. |
| 11/22/2019 | Answer to Consolidated Complaint of APPLE J PLUMBING INC by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE-DMP LLC, FORCE RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 11/22/2019 | Court on its Own Motion: 11/22/19 8:00 06 |
| 11/22/2019 | Case is reassigned to Department 10 for Law and Motion Purposes. |
| 11/22/2019 | Notice of Department Re-Assignment for Law and Motion Purposes |
| 11/22/2019 | Answer to Complaint of HAJOCA CORPORATION by GLENROY COACHELLA LLC, FORCE RUBIN 2 LLC represented by MCGARRIGLE KENNEY & ZAMPIELLO filed. (Over $25,000.00) |
| 11/22/2019 | Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP served on FORCE RUBIN LLC with service date of 11/20/19 filed.(Personal Service) |
| 11/22/2019 | Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP served on GLENROY COACHELLA LLC with service date of 11/20/19 filed.(Personal Service) |
| 11/22/2019 | Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP served on FORCE RUBIN 2 LLC with service date of 11/20/19 filed.(Personal Service) |
| 11/25/2019 | Request for Judicial Notice filed by U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 11/25/2019 | Hearing Reserved for Ex Parte Hearing re: TO APPOINT RECEIVER AND SET OSC RE CONFIRMATION - RES97431. |
| 11/25/2019 | Legacy Minute Order: Ex Parte Hearing re Appointment of Receiver and TRO. |

EXHIBIT 3, PAGE 113

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/25/2019 | Ex Parte Hearing re Appointment of Receiver and TRO. at 8:30 AM in Department 6 nullHearing Continued (Not Held) to 11/25/19 at 8:30 in Department 10.<br>Reason for continuance: per court's own motion on 11/22/19 |
| 11/25/2019 | Legacy Minute Order: Ex Parte Hearing re Appointment of Receiver and TRO. |
| 11/25/2019 | Ex Parte Hearing re Appointment of Receiver and TRO. at 8:30 AM in Department 10 nullHonorable Judge L. Jackson Lucky IV , Presiding<br>Clerk: J. Alvarez<br>Court Reporter: A. Thrasher<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP - Nathan Carle present.<br>GF Investment Group Inc represented by/in Ferdinand Tramoe<br>Stiffelman Trust represented by/in Katie Pierucci<br>Receiver represented by/in Alan Tippie<br>At 8:31, the following proceedings were held:<br>Motion by plaintiff Re appointment of receiver and TRO is called for hearing.<br>Court has read and considered ex parte application.<br>Court has read and considered Plaintiffs request for judicial notice.<br>Court inquires of defense counsel.<br>Defense counsel filed a non-opposition to the ex parte.<br>Court makes the following orders:<br>Ex parte for appointment of receiver is granted.<br>Order to Show Cause re: Confirmation of Receiver as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP set 12/10/19 at 8:30 in Dept. 10.<br>Order to Show Cause Issued<br>Court grants plaintiffs request for judicial notice as to PSC1906136, PSC1907309, and City of<br>Los Angeles case 19SMCV01908.<br>Formal order signed in court.<br>Notice to be given by plaintiff.<br>Print Minute Order |
| 11/25/2019 | Order granting plaintiff's ex parte application to appoint;<br>Honorable Judge L. Jackson Lucky IV . |

EXHIBIT 3, PAGE 114

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/25/2019 | Proof of Service (Sub-Served and Mailed) on Complaint of HAJOCA CORPORATION as to BLAIR HEATING & AIR; mailing date of 10/30/19 filed. |
| 11/25/2019 | Hearing Reserved for Ex Parte Hearing set 11/27/19 at 8:30 in Dept. 10. |
| 11/25/2019 | Proof of Service on the Complaint of HAJOCA CORPORATION served on GLENROY COACHELLA LLC with service date of 10/30/19 filed.(Personal Service) |
| 11/25/2019 | Proof of Service on the Complaint of HAJOCA CORPORATION served on FORCE RUBIN 2 LLC with service date of 10/30/19 filed.(Personal Service) |
| 11/25/2019 | eSubmit Fee by STUART RUBIN |
| 11/25/2019 | Opposition to PLTFS EX-PARTE APP FOR APPT OF A RECEIVER by A STUART RUBIN filed |
| 11/25/2019 | Proof of service by Mail of MOTION TO COMPEL ARBRITRATION on LAW OFFICES OF MARC S HOMME APLC with a mailing date of 11/22/19 filed. (non-complaint) |
| 11/25/2019 | Declaration of MARVIN H. WEISS IN SUPP OF DEFTS OPP TO PLTFS EX PARTE APP FOR APPT OF A RECEIVER filed |
| 11/25/2019 | Declaration of PATRICK MCGARRIGLE IN SUPP OF DEFTS OPP TO PLTFS EX-PARTE APP FOR APPT OF A RECEIVER filed |
| 11/25/2019 | Declaration of STUART RUBIN IN SUPP OF DEFTS OPP TO PLTFS EX- PARTE APP FOR APPT OF A RECEIVER filed |
| 11/25/2019 | DEFTS OPP AND OBJ TO RJN FILED IN SUPP OF PLTFS EX-PARTE APP FOR APPT OF A RECEIVER |
| 11/25/2019 | DEFTS STUART RUBINS OBJ TO EVIDENCE SUBMITTED BY PLTF IN SUPP OF PLTFS EX-PARTE APP FILED |
| 11/25/2019 | On Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to A STUART RUBIN Attorney BERMAN LITIGATION GROUP added. |
| 11/25/2019 | First appearance fee paid by A STUART RUBIN |
| 11/25/2019 | eSubmit Fee by GARY STIFFELMAN |
| 11/25/2019 | First appearance fee paid by GARY STIFFELMAN |
| 11/25/2019 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) GARY STIFFELMAN; (01 Pymt(s) received; TOTAL of 01 Defendant(s) paid to |

EXHIBIT 3, PAGE 115

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            date).

11/25/2019  Court Reporter Fee (Under One Hour) paid by STUART RUBIN for hearing
            11/27/19.

11/25/2019  Notice of Related Case(s) 19SMCV01908, PSC1907309, PSC1906136.

11/25/2019  Opposition to MOTION TO COMPEL ARBITRATION by GF INVESTMENT GROUP
            INC filed

11/25/2019  Notice of Related Case(s) 19SMCV01908, PSC1907309, PSC1906136.

11/25/2019  eSubmit Fee by GARY STIFFELMAN

11/25/2019  First Paper Fee previously paid by Defendant(s) THE WESTERN SURETY
            COMPANY in amount of $395.00

11/26/2019  Joinder to EX-PARTE APP FOR STAY filed by ELLIOT LANDER. (General
            Motion/Ex-parte)

11/26/2019  Hearing re: Joinder set on 11/27/19 at 8:30 in Department 10.

11/26/2019  Declaration of MARVIN WEISS IN SUPP OF SPECIALLY APPEARING DEFT NTC
            OF JOINDER TO DEFTS EX-PARTE APP filed

11/26/2019  Declaration of ELLIOT LANDER IN SUPP OF SPECIALLY APPEARING DEFT NTC
            OF JOINDER TO DEFT EX-PARTE APP FOR STAY filed

11/26/2019  eSubmit Fee by ELLIOT LANDER

11/26/2019  System Generated Notice re: Order to Show Cause Hearing.

11/26/2019  Copy(s) made

11/26/2019  eSubmit Fee by STUART RUBIN

11/26/2019  Motion Hearing Reservation re: EXPARTE APPLICATION TO STAY AND/OR
            RECONSIDER set for 11/27/19 at 8:30 is Confirmed.

11/26/2019  Ex Parte Application to/for STAY AND/OR RECONSIDER THE ORDER
            GRANTING EXPARTE by A STUART RUBIN filed

11/26/2019  Motion to/for STAY PROCEEDINGS AND FOR HEARING ON PETITION TO COMPEL
            ARBITRATION by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY
            COMPANY filed

11/26/2019  Petition TO COMPEL ARBITRATION by DOUG WALL CONSTRUCTION INC, THE
            WESTERN SURETY COMPANY filed

11/26/2019  Ex Parte Hearing set on 11/27/19 at 8:30 in Dept 10

11/26/2019  Memo of Points & Authorities in SUPPORT of/to PETITION TO COMPEL

EXHIBIT 3, PAGE 116

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | ARBITRATION by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY filed. |
| 11/26/2019 | Request for Judicial Notice filed by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY. |
| 11/26/2019 | Declaration of LAURENCE M BERMAN ISO EX PARTE APPLICATION FOR RECONSIDERATION AND/OR STAY OF APPOINTMENT filed |
| 11/26/2019 | Declaration of DOUG WALL IN SUPPORT OF PETITION TO COMPEL filed |
| 11/26/2019 | Declaration of MARC S HOMME IN SUPPORT OF PETITION TO COMPEL filed |
| 11/26/2019 | Declaration of PATRICK MCGARRIGLE ISO EX PARTE APPLICATION TO STAY AND/OR RECONSIDER THE ORDER filed |
| 11/26/2019 | Declaration of STUART RUBIN ISO EX PARTE APPLICATION TO STAY AND/ORE RECONSIDER THE ORDER filed |
| 11/26/2019 | Declaration of YASMIN SAADAT ISO EX PARTE APPLICATION FOR RECONSIDERATION AND/OR STAY OF APPOINTMENT filed |
| 11/26/2019 | Request for Judicial Notice filed by A STUART RUBIN. |
| 11/26/2019 | Copy(s) made |
| 11/26/2019 | Declaration of MAILING ON NOTICE OF LIS PENDENS filed |
| 11/26/2019 | Notice of Ruling re: PLAINTIFFS EXPARTE APPLICATION FOR APPOINTMENT filed |
| 11/26/2019 | Filed: OATH OF RECEIVER |
| 11/26/2019 | Undertaking Bond for EDWIN W LESLIE filed. Bond 0766678 Bond Amount $10,000.00 Insurance/Surety Company HARCO NATIONAL INSURANCE COMPANY |
| 11/26/2019 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add EDWIN W LESLIE as RECEIVER |
| 11/26/2019 | Proof of service by Mail of OATH OF RECEIVER on LAURENCE M BERMAN ESQ with a mailing date of 11/26/19 filed. (non-complaint) |
| 11/27/2019 | Hearing Reserved for Ex Parte Hearing re: MOTION FOR RECONSIDERATION FOR EX PARTE ORDER. |
| 11/27/2019 | Legacy Minute Order: Ex Parte Hearing re RECONSIDERATION OF EXPARTE ORDER. |
| 11/27/2019 | Ex Parte Hearing re RECONSIDERATION OF EXPARTE ORDER. at 8:30 AM in Department 10 nullMinute order is Amended Nunc Pro Tunc, see minute order dated 03/13/20. |

EXHIBIT 3, PAGE 117

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Honorable Judge L. Jackson Lucky IV , Presiding
Clerk: J. Alvarez
Court Reporter: A. Thrasher
U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES
FELDM AN LLP - Nathan Carle present.
DOUG WALL CONSTRUCTION INC Represented by/in Marc Homme via Court
Call
ELLIOT LANDER represented by/in Marvin Weiss
GF INVESTMENT GROUP INC represented by/in Ferdinand Trampe
JOSEPH RUBIN represented by/in Laurence Berman
EDWIN W LESLIE represented by/in Alan Tippie
At 9:23, the following proceedings were held:
Ex parte for reconsideration of ex parte order is called for
hearing.
Court has read and considered ex parte application, joinder, and
opposition.
Counsel Argue.
Court makes the following orders:
Court vacated all orders issued on 11/25/19.
Ex parte re reconsideration is granted in part.
Formal order signed in court.
Minute entry completed.

11/27/2019   Legacy Minute Order: Hearing re: Joinder to EX-PARTE APP FOR STAY by
ELLIOT LANDER.

11/27/2019   Hearing re: Joinder to EX-PARTE APP FOR STAY by ELLIOT LANDER. at
8:30 AM in Department 10 nullHonorable Judge L. Jackson Lucky IV ,
Presiding
Clerk: J. Alvarez
Court Reporter: A. Thrasher
U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES
FELDM AN LLP - Nathan Carle present.
ELLIOT LANDER represented by/in Marvin Weiss
GF INVESTMENT GROUP INC represented by/in Ferdinand Trampe
JOSEPH RUBIN represented by/in Laurence Berman
EDWIN W LESLIE represented by/in Alan Tippie
At 9:23, the following proceedings were held:
Motion by Elliot Lander Re joinder to ex parte is called for
hearing.
Counsel Argue.

PAGE: 56

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Court makes the following orders:
            Joinder to ex parte is granted in part.
            Formal order signed in court.
            Minute entry completed.

11/27/2019  On Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to U.S.
            REAL ESTATE CREDIT HOLDINGS III A LP Attorney SULMEYERKUPETZ added.

11/27/2019  Change party type of EDWIN W LESLIE to Plaintiff.

11/27/2019  Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP served on APPLE J PLUMBING INC with service date
            of 11/21/19 filed.(Personal Service)

11/27/2019  Proof of Service (Sub-Served and Mailed) on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP as to COACHELLA RESORT LLC; mailing
            date of 11/21/19 filed.

11/27/2019  Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP served on TEMALPAKH INC with service date of
            11/20/19 filed.(Personal Service)

11/27/2019  Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP served on TANDEM WEST GLASS INC with service date
            of 11/21/19 filed.(Personal Service)

11/27/2019  Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP served on MASCORRO CONCRETE CONSTRUCTION INC with
            service date of 11/20/19 filed.(Personal Service)

11/27/2019  Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP served on DESERT PALMS ELECTRIC INC with service
            date of 11/20/19 filed.(Personal Service)

11/27/2019  Proof of Service (Sub-Served and Mailed) on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP as to AL MILLER & SONS ROOFING CO
            INC; mailing date of 11/21/19 filed.

11/27/2019  Order (Amended) granting plaintiffs ex parte application to appoint
            receiver; Honorable Judge L. Jackson Lucky IV .

11/27/2019  Opposition to defendant Stuart Rubin's ex parte by U.S. REAL ESTATE
            CREDIT HOLDINGS III A LP filed

11/27/2019  Objection to evidence submitted by plaintiff filed by A STUART RUBIN

11/27/2019  Proof of Service on the Consolidated Complaint of L&W SUPPLY
            CORPORATION served on GLENROY COACHELLA LLC with service date of
            11/12/19 filed.(Personal Service)

EXHIBIT 3, PAGE 119

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/27/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Cross-Complaint of GF INVESTMENT GROUP INC as to DOUG WALL CONSTRUCTION INC; mailing date of 11/19/19 filed. |
| 11/27/2019 | Amended NTC OF MTN TO STAY PROCEEDINGS AND FOR HRG filed by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY |
| 11/27/2019 | Answer to Consolidated Complaint of TEMALPAKH INC by GLENROY COACHELLA LLC, FORCE RUBIN 2 LLC, COACHELLA RESORT LLC, FORCE-DMP LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 12/02/2019 | Notice OF PETITION TO CONSOLIDATE by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY filed. |
| 12/02/2019 | Memo of Points & Authorities in SUPPORT of/to PETITION (MOTION) TO CONSOLIDATE by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY filed. |
| 12/02/2019 | Declaration of MARC S HOMME IN SUPPORT OF PETITION TO CONSOLIDATE filed |
| 12/02/2019 | Proposed Order re: /TO CONSOLIDATE for hearing on 01/15/20 submitted by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY. |
| 12/02/2019 | Request for Judicial Notice filed by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY. |
| 12/02/2019 | Reply to TLR ENTERPRISES INC'S OPPOSITION by DOUG WALL CONSTRUCTION INC filed |
| 12/02/2019 | Reply to GF INVESTMENT GROUP INC'S OPPOSITION by DOUG WALL CONSTRUCTION INC filed |
| 12/02/2019 | Request for Judicial Notice filed by DOUG WALL CONSTRUCTION INC. |
| 12/02/2019 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by T.L.R. ENTERPRISES INC represented by THE GREEN LAW GROUP, LLP filed. (Over $25,000.00) |
| 12/02/2019 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP filed. (Over $25,000.00) |
| 12/03/2019 | Change party type of EDWIN W LESLIE to Receiver. |
| 12/03/2019 | Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG WALL CONSTRUCTION INC filed. |
| 12/03/2019 | Answer to Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY by GLENROY COACHELLA LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | filed. (Over $25,000.00) |
| 12/04/2019 | Declaration of MARK LUKENS IN OPPOSITION TO PLTFS ORDER TO SHOW CAUSE WHY A RECEIVER SHOULD NOT BE APPOINTED filed |
| 12/04/2019 | eSubmit Fee by STUART RUBIN |
| 12/04/2019 | Declaration of PATRICK MCGARRIGLE IN SUPPORT OF STUART RUBIN'S OPPO TO ORDER SHOW CAUSE RE CONFIRM OF RECEIVER filed |
| 12/04/2019 | Declaration of RENZO RENZI IN SUPPORT OF STUART RUBIN'S OPPO TO ORDER SHOW CAUSE RE CONFIRMATION OF RECEIVER filed |
| 12/04/2019 | Declaration of ROBERT L NEWELL IN SUPPORT OF STUART RUBIN'S OPPO TO ORDER SHOW CAUSE RE CONFIRMATION OF RECEIVER filed |
| 12/04/2019 | Declaration of STEPHEN J DONELL IN SUPPORT OF STUART RUBIN'S OPPO TO ORDER TO SHOW CAUSE RE CONFIRMATION filed |
| 12/04/2019 | Declaration of STUART RUBIN IN SUPPORT OF OPPO TO ORDER TO SHOW CAUSE RE CONFIRMATION OF RECEIVER filed |
| 12/04/2019 | STUART RUBIN'S OPPOSITION TO ORDER TO SHOW CAUSE WHY RECEIVER SHOULD NOT BE CONFIRMED |
| 12/04/2019 | Proof of Service of OPPO TO ORDER TO SHOW CAUSE; 6 DECLARATIONS served on SEE SERVICE LIST served 12/14/19 Filed (non-complaint) |
| 12/04/2019 | DEFENDANT ELLIOT LANDER'S OPPOSITION TO RETENTION OF RECEIVER BASED ON CONFLICT OF INTEREST FILED |
| 12/04/2019 | Declaration of DR. ELLIOT LANDER IN SUPPORT OF OPPOSITION TO OSC REGARDING CONFIRMATION OF RECEIVER filed |
| 12/04/2019 | Proof of service by Mail of DEFENDANT ELLIOT LANDER'S OPPOSITION & DECLARATION on RAINES FELDMAN LLP AND SULMEYERKUPETZ with a mailing date of 12/04/19 filed. (non-complaint) |
| 12/04/2019 | eSubmit Fee by DR. ELLIOT LANDER |
| 12/04/2019 | On Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to ELLIOT LANDER Attorney LAW OFFICES OF MARVIN H WEISS added. |
| 12/04/2019 | INITIAL REPORT OF FINDINGS OF RECEIVER FILED |
| 12/04/2019 | Supplemental DECLARATION OF EDWIN W LESLIE IN SUPPORT filed. |
| 12/04/2019 | eSubmit Fee by RECEIVER |
| 12/04/2019 | Ex Parte Application to/for TO CONTINUE MOTION TO CONSOLIDATE by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY filed |

EXHIBIT 3, PAGE 121

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/04/2019 | Notice OF EX PARTE APPLICATION TO CONTINUE DATE OF HEARING FOR MTN TO CONSOLIDATE by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY filed. |
| 12/04/2019 | Memo of Points & Authorities in SUPPORT of/to EX PARTE APPLICATION TO CONTINUE by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY filed. |
| 12/04/2019 | Proposed Order re: EX PARTE APPLICATION TO CONTINUE HRG for hearing on 12/06/19 submitted by DOUG WALL CONSTRUCTION INC. |
| 12/04/2019 | Declaration of TERESA L JONES IN SUPPORT OF EX PARTE APPLICATION filed |
| 12/04/2019 | Supplemental EVIDENCE IN SUPPORT OF APP FOR APPTMNT OF RCVR filed. |
| 12/05/2019 | Minute Order re: EX PARTE HEARING RE APPLICATION TO CONTINUE HRG DATE ON 12/06/19 |
| 12/05/2019 | System Generated Notice re: CLERK'S CERTIFICATE OF MAILING. |
| 12/05/2019 | Order GRANTING EX PARTE APPLICATION TO CONTINUE MTN TO CONSOLIDATE AND PETITION TO COMPEL; Honorable Commissioner Mickie E Reed. |
| 12/05/2019 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of TEMALPAKH INC as to DOUG WALL CONSTRUCTION INC; mailing date of 10/30/19 filed. |
| 12/05/2019 | Proof of Service on the Consolidated Complaint of TEMALPAKH INC served on WESTERN SURETY COMPANY with service date of 10/31/19 filed.(Personal Service) |
| 12/05/2019 | Notice of Filing of Undertaking by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 12/06/2019 | Filed: NOTICE OF PETITION TO CONSOLIDATE |
| 12/06/2019 | First appearance fee paid by DOUG WALL CONSTRUCTION INC |
| 12/06/2019 | eSubmit Fee by DOUG WALL CONSTRUCTION INC |
| 12/06/2019 | Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT (SEE ATTACHMENT) by DOUG WALL CONSTRUCTION INC filed. |
| 12/06/2019 | Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY filed. |
| 12/06/2019 | Declaration of LAURENCE M BERMAN IN SUPPORT OF EVIDENTIARY OBJECTIONS AND RESPONSE TO REPORT OF FINDINGS filed |
| 12/06/2019 | DEFENDANT ELLIOT LANDER'S EVIDENTIARY OBJ TO THE LESLIE DECL AND HIS |

EXHIBIT 3, PAGE 122

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

           UNVERIFIED HEARSAY RPT FILED

12/06/2019 Proof of service by Mail of DEF ELLIOT LANDER'S EVIDENTIARY
           OBJ;DECL;ORDER on RAINES FELDMAN LLP AND SULMEYERKUPETZ with a
           mailing date of 12/06/19 filed. (non-complaint)

12/06/2019 Received: (PROPOSED) ORDER ON OBJ TO DECL OF EDWIN LESLIE

12/06/2019 NOTICE OF PETITION TO CONSOLIDATE FILED IN REALTED COURT FILED BY
           DOUG WALL CONSTRUCTION INC

12/06/2019 Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG
           WALL CONSTRUCTION INC, WESTERN SURETY COMPANY filed.

12/06/2019 Notice OF PETITION TO CONSOLDIATE FILED IN RELATED COURT by DOUG
           WALL CONSTRUCTION INC filed.

12/06/2019 eSubmit Fee by STUART RUBIN

12/06/2019 DEFT STUART RUBINS OBJ TO SUR-REPLY EVIDENCE SUBMITTED BY PLTF IN
           SUPP OF PLTFS MTN FILED

12/06/2019 Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG
           WALL CONSTRUCTION INC filed.

12/06/2019 Notice OF PETITION TO CONSSOLIDATE FILED IN RELATED COURT by DOUG
           WALL CONSTRUCTION INC filed.

12/06/2019 Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by
           BMC WEST LLC represented by ABDULAZIZ, GROSSBART & RUDMAN filed.
           (Over $25,000.00)

12/06/2019 Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG
           WALL CONSTRUCTION INC filed.

12/06/2019 Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG
           WALL CONSTRUCTION INC, WESTERN SURETY COMPANY filed.

12/06/2019 Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG
           WALL CONSTRUCTION INC filed.

12/09/2019 Notice OF RELATED CASE by FERGUSON ENTERPRISES LLC filed.

12/09/2019 Notice of Related Case(s) PSC1907309.

12/09/2019 System Generated Notice re: CLERK'S CERTIFICATE OF MAILING.

12/09/2019 Minute Order re: MOTION TO STAY PROCEEDINGS

12/09/2019 Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by
           TEMALPAKH INC represented by ROVER ARMSTRONG filed. (Over
           $25,000.00)

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

12/09/2019 Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by
DESERT PALMS ELECTRIC INC represented by ROVER ARMSTRONG filed.
(Over $25,000.00)

12/09/2019 Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by
MASCORRO CONCRETE CONSTRUCTION INC represented by ROVER ARMSTRONG
filed. (Over $25,000.00)

12/09/2019 eSubmit Fee by DEFENDANT

12/09/2019 SUPPLEMENTAL DECL OF STUART RUBIN ISO OPPO TO OSC RE CONFIRMATION OF
RECEIVER FILED

12/09/2019 SUPPLEMENTAL DECL OF RENZO RENZI ISO DEFT'S OPPO TO OSC

12/09/2019 Proof of service by Mail of SUPPLEMENTAL DECL RE OSC on SEE SERVICE
LIST with a mailing date of 12/09/19 filed. (non-complaint)

12/09/2019 eSubmit Fee by DEFENDANT

12/09/2019 SUPPLEMENTAL DECLARATION OF STUART RUBIN ISO OPPO TO OSC RE
CONFIRMATION OF RECEIVER FILED

12/10/2019 Legacy Minute Order: OSC Hearing re: Confirmation of Receiver as to
U.S. REAL ESTATE CREDIT HOLDINGS III A LP.

12/10/2019 OSC Hearing re: Confirmation of Receiver as to U.S. REAL ESTATE
CREDIT HOLDINGS III A LP. at 8:30 AM in Department 10 nullNotice
sent to RAINES FELDM AN LLP on 11/25/19
Honorable Judge L. Jackson Lucky IV , Presiding
Clerk: J. Alvarez
Court Reporter: A. Thrasher
U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES
FELDM AN LLP - Nathan Carle present.
GF INVESTMENT GROUP INC Represented by/in Ferdinand Trampe via Court
Call
ELLIOT LANDER represented by/in Marvin Weiss
GARY STIFFELMAN represented by/in Katie Pierucci
EDWIN W LESLIE represented by/in Victor Sahn
A STUART RUBIN represented by/in Laurence Berman
Debra Riley present in court.
At 9:08, the following proceedings were held:
Court and counsel confer regarding status of Receiver.
Argument presented by plaintiff's counsel..
Argument presented by counsel for receiver.
Court makes the following orders:

PAGE: 62

EXHIBIT 3, PAGE 124

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Hearing held and continued to 12/11/19 at 8:30 in Dept. 10 (Pre-disposition).<br>Court call is permitted for Debra Riley only.<br>Parties present stipulation to electronic service.<br>Notice to be given by plaintiff.<br>Minute entry completed. |
| 12/10/2019 | (PROPOSED) ORDER ON OBJ TO DECL OF EDWIN LESLIE Forward to Department 10 |
| 12/10/2019 | eSubmit Fee by DR. ELLIOT LANDER |
| 12/10/2019 | Proof of Service (Sub-Served and Mailed) on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to JOSEPH RUBIN; mailing date of 11/26/19 filed. |
| 12/10/2019 | Proof of Service on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP served on GF INVESTMENT GROUP INC with service date of 11/27/19 filed.(Personal Service) |
| 12/10/2019 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by APPLE J PLUMBING INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 12/10/2019 | Declaration of DEBRA A RILEY IN RESPONSE TO OSC HEARING RE CONFIRMATION OF RECEIVER filed |
| 12/10/2019 | Notice OF CONTINUANCE RE: ORDER TO SHOW CAUSE RE: CONFIRMATION OF RECEIVER by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 12/10/2019 | Supplemental DECLARATION OF LAURENCE M BERMAN IN SUPPORT OF OPP filed. |
| 12/10/2019 | Supplemental DECLARATION OF MARVIN H WEISS IN SUPPORT OF DEFTS filed. |
| 12/10/2019 | MEMO OF RECEIVER RE:APPLICABLE LEGAL STANDARD GOVERNING RECEIVER'S APPOINTMENT FILED |
| 12/10/2019 | Declaration of RECEIVER EDWIN LESLIE RE:RECEIVER'S INITIAL REPORT filed |
| 12/11/2019 | Legacy Minute Order: OSC Hearing re: Confirmation of Receiver as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 12/11/2019 | OSC Hearing re: Confirmation of Receiver as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP. at 8:30 AM in Department 10 nullHonorable Judge L. Jackson Lucky IV , Presiding |

EXHIBIT 3, PAGE 125

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Clerk: J. Alvarez |
| | Court Reporter: S. Duysings |
| | U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP - Nathan Carle present. |
| | EDWIN W LESLIE Represented by/in Edwin Leslie via Court Call |
| | GARY STIFFELMAN Represented by/in Katherine Pierucci via Court Call |
| | GF INVESTMENT GROUP INC Represented by/in Ferdinand Trampe via Court Call |
| | Interested party, California Statewide Communities represented by Debra Riley via Court Call |
| | EDWIN W LESLIE represented by/in Victor Sahn |
| | FORCE RUBIN LLC represented by/in Laurence Berman |
| | ELLIOT LANDER represented by/in Marvin Weiss |
| | At 8:33, the following proceedings were held: |
| | Parties are working on a stipulation to resolve receivership issues. |
| | Continuance requested by defense. |
| | Court finds good cause for continuance. |
| | Hearing held and continued to 12/26/19 at 8:30 in Dept. 10 (Pre-disposition). |
| | Counsel stipulate: to waive time. |
| | Counsel also stipulate to give plaintiff or receiver authority to remit taxes to the county. |
| | Notice to be given by plaintiff. |
| | Minute entry completed. |
| 12/12/2019 | Proof of Service (Sub-Served and Mailed) on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to SYSTEMS WATERPROOFING INC; mailing date of 12/11/19 filed. |
| 12/12/2019 | eSubmit Fee by U.S. Real Estate Credit Holdings III-A, L.P. |
| 12/12/2019 | Notice OF PETITION TO CONSOLIDATE FILED IN RELATED COURT by DOUG WALL CONSTRUCTION INC filed. |
| 12/13/2019 | Proof of Service (Sub-Served and Mailed) on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to QUONSET PARTNERS LLC; mailing date of 12/12/19 filed. |
| 12/13/2019 | Request for Entry of Default ONLY on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to SYSTEMS WATERPROOFING INC filed. |
| 12/13/2019 | Request for Dismissal Without Prejudice on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to TANDEM WEST GLASS INC filed. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/16/2019 | Notice of Ruling and Continuace re: Order to Show Cause re: Confirmation of Receiver by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 12/16/2019 | Proof of Service on the Consolidated Complaint of BMC WEST LLC served on GLENROY COACHELLA LLC with service date of 12/05/19 filed.(Personal Service) |
| 12/18/2019 | General Denial to Consolidated Complaint of DESERT PALMS ELECTRIC INC by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 12/18/2019 | First Paper Fee previously paid by Defendant(s) WESTERN SURETY COMPANY in amount of $450.00 |
| 12/18/2019 | General Denial to Consolidated Complaint of MASCORRO CONCRETE CONSTRUCTION INC by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 12/18/2019 | Notice OF PENDENCY OF ACTION by GF INVESTMENT GROUP INC filed. |
| 12/18/2019 | General Denial to Consolidated Complaint of TEMALPAKH INC by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 12/18/2019 | Amendment to Consolidated Complaint of DOUG WALL CONSTRUCTION INC Naming Does 02 to be ALL PHASE DRYWALL & DEVLOPMENT INC filed. |
| 12/18/2019 | Add an Individual on Consolidated Complaint of DOUG WALL CONSTRUCTION INC for Defendant ALL PHASE DRYWALL & DEVLOPMENT INC, AKA ALL PHASE DRYWALL & DEVELOPMENT INC |
| 12/18/2019 | General Denial to Consolidated Complaint of APPLE J PLUMBING INC by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 12/20/2019 | Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC updated to add MASCORRO CONCRETE CONSTRUCTION INC, SYSTEMS WATERPROOFING INC, TANDEM WEST GLASS INC, TEMALPAKH INC, T.L.R. ENTERPRISES INC as DEFENDANTS |
| 12/20/2019 | Add an Individual on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC for Defendant FORCE RUBIN 2 LLC, AKA FORCE RUBIN II LLC |
| 12/20/2019 | Add an Individual on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC for Defendant BLAIR AIR INC, DBA BLAIR HEARING & AIR |

PAGE: 65

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/20/2019 | Add an Individual on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC for Defendant TEMALPAKH INC, DBA THE WORKS FLOOR & WALL |
| 12/20/2019 | Civil Case Cover Sheet filed. |
| 12/20/2019 | Certificate of Counsel filed. The zip code is 92236. |
| 12/20/2019 | Consolidated Complaint from Case # PSC1909367 filed |
| 12/23/2019 | First appearance fee paid by GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, COACHELLA RESORT LLC |
| 12/23/2019 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) GLENROY COACHELLA LLC; (01 Pymt(s) received; TOTAL of 02 Defendant(s) paid to date). |
| 12/23/2019 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) FORCE RUBIN LLC; (01 Pymt(s) received; TOTAL of 03 Defendant(s) paid to date). |
| 12/23/2019 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) FORCE RUBIN 2 LLC; (01 Pymt(s) received; TOTAL of 04 Defendant(s) paid to date). |
| 12/23/2019 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) COACHELLA RESORT LLC; (01 Pymt(s) received; TOTAL of 05 Defendant(s) paid to date). |
| 12/23/2019 | Stipulation and Order Received and Forwarded to Dept. 06 |
| 12/23/2019 | PROOF OF SERVICE RE STIP AND PROPOSED ORDER RE APPOINTMENT OF RECEIVER AND PRELIM INJUNCTION |
| 12/24/2019 | System Generated Notice re: /OF DEPT ASSIGNMENT FOR LAW AND MOTION. |
| 12/24/2019 | System Generated Notice re: /OF CASE MANAGEMENT CONFERENCE. |
| 12/24/2019 | Summons Issued on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC and filed. |
| 12/24/2019 | Stipulation and Order for RE APPTMENT OF RECEIVER & PRELIM INJUNCTION is Granted ; Honorable Judge L. Jackson Lucky IV . |
| 12/26/2019 | Legacy Minute Order: OSC Hearing re: Confirmation of Receiver as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |

EXHIBIT 3, PAGE 128

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

12/26/2019 OSC Hearing re: Confirmation of Receiver as to U.S. REAL ESTATE
           CREDIT HOLDINGS III A LP. at 8:30 AM in Department 10 nullHearing
           off calendar, reason: PER STIP/ORDER SIGNED 12-24-19.

12/26/2019 Proof of Service (Sub-Served and Mailed) on Consolidated Complaint
           of BMC WEST LLC as to COACHELLA RESORT LLC; mailing date of 12/09/19
           filed.

12/26/2019 Proof of Service on the Consolidated Complaint of BMC WEST LLC
           served on FORCE RUBIN LLC with service date of 12/04/19
           filed.(Personal Service)

12/26/2019 Proof of Service on the Consolidated Complaint of BMC WEST LLC
           served on FORCE RUBIN 2 LLC with service date of 12/04/19
           filed.(Personal Service)

12/26/2019 Assign to Legal Research Attorney: MD

12/27/2019 First Paper Fee previously paid by Defendant(s) DOUG WALL
           CONSTRUCTION INC in amount of $450.00

12/27/2019 General Denial to Consolidated Complaint of BLAIR AIR INC by DOUG
           WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW
           CORPORATION filed.

12/27/2019 Consolidated Complaint from Case # PSC1909423 filed

12/27/2019 System Generated Notice re: /OF DEPT ASSIGNMENT FOR LAW AND MOTION.

12/27/2019 System Generated Notice re: /OF CASE MANAGEMENT CONFERENCE.

12/27/2019 Certificate of Counsel filed. The zip code is 92236.

12/27/2019 Civil Case Cover Sheet filed.

12/27/2019 Summons Issued on Consolidated Complaint of LA HACIENDA NURSEY &
           LANDSCAPE INC and filed.

12/27/2019 First Paper Fee previously paid by Plaintiffs LA HACIENDA NURSEY &
           LANDSCAPE INC in amount of $450.00.

12/27/2019 Proof of Service (Sub-Served and Mailed) on Consolidated Complaint
           of L&W SUPPLY CORPORATION as to ALL PHASE DRYWALL & DEVLOPMENT INC;
           mailing date of 12/16/19 filed.

12/27/2019 System Generated Notice re: /OSC WHY SANCTIONS SHOULD NOT BE
           IMPOSED.

12/27/2019 Receiver's First Financial Report to Parties, and Notice of Intent
           to Pay filed by EDWIN W LESLIE

EXHIBIT 3, PAGE 129

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/27/2019 | eSubmit Fee by EDWIN W LESLIE |
| 12/31/2019 | Civil Case Cover Sheet filed. |
| 12/31/2019 | Certificate of Counsel filed. The zip code is 92201. |
| 12/31/2019 | Consolidated Complaint from Case # PSC2000015 filed |
| 12/31/2019 | System Generated Notice re: /OF DEPT ASSIGNMENT FOR LAW AND MOTION PURPOSES. |
| 12/31/2019 | System Generated Notice re: /OF CASE MANAGEMENT CONFERENCE. |
| 12/31/2019 | Certificate of Counsel filed. The zip code is 92201. |
| 12/31/2019 | Civil Case Cover Sheet filed. |
| 12/31/2019 | System Generated Notice re: /RE-ASSIGNMENT TO DEPT FOR ALL PURPOSES. |
| 12/31/2019 | System Generated Notice re: /RE-ASSIGNMENT TO DEPT FOR ALL PURPOSES. |
| 12/31/2019 | Consolidated Complaint from Case # PSC2000009 filed |
| 01/02/2020 | System Generated Notice re: /OF DEPT ASSIGNMENT FOR LAW AND MTN PURPOSES. |
| 01/02/2020 | System Generated Notice re: /OF CASE MANAGEMENT CONFERENCE. |
| 01/02/2020 | Summons Issued on Consolidated Complaint of AL MILLER & SONS ROOFING CO INC and filed. |
| 01/02/2020 | Summons Issued on Consolidated Complaint of TANDEM WEST GLASS INC and filed. |
| 01/03/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to ALL PHASE DRYWALL & DEVLOPMENT INC with receipt date of 01/03/20 |
| 01/06/2020 | eSubmit Fee by DEFENDANT |
| 01/06/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by A STUART RUBIN represented by BERMAN LITIGATION GROUP filed. (Over $25,000.00) |
| 01/06/2020 | Notice OF RELATED CASE (PSC1906015/PSC1906023/ PSC1906136 by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 01/07/2020 | OPPOSITION TO PETITION TO CONSOLIDATE PSC1906552 FILED BY T.L.R ENTERPRISES INC |
| 01/07/2020 | REQUEST FOR JUDICIAL NTC IN SUPPORT OF OPPO TO PETITION CONSOLIDATE FILED BY TLR ENTERPRISES |

EXHIBIT 3, PAGE 130

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/08/2020 | Amendment to Consolidated Complaint of BLAIR AIR INC Naming Does 001 to be US REAL STATE CREDIT HOLDINGS III-A LP filed. |
| 01/08/2020 | --Also Amending Consolidated Complaint of BLAIR AIR INC naming Does 002 to be HI-GRADE MATERIALS CO-- |
| 01/08/2020 | --Also Amending Consolidated Complaint of BLAIR AIR INC naming Does 003 to be CONSTRUCTURE INC-- |
| 01/08/2020 | --Also Amending Consolidated Complaint of BLAIR AIR INC naming Does 004 to be FERGUSON ENTERPRISES LLC-- |
| 01/08/2020 | --Also Amending Consolidated Complaint of BLAIR AIR INC naming Does 005 to be SUPERIOR READY MIX CONCRETE LP-- |
| 01/08/2020 | --Also Amending Consolidated Complaint of BLAIR AIR INC naming Does 006 to be THE SHERWIN-WILLIAMS COMPANY-- |
| 01/08/2020 | --Also Amending Consolidated Complaint of BLAIR AIR INC naming Does 007 to be GF INVESTMENT GROUP INC-- |
| 01/08/2020 | --Also Amending Consolidated Complaint of BLAIR AIR INC naming Does 011 to be FORCE RUBIN LLC-- |
| 01/08/2020 | Proof of service by Mail of AMENDED SUMMONS AND AMENDMENT TO COMPLAINT on SEE ATTACHED LIST with a mailing date of 01/08/20 filed. (non-complaint) |
| 01/08/2020 | Notice OF PENDENCY OF ACTION (LIS PENDENS) by AL MILLER & SONS ROOFING CO INC filed. |
| 01/08/2020 | Notice OF PENDENCY OF ACTION (LIS PENDENS) by TANDEM WEST GLASS INC filed. |
| 01/08/2020 | eSubmit Fee by DEFENDANT |
| 01/08/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by COACHELLA RESORT LLC, ELLIOT LANDER represented by LAW OFFICES OF MARVIN H WEISS filed. (Over $25,000.00) |
| 01/08/2020 | System Generated Notice re: /RE-ASSIGNMENT TO DEPARTMENT FOR ALL PURPOSES. |
| 01/09/2020 | Objections to Receiver's First Financial Report to Parties by ELLIOT LANDER filed |
| 01/09/2020 | eSubmit Fee by Elliot Lander |
| 01/09/2020 | Proof of Service on the Consolidated Complaint of LA HACIENDA NURSEY & LANDSCAPE INC served on GLENROY COACHELLA LLC with service date of 12/31/19 filed.(Personal Service) |

PAGE: 69

EXHIBIT 3, PAGE 131

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

01/09/2020  Proof of Service on the Consolidated Complaint of LA HACIENDA NURSERY
            & LANDSCAPE INC served on WESTERN SURETY COMPANY with service date
            of 12/31/19 filed.(Personal Service)

01/09/2020  Proof of Service on the Consolidated Complaint of LA HACIENDA NURSERY
            & LANDSCAPE INC served on DOUG WALL CONSTRUCTION INC with service
            date of 12/31/19 filed.(Personal Service)

01/09/2020  OPPOSITION TO MOTION TO CONSOLIDATE ACTIONS FILED BY THE SHERWIN-
            WILLIAMS COMPANY

01/09/2020  Declaration of MICHAEL K MURRAY IN SUPPORT OF OPPOSITION filed

01/09/2020  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION FILED BY
            THE SHERWIN-WILLIAMS

01/09/2020  OPPOSITION TO MTN TO CONSOLIDATE ACTIONS FILED BY L&W SUPPLY
            CORPORATION

01/09/2020  Declaration of MICHAEL K MURRAY IN SUPPORT OF OPPOSITION filed

01/09/2020  REQUEST FOR JUDICIAL NTC IN SUPPORT OF OPPOSITION FILED BY L&W
            SUPPLY CORPORATION

01/09/2020  Notice of Related Case(s) PSC1906023.

01/09/2020  Notice OF NON-OPPOSITION TO PETITION TO CONSOLIDATE by SUPERIOR
            READY MIX CONCRETE LP filed.

01/09/2020  Notice OF NON-OPPOSITION TO PETITION TO CONSOLIDATE by U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP filed.

01/09/2020  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NTC OF NON-OPPO FILED BY
            US REAL ESTATE CREDIT

01/09/2020  Notice of Related Case(s) PSC1906015/PSC1906023/PSC1906136.

01/10/2020  Amended Summons Issued on Consolidated Complaint of BLAIR AIR INC
            and Filed.

01/13/2020  Proof of Service on the Consolidated Complaint of ALL PHASE DRYWALL
            & DEVLOPMENT INC served on GLENROY COACHELLA LLC with service date
            of 01/08/20 filed.(Personal Service)

01/13/2020  Proof of Service (Sub-Served and Mailed) on Consolidated Complaint
            of ALL PHASE DRYWALL & DEVLOPMENT INC as to DOUG WALL CONSTRUCTION
            INC; mailing date of 01/08/20 filed.

01/13/2020  General Denial to Consolidated Complaint of LA HACIENDA NURSERY &
            LANDSCAPE INC by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY
            represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed.

PAGE: 70

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/14/2020 | Opposition to DOUG WALL CONSTRUCTION PETITION TO CONSOLIDATE by FERGUSON ENTERPRISES LLC filed |
| 01/14/2020 | General Denial to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 01/14/2020 | Notice of Related Case(s) PSC1906015/PSC1906241/PSC1906552/PSC1906560. |
| 01/14/2020 | Notice OF PENDING ACTION by ALL PHASE DRYWALL & DEVLOPMENT INC filed. |
| 01/14/2020 | Notice of Related Case(s) PSC190615/PSC1906241/PSC1906552/PSC1906554. |
| 01/14/2020 | Opposition to PETITION TO CONSOLIDATE by FERGUSON ENTERPRISES LLC filed |
| 01/14/2020 | Reply to OPPOSITION TO MOTION TO CONSOLIDATE by DOUG WALL CONSTRUCTION INC filed |
| 01/14/2020 | Notice of Related Case(s) PSC1906015. |
| 01/14/2020 | Notice of Related Case(s) PSC1906015/PSC1906241/PSC1906552/PSC1906554. |
| 01/15/2020 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by ALL PHASE DRYWALL & DEVLOPMENT INC represented by KOZBERG & BODELL LLP filed. (Over $25,000.00) |
| 01/21/2020 | Legacy Minute Order: Case Management Conference Hearing - Complex Case. |
| 01/21/2020 | Case Management Conference Hearing - Complex Case. at 8:30 AM in Department 6 nullNotice sent to RAINES FELDM AN LLP on 11/19/19 |
| 01/21/2020 | General Denial to Consolidated Complaint of AL MILLER & SONS ROOFING CO INC by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 01/21/2020 | General Denial to Consolidated Complaint of TANDEM WEST GLASS INC by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 01/21/2020 | NOTICE OF NON-OPPOSITION TO PETITION TO COMPEL ARBITRATION FILED BY ALL PHASE DRYWALL |

EXHIBIT 3, PAGE 133

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/23/2020 | System Generated Notice re: NOTICE OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 01/23/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of TANDEM WEST GLASS INC as to WESTERN SURETY COMPANY with receipt date of 01/20/20 |
| 01/23/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of TANDEM WEST GLASS INC as to DOUG WALL CONSTRUCTION INC with receipt date of 01/20/20 |
| 01/23/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to DOUG WALL CONSTRUCTION INC with receipt date of 01/20/20 |
| 01/23/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to WESTERN SURETY COMPANY with receipt date of 01/20/20 |
| 01/23/2020 | Stipulation and Order for LEAVE TO FILE FIRST AMENDED COMPLAINT is Granted ; Honorable Judge Kira L Klatchko. |
| 01/23/2020 | 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY Filed. (AMENDED COMPLAINT - SUPERIOR COURT) |
| 01/23/2020 | --Also Served 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY on SOLID ROCK PAINTING CORPORATION, GLENROY COACHELLA LLC with date of mailing 01/23/20-- |
| 01/23/2020 | Notice of Ruling re: PETITION TO COMPEL ARBITRATION HELD ON 1/23/20 filed |
| 01/24/2020 | Notice of Related Case(s) PSC1906015. |
| 01/24/2020 | System Generated Notice re: NOTICE OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 01/24/2020 | Notice of Related Case(s) PSC1906015. |
| 01/24/2020 | Certified copy(s) made. |
| 01/24/2020 | Certified copy(s) made. |
| 01/24/2020 | Certified copy(s) made. |
| 01/24/2020 | Copy(s) made |
| 01/27/2020 | Answer to Consolidated Complaint of L&W SUPPLY CORPORATION by ALL PHASE DRYWALL & DEVLOPMENT INC represented by KOZBERG & BODELL LLP filed. (Over $25,000.00) |

EXHIBIT 3, PAGE 134

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/27/2020 | CROSS-COMPLAINT of ALL PHASE DRYWALL & DEVLOPMENT INC represented by KOZBERG & BODELL LLP filed (SUPERIOR COURT) |
| 01/27/2020 | Civil Case Cover Sheet filed. |
| 01/27/2020 | Certificate of Counsel filed. The zip code is 92236. |
| 01/27/2020 | System Generated Notice re: /OF PROPOSED ARBITRATORS. |
| 01/27/2020 | First Paper Fee previously paid by Defendant(s) ALL PHASE DRYWALL & DEVLOPMENT INC in amount of $395.00 |
| 01/27/2020 | Order DECLARATION RE OSC ORDER; Honorable Judge Randall D White. |
| 01/28/2020 | RECEIEVERS NOTICE OF SUBPOENAS TO PRODUCE DOCUMENTS DIRECTED FILED |
| 01/29/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of TANDEM WEST GLASS INC as to QUONSET PARTNERS LLC; mailing date of 01/28/20 filed. |
| 01/29/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to QUONSET PARTNERS LLC; mailing date of 01/28/20 filed. |
| 01/29/2020 | Summons Issued on Consolidated Cross-Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC and filed. |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of TANDEM WEST GLASS INC as to COACHELLA RESORT LLC with receipt date of 01/21/20 |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of TANDEM WEST GLASS INC as to GLENROY COACHELLA LLC with receipt date of 01/21/20 |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to COACHELLA RESORT LLC with receipt date of 01/21/20 |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to GLENROY COACHELLA LLC with receipt date of 01/21/20 |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to FORCE-DMP LLC with receipt date of 01/21/20 |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to FORCE RUBIN 2 LLC with receipt date of 01/21/20 |

EXHIBIT 3, PAGE 135

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/30/2020 | RECEIVER'S FINANCIAL REPORT TO PARTIES AND NOTICE OF INTENT TO PAY FILED |
| 01/30/2020 | eSubmit Fee by EDWIN W LESLIE |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of TANDEM WEST GLASS INC as to FORCE-DMP LLC with receipt date of 01/21/20 |
| 01/30/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of TANDEM WEST GLASS INC as to FORCE RUBIN 2 LLC with receipt date of 01/21/20 |
| 01/30/2020 | Stipulation and Order Fee Paid by GARY STIFFELMAN |
| 01/30/2020 | eSubmit Fee by GARY STIFFELMAN |
| 01/30/2020 | Received: STIP/ORDER EXTEND DEADLINE FOR DEFT TO RESPOND |
| 01/31/2020 | Answer to Consolidated Complaint of BLAIR AIR INC by FERGUSON ENTERPRISES LLC represented by GEORGE SYKULSKI A PROF LAW CORP filed. (Over $25,000.00) |
| 01/31/2020 | First Paper Fee previously paid by Defendant(s) FERGUSON ENTERPRISES LLC in amount of $450.00 |
| 01/31/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by TEMALPAKH INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 01/31/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) TEMALPAKH INC; (01 Pymt(s) received; TOTAL of 006 Defendant(s) paid to date). |
| 01/31/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by TANDEM WEST GLASS INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 01/31/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) TANDEM WEST GLASS INC; (01 Pymt(s) received; TOTAL of 07 Defendant(s) paid to date). |
| 01/31/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by AL MILLER & SONS ROOFING CO INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 01/31/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) AL MILLER & SONS ROOFING CO INC; (01 Pymt(s) received; TOTAL of 08 Defendant(s) |

EXHIBIT 3, PAGE 136

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | paid to date). |
| 01/31/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DESERT PALMS ELECTRIC INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 01/31/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) DESERT PALMS ELECTRIC INC; (01 Pymt(s) received; TOTAL of 009 Defendant(s) paid to date). |
| 01/31/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by MASCORRO CONCRETE CONSTRUCTION INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 01/31/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) MASCORRO CONCRETE CONSTRUCTION INC; (01 Pymt(s) received; TOTAL of 010 Defendant(s) paid to date). |
| 01/31/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by APPLE J PLUMBING INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 01/31/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) APPLE J PLUMBING INC; (01 Pymt(s) received; TOTAL of 011 Defendant(s) paid to date). |
| 01/31/2020 | System Generated Notice re: /RE-ASSIGNMENT TO DEPARTMENT FOR ALL PURPOSES. |
| 01/31/2020 | eSubmit Fee by DEFENDANTS |
| 02/03/2020 | Proof of service by Mail of NOTICE OF DEPT REASSIGNMENT FOR ALL PURPOSES on ALL INTERESTED PARTIES with a mailing date of 01/31/20 filed. (non-complaint) |
| 02/04/2020 | Hearing Reserved set 03/18/20 at 8:30 in Dept. 10 - RES99698 |
| 02/04/2020 | Court Reporter Hearing Fee for one hour or less Paid by Defendant Stuart Rubin in the amount of $30.00; for hearing reserved for MOTION TO APPOINT REFEREE on 03/18/2020. |
| 02/04/2020 | On-line Motion Reserved on behalf of Defendant Stuart Rubin. |
| 02/04/2020 | Proof of Service on the Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC served on SYSTEMS WATERPROOFING INC with service date of 01/31/20 filed.(Personal Service) |

EXHIBIT 3, PAGE 137

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/04/2020 | STIP/ORDER EXTEND DEADLINE FOR DEFT TO RESPOND Forward to Department 10 |
| 02/04/2020 | System Generated Notice re: NOTICE OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 02/05/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of BLAIR AIR INC as to US REAL STATE CREDIT HOLDINGS III-A LP with receipt date of 02/03/20 |
| 02/05/2020 | Motion Hearing Reservation re: MOTION FOR ORDER APPOINTING A REFEREE set for 03/18/20 at 8:30 is Confirmed. |
| 02/05/2020 | Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN filed |
| 02/05/2020 | Hearing set 3/18/20 at 8:30 in Department 10 |
| 02/05/2020 | Declaration of LAURENCE M BERMAN IN SUPPORT OF DEFT STUART RUBINS MTN FOR ORDER APPOINTING A REFEREE filed |
| 02/05/2020 | Proof of Service of SEE ATTACHED served on SEE SERVICE LIST served 02/05/20 Filed (non-complaint) |
| 02/05/2020 | eSubmit Fee by STUART RUBIN |
| 02/05/2020 | Proposed Order re: MTN FOR ORDER APPOINTING A REFEREE for hearing on 03/18/20 submitted by A STUART RUBIN. |
| 02/05/2020 | eSubmit Fee by STUART RUBIN |
| 02/05/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES99698 for hearing reserved on 03/18/20. |
| 02/05/2020 | Court Reporter Fee (Under One Hour) paid by DEFENDANT for hearing 03/18/20. |
| 02/05/2020 | Proof of Service on the Consolidated Cross-Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC served on GLENROY COACHELLA LLC with service date of 02/04/20 filed.(Personal Service) |
| 02/05/2020 | DEFENDANT ELLIOT LANDER'S OBJECTIONS TO RECEIVER'S FINANCIAL REPORT TO PARTIES FILED |
| 02/05/2020 | Declaration of RENZO RENZI IN SUPPORT OF DEFENDANT ELLIOT LANDER'S OBJECTIONS TO RECEIVER'S FINANCIAL REPORT filed |
| 02/05/2020 | Proof of service by Mail of OBJ TO RECEIVER'S FINANCIAL REPORT; DECL OF RENZI on LISTED PARTIES with a mailing date of 02/05/20 filed. (non-complaint) |

PAGE: 76

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/05/2020 | eSubmit Fee by DR. ELLIOT LANDER |
| 02/05/2020 | Order GRANTING THE PETITION OF DOUG WALL CONSTRUCTION TO COMPEL ARBITRATION; Honorable Judge Randall D White. |
| 02/06/2020 | Summons Issued on 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY and filed. |
| 02/07/2020 | System Generated Notice re: OSC WHY SANCTIONS SHOULD NOT BE IMPOSED. |
| 02/07/2020 | eSubmit Fee by DEFENDANT |
| 02/07/2020 | Stipulation and Order Fee Paid by GARY STIFFELMAN |
| 02/07/2020 | Received: SECOND STIP TO EXTEND DEADLINE TO RESPOND |
| 02/07/2020 | Hearing Reserved set 03/09/20 at 8:30 in Dept. 10 - RES99879 |
| 02/07/2020 | Court Reporter Hearing Fee for one hour or less Paid by Plaintiff in the amount of $30.00; for hearing reserved for MOTION TO TRANSFER AND CONSOLIDATE RELATED ACTIONS on 03/09/2020. |
| 02/07/2020 | On-line Motion Reserved on behalf of Plaintiff. |
| 02/10/2020 | System Generated Notice re: NOTICE OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 02/10/2020 | Motion Hearing Reservation re: Motion to Transfer and Consolidate Related Actions set for 03/09/20 at 8:30 is Confirmed. |
| 02/10/2020 | Motion to/for Transfer and Consolidate Related Actions by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed |
| 02/10/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES99879 for hearing reserved on 03/09/20. |
| 02/10/2020 | Court Reporter Fee (Under One Hour) paid by PLAINTIFF for hearing 03/09/20. |
| 02/10/2020 | Hearing set 3/09/20 at 8:30 in Department 10 |
| 02/10/2020 | Declaration of Nathan M Carle ISO Motion to Transfer and Consolidate Related Actions filed |
| 02/10/2020 | Request for Judicial Notice filed by U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 02/10/2020 | System Generated Notice re: NOTICE OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 02/10/2020 | System Generated Notice re: NOTICE OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |

PAGE: 77

EXHIBIT 3, PAGE 139

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/10/2020 | SECOND STIP TO EXTEND DEADLINE TO RESPOND Forward to Department 10 |
| 02/11/2020 | PROPOSED ORDER GRANTING PLFTS NOTICE OF MOTION Received and Forwarded to Dept. 10 |
| 02/11/2020 | Stipulation to extend deadline for defendant filed. |
| 02/11/2020 | Order extending deadline for defendant to respond; Honorable Judge L. Jackson Lucky IV . |
| 02/11/2020 | System Generated Notice re: /OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 02/11/2020 | System Generated Notice re: /OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 02/13/2020 | Request for Dismissal Without Prejudice on the Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to T.L.R. ENTERPRISES INC filed. |
| 02/13/2020 | Hearing re: Joinder set on 3/09/20 at 8:30 in Department 10. |
| 02/13/2020 | Stipulation (Second) to extend deadline for deft Gary Stiffelman, in his individual capacity filed. |
| 02/13/2020 | Order extending deadline for deft Gary Stiffelman, in his capacity and in his capacity as trustee; Honorable Judge L. Jackson Lucky IV . |
| 02/13/2020 | Notice of Joinder to Pla's Motion to Transfer and Consolidate Related Actions by DOUG WALL CONSTRUCTION INC filed. |
| 02/13/2020 | eSubmit Fee by Doug Wall Construction, Inc. |
| 02/14/2020 | Notice of Settlement of Entire Case filed - Conditional Settlement CRC 3.1385 (05B*RMCCON) Form CM-200. |
| 02/14/2020 | Hearing on OSC Re: Dismissal After Conditional Settlement Pursuant to CRC 3.1385(c) set 3/18/25 at 8:30 in Dept. 07. |
| 02/14/2020 | NOTICE OF PENDENCY OF ACTION/ORDER Received and Forwarded to Dept. 10 |
| 02/14/2020 | Request for Dismissal Without Prejudice on the Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to T.L.R. ENTERPRISES INC filed. |
| 02/18/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to AL MILLER & SONS ROOFING CO INC with receipt date of 01/27/20 |

PAGE: 78

EXHIBIT 3, PAGE 140

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/18/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to TEMALPAKH INC with receipt date of 01/24/20 |
| 02/18/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to DESERT PALMS ELECTRIC INC with receipt date of 01/24/20 |
| 02/18/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to APPLE J PLUMBING INC with receipt date of 01/24/20 |
| 02/18/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to BMC WEST LLC with receipt date of 01/30/20 |
| 02/18/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to TANDEM WEST GLASS INC with receipt date of 01/27/20 |
| 02/18/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to MASCORRO CONCRETE CONSTRUCTION INC with receipt date of 01/24/20 |
| 02/18/2020 | Change case category from BCCCRI to BCRI |
| 02/18/2020 | Notice of Department Reassignment for all purposes Hearing re: Case Management Conference Hearing is rescheduled to 05/20/20 at 8:30 in Department 10. |
| 02/18/2020 | Motion to be Relieved as Counsel forGF INVESTMENT GROUP INC byPLUMTREE & ASSOCIATES filed (Form MC-051). |
| 02/18/2020 | Declaration in Support of Attorney's Motion to be Relieved as Counsel-Civil for GF INVESTMENT GROUP INC by PLUMTREE & ASSOCIATES filed |
| 02/18/2020 | Proposed Order re: MTN TO BE RELIEVED AS COUNSEL for hearing on 03/12/20 submitted by GF INVESTMENT GROUP INC. |
| 02/18/2020 | Motion to be Relieved as Counsel forGF INVESTMENT GROUP INC byPLUMTREE & ASSOCIATES filed (Form MC-051). |
| 02/18/2020 | Declaration in Support of Attorney's Motion to be Relieved as Counsel-Civil for GF INVESTMENT GROUP INC by PLUMTREE & ASSOCIATES filed |
| 02/18/2020 | Proposed Order re: MTN TO BE RELIEVED AS COUNSEL for hearing on 04/08/20 submitted by GF INVESTMENT GROUP INC. |

EXHIBIT 3, PAGE 141

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 02/18/2020 | Motion to be Relieved as Counsel forGF INVESTMENT GROUP INC, GEORGE FRAGOSO byPLUMTREE & ASSOCIATES filed (Form MC-051). |
| 02/18/2020 | Proposed Order re: MOTION TO BE RELIEVED AS COUNSEL for hearing on 04/02/20 submitted by GF INVESTMENT GROUP INC, GEORGE FRAGOSO. |
| 02/18/2020 | Declaration in Support of Attorney's Motion to be Relieved as Counsel-Civil for GF INVESTMENT GROUP INC, GEORGE FRAGOSO by PLUMTREE & ASSOCIATES filed |
| 02/19/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC |
| 02/19/2020 | Case Management Statement by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY filed Untimely Pursuant to CRC 3.725. |
| 02/19/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 02/19/2020 | Request for Entry of Default ONLY on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to FORCE RUBIN 2 LLC filed. |
| 02/19/2020 | Request for Entry of Default ONLY on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to GLENROY COACHELLA LLC filed. |
| 02/19/2020 | Request for Entry of Default ONLY on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to FORCE RUBIN LLC filed. |
| 02/20/2020 | System Generated Notice re: NOTICE OF ORDER TO SHOW CAUSE HEARING REGARDING DISMISSAL OF ENTIRE CASE. |
| 02/20/2020 | Joinder to MOTION TO TRANSFER AND CONSOLIDATE RELATED ACTIONS filed by EDWIN W LESLIE. (General Motion/Ex-parte) |
| 02/20/2020 | Hearing re: Joinder set on 3/09/20 at 8:30 in Department 10. |
| 02/20/2020 | eSubmit Fee by EDWIN W LESLIE, RECEIVER |
| 02/21/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by APPLE J PLUMBING INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 02/21/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by DESERT PALMS ELECTRIC INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 02/21/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by TEMALPAKH INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 02/21/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by AL MILLER & SONS ROOFING CO INC represented by ROVER |

EXHIBIT 3, PAGE 142

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | ARMSTRONG filed. (Over $25,000.00) |
| 02/21/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by MASCORRO CONCRETE CONSTRUCTION INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 02/21/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by TANDEM WEST GLASS INC represented by ROVER ARMSTRONG filed. (Over $25,000.00) |
| 02/21/2020 | System Generated Notice re: /OF DEPT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 02/21/2020 | System Generated Notice re: /OF DEPT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 02/21/2020 | First appearance fee paid by FERGUSON ENTERPRISES LLC |
| 02/21/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) FERGUSON ENTERPRISES LLC; (01 Pymt(s) received; TOTAL of 12 Defendant(s) paid to date). |
| 02/21/2020 | Declaration of DANA SYKULSKI IN SUPPORT OF FERGUSON ENTERPRISES LLC OPPOSITION TO PLFTS MOTION filed |
| 02/21/2020 | Opposition to PLFTS MOTION TO TRANSFER & CONSOLIDATE by FERGUSON ENTERPRISES LLC filed |
| 02/21/2020 | Case Management Statement by SUPERIOR READY MIX CONCRETE LP filed Untimely Pursuant to CRC 3.725. |
| 02/21/2020 | Case Management Statement filed by APPLE J PLUMBING INC |
| 02/21/2020 | eSubmit Fee by Stuart Rubin |
| 02/21/2020 | Notice of Unavailability of Defendant Stuart Rubin's Counsel by A STUART RUBIN filed. |
| 02/21/2020 | Hearing Reserved set 03/25/20 at 8:30 in Dept. 10 - RES100309 |
| 02/21/2020 | Court Reporter Hearing Fee for one hour or less Paid by Gary Stiffelman in the amount of $30.00; for hearing reserved for MOTION TO COMPEL ALL DISCOVERY MATTERS on 03/25/2020. |
| 02/21/2020 | On-line Motion Reserved on behalf of Gary Stiffelman. |
| 02/24/2020 | Case Management Statement by FERGUSON ENTERPRISES LLC filed Untimely Pursuant to CRC 3.725. |
| 02/24/2020 | Motion Hearing Reservation re: Motion to Quash Subpoenas Issued by Receiver set for 03/26/20 at 8:30 is Confirmed. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/24/2020 | Motion to/for Quash Subpoenas Issued by Receiver by A STUART RUBIN filed |
| 02/24/2020 | Hearing set 3/26/20 at 8:30 in Department 10 |
| 02/24/2020 | Request for Judicial Notice in Support of Motion to Quash Receiver's Subpoenas by Rubin filed |
| 02/24/2020 | Declaration of Stuart Rubin in Support of Motion to Quash Receiver's Subpoenas filed |
| 02/24/2020 | Declaration of Laurence M Berman in Support of Motion to Quash Receiver's Subpoenas filed |
| 02/24/2020 | Proof of service by Mail of Motion to Quash Subpoenas (see document list) on (see service list) with a mailing date of 02/24/20 filed. (non-complaint) |
| 02/24/2020 | Proposed Order re: Motion to Quash Receiver's Subpoenas for hearing on 03/26/20 submitted by A STUART RUBIN. |
| 02/24/2020 | eSubmit Fee by Stuart Rubin |
| 02/24/2020 | eSubmit Fee by PLAINTIFF |
| 02/24/2020 | Opposition to MTN TO TRANSFER AND CONSOLIDATE by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed |
| 02/24/2020 | Declaration of MICHAEL K MURRAY ISO OPPO TO PLTF MTN TO CONSOLIDATE ACTIONS filed |
| 02/24/2020 | eSubmit Fee by PLAINTIFF |
| 02/24/2020 | Filed: OPPO TO MTN TO TRANSFER AND CONSOLIDATE RELATED AC |
| 02/24/2020 | Filed: DECL OF MICHAEL K MURRAY ISO OPPO TO MTN |
| 02/24/2020 | Filed: PLTF REQ FOR JUD NTC ISO OPPO TO MTN |
| 02/24/2020 | eSubmit Fee by DEFENDANT |
| 02/24/2020 | Notice OF JOINDER TO DEFT'S MTN TO QUASH RECEIVERS SUBPOENAS by ELLIOT LANDER filed. |
| 02/24/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES100309 for hearing reserved on 03/25/20. |
| 02/24/2020 | Court Reporter Fee (Under One Hour) paid by GARY STIFFELMAN for hearing 03/25/20. |
| 02/24/2020 | System Generated Notice re: /OF APPOINTMENT OF ARBITRATOR. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/24/2020 | Hearing Reserved set 03/26/20 at 8:30 in Dept. 10 - RES100358 |
| 02/24/2020 | Court Reporter Hearing Fee for one hour or less Paid by Defendant Stuart Rubin in the amount of $30.00; for hearing reserved for MOTION TO QUASH RECEIVER'S SUBPOENAS on 03/26/2020. |
| 02/24/2020 | On-line Motion Reserved on behalf of Defendant Stuart Rubin. |
| 02/24/2020 | Hearing Reserved for Demurrer on 03/25/20 at 8:30 in Department 10 - RES100366. |
| 02/24/2020 | On-line Motion Reserved on behalf of Gary Stiffelman. |
| 02/25/2020 | Case Management Statement filed by BLAIR AIR INC |
| 02/25/2020 | Case Management Statement filed by DESERT PALMS ELECTRIC INC |
| 02/25/2020 | Notice of Joinder to Stuart Rubin's Opposition to Plaintiff's Motion to Consolidate by ELLIOT LANDER filed. |
| 02/25/2020 | eSubmit Fee by Elliot Lander |
| 02/25/2020 | CROSS-COMPLAINT of GARY STIFFELMAN represented by EISNER LLP filed (SUPERIOR COURT) |
| 02/25/2020 | -- And Cross Complaint of STIFFELMAN (Cross-Complaint) served on STUART RUBIN and mailed on 02/25/20 -- |
| 02/25/2020 | eSubmit Fee by Gary Stiffelman |
| 02/25/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES100358 for hearing reserved on 03/26/20. |
| 02/25/2020 | Court Reporter Fee (Under One Hour) paid by STUART RUBIN for hearing 03/26/20. |
| 02/25/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES100366 for hearing reserved on 03/25/20. |
| 02/25/2020 | Motion Hearing Reservation re: DEMURRER OF GARY STIFFELMAN TO COMPLAINT set for 03/25/20 at 8:30 is Confirmed. |
| 02/25/2020 | STUART RUBIN'S MPA'S AND OPPO TO PLTFS MOTION TO TRANSFER AND CONSOLIDATE RELATED ACTIONS FILED |
| 02/25/2020 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPO TO MTN TO TRANSFER & CONSOLIDATE FILED |
| 02/25/2020 | Proof of Service of MPA'S IN OPPO TO MTN TRANSFER/CONOLIDATE, RJN served on SEE SERVICE LIST served 02/25/20 Filed (non-complaint) |
| 02/25/2020 | eSubmit Fee by SUART RUBIN |

EXHIBIT 3, PAGE 145

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/25/2020 | Request for Judicial Notice ISO Opposition to Motion to Transfer and Consolidate by L&W filed |
| 02/25/2020 | eSubmit Fee by L&W Supply Corporation dba CALPLY |
| 02/25/2020 | eSubmit Fee by GARY STIFFELMAN |
| 02/25/2020 | Case Management Statement filed by MASCORRO CONCRETE CONSTRUCTION INC |
| 02/25/2020 | Case Management Statement filed by TEMALPAKH INC |
| 02/25/2020 | Proof of Service on the Consolidated Complaint of ORCO BLOCK & HARDSCAPE served on GLENROY COACHELLA LLC with service date of 11/25/19 filed.(Personal Service) |
| 02/25/2020 | Demurrer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN represented by EISNER LLP filed. (Over $25,000) |
| 02/25/2020 | Hearing on Demurrer set for 3/25/20 at 8:30 in Dept 10 |
| 02/25/2020 | Notice OF HEARING ON DEMURRER TO COMPLAINT by GARY STIFFELMAN filed. |
| 02/25/2020 | Proof of Service of DEMURRER/NTC OF DEMURRER/DECLARATION/PROPOSED ORDR served on SEE SERVICE LIST served 02/25/20 Filed (non-complaint) |
| 02/25/2020 | Proposed Order re: DEMURRER for hearing on 03/25/20 submitted by GARY STIFFELMAN. |
| 02/26/2020 | --Also Dismiss Consolidated Complaint of SUPERIOR READY MIX CONCRETE LP Without prejudice-- |
| 02/26/2020 | Notice of Lis Pendens (copy) filed by U.S. Real Estate; Honorable Judge Jackson Lucky |
| 02/26/2020 | Amendment to Consolidated Complaint of DOUG WALL CONSTRUCTION INC Naming Does 03 to be TANDEM WEST GLASS INC filed. |
| 02/26/2020 | Amendment to Consolidated Complaint of DOUG WALL CONSTRUCTION INC Naming Does 04 to be LA HACIENDA NURSEY & LANDSCAPE INC filed. |
| 02/27/2020 | STIP & ORDER FOR NEW HRG DATE RE:DEMURRER Received and Forwarded to Dept. 10 |
| 02/27/2020 | Stipulation and Order Fee Paid by U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/27/2020 | Notice OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES by LA HACIENDA NURSEY & LANDSCAPE INC filed. |

EXHIBIT 3, PAGE 146

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 02/27/2020 | Hearing Reserved set 03/26/20 at 8:30 in Dept. 10 - RES100483 |
| 02/27/2020 | On-line Motion Reserved on behalf of Gary Stiffelman. |
| 02/27/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of BMC WEST LLC as to QUONSET PARTNERS LLC; mailing date of 02/14/20 filed. |
| 02/28/2020 | RECEIVER;S INVENTORY OF ASSETS filed |
| 02/28/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES100483 for hearing reserved on 03/26/20. |
| 02/28/2020 | Opposition to MOTION FOR ORDER APPOINTING A REFEREE & STAYING D by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed |
| 02/28/2020 | System Generated Notice re: clerk's certificate of mailing. |
| 02/28/2020 | Notice OF ERRATA RE NOTICE OF MOTION AND MOTION TO TRANSFER AND CONSOLIDATE by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 02/28/2020 | Proposed Order re: AMENDED ORDER GRANTING MOTION TO TRANSFER for hearing on 03/09/20 submitted by U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 02/28/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to AL MILLER & SONS ROOFING CO INC with receipt date of 02/26/20 |
| 02/28/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to TANDEM WEST GLASS INC with receipt date of 02/26/20 |
| 02/28/2020 | System Generated Notice re: NOTICE OF DEPARTMENT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 03/02/2020 | Case Management Statement by FERGUSON ENTERPRISES LLC filed Untimely Pursuant to CRC 3.725. |
| 03/02/2020 | Notice of Related Case(s) PSC1907309. |
| 03/02/2020 | Reply to Opposition to PLTFFS MTN/TRANSFER & CONSOLIDATE RELATED ACTIONS by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed |
| 03/02/2020 | Filed: WITHDRAWAL OF PENDENCY OF ACTION |
| 03/03/2020 | Returned Document: NOTICE OF INTENT TO APPEAR TELEPHONICALLY submitted by LA HACIENDA NURSERY & |
| 03/03/2020 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by TANDEM WEST GLASS INC represented by ROVER ARMSTRONG filed. (Over |

EXHIBIT 3, PAGE 147

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

           $25,000.00)

03/03/2020 Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by AL
           MILLER & SONS ROOFING CO INC represented by ROVER ARMSTRONG filed.
           (Over $25,000.00)

03/03/2020 LA HACIENDA NURSEY & LANDSCAPE INC'S NOTICE OF INTENT TO APPEAR
           TELEPHONICALLY FILED

03/04/2020 eSubmit Fee by Gary Stiffelman

03/04/2020 Legacy Minute Order: Case Management Conference Hearing

03/04/2020 Case Management Conference Hearing at 8:30 AM in Department 1
           nullHearing Continued (Not Held) to 03/26/20 at 8:30 in Department
           01.
           Reason for continuance: see minutes 2/28/20

03/04/2020 Motion Hearing Reservation re: mtn to compel further answers to form
           interrog. set for 03/26/20 at 8:30 is Confirmed.

03/04/2020 Motion to/for compel futher answers to form interrog., special
           interrogatories, by GARY STIFFELMAN filed

03/04/2020 Hearing set 3/26/20 at 8:30 in Department 10

03/04/2020 Declaration of Katherine Pierucci in spprt of defendant Gary
           Stiffelman's mtn to compel further answers filed

03/04/2020 Consolidated memo in spprt of mtn of defendant Gary Stiffelman to
           compel answers FILED.

03/04/2020 Concise outline of requests/responses in dispute for mtn of
           defendant to compel further FILED.

03/04/2020 Proof of Service of see document list served on see service list
           served 03/04/20 Filed (non-complaint)

03/04/2020 Proposed Order re: granting Gary Stiffelman's mtn to compel further
           for hearing on 03/26/20 submitted by GARY STIFFELMAN.

03/04/2020 Answer to Consolidated Complaint of AL MILLER & SONS ROOFING CO INC
           by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE-DMP LLC, FORCE
           RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed.
           (Over $25,000.00)

03/04/2020 Answer to Consolidated Complaint of TANDEM WEST GLASS INC by GLENROY
           COACHELLA LLC, FORCE RUBIN 2 LLC, COACHELLA RESORT LLC, FORCE-DMP

EXHIBIT 3, PAGE 148

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 03/05/2020 | POS Timely/Waived - Proof of service on motion to/for transfer and consolidate actions on calendar 03/09/20 is timely/waived. |
| 03/05/2020 | Answer to Consolidated Complaint of BLAIR AIR INC by US REAL STATE CREDIT HOLDINGS III-A LP represented by RAINES FELDMAN LLP filed. (Over $25,000.00) |
| 03/05/2020 | First Paper Fee previously paid by Defendant(s) US REAL STATE CREDIT HOLDINGS III-A LP in amount of $450.00 |
| 03/05/2020 | Stipulation and Order for New hearing date is Granted ; Honorable Judge L. Jackson Lucky IV . |
| 03/05/2020 | Notice of Non-Opposition by All Phase Drywall & Development Inc to Motion to Transfer filed |
| 03/05/2020 | eSubmit Fee by ALL PHASE DRYWALL & DEVLOPMENT INC. |
| 03/06/2020 | Proof of Service on the Consolidated Complaint of BLAIR AIR INC served on FERGUSON ENTERPRISES LLC with service date of 01/27/20 filed.(Personal Service) |
| 03/06/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of BLAIR AIR INC as to HI-GRADE MATERIALS CO; mailing date of 01/21/20 filed. |
| 03/06/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of BLAIR AIR INC as to SUPERIOR READY MIX CONCRETE LP; mailing date of 01/17/20 filed. |
| 03/06/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of BLAIR AIR INC as to CONSTRUCTURE INC; mailing date of 01/23/20 filed. |
| 03/06/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of BLAIR AIR INC as to THE SHERWIN-WILLIAMS COMPANY; mailing date of 01/29/20 filed. |
| 03/09/2020 | Return To Court's Control |
| 03/09/2020 | Order to Consolidate PSC1906554; RIC1905743 designated as Master File; Honorable Judge L. Jackson Lucky IV . |
| 03/09/2020 | Notice OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE by FERGUSON ENTERPRISES LLC filed. |
| 03/09/2020 | Hearing Reserved for: MOTION TO TRANSFER AND CONSOLIDATE RELATED ACTIONS - RES99879 |

EXHIBIT 3, PAGE 149

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/09/2020 | Legacy Minute Order: Hearing re: Joinder to MOTION TO TRANSFER AND CONSOLIDATE RELATED ACTIONS by EDWIN W LESLIE. |
| 03/09/2020 | Hearing re: Joinder to MOTION TO TRANSFER AND CONSOLIDATE RELATED ACTIONS by EDWIN W LESLIE. at 8:30 AM in Department 10 nullHonorable Judge L. Jackson Lucky IV , Presiding<br>Clerk: J. Alvarez<br>Court Reporter: A. Thrasher<br>BMC West Llc Represented By/In Milene Apaian Via Court Call, The Sherwin-Williams Company<br>Represented By/In Lauren Stec Via Court Call, Cummins & White Llp Represented By/In Edward<br>Farrell Via Court Call, Al Miller & Sons Roofing Co Inc, Apple J Plumbing Inc Represented By/In<br>Garrett Heckman, Doug Wall Construction Inc Represented By/In Marc Homme, Alan Tippie<br>Present In Court.<br>At 9:09, the following proceedings were held:<br>Motion by Edwin Leslie Re joinder to motion to transfer/consolidate is called for hearing.<br>After issuance of tentative ruling oral argument(s) was requested. Counsel Argue.<br>Court makes the following orders:<br>Tentative Ruling shall become the Ruling of the Court.<br>Motion Granted<br>The court cannot resolve RIC1905743 without resolving the related cases.<br>-<br>The cases involve common questions of law and fact because each seeks adjudication of a lien<br>on the same property and arising out of the same construction. Although the consolidation might<br>increase costs for one party, consolidation will avoid duplicative and inconsistent rulings in the<br>related cases. Many of the cases involve the same parties.<br>-<br>Although this case is not the earliest filed of the related cases (PSC190615 is), this case<br>should be the lead case because Plaintiff here has the largest claim, the court has appointed a<br>receiver in this case, and this case is currently set for OSC on |

EXHIBIT 3, PAGE 150

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | deeming the matter complex.<br>Formal order signed in court.<br>Notice to be given by moving party.<br>Minute entry completed. |
| 03/09/2020 | Legacy Minute Order: Hearing re: Motion to/for Transfer and Consolidate Related Actions by U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/09/2020 | Hearing re: Motion to/for Transfer and Consolidate Related Actions by U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 10 nullHonorable Judge L. Jackson Lucky IV , Presiding<br>Clerk: J. Alvarez<br>Court Reporter: A. Thrasher<br>BMC WEST LLC Represented by/in Milene Apaian via Court Call<br>The Sherwin-Williams Company represented by/in Lauren Stec via Court Call<br>Cummins & White LLP represented by/in Edward Farrell via Court Call<br>AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC represented by/in Garrett Heckman<br>DOUG WALL CONSTRUCTION INC represented by/in Marc Homme<br>Alan Tippie present in court.<br>At 9:09, the following proceedings were held:<br>Motion by US Real Estate Credit Holding Re transfer and consolidate related actions is called for hearing.<br>After issuance of tentative ruling oral argument(s) was requested. Counsel Argue.<br>Court makes the following orders:<br>Tentative Ruling shall become the Ruling of the Court.<br>Motion Granted<br>The court cannot resolve RIC1905743 without resolving the related cases.<br>-<br>The cases involve common questions of law and fact because each seeks adjudication of a lien<br>on the same property and arising out of the same construction. Although the consolidation might<br>increase costs for one party, consolidation will avoid duplicative and inconsistent rulings in the<br>related cases. Many of the cases involve the same parties.<br>- |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Although this case is not the earliest filed of the related cases (PSC190615 is), this case
should be the lead case because Plaintiff here has the largest claim, the court has appointed a
receiver in this case, and this case is currently set for OSC on deeming the matter complex.
Case # RIC1905743 ordered consolidated with case # PSC1906015; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1906023; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1906136; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1906241; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1906552; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1906554; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1906560; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1906579; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1907155; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1907262; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1907309; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1907309; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1907895; Case # RIC1905743 designated as MASTER FILE
Case # RIC1905743 ordered consolidated with case # PSC1908245; Case # RIC1905743 designated as MASTER FILE
Formal order signed in court.
Notice to be given by moving party.
Minute entry completed.
Print Minute Order

03/09/2020  Legacy Minute Order: Hearing re: Joinder to MTN TO TRANSFER AND
CONSOLIDATE RELATED ACTIONS by DOUG WALL CONSTRUCTION INC.

EXHIBIT 3, PAGE 152

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

03/09/2020 Hearing re: Joinder to MTN TO TRANSFER AND CONSOLIDATE RELATED
ACTIONS by DOUG WALL CONSTRUCTION INC. at 8:30 AM in Department 10
nullHonorable Judge L. Jackson Lucky IV , Presiding
Clerk: J. Alvarez
Court Reporter: A. Thrasher
BMC West Llc Represented By/In Milene Apaian Via Court Call, The
Sherwin-Williams Company
Represented By/In Lauren Stec Via Court Call, Cummins & White Llp
Represented By/In Edward
Farrell Via Court Call, Al Miller & Sons Roofing Co Inc, Apple J
Plumbing Inc Represented By/In
Garrett Heckman, Doug Wall Construction Inc Represented By/In Marc
Homme, Alan Tippie
Present In Court.
At 9:09, the following proceedings were held:
Motion by Doug Wall Construction Inc. Re joinder to motion to
transfer/consolidate is called for hearing.
After issuance of tentative ruling oral argument(s) was requested.
Counsel Argue.
Court makes the following orders:
Tentative Ruling shall become the Ruling of the Court.
Motion Granted
The court cannot resolve RIC1905743 without resolving the related
cases.
-
The cases involve common questions of law and fact because each
seeks adjudication of a lien
on the same property and arising out of the same construction.
Although the consolidation might
increase costs for one party, consolidation will avoid duplicative
and inconsistent rulings in the
related cases. Many of the cases involve the same parties.
-
Although this case is not the earliest filed of the related cases
(PSC190615 is), this case
should be the lead case because Plaintiff here has the largest
claim, the court has appointed a
receiver in this case, and this case is currently set for OSC on
deeming the matter complex.
Formal order signed in court.

PAGE: 91

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Notice to be given by moving party.
            Minute entry completed.

03/09/2020  Order to Consolidate PSC1906136; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Order to Consolidate PSC1906552; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Update party PSC1906015 EFFECTIVE 03/09/20

03/09/2020  Order to Consolidate PSC1906560; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Order to Consolidate PSC1909423; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Order to Consolidate PSC1907309; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Request for Entry of Default ONLY on the Complaint of HAJOCA
            CORPORATION as to BLAIR HEATING & AIR filed.

03/09/2020  Case Management Statement filed by HAJOCA CORPORATION

03/09/2020  Order to Consolidate PSC1907895; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Order to Consolidate PSC1906579; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Assign to Legal Research Attorney: JE

03/09/2020  Order to Consolidate PSC1908245; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Amended order granting notice of motion to transfer filed; Honorable
            Judge Lucky

03/09/2020  Order granting notice of motion and motion to transfer; Honorable
            Judge Lucky

03/09/2020  Order to Consolidate PSC1906241; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Order to Consolidate PSC1907262; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

03/09/2020  Order to Consolidate PSC1907155; RIC1905743 designated as Master
            File; Honorable Judge L. Jackson Lucky IV .

EXHIBIT 3, PAGE 154

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/09/2020 | Order to Consolidate PSC1906015; RIC1905743 designated as Master File; Honorable Judge L. Jackson Lucky IV . |
| 03/09/2020 | Update (complaint) Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 03/09/2020 | Order to Consolidate PSC1909367; RIC1905743 designated as Master File; Honorable Judge L. Jackson Lucky IV . |
| 03/10/2020 | Stipulation and Order Fee Paid by GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC |
| 03/10/2020 | eSubmit Fee by GLENROY COACHELLA LLC, FORCE RUBIN, FORCE RUBIN 2 |
| 03/10/2020 | Received: STIP TO SET ASIDE DEFAULT; PROPOSED ORDER |
| 03/10/2020 | System Generated Notice re: Clerk's Certificate of Mailing. |
| 03/10/2020 | eSubmit Fee by DEFENDANT |
| 03/10/2020 | Declaration of CHRISTOPHER FROST ISO DEFT'S JOINDER TO PLTF'S OPPO TO DEFT'S MTN filed |
| 03/10/2020 | Joinder to PLTF'S OPPO TO MTN FOR ORDER filed by GARY STIFFELMAN. (General Motion/Ex-parte) |
| 03/10/2020 | Received: Stip/Order For Srvc & To Extend Time to Answ Compl |
| 03/10/2020 | eSubmit Fee by Doug Wall Construction Inc |
| 03/10/2020 | Stipulation and Order Fee Paid by DOUG WALL CONSTRUCTION INC |
| 03/11/2020 | Declaration of CHRISTOPHER W BAYUK IN RESPONSE TO OSC filed |
| 03/11/2020 | eSubmit Fee by Stuart Rubin |
| 03/11/2020 | Reply to /in Support of Motion for Order Appointing a Referee and Staying Discovery in this Action by A STUART RUBIN filed |
| 03/11/2020 | Stip/Order For Srvc & To Extend Time to Answ Compl Forward to Department 10 |
| 03/11/2020 | Received: STIP ACKNOWLEDGING SERVICE AND SETTING TIME/ORDER |
| 03/11/2020 | eSubmit Fee by DEFENDANT JOSEPH RUBIN |
| 03/11/2020 | Stipulation and Order Fee Paid by JOSEPH RUBIN |
| 03/11/2020 | eSubmit Fee by plaintiff |
| 03/11/2020 | Notice of Ruling re: /on U.S. Real estate mtn to transfer/Consolidate filed |

EXHIBIT 3, PAGE 155

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/12/2020 | STIP TO SET ASIDE DEFAULT; PROPOSED ORDER Forward to Department 10 |
| 03/12/2020 | STIP ACKNOWLEDGING SERVICE AND SETTING TIME/ORDER Forward to Department 10 |
| 03/12/2020 | Received: Peremptory challenge (C.C.P. 170.6) |
| 03/12/2020 | Received: Peremptory Challenge (CCP 170.6) |
| 03/13/2020 | Legacy Minute Order: Nunc Pro Tunc Hearing |
| 03/13/2020 | Nunc Pro Tunc Hearing at 8:30 AM in Department 10 nullHonorable Judge L. Jackson Lucky IV , Presiding<br>Clerk: J. Alvarez<br>Court Reporter: None<br>The Court finds that the minute order dated 11/27/19 does not correctly/clearly reflect the Court order and orders it corrected Nunc Pro Tunc to reflect:<br>Strike: Joseph Rubin an Individual represented by/in Laurence Berman.<br>Add: A. Stuart Rubin an Individual represented by/in Laurence Berman<br>Notice to be given by clerk.<br>Notice sent to RAINES FELDM AN LLP on 3/13/20<br>Notice sent to SULMEYERKUPETZ on 3/13/20<br>Notice sent to BERMAN LITIGATION GROUP on 3/13/20<br>Notice sent to LAW OFFICES OF MARVIN H WEISS on 3/13/20<br>Notice sent to EISNER LLP on 3/13/20<br>Notice sent to ROVER ARMSTRONG on 3/13/20<br>Minute entry completed. |
| 03/13/2020 | Stipulation and Order for service and to extend time to answer complaint is Granted ; Honorable Judge L. Jackson Lucky IV . |
| 03/13/2020 | Notice of Ruling re: U.S. REAL ESTATE mtn to transfer and consolidate filed |
| 03/13/2020 | Peremptory Challenge (C.C.P. 170.6) Forward to Department Document processing Senior/CSA III |
| 03/13/2020 | Motion to be Relieved as Counsel forGF INVESTMENT GROUP INC byPLUMTREE & ASSOCIATES filed (Form MC-051). |
| 03/13/2020 | Declaration in Support of Attorney's Motion to be Relieved as Counsel-Civil for GF INVESTMENT GROUP INC by PLUMTREE & ASSOCIATES filed |

PAGE: 94

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

03/13/2020  Declaration of A MARIA PLUMTREE RE OSC RE:SANCTIONS filed

03/13/2020  Proposed Order re: MOTION TO BE RELIEVED AS COUNSEL for hearing on
            04/17/20 submitted by GF INVESTMENT GROUP INC.

03/13/2020  Opposition to DEFT STUART RUBINS NOTICE OF MOTION TO QUASH by EDWIN
            W LESLIE filed

03/13/2020  CCP 170.6 Forward to Department 10

03/13/2020  Peremptory Challenge (CCP 170.6) Forward to Department DP CSAIII

03/13/2020  Opposition to MTC Further Answers to Form Interrogatories by STUART
            RUBIN filed

03/13/2020  Opposition to Outline of Requests and Responses in Dispute by STUART
            RUBIN filed

03/13/2020  Request for Judicial Notice in Support of Opposition to MTC Further
            Answers filed

03/13/2020  Nunc Pro Tunc Hearing Set for 3/13/20 at 8:30 in Dept. 10

03/13/2020  Declaration of L Berman ISO Opposition to Motion to Compel Further
            Answers to Form Interrogatories filed

03/13/2020  Declaration of S Rubin ISO Opposition ot Motion to Compel Further
            Answers to Form Interrogatories filed

03/13/2020  Proof of Service by Electronic Service of Opposition to MTC (see
            document list) on (see service list) with a service date of 03/13/20
            filed. (non-complaint)

03/13/2020  System Generated Notice re: Clerk's Certificate of Mailing.

03/16/2020  Case Management Statement filed by FERGUSON ENTERPRISES LLC

03/16/2020  170.6 CCP filed by JOSEPH RUBIN against Judge L. Jackson Lucky IV is
            granted.

03/16/2020  Case reassigned to Department 01 for all future proceedings.
            (Riverside)

03/16/2020  Stipulation and Order Setting Aside Default Entered filed by GLENROY
            COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC

03/16/2020  Stipulation to acknowledging service and setting time filed.

03/16/2020  Order setting time for defendant Joseph Rubin Granted; Honorable
            Judge L. Jackson Lucky IV .

03/16/2020  Request for Dismissal Without Prejudice on the Consolidated

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Complaint of T.L.R. ENTERPRISES INC as to DOUG WALL CONSTRUCTION INC, GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, QUONSET PARTNERS LLC, HUDSON INSURANCE COMPANY filed. |
| 03/16/2020 | --and request for dismissal of Does/Roes on Consolidated Complaint of T.L.R. ENTERPRISES INC -- |
| 03/17/2020 | PEREMPTORY CHALLENGE CCP 170.6 Received and Forwarded to Dept. CIVIL SENIOR |
| 03/17/2020 | 170.6 CCP filed by U.S. REAL ESTATE CREDIT HOLDINGS III A LP against Judge Craig G. Riemer is granted. |
| 03/18/2020 | Case Re-Assigned to Department 06 for Case Management Purposes. |
| 03/18/2020 | Case Re-Assigned to Department 07 for Case Management Purposes. |
| 03/18/2020 | Hearing Reserved for: MOTION TO APPOINT REFEREE - RES99698 |
| 03/18/2020 | Legacy Minute Order: Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN |
| 03/18/2020 | Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN at 8:30 AM in Department 7 nullHonorable Judge Craig G. Riemer, Presiding<br>Clerk: K. Kandt<br>Court Reporter: D. Andrews<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP Represented by/in Nathaniel Carle via Court Call<br>GARY STIFFELMAN Represented by/in Katherine Pierucci via Court Call<br>A STUART RUBIN Represented by/in Laurence Berman via Court Call<br>AL MILLER & SONS ROOFING CO INC Represented by/in Garrett Heckman via Court Call<br>The Court notes a Peremptory Challenge was filed on 3-17-20.<br>170.6 CCP as to Judge Craig G. Riemer is granted.<br>Case reassigned to Honorable Judge Randall S Stamen in Department 07 for all purposes.<br>Notice sent to RAINES FELDM AN LLP on 3/18/20<br>Notice sent to SULMEYERKUPETZ on 3/18/20<br>Notice sent to BERMAN LITIGATION GROUP on 3/18/20<br>Notice sent to LAW OFFICES OF MARVIN H WEISS on 3/18/20<br>Notice sent to EISNER LLP on 3/18/20<br>Notice sent to ROVER ARMSTRONG on 3/18/20<br>Hearing Continued (Not Held) to 03/25/20 at 8:30 in Department 07. |

EXHIBIT 3, PAGE 158

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Reason for continuance: 170.6 ccp
            Notice to be given by Plaintiff
            Minute entry completed.

03/18/2020  Legacy Minute Order: Hearing re: Motion to/for ORDER APPOINTING A
            REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN

03/18/2020  Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING
            DISCOVERY IN THIS ACTION by A STUART RUBIN at 8:30 AM in Department
            10 nullHearing Continued (Not Held) to 03/18/20 at 8:30 in
            Department 01.
            Reason for continuance: per order signed on 03/16/20

03/18/2020  Hearing set 3/18/20 at 8:30 in Department 01 - RESCHEDULED TO:

03/18/2020  Hearing set 3/18/20 at 8:30 in Department 07

03/18/2020  Hearing Reserved set 3/25/20 at 8:30 in Dept. 10 - RESCHEDULED TO:

03/18/2020  Hearing Reserved set 3/25/20 at 8:30 in Dept. 07

03/18/2020  Hearing set 3/26/20 at 8:30 in Department 01 - RESCHEDULED TO:

03/18/2020  Hearing set 3/26/20 at 8:30 in Department 07

03/18/2020  Hearing set 3/26/20 at 8:30 in Department 01 - RESCHEDULED TO:

03/18/2020  Hearing set 3/26/20 at 8:30 in Department 07

03/18/2020  Hearing on Demurrer set for 4/07/20 at 8:30 in Dept 01 - RESCHEDULED
            TO:

03/18/2020  Hearing on Demurrer set for 4/07/20 at 8:30 in Dept 07

03/18/2020  Hearing on Order to Show Cause set 5/20/20, @ 8:30 in Dept 01 -
            RESCHEDULED TO:.

03/18/2020  Hearing on Order to Show Cause set 5/20/20, @ 8:30 in Dept 07.

03/18/2020  Case Management Conference set 5/20/20 @ 8:30 in 01 - RESCHEDULED
            TO:.

03/18/2020  Case Management Conference set 5/20/20 @ 8:30 in 07.

03/18/2020  System Generated Notice re: RE-ASSIGNMENT TO DEPARTMENT FOR ALL
            PURPOSES.

PAGE: 97

EXHIBIT 3, PAGE 159

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/18/2020 | Assign to Legal Research Attorney: JK |
| 03/18/2020 | Motion Hearing Reservation MTN TO COMPEL set for 03/25/20 at 8:30 is Vacated (Moving Papers not filed). |
| 03/20/2020 | System Generated Notice re: /OF CONTINUANCE. |
| 03/20/2020 | System Generated Notice re: /OF CONTINUANCE. |
| 03/23/2020 | System Generated Notice re: NOTICE OF CONTINUANCE. |
| 03/23/2020 | System Generated Notice re: NOTICE OF CONTINUANCE. |
| 03/23/2020 | System Generated Notice re: NOTICE OF CONTINUANCE. |
| 03/23/2020 | System Generated Notice re: NOTICE OF CONTINUANCE. |
| 03/24/2020 | System Generated Notice re: NOTICE OF CONTINUANCE. |
| 03/25/2020 | Hearing Reserved for: MOTION TO COMPEL ALL DISCOVERY MATTERS - RES100309 |
| 03/25/2020 | Hearing Reserved for Demurrer on MOTION FOR DEMURRER - RES100366. |
| 03/25/2020 | Legacy Minute Order: Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN |
| 03/25/2020 | Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN at 8:30 AM in Department 7 nullPursuant to the Administrative Order 2020-7 dated March 16, 2020, the hearing set 03/25/20 continued (Not Held) to 06/03/20 at 8:30 in Department 07.<br>Notice sent to RAINES FELDM AN LLP on 3/23/20<br>Notice sent to SULMEYERKUPETZ on 3/23/20<br>Notice sent to BERMAN LITIGATION GROUP on 3/23/20<br>Notice sent to LAW OFFICES OF MARVIN H WEISS on 3/23/20<br>Notice sent to EISNER LLP on 3/23/20<br>Notice sent to ROVER ARMSTRONG on 3/23/20 |
| 03/25/2020 | Legacy Minute Order: Hearing re: Demurrer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN |
| 03/25/2020 | Hearing re: Demurrer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN at 8:30 AM in Department 10 nullHearing Continued (Not Held) to 04/07/20 at 8:30 in Department 10. |

PAGE: 98

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Reason for continuance: Stipulation filed 03/05/20

03/25/2020  Hearing Reserved set 06/18/20 at 8:30 in Dept. 07 - RES101288

03/25/2020  Court Reporter Hearing Fee for one hour or less Paid by ross,
            Defendant Stuart Rubin in the amount of $30.00; for hearing reserved
            for MOTION FOR ORDER COMPELLING ARBITRATION on 06/18/2020.

03/25/2020  On-line Motion Reserved on behalf of Cross-Defendant Stuart Rubin.

03/25/2020  System Generated Notice re: /OF DEPT RE-ASSIGNMENT FOR ALL PURPOSES.

03/26/2020  Hearing Reserved for: MOTION TO QUASH RECEIVER'S SUBPOENAS -
            RES100358

03/26/2020  Hearing Reserved for: MOTION TO COMPEL ALL DISCOVERY MATTERS -
            RES100483

03/26/2020  Legacy Minute Order: Hearing re: Motion to/for Quash Subpoenas
            Issued by Receiver by A STUART RUBIN

03/26/2020  Hearing re: Motion to/for Quash Subpoenas Issued by Receiver by A
            STUART RUBIN at 8:30 AM in Department 7 nullPursuant to the
            Administrative Order 2020-7 dated March 16, 2020, the hearing set
            03/26/20 continued (Not Held) to 06/03/20 at 8:30 in Department 07.
            Notice sent to RAINES FELDM AN LLP on 3/24/20
            Notice sent to SULMEYERKUPETZ on 3/24/20
            Notice sent to BERMAN LITIGATION GROUP on 3/24/20
            Notice sent to LAW OFFICES OF MARVIN H WEISS on 3/24/20
            Notice sent to EISNER LLP on 3/24/20
            Notice sent to ROVER ARMSTRONG on 3/24/20

03/26/2020  Legacy Minute Order: Hearing re: Motion to/for compel futher answers
            to form interrog., special interrogatories, by GARY STIFFELMAN

03/26/2020  Hearing re: Motion to/for compel futher answers to form interrog.,
            special interrogatories, by GARY STIFFELMAN at 8:30 AM in Department
            7 nullPursuant to the Administrative Order 2020-7 dated March 16,
            2020, the hearing set 03/26/20 continued (Not Held) to 06/03/20 at
            8:30 in Department 07.
            Notice sent to RAINES FELDM AN LLP on 3/24/20
            Notice sent to SULMEYERKUPETZ on 3/24/20
            Notice sent to BERMAN LITIGATION GROUP on 3/24/20

EXHIBIT 3, PAGE 161

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Notice sent to LAW OFFICES OF MARVIN H WEISS on 3/24/20
            Notice sent to EISNER LLP on 3/24/20
            Notice sent to ROVER ARMSTRONG on 3/24/20

03/26/2020  Legacy Minute Order: Hearing re: Motion to/for Quash Subpoenas
            Issued by Receiver by A STUART RUBIN

03/26/2020  Hearing re: Motion to/for Quash Subpoenas Issued by Receiver by A
            STUART RUBIN at 8:30 AM in Department 10 nullHearing Continued (Not
            Held) to 03/26/20 at 8:30 in Department 01.
            Reason for continuance: per order signed on 03/16/20

03/26/2020  Legacy Minute Order: Hearing re: Motion to/for compel futher answers
            to form interrog., special interrogatories, by GARY STIFFELMAN

03/26/2020  Hearing re: Motion to/for compel futher answers to form interrog.,
            special interrogatories, by GARY STIFFELMAN at 8:30 AM in Department
            10 nullHearing Continued (Not Held) to 03/26/20 at 8:30 in
            Department 01.
            Reason for continuance: per order signed on 03/16/20

03/26/2020  HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is ordered to appear and
            show cause, if any, why sanctions not to exceed $1500.00 or
            Dismissal should not be imposed for failure to timely request entry
            of default. at 8:30 AM in Department 1 nullHearing Continued (Not
            Held) to 04/20/20 at 8:30 in Department 01.
            Reason for continuance: see Court's 3/10/20 minutes

03/26/2020  Legacy Minute Order: HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is
            ordered to appear and show cause, if any, why sanctions not to
            exceed $1500.00 or Dismissal should not be imposed for failure to
            timely request entry of default.

03/26/2020  Legacy Minute Order: Case Management Conference Hearing

03/26/2020  Case Management Conference Hearing at 8:30 AM in Department 1
            nullHearing Continued (Not Held) to 04/20/20 at 8:30 in Department
            01.
            Reason for continuance: see court's 3/10/20 minutes

PAGE: 100

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/26/2020 | Legacy Minute Order: HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to file a timely Case Management Statement. |
| 03/26/2020 | HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to file a timely Case Management Statement. at 8:30 AM in Department 1 nullHearing Continued (Not Held) to 04/20/20 at 8:30 in Department 01. Reason for continuance: see 3/10/20 minutes |
| 03/26/2020 | System Generated Notice re: /OF DEPT RE-ASSIGNMENT FOR ALL PURPOSES. |
| 03/26/2020 | System Generated Notice re: /of Department Re-Assignment for all Purposes. |
| 03/26/2020 | System Generated Notice re: NTC OF DEPARTMENT RE-ASSIGNMENT. |
| 04/03/2020 | System Generated Notice re: CLERK'S CERTIFICATE OF MAILING. |
| 04/03/2020 | Hearing Reserved for Motion for Summary Judgment set 06/24/20 at 8:30 in Department 07 - RES101463. |
| 04/03/2020 | Court Reporter Hearing Fee for one hour or less Paid by Plaintiff in the amount of $30.00; for hearing reserved for MOTION FOR SUMMARY JUDGMENT on 06/24/2020. |
| 04/03/2020 | On-line Motion Reserved on behalf of Plaintiff. |
| 04/03/2020 | Court on its Own Motion: 4/03/20 8:00 07 |
| 04/06/2020 | System Generated Notice re: Clerk's Certificate of Mailing of Minute Order Dated 04/03/20. |
| 04/06/2020 | System Generated Notice re: OSC WHY SANCTIONS SHOULD NOT BE IMPOSED AS TO PLAINTIFF RE: FAILURE TO FILE PROOF OF SERVICE. |
| 04/06/2020 | System Generated Notice re: OSC WHY SANCTIONS SHOULD NOT BE IMPOSED AS TO PLAINTIFF RE: FAILURE TO REQUEST ENTRY OF DEFAULT. |
| 04/06/2020 | System Generated Notice re: OSC WHY SANCTIONS SHOULD NOT BE IMPOSED AS TO XCOMPLAINANT RE: FAILURE TO FILE PROOF OF SERVICE. |
| 04/06/2020 | System Generated Notice re: OSC WHY SANCTIONS SHOULD NOT BE IMPOSED AS TO XCOMPLAINANT RE:REQUEST ENTRY OF DEFAULT. |

EXHIBIT 3, PAGE 163

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

04/06/2020  System Generated Notice re: CLERK'S CERTIFICATE OF MAILING.

04/06/2020  Minute Order: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

04/07/2020  Legacy Minute Order: Hearing re: Demurrer to Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN

04/07/2020  Hearing re: Demurrer to Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP by GARY STIFFELMAN at 8:30 AM in Department 7
            nullHearing Continued (Not Held) to 06/18/20 at 8:30 in Department
            07.
            Reason for continuance: Per minute order dated 04/03/20

04/07/2020  Legacy Minute Order: Hearing re: Demurrer to Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN

04/07/2020  Hearing re: Demurrer to Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP by GARY STIFFELMAN at 8:30 AM in Department 10
            nullHearing Continued (Not Held) to 04/07/20 at 8:30 in Department
            01.
            Reason for continuance: per order signed on 03/16/20

04/08/2020  Minute Order re: CONTINUANCE OF 4/17 MTN TO BE RELIEVED AS COUNSEL

04/16/2020  Legacy Minute Order: Ex Parte Hearing re TEMPORARY RESTRAINING
            ORDER.

04/16/2020  Ex Parte Hearing re TEMPORARY RESTRAINING ORDER. at 8:30 AM in
            Department 32 nullHonorable Judge Chad W. Firetag, Presiding
            Clerk: R. Gonzalez
            Court Reporter: None
            Court rules on this matter without a hearing.
            Court has read and considered the Exparte Application and supporting
            documents.
            Exparte Application for a Temporary Restraining Order is denied.
            Court indicates that there is no exigent cirmumstances warranting
            immediate relief
            Notice to be given by clerk.
            Notice sent to RAINES FELDM AN LLP on 4/16/20
            Notice sent to SULMEYERKUPETZ on 4/16/20
            Notice sent to BERMAN LITIGATION GROUP on 4/16/20

PAGE: 102

EXHIBIT 3, PAGE 164

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Notice sent to LAW OFFICES OF MARVIN H WEISS on 4/16/20
            Notice sent to EISNER LLP on 4/16/20
            Notice sent to BAAKE LAW LLC on 4/16/20
            Notice sent to ROVER ARMSTRONG on 4/16/20

04/16/2020  SUPPLEMENTAL DECLARATION OF JOSEPH RUBIN ISO EX PARTE APPLICATION
            FOR ENTRY OF TRO filed

04/16/2020  Ex Parte Application to/for ENTRY OF TEMPORARY RESTRAINING ORDER by
            JOSEPH RUBIN filed

04/16/2020  Ex Parte Hearing set on 4/17/20 at 8:30 in Dept 32

04/16/2020  On Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to
            JOSEPH RUBIN Attorney BAAKE LAW LLC added.

04/16/2020  Declaration of JOSEPH RUBIN ISO EX PARTE APPLICATION FOR TEMPORARY
            RESTRAINING ORDER filed

04/16/2020  Declaration of DAVID R BAAKE ISO EX PARTE APPLICATION FOR ENTRY OF
            TEMPORARY RESTRAINING ORDER filed

04/16/2020  Proof of Service by Electronic Service of SEE DOCUMENT LIST on SEE
            SERVICE LIST with a service date of 04/16/20 filed. (non-complaint)

04/16/2020  Proposed Order re: TEMPORARY RESTRAINING ORDER for hearing on
            04/17/20 submitted by JOSEPH RUBIN.

04/16/2020  Court Reporter Fee (Under One Hour) paid by DEFENDANT JOSEPH RUBIN
            for hearing 04/17/20.

04/16/2020  System Generated Notice re: CLERK'S CERTIFICATE OF MAILING.

04/17/2020  Legacy Minute Order: Ex Parte Hearing re TEMPORARY RESTRAINING
            ORDER.

04/17/2020  Ex Parte Hearing re TEMPORARY RESTRAINING ORDER. at 8:30 AM in
            Department 32 nullHearing Continued (Not Held) to 04/16/20 at 8:30
            in Department 32.
            Reason for continuance: RULED ON WITHOUT A HEARING

04/17/2020  System Generated Notice re: Clerk's Certificate of Mailing of Minute
            Order Dated 04/17/20.

04/20/2020  HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is ordered to appear and
            show cause, if any, why sanctions not to exceed $1500.00 or
            Dismissal should not be imposed for failure to timely request entry

PAGE: 103

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
|      | of default. at 8:30 AM in Department 1 nullHearing off calendar, reason: Per minute order dated 04/17/20. |
| 04/20/2020 | Legacy Minute Order: HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to timely request entry of default. |
| 04/20/2020 | HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to file a timely Case Management Statement. at 8:30 AM in Department 1 nullHearing off calendar, reason: Per minute order dated 04/17/20. |
| 04/20/2020 | Legacy Minute Order: HAJOCA CORPORATION/BAYUK & ASSOCIATES INC is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to file a timely Case Management Statement. |
| 04/20/2020 | Case Management Conference Hearing |
| 04/22/2020 | System Generated Notice re: CLERK'S CERTIFICATE OF MAILING. |
| 04/22/2020 | Minute Order re: CONTINUANCE OF TRIAL SETTING CONFERENCE |
| 04/27/2020 | Pursuant to General Order 2020-15 dated April 22, 2020, re: Civil Division Emergency Reorganization, thehearing set for 06/18/20 at8:30 is vacated. |
| 04/27/2020 | Pursuant to General Order 2020-15 dated April 22, 2020, re: Civil Division Emergency Reorganization, thehearing set for 06/18/20 at8:30 is vacated. |
| 04/28/2020 | Pursuant to General Order 2020-15 dated April 22, 2020, re: Civil Division Emergency Reorganization, thehearing set for 06/24/20 at8:30 is vacated. |
| 04/29/2020 | Pursuant to General Order 2020-15 dated April 22, 2020, re: Civil Division Emergency Reorganization, thehearing set for 06/18/20 at8:30 is vacated. |
| 04/29/2020 | Pursuant to General Order 2020-15 dated April 22, 2020, re: Civil Division Emergency Reorganization, thehearing set for 06/18/20 at8:30 is vacated. |

EXHIBIT 3, PAGE 166

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 05/01/2020 | ** VOID ** On-line Motion Reservation Fee |
| 05/01/2020 | ** VOID ** eSubmit Fee |
| 05/01/2020 | ** VOID ** On-line Motion Reservation Fee |
| 05/01/2020 | ** VOID ** eSubmit Fee |
| 05/01/2020 | ** VOID ** Court Reporter Fee Under 1 Hour GC 680 |
| 05/01/2020 | ** VOID ** On-line Motion Reservation Fee |
| 05/01/2020 | ** VOID ** eSubmit Fee |
| 05/07/2020 | Objections to Receiver's February 2020 Financial Report by ELLIOT LANDER filed |
| 05/07/2020 | Hearing Reserved set 06/08/20 at 8:30 in Dept. 07 - RES101879 |
| 05/07/2020 | Court Reporter Hearing Fee for one hour or less Paid by La Jolla Dreams in the amount of $30.00; for hearing reserved for MOTION TO INTERVENE on 06/08/2020. |
| 05/07/2020 | On-line Motion Reserved on behalf of La Jolla Dreams. |
| 05/07/2020 | Hearing Reserved set 06/09/20 at 8:30 in Dept. 07 - RES101882 |
| 05/07/2020 | Court Reporter Hearing Fee for one hour or less Paid by La Jolla Dreams in the amount of $30.00; for hearing reserved for MOTION TO ISSUE RECEIVER'S CERTIFICATE on 06/09/2020. |
| 05/07/2020 | On-line Motion Reserved on behalf of La Jolla Dreams. |
| 05/07/2020 | Hearing Reserved set 06/09/20 at 8:30 in Dept. 07 - RES101884 |
| 05/07/2020 | On-line Motion Reserved on behalf of La Jolla Dreams. |
| 05/07/2020 | Pursuant to General Order 2020-17 dated April 27, 2020 authorized pursuant to California Rules of Court, Rule 10.603, the Order to Show Cause hearing set for 06/03/20 at 8:30 is hereby discharged. |
| 05/07/2020 | Pursuant to General Order 2020-17 dated April 27, 2020 authorized pursuant to California Rules of Court, Rule 10.603, the Order to Show Cause hearing set for 06/03/20 at 8:30 is hereby discharged. |
| 05/07/2020 | Notice OF WITHDRAWAL OF MOTION TO BE RELIEVED AS COUNSEL by GF INVESTMENT GROUP INC filed. |
| 05/08/2020 | Minute Order re: CONTINUANCE OF OSC RE DISMISSAL |
| 05/08/2020 | System Generated Notice re: CLERK'S CERTIFICATE OF MAILING. |

EXHIBIT 3, PAGE 167

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 05/12/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES101879 for hearing reserved on 06/08/20. |
| 05/12/2020 | Court Reporter Fee (Under One Hour) paid by DEFT for hearing 06/08/20. |
| 05/12/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES101882 for hearing reserved on 06/09/20. |
| 05/12/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES101884 for hearing reserved on 06/09/20. |
| 05/12/2020 | Stipulation TO SET ASIDE DEFAULT OF DEF BLAIR AIR; Honorable Judge Craig G. Riemer - filed. |
| 05/12/2020 | Court Reporter Fee (Under One Hour) paid by DEFT for hearing 06/08/20. |
| 05/13/2020 | Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP updated to add LA JOLLA DREAMS LLC as REAL PARTY IN INTEREST |
| 05/13/2020 | Motion Hearing Reservation re: MOTION FOR AN ORDER set for 06/09/20 at 8:30 is Confirmed. |
| 05/13/2020 | Motion to/for AN ORDER AUTHORIZING THE ISSUANCE OF RECEIVER'S SUPPLEMENTAL CERTIFICATE OF INDEBTEDNESS by LA JOLLA DREAMS LLC filed |
| 05/13/2020 | Hearing set 6/09/20 at 8:30 in Department 07 |
| 05/13/2020 | Proposed Order re: AUTHORIZING THE ISSUANCE OF RECEIVERS SUPP CERT for hearing on 06/09/20 submitted by LA JOLLA DREAMS LLC. |
| 05/13/2020 | Declaration of ERIC EVERETT HAWES ISO MOTIONS OF INTERESTED PARTY TO INTERVENE filed |
| 05/13/2020 | Request for Judicial Notice filed by LA JOLLA DREAMS LLC. |
| 05/13/2020 | Motion Hearing Reservation re: MOTION TO FILE COMPLAINT set for 06/09/20 at 8:30 is Confirmed. |
| 05/13/2020 | Motion to/for FILE COMPLAINT IN INTERVENTION by LA JOLLA DREAMS LLC filed |
| 05/13/2020 | Hearing set 6/09/20 at 8:30 in Department 07 |
| 05/13/2020 | Proposed Order re: GRANTING MOTION TO INTERVENE for hearing on 06/09/20 submitted by LA JOLLA DREAMS LLC. |
| 05/13/2020 | Proposed Order re: /PROPOSED COMPLAINT IN INTERVENTION for hearing on 06/09/20 submitted by LA JOLLA DREAMS LLC. |

PAGE: 106

EXHIBIT 3, PAGE 168

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

05/18/2020 System Generated Notice re: CLERK'S CERTIFICATE OF MAILING.

05/18/2020 Minute Order: ON COURTS OWN MOTION

05/18/2020 Notice of Telephonic Appearance for Hearing re: OSC Why Matter
           Should not be Deemed as Complex on 06/03/20 at 8:30 in Department 6.

05/18/2020 Minute Order re: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

05/18/2020 Notice of Telephonic Appearance for Hearing re: Motion for an Order
           Authorizing the Issuance on 06/09/20 at 8:30 in Department 7.

05/18/2020 On Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to LA
           JOLLA DREAMS LLC Attorney LAW OFFICE OF ERIC EVERETT HAWES added.

05/18/2020 Notice of Telephonic Appearance for Hearing re: MOTION TO FILE
           COMPLAINT IN INTERVENTION on 06/09/20 at 8:30 in Department 7.

05/18/2020 System Generated Notice re: CLERK'S CERTIFICATE OF MAILING.

05/19/2020 System Generated Notice re: CLERK'S CERTIFICATE OF MAILING.

05/19/2020 System Generated Notice re: Clerk's Certificate of Mailing.

05/20/2020 Legacy Minute Order: Case Management Conference Hearing (No addt'l
           notice)

05/20/2020 Case Management Conference Hearing (No addt'l notice) at 8:30 AM in
           Department 1 nullHearing Continued (Not Held) to 05/20/20 at 8:30 in
           Department 10.
           Reason for continuance: Direct Calendar Reassignment.

05/20/2020 Legacy Minute Order: Order to Show Cause re: Why Matter Should not
           be Deemed as Complex as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP

05/20/2020 Order to Show Cause re: Why Matter Should not be Deemed as Complex
           as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in
           Department 6 nullNotice sent to RAINES FELDM AN LLP on 11/22/19
           Hearing Continued (Not Held) to 05/20/20 at 8:30 in Department 01.
           Reason for continuance: per order signed on 03/16/20

05/20/2020 Legacy Minute Order: Order to Show Cause re: Why Matter Should not
           be Deemed as Complex as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP

PAGE: 107

EXHIBIT 3, PAGE 169

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 05/20/2020 | Order to Show Cause re: Why Matter Should not be Deemed as Complex as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 06/03/20 at 8:30 in Department 06.<br>Reason for continuance: Per minute order dated 04/03/20 |
| 05/20/2020 | Legacy Minute Order: Case Management Conference Hearing (No addt'l notice) |
| 05/20/2020 | Case Management Conference Hearing (No addt'l notice) at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 06/18/20 at 8:30 in Department 07.<br>Reason for continuance: Per minute order dated 04/03/20 |
| 05/20/2020 | Legacy Minute Order: Case Management Conference Hearing (No addt'l notice) |
| 05/20/2020 | Case Management Conference Hearing (No addt'l notice) at 8:30 AM in Department 10 nullHearing Continued (Not Held) to 05/20/20 at 8:30 in Department 01.<br>Reason for continuance: per order signed on 03/16/20 |
| 05/20/2020 | Notice of Telephonic Appearance for Hearing re: Motion for Order Authorizing Issuance on 06/09/20 at 8:30 in Department 7. |
| 05/20/2020 | Minute Order: CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| 05/21/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 05/26/2020 | System Generated Notice re: CLERK'S CERTIFICATE OF MAILING. |
| 05/27/2020 | System Generated Notice re: CLERK'S CERTIFICATE OF MAILING. |
| 05/28/2020 | Court on its Own Motion: 5/28/20 8:00 07 |
| 05/28/2020 | System Generated Notice re: Clerk's Certificate of Mailing. |
| 06/01/2020 | Received: OBJECTIONS TO RECEIVER'S MARCH 2020 REPORT |
| 06/01/2020 | Case Management Statement filed by DESERT PALMS ELECTRIC INC |
| 06/01/2020 | Notice OF CASE CONSLIDATION CASE MANAGEMENT CONFERENCE FOR CONSOLIDATION by ALL PHASE DRYWALL & DEVLOPMENT INC filed. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 06/01/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to BLAIR AIR INC with receipt date of 04/15/20 |
| 06/01/2020 | Case Management Statement filed by FERGUSON ENTERPRISES LLC |
| 06/01/2020 | Notice of Ruling re: HEARING ON 03/11/20 filed |
| 06/01/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to QUONSET PARTNERS LLC; mailing date of 04/22/20 filed. |
| 06/01/2020 | Proof of Service on the Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC served on FORCE RUBIN LLC with service date of 04/22/20 filed.(Personal Service) |
| 06/01/2020 | Proof of Service on the Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC served on FORCE RUBIN 2 LLC with service date of 04/22/20 filed.(Personal Service) |
| 06/01/2020 | Notice OF APPEARANCE by GARY STIFFELMAN filed. |
| 06/01/2020 | Notice OF REASSIGNMENT AND NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE by ALL PHASE DRYWALL & DEVLOPMENT INC filed. |
| 06/01/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to COACHELLA RESORT LLC; mailing date of 04/22/20 filed. |
| 06/01/2020 | Case Management Statement filed by ALL PHASE DRYWALL & DEVLOPMENT INC |
| 06/01/2020 | Case Management Statement filed by AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TANDEM WEST GLASS INC |
| 06/01/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP with receipt date of 02/27/20 |
| 06/01/2020 | Proof of Service on the Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC served on GF INVESTMENT GROUP INC with service date of 04/23/20 filed.(Personal Service) |
| 06/01/2020 | Notice of Related Case/Cases RIC1905743. |
| 06/01/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |

PAGE: 109

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/01/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of AL MILLER & SONS ROOFING CO INC as to GLENROY COACHELLA LLC with receipt date of 01/21/20 |
| 06/01/2020 | Case Management Statement filed by AL MILLER & SONS ROOFING CO INC |
| 06/01/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 06/01/2020 | Answer to Consolidated Complaint of AL MILLER & SONS ROOFING CO INC by QUONSET PARTNERS LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 06/01/2020 | Case Management Statement filed by TANDEM WEST GLASS INC |
| 06/01/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 06/01/2020 | Case Management Statement filed by THE SHERWIN-WILLIAMS COMPANY |
| 06/01/2020 | First Paper Fee previously paid by Defendant(s) QUONSET PARTNERS LLC in amount of $450.00 |
| 06/01/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by JOSEPH RUBIN represented by BAAKE LAW LLC filed. (Over $25,000.00) |
| 06/01/2020 | Proof of Service by Electronic Service of Answer to Complaint by Joseph Rubin on (see service list) with a service date of 04/06/20 filed. (non-complaint) |
| 06/01/2020 | Case Management Statement filed by MASCORRO CONCRETE CONSTRUCTION INC |
| 06/01/2020 | Notice and Acknowledgment of Receipt of Consolidated Cross-Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to DOUG WALL CONSTRUCTION INC with receipt date of 04/22/20 |
| 06/01/2020 | Case Management Statement filed by TEMALPAKH INC |
| 06/01/2020 | Received: RECEIVER'S MARCH 2020 FINANCIAL REPORT TO PARTIES |
| 06/01/2020 | Case Management Statement filed by AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TANDEM WEST GLASS INC |
| 06/01/2020 | Case Management Statement filed by ALL PHASE DRYWALL & DEVLOPMENT INC |
| 06/01/2020 | Proof of Service (Sub-Served and Mailed) on Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to LA HACIENDA NURSEY & LANDSCAPE INC; mailing date of 04/15/20 filed. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/01/2020 | Amended Case Management Statement filed by DOUG WALL CONSTRUCTION INC |
| 06/01/2020 | Case Management Statement filed by AL MILLER & SONS ROOFING CO INC |
| 06/01/2020 | Case Management Statement filed by APPLE J PLUMBING INC |
| 06/01/2020 | Case Management Statement filed by DESERT PALMS ELECTRIC INC |
| 06/01/2020 | Case Management Statement filed by MASCORRO CONCRETE CONSTRUCTION INC |
| 06/01/2020 | Case Management Statement filed by TANDEM WEST GLASS INC |
| 06/01/2020 | Case Management Statement filed by TEMALPAKH INC |
| 06/01/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC |
| 06/01/2020 | Authorization to Charge First Appearance Fee by JOSEPH RUBIN filed |
| 06/02/2020 | Notice OF WITHDRAWAL OF MOTION LA JOLLA DREAMS LLC TO FILE COMPLAINT IN INTERVENTION by LA JOLLA DREAMS LLC filed. |
| 06/02/2020 | Notice OF WITHDRAWAL OF MTN LA JOLLA DREAMS LLC FOR AN ORDER AUTHO THE ISSUANCE OF REC SUPPLEMENTAL by LA JOLLA DREAMS LLC filed. |
| 06/02/2020 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by LA HACIENDA NURSEY & LANDSCAPE INC represented by CUMMINS & WHITE LLP filed. (Over $25,000.00) |
| 06/03/2020 | Legacy Minute Order: Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN |
| 06/03/2020 | Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 06/18/20 at 8:30 in Department 07. Reason for continuance: Per minute order dated 04/03/20 |
| 06/03/2020 | Legacy Minute Order: Hearing re: Motion to/for Quash Subpoenas Issued by Receiver by A STUART RUBIN |
| 06/03/2020 | Hearing re: Motion to/for Quash Subpoenas Issued by Receiver by A STUART RUBIN at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 06/18/20 at 8:30 in Department 07. Reason for continuance: Per minute order dated 04/03/20 |

EXHIBIT 3, PAGE 173

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/03/2020 | Legacy Minute Order: Hearing re: Motion to/for compel futher answers to form interrog., special interrogatories, by GARY STIFFELMAN |
| 06/03/2020 | Hearing re: Motion to/for compel futher answers to form interrog., special interrogatories, by GARY STIFFELMAN at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 06/18/20 at 8:30 in Department 07.<br>Reason for continuance: Per minute order dated 04/03/20 |
| 06/03/2020 | Legacy Minute Order: Order to Show Cause re: Why Matter Should not be Deemed as Complex as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/03/2020 | Order to Show Cause re: Why Matter Should not be Deemed as Complex as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 6 nullHearing Continued (Not Held) to 07/16/20 at 8:30 in Department 06.<br>Reason for continuance: per court's own motion on 5/28/20 |
| 06/03/2020 | Legacy Minute Order: U.S. REAL ESTATE CREDIT HOLDINGS III A LP/RAINES FELDM AN LLP is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to file proof of service on all defendants CRC3.100(b)&(f). |
| 06/03/2020 | U.S. REAL ESTATE CREDIT HOLDINGS III A LP/RAINES FELDM AN LLP is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to file proof of service on all defendants CRC3.100(b)&(f). at 8:30 AM in Department 7 nullNotice sent to RAINES FELDM AN LLP on 4/03/20 Notice sent to SULMEYERKUPETZ on 4/03/20 |
| 06/03/2020 | Legacy Minute Order: U.S. REAL ESTATE CREDIT HOLDINGS III A LP/RAINES FELDM AN LLP is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to timely request entry of default. |
| 06/03/2020 | U.S. REAL ESTATE CREDIT HOLDINGS III A LP/RAINES FELDM AN LLP is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for failure to |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            timely request entry of default. at 8:30 AM in Department 7
            nullNotice sent to RAINES FELDM AN LLP on 4/06/20
            Notice sent to SULMEYERKUPETZ on 4/06/20

06/03/2020  Legacy Minute Order: GARY STIFFELMAN/EISNER LLP is ordered to appear
            and show cause, if any, why sanctions not to exceed $1500.00 or
            Dismissal should not be imposed for failure to timely file proof of
            service.

06/03/2020  GARY STIFFELMAN/EISNER LLP is ordered to appear and show cause, if
            any, why sanctions not to exceed $1500.00 or Dismissal should not be
            imposed for failure to timely file proof of service. at 8:30 AM in
            Department 7 nullNotice sent to EISNER LLP on 4/06/20

06/03/2020  Legacy Minute Order: GARY STIFFELMAN/EISNER LLP is ordered to appear
            and show cause, if any, why sanctions not to exceed $1500.00 or
            Dismissal should not be imposed for failure to timely request entry
            of default.

06/03/2020  GARY STIFFELMAN/EISNER LLP is ordered to appear and show cause, if
            any, why sanctions not to exceed $1500.00 or Dismissal should not be
            imposed for failure to timely request entry of default. at 8:30 AM
            in Department 7 nullNotice sent to EISNER LLP on 4/06/20

06/03/2020  Case Management Statement filed by All Phase Drywall & Development
            Inc.
06/03/2020  Case Management Statement filed by La Hacienda Nursery & Landscape
            Inc
06/03/2020  Case Management Statement filed by GARY STIFFELMAN

06/03/2020  Motion Hearing Reservation MTN TO INTERVENE set for 06/08/20 at 8:30
            is Vacated (Moving Papers not filed).
06/03/2020  POS Timely/Waived - Proof of service on motion to/for order
            authorizing the issuance of receivers on calendar 06/09/20 is
            timely/waived.
06/03/2020  POS Timely/Waived - Proof of service on motion to/for file complaint
            in intervention on calendar 06/09/20 is timely/waived.
06/04/2020  Case Management Statement by BLAIR AIR INC filed Untimely Pursuant

                                                              PAGE: 113

                                                    EXHIBIT 3, PAGE 175

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | to CRC 3.725. |
| 06/04/2020 | Case Management Statement by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed Untimely Pursuant to CRC 3.725. |
| 06/04/2020 | Case Management Statement by AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TANDEM WEST GLASS INC filed Untimely Pursuant to CRC 3.725. |
| 06/05/2020 | Case Management Statement by ELLIOT LANDER filed Untimely Pursuant to CRC 3.725. |
| 06/05/2020 | Case Management Statement by STUART RUBIN filed Untimely Pursuant to CRC 3.725. |
| 06/05/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. (Over $25,000.00) |
| 06/05/2020 | CROSS-COMPLAINT of DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed (SUPERIOR COURT) |
| 06/05/2020 | -- And Cross Complaint of DOUG WALL CONSTRUCTION INC (Cross-Complaint) served on U.S. REAL ESTATE CREDIT HOLDINGS III A LP and mailed on 06/05/20 -- |
| 06/08/2020 | ** VOID ** eSubmit Fee |
| 06/08/2020 | Hearing Reserved for: MOTION TO INTERVENE - RES101879 |
| 06/08/2020 | Notice of Court Ordered Mediation filed; Proposed Mediator MPF as Mediator Phillip Franklin. Mediation Completion date 09/21/20. |
| 06/08/2020 | Notice of Telephonic Appearance for Hearing re: Motion Order Authorizing Issuance and File Complai on 06/18/20 at 8:30 in Department 7. |
| 06/08/2020 | Filed: Tentative Rulings for June 9, 2020 Dept. 7 |
| 06/09/2020 | Hearing Reserved for: MOTION TO ISSUE RECEIVER'S CERTIFICATE - RES101882 |
| 06/09/2020 | Hearing Reserved for: MOTION TO INTERVENE - RES101884 |
| 06/09/2020 | Legacy Minute Order: Hearing re: Motion to/for AN ORDER AUTHORIZING THE ISSUANCE OF RECEIVER'S SUPPLEMENTAL CERTIFICATE OF INDEBTEDNESS by LA JOLLA DREAMS LLC |

EXHIBIT 3, PAGE 176

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/09/2020 | Hearing re: Motion to/for AN ORDER AUTHORIZING THE ISSUANCE OF RECEIVER'S SUPPLEMENTAL CERTIFICATE OF INDEBTEDNESS by LA JOLLA DREAMS LLC at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 06/18/20 at 8:30 in Department 07. Reason for continuance: Tentative Rulings for Dept. 7 filed 3/8/20 |
| 06/09/2020 | Legacy Minute Order: Hearing re: Motion to/for FILE COMPLAINT IN INTERVENTION by LA JOLLA DREAMS LLC |
| 06/09/2020 | Hearing re: Motion to/for FILE COMPLAINT IN INTERVENTION by LA JOLLA DREAMS LLC at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 06/18/20 at 8:30 in Department 07. Reason for continuance: Tentative Ruling for Dept. 7 filed 6/8/20 |
| 06/09/2020 | Supplemental Certificate of Indebtedness Number One filed. |
| 06/09/2020 | Notice OF ORDER TRANSFERRING AND CONSOLIDATING RELATED ACTIONS by LA HACIENDA NURSEY & LANDSCAPE INC filed. |
| 06/09/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 06/09/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 06/09/2020 | Case Management Statement by DOUG WALL CONSTRUCTION INC filed Untimely Pursuant to CRC 3.725. |
| 06/11/2020 | OBJECTIONS TO RECEIVERS APRIL 2020 FINANCIAL REPORT TO PARTIES & NOTICE OF INTENT TO PAY FILED |
| 06/12/2020 | Motion Hearing Reservation re: MOTION FOR ORDER APPOINTING REFEREE set for 07/13/20 at 8:30 is Confirmed. |
| 06/12/2020 | Motion to/for ORDER APPOINTING REFEREE AND STAYING DISCOVERY IN THE ACTION PENDING THE APPOINTMENT by A STUART RUBIN filed |
| 06/12/2020 | Hearing set 7/13/20 at 8:30 in Department 07 |
| 06/12/2020 | Proof of Service by Electronic Service of SEE DOCUMENTS LIST on SEE SERVICE LIST with a service date of 06/12/20 filed. (non-complaint) |
| 06/12/2020 | Proposed Order re: MTN FOR ORDER APPOINTING REFEREE for hearing on 07/13/20 submitted by A STUART RUBIN. |
| 06/12/2020 | Declaration of LAURENCE M BERMAN ISO MOTION FOR ORDER APPOINTING A REFEREE AND STAYING DISCOVERY filed |
| 06/12/2020 | Hearing Reserved set 07/13/20 at 8:30 in Dept. 07 - RES103084 |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/12/2020 | Court Reporter Hearing Fee for one hour or less Paid by Defendant Stuart Rubin in the amount of $30.00; for hearing reserved for MOTION TO APPOINT REFEREE on 07/13/2020. |
| 06/12/2020 | On-line Motion Reserved on behalf of Defendant Stuart Rubin. |
| 06/12/2020 | Proof of Service by Electronic Service on the Cross Complaint of STIFFELMAN served on JOSEPH RUBIN with service date of 06/12/20 filed |
| 06/15/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES103084 for hearing reserved on 07/13/20. |
| 06/15/2020 | Court Reporter Fee (Under One Hour) paid by STUART RUBIN for hearing 07/13/20. |
| 06/15/2020 | CASE MANAGEMENT STATEMENT FILED BY L&W SUPPLY CORPORATION DBA CALPLY |
| 06/15/2020 | Answer to Complaint of HAJOCA CORPORATION by BLAIR AIR INC represented by ROEMER & HARNIK LLP filed. (Over $25,000.00) |
| 06/15/2020 | Case Management Statement filed by THE SHERWIN-WILLIAMS COMPANY |
| 06/16/2020 | Answer to Consolidated Complaint of TANDEM WEST GLASS INC by QUONSET PARTNERS LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 06/16/2020 | Joinder to MOTION FOR APPOINTING A REFEREE AND STAYING filed by ELLIOT LANDER. (General Motion/Ex-parte) |
| 06/16/2020 | Hearing re: Joinder set on 7/13/20 at 8:30 in Department 07. |
| 06/16/2020 | Proposed Order re: ORDER GRANTING NOTICE OF JOINDER for hearing on 07/13/20 submitted by ELLIOT LANDER. |
| 06/16/2020 | Notice OF CORRECTED PROOF OF SERVICE REGARDING NOTICE OF WITHDRAWAL by LA JOLLA DREAMS LLC filed. |
| 06/16/2020 | Notice OF CORRECTED PROOF OF SERVICE REGARDING NOTICE OF WITHDRAWAL by LA JOLLA DREAMS LLC filed. |
| 06/17/2020 | Case Management Statement by GLENROY COACHELLA LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC filed Untimely Pursuant to CRC 3.725. |
| 06/17/2020 | Court on its Own Motion: 6/17/20 8:00 07 |
| 06/17/2020 | System Generated Notice re: Clerk's Certificate of Mailing. |
| 06/18/2020 | Hearing Reserved for: MOTION FOR ORDER COMPELLING ARBITRATION - RES101288 |

EXHIBIT 3, PAGE 178

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 06/18/2020 | Hearing re: Demurrer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN |
| 06/18/2020 | Hearing re: Motion to/for ORDER APPOINTING A REFEREE AND STAYING DISCOVERY IN THIS ACTION by A STUART RUBIN |
| 06/18/2020 | Hearing re: Motion to/for Quash Subpoenas Issued by Receiver by A STUART RUBIN |
| 06/18/2020 | Hearing re: Motion to/for compel futher answers to form interrog., special interrogatories, by GARY STIFFELMAN |
| 06/18/2020 | Legacy Minute Order: Hearing re: Motion to/for AN ORDER AUTHORIZING THE ISSUANCE OF RECEIVER'S SUPPLEMENTAL CERTIFICATE OF INDEBTEDNESS by LA JOLLA DREAMS LLC |
| 06/18/2020 | Hearing re: Motion to/for AN ORDER AUTHORIZING THE ISSUANCE OF RECEIVER'S SUPPLEMENTAL CERTIFICATE OF INDEBTEDNESS by LA JOLLA DREAMS LLC at 8:30 AM in Department 7 nullHearing ordered vacated, reason: per 6/2/20 withdrawal. |
| 06/18/2020 | Legacy Minute Order: Hearing re: Motion to/for FILE COMPLAINT IN INTERVENTION by LA JOLLA DREAMS LLC |
| 06/18/2020 | Hearing re: Motion to/for FILE COMPLAINT IN INTERVENTION by LA JOLLA DREAMS LLC at 8:30 AM in Department 7 nullHearing ordered vacated, reason: per 6/2/20 withdrawal. |
| 06/18/2020 | Legacy Minute Order: Case Management Conference Hearing (No addt'l notice) |
| 06/18/2020 | Case Management Conference Hearing (No addt'l notice) at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 08/13/20 at 8:30 in Department 07. Reason for continuance: minute order 6/17/20 |
| 06/18/2020 | Proof of Service on the 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY served on SOLID ROCK PAINTING CORPORATION with service date of 03/10/20 filed.(Personal Service) |
| 06/18/2020 | Hearing is set on 6/26/20 at 8:30 in Dept. 07 |

EXHIBIT 3, PAGE 179

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/18/2020 | Hearing is set on 6/26/20 at 8:30 in Dept. 07 |
| 06/18/2020 | Notice of Telephonic Appearance for Hearing re: OSC Re Dismissal for minor case PSC1906015 on 06/26/20 at 8:30 in Department 7. |
| 06/18/2020 | Notice of Telephonic Appearance for Hearing re: Completition of Arbitration on minor PSC1906015 on 06/26/20 at 8:30 in Department 7. |
| 06/18/2020 | Notice OF LIS PENDENS by ORCO BLOCK & HARDSCAPE filed. |
| 06/18/2020 | Proof of service by Mail of RECORDED NOTICE OF LIS PENDENS on GLENROY COACHELLA LLC with a mailing date of 02/19/20 filed. (non-complaint) |
| 06/18/2020 | Proposed Order re: GRANTING MOTION TO INTERVENE for hearing on 06/18/20 submitted by LA JOLLA DREAMS LLC. |
| 06/18/2020 | Proposed Order re: AUTHORIZING ISSUANCE OF RECEIVER'S SUPPLEMENTAL for hearing on 06/18/20 submitted by LA JOLLA DREAMS LLC. |
| 06/23/2020 | Court on its Own Motion: 6/23/20 8:00 07 |
| 06/23/2020 | System Generated Notice re: Clerk's Certificate of Mailing. |
| 06/24/2020 | Hearing Reserved for Motion for Summary Judgment. |
| 06/24/2020 | REGISTER OF ACTIONS ON PSC1906023 THROUGH 06/24/20 |
| 06/26/2020 | Legacy Minute Order: Hearing Re: Completion of Arbitration on minor case PSC1906015 |
| 06/26/2020 | Hearing Re: Completion of Arbitration on minor case PSC1906015 at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 08/13/20 at 8:30 in Department 07.<br>Reason for continuance: minute order 6/23/20 |
| 06/26/2020 | Legacy Minute Order: Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 |
| 06/26/2020 | Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 08/13/20 at 8:30 in Department 07.<br>Reason for continuance: minute order 6/23/20 |
| 06/26/2020 | Notice of court assigned mediator - MPF as Mediator Phillip Franklin |

EXHIBIT 3, PAGE 180

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/29/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 07/01/2020 | Answer to Consolidated Complaint of LA HACIENDA NURSEY & LANDSCAPE INC by GLENROY COACHELLA LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 07/01/2020 | Filed: RECEIVER'S FEBRUARY 2020 FINANCIAL REPORT |
| 07/02/2020 | Opposition to MTN FOR ORDER APPOINTING A REFEREE by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed |
| 07/07/2020 | Case Management Statement filed by GLENROY COACHELLA LLC, COACHELLA RESORT LLC, QUONSET PARTNERS LLC, FORCE-DMP LLC, FORCE RUBIN 2 LLC |
| 07/08/2020 | Declaration of MARC S HOMME IN RESPONSE TO OSC RE DISMISSAL FOR MINOR CASE PSC1906015 filed |
| 07/10/2020 | Hearing Reserved for Demurrer on 09/10/20 at 8:30 AM in Department 07 - RES199795. |
| 07/10/2020 | Court Reporter Hearing Fee for one hour or less Paid by  III, A, LP in the amount of $30.00; for hearing reserved for MOTION FOR DEMURRER on 09/10/2020. |
| 07/10/2020 | On-line Motion Reserved on behalf of U.S. Real Estate Credit Holdings III-A, LP. |
| 07/13/2020 | Hearing Reserved for: MOTION TO APPOINT REFEREE - RES103084 |
| 07/13/2020 | Legacy Minute Order: Hearing re: Motion to/for ORDER APPOINTING REFEREE AND STAYING DISCOVERY IN THE ACTION PENDING THE APPOINTMENT by A STUART RUBIN |
| 07/13/2020 | Hearing re: Motion to/for ORDER APPOINTING REFEREE AND STAYING DISCOVERY IN THE ACTION PENDING THE APPOINTMENT by A STUART RUBIN at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 08/13/20 at 8:30 in Department 07. Reason for continuance: minute order 6/23/20 |
| 07/13/2020 | Legacy Minute Order: Hearing re: Joinder to MOTION FOR APPOINTING A REFEREE AND STAYING by ELLIOT LANDER. |
| 07/13/2020 | Hearing re: Joinder to MOTION FOR APPOINTING A REFEREE AND STAYING by ELLIOT LANDER. at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 08/13/20 at 8:30 in Department 07. Reason for continuance: minute order 6/23/20 |

PAGE: 119

EXHIBIT 3, PAGE 181

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 07/13/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES199795 for hearing reserved on 09/10/20. |
| 07/13/2020 | Court Reporter Fee (Under One Hour) paid by PLAINTIFF for hearing 09/10/20. |
| 07/13/2020 | Declaration of MARC S HOMME REGARDING OSC RE COMPLEX CASE filed |
| 07/13/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC |
| 07/13/2020 | Declaration of GARRETT A HECKMAN RE:OSC FOR FAILURE TO REQUEST ENTRY OF DEFAULT filed |
| 07/13/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY COMPANY |
| 07/13/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 07/14/2020 | Court on its Own Motion: 7/14/20 8:00 06 |
| 07/14/2020 | Supplemental DECLARATION OF GARRETT A HECKMAN RE:OSC filed. |
| 07/14/2020 | System Generated Notice re: Clerk's Certificate of Mailing. |
| 07/14/2020 | Case Management Statement filed by BMC WEST LLC |
| 07/14/2020 | First appearance fee paid by BMC WEST LLC |
| 07/14/2020 | RECEIVER'S MARCH 2020 FINANCIAL REPORT TO PARTIES Forward to Department 07 |
| 07/15/2020 | OBJECTIONS TO RECEIVER'S MARCH 2020 REPORT Forward to Department 07 |
| 07/16/2020 | Order to Show Cause re: Why Matter Should not be Deemed as Complex as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/16/2020 | System Generated Notice re: NOTICE OF ORDER TO SHOW CAUSE HEARING REGARDING DISMISSAL OF ENTIRE CASE. |
| 07/16/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 07/17/2020 | Hearing Reserved set 09/16/20 at 8:30 AM in Dept. 07 - RES202398 |
| 07/17/2020 | Court Reporter Hearing Fee for one hour or less Paid by ross, Defendant Stuart Rubin in the amount of $30.00; for hearing reserved for MOTION FOR ORDER COMPELLING ARBITRATION on 09/16/2020. |
| 07/17/2020 | On-line Motion Reserved on behalf of Cross-Defendant Stuart Rubin. |

PAGE: 120

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 07/19/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 07/20/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES202398 for hearing reserved on 09/16/20. |
| 07/20/2020 | Court Reporter Fee (Under One Hour) paid by STUART RUBIN for hearing 09/16/20. |
| 07/20/2020 | Notice of Telephonic Appearance for Hearing re: Motion for Appointing a Referee on 08/13/20 at 8:30 in Department 7. |
| 07/21/2020 | Motion Hearing Reservation re: MTN TO QUASH SUBPOENAS ISSUED BY RECEIVER set for 09/17/20 at 8:30 is Confirmed. |
| 07/21/2020 | Motion to/for QUASH SUBPOENAS ISSUED BY RECEIVER by A STUART RUBIN filed |
| 07/21/2020 | Hearing set 9/17/20 at 8:30 in Department 07 |
| 07/21/2020 | Declaration of LAURENCE M. BERMAN IN SUPPORT OF DEFT STUART RUBINS MTN TO QUASH RECEIVERS SUBPOENAS filed |
| 07/21/2020 | Declaration of STUART RUBIN IN SUPPORT OF MOTION TO QUASH RECEIVERS SUBPOENAS filed |
| 07/21/2020 | Request for Judicial Notice filed by A STUART RUBIN. |
| 07/21/2020 | Proposed Order re: MOTION TO QUASH for hearing on 09/17/20 submitted by A STUART RUBIN. |
| 07/21/2020 | Proof of Service by Electronic Service of MTN TO QUASH/DECLS/RJN on SEE SERVICE LIST with a service date of 07/21/20 filed. (non-complaint) |
| 07/21/2020 | Hearing Reserved set 09/17/20 at 8:30 AM in Dept. 07 - RES203334 |
| 07/21/2020 | Court Reporter Hearing Fee for one hour or less Paid by Defendant Stuart Rubin in the amount of $30.00; for hearing reserved for MOTION TO QUASH RECEIVER'S SUBPOENAS on 09/17/2020. |
| 07/21/2020 | On-line Motion Reserved on behalf of Defendant Stuart Rubin. |
| 07/21/2020 | Filed: RECEIVER'S MARCH 2020 FINANCIAL REPORT |
| 07/21/2020 | Filed: DEFENDANT ELLIOT LANDER'S OBJECTIONS TO RECEIVER'S |
| 07/22/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES203334 for hearing reserved on 09/07/20. |
| 07/22/2020 | Court Reporter Fee (Under One Hour) paid by DEFENDANT for hearing 09/07/20. |

PAGE: 121

EXHIBIT 3, PAGE 183

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 07/22/2020 | Case Management Statement by LA HACIENDA NURSEY & LANDSCAPE INC filed Untimely Pursuant to CRC 3.725. |
| 07/23/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 07/24/2020 | Motion Hearing Reservation re: MOTION FOR ORDER COMPELLING ARBITRATION set for 09/16/20 at 8:30 is Confirmed. |
| 07/24/2020 | Declaration of LAURENCE M BERMAN IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY filed |
| 07/24/2020 | Proof of Service of NTC OF MTN AND MTN FOR ORDER COMPELLING served on SEE MAILING LISTS served 07/24/20 Filed (non-complaint) |
| 07/24/2020 | Proposed Order re: ORDER for hearing on 09/16/20 submitted by JOSEPH RUBIN. |
| 07/24/2020 | Request for Judicial Notice filed by JOSEPH RUBIN. |
| 07/27/2020 | Motion to/for ORDER COMPELLING ARBITRATION AND STAYING THIS ACTION by STUART RUBIN filed |
| 07/27/2020 | Hearing set 9/16/20 at 8:30 in Department 07 |
| 07/27/2020 | Case Management Statement by GF INVESTMENT GROUP INC filed Untimely Pursuant to CRC 3.725. |
| 07/28/2020 | Case Management Statement filed by LA HACIENDA NURSEY & LANDSCAPE INC |
| 07/28/2020 | Case Management Statement filed by THE SHERWIN-WILLIAMS COMPANY |
| 07/28/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE. |
| 07/28/2020 | Case Management Statement filed by L&W SUPPLY CORPORATION |
| 07/28/2020 | Declaration of MARC S HOMME AND NOTICE RE CASE CONSOLIDATION AND TRANSFER filed |
| 07/28/2020 | Joinder to STUART RUBINS MTN TO QUASH RECEIVERS SUBPOENAS filed by ELLIOT LANDER. (General Motion/Ex-parte) |
| 07/28/2020 | Hearing re: Joinder set on 9/17/20 at 8:30 in Department 07. |
| 07/28/2020 | Joinder to STUART RUBINS MTN FOR ORDER COMPELLING ARBITRATION filed by ELLIOT LANDER. (General Motion/Ex-parte) |
| 07/28/2020 | Hearing re: Joinder set on 9/16/20 at 8:30 in Department 07. |
| 07/28/2020 | Proof of Service by Electronic Service of JOINDER TO DEFTS MTN TO QUASH & MTN FOR ORDER on SEE SERVICE LIST with a service date of 07/28/20 filed. (non-complaint) |

EXHIBIT 3, PAGE 184

Superior Court of California, County of Riverside

Register of Actions

www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC

Civil

Unlimited Civil Breach of Contract/Warranty

Southwest Justice Center Department S302

Status: Appeal

| Date | Action |
|------|--------|
| 07/29/2020 | Case Management Statement filed by AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TANDEM WEST GLASS INC, TEMALPAKH INC |
| 07/29/2020 | Case Management Statement filed by ORCO BLOCK & HARDSCAPE |
| 07/29/2020 | Notice OF CASE CONSOLDATION AND CASE MANAGEMENT CONFERENCE FOR CONSOLIDATED CASES by ALL PHASE DRYWALL & DEVLOPMENT INC filed. |
| 07/29/2020 | General Denial to Consolidated Cross-Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 07/30/2020 | Case Management Statement by BLAIR AIR INC filed Untimely Pursuant to CRC 3.725. |
| 07/30/2020 | Notice of Joinder and Joinder to Pltf's Opposition to Mtn for Order Appointing Referee by GARY STIFFELMAN filed. |
| 07/30/2020 | Declaration of Damian D Capozzola ISO Gary Stiffelman's Joinder to Pltf's Oppo to Mtn for Order Appointing filed |
| 07/31/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by BMC WEST LLC represented by ABDULAZIZ, GROSSBART & RUDMAN filed. (Over $25,000.00) |
| 07/31/2020 | Case Management Statement by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed Untimely Pursuant to CRC 3.725. |
| 08/03/2020 | Notice of Ruling re: CASE MANAGEMENT CONFERENCE CONSOLIDATION filed |
| 08/05/2020 | Case Management Statement by GF INVESTMENT GROUP INC filed Untimely Pursuant to CRC 3.725. |
| 08/05/2020 | Default may be entered as to GF INVESTMENT GROUP INC on or after 09/10/20. |
| 08/05/2020 | Notice to Defendant re Extension of Time to File a Response on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to SYSTEMS WATERPROOFING INC filed; Date of mailing 08/05/20. |
| 08/05/2020 | Default may be entered as to SYSTEMS WATERPROOFING INC on or after 09/10/20. |
| 08/05/2020 | Hearing Reserved set 09/30/20 at 8:30 AM in Dept. 07 - RES207997 |
| 08/05/2020 | Court Reporter Hearing Fee for one hour or less Paid by Al Miller and Sons Roofing, Inc. in the amount of $30.00; for hearing reserved for MOTION TO CONSOLIDATE on 09/30/2020. |
| 08/05/2020 | On-line Motion Reserved on behalf of Al Miller and Sons Roofing, |

PAGE: 123

EXHIBIT 3, PAGE 185

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | Inc.. |
| 08/05/2020 | Hearing Reserved set 09/30/20 at 8:30 AM in Dept. 07 - RES208003 |
| 08/05/2020 | On-line Motion Reserved on behalf of Tandem West Glass, Inc.. |
| 08/05/2020 | Notice to Defendant re Extension of Time to File a Response on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to GF INVESTMENT GROUP INC filed; Date of mailing 08/05/20. |
| 08/05/2020 | Default may be entered as to GF INVESTMENT GROUP INC on or after 09/10/20. |
| 08/05/2020 | Notice OF CONTINUED CASE MANAGEMENT CONFERENCE HEARING by DOUG WALL CONSTRUCTION INC filed. |
| 08/05/2020 | Notice TO DEFENDANT RE:EXTENSION OF TIME TO FILE A RESPONSE by DOUG WALL CONSTRUCTION INC filed. |
| 08/05/2020 | Case Management Statement filed by TANDEM WEST GLASS INC |
| 08/05/2020 | Notice to Defendant re Extension of Time to File a Response on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to GF INVESTMENT GROUP INC filed; Date of mailing 08/05/20. |
| 08/05/2020 | Default may be entered as to GF INVESTMENT GROUP INC on or after 09/10/20. |
| 08/05/2020 | REGISTER OF ACTIONS ON PSC1907262 THROUGH 08/05/20. |
| 08/05/2020 | Motion Hearing Reservation re: MOTION FOR TRANSFER AND COMPLETE CONSOLIDATION set for 09/30/20 at 8:30 is Confirmed. |
| 08/05/2020 | Motion to/for Transfer and Complete Consolidation of Case No PSC2000015 with Case No RIC1905743 by TANDEM WEST GLASS INC filed |
| 08/05/2020 | Hearing set 9/30/20 at 8:30 in Department 07 |
| 08/05/2020 | Proposed Order re: Mtn for Transfer and Complete Consolidation for hearing on 09/30/20 submitted by TANDEM WEST GLASS INC. |
| 08/05/2020 | Motion Hearing Reservation re: MTN FOR TRANSFER AND COMPLETE CONSOLIDATION set for 09/30/20 at 8:30 is Confirmed. |
| 08/05/2020 | Motion to/for Transfer and Complete Consolidation of Case No PSC 2000009 with Case No RIC1905743 by AL MILLER & SONS ROOFING CO INC filed |
| 08/05/2020 | Hearing set 9/30/20 at 8:30 in Department 07 |
| 08/05/2020 | Proposed Order re: Mtn for Transfer and Complete Consolidation for hearing on 09/30/20 submitted by AL MILLER & SONS ROOFING CO INC. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 08/05/2020 | Declaration of MARC S HOMME RE PROOF OF SERVICE AND FORM RI-CI1037 filed |
| 08/05/2020 | (2) NTC TO DEFT RE EXT OF TIME TO FILE A RESP Received and Forwarded to Dept. DEFAULT DESK |
| 08/06/2020 | Reply to /IN SUPPORT OF MOTION FOR ORDER APPOINTING A REFER by STUART RUBIN filed |
| 08/06/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by BLAIR AIR INC represented by ROEMER & HARNIK LLP filed. (Over $25,000.00) |
| 08/06/2020 | Motion to/for TRANSFER AND COMPLETE CONSOLIDATION OF CASE NO PSC2000009 by AL MILLER & SONS ROOFING CO INC filed |
| 08/06/2020 | Proposed Order re: MTN TO TRANSFER AND COMPLETE CONSOLIDATION for hearing on 09/04/20 submitted by AL MILLER & SONS ROOFING CO INC. |
| 08/06/2020 | Motion to/for TRANSFER AND COMPLETE CONSOLIDATION OF CASE PSC2000015 by TANDEM WEST GLASS INC filed |
| 08/06/2020 | Proposed Order re: MTN FOR TRANSFER AND COMPLETE CONSOLIDATION for hearing on 09/16/20 submitted by TANDEM WEST GLASS INC. |
| 08/06/2020 | System Generated Notice re: /of Telephonic Appearance-CMC set for 08/21/20. |
| 08/06/2020 | --and answer to Consolidated Cross-Complaint of GF INVESTMENT GROUP INC by GLENROY COACHELLA LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO -- |
| 08/06/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES207997 for hearing reserved on 09/30/20. |
| 08/06/2020 | Court Reporter Fee (Under One Hour) paid by Al Miller and Sons Roofing Inc for hearing 09/30/20. |
| 08/06/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES208003 for hearing reserved on 09/30/20. |
| 08/06/2020 | Answer to Consolidated Cross-Complaint of GF INVESTMENT GROUP INC by GLENROY COACHELLA LLC, FORCE RUBIN 2 LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 08/06/2020 | Received: REQUEST FOR ENTRY OF DEFAULT (2) |
| 08/06/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE FOR 08/17 HRG. |
| 08/07/2020 | REGISTER OF ACTIONS ON PSC1907309 THROUGH 08/7/20 |

EXHIBIT 3, PAGE 187

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

08/07/2020  REGISTER OF ACTIONS ON PSC1907895 THROUGH 08/07/20

08/07/2020  REGISTER OF ACTIONS ON PSC1908245 THROUGH 08/07/20

08/07/2020  REQUEST FOR ENTRY OF DEFAULT (2) Forward to Department DEFAULT DESK

08/10/2020  Legacy Minute Order: Nunc Pro Tunc Hearing

08/10/2020  Nunc Pro Tunc Hearing at 8:30 AM in Department 7 nullClerk: V.
            Alvarado
            Court Reporter: None
            It appears to the court through inadvertence and/or clerical error,
            the Motion for Order Compelling Arbitration filed on 07/27/20 does
            not correctly reflect Clerks Filed Stamp. The document is corrected
            Nunc Pro Tunc to reflect:
            Add: Clerks Filed Stamp Dated Jul 27 2020 is added to the document.
            Courtesy conformed copy of corrected document shall be provided to
            the filing party.
            Nunc Pro Tunc Hearing concluded.

08/10/2020  Nunc Pro Tunc Hearing Set for 8/10/20 at 8:30 in Dept. 07

08/10/2020  Clerk's Certificate of Mailing of Minute Order dated 08/10/20.

08/10/2020  Notice of Motion and Motion for Order Compelling Arbitration filed
            on 07/27/20 by STUART RUBIN was corrected Nunc Pro Tunc on 08/10/20.

08/10/2020  REGISTER OF ACTIONS ON PSC1909367 THROUGH 08/10/20.

08/10/2020  REGISTER OF ACTIONS ON PSC1909423 THROUGH 08/10/20

08/12/2020  Amendment to Consolidated Complaint of DOUG WALL CONSTRUCTION INC
            Naming Does 5 to be JACOBSSON ENGINEERING CONSTRUCTION INC filed.

08/12/2020  Court on its Own Motion: 8/12/20 8:00 07

08/12/2020  System Generated Notice re: Order to Show Cause Why Sanctions Should
            Not Be.

08/13/2020  Legacy Minute Order: Hearing re: Motion to/for ORDER APPOINTING
            REFEREE AND STAYING DISCOVERY IN THE ACTION PENDING THE APPOINTMENT
            by A STUART RUBIN

08/13/2020  Hearing re: Motion to/for ORDER APPOINTING REFEREE AND STAYING
            DISCOVERY IN THE ACTION PENDING THE APPOINTMENT by A STUART RUBIN at
            8:30 AM in Department 7 nullHonorable Judge Randall S Stamen,

PAGE: 126

EXHIBIT 3, PAGE 188

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

          Presiding
          Clerk: L. Howell
          Court Reporter: V. Lizarraga Felix
          U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES
          FELDM AN LLP - Nathan Carle present. (Telephonic)
          A STUART RUBIN represented by BERMAN LITIGATION GROUP - Larry Berman
          present. (Telephonic)
          ELLIOT LANDER represented by LAW OFFICES OF MARVIN H WEISS - Marvin
          Weiss present. (Telephonic)
          GLENROY COACHELLA LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO
          - Michael Kenney present. (Telephonic)
          GARY STIFFELMAN represented by EISNER LLP - Timothy Laquer present.
          (Telephonic)
          Counsel also appearing by telephone are: Milan Apanian and Siobhin
          Bishop
          Motion by Counsel for A Stuart Rubin Re Order Appointing Referee and
          Staying Discovery is called for hearing.
          The Court having read and considered any timely submitted documents
          finds and tentatively orders
          as follows:
          -
          The Motion for Order Appointing Referee and Staying Discovery by
          Stuart Rubin (and joinder
          in the motion by Elliott Lander) is DENIED.
          -
          See Tentative Rulings for August 13, 2020 Department 7 for details
          regarding the Court's
          Tentative Ruling.
          -
          Lawrence Berman, attorney for defendant A Stuart Rubin requests to
          be heard.
          FERGUSON ENTERPRISES LLC represented by GEORGE SYKULSKI A PROF LAW
          CORP - George Sykulski present. (Telephonic)
          Counsel Argue.
          Motion for Order Appointing Referee taken under submission.

08/13/2020 Legacy Minute Order: Hearing re: Joinder to MOTION FOR APPOINTING A
          REFEREE AND STAYING by ELLIOT LANDER.

08/13/2020 Hearing re: Joinder to MOTION FOR APPOINTING A REFEREE AND STAYING

                                                              PAGE: 127

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | by ELLIOT LANDER. at 8:30 AM in Department 7 nullHonorable Judge Randall S Stamen, Presiding |

Clerk: L. Howell
Court Reporter: V. Lizarraga Felix
U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP - Nathan Carle present. (Telephonic)
GLENROY COACHELLA LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO - Michael Kenney present. (Telephonic)
A STUART RUBIN represented by BERMAN LITIGATION GROUP - Larry Berman present. (Telephonic)
ELLIOT LANDER represented by LAW OFFICES OF MARVIN H WEISS - Marvin Weiss present. (Telephonic)
GARY STIFFELMAN represented by EISNER LLP - Timothy Laquer present. (Telephonic)
FERGUSON ENTERPRISES LLC represented by GEORGE SYKULSKI A PROF LAW CORP - George Sykulski present. (Telephonic)
Motion by Counsel for Elliot Lander Re Appointing a Referee and Staying is called for hearing.
The Court having read and considered any timely submitted documents finds and tentatively orders
as follows:
-
The Motion for Order Appointing Referee and Staying Discovery by Stuart Rubin (and joinder
in the motion by Elliott Lander) is DENIED.
-
See Tentative Rulings for August 13, 2020 Department 7 for details regarding the Court's
Tentative Ruling.
-
Lawrence Berman, attorney for defendant A Stuart Rubin requests to be heard.
Counsel Argue.
Joinder Motion Appointing Referee taken under subm ission.
Print Minute Order

08/13/2020  Legacy Minute Order: Hearing Re: Completion of Arbitration on minor case PSC1906015

08/13/2020  Hearing Re: Completion of Arbitration on minor case PSC1906015 at 8:

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
|  | 30 AM in Department 7 nullHearing Continued (Not Held) to 09/25/20 at 8:30 in Department 07.<br>Reason for continuance: minute order 8/12/20 |
| 08/13/2020 | Legacy Minute Order: Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 |
| 08/13/2020 | Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 09/25/20 at 8:30 in Department 07.<br>Reason for continuance: minute order 8/12/20 |
| 08/13/2020 | Legacy Minute Order: Case Management Conference Hearing (No addt'l notice) |
| 08/13/2020 | Case Management Conference Hearing (No addt'l notice) at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 09/25/20 at 8:30 in Department 07.<br>Reason for continuance: minute order 8/12/20 |
| 08/13/2020 | Assign to Legal Research Attorney: JK |
| 08/14/2020 | General Denial to Consolidated Cross-Complaint of GF INVESTMENT GROUP INC by DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 08/14/2020 | General Denial to Consolidated Cross-Complaint of GF INVESTMENT GROUP INC by THE WESTERN SURETY COMPANY represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION filed. |
| 08/18/2020 | Notice of court assigned mediator - MNNK as Mediator Nicholas N. Kraushaar |
| 08/20/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE-MTN SET FOR 09/04/20. |
| 08/20/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP filed. (Over $25,000.00) |
| 08/28/2020 | Legacy Minute Order: Ruling on Matter Submitted 08/13/20 RE: Hearing re: Motion to/for ORDER APPOINTING REFEREE |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 08/28/2020 | Ruling on Matter Submitted 08/13/20 RE: Hearing re: Motion to/for ORDER APPOINTING REFEREE at 8:30 AM in Department 7 nullHonorable Judge Randall S Stamen, Presiding<br>Minutes entered by L. Howell.<br>Reporter: None<br>No appearance made by either party.<br>Court subsequently rules on matter taken under submission on 08/13/20.<br>The Court adopts the Tentative Ruling in full. Plaintiff U.S. Real Estate Credit Holdings<br>III-A, LP is ordered to serve this minute order on all parties.<br>-<br>The Motion for Order Appointing Referee and Staying Discovery by Stuart Rubin (and joinder<br>in the motion by Elliott Lander) is DENIED.<br>-<br>Motion(s) denied.<br>Notice to be given by clerk.<br>Notice sent to RAINES FELDM AN LLP on 8/28/20<br>Notice sent to SULMEYERKUPETZ on 8/28/20<br>Print Minute Order<br>Court's ruling sent to U.S. REAL ESTATE CREDIT HOLDINGS III A LP by mail on 08/28/20. |
| 08/28/2020 | Mediator's Notice of Acceptance or Recusal to Court Ordered Mediation filed by NICHOLAS N KRAUSHAAR. (Assignment) |
| 08/28/2020 | Ruling on Submitted Matter set 8/28/20 at 8:30 in Dept. 07 |
| 08/28/2020 | System Generated Notice re: Clerk's Certificate of Mailing. |
| 08/31/2020 | Request for refund of monies on deposit in the amount of $90.00 (DENIED) filed by TANDEM WEST GLASS INC. |
| 09/01/2020 | Notice of Telephonic Appearance for Hearing re: MOTION TO QUASH, MOTION TO COMPEL & 2 JOINDERS on 09/25/20 at 8:30 in Department 7. |
| 09/01/2020 | Notice TO TAKE MTN FOR TRANSFER AND COMPLETE CONSOLIDATIO N OFF-CALENDAR by AL MILLER & SONS ROOFING CO INC filed. |
| 09/01/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE-MTN TO TRANSFER 9/16/20. |
| 09/01/2020 | Notice TO TAKE MTN FOR TRANSFER AND COMPLETE CONSOLIDATIO N OFF-CALENDAR by TANDEM WEST GLASS INC filed. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 09/02/2020 | Opposition to CROSS-DEFTS MTN FOR ORDER COMPELLING ARBITRATION by GARY STIFFELMAN filed |
| 09/02/2020 | Declaration of DAMIAN D CAPOZZOLA IN SUPPORT OF GARY STIFFELMANS OPPO TO MTN FOR ORDER COMPELLING ARBITRATION filed |
| 09/03/2020 | Stipulation and Order for CONSOLIDATION OF CASES & VACATING TITLE III MEDIAT is Denied; Honorable Judge Craig G. Riemer. |
| 09/04/2020 | Declaration of NATHAN M CARLE RE:COURT'S OSC WHY MATTER SHOULD NOT BE DEEMED AS COMPLEX filed |
| 09/08/2020 | Notice of Telephonic Appearance for Hearing re: MOTION(S) on 09/30/20 at 8:30 in Department 7. |
| 09/08/2020 | Motion Hearing Reservation Motion for Demurrer set for 09/10/20 at 8:30 is Vacated (Moving Papers not filed). |
| 09/09/2020 | Notice and Acknowledgment of Receipt of Consolidated Complaint of DOUG WALL CONSTRUCTION INC as to JACOBSSON ENGINEERING CONSTRUCTION INC with receipt date of 08/25/20 |
| 09/10/2020 | Hearing Reserved for Demurrer on MOTION FOR DEMURRER - RES199795. |
| 09/10/2020 | Case Management Statement filed by THE SHERWIN-WILLIAMS COMPANY |
| 09/10/2020 | Case Management Statement filed by L&W SUPPLY CORPORATION |
| 09/10/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE-CMC SET FOR 09/24/20. |
| 09/10/2020 | Case Management Statement filed by BLAIR AIR INC |
| 09/11/2020 | Legacy Minute Order: U.S. REAL ESTATE CREDIT HOLDINGS III A LP/RAINES FELDM AN LLP is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for WHY MATTER SHOULD NOT BE DEEMED AS COMPLEX. |
| 09/11/2020 | U.S. REAL ESTATE CREDIT HOLDINGS III A LP/RAINES FELDM AN LLP is ordered to appear and show cause, if any, why sanctions not to exceed $1500.00 or Dismissal should not be imposed for WHY MATTER SHOULD NOT BE DEEMED AS COMPLEX. at 8:30 AM in Department 6 nullNotice sent to RAINES FELDM AN LLP on 8/12/20 Notice sent to SULMEYERKUPETZ on 8/12/20 Notice sent to MCGARRIGLE,KENNEY, & ZAMPIELLO on 8/12/20 Notice sent to BERMAN LITIGATION GROUP on 8/12/20 Notice sent to LAW OFFICES OF MARVIN H WEISS on 8/12/20 Notice sent to EISNER LLP on 8/12/20 |

EXHIBIT 3, PAGE 193

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Notice sent to MARC S HOMME A PROFESSIONAL LAW CORPORATION on 8/12/20
Notice sent to BAAKE LAW LLC on 8/12/20
Notice sent to ROVER ARMSTRONG on 8/12/20
Notice sent to ROEMER & HARNIK LLP on 8/12/20
Notice sent to ABDULAZIZ, GROSSBART & RUDMAN on 8/12/20
Notice sent to PLUMTREE & ASSOCIATES on 8/12/20
Notice sent to LAW OFFICE OF ERIC EVERETT HAWES on 8/12/20
Notice sent to LAW OFFICES OF ARNOLD L VELDKAMP on 8/12/20
Notice sent to LANAK & HANNA PC on 8/12/20
Notice sent to GEORGE SYKULSKI A PROF LAW CORP on 8/12/20
Notice sent to RAINES FELDMAN LLP on 8/12/20
Notice sent to THE GREEN LAW GROUP, LLP on 8/12/20
Notice sent to WCH LAW GROUP, P.C. on 8/12/20
Notice sent to KOZBERG & BODELL LLP on 8/12/20
Notice sent to CUMMINS & WHITE LLP on 8/12/20
/////
Minute order is Amended Nunc Pro Tunc, see minute order dated 09/17/20.
/////
Honorable Assigned Judge Sharon J Waters, Presiding
Clerk: S. Salazar
Court Reporter: Y. Gallegos
U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP - Nathan Carle present. (Telephonic)
DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION - Mark Homme present. (Telephonic)
GF INVESTMENT GROUP INC represented by PLUMTREE & ASSOCIATES - Ferdi Trampe present. (Telephonic)
DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, APPLE J PLUMBING INC, TEMALPAKH INC represented by ROVER ARMSTRONG - Garrett Heckman present. (Telephonic)
At 8:33, the following proceedings were held:
Court Deems case complex pursuant to Section CRC3.400.
Case Management Conference and OSC Hearings set for 09/25/20 are continued to 10/16/20 at 8:30
in Department 06.
OSC re: Dismissal of any party not At-Issue set for 10/16/20 at 8:30 in Dept 06.
Counsel advised of local rule 3116.
Counsel are ordered to file Joint Status Report at least seven court

EXHIBIT 3, PAGE 194

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | days prior to next hearing.<br>Notice to be given by Plaintiff<br>Minute entry completed. |
| 09/11/2020 | Case Management Statement by GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC filed Untimely Pursuant to CRC 3.725. |
| 09/14/2020 | Renewed Opposition to Motion to Quash Subpoenas issued by Receiver by EDWIN W LESLIE filed |
| 09/14/2020 | Declaration of MARC S HOMME IN RESPONSE TO OSC RE DISMISSAL FOR MINOR CASE PSC1906015 filed |
| 09/14/2020 | Notice of ruling on Stuart Rubin's motion for order appointing a referee and staying discovery by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 09/15/2020 | Case Management Statement filed by GF INVESTMENT GROUP INC |
| 09/15/2020 | Case Management Statement filed by BMC WEST LLC |
| 09/16/2020 | Hearing Reserved for: MOTION FOR ORDER COMPELLING ARBITRATION - RES202398 |
| 09/16/2020 | Legacy Minute Order: Hearing re: Motion to/for ORDER COMPELLING ARBITRATION AND STAYING THIS ACTION by STUART RUBIN |
| 09/16/2020 | Hearing re: Motion to/for ORDER COMPELLING ARBITRATION AND STAYING THIS ACTION by STUART RUBIN at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 09/25/20 at 8:30 in Department 07.<br>Reason for continuance: minute order 8/12/20 |
| 09/16/2020 | Legacy Minute Order: Hearing re: Joinder to STUART RUBINS MTN FOR ORDER COMPELLING ARBITRATION by ELLIOT LANDER. |
| 09/16/2020 | Hearing re: Joinder to STUART RUBINS MTN FOR ORDER COMPELLING ARBITRATION by ELLIOT LANDER. at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 09/25/20 at 8:30 in Department 07.<br>Reason for continuance: minute order 8/12/20 |
| 09/16/2020 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by BLAIR AIR INC represented by ROEMER & HARNIK LLP filed. (Over $25,000.00) |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 09/16/2020 | Notice of Re-Assignment to Honorable Judge Sunshine S Sykes in Department 06 for All Purposes including Trial. (Riverside) |
| 09/16/2020 | Case Assigned to Department 06. |
| 09/16/2020 | Hearing set 9/25/20 at 8:30 in Department 07 - RESCHEDULED TO: |
| 09/16/2020 | Hearing set 9/25/20 at 8:30 in Department 06 |
| 09/16/2020 | Hearing re: Joinder set on 9/25/20 at 8:30 in Department 07 - RESCHEDULED TO:. |
| 09/16/2020 | Hearing re: Joinder set on 9/25/20 at 8:30 in Department 06. |
| 09/16/2020 | Hearing set 9/25/20 at 8:30 in Department 07 - RESCHEDULED TO: |
| 09/16/2020 | Hearing set 9/25/20 at 8:30 in Department 06 |
| 09/16/2020 | Hearing re: Joinder set on 9/25/20 at 8:30 in Department 07 - RESCHEDULED TO:. |
| 09/16/2020 | Hearing re: Joinder set on 9/25/20 at 8:30 in Department 06. |
| 09/16/2020 | Hearing set 9/30/20 at 8:30 in Department 07 - RESCHEDULED TO: |
| 09/16/2020 | Hearing set 9/30/20 at 8:30 in Department 06 |
| 09/16/2020 | Hearing set 9/30/20 at 8:30 in Department 07 - RESCHEDULED TO: |
| 09/16/2020 | Hearing set 9/30/20 at 8:30 in Department 06 |
| 09/16/2020 | Hearing on OSC Re: Dismissal After Conditional Settlement Pursuant to CRC 3.1385(c) set 3/18/25 at 8:30 in Dept. 07 - RESCHEDULED TO:. |
| 09/16/2020 | Hearing on OSC Re: Dismissal After Conditional Settlement Pursuant to CRC 3.1385(c) set 3/18/25 at 8:30 in Dept. 06. |
| 09/16/2020 | Notice OF RULING ON (1) COURT'S OSC WHY CASE SHOULD NOT BE DEEMED AS COMPLEX by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 09/17/2020 | Hearing Reserved for: MOTION TO QUASH RECEIVER'S SUBPOENAS - RES203334 |
| 09/17/2020 | Legacy Minute Order: Hearing re: Motion to/for QUASH SUBPOENAS ISSUED BY RECEIVER by A STUART RUBIN |
| 09/17/2020 | Hearing re: Motion to/for QUASH SUBPOENAS ISSUED BY RECEIVER by A STUART RUBIN at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 09/25/20 at 8:30 in Department 07. Reason for continuance: minute order 8/12/20 |

PAGE: 134

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

09/17/2020  Legacy Minute Order: Hearing re: Joinder to STUART RUBINS MTN TO
            QUASH RECEIVERS SUBPOENAS by ELLIOT LANDER.

09/17/2020  Hearing re: Joinder to STUART RUBINS MTN TO QUASH RECEIVERS
            SUBPOENAS by ELLIOT LANDER. at 8:30 AM in Department 7 nullHearing
            Continued (Not Held) to 09/25/20 at 8:30 in Department 07.
            Reason for continuance: minute order 8/12/20

09/17/2020  Legacy Minute Order: Nunc Pro Tunc Hearing

09/17/2020  Nunc Pro Tunc Hearing at 8:30 AM in Department 6 nullHonorable
            Assigned Judge Sharon J Waters, Presiding
            Clerk: S. Salazar
            Court Reporter: None
            The Court finds that the minute order dated 09/11/20 does not
            correctly/clearly reflect the Court order and orders it corrected
            Nunc Pro Tunc to reflect:
            Strike: Counsel are ordered to file Joint Status Report at least
            seven court days prior to next hearing.
            Add: Counsel are ordered to file Joint Status Report at least five
            court days prior to next hearing.
            Nunc Pro Tunc Hearing concluded.
            Notice to be given by Clerk
            Minute entry completed.

09/17/2020  Nunc Pro Tunc Hearing Set for 9/17/20 at 8:30 in Dept. 06

09/18/2020  Declaration of GARRETT A HECKMAN RE: CASE MANAGEMENT CONFERENCE AND
            CONSOLIDATION filed

09/18/2020  Notice of Non-Opposition to Motion to Transfer and for Complete
            Consolidation by AL MILLER & SONS ROOFING CO INC filed.

09/18/2020  Notice of Non-Opposition to Motion to Transfer and for Complete
            Consolidation by TANDEM WEST GLASS INC filed.

09/21/2020  Notice of complex fees due in the amount of $1,000.00 due by A
            STUART RUBIN on or before 10/22/20

09/21/2020  Clerk's Calendar - Complex Case fees due set 10/22/20 at 8:30 in
            Dept. FWRC.

EXHIBIT 3, PAGE 197

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| 09/21/2020 | Notice of complex fees due in the amount of $1,000.00 due by ELLIOT LANDER on or before 10/22/20. |
| 09/21/2020 | Clerk's Calendar - Complex Case fees due set 10/22/20 at 8:30 in Dept. FWRC. |
| 09/21/2020 | Notice of complex fees due in the amount of $1,000.00 due by DOUG WALL CONSTRUCTION INC on or before 10/22/20. |
| 09/21/2020 | Clerk's Calendar - Complex Case fees due set 10/22/20 at 8:30 in Dept. FWRC. |
| 09/21/2020 | Notice of complex fees due in the amount of $1,000.00 due by JOSEPH RUBIN on or before 10/22/20. |
| 09/21/2020 | Clerk's Calendar - Complex Case fees due set 10/22/20 at 8:30 in Dept. FWRC. |
| 09/21/2020 | Case Management Statement filed by DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 09/21/2020 | Complex Case Designation Fee paid on Consolidated Complaint of DESERT PALMS ELECTRIC INC by DEFENDANT(s)/X-DEFENDANT(s) DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY; (2 Pymt(s) received; TOTAL of 14 Defendant(s) paid to date). |
| 09/24/2020 | Proposed Order re: AMENDED PROPOSED ORDER ON MTN FOR TRANSFER for hearing on 09/30/20 submitted by AL MILLER & SONS ROOFING CO INC. |
| 09/24/2020 | Proposed Order re: AMENDED PROPOSED ORDER RE MTN FOR TRANSFER for hearing on 09/30/20 submitted by TANDEM WEST GLASS INC. |
| 09/25/2020 | Legacy Minute Order: Hearing re: Motion to/for ORDER COMPELLING ARBITRATION AND STAYING THIS ACTION by STUART RUBIN |
| 09/25/2020 | Hearing re: Motion to/for ORDER COMPELLING ARBITRATION AND STAYING THIS ACTION by STUART RUBIN at 8:30 AM in Department 6 nullHonorable Assigned Judge Sharon J Waters, Presiding<br>Clerk: S. Salazar<br>Court Reporter: Y. Gallegos<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP - Nathan Carle present. (Telephonic)<br>APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TANDEM WEST GLASS INC, TEMALPAKH INC, AL MILLER & SONS ROOFING CO INC represented by ROVER ARMSTRONG - Garrett Heckman present. (Telephonic)<br>A STUART RUBIN represented by BERMAN LITIGATION GROUP - John Lupton |

PAGE: 136

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            present. (Telephonic)
            DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A
            PROFESSIONAL LAW CORPORATION - Marc Homme present. (Telephonic)
            At 8:35, the following proceedings were held:
            Court and counsel confer regarding notice of ruling filed on
            09/14/20.
            Court makes the following orders:
            Hearing held and continued to 10/20/20 at 8:30 in Dept. 06 (Pre-
            disposition).
            Due to Court's unavailability on 10/16/20, hearings are ordered
            continued to 10/20/20 at
            8:30 in Department 06.
            Notice to be given by Plaintiff
            Minute entry completed.

09/25/2020  Legacy Minute Order: Hearing re: Motion to/for QUASH SUBPOENAS
            ISSUED BY RECEIVER by A STUART RUBIN

09/25/2020  Hearing re: Motion to/for QUASH SUBPOENAS ISSUED BY RECEIVER by A
            STUART RUBIN at 8:30 AM in Department 6 nullHonorable Assigned Judge
            Sharon J Waters, Presiding
            Clerk: S. Salazar
            Court Reporter: Y. Gallegos
            At 8:35, the following proceedings were held:
            Hearing Continued (Not Held) to 10/20/20 at 8:30 in Department 06.
            Reason for continuance: Per court's own motion on 9/25/20

09/25/2020  Legacy Minute Order: Hearing re: Joinder to STUART RUBINS MTN FOR
            ORDER COMPELLING ARBITRATION by ELLIOT LANDER.

09/25/2020  Hearing re: Joinder to STUART RUBINS MTN FOR ORDER COMPELLING
            ARBITRATION by ELLIOT LANDER. at 8:30 AM in Department 6
            nullHonorable Assigned Judge Sharon J Waters, Presiding
            Clerk: S. Salazar
            Court Reporter: Y. Gallegos
            At 8:35, the following proceedings were held:
            Hearing Continued (Not Held) to 10/20/20 at 8:30 in Department 06.
            Reason for continuance: Per court's own motion on 9/25/20

EXHIBIT 3, PAGE 199

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 09/25/2020 | Legacy Minute Order: Hearing re: Joinder to STUART RUBINS MTN TO QUASH RECEIVERS SUBPOENAS by ELLIOT LANDER. |
| 09/25/2020 | Hearing re: Joinder to STUART RUBINS MTN TO QUASH RECEIVERS SUBPOENAS by ELLIOT LANDER. at 8:30 AM in Department 6 nullHearing Continued (Not Held) to 10/20/20 at 8:30 in Department 06. Reason for continuance: Per court's own motion on 9/25/20 |
| 09/25/2020 | Legacy Minute Order: Hearing Re: Completion of Arbitration on minor case PSC1906015 |
| 09/25/2020 | Hearing Re: Completion of Arbitration on minor case PSC1906015 at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 10/16/20 at 8:30 in Department 06. Reason for continuance: see minute order from 9/11/20. |
| 09/25/2020 | Legacy Minute Order: Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 |
| 09/25/2020 | Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 10/16/20 at 8:30 in Department 06. Reason for continuance: see minute order from 9/11/20. |
| 09/25/2020 | Legacy Minute Order: Case Management Conference Hearing (No addt'l notice) |
| 09/25/2020 | Case Management Conference Hearing (No addt'l notice) at 8:30 AM in Department 7 nullHearing Continued (Not Held) to 10/16/20 at 8:30 in Department 06. Reason for continuance: see minute order from 9/11/20. |
| 09/25/2020 | Request for Entry of Default ONLY on the Cross Complaint of DOUG WALL CONSTRUCTION INC as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 09/25/2020 | Assign to Legal Research Attorney: JK |
| 09/25/2020 | Received: Request for Entry of Default as to US Real Estate |

PAGE: 138

EXHIBIT 3, PAGE 200

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 09/28/2020 | Case Management Statement filed by LA HACIENDA NURSEY & LANDSCAPE INC |
| 09/28/2020 | POS Timely/Waived - Proof of service on motion to/for transfer complete consolidation on calendar 09/30/20 is timely/waived. |
| 09/28/2020 | Hearing Reserved set 12/02/20 at 8:30 AM in Dept. 06 - RES226004 |
| 09/28/2020 | Court Reporter Hearing Fee for one hour or less Paid by Doug Wall Construction, Inc. in the amount of $30.00; for hearing reserved for MOTION TO COMPEL PRODUCTION OF DOCUMENTS on 12/02/2020. |
| 09/28/2020 | On-line Motion Reserved on behalf of Doug Wall Construction, Inc.. |
| 09/28/2020 | Hearing Reserved set 12/02/20 at 8:30 AM in Dept. 06 - RES226005 |
| 09/28/2020 | On-line Motion Reserved on behalf of Doug Wall Construction, Inc.. |
| 09/28/2020 | Request for Entry of Default as to US Real Estate Forward to Department Default Desk |
| 09/29/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES226004 for hearing reserved on 12/02/20. |
| 09/29/2020 | Court Reporter Fee (Under One Hour) paid by DOUG WALL CONSTRUCTION, INC. (RES226004/226005) for hearing 12/02/20. |
| 09/29/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES226005 for hearing reserved on 12/02/20. |
| 09/30/2020 | Hearing Reserved for: MOTION TO CONSOLIDATE - RES207997 |
| 09/30/2020 | Hearing Reserved for: MOTION TO CONSOLIDATE - RES208003 |
| 09/30/2020 | Legacy Minute Order: Hearing re: Motion to/for Transfer and Complete Consolidation of Case No PSC2000015 with Case No RIC1905743 by TANDEM WEST GLASS INC |
| 09/30/2020 | Hearing re: Motion to/for Transfer and Complete Consolidation of Case No PSC2000015 with Case No RIC1905743 by TANDEM WEST GLASS INC at 8:30 AM in Department 6 nullHonorable Assigned Judge Sharon J Waters, Presiding<br>Clerk: S. Salazar<br>Court Reporter: Y. Gallegos<br>At 8:33, the following proceedings were held:<br>After issuance of the tentative ruling; no oral argument was requested.<br>Court makes the following orders: |

PAGE: 139

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Tentative Ruling shall become the Ruling of the Court. Motion granted. Minute entry completed. |
| 09/30/2020 | Legacy Minute Order: Hearing re: Motion to/for Transfer and Complete Consolidation of Case No PSC 2000009 with Case No RIC1905743 by AL MILLER & SONS ROOFING CO INC |
| 09/30/2020 | Hearing re: Motion to/for Transfer and Complete Consolidation of Case No PSC 2000009 with Case No RIC1905743 by AL MILLER & SONS ROOFING CO INC at 8:30 AM in Department 6 nullHonorable Assigned Judge Sharon J Waters, Presiding Clerk: S. Salazar Court Reporter: Y. Gallegos At 8:33, the following proceedings were held: After issuance of the tentative ruling; no oral argument was requested. Court makes the following orders: Tentative Ruling shall become the Ruling of the Court. Motion granted. Minute entry completed. |
| 09/30/2020 | Received: Request for Entry of Default |
| 09/30/2020 | Received: Request for Entry of Default |
| 09/30/2020 | Order to Consolidate PSC2000015; RIC1905743 designated as Master File; Honorable Judge Sharon J. Waters. |
| 09/30/2020 | Received: Request for Entry of Default |
| 09/30/2020 | Order to Consolidate PSC2000009; RIC1905743 designated as Master File; Honorable Judge Sharon J. Waters. |
| 10/02/2020 | Complex Case Designation Fee paid on Consolidated Complaint of L&W SUPPLY CORPORATION by DEFENDANT(s)/X-DEFENDANT(s) ALL PHASE DRYWALL & DEVLOPMENT INC; (01 Pymt(s) received; TOTAL of 15 Defendant(s) paid to date). |
| 10/02/2020 | Request for Entry of Default Forward to Department Default Desk |
| 10/02/2020 | Hearing Reserved set 12/03/20 at 8:30 AM in Dept. 06 - RES227589 |
| 10/02/2020 | Court Reporter Hearing Fee for one hour or less Paid by  III, A, LP |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | in the amount of $30.00; for hearing reserved for MOTION TO APPOINT RECEIVER on 12/03/2020. |
| 10/02/2020 | On-line Motion Reserved on behalf of U.S. Real Estate Credit Holdings III-A, LP. |
| 10/02/2020 | Request for Entry of Default ONLY on the Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to SYSTEMS WATERPROOFING INC filed. |
| 10/02/2020 | Motion Hearing Reservation re: MOTION TO COMPEL PRODUCTION OF DOCUMENTS set for 12/02/20 at 8:30 is Confirmed. |
| 10/02/2020 | Motion to/for COMPEL PRODUCTION OF DOCUMENTS by DOUG WALL CONSTRUCTION INC filed |
| 10/02/2020 | Hearing set 12/02/20 at 8:30 in Department 06 |
| 10/02/2020 | Memo of Points & Authorities in SUPPORT of/to MOTION FOR FURTHER RESPONSES TO REQUESTS FOR PRODU by DOUG WALL CONSTRUCTION INC filed. |
| 10/02/2020 | SEPARATE STATEMENT OF DISPUTED ANSWERS TO DEMAND FOR PRODUCTION OF DOCUMENTS (SET ONE) FILED |
| 10/02/2020 | Declaration of MARC S HOMME IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES filed |
| 10/02/2020 | Request for Entry of Default Forward to Department Default Desk |
| 10/02/2020 | Request for Entry of Default Forward to Department Default Desk |
| 10/02/2020 | Request for Entry of Default ONLY on the Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC as to GF INVESTMENT GROUP INC filed. |
| 10/02/2020 | Received: Request for Entry of Default |
| 10/02/2020 | Motion to/for COMPEL ANSWER TO SPECIAL INTERROGATORIES AGAINST PLAINTIFF by DOUG WALL CONSTRUCTION INC filed |
| 10/02/2020 | Hearing set 12/02/20 at 8:30 in Department 06 |
| 10/02/2020 | Memo of Points & Authorities in SUPPORT of/to MOTION FOR RESPONSES TO SPECIAL INTERROGATORIES by DOUG WALL CONSTRUCTION INC filed. |
| 10/02/2020 | Declaration of MARC S HOMME IN SUPPORT OF MOTION TO COMPEL filed |
| 10/02/2020 | Order on Defts Al Miller & Sons Roofing Co., Inc's Mtn for Transfer and Complete Consolidation; Honorable Assigned Judge Sharon J Waters. |

EXHIBIT 3, PAGE 203

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 10/02/2020 | Order Deft Tandem West Glass Inc.'s Mtn for Transfer and Complete Consolidation; Honorable Assigned Judge Sharon J Waters. |
| 10/05/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES227589 for hearing reserved on 12/03/20. |
| 10/05/2020 | Court Reporter Fee (Under One Hour) paid by U.S. REAL ESTATE for hearing 12/03/20. |
| 10/05/2020 | Notice of Ruling re: CASE MANAGEMENT CONFERENCE HELD ON 09/16/20 filed |
| 10/05/2020 | Case Management Statement filed by AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TANDEM WEST GLASS INC, TEMALPAKH INC |
| 10/05/2020 | Notice of Rescheduling of (1) Case Management Conference by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 10/07/2020 | Request for Entry of Default by All Phase Drywall Forward to Department Default Desk |
| 10/07/2020 | Request for Entry of Default Forward to Department Default Desk |
| 10/08/2020 | Hearing Reserved set 12/07/20 at 8:30 AM in Dept. 06 - RES229663 |
| 10/08/2020 | Court Reporter Hearing Fee for one hour or less Paid by Plaintiff in the amount of $30.00; for hearing reserved for MOTION TO GRANT RECEIVER ADDITIONAL POWERS on 12/07/2020. |
| 10/08/2020 | On-line Motion Reserved on behalf of Plaintiff. |
| 10/09/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES229663 for hearing reserved on 12/07/20. |
| 10/09/2020 | Court Reporter Fee (Under One Hour) paid by PLAINTIFF for hearing 12/07/20. |
| 10/13/2020 | Reply to /in support of motion to compel arbitration by A STUART RUBIN, STUART RUBIN filed |
| 10/13/2020 | Declaration of Laurence M. Berman in support of deft/cross-deft Stuart Rubin's mtn to compel arbitration filed |
| 10/13/2020 | Proof of Service by Electronic Service of see document list on see service list with a service date of 10/13/20 filed. (non-complaint) |
| 10/13/2020 | Answer to Consolidated Complaint of DOUG WALL CONSTRUCTION INC by JACOBSSON ENGINEERING CONSTRUCTION INC represented by GURALNICK & GILLILAND LLP filed. (Over $25,000.00) |

PAGE: 142

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 10/13/2020 | Joint Case Management Statement filed. |
| 10/13/2020 | Proposed Stipulation and Order re: to Set Aside Default submitted by U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 10/13/2020 | Received: Stip/Order to Set Aside Defaut/Answer |
| 10/13/2020 | REPLY ISO MOTION TO QUASH RECEIVER'S SUBPOENA filed |
| 10/14/2020 | Declaration of DAMIAN D CAPOZZOLA RE OSC AS TO WHY ANY DEFENDANTS HAVE NOT BEEN SERVED filed |
| 10/14/2020 | RESPONSE BY PLTF AND CROSS-COMPLAINANT ALL PHASE DRYWALL & DEVELOPMENT TO OSC RE DEFTS NOT SERVED |
| 10/15/2020 | Declaration of Garrett A Heckman in Response to Order to Show Cause re: Defendants not Served filed |
| 10/15/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GF INVESTMENT GROUP INC represented by PLUMTREE & ASSOCIATES filed. (Over $25,000.00) |
| 10/15/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by DEFENDANT(s)/X-DEFENDANT(s) GF INVESTMENT GROUP INC; (01 Pymt(s) received; TOTAL of 16 Defendant(s) paid to date). |
| 10/15/2020 | Motion Hearing Reservation re: MOTION set for 12/07/20 at 8:30 is Confirmed. |
| 10/15/2020 | Motion to/for Appoint Receiver for Insolvent and Expansion of Receiver's Authority by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed |
| 10/15/2020 | Hearing set 12/07/20 at 8:30 in Department 06 |
| 10/15/2020 | Request for Judicial Notice filed by U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 10/15/2020 | Declaration of Simond Lavian in support of Motion to Appoint Receiver for Insolvent Defendants filed |
| 10/15/2020 | Declaration of Daniel P Mccoy in support of Motion to Appoint Receiver for Insolvent Defendants filed |
| 10/15/2020 | Proposed Order re: Motion to Appoint Receiver for Insolvent Defendant for hearing on 12/07/20 submitted by U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |

PAGE: 143

EXHIBIT 3, PAGE 205

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 10/15/2020 | Stip/Order to Set Aside Defaut/Answer Forward to Department 06 |
| 10/15/2020 | Declaration of Garrett A Heckman in Response to Order to Show Cause re: Defendants not Served filed |
| 10/15/2020 | Substitution of Attorney Filed; On Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP remove Attorney EISNER LLP for Party(s) GARY STIFFELMAN and replace with Attorney THE LAW OFFICES OF DAMIAN D CAPOZZOLA |
| 10/15/2020 | Change attorney on GARY STIFFELMAN from EISNER LLP to THE LAW OFFICES OF DAMIAN D CAPOZZOLA on all complaints. |
| 10/16/2020 | Legacy Minute Order: Hearing Re: Completion of Arbitration on minor case PSC1906015 |
| 10/16/2020 | Hearing Re: Completion of Arbitration on minor case PSC1906015 at 8:30 AM in Department 6 nullHearing Continued (Not Held) to 10/20/20 at 8:30 in Department 06. Reason for continuance: Per court's own motion on 9/25/20 |
| 10/16/2020 | Legacy Minute Order: Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 |
| 10/16/2020 | Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 at 8:30 AM in Department 6 nullHearing Continued (Not Held) to 10/20/20 at 8:30 in Department 06. Reason for continuance: Per court's own motion on 9/25/20 |
| 10/16/2020 | Legacy Minute Order: Case Management Conference Hearing (No addt'l notice) |
| 10/16/2020 | Case Management Conference Hearing (No addt'l notice) at 8:30 AM in Department 6 nullHearing Continued (Not Held) to 10/20/20 at 8:30 in Department 06. Reason for continuance: Per court's own motion on 9/25/20 |
| 10/16/2020 | Legacy Minute Order: OSC re: Dismissal of any party not At-Issue. |
| 10/16/2020 | OSC re: Dismissal of any party not At-Issue. at 8:30 AM in Department 6 nullHearing Continued (Not Held) to 10/20/20 at 8:30 in |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Department 06.<br>Reason for continuance: Per court's own motion on 9/25/20 |
| 10/16/2020 | Request for Entry of Default ONLY on the Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP as to QUONSET PARTNERS LLC filed. |
| 10/16/2020 | Notice of ERRATA TO DECLARATION OF DANIEL P MCCOY IN SUPPORT OF PLTFS MTN TO APPOINT RECEIVER by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed. |
| 10/16/2020 | Received: Request for Entry of Default by US Real Estate Cre |
| 10/16/2020 | Declaration of NATHAN M. CARLE RE COURT'S ORDER TO SHOW CAUSE WHY ANY MATTERS ARE NOT AT ISSUE filed |
| 10/16/2020 | Answer to Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, QUONSET PARTNERS LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 10/16/2020 | Complex Case Designation Fee paid on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by DEFENDANT(s)/X-DEFENDANT(s) QUONSET PARTNERS LLC; (01 Pymt(s) received; TOTAL of 17 Defendant(s) paid to date). |
| 10/16/2020 | Answer to Consolidated Complaint of L&W SUPPLY CORPORATION by GLENROY COACHELLA LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 10/16/2020 | Answer to Consolidated Cross-Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC by GLENROY COACHELLA LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO filed. (Over $25,000.00) |
| 10/20/2020 | Legacy Minute Order: Hearing re: Motion to/for ORDER COMPELLING ARBITRATION AND STAYING THIS ACTION by STUART RUBIN |
| 10/20/2020 | Hearing re: Motion to/for ORDER COMPELLING ARBITRATION AND STAYING THIS ACTION by STUART RUBIN at 8:30 AM in Department 6 nullHonorable Judge Sunshine S Sykes, Presiding<br>Clerk: S. Salazar<br>Court Reporter: Y. Gallegos<br>At 9:22, the following proceedings were held:<br>Motion by STUART RUBIN Re ORDER COMPELLING ARBITRATION AND STAYING ACTION is called for hearing.<br>Court makes the following orders:<br>Tentative Ruling shall become the Ruling of the Court. |

EXHIBIT 3, PAGE 207

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date       Action

           The Motion is DENIED as Moot
           However, the Request for Stay is GRANTED as to the Cross-Complaint
           only.
           Notice to be given by moving party.
           Minute entry completed.

10/20/2020 Legacy Minute Order: Hearing re: Motion to/for QUASH SUBPOENAS
           ISSUED BY RECEIVER by A STUART RUBIN

10/20/2020 Hearing re: Motion to/for QUASH SUBPOENAS ISSUED BY RECEIVER by A
           STUART RUBIN at 8:30 AM in Department 6 nullHonorable Judge Sunshine
           S Sykes, Presiding
           Clerk: S. Salazar
           Court Reporter: Y. Gallegos
           At 9:22, the following proceedings were held:
           Motion by A STUART RUBIN Re QUASH SUBPOENAS ISSUED BY RECEIVER is
           called for hearing.
           Court makes the following orders:
           Tentative Ruling shall become the Ruling of the Court.
           The request for judicial notice is GRANTED.
           The Motion is DENIED as Moot relating to the subpoenas issued to Ian
           Waddell, TRC Parktects,
           Doug Wall, and Dan Glaser.
           The motion is granted in part.
           The Motion is GRANTED, IN PART, as to the subpoenas issued to Scott
           Eisner and Neil
           Rosenfeld and MODIFIED as follows: Request No. 2 shall be stricken
           Minute entry completed.

10/20/2020 Legacy Minute Order: Hearing re: Joinder to STUART RUBINS MTN TO
           QUASH RECEIVERS SUBPOENAS by ELLIOT LANDER.

10/20/2020 Hearing re: Joinder to STUART RUBINS MTN TO QUASH RECEIVERS
           SUBPOENAS by ELLIOT LANDER. at 8:30 AM in Department 6 nullHonorable
           Judge Sunshine S Sykes, Presiding
           Clerk: S. Salazar
           Court Reporter: Y. Gallegos
           At 9:22, the following proceedings were held:
           Motion by ELLIOT LANDER Re Joinder is called for hearing.
           Court makes the following orders:

EXHIBIT 3, PAGE 208

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Tentative Ruling shall become the Ruling of the Court.
The Joinder is granted.
Minute entry completed.

10/20/2020 Legacy Minute Order: Hearing re: Joinder to STUART RUBINS MTN FOR
ORDER COMPELLING ARBITRATION by ELLIOT LANDER.

10/20/2020 Hearing re: Joinder to STUART RUBINS MTN FOR ORDER COMPELLING
ARBITRATION by ELLIOT LANDER. at 8:30 AM in Department 6
nullHonorable Judge Sunshine S Sykes, Presiding
Clerk: S. Salazar
Court Reporter: Y. Gallegos
At 9:22, the following proceedings were held:
Motion by ELLIOT LANDER Re Joinder is called for hearing.
Court makes the following orders:
Tentative Ruling shall become the Ruling of the Court.
The Joinder is DENIED as Moot
Minute entry completed.

10/20/2020 Legacy Minute Order: Hearing Re: Completion of Arbitration on minor
case PSC1906015

10/20/2020 Hearing Re: Completion of Arbitration on minor case PSC1906015 at
8:30 AM in Department 6 nullHonorable Judge Sunshine S Sykes,
Presiding
Clerk: S. Salazar
Court Reporter: Y. Gallegos
At 9:22, the following proceedings were held:
Hearing ordered vacated.
Minute entry completed.

10/20/2020 Legacy Minute Order: Hearing Re: /On OSC Re Dismissal for minor case
PSC1906015

10/20/2020 Hearing Re: /On OSC Re Dismissal for minor case PSC1906015 at 8:30
AM in Department 6 nullHonorable Judge Sunshine S Sykes, Presiding
Clerk: S. Salazar
Court Reporter: Y. Gallegos
At 9:22, the following proceedings were held:

EXHIBIT 3, PAGE 209

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Hearing ordered vacated.

10/20/2020  Legacy Minute Order: Case Management Conference Hearing (No addt'l notice)

10/20/2020  Case Management Conference Hearing (No addt'l notice) at 8:30 AM in Department 6 nullHonorable Judge Sunshine S Sykes, Presiding
Clerk: S. Salazar
Court Reporter: Y. Gallegos
EDWIN W LESLIE represented by SULMEYERKUPETZ - Alan Tippie present. (Telephonic)
BLAIR AIR INC represented by ROEMER & HARNIK LLP - Brian Harnick present. (Telephonic)
JOSEPH RUBIN represented by BAAKE LAW LLC - David Baake present. (Telephonic)
ALL PHASE DRYWALL & DEVLOPMENT INC represented by KOZBERG & BODELL LLP - David Bancroft present. (Telephonic)
LA HACIENDA NURSEY & LANDSCAPE INC represented by CUMMINS & WHITE LLP - Edwin Ferrell present. (Telephonic)
GF INVESTMENT GROUP INC represented by PLUMTREE & ASSOCIATES - Ferdinand Trampe present. (Telephonic)
APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TEMALPAKH INC, TANDEM WEST GLASS INC, AL MILLER & SONS ROOFING CO INC represented by ROVER ARMSTRONG - Garrett Heckman present. (Telephonic)
FERGUSON ENTERPRISES LLC represented by GEORGE SYKULSKI A PROF LAW CORP - George Sykulksi present. (Telephonic)
A STUART RUBIN represented by BERMAN LITIGATION GROUP - Laurence Berman present. (Telephonic)
DOUG WALL CONSTRUCTION INC represented by MARC S HOMME A PROFESSIONAL LAW CORPORATION - Marc Homme present. (Telephonic)
ELLIOT LANDER represented by LAW OFFICES OF MARVIN H WEISS - Mavin Weiss present. (Telephonic)
GLENROY COACHELLA LLC, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, QUONSET PARTNERS LLC represented by MCGARRIGLE,KENNEY, & ZAMPIELLO - Michael Kenney present. (Telephonic)
BMC WEST LLC represented by ABDULAZIZ, GROSSBART & RUDMAN - Milene Apanian present. (Telephonic)
THE SHERWIN-WILLIAMS COMPANY represented by LANAK & HANNA PC - Natasha Buchanan present. (Telephonic)

EXHIBIT 3, PAGE 210

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES
FELDM AN LLP - Nathan Carle present. (Telephonic)
ORCO BLOCK & HARDSCAPE represented by WCH LAW GROUP, P.C. - Willaim
HOggard present. (Telephonic)
Timothy Laquer (Telephonic) present.
John Lupton (Telephonic) present.
U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES
FELDM AN LLP - Huell Kim present. (Telephonic)
At 9:22, the following proceedings were held:
Court and counsel confer regarding discovery
Court makes the following orders:
Parties may not file any discovery motion without leave of Court.
Hearing re Status Conference set 01/21/21 at 8:30 Dept 06
Any documents or response to Order to Show Cause hearings to be
filed at least five court days
prior to next hearing.
Counsel are ordered to meet and confer regarding arbitration.
Counsel are ordered to file Joint Status Report at least five court
days prior to next hearing.
Notice to be given by plaintiff.
Minute entry completed.

10/20/2020  Legacy Minute Order: OSC re: Dismissal of any party not At-Issue.

10/20/2020  OSC re: Dismissal of any party not At-Issue. at 8:30 AM in
            Department 6 nullHonorable Judge Sunshine S Sykes, Presiding
            Clerk: S. Salazar
            Court Reporter: Y. Gallegos
            At 9:22, the following proceedings were held:
            Plaintiff's counsel represents responsive pleadings will be filed by
            10/30/20.
            Court makes the following orders:
            Hearing held and continued to 01/21/21 at 8:30 in Dept. 06 (Pre-
            disposition).
            Notice to be given by plaintiff
            Minute entry completed.

10/20/2020  Request for Entry of Default by US Real Estate Forward to Department
            Default Desk

EXHIBIT 3, PAGE 211

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 10/20/2020 | Assign to Legal Research Attorney: JK |
| 10/22/2020 | Complex Case Designation Fee paid on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP. |
| 10/22/2020 | Clerk's Calendar - Complex Case fees in the amount of $1,000.00 as to A STUART RUBIN due on 10/22/20. |
| 10/22/2020 | Clerk's Calendar - Complex Case fees in the amount of $1,000.00 as to ELLIOT LANDER due on 10/22/20. |
| 10/22/2020 | Clerk's Calendar - Complex Case fees in the amount of $1,000.00 as to DOUG WALL CONSTRUCTION INC due on 10/22/20. |
| 10/22/2020 | Clerk's Calendar - Complex Case fees in the amount of $1,000.00 as to JOSEPH RUBIN due on 10/22/20. |
| 10/22/2020 | Stipulation and Order for Set Aside Default is Granted ; Honorable Judge Sunshine S Sykes. |
| 10/22/2020 | Answer to Cross Complaint of DOUG WALL CONSTRUCTION INC by U.S. REAL ESTATE CREDIT HOLDINGS III A LP represented by RAINES FELDM AN LLP filed. (Over $25,000.00) |
| 10/23/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by BMC WEST LLC represented by ABDULAZIZ, GROSSBART & RUDMAN filed. (Over $25,000.00) |
| 10/23/2020 | Proposed Stipulation and Order re: to Set Aside Entry of Default submitted by GF INVESTMENT GROUP INC. |
| 10/23/2020 | Received: Stip/Order to Set Aside Default/ Answer of GF |
| 10/27/2020 | Declaration of Garrett A Heckman in response to Order to Show Cause filed on 10/15/20 by AL MILLER & SONS ROOFING CO INC was corrected Nunc Pro Tunc on 10/27/20. |
| 10/27/2020 | Legacy Minute Order: Nunc Pro Tunc Hearing |
| 10/27/2020 | Nunc Pro Tunc Hearing at 8:30 AM in Department 6 nullClerk: E. Rodriguez<br>Court Reporter: None<br>It appears to the court through inadvertence and/or clerical error, the Declaration of Garrett A Heckman filed on 10/15/20 does not correctly reflect the Clerks Filed stamp date. The document is corrected Nunc Pro Tunc to reflect:<br>The Clerks Filed stamp date is corrected to 10/13/2020 to |

PAGE: 150

EXHIBIT 3, PAGE 212

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | 10/15/2020.<br>Courtesy conformed copy of the corrected document shall be provided to the filing party via mail.<br>Nunc Pro Tunc Hearing concluded. |
| 10/27/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE-CMC SET FOR 11/09/20. |
| 10/27/2020 | Nunc Pro Tunc Hearing Set for 10/27/20 at 8:30 in Dept. 06 |
| 10/27/2020 | Clerk's Certificate of Mailing of Nunc Pro Tunc minute order dated 10/27/20. |
| 10/27/2020 | Declaration of Garrett A Heckman in response to Order to Show Cause filed on 10/15/20 by AL MILLER & SONS ROOFING CO INC was corrected Nunc Pro Tunc on 10/27/20. |
| 10/27/2020 | Stip/Order to Set Aside Default/ Answer of GF Forward to Department 06 |
| 10/28/2020 | System Generated Notice re: /OF TELEPHONIC APPEARANCE-CMC SET FOR 11/12/20. |
| 10/30/2020 | Stipulation and Order for Set Aside Entry of Default is Granted ; Honorable Judge Sunshine S Sykes. |
| 10/30/2020 | Declaration of GARRETT A HECKMAN RE:TRANSFER AND COMPLETE CONSOLIDATION OF PSC2000009 filed |
| 10/30/2020 | Declaration of GARRETT A HECKMAM RE:TRANSFER AND COMPLETE CONSOLIDATION filed |
| 11/02/2020 | Clerk's Calendar (ECD)-Delinquent Payment set 12/03/20 at 8:30 in Dept. FWRC. |
| 11/02/2020 | Clerk's Calendar (ECD)-Delinquent Payment set 12/03/20 at 8:30 in Dept. FWRC. |
| 11/02/2020 | Clerk's Calendar (ECD)-Delinquent Payment set 12/03/20 at 8:30 in Dept. FWRC. |
| 11/03/2020 | Demurrer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: GARY STIFFELMAN |
| 11/03/2020 | Declaration of Timothy R Laquer in Support of Defendant Gary Stiffelman's Demurrer Filed By: GARY STIFFELMAN |
| 11/03/2020 | Proposed Order re: Defendant Garry Stiffelman's Demurrer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

PAGE: 151

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/03/2020 | Notice of Hearing on Demurrer of Defendant Gary Stiffelman to Complaint on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: GARY STIFFELMAN |
| 11/03/2020 | Hearing Reserved for Demurrer on 01/06/21 at 8:30 AM in Department 06 - RES238702. |
| 11/03/2020 | Court Reporter Hearing Fee for one hour or less Paid by Gary Stiffelman in the amount of $30.00; for hearing reserved for MOTION FOR DEMURRER on 01/06/2021. |
| 11/03/2020 | On-line Motion Reserved on behalf of Gary Stiffelman. |
| 11/03/2020 | REGISTER OF ACTIONS ON PSC2000009 THROUGH 11/03/20 |
| 11/03/2020 | Answer to Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by BLAIR AIR INC represented by ROEMER & HARNIK LLP filed. (Over $25,000.00) |
| 11/04/2020 | Fee Paid for On-line Reservation of Motion ($60.00). Confirmation number RES238702 for hearing reserved on 01/06/21. |
| 11/04/2020 | Court Reporter Fee (Under One Hour) paid by GARY STIFFELMAN for hearing 01/06/21. |
| 11/04/2020 | REGISTER OF ACTIONS ON PSC2000015 THROUGH 11/04/20 |
| 11/06/2020 | Response and Joinder to Motion to Appoint Receiver for Insolvent Defendants Filed By: EDWIN W LESLIE |
| 11/06/2020 | Receiver's Response and Joinder to Motion to Appoint Receiver for Insolvent Defendants on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/12/2020 | Opposition to Motion to Appoint Receiver for Allegedly Insolvent Defendants Filed By: DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 11/12/2020 | Declaration of Marc S Homme in Opposition to Motion to Appoint Receiver Filed By: DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 11/12/2020 | Notice of Errata to the Declaration of Marc S Homme in Opposition to Motion to Appoint Receiver for Defendants Glenroy Coachella, LLC, Force Rubin, LLC, Force Rubin 2, LLC, and Coachella Resorts, LLC and Expansion of Receiver's Authority |

EXHIBIT 3, PAGE 214

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

           Filed By: DOUG WALL CONSTRUCTION INC

11/12/2020 Payment: $60.00,  STIFFELMAN, GARY, for STIFFELMAN, GARY, Receipt:
           20201112-00447

11/16/2020 Notice of Ruling re: DEFENDANT STUART RUBINS MOTION TO QUASH
           SUBPOENAS ISSUED BY RECEIVER on Consolidated Complaint of TANDEM
           WEST GLASS INC

11/18/2020 Declaration of George Sykulski in Opposition to Motion to Appoint
           Receiver for Defendants Glenroy Coachella, LLC, Force Rubin, LLC,
           Force Rubin 2, LLC, and Coachella Resorts, LLC and Expansion of
           Receiver's Authority
           Filed By: FERGUSON ENTERPRISES LLC

11/18/2020 Memorandum of Points and Authorities in Support of Opposition to
           Motion to Appoint Receiver for Defendants Glenroy Coachella, LLC,
           Force Rubin, LLC, Force Rubin 2, LLC, and Coachella Resorts, LLC and
           Expansion of Receiver's Authority
           Filed By: FERGUSON ENTERPRISES LLC

11/19/2020 Notice of Telephonic Appearance for Hearing on 1st Amended
           Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY

11/20/2020 Opposition to Plaintiff's Motion to Appoint Receiver for Insolvent
           Defendants
           Filed By: GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC

11/20/2020 Declaration of Patrick C. McGarrigle in Support of Defemdamt GLenroy
           Coachella LLCs Opposition to Plaintiff's Motion to Appoint Receiver
           For Insolvent Defendants
           Filed By: GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC

11/20/2020 Declaration of A. Stuart Rubin in Support of Defendants Glenroy
           Coachelle LLCs Et Al's Opposition to Plaintiffs Motion to Appoint
           Receiver for "Insolvent" Defendants
           Filed By: GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC,
           COACHELLA RESORT LLC

11/20/2020 Defendants Elliot Lander and Coachella Resort LLC's Opposition to
           Plaintiff's Motion to Appoint Receiver for Defendants Glenroy
           Coachella, LLC, Force Rubin, LLC, Force Rubin 2, LLC, and Coachella
           Resort, LLC and Expansion of Receiver's Authority
           Filed By: COACHELLA RESORT LLC, ELLIOT LANDER

PAGE: 153

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/20/2020 | Request for Judicial Notice. |
| 11/20/2020 | Declaration of |
| 11/20/2020 | Declaration of |
| 11/20/2020 | Declaration of |
| 11/20/2020 | Declaration of |
| 11/20/2020 | Proof of Service re: |
| 11/20/2020 | Declaration of Renzo Renzi in Support of Defendant Glenroy Coachella, LLC's Opposition to Plaintiff's Motion to Appoint Receiver<br>Filed By: GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, COACHELLA RESORT LLC |
| 11/20/2020 | Opposition to Plaintiff's Motion to Appoint Receiver and for Expansion of Authority<br>Filed By: DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, APPLE J PLUMBING INC, TEMALPAKH INC, AL MILLER & SONS ROOFING CO INC, TANDEM WEST GLASS INC |
| 11/20/2020 | Declaration of Stuart Rubin in Support of Defendants Elliot Lander and Coachella Resort LLC's Opposition to Plaintiff's Motion to Appoint Receiver for Defendants Glenroy Coachella, LLC, Force Rubin, LLC, and Coachella Resort, LLC and Expansion of Receivers Authority |
| 11/20/2020 | Declaration of Marvin Weiss in Support of Defendants Elliot Lander and Coachella Resort LLC's Opposition to Plaintiff's Motion to Appoint Receiver for Defendants Glenroy Coachella, LLC, Force Rubin, LLC, and Coachella Resort, LLC and Expansion of Receivers Authority |
| 11/20/2020 | Declaration of Laurence M Berman in Support of Defendants Elliot Lander and Coachella Resort LLC's Opposition to Plaintiff's Motion to Appoint Receiver for Defendants Glenroy Coachella, LLC, Force Rubin, LLC, Force Rubin 2, LLC and Coachella Resort, LLC and Expansion of |

EXHIBIT 3, PAGE 216

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/20/2020 | Declaration of Joseph Rubin in Support of Defendants Elliot Lander and Coachella Resort LLC's Opposition to Plaintiff's Motion to Appoint Receiver for Defendants Glenroy Coachella, LLC, Force Rubin, LLC, and Coachella Resort, LLC and Expansion of Receivers Authority |
| 11/20/2020 | Proof of Service re: Declarations in support of Opposition to Plaintiff's Motion to Appoint |
| 11/20/2020 | Notice of Joinder to Defendant's Elliot Lander and Coachella Resort LLCs Opposition to Plaintiffs Motion to Appoint Receiver for Defendants<br>Filed By: A STUART RUBIN |
| 11/23/2020 | Notice of Joinder to Defendants' Opposition to Plaintiff's Motion to Appoint Receiver and for Expansion of Authority<br>Filed By: BMC WEST LLC |
| 11/23/2020 | Joinder to Oppositions to Plaintiff's Motion to Appoint Receiver and for Expansion of Authority<br>Filed By: BLAIR AIR INC |
| 11/23/2020 | Stipulation and [Proposed] Order RE: hearing on motion to compel production of documents and motion to compel answers to special interrogatories<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, DOUG WALL CONSTRUCTION INC |
| 11/23/2020 | Substitution of Attorney<br>Attorney Type: New Attorney, Represented Parties: U.S. REAL ESTATE CREDIT HOLDINGS III A LP (Plaintiff) |
| 11/23/2020 | Deft Stuart Rubins Ntc of Joinder to Defts Glenroy Coachella LLC, et al.'s Oppo to Pltfs Mtn to Appoint Receiver for Glenroy Coachella, LLC, Force Rubin, LLC, Force Rubin 2, LLC and Coachella Resort, LLC and Expansion of receivers authority<br>Filed By: A STUART RUBIN |
| 11/24/2020 | Case Management Order |
| 11/24/2020 | Clerk's Certificate of Mailing on 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY |
| 11/24/2020 | Notice of Telephonic Appearance for Hearing |

EXHIBIT 3, PAGE 217

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

11/24/2020 Minute Order: Court Ruling re: Case Management Order

11/24/2020 Court Ruling re: Case Management Order at 8:30 AM in Department 6
           Honorable Sunshine S. Sykes, Judge
           S. Salazar, Courtroom Assistant
           Court Reporter: None
           APPEARANCES:
           No Appearances
           Court deems case complex pursuant to Section CRC 3.400.
           Minute entry completed.

11/30/2020 Notice of Movant U.S. Real Estate Credit Holdings H-A, LP to
           Withdraw and Take off Calendar Movant's Motion to Appoint Receiver
           for Insolvent Defendants
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

12/01/2020 Minute Order: Court on its Own Motion

12/01/2020 Court on its Own Motion at 2:20 PM in Department 6 Honorable
           Sunshine Sykes, Judge
           S. Salazar, Courtroom Assistant
           Court Reporter: None
           APPEARANCES:
           No Appearances
           On Court's own motion:
           Pursuant to minute order dated 10/20/20, parties may not file any
           discovery motion without leave of Court
           Hearing re: Motion to/for COMPEL PRODUCTION OF DOCUMENTS by DOUG
           WALL CONSTRUCTION INC is ordered vacated (future hearing/trial).
           Hearing re: Motion to/for COMPEL ANSWER TO SPECIAL INTERROGATORIES
           AGAINST PLAINTIFF by DOUG WALL CONSTRUCTION INC is ordered vacated
           (future hearing/trial).
           Notice to be given by Clerk.

12/02/2020 Hearing Reserved for: MOTION TO COMPEL PRODUCTION OF DOCUMENTS -
           RES226004

12/02/2020 Hearing Reserved for: MOTION TO COMPEL ANSWER/RESPONSE
           INTERROGATORIES - RES226005

12/02/2020 Hearing re: Motion to/for COMPEL PRODUCTION OF DOCUMENTS by DOUG
           WALL CONSTRUCTION INC

EXHIBIT 3, PAGE 218

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/02/2020 | Hearing re: Motion to/for COMPEL ANSWER TO SPECIAL INTERROGATORIES AGAINST PLAINTIFF by DOUG WALL CONSTRUCTION INC |
| 12/03/2020 | Hearing Reserved for: MOTION TO APPOINT RECEIVER  – RES227589 |
| 12/03/2020 | Clerk's Calendar (ECD)-A STUART RUBIN Delinquent on Complex Case Fees. Balance owing of $1,000.00 due on 12/03/20. |
| 12/03/2020 | Clerk's Calendar (ECD)-ELLIOT LANDER Delinquent on Complex Case Fees. Balance owing of $1,000.00 due on 12/03/20. |
| 12/03/2020 | Clerk's Calendar (ECD)-JOSEPH RUBIN Delinquent on Complex Case Fees. Balance owing of $1,000.00 due on 12/03/20. |
| 12/04/2020 | Payment: $20.00,  U.S. REAL ESTATE CREDIT HOLDINGS III A LP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20201204-00184 |
| 12/07/2020 | Substitution of Attorney Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/07/2020 | Hearing Reserved for: MOTION TO GRANT RECEIVER ADDITIONAL POWERS – RES229663 |
| 12/07/2020 | Minute Order: Hearing re: Motion to/for Appoint Receiver for Insolvent and Expansion of Receiver's Authority by U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/07/2020 | Hearing re: Motion to/for Appoint Receiver for Insolvent and Expansion of Receiver's Authority by U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 6 Judicial Officer: None Courtroom Assistant: None Court Reporter: None APPEARANCES: No Appearances Hearing off calendar, reason: Per Notice Filed 11/30/20 |
| 12/07/2020 | Minute Order: Hearing on Joinder to Motion to Appoint Receiver Motion to/for Appoint Receiver for Insolvent and Expansion of Receiver's Authority by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed |
| 12/07/2020 | Hearing on Joinder to Motion to Appoint Receiver Motion to/for Appoint Receiver for Insolvent and Expansion of Receiver's Authority by U.S. REAL ESTATE CREDIT HOLDINGS III A LP filed at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge |

PAGE: 157

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

S. Salazar, Courtroom Assistant
Court Reporter: None
APPEARANCES:
No Appearances
At 08:30 AM, the following proceedings were held:
After issuance of the tentative ruling; no oral argument was
requested.
Tentative ruling shall become the ruling of the court.
Plaintiff, Lander and Coachella Resort's Requests for Judicial
Notice are GRANTED.
The motion is denied.
Plaintiff provides no authority to support its claim that the
appointment of a receiver over allegedly insolvent corporations is
permissible in the absence of a judgment and exhaustion of legal
remedies. Further, while Plaintiff also invokes CCP § 564(2) and
(9), it provides no authority that appointment of a receivership
over the allegedly insolvent Borrower Defendants is permissible
under either subsection in the absence of a judgment and exhaustion
of legal remedies.

Further, even assuming that appointment of a receiver of the
allegedly insolvent Borrower Defendants were appropriate in the
absence of a judgment, Plaintiff has not demonstrated that no other
remedy exists that will protect its interests. (See City & County of
San Francisco v. Daley (1993), 16 Cal.App.4th at 744-45; see also
Weil & Brown, Cal Practice Guide: Civil Procedure Before Trial (The
Rutter Group 2020), § 9:743 ["A receivership is a harsh, time-
consuming, expensive and potentially unjust remedy and thus is
available only where a more 'delicate,' alternative remedy (i.e.,
injunction, writ of possession, attachment, provisional director,
lis pendens) is inadequate. In other words, it should not be
requested unless absolutely essential because no other remedy will
do the job" [emphasis in the original].)

Lastly, Plaintiff has not demonstrated by a preponderance of the
evidence that the Property is in imminent danger of being lost or
materially injured or that the value of the Property/Project is less
than the Loan debt.

12/07/2020 Notice of Document Return.

PAGE: 158

EXHIBIT 3, PAGE 220

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/08/2020 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Notice of Motion and Motion for Summary Adjudication of the first cause of action for judicial foreclosure; Memorandum of points and authorities in support on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/08/2020 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's separate statement of undisputed material facts in support of Motion for Summary Adjudication of first cause of action for judicial foreclosure on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/08/2020 | Evidence in support of Plaintiffs Motion for Summary Adjudication of cause of action one for Judicial Foreclosure on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/08/2020 | (Proposed) Order granting Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Motion for Summary Adjudication of First Cause of Action for Judicial Foreclosure |
| 12/10/2020 | Notice of Complex Case Fees Due Against / As To: ELLIOT LANDER |
| 12/10/2020 | Payment: $1,000.00,  LAW OFFICES OF MARVIN H WEISS, for LANDER, ELLIOT, Receipt: 20201210-00390 |
| 12/11/2020 | Declaration of Dana Barbera in Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Declaration of Laurence Berman Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Declaration of Joseph Rubin in Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Declaration of Elliot B Lander in Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |

EXHIBIT 3, PAGE 221

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| 12/11/2020 | Declaration of Patrick C McGarrigle in Support of Ex Parte Application for an Order Re Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Declaration of Renzo Renzi in Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Declaration of A Stuart Rubin in Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Declaration of Ian Waddell in Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Declaration of Marvin Weiss in Support of Ex Parte Application for an Order Authorizing Protective Advance & Receiver Certificate, etc.<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Proposed Order re: Granting Ex Parte Application for an Order Re: Protective Advance & Receiver Certificate, etc. |
| 12/11/2020 | Proof of Service re: Ex Parte Application; * See Service List |
| 12/11/2020 | Ex Parte Application for an Order Authorizing Protective Advance & Directing Receiver to Issue Receiver Certificate for 3rd Party Funding to Recommence Construction to Preserve & Protect Glenroy Hotel Project & Related Relief; Memo of Points & Authorities<br>Filed By: GLENROY COACHELLA LLC |
| 12/11/2020 | Notice of Telephonic Appearance for Hearing on 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY |
| 12/11/2020 | Opposition to Ex Parte Motion<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/11/2020 | Corrected Plaintiff US Real Estate Credit Holding III-A, LP's Opposition to Ex Parte Motion<br>Filed By: US REAL ESTATE CREDIT HOLDINGS III-A LP |
| 12/11/2020 | Response of Doug Wall Construction Inc to Ex Parte Application |
| 12/11/2020 | Opposition to Ex Parte Application for an Order Authorizing |

EXHIBIT 3, PAGE 222

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Protective Advance and Directing Receiver to Issue Receiver Certificate for Third Party Funding to Recommence Construction Filed By: GARY STIFFELMAN |
| 12/11/2020 | Notice of Joinder to Defendant Glenroy Coachella LLC's ex parte application for an order authorizing protective advance and directing receiver to issue receiver certificate for third party funding to recommence construction to preserve and protect Glenroy Filed By: A STUART RUBIN |
| 12/11/2020 | Defendant Elliot Lander's Notice of Joinder to Defendant Glenroy Coachella LLC's Ex Parte Application for an order authorizing protective advance and directing receiver to issue receiver certificate for third party funding to recommence construction Filed By: ELLIOT LANDER |
| 12/11/2020 | Payment: $60.00, MCGARRIGLE,KENNEY, & ZAMPIELLO, for GLENROY COACHELLA LLC, Receipt: 20201211-00295 |
| 12/11/2020 | Payment: $30.00, MCGARRIGLE,KENNEY, & ZAMPIELLO, for GLENROY COACHELLA LLC, Receipt: 20201211-00295 |
| 12/11/2020 | Minute Order: Court on its Own Motion |
| 12/11/2020 | Court on its Own Motion at 4:18 PM in Department 6 Honorable Sunshine Sykes, Judge S. Salazar, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances On Court's own motion: Continue (future hearing) 12/14/2020 08:30 AM Ex Parte Hearing re: by GLENROY COACHELLA LLC Ex Parte Application for an Order Authorizing Protective Advance & Directing Receiver to Issue Receiver Certificate for 3rd Party Funding to Recommence Construction to Preserve & Protect Glenroy Hotel Project & Related Relief; Memo of Points & Authorities to 12/15/2020 at 09:00 AM in Department 6. Reason for Continuance: allow court to review ex parte application. Notice to be given by Clerk. Minute entry completed. |
| 12/11/2020 | Notice of Document Quality Assurance |

EXHIBIT 3, PAGE 223

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/14/2020 | Declaration of Edwin W Leslie in Support Receiver's Opposition to Ex Parte Motion of Glenroy Coachella, LLC to Compel Receiver to Execute Receivership Certificate<br>Filed By: EDWIN W LESLIE |
| 12/14/2020 | Opposition Receiver's Oppsition to Ex Parte Motion of Glenroy Coachella, LLC to Compel Receiver to Execute Receivership Certificate on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: EDWIN W LESLIE |
| 12/14/2020 | Opposition to Ex Parte Application for an Order Authorizing Protective Advance and Directing Receiver to Issue Certificate for Third Party Funding to Recommence Construction<br>Filed By: DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, APPLE J PLUMBING INC, TEMALPAKH INC, JACOBSSON ENGINEERING CONSTRUCTION INC, AL MILLER & SONS ROOFING CO INC, TANDEM WEST GLASS INC |
| 12/14/2020 | Reply memorandum of defendant Glenroy coachella LLC in support of ex parte application for an order RE protective advance and receiver certificate, Etc.<br>Filed By: FORCE RUBIN LLC, GLENROY COACHELLA LLC, FORCE RUBIN 2 LLC |
| 12/14/2020 | Evidentiary Objections to Declaration of Dana Barbera<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/14/2020 | Evidentiary Objections to Declaration of Stuart Rubin<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/14/2020 | Evidentiary Objections to Declaration of Ian Waddell<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/14/2020 | Evidentiary Objections to Declaration of Elliot B Lander<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/14/2020 | Ex Parte Hearing re: by GLENROY COACHELLA LLC Ex Parte Application for an Order Authorizing Protective Advance & Directing Receiver to Issue Receiver Certificate for 3rd Party Funding to Recommence Construction to Preserve & Protect Glenroy Hotel Project & Related Relief; Memo of Points & Authorities at 8:30 AM in Department 6 |
| 12/14/2020 | Minute Order: Court on its Own Motion |
| 12/14/2020 | Court on its Own Motion at 3:52 PM in Department 6 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant |

EXHIBIT 3, PAGE 224

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Court Reporter: None |
| | APPEARANCES: |
| | No Appearances |
| | On Court's own motion: |
| | Court has Read and Considered Ex Parte Application and Oppositions filed. |
| | Court makes the following order(s): |
| | Ex Parte Application for an Order Authorizing Protective Advance & Directing Receiver to Issue Receiver Certificate for 3rd Party Funding to Recommence Construction to Preserve & Protect Glenroy Hotel Project & Related Relief is denied. |
| | The reason for the denial is as follows: |
| | There is no basis for ex parte relief. |
| | Ex Parte Hearing re: is ordered vacated (future hearing/trial). |
| | Notice to be given by Clerk to RAINES FELDM AN LLP , SULMEYERKUPETZ , MCGARRIGLE,KENNEY, & ZAMPIELLO , BERMAN LITIGATION GROUP , LAW OFFICES OF MARVIN H WEISS , THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A PROFESSIONAL LAW CORPORATION , BAAKE LAW LLC , ROVER ARMSTRONG , ROEMER & HARNIK LLP , ABDULAZIZ, GROSSBART & RUDMAN , PLUMTREE & ASSOCIATES , LAW OFFICE OF ERIC EVERETT HAWES , LAW OFFICES OF ARNOLD L VELDKAMP , LANAK & HANNA PC , GEORGE SYKULSKI A PROF LAW CORP , RAINES FELDMAN LLP , THE GREEN LAW GROUP, LLP , WCH LAW GROUP, P.C. , KOZBERG & BODELL LLP , CUMMINS & WHITE LLP , GURALNICK & GILLILAND LLP , Marsha Ann Houston . |
| 12/14/2020 | Certificate of Mailing |
| 12/15/2020 | Ex Parte Application for an Order Authorizing Protective Advance & Directing Receiver to Issue Receiver Certificate for 3rd Party Funding to Recommence Construction to Preserve & Protect Glenroy Hotel Project & Related Relief; Memo of Points & Authorities at 9:00 AM in Department 6 |
| 12/16/2020 | GF Investment Group, Inc's Answer to All Phase Drywall & Development, Inc's Complaint |
| | Filed By: GF INVESTMENT GROUP INC |
| 12/16/2020 | Notice of Document Return. |
| 12/17/2020 | Notice of Telephonic Appearance for Hearing on 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY |

EXHIBIT 3, PAGE 225

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/17/2020 | Payment: $30.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20201217-00139 |
| 12/17/2020 | Payment: $500.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20201217-00139 |
| 12/23/2020 | Substitution of Attorney<br>Attorney Type: New Attorney, Represented Parties: JACOBSSON ENGINEERING CONSTRUCTION INC (Defendant) |
| 12/31/2020 | Payment: $1,000.00,  BAAKE LAW LLC, for BAAKE LAW LLC, RUBIN, JOSEPH, Receipt: 20201231-00225 |
| 01/04/2021 | Notice of Firm Name Change<br>Filed By: AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, TANDEM WEST GLASS INC, TEMALPAKH INC, DESERT PALMS ELECTRIC INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, APPLE J PLUMBING INC, TEMALPAKH INC, AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, TEMALPAKH INC, TANDEM WEST GLASS INC, AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, TANDEM WEST GLASS INC, TEMALPAKH INC, TANDEM WEST GLASS INC |
| 01/06/2021 | Minute Order: Hearing re: Demurrer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN |
| 01/06/2021 | Minute Order: Hearing Reserved for Demurrer on MOTION FOR DEMURRER - RES238702. |
| 01/06/2021 | Hearing Reserved for Demurrer on MOTION FOR DEMURRER - RES238702. at 8:30 AM in Department 6 Judicial Officer: None<br>Courtroom Assistant: None<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>Hearing off calendar, reason: Motion hearing reservation is calendared (moving papers filed). |
| 01/06/2021 | Amended Minute Order: Hearing re: Demurrer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN |
| 01/06/2021 | Hearing re: Demurrer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by GARY STIFFELMAN at 8:30 AM in Department 6 |

EXHIBIT 3, PAGE 226

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Honorable Sharon J. Waters, Judge |
| | S. Salazar, Courtroom Assistant |
| | Court Reporter: None |
| | APPEARANCES: |
| | No Appearances |
| | At 08:50 AM, the following proceedings were held: |
| | Tentative ruling shall become the ruling of the court. |
| | Demurrer by GARY STIFFELMAN on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP (from RIC1905743) sustained. |
| | Leave to amend Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP, with 20 days to leave to amend. |
| | The seventh and eight causes of action fail to state sufficient facts to constitute a cause of action. The unopposed demurrer is sustained with 20 days' leave to amend. |
| | Notice to be given by moving party. |
| 01/07/2021 | Notice of Ruling re: DEMURRER on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/11/2021 | Answer to Complaint on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC |
| | Filed By: GF INVESTMENT GROUP INC |
| 01/13/2021 | Declaration of David Bancroft in response to order to show cause RE: defendants not served |
| | Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC |
| 01/13/2021 | Declaration of Edward J. Farrell in response to order to show cause RE dismissal hearing |
| | Filed By: LA HACIENDA NURSEY & LANDSCAPE INC |
| 01/14/2021 | Notice of Document Quality Assurance |
| 01/15/2021 | Joint Case Management Statement |
| | Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, A STUART RUBIN, ELLIOT LANDER, GARY STIFFELMAN, GF INVESTMENT GROUP INC, THE SHERWIN-WILLIAMS COMPANY, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, APPLE J PLUMBING INC, ORCO BLOCK & HARDSCAPE, DOUG WALL CONSTRUCTION INC, FORCE RUBIN 2 LLC, JACOBSSON ENGINEERING CONSTRUCTION INC, GLENROY COACHELLA LLC, BMC WEST LLC, FORCE RUBIN LLC, BLAIR AIR INC, LA HACIENDA NURSEY & LANDSCAPE INC, AL MILLER & SONS ROOFING CO INC, TANDEM WEST GLASS INC |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

01/19/2021  Answer to Complaint on Consolidated Complaint of ORCO BLOCK &
            HARDSCAPE
            Filed By: GLENROY COACHELLA LLC

01/19/2021  Notice of Intent to Appear by Telephone
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

01/21/2021  Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE
            CREDIT HOLDINGS III A LP
            Filed By: FERGUSON ENTERPRISES LLC

01/21/2021  Request for Judicial Notice.

01/21/2021  Memorandum of Points & Authorities on Complaint of U.S. REAL ESTATE
            CREDIT HOLDINGS III A LP

01/21/2021  Separate statement of undisputed facts on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP

01/21/2021  Declaration of Bindu Patel in support of motion for summary
            adjudication
            Filed By: FERGUSON ENTERPRISES LLC

01/21/2021  Declaration of Dana Sykulski in support of motion for summary
            adjudication
            Filed By: FERGUSON ENTERPRISES LLC

01/21/2021  Declaration of Doug Wall Construction INC
            Filed By: FERGUSON ENTERPRISES LLC

01/21/2021  Minute Order: OSC re: Dismissal of any party not At-Issue.

01/21/2021  OSC re: Dismissal of any party not At-Issue. at 8:30 AM in
            Department 6 Honorable Sharon J. Waters, Judge
            S. Salazar, Courtroom Assistant
            Y. Gallegos, Court Reporter
            APPEARANCES:
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
            Rivas, Marsha Houston.
            ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by David
            Bancroft.
            LESLIE, EDWIN W [REC] represented by Alan Tippe.
            BMC WEST LLC [DEF] represented by Catherine Finamore.
            LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward

PAGE: 166

EXHIBIT 3, PAGE 228

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|

Farrell.
GF INVESTMENT GROUP INC [DEF] represented by Ferdi Trampe.
THE SHERWIN-WILLIAMS COMPANY [PLA] represented by Lauren Stec.
DOUG WALL CONSTRUCTION INC [DEF] represented by Marc Homme.
BLAIR AIR INC [DEF] represented by Mary Gilstrap.
GLENROY COACHELLA LLC [DEF] represented by Michael Kenney.
STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard.
At 09:24 AM, the following proceedings were held:
Hearing held and continued to 02/25/2021 at 08:30 AM in Department 6
(Pre-disposition) Continued - Other pre-disposition hearing
Notice to be given by counsel for U.S. Real Estate Credit Holdings.

01/21/2021 Minute Order: Hearing Re: Status Conference

01/21/2021 Hearing Re: Status Conference at 8:30 AM in Department 6 Honorable
Sharon J. Waters, Judge
S. Salazar, Courtroom Assistant
Y. Gallegos, Court Reporter
APPEARANCES:
U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
Rivas, Marsha Houston.
ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by David
Bancroft.
LESLIE, EDWIN W [REC] represented by Alan Tippe.
BMC WEST LLC [DEF] represented by Catherine Finamore.
LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward
Farrell.
GF INVESTMENT GROUP INC [DEF] represented by Ferdi Trampe.
THE SHERWIN-WILLIAMS COMPANY [PLA] represented by Lauren Stec.
DOUG WALL CONSTRUCTION INC [DEF] represented by Marc Homme.
BLAIR AIR INC [DEF] represented by Mary Gilstrap.
GLENROY COACHELLA LLC [DEF] represented by Michael Kenney.
STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard.
At 09:24 AM, the following proceedings were held:
Hearing held and continued to 03/22/2021 at 08:30 AM in Department 6
(Pre-disposition) Continued - Other pre-disposition hearing
Counsel are ordered to file Joint Status Report at least seven court
days prior to next hearing.

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Notice to be given by counsel for U.S. Real Estate Credit Holdings. |
| 01/25/2021 | Request for Entry of Default (CIV-100) on 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY<br>Request For: Entry of Default<br>Filed By: THE SHERWIN-WILLIAMS COMPANY<br>Against / As To: SOLID ROCK PAINTING CORPORATION |
| 01/26/2021 | Substitution of Attorney<br>Filed By: JACOBSSON ENGINEERING CONSTRUCTION INC |
| 01/26/2021 | Notice of Document Return. |
| 01/27/2021 | Motion for Summary Adjudication of the Fifth Cause of Action for Breach of Indemnity and Guaranty Agreement on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/27/2021 | Separate Statement of Undisputed Material Facts in Support of Motion for Summary Adjudication of its Fifth Cause of Action for Breach of Indemnity and Guaranty Agreement |
| 01/27/2021 | Proposed Order re: Granting US Real Estate Credit Holdings III-A LP's Motion for Summary Adjudication of its Fifth Cause of Action for Breach of Idemnity and Guaranty Agreement |
| 01/27/2021 | Evidence in Support of Motion for Summary Judgment of its Fifth Cause of Action for Breach of Indemnity and Guaranty Agreement<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/27/2021 | Evidence in Support of Motion for Summary Adjudication of its Fifth Cause of Action for Breach of Indemnity and Guaranty Agreement<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/28/2021 | Payment: $30.00,  GEORGE SYKULSKI A PROF LAW CORP, for FERGUSON ENTERPRISES LLC, Receipt: 20210128-00478 |
| 01/28/2021 | Payment: $500.00,  GEORGE SYKULSKI A PROF LAW CORP, for FERGUSON ENTERPRISES LLC, Receipt: 20210128-00478 |
| 02/03/2021 | Payment: $500.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210203-00479 |
| 02/03/2021 | Payment: $30.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210203-00479 |

EXHIBIT 3, PAGE 230

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/04/2021 | Declaration of Doug Wall in opposition to Plaintiffs Motion for summary adjudication<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 02/04/2021 | Doug Wall Construction, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 02/04/2021 | Defendant and Cross Complainant Doug Wall Construction, Inc.'s Separate Statement in Opposition to Motion for Summary Adjudication and Opposition to Plaintiff's Motion for Summary Adjudication<br>Filed By: DOUG WALL CONSTRUCTION INC, DOUG WALL CONSTRUCTION INC |
| 02/04/2021 | Notice of Joinder to Doug Wall Construction Inc's Opposition to Plaintiff's Motion for Summary Adjudication of the First Cause of Action<br>Filed By: BLAIR AIR INC |
| 02/05/2021 | Notice of Order to Show Cause for Failure to File Default Judgment (CRC 3.110) |
| 02/08/2021 | BMS WEST LLC'S NOTICE OF JOINDER TO ALL OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF THE FIRST CAUSE OF ACTION on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/08/2021 | FERGUSON ENTERPRISES LLC'S NOTICE OF JOINDER TO ALL OPPOSITION TO PLAINTIFF US REAL ESTATES MOTION FOR SUMMARY ADJUDICATION OF THE FIRST CAUSE OF ACTION on Consolidated Complaint of FERGUSON ENTERPRISES LLC |
| 02/09/2021 | Notice OF CONTINUED CASE MANAGEMENT STATEMENT AND ORDER TO SHOW CAUSE<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/11/2021 | Request for Dismissal<br>Dismissal Type: Party<br>Prejudice Type: Without Prejudice<br>Filed By: BLAIR AIR INC<br>Against / As To: SUPERIOR READY MIX CONCRETE LP |
| 02/11/2021 | Requests for Default (2 - Hi-Grade and Constructure)<br>Filed By: BLAIR AIR INC |
| 02/16/2021 | Opposition to plaintiff's motion for summary adjudication for judicial foreclosure |

EXHIBIT 3, PAGE 231

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Opposition to plaintiff's motion for summary adjudication for judicial foreclosure |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Declaration of Santiago Mascorro in opposition to plaintiff's motion for summary adjudication (foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Declaration of Philip Nelissen in opposition to plaintiff's motion for summary adjudication (foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Declaration of Michael Collins in opposition to plaintiff's motion for summary adjudication (foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Declaration of Jeffrey Apple in opposition to plaintiff's motion for summary adjudication (foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Declaration of Hy Faulkner in opposition to plaintiff's motion for summary adjudication (foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Declaration of Dan Jacobsson in opposition to plaintiff's motion for summary adjudication (foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Declaration of Russell Miller in opposition to plaintiff's motion for summary adjudication (foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC, AL MILLER & SONS ROOFING CO INC |
| 02/16/2021 | Separate statement of defendants in opposition to plaintiff's motion for summary adjudication (judicial foreclosure) |
| | Filed By: AL MILLER & SONS ROOFING CO INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, APPLE J PLUMBING INC, |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | TEMALPAKH INC, TANDEM WEST GLASS INC |
| 02/16/2021 | Declaration of Lauren B. Stec in Response to Order to Show Cause scheduled for February 25, 2021 and Corrections to Docket<br>Filed By: THE SHERWIN-WILLIAMS COMPANY |
| 02/16/2021 | Declaration of Lauren B. Stec in Response to Order to Show Cause scheduled for February 25, 2021 and Corrections to Docket<br>Filed By: L&W SUPPLY CORPORATION |
| 02/18/2021 | Declaration of Brian S. Harnik in advance of order to show cause hearing<br>Filed By: BLAIR AIR INC |
| 02/18/2021 | Declaration of Christopher O. Rivas in Advance of Order to Show Cause Hearing<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/18/2021 | Notice of Bankruptcy Filing by Defendant Glenroy Coachella, LLC<br>Filed By: GLENROY COACHELLA LLC<br>Against / As To: GLENROY COACHELLA LLC |
| 02/18/2021 | Request for Entry of Default (CIV-100) on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Request For: Entry of Default<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Against / As To: SYSTEMS WATERPROOFING INC |
| 02/18/2021 | Notice of Motion by Doug Wall Construction, Inc to Compel the Compliance of U.S. Real Estate Credit Holdings III-A, L.P with its Response to Demand for the Production Documents and Request for Sanctions<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 02/18/2021 | Memorandum of Points & Authorities in Support of Motion to Compel the Compliance of US Real Estate Credit Holdings III-A, LP with its Response to Demand for the Production Documents and Request for Sanctions<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 02/18/2021 | Declaration of Marc S Homme in Support of Motion to Compel the Compliance of US Real Estate Credit Holdings III-A, LP with its Response to Demand for the Production Documents and Request for Sanctions<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 02/18/2021 | Declaration of Teresa L Jones in Support of Motion to Compel the Compliance of US Real Estate Credit Holdings III-A, LP with its |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Response to Demand for the Production Documents and Request for Sanctions<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 02/18/2021 | Statement of Agreement or Nonagreement (ADR-100) on Complaint of HAJOCA CORPORATION<br>Mediation Conducted By: Assigned Mediator<br>Mediation Result: Mediation did not take place |
| 02/18/2021 | Notice of Order to Show Cause re: Dismissal After Settlement (CRC 3.1385) on Complaint of HAJOCA CORPORATION |
| 02/18/2021 | Notice of Order to Show Cause re: Failure to Complete Mediation on Complaint of HAJOCA CORPORATION |
| 02/18/2021 | Notice of Trial Setting Conference on Complaint of HAJOCA CORPORATION |
| 02/19/2021 | Declaration of GARRETT A HECKMAN IN RESPONSE TO ORDER TO SHOW CAUSE RE DEFENDANTS NOT SERVED<br>Filed By: AL MILLER & SONS ROOFING CO INC, APPLE J PLUMBING INC, DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, TANDEM WEST GLASS INC, TEMALPAKH INC |
| 02/19/2021 | Update on Status of Riverside Superior Court Case Number on Individual Case PSC1908245<br>Filed By: BMC WEST LLC |
| 02/19/2021 | Defendant and Cross-Complainant Gary Stiffelman's Declaration of Timothy R. Laquer RE OSC as to Why Any Defendants Have Not Been Served or That the Matter is Not at Issue<br>Filed By: GARY STIFFELMAN |
| 02/19/2021 | Joinder to Oppositions to Plaintiff's Motion for Summary Adjudication for Judicial Foreclosure<br>Filed By: ORCO BLOCK & HARDSCAPE |
| 02/19/2021 | Defendants (1) Coachella Resort, LLC, (2) Force Rubin, LLC and (3) Force Rubin 2, LLC's Answer to the Complaint BMC West LLC on Consolidated Complaint of BMC WEST LLC<br>Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, COACHELLA RESORT LLC |
| 02/23/2021 | Answer to Consolidated Complaint<br>Filed By: GF INVESTMENT GROUP INC |

EXHIBIT 3, PAGE 234

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/23/2021 | Notice of Stay of Proceedings (CM-180)<br>Stay Reason: Automatic stay caused by filing in another court.<br>Filed By: GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC<br>Against / As To: GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC, GLENROY COACHELLA LLC |
| 02/23/2021 | Notice of Stay of Proceedings (CM-180)<br>Stay Reason: Automatic stay caused by filing in another court.<br>Filed By: GLENROY COACHELLA LLC<br>Against / As To: GLENROY COACHELLA LLC |
| 02/23/2021 | Notice of Document Return. |
| 02/24/2021 | NOTICE OF STAY OF PROCEEDINGS<br>Filed By: GLENROY COACHELLA LLC |
| 02/24/2021 | Reservation of Rights by Plaintiff Regarding Motion for Summary Adjudication of Cause of Action One for Judicial Foreclosure in Light of Bankruptcy Automatic Stay and Request to Take Hearing off Calendar<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/24/2021 | Answer to Complaint on Consolidated Complaint of BLAIR AIR INC<br>Filed By: GF INVESTMENT GROUP INC |
| 02/24/2021 | Notice of Document Return. |
| 02/24/2021 | Minute Order: Court on its Own Motion |
| 02/24/2021 | Court on its Own Motion at 2:07 PM in Department 6 Honorable Sharon J. Waters, Judge<br>S. Salazar, Courtroom Assistant |

EXHIBIT 3, PAGE 235

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>No timely declaration has been received pursuant to Local Rule 3116.<br>-<br>BANK HAPOALIM B.M. on Consolidated Complaint of FERGUSON ENTERPRISES LLC ordered dismissed without prejudice.<br>-<br>GLENROY COACHELLA LLC on Consolidated Complaint of BMC WEST LLC, FORCE RUBIN LLC on Consolidated Complaint of BMC WEST LLC, FORCE RUBIN 2 LLC on Consolidated Complaint of BMC WEST LLC, COACHELLA RESORT LLC on Consolidated Complaint of BMC WEST LLC, QUONSET PARTNERS LLC on Consolidated Complaint of BMC WEST LLC ordered dismissed with prejudice.<br>-<br>As to US Real Estate and Blair Air:<br>Continue (future hearing) 02/25/2021 08:30 AM OSC re: Dismissal of any party not At-Issue. to 03/22/2021 at 08:30 AM in Department 6.<br>Notice to be given by Clerk.<br>Minute entry completed. |
| 02/25/2021 | Request for Entry of Default (x2) as to Hi-Grade Materials Co; Constructure Inc on Consolidated Complaint of BLAIR AIR INC<br>Filed By: BLAIR AIR INC |
| 02/25/2021 | OSC re: Dismissal of any party not At-Issue. at 8:30 AM in Department 6 |
| 02/25/2021 | Notice of Document Return. |
| 02/26/2021 | Minute Order: Court on its Own Motion |
| 02/26/2021 | Court on its Own Motion at 1:35 PM in Department 6 Honorable Sharon J. Waters, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Due to Court's unavailability on 03/01/2021: |

EXHIBIT 3, PAGE 236

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Continue (future hearing) 03/01/2021 08:30 AM Plaintiff U.S. Real
            Estate Credit Holdings III-A, LP's Notice of Motion and Motion for
            Summary Adjudication of the first cause of action for judicial
            foreclosure; Memorandum of points and authorities in support to
            03/22/2021 at 08:30 AM in Department 6.
            Notice to be given by Clerk.
            Minute entry completed.

03/01/2021  Answer to Complaint on Cross Complaint of GARY STIFFELMAN
            Filed By: JOSEPH RUBIN

03/01/2021  Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP by U.S. REAL ESTATE CREDIT HOLDINGS
            III A LP Plaintiff U.S. Real Estate Credit Holdings III-A, LP's
            Notice of Motion and Motion for Summary Adjudication of the first
            cause of action for judicial foreclosure; Memorandum of points and
            authorities in support at 8:30 AM in Department 6

03/01/2021  Notice of Order to Show Cause for Failure to File Default Judgment
            (CRC 3.110)

03/01/2021  Payment: $60.00,  MARC S HOMME A PROFESSIONAL LAW CORPORATION, for
            DOUG WALL CONSTRUCTION INC, Receipt: 20210301-00147

03/01/2021  Payment: $30.00,  MARC S HOMME A PROFESSIONAL LAW CORPORATION, for
            DOUG WALL CONSTRUCTION INC, Receipt: 20210301-00147

03/10/2021  Notice to Defendant re Extension of Time to File a Response. Date of
            mailing 03/10/2021
            Date Served: 03/10/2021
            Days to extend Default Eligible Date: 36
            Against / As To: CONSTRUCTURE INC

03/10/2021  Notice to Defendant re Extension of Time to File a Response. Date of
            mailing 03/10/2021
            Date Served: 03/10/2021
            Days to extend Default Eligible Date: 36
            Against / As To: CONSTRUCTURE INC

03/12/2021  Joint Case Management Statement
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, ELLIOT LANDER,
            GARY STIFFELMAN, GF INVESTMENT GROUP INC, FERGUSON ENTERPRISES LLC,
            DESERT PALMS ELECTRIC INC, MASCORRO CONCRETE CONSTRUCTION INC, APPLE
            J PLUMBING INC, ORCO BLOCK & HARDSCAPE, DOUG WALL CONSTRUCTION INC,
            JACOBSSON ENGINEERING CONSTRUCTION INC, BMC WEST LLC, BLAIR AIR INC,

EXHIBIT 3, PAGE 237

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | AL MILLER & SONS ROOFING CO INC, TANDEM WEST GLASS INC |
| 03/16/2021 | Answer to Complaint on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: GARY STIFFELMAN |
| 03/18/2021 | Proposed Order re: Stipulation and (Proposed) order re hearing on motion to compel production of documents |
| 03/18/2021 | Stipulation and (Proposed) order re hearing on Motion to compel production of documents<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/18/2021 | Minute Order: Court on its Own Motion |
| 03/18/2021 | Court on its Own Motion at 3:05 PM in Department 6 Honorable Sharon J. Waters, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Continue (future hearing) 03/22/2021 08:30 AM Hearing Re: Status Conference to 04/22/2021 at 08:30 AM in Department 6.<br>-<br>Continue (future hearing) 03/22/2021 08:30 AM OSC re: Dismissal of any party not At-Issue. to 04/22/2021 at 08:30 AM in Department 6.<br><br>The parties did not conduct an informal discovery conference with the court as required by the court:<br><br>Notice of Motion by Doug Wall Construction, Inc to Compel the Compliance of U.S. Real Estate Credit Holdings III-A, L.P with its Response to Demand for the Production Documents and Request for Sanctions is ordered vacated (future hearing/trial).<br>-<br>Notice to be given by Clerk to RAINES FELDM AN LLP , SULMEYERKUPETZ , MCGARRIGLE,KENNEY, & ZAMPIELLO , BERMAN LITIGATION GROUP , LAW OFFICES OF MARVIN H WEISS , THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A PROFESSIONAL LAW CORPORATION , BAAKE LAW LLC , The Law Office of Stephen J. Armstrong , ROEMER & HARNIK LLP , ABDULAZIZ, GROSSBART & RUDMAN , PLUMTREE & ASSOCIATES , LAW OFFICE |

PAGE: 176

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | OF ERIC EVERETT HAWES , LAW OFFICES OF ARNOLD L VELDKAMP , LANAK & HANNA PC , GEORGE SYKULSKI A PROF LAW CORP , RAINES FELDMAN LLP , THE GREEN LAW GROUP, LLP , WCH LAW GROUP, P.C. , KOZBERG & BODELL LLP , CUMMINS & WHITE LLP , GURALNICK & GILLILAND LLP , Marsha Ann Houston , Stephen John Armstrong . |

03/18/2021 Certificate of Mailing

03/22/2021 Hearing Re: Status Conference at 8:30 AM in Department 6

03/22/2021 OSC re: Dismissal of any party not At-Issue. at 8:30 AM in Department 6

03/22/2021 Minute Order: Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Notice of Motion and Motion for Summary Adjudication of the first cause of action for judicial foreclosure; Memorandum of points and authorities in support

03/22/2021 Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Notice of Motion and Motion for Summary Adjudication of the first cause of action for judicial foreclosure; Memorandum of points and authorities in support at 8:30 AM in Department 6 Judicial Officer: None
Courtroom Assistant: None
Court Reporter: None
APPEARANCES:
No Appearances
Hearing off calendar, reason: Request to Take Hearing Off Calendar filed

03/24/2021 Notice of Motion by Doug Wall Construction, Inc to Compel the Compliance of U.S. Real Estate Credit Holdings III-A, L.P with its Response to Demand for the Production Documents and Request for Sanctions at 8:30 AM in Department 6

03/26/2021 Payment: $20.00, Reed Smith, LLP, for US REAL STATE CREDIT HOLDINGS III-A LP, Receipt: 20210326-00414

03/29/2021 Declaration of Christopher O Rivas in Support of Ex Parte Application to Advance Case Managment Conference for Purposes of Determining Impact of Bankruptcy Automatic Stay on these Proccedings Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

EXHIBIT 3, PAGE 239

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 03/29/2021 | Ex Parte Application to Advance Case Management Conference for Purposes of Determining Impact of Bankruptcy Automatic Stay on these Proceedings<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/30/2021 | Notice of Telephonic Appearance for Hearing on 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY |
| 03/30/2021 | Joint stipulation and [Proposed] Order for continued hearing date |
| 03/30/2021 | Payment: $60.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210330-00027 |
| 03/30/2021 | Payment: $30.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210330-00027 |
| 03/30/2021 | Notice of Telephonic Appearance for Hearing on Complaint of HAJOCA CORPORATION |
| 04/01/2021 | Declaration of Marc Homme<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 04/01/2021 | Defendant Elliot B Lander's Position Re Ex Parte Application to Advance Case Management Conference for Purposes of Determining Impact of Bankruptcy Automatic Stay on These Proceedings<br>Filed By: ELLIOT LANDER |
| 04/01/2021 | Declaration of Marvin H Weiss in Support of Defendant Elliot Lander's Current Position Regarding Plaintiff's Application to Among Others, Determine Impact of Bankruptcy Automatic Stay on These Proceedings<br>Filed By: ELLIOT LANDER |
| 04/01/2021 | Declaration of MARC S HOMME SUPPORTING IN PART THE EXPARTE APPLICATION OF US REAL ESTATE CREDIT HOLDINGS III-A LP<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 04/01/2021 | Notice of Document Return. |
| 04/02/2021 | Opposition to ex parte application to advance case management conference for purposes of determining impact of bankruptcy automatic stay on these proceednings<br>Filed By: STUART RUBIN |
| 04/02/2021 | Declaration of Laurence M. Berman in support of opposition to ex |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | parte application to advance case management conference<br>Filed By: STUART RUBIN |
| 04/02/2021 | Defendant Joseph Rubin's Notice of Joinder to Defendants Stuart Rubin and Elliot Lander's Opposition to Ex Parte Application to advance case management conference hearing<br>Filed By: JOSEPH RUBIN, JOSEPH RUBIN |
| 04/05/2021 | Reply Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Reply in Support of Ex Parte Application to Advance Case Management Conference for Purposes of Determining Impact of Bankruptcy Automatic Stay on These Proceedings<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/05/2021 | Minute Order: Court on its Own Motion |
| 04/05/2021 | Court on its Own Motion at 12:03 PM in Department 6 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Court has Read and Considered Ex Parte Application.<br>Court makes the following order(s):<br>Ex Parte Application is denied.<br>The reason for the denial is as follows:<br>The bankruptcy was filed on 02/15/2021. Any exigency was created by counsel. The scope of the bankruptcy stay which is contested is not proper discussion for a Case Management Conference - file a motion, protective order or address in briefing for currently filed motions. Ex Parte Application to Advance Case Management Conference for Purposes of Determining Impact of Bankruptcy Automatic Stay on these Proceedings is ordered vacated (future hearing/trial).<br>Notice to be given by Clerk via email. |
| 04/06/2021 | Proof of Service |
| 04/06/2021 | Defendant A. Stuart Rubin's Separate Statement in Opposition to Motion for Summary Adjudication of the fifth cause of action for breach of indemnity and guarantee agreement filed by U.S. Real Estate Credit Holdings III-A, LP |

EXHIBIT 3, PAGE 241

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Filed By: A STUART RUBIN |
| 04/06/2021 | Declaration of A. Stuart Rubin in Support of Opposition to Motion for Summary Adjudication of fifth cause of action for breach indemnity and guaranty agreement<br>Filed By: A STUART RUBIN |
| 04/06/2021 | Declaration of Marvin H. Weiss in Support of Opposition to Motion for Summary Adjudication of Fifth Cause of Action for Breach Indemnity and Guaranty agreement<br>Filed By: A STUART RUBIN |
| 04/06/2021 | Declaration of Elliot Lander in Support of Opposition to Motion for Summary Adjudication of fifth cause of action for breach indemnity and guaranty agreement<br>Filed By: A STUART RUBIN |
| 04/06/2021 | Defendant Stuart Rubin's Opposition to Motion for Summary Adjudication of Fifth Cause of Action for breach of indemnity and guaranty agreement on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: A STUART RUBIN |
| 04/06/2021 | Defendant Elliot Lander's Opposition to Motion for Summary Adjudication on Fifth Cause of Action for breach of indemnity and guaranty agreement on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 04/06/2021 | Defendant Elliot Lander's Separate Statement in Opposition to Motion for Summary Adjudication on Fifth Cause of Action for breach of indemnity and guarantee agreement filed by U.S. Real Estate Credit Holdings III-A, LP<br>Filed By: ELLIOT LANDER |
| 04/06/2021 | Declaration of A. Stuart Rubin in Support of Opposition to Motion for Summary Adjudication of Fifth of Cause of Action for Breach Indemnity and Guaranty Agreement<br>Filed By: ELLIOT LANDER |
| 04/06/2021 | Declaration of Marvin H. Weiss in Support of Opposition to Motion for Summary Adjudication of Fifth Cause of Action for Breach Indemnity and Guaranty agreement<br>Filed By: ELLIOT LANDER |
| 04/06/2021 | Declaration of Elliot Lander in Support of Opposition to Motion for Summary Adjudication of fifth cause of action for breach indemnity |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | and guaranty agreement |
| | Filed By: ELLIOT LANDER |
| 04/06/2021 | Proof of Service |
| 04/06/2021 | Ex Parte Application tp Advance Case Management Conference for Purposes of Determining Impact of Bankruptcy Automatic Stay on these Proceedings at 8:30 AM in Department 6 |
| 04/06/2021 | Payment: $20.00, Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210406-00253 |
| 04/07/2021 | Defendant's Evidentiary Objections to Declaration of Simond Lavian Filed in Support of Motion for Summary Adjudication of fifth cause of action for breach indemnity and guaranty agreement Filed By: A STUART RUBIN |
| 04/08/2021 | Joint Stipulation and Order for Continued Hearing Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/08/2021 | Defendant's Evidentiary Objections to Declaration of Simond Lavian Filed in Support of Motion for Summary Adjudication of fifth cause of action for breach indemnity and guaranty agreement Filed By: ELLIOT LANDER |
| 04/13/2021 | Minute Order: Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by FERGUSON ENTERPRISES LLC |
| 04/13/2021 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by FERGUSON ENTERPRISES LLC at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge S. Salazar, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances Hearing Continued Not Held - Party's Motion to 05/18/2021 at 08:30 AM in Department 6. Reason for Continuance: see stipulation filed on 4/8/21. |
| 04/16/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Evidentiary Objections to Declaration of A. Stuart Rubin Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

PAGE: 181

EXHIBIT 3, PAGE 243

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 04/16/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's evidentiary objections to Declaration of Elliot Lander<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/16/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's evidentiary objections to Declaration of Marvin H. Weiss<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/16/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Reply in support of Motion for Summary Adjudication of the fifth cause of action for breach of indemnity and guaranty agreement<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/16/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's response to Defendant Stuart Rubin's Evidentiary objections to the declaration of Simond Lavian filed in support of Motion for Summary Adjudication of Fifth cause of action for breach of indemnity and<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/16/2021 | Request for Entry of Default (CIV-100) on Consolidated Complaint of BLAIR AIR INC<br>Request For: Entry of Default<br>Filed By: BLAIR AIR INC<br>Against / As To: CONSTRUCTURE INC |
| 04/19/2021 | Hearing on Order to Show Cause re: Failure to Complete Mediation at 8:30 AM in Department 1 Honorable Craig Riemer, Judge<br>D. Mathieu, Courtroom Assistant<br>D. Andrews, Court Reporter<br>APPEARANCES:<br>MCGARRIGLE KENNEY & ZAMPIELLO is present Telephonically, Michael Kenney<br>ROEMER & HARNIK LLP is present Telephonically, Brian Harnik<br>BAYUK & ASSOCIATES INC is not present<br>This matter is being live streamed for public access<br>Order to Show Cause hearing is ordered discharged.<br>Notice to be given by clerk. |
| 04/19/2021 | Minute Order: Hearing on Order to Show Cause re: Failure to Complete Mediation |
| 04/19/2021 | Trial Setting Conference (Notice) at 8:30 AM in Department 1 Honorable Craig Riemer, Judge<br>D. Mathieu, Courtroom Assistant |

PAGE: 182

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date       Action

           D. Andrews, Court Reporter
           APPEARANCES:
           MCGARRIGLE KENNEY & ZAMPIELLO is present Telephonically, Michael
           Kenney
           ROEMER & HARNIK LLP is present Telephonically, Bran Harnik
           BAYUK & ASSOCIATES INC is not present
           This matter is being live streamed for public access
           Hearing held and continued to 07/19/21 at 08:30 AM in Department 1
           (Pre-disposition) Continued - Other pre-disposition hearing
           HAJOCA CORPORATION; BAYUK & ASSOCIATES INC is/are ordered to appear
           on 07/19/21 at 08:30 AM in Department 1 and show cause, if any, why
           sanctions not to exceed $1500.00 or dismissal should not be imposed
           for Failure to appear at the 4/16/21 Trial Setting Conference
           Notice to be given by Clerk to BAYUK & ASSOCIATES INC , MCGARRIGLE
           KENNEY & ZAMPIELLO , ROEMER & HARNIK LLP .

04/19/2021 Minute Order: Trial Setting Conference (Notice)

04/19/2021 Order to Show Cause re: Dismissal After Settlement pursuant to Rule
           3.1385(b) at 8:30 AM in Department 1 Honorable Craig Riemer, Judge
           D. Mathieu, Courtroom Assistant
           D. Andrews, Court Reporter
           APPEARANCES:
           MCGARRIGLE KENNEY & ZAMPIELLO is present Telephonically, Michael
           Kenney
           ROEMER & HARNIK LLP is present Telephonically, Brian Harnik
           BAYUK & ASSOCIATES INC is not present
           This matter is being live streamed for public access
           Order to Show Cause hearing is ordered discharged.
           Notice to be given by clerk.

04/19/2021 Minute Order: Order to Show Cause re: Dismissal After Settlement
           pursuant to Rule 3.1385(b)

04/19/2021 Certificate of Mailing

04/19/2021 Notice of Order to Show Cause Re: Failure to appear at the 4/16/21
           Trial Setting Conference

EXHIBIT 3, PAGE 245

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 04/20/2021 | Substitution of Attorney<br>Attorney Type: New Attorney, Represented Parties: A STUART RUBIN (Defendant) |
| 04/21/2021 | Application for Right to Attach Order on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/21/2021 | Application for Right to Attach Order on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/21/2021 | Substitution of Attorney<br>Attorney Type: New Attorney, Represented Parties: ALL PHASE DRYWALL & DEVLOPMENT INC (Defendant), ALL PHASE DRYWALL & DEVLOPMENT INC (Defendant), ALL PHASE DRYWALL & DEVLOPMENT INC (Cross-Complainant), ALL PHASE DRYWALL & DEVLOPMENT INC (Plaintiff) |
| 04/21/2021 | Notice of Document Return. |
| 04/21/2021 | Notice of Document Return. |
| 04/22/2021 | Notice of Application and Hearing for Right to Attach Order And Order for Issuance of Writ of Attachment<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2021 | Application for Right to Attach Order: And Order for Issuance of Writ of Attachment<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2021 | Declaration of Simond Lavian in Support of Application For Right to Attach Order and Writ of Attachment Against Elliot Lander<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2021 | Memorandum of Points & Authorities in Support of Application for Right to Attach Order and Writ of Attachment Against Elliot Lander<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2021 | Right to Attach Order After Hearing and Order for Issuance of Writ of Attachment After Hearing & Writ of Attachment<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2021 | Notice of Application and Hearing for Right to Attach Order And Order for Issuance of Writ of Attachment<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2021 | Application for Right to Attach Order: And Order for Issuance of |

EXHIBIT 3, PAGE 246

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Writ of Attachment
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/22/2021  Declaration of Simond Lavian in Support of Application for Right to
            Attach Order and Writ of Attachment Against Stuart Rubin
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/22/2021  Memorandum of Points & Authorities in Support of Application for
            Right to Attach Order and Writ of Attachment Against Stuart Rubin
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/22/2021  Right to Attach Order After Hearing and Order for Issuance of Writ
            of Attachment After Hearing & Writ of Attachment received
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/22/2021  Minute Order: Hearing Re: Status Conference

04/22/2021  Hearing Re: Status Conference at 8:30 AM in Department 6 Honorable
            Sunshine Sykes, Judge
            S. Salazar, Courtroom Assistant
            Y. Gallegos, Court Reporter
            APPEARANCES:
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by
            Christopher Rivas and Marsha Houston.
            LESLIE, EDWIN W [REC] represented by Alan Tippie.
            STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
            THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Lauren Stec.
            ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard .
            ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by David
            Bancroft.
            LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward
            Farrell.
            GLENROY COACHELLA LLC [DEF] represented by Patrick McGarrigle.
            LANDER, ELLIOT [DEF] represented by Marvin Weiss .
            FERGUSON ENTERPRISES LLC [DEF] represented by George Sykulski.
            BLAIR AIR INC [DEF] represented by Brian Harnick.
            BMC WEST LLC [DEF] represented by Milene Apanian.
            GF INVESTMENT GROUP INC [DEF] represented by Ferdinand Trampe .
            A STUART RUBIN [DEF] represented by John Mesina .
            At 10:05 AM, the following proceedings were held:
            Hearing held and continued to 07/21/2021 at 08:30 AM in Department 6
            (Pre-disposition) Continued - Other pre-disposition hearing
            Notice to be given by Plaintiff .

EXHIBIT 3, PAGE 247

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

04/22/2021  Minute Order: OSC re: Dismissal of any party not At-Issue.

04/22/2021  OSC re: Dismissal of any party not At-Issue. at 8:30 AM in
            Department 6 Honorable Sunshine Sykes, Judge
            S. Salazar, Courtroom Assistant
            Y. Gallegos, Court Reporter
            APPEARANCES:
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by
            Christopher Rivas and Marsha Houston.
            LESLIE, EDWIN W [REC] represented by Alan Tippie.
            STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
            THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Lauren Stec.
            ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard .
            ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by David
            Bancroft.
            LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward
            Farrell.
            GLENROY COACHELLA LLC [DEF] represented by Patrick McGarrigle.
            LANDER, ELLIOT [DEF] represented by Marvin Weiss .
            FERGUSON ENTERPRISES LLC [DEF] represented by George Sykulski.
            BLAIR AIR INC [DEF] represented by Brian Harnick.
            BMC WEST LLC [DEF] represented by Milene Apanian.
            GF INVESTMENT GROUP INC [DEF] represented by Ferdinand Trampe .
            A STUART RUBIN [DEF] represented by John Mesina .
            At 10:05 AM, the following proceedings were held:
            Hearing held and continued to 07/21/2021 at 08:30 AM in Department 6
            (Pre-disposition) Continued - Other pre-disposition hearing
            Notice to be given by Plaintiff .

04/22/2021  Minute Order: Motion for Summary Adjudication of the Fifth Cause of
            Action for Breach of Indemnity and Guaranty Agreement

04/22/2021  Motion for Summary Adjudication of the Fifth Cause of Action for
            Breach of Indemnity and Guaranty Agreement at 8:30 AM in Department
            6 Honorable Sunshine Sykes, Judge
            S. Salazar, Courtroom Assistant
            Y. Gallegos, Court Reporter
            APPEARANCES:
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by

EXHIBIT 3, PAGE 248

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date       Action

           Christopher Rivas and Marsha Houston.
           LESLIE, EDWIN W [REC] represented by Alan Tippie.
           STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
           THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Lauren Stec.
           ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard .
           ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by David
           Bancroft.
           LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward
           Farrell.
           GLENROY COACHELLA LLC [DEF] represented by Patrick McGarrigle.
           LANDER, ELLIOT [DEF] represented by Marvin Weiss.
           FERGUSON ENTERPRISES LLC [DEF] represented by George Sykulski.
           BLAIR AIR INC [DEF] represented by Brian Harnick.
           BMC WEST LLC [DEF] represented by Milene Apanian.
           GF INVESTMENT GROUP INC [DEF] represented by Ferdinand Trampe .
           A STUART RUBIN [DEF] represented by John Mesina.
           At 10:05 AM, the following proceedings were held:
           After issuance of the tentative ruling; oral argument was requested.
           Argument presented by counsel.
           Court makes the following order(s):
           Motion for Summary Adjudication is taken under submission.

04/23/2021 Request for Entry of Default as to The Sherwin-Williams Company
           Filed By: BLAIR AIR INC

04/23/2021 Notice of Document Return.

04/28/2021 Notice of Telephonic Appearance for Hearing on 1st Amended
           Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY

04/28/2021 Payment: $60.00, Reed Smith, LLP, for U.S. REAL ESTATE CREDIT
           HOLDINGS III A LP, Receipt: 20210428-00103

04/28/2021 Payment: $30.00, Reed Smith, LLP, for U.S. REAL ESTATE CREDIT
           HOLDINGS III A LP, Receipt: 20210428-00103

04/28/2021 Payment: $30.00, Reed Smith, LLP, for U.S. REAL ESTATE CREDIT
           HOLDINGS III A LP, Receipt: 20210428-00165

04/28/2021 Payment: $60.00, Reed Smith, LLP, for U.S. REAL ESTATE CREDIT
           HOLDINGS III A LP, Receipt: 20210428-00165

05/06/2021 Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Ex Parte

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

          Application for Order to Show Cause Regarding Contempt; Memorandum
          of Points and Authorities; Declaration of Christopher O. Rivas;
          Request for Judicial Notice
          Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP
05/06/2021 Proposed Order to Show Cause Re Contempt

05/06/2021 Notice of Telephonic Appearance for Hearing on 1st Amended
          Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY

05/06/2021 Payment: $60.00,  Reed Smith LLP, for U.S. REAL ESTATE CREDIT
          HOLDINGS III A LP, Receipt: 20210506-00639

05/07/2021 Minute Order: Plaintiff U.S. Real Estate Credit Holdings III-A,
          L.P.'s Ex Parte Application for Order to Show Cause Regarding
          Contempt; Memorandum of Points and Authorities; Declaration of
          Christopher O. Rivas; Request for Judicial Notice

05/07/2021 Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Ex Parte
          Application for Order to Show Cause Regarding Contempt; Memorandum
          of Points and Authorities; Declaration of Christopher O. Rivas;
          Request for Judicial Notice at 8:30 AM in Department 6 Honorable
          Sunshine Sykes, Judge
          S. Salazar, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by
          Christopher Rivas, Marsha Houston.
          STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
          At 10:10 AM, the following proceedings were held:
          This matter is being live streamed for public access
          Court has Read and Considered Ex Parte Application.
          Court makes the following order(s):
          Ex Parte Application for Order to Show Cause Regarding Contempt is
          granted.
          Counsel to meet and confer regarding briefing schedule and submit a
          proposed order.
          Notice to be given by Plaintiff.
          Minute entry completed.

05/17/2021 Minute Order: Court on its Own Motion

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 05/17/2021 | Court on its Own Motion at 2:08 PM in Department 6 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>At the request of the moving party:<br>Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by FERGUSON ENTERPRISES LLC is ordered vacated (future hearing/trial).<br>Notice to be given by Clerk. |
| 05/18/2021 | Notice that A. Stuart Rubin has Rescinded the following agreements with U.S. Real Estate Credit Holding III-A L.P.<br>Filed By: A STUART RUBIN |
| 05/18/2021 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 6 |
| 05/19/2021 | Substitution of Attorney<br>Attorney Type: New Attorney, Represented Parties: COACHELLA RESORT LLC (Defendant) |
| 05/19/2021 | Substitution of Attorney<br>Attorney Type: Existing Attorney, Represented Parties: ELLIOT LANDER (Defendant) |
| 05/20/2021 | Notice to Defendant RE Extension of Time to File A Response<br>Filed By: BLAIR AIR INC |
| 05/20/2021 | Notice to Defendant re Extension of Time to File a Response. Date of mailing 05/18/2021 on Consolidated Complaint of BLAIR AIR INC<br>Date Served: 05/18/2021<br>Days to extend Default Eligible Date: 36<br>Against / As To: THE SHERWIN-WILLIAMS COMPANY |
| 05/21/2021 | Minute Order: Ruling on Matter Submitted |
| 05/21/2021 | Ruling on Matter Submitted at 11:01 AM in Department 6 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

APPEARANCES:
No Appearances
Court subsequently rules on:04/22/2021 for Motion for Summary
Adjudication of the Fifth Cause of Action for Breach of Indemnity
and Guaranty Agreement.
Tentative ruling shall become the ruling of the court.

Plaintiff's Request for Judicial Notice is GRANTED as to the
existence of the documents but, not the truth of the contents.

Defendant Rubin's Objections to the Declaration of Simond Lavian are
OVERRULED.

Plaintiff's Objections to the Declaration of A. Stuart Rubin,
paragraphs 29, 30 and 32, are OVERRULED.

The court declines to rule on Plaintiff's remaining Objections to
Rubin's declaration as well as the declarations of Elliot Lander and
Marvin Weiss as they are unnecessary to the disposition of this
motion (CCP §437c(q).)

The motion for summary adjudication is DENIED on the ground that
Defendants have raised a triable issue of material fact as to
whether their performance is/was excused based on Plaintiff's breach
of its duty to disclose under Sumitomo Bank of Calif. v. Iwasaki
(1968) 70 Cal.2d 81, 84.

Defendants rely on Sumitomo Bank v. Iwasaki (1968) 70 Cal.2d 81, 84,
for the proposition that a creditor owes a duty of disclosure to a
surety on a continuing guarantee "to disclose facts known by the
creditor if the creditor has reason to believe that those facts
materially increase the risk beyond that which the surety intended
to assume and that those facts are unknown to the surety."

Defendants argue that they are excused from performance because
Plaintiff knew, before it requested them to execute the Guaranty
that the DWC Budget was insufficient; that the 40% shortfall in the
DWC Budget imposed a certain risk, not contingent risk, of massive
liability on Defendants that they never agreed to assume; and that
Plaintiff and its agent never approved the budget nor intended to
fund it, which meant the Project would fail. (Dec. Rubin ¶¶28-36 and

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date       Action

Exs. 6, 8, 9.)

Plaintiff asserts objections to Rubin's declaration, paragraph 29 on
the grounds of lack of foundation, inadmissible hearsay, parol
evidence rule, and prejudice. It is accurate that Rubin cannot
establish Lander's state of mind. It is also objectionable as to his
statement that he and Lander entered the Guaranty based on
Calmwater's representations that the Project would not proceed
without an approved and accurate construction budget. However, Rubin
also states that he was never advised at any point in time that
Calmwater intended to proceed with the transaction with an
unapproved budget, and that he would not have signed the Guaranty
had he known this. As to this statement, and statements in paragraph
30, the objections are OVERRULED.

Moreover, there is a fact indicating that Okubu Report was dated
over a month before the Loan Agreement and the Guaranty were signed.
(Dec. Rubin ¶32.) Plaintiff's objections on grounds of inadmissible
hearsay, failure to authenticate, lack of relevance, and prejudice
are OVERRULED. Here, Defendants have raised a triable issue of
material fact as to whether Plaintiff owed a duty to disclose to
Guarantors under Sumitomo.
Notice to be given by Clerk to SULMEYERKUPETZ , MCGARRIGLE,KENNEY, &
ZAMPIELLO , BERMAN LITIGATION GROUP , LAW OFFICES OF MARVIN H WEISS
, THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A
PROFESSIONAL LAW CORPORATION , BAAKE LAW LLC , ROEMER & HARNIK LLP ,
ABDULAZIZ, GROSSBART & RUDMAN , PLUMTREE & ASSOCIATES , LANAK &
HANNA PC , GEORGE SYKULSKI A PROF LAW CORP , KOZBERG & BODELL LLP ,
CUMMINS & WHITE LLP , Christopher Orlando Rivas.
Minute entry completed.

05/21/2021 Certificate of Mailing

06/02/2021 Joint Stipulation and [Proposed] Order For Continued Hearing Date
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP
06/02/2021 Joint Stipulation and [Proposed] Order For Continued Hearing Date

06/03/2021 Payment: $20.00,  Reed Smith, LLP, for Houston, Marsha Ann, Receipt:
           20210603-00270

EXHIBIT 3, PAGE 253

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/04/2021 | Ex Parte Application re: Order extending time to file petition for writ on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/04/2021 | A. Stuart Rubin's response to order to show cause RE: contempt Filed By: A STUART RUBIN |
| 06/04/2021 | Minute Order: Court Ruling re: Ex Parte Application |
| 06/04/2021 | Court Ruling re: Ex Parte Application at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge S. Salazar, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances On Court's own motion: Court has Read and Considered Ex Parte Application Court makes the following order(s): Ex Parte Application for an Order Extending Time to File Petition for Writ is granted. Notice to be given by moving party. Minute entry completed. |
| 06/04/2021 | Payment: $60.00, Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210604-00435 |
| 06/07/2021 | Joint Stipulation and Order for Continued Hearing Date Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/07/2021 | Order extending time to file petition for writ at 8:30 AM in Department 6 |
| 06/08/2021 | Minute Order: Notice of Application and Hearing for Right to Attach Order |
| 06/08/2021 | Minute Order: Notice of Application and Hearing for Right to Attach Order |
| 06/08/2021 | Amended Minute Order: Notice of Application and Hearing for Right to Attach Order |
| 06/08/2021 | Notice of Application and Hearing for Right to Attach Order at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge |

PAGE: 192

EXHIBIT 3, PAGE 254

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>Hearing Continued Not Held - Party's Motion to 06/16/2021 at 08:30 AM in Department 6.<br>Reason for Continuance: pursuant to stipulation filed on 6/7/21. |
| 06/08/2021 | Amended Minute Order: Notice of Application and Hearing for Right to Attach Order |
| 06/08/2021 | Notice of Application and Hearing for Right to Attach Order at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>Hearing Continued Not Held - Party's Motion to 06/16/2021 at 08:30 AM in Department 6.<br>Reason for Continuance: pursuant to stipulation filed on 6/7/21. |
| 06/09/2021 | Reply by A. Stuart Rubin to Plaintiff's Objection to his Notice of Rescission E-Submitted and Served May 18, 2021.<br>Filed By: A STUART RUBIN |
| 06/09/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Objection to "Notice that A. Stuart Rubin Has Rescinded the Following Agreements with U.S. Real Estate Credit Holdings III-A, LP"<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/09/2021 | The Sherwin-Williams Company's (Doe #6) Answer to Blair Air, Inc.'s Complaint in Related Case No. PSC1906241 on Consolidated Complaint of BLAIR AIR INC<br>Filed By: THE SHERWIN-WILLIAMS COMPANY |
| 06/09/2021 | Declaration of Christopher W Bayuk in Response to OSC Re Sanctions<br>Filed By: HAJOCA CORPORATION |
| 06/10/2021 | Reply to response to order to show cause<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/16/2021 | Minute Order: Notice of Application and Hearing for Right to Attach Order |

EXHIBIT 3, PAGE 255

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|

06/16/2021    Notice of Application and Hearing for Right to Attach Order at 8:30
              AM in Department 6 Judicial Officer: None
              Courtroom Assistant: None
              Court Reporter: None
              APPEARANCES:
              No Appearances
              Hearing Continued Not Held - Party's Motion to 08/06/2021 at 08:30
              AM in Department 6.

06/16/2021    Minute Order: Notice of Application and Hearing for Right to Attach
              Order

06/16/2021    Notice of Application and Hearing for Right to Attach Order at 8:30
              AM in Department 6 Judicial Officer: None
              Courtroom Assistant: None
              Court Reporter: None
              APPEARANCES:
              No Appearances
              Hearing Continued Not Held - Party's Motion to 08/06/2021 at 08:30
              AM in Department 6.

06/23/2021    Notice That A. Stuart Rubin Has Rescinded the Following Agreements
              with U.S. Real Estate Credit Holdings III-A, L.P.: 1. Indemnity &
              Guaranty Agreement, 2. Completion Guaranty Agreement, 3. Stip for
              Injunction Regarding Disposition of Rubin Property; & Decl
              Filed By: A STUART RUBIN

06/23/2021    Notice That Force Rubin, LLC Has Rescinded for Itself the Loan
              Agreement Made April 26, 2018 with U.S. Real Estate Credit Holdings
              III-A, L.P. and Other Parties; and Declaration of Evan L. Smith
              Filed By: A STUART RUBIN

06/23/2021    Notice That Force Rubin 2, LLC Has Rescinded for Itself the Loan
              Agreement Made April 26, 2018 with U.S. Real Estate Credit Holdings
              III-A, L.P. and Other Parties; and Declaration of Evan L. Smith
              Filed By: A STUART RUBIN

06/23/2021    Notice That Coachella Resort, LLC Has Rescinded for Itself the Loan
              Agreement Made April 26, 2018 with U.S. Real Estate Credit Holdings
              III-A, L.P. and Other Parties; and Declaration of Evan L. Smith
              Filed By: A STUART RUBIN

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

06/25/2021  Petition for Review
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

06/25/2021  Minute Order: Hearing on Order to Show Cause re: Contempt

06/25/2021  Hearing on Order to Show Cause re: Contempt at 9:00 AM in Department
            6 Honorable Sunshine Sykes, Judge
            S. Salazar, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
            Rivas, and Marsh Houston.
            A STUART RUBIN [DEF] represented by Evan Smith.
            At 09:12 AM, the following proceedings were held:
            This matter is being live streamed for public access
            Argument presented by counsel.
            Court makes the following order(s):
            Request for Judicial Notice is granted.
            Court finds A Stuart Rubin in contempt.
            A Stuart Rubin shall transfer property back.
            Transfer of the property shall occur no later than 07/26/2021.
            Sanctions in the amount of $2000.00 is delayed.
            Attorneys fees to be paid to plaintiff.
            Plaintiff shall prepare a declaration regarding attorneys to be
            addressed at the next hearing.
            Declaration to be filed on or before 06/21/2021.
            Opposition to be filed on or before 06/26/2021.
            Hearing (same) continued to 07/30/2021 at 09:00 AM in Department 6.
            A. Stuart Rubin is ordered to appear in the courtroom on 07/30/2021.
            Notice waived.

06/29/2021  Notice that Elliot Lander has Rescinded the Following Agreements
            With U.S. Real Estate Credit Holdings III-A, L.P.
            Filed By: A STUART RUBIN

07/06/2021  Case Management Statement on Consolidated Complaint of L&W SUPPLY
            CORPORATION
            Filed By: L&W SUPPLY CORPORATION

07/06/2021  Case Management Statement on 1st Amended Consolidated Complaint of
            THE SHERWIN-WILLIAMS COMPANY
            Filed By: THE SHERWIN-WILLIAMS COMPANY

PAGE: 195

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 07/07/2021 | Court's Ruling on 6/25/21 Proceeding |
| 07/07/2021 | Minute Order: Court Ruling re: Proceeding on 6/25/21 |
| 07/07/2021 | Court Ruling re: Proceeding on 6/25/21 at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge F. Jones, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances Court subsequently rules on proceeding of 6/25/21. The orders of this court made at the June 25th proceeding are hereby vacated as they were void and in excess of the court's jurisdiction. C.C.P. §473(d). Copy of the court's ruling filed 7/7/21 will be mailed and emailed to counsel with a copy of this minute order. Notice to be given by Clerk to Marsha Ann Houston , Christopher Orlando Rivas , John Anthony Messina, Jr , Evan Llewellyn Smith. Minute entry completed. |
| 07/07/2021 | Certificate of Mailing |
| 07/12/2021 | Notice and Acknowledgment of Receipt of Court's Ruling on 6/25/21 Proceeding Against / As To: A STUART RUBIN |
| 07/19/2021 | Joint Case Management Statement Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, A STUART RUBIN, ELLIOT LANDER, GARY STIFFELMAN, THE SHERWIN-WILLIAMS COMPANY, FERGUSON ENTERPRISES LLC, BLAIR AIR INC, GF INVESTMENT GROUP INC, DESERT PALMS ELECTRIC INC, APPLE J PLUMBING INC, ORCO BLOCK & HARDSCAPE, TEMALPAKH INC, DOUG WALL CONSTRUCTION INC, MASCORRO CONCRETE CONSTRUCTION INC, JACOBSSON ENGINEERING CONSTRUCTION INC, L&W SUPPLY CORPORATION, LA HACIENDA NURSEY & LANDSCAPE INC, AL MILLER & SONS ROOFING CO INC, TANDEM WEST GLASS INC |
| 07/19/2021 | Payment: $120.00,  S.A.S. LLC, for Messina, John Anthony Jr, Receipt: 20210719-00009 |
| 07/19/2021 | Payment: $18.00,  S.A.S. LLC, for Messina, John Anthony Jr, Receipt: 20210719-00009 |

EXHIBIT 3, PAGE 258

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

07/19/2021 Order to Show Cause as to why sanctions not to exceed $1,500.00 or
           dismissal should not be imposed for Failure to appear at the 4/16/21
           Trial Setting Conference as to HAJOCA CORPORATION, BAYUK &
           ASSOCIATES INC at 8:30 AM in Department 1 Honorable Craig Riemer,
           Judge
           Y. Williams, Courtroom Assistant
           Court Reporter: None
           APPEARANCES:
           HAJOCA CORPORATION [PLA] represented by Christopher Bayuk.
           GLENROY COACHELLA LLC [DEF], FORCE RUBIN 2 LLC [DEF] represented by
           Michael Kenney.
           BLAIR AIR INC [DEF] represented by Brian Harnik.
           This matter is being live streamed for public access
           Court and counsel confer regarding the Order to Show Cause.
           Court makes the following order(s):
           Sanctions in the amount of $150.00 imposed upon HAJOCA CORPORATION,
           BAYUK & ASSOCIATES INC, payable to the Clerk of the Court on or
           before 08/09/2021.
           Sanctions are to be paid FORTHWITH.

07/19/2021 Minute Order: Order to Show Cause as to why sanctions not to exceed
           $1,500.00 or dismissal should not be imposed for Failure to appear
           at the 4/16/21 Trial Setting Conference as to HAJOCA CORPORATION,
           BAYUK & ASSOCIATES INC

07/19/2021 Trial Setting Conference (Notice) at 8:30 AM in Department 1
           Honorable Craig Riemer, Judge
           Y. Williams, Courtroom Assistant
           Court Reporter: None
           APPEARANCES:
           HAJOCA CORPORATION [PLA] represented by Christopher Bayuk.
           GLENROY COACHELLA LLC [DEF], FORCE RUBIN 2 LLC [DEF] represented by
           Michael Kenney.
           BLAIR AIR INC [DEF] represented by Brian Harnik.
           This matter is being live streamed for public access
           Court and counsel confer regarding Trial Setting Conference.
           Court makes the following order(s):
           Hearing held and continued to 01/19/2022 at 08:30 AM in Department 1
           (Pre-disposition) Continued - Other pre-disposition hearing
           Court further orders:
           Order to Show Cause re: Why case number PSC1906218 should not be

PAGE: 197

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

          consolidated with case RIC1905743 as to BAYUK & ASSOCIATES INC;
          MCGARRIGLE KENNEY & ZAMPIELLO; ROEMER & HARNIK LLP set 08/09/2021 at
          08:30 AM in Department 6
          Notice to be given by Clerk to BAYUK & ASSOCIATES INC , MCGARRIGLE
          KENNEY & ZAMPIELLO , ROEMER & HARNIK LLP.

07/19/2021 Minute Order: Trial Setting Conference (Notice)

07/19/2021 Certificate of Mailing

07/19/2021 Notice of Order to Show Cause Hearing

07/20/2021 Minute Order: Court on its Own Motion

07/20/2021 Court on its Own Motion at 2:03 PM in Department 6 Honorable
          Sunshine Sykes, Judge
          S. Salazar, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          On Court's own motion:
          Continue (future hearing) 07/21/2021 08:30 AM Hearing Re: Status
          Conference to 10/19/2021 at 08:30 AM in Department 6.
          -
          Continue (future hearing) 03/18/2025 08:30 AM Hearing on OSC Re:
          Dismissal After Conditional Settlement Pursuant to CRC 3.1385(c). to
          10/19/2021 at 08:30 AM in Department 6.
          -
          Notice to be given by Clerk.
          Minute entry completed.

07/21/2021 Hearing Re: Status Conference at 8:30 AM in Department 6

07/21/2021 Minute Order: OSC re: Dismissal of any party not At-Issue.

07/21/2021 OSC re: Dismissal of any party not At-Issue. at 8:30 AM in
          Department 6 Honorable Sunshine Sykes, Judge
          S. Salazar, Courtroom Assistant
          Court Reporter: None

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | APPEARANCES: |
| | No Appearances |
| | Hearing Continued Not Held - Court's Motion to 10/18/2021 at 08:30 AM in Department 6. |
| 07/27/2021 | Declaration of Brian S. Harnik in Advance of Order to Show Cause Hearing |
| | Filed By: BLAIR AIR INC |
| 07/27/2021 | Motion to Transfer and Consolidate Case No PSC1906218 with Master File No RIC1905743 on Consolidated Complaint of BLAIR AIR INC |
| | Filed By: BLAIR AIR INC |
| 07/29/2021 | Notice of compliance with court's order to reconvey property titles to prior states |
| | Filed By: A STUART RUBIN |
| 07/29/2021 | Ntc of Mtn & Mtn for order disqualifying Reed Smith LLP, and/or any of its attnys from representing U.S. Real Estate Credit Holdings III-A, LP due to conflicts of interest given its ongoing representation of Glenroy Coachella, LLC on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| | Filed By: A STUART RUBIN |
| 07/30/2021 | Minute Order: Hearing on Order to Show Cause re: Contempt |
| 07/30/2021 | Sanctions in the amount of $2,000.00,  A STUART RUBIN, imposed |
| 07/30/2021 | Hearing on Order to Show Cause re: Contempt at 9:00 AM in Department 6 Honorable Sunshine Sykes, Judge |
| | S. Salazar, Courtroom Assistant |
| | Y. Gallegos, Court Reporter |
| | APPEARANCES: |
| | U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Christopher Rivas, Huell Kim, Simond Lavian, and Marsha Houston. |
| | A STUART RUBIN [DEF] represented by Evan Smith. |
| | At 09:15 AM, the following proceedings were held: |
| | This matter is being live streamed for public access |
| | Argument presented by counsel. |
| | Court makes the following order(s): |
| | The Court finds the provisions for contempt have been met. |
| | Sanctions in the amount of $2000.00 imposed upon A STUART RUBIN, payable to the Clerk of the Court on or before 09/14/2021. |

EXHIBIT 3, PAGE 261

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Attorney fees to be awarded to plaintiff.<br>Counsel to submit declaration/motion addressing attorneys fees. |

Continue (future hearing) 08/06/2021 08:30 AM Notice of Application
and Hearing for Right to Attach Order to 10/19/2021 at 08:30 AM in
Department 6.
-
Continue (future hearing) 08/06/2021 08:30 AM Notice of Application
and Hearing for Right to Attach Order to 10/19/2021 at 08:30 AM in
Department 6.
Formal Order to be prepared by the Court.

08/03/2021  Proposed order to Consolidate
            Filed By: BLAIR AIR INC

08/03/2021  Notice of Document Return.

08/03/2021  Payment: $60.00,  Filing RV, Green, for BLAIR AIR INC, Receipt:
            EFM20210803-00129

08/04/2021  Minute Order: Order to appear and show cause, if any, why sanctions
            should not be imposed for failure to file default judgment (CRC
            3.110) as to THE SHERWIN-WILLIAMS COMPANY

08/04/2021  Order to appear and show cause, if any, why sanctions should not be
            imposed for failure to file default judgment (CRC 3.110) as to THE
            SHERWIN-WILLIAMS COMPANY at 8:30 AM in Department 6 Judicial
            Officer: None
            Courtroom Assistant: None
            Court Reporter: None
            APPEARANCES:
            No Appearances
            Hearing off calendar, reason: Hearing set in error.

08/04/2021  Proposed Order to Consolidate on Consolidated Complaint of BLAIR AIR
            INC
            Filed By: BLAIR AIR INC

08/06/2021  Ruling on Contempt

08/06/2021  Notice of Application and Hearing for Right to Attach Order at 8:30

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | AM in Department 6 |
| 08/06/2021 | Notice of Application and Hearing for Right to Attach Order at 8:30 AM in Department 6 |
| 08/06/2021 | Payment: $60.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20210806-00144 |
| 08/06/2021 | Minute Order: Court on its Own Motion |
| 08/06/2021 | Court on its Own Motion at 2:07 PM in Department 1 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Case PSC1906218, is ordered consolidated with case(s) RIC1905743;<br>Case RIC1905743 is designated the MASTER FILE.<br>Notice to be given by Clerk to BAYUK & ASSOCIATES INC , MCGARRIGLE KENNEY & ZAMPIELLO , ROEMER & HARNIK LLP.<br>Minute entry completed. |
| 08/06/2021 | Certificate of Mailing |
| 08/09/2021 | Order from District Court of Appeal (Non Appeal) The petition for writ of mandate is DENIED. |
| 08/09/2021 | Order to Show Cause re: Why case number PSC1906218 should not be consolidated with case RIC1905743 as to BAYUK & ASSOCIATES INC, MCGARRIGLE KENNEY & ZAMPIELLO, ROEMER & HARNIK LLP at 8:30 AM in Department 6 |
| 08/10/2021 | Request for Judicial Notice in support of Opposition<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 08/10/2021 | Proof of Service by Mail re: See Document List on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Against / As To: GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, FERGUSON ENTERPRISES |

PAGE: 201

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            LLC, DOUG WALL CONSTRUCTION INC, QUONSET PARTNERS LLC, AL MILLER &
            SONS ROOFING CO INC, APPLE J PLUMBING INC, BLAIR AIR INC, BMC WEST
            LLC, DESERT PALMS ELECTRIC INC, GF INVESTMENT GROUP INC, MASCORRO
            CONCRETE CONSTRUCTION INC, SYSTEMS WATERPROOFING INC, TANDEM WEST
            GLASS INC, TEMALPAKH INC

08/10/2021  Opposition TO MOTION TO DISQUALIFY REED SMITH LLP on Complaint of
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  CHAPTER 11 TRUSTEES STATEMENT IN OPPOSITION TO MOTION TO DISQUALIFY
            REED SMITH AS COUNSEL OF RECORD FOR U.S. REAL ESTATE CREDIT HOLDINGS
            III on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  EVIDENTIARY OBJECTIONS IN SUPPORT OF OPPOSITION TO MOTION TO
            DISQUALIFY REED SMITH on Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  Declaration of STEFANIA HOFFSTETTER
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  Declaration of RICHARD C. GILLER
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  Declaration of PETER J. KENNEDY
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  Declaration of NATHAN M. CARLE
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  Declaration of MARSHA A. HOUSTON
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  Declaration of DAVID HALBREICH
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2021  Declaration of ASHLEY RODRIGUEZ
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/16/2021  Reply to U.S. Real Estate Credit Holdings III-A, L.P.'s Opposition
            to Motion to Disqualify Reed Smith LLP; and Declaration of Evan L.
            Smith
            Filed By: A STUART RUBIN

08/16/2021  Reply to Plaintiff's Evidentiary Objections
            Filed By: A STUART RUBIN

EXHIBIT 3, PAGE 264

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 08/16/2021 | Evidentiary Objections to U.S. Real Estate Credit Holdings III-A, L.P.'s Evidence in Support of its Opposition to Motion to Disqualify Reed Smith<br>Filed By: A STUART RUBIN |
| 08/16/2021 | Reply to Chapter 11 Trustee's Statement in Opposition to Motion to Disqualify Reed & Smith as Counsel of Record for U.S. Real Estate Credit Holdings III; and Declaration of Evan L. Smith<br>Filed By: A STUART RUBIN |
| 08/18/2021 | Register of Actions PSC1906218 through 8/18/2021 |
| 08/19/2021 | Evidentiary Objections to Untimely and Improper Evidence Filed in support of Motion to Disqualify Reed Smith LLP on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 08/20/2021 | Reply to U.S Real Estate Credit Holdings III-A, LP's Evidentiary Objections to Supplemental Declaration in Support of Motion<br>Filed By: A STUART RUBIN |
| 08/20/2021 | Reply to Evidentiary Objections to Supplemental Declaration in Support of Motion<br>Filed By: A STUART RUBIN |
| 08/20/2021 | Notice of Document Return. |
| 08/23/2021 | Tentative Rulings Dated August 23, 2021 |
| 08/23/2021 | Minute Order: Hearing re: Motion to Disqualify Reed & Smith as Counsel of Record for U.S. Real Estate Credit Holding III A LP |
| 08/23/2021 | Hearing re: Motion to Disqualify Reed & Smith as Counsel of Record for U.S. Real Estate Credit Holding III A LP at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge<br>D. Mathieu, Courtroom Assistant<br>Jane Hong, Court Reporter<br>APPEARANCES:<br>Marsha Houston, Katherine Bays, Peter Kennedy for U.S. Real Estate;<br>Tim Laquer for G. Stiffelman; Mark Homme for Doug Wall Construction;<br>Evan Smith for S. Rubin; Ed Hayes for Bankruptcy Trustee, Richard Marshack appearing telephonically in court.<br>This matter is being live streamed for public access |

EXHIBIT 3, PAGE 265

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Tentative ruling issued. Oral argument requested by Defendant. Defense withdraws request for oral argument. Tentative ruling shall become the ruling of the court. The Motion to Disqualify is denied. Continue (future hearing) 10/18/2021 08:30 AM OSC re: Dismissal of any party not At-Issue. to 10/19/21 at 08:30 AM in Department 6. Counsel to submit a joint status report. |
| 08/24/2021 | Notice of Ruling on A. Stuart Rubin's Motion for Order Disqualifying Reed Smith LLP, and /or Any of its Attorneys, from Representing U.S. Real Estate Credit Holdings III-A, LP Due to Conflict of Interest on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 08/30/2021 | Minute Order: Order to appear and show cause, if any, why sanctions should not be imposed for failure to file default judgment (CRC 3.110) as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 08/30/2021 | Order to appear and show cause, if any, why sanctions should not be imposed for failure to file default judgment (CRC 3.110) as to U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 6 Judicial Officer: None Courtroom Assistant: None Court Reporter: None APPEARANCES: No Appearances Hearing off calendar, reason: Hearing set in error. |
| 09/24/2021 | Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 09/24/2021 | Evidence packet in support of Motion for summary adjudication of defenses |
| 09/24/2021 | Separate statement of undisputed facts Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 09/24/2021 | Proposed Order re: Order granting Motion for summary adjudication of defenses |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 09/29/2021 | Payment: $2.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210929-01138 |
| 09/29/2021 | Payment: $500.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20210929-01138 |
| 10/05/2021 | Notice of Motion and Motion for fees and costs Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 10/06/2021 | Notice of Hearing (eFiling) on Motion for Attorney's Fees on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 10/06/2021 | Payment: $60.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20211006-00420 |
| 10/08/2021 | Order from Supreme Court |
| 10/08/2021 | Order from Supreme Court -The Petition for Review Denied |
| 10/08/2021 | Joint Case Management Statement on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 10/12/2021 | Payment: $20.00 for Continuance of Hearing or Case Management-Stipulation and Order-Service by Posting or Publication paid by A. STUART RUBIN, Individually and as Trustee of the STUART & ANNETTE RUBIN FAMILY TRUST for motion reservation hearing date of 11/03/2021. Reservation #810477660803. |
| 10/18/2021 | OSC re: Dismissal of any party not At-Issue. at 8:30 AM in Department 6 |
| 10/19/2021 | Ex Parte Hearing re: Motion to Dissolve or Modify Injunction at 8:30 AM in Department 6 |
| 10/19/2021 | Minute Order: Hearing on OSC Re: Dismissal After Conditional Settlement Pursuant to CRC 3.1385(c). |
| 10/19/2021 | Hearing on OSC Re: Dismissal After Conditional Settlement Pursuant to CRC 3.1385(c). at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge S. Salazar, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances |

EXHIBIT 3, PAGE 267

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|

At 09:03 AM, the following proceedings were held:
This matter is being live streamed for public access
Hearing ordered vacated

10/19/2021 Minute Order: OSC re: Dismissal of any party not At-Issue.

10/19/2021 OSC re: Dismissal of any party not At-Issue. at 8:30 AM in
Department 6 Honorable Sunshine Sykes, Judge
S. Salazar, Courtroom Assistant
Court Reporter: None
APPEARANCES:
No Appearances
At 09:03 AM, the following proceedings were held:
This matter is being live streamed for public access
Hearing ordered vacated

10/19/2021 Minute Order: Hearing Re: Status Conference

10/19/2021 Hearing Re: Status Conference at 8:30 AM in Department 6 Honorable
Sunshine Sykes, Judge
S. Salazar, Courtroom Assistant
Court Reporter: None
APPEARANCES:
U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
Rivas and Marsha Houston.
STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
GF INVESTMENT GROUP INC [DEF] represented by Nicholas Brunner.
THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Lauren Stec.
ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by Matt Morris.
LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward
Farrell.
A STUART RUBIN [DEF] represented by Jeffrey Van Wick.
At 09:03 AM, the following proceedings were held:
This matter is being live streamed for public access
Hearing held and continued to 11/18/2021 at 08:30 AM in Department 6
(Pre-disposition) Continued - Other pre-disposition hearing
Notice to be given by Plaintiff .

10/19/2021 Minute Order: Notice of Application and Hearing for Right to Attach

PAGE: 206

EXHIBIT 3, PAGE 268

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

            Order


10/19/2021  Notice of Application and Hearing for Right to Attach Order at 8:30
            AM in Department 6 Honorable Sunshine Sykes, Judge
            S. Salazar, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
            Rivas and Marsha Houston.
            STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
            GF INVESTMENT GROUP INC [DEF] represented by Nicholas Brunner.
            THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Lauren Stec.
            ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by Matt Morris.
            LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward
            Farrell.
            A STUART RUBIN [DEF] represented by Jeffrey Van Wick.
            At 09:03 AM, the following proceedings were held:
            This matter is being live streamed for public access
            Any Opposition to be filed on or before 11/02/2021.
            Any Reply to be filed on or before 11/09/2021.
            Hearing held and continued to 11/18/2021 at 08:30 AM in Department 6
            (Pre-disposition) Continued - Other pre-disposition hearing
            Notice to be given by Plaintiff .


10/19/2021  Minute Order: Notice of Application and Hearing for Right to Attach
            Order


10/19/2021  Notice of Application and Hearing for Right to Attach Order at 8:30
            AM in Department 6 Honorable Sunshine Sykes, Judge
            S. Salazar, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
            Rivas and Marsha Houston.
            STIFFELMAN, GARY [DEF] represented by Timothy Laquer.
            GF INVESTMENT GROUP INC [DEF] represented by Nicholas Brunner.
            THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Lauren Stec.
            ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by Matt Morris.
            LA HACIENDA NURSEY & LANDSCAPE INC [DEF] represented by Edward
            Farrell.

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | A STUART RUBIN [DEF] represented by Jeffrey Van Wick. |

At 09:03 AM, the following proceedings were held:
This matter is being live streamed for public access
Any Opposition to be filed on or before 11/02/2021.
Any Reply to be filed on or before 11/09/2021.
Hearing held and continued to 11/18/2021 at 08:30 AM in Department 6
(Pre-disposition) Continued - Other pre-disposition hearing
Notice to be given by Plaintiff .

10/20/2021  Notice of continued case management hearing and hearing on application for right to attach order and writ of attachment
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

10/20/2021  Minute Order: Hearing re: Motion Motion to Transfer and Consolidate by BLAIR AIR INC

10/20/2021  Hearing re: Motion Motion to Transfer and Consolidate by BLAIR AIR INC at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge S. Salazar, Courtroom Assistant
Court Reporter: None
APPEARANCES:
No Appearances
At 09:00 AM, the following proceedings were held:
After issuance of the tentative ruling; no oral argument was requested.
Court makes the following order(s):
Tentative ruling shall become the ruling of the court.
Motion to Transfer and Consolidate is granted.
Case RIC1905743, is ordered consolidated with case(s) PSC1906218;
Case RIC1905743 is designated the MASTER FILE.

10/21/2021  Order to Consolidate
Filed By: BLAIR AIR INC

10/22/2021  Payment: $2.00,  U.S. REAL ESTATE CREDIT HOLDINGS III A LP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211022-00946

10/28/2021  Notice of errata RE proof of service to notice of continued case management hearing
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

11/01/2021  Payment: $2.00,  Reed Smith LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211101-00250

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/02/2021 | Request for Judicial Notice in Support of Respondent A. Stuart Rubin's Notice of Opposition to Right to Attach Order and Claim of Exemption |
| 11/02/2021 | Memorandum of Points & Authorities in Support of Opposition to Application for Right to Attach Order and Claim of Exemption<br>Filed By: A STUART RUBIN |
| 11/02/2021 | Notice of Opposition to Right to Attach Order and Claim of Exemption on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: A STUART RUBIN |
| 11/03/2021 | Hearing re: Motion Motion for Leave to File Compulsory Cross-Complaint at 8:30 AM in Department 6 |
| 11/03/2021 | Payment: $2.00, Messina & Hankin, LLP, for Smith, Evan Llewellyn, Receipt: 20211103-00322 |
| 11/03/2021 | Payment: $2.00, Messina & Hankin, LLP, for Smith, Evan Llewellyn, Receipt: 20211103-00331 |
| 11/03/2021 | Payment: $2.00,  A STUART RUBIN, for A STUART RUBIN, Receipt: 20211103-00346 |
| 11/04/2021 | Notice of errata and correction of memorandum of points & authorities in support of opposition<br>Filed By: A STUART RUBIN |
| 11/05/2021 | Motion for Leave to File Compulsory Cross-Complaint<br>Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, ELLIOT LANDER |
| 11/05/2021 | Proposed Order (hearing) re: Granting Motion for Leave to File Compulsory Cross-Complaint for hearing on 12/06/2021 |
| 11/05/2021 | Proposed Order Granting Motion for Leave to File Compulsory Cross-Complaint<br>Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, ELLIOT LANDER |
| 11/05/2021 | Payment: $2.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20211105-00331 |
| 11/05/2021 | Notice of Motion and Motion to be Relieved as Counsel (MC-051) on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, JOSEPH RUBIN |

EXHIBIT 3, PAGE 271

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| 11/05/2021 | Declaration in Support of Attorney's Motion to be Relieved as Counsel - Civil on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: JOSEPH RUBIN |
| 11/08/2021 | Proof of Service of Order granting Motion to be relieved<br>Filed By: JOSEPH RUBIN |
| 11/08/2021 | Payment: $60.00, Inc., Journal Technologies, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20211108-00468 |
| 11/08/2021 | Notice of Document Return. |
| 11/09/2021 | Notice of Change of Address<br>Filed By: PSC1907155 03/09/20 |
| 11/09/2021 | Notice of Document Return. |
| 11/09/2021 | Payment: $60.00, Messina & Hankin, LLP, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, LANDER, ELLIOT, Receipt: 20211109-00311 |
| 11/09/2021 | Payment: $2.00, Messina & Hankin, LLP, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, LANDER, ELLIOT, Receipt: 20211109-00311 |
| 11/09/2021 | Notice of change of address on Consolidated Complaint of ORCO BLOCK & HARDSCAPE<br>Filed By: ORCO BLOCK & HARDSCAPE |
| 11/10/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Reply In Support Of Its Application For Right To Attach Order And To A. Stuart Rubin's Opposition And Claim Of Exemption<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/10/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Objection To A. Stuart Rubin's Notice Request For Judicial Notice on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/10/2021 | Request For Judicial Notice In Support Of Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Reply In Support Of Its Application For Right To Attach Order And To A. Stuart Rubin's Opposition And Claim Of Exemption<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/15/2021 | Payment: $2.00, Reed Smith LLP, for U.S. REAL ESTATE CREDIT |

PAGE: 210

EXHIBIT 3, PAGE 272

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

          HOLDINGS III A LP, Receipt: 20211115-00584

11/16/2021 Plaintiff US Real Estate Credit Holdings III-A, L.P.'s unilateral
          status report

11/18/2021 Ex Parte Hearing re: Order Modifying Injunction to Allow Sale of the
          Subject Real Properties at 8:30 AM in Department 6

11/18/2021 Minute Order: Hearing Re: Status Conference

11/18/2021 Hearing Re: Status Conference at 8:30 AM in Department 6 Honorable
          Sunshine Sykes, Judge
          S. Salazar, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
          Rivas and Marsha Houston.
          STIFFELMAN, GARY [DEF] represented by Tim Laquer .
          DOUG WALL CONSTRUCTION INC [DEF] represented by Marc Homme.
          ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard.
          THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Michael Murray.
          BLAIR AIR INC [DEF] represented by Andrew Montez.
          ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by Matt Morris.
          At 09:29 AM, the following proceedings were held:
          Hearing held and continued to 02/23/2022 at 09:00 AM in Department 6
          (Pre-disposition) Continued - Other pre-disposition hearing
          Counsel are ordered to file Joint Status Report at least five court
          days prior to next hearing.
          Notice to be given by Plaintiff.

11/18/2021 Minute Order: Notice of Application and Hearing for Right to Attach
          Order

11/18/2021 Notice of Application and Hearing for Right to Attach Order at 8:30
          AM in Department 6 Honorable Sunshine Sykes, Judge
          S. Salazar, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
          Rivas and Marsha Houston.
          STIFFELMAN, GARY [DEF] represented by Tim Laquer .

EXHIBIT 3, PAGE 273

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

DOUG WALL CONSTRUCTION INC [DEF] represented by Marc Homme.
ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard.
THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Michael Murray.
BLAIR AIR INC [DEF] represented by Andrew Montez.
ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by Matt Morris.
At 09:29 AM, the following proceedings were held:
After issuance of the tentative ruling; oral argument was requested.
Argument presented by counsel.
Court makes the following order(s):
Tentative ruling shall become the ruling of the court.
The Application is GRANTED as such a writ of attachment in the total
amount of $9,735,917.76 is ordered as against Lander, with the
undertaking set at $10,000.

Plaintiff has established its entitlement to attachment in the total
amount of $9,735,917.76. Plaintiff's cause of action against Lander
is (1) based upon a contract (the Guaranty), (2) is for a readily
ascertainable amount and (3) is unsecured. (CCP § 483.010(a)-(c).)
(See Declaration of Simond Lavian in Support ("Lavian Decl."), ¶¶ 2-
4, 7-17, Exhibits A-G.) Lander does not oppose the present
application. (See CCP § 484.060(a) ["If the defendant fails to file
a notice of opposition within the time prescribed, the defendant
shall not be permitted to oppose the issuance of the order"].)

Execution is stayed until 12/16/2021. Mr. Lander shall refrain from
moving any assets until 12/16/2021.
-
473 Motion to be filed on or before 11/29/2021.
Opposition to be filed on or before 12/07/2021.
Reply to be filed on or before 12/13/2021.
Motion to be set for 12/16/2021 at 09:00AM in Department 6.
-
Continue (future hearing) 12/06/2021 08:30 AM Hearing re: Motion
Motion for Leave to File Compulsory Cross-Complaint to 01/28/2022 at
09:00 AM in Department 6.
-
Continue (future hearing) 12/16/2021 08:30 AM Hearing on Motion for
Summary Adjudication on to 01/28/2022 at 09:00 AM in Department 6.
-
Notice to be given by Plaintiff.

EXHIBIT 3, PAGE 274

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 11/18/2021 | Minute Order: Notice of Application and Hearing for Right to Attach Order |
| 11/18/2021 | Notice of Application and Hearing for Right to Attach Order at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge S. Salazar, Courtroom Assistant Court Reporter: None APPEARANCES: U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris Rivas and Marsha Houston. STIFFELMAN, GARY [DEF] represented by Tim Laquer . DOUG WALL CONSTRUCTION INC [DEF] represented by Marc Homme. ORCO BLOCK & HARDSCAPE [PLA] represented by William Hoggard. THE SHERWIN-WILLIAMS COMPANY [DEF] represented by Michael Murray. BLAIR AIR INC [DEF] represented by Andrew Montez. ALL PHASE DRYWALL & DEVLOPMENT INC [DEF] represented by Matt Morris. At 09:29 AM, the following proceedings were held: After issuance of the tentative ruling; oral argument was requested. Argument presented by counsel. Court makes the following order(s): Hearing held and continued to 01/28/2022 at 09:00 AM in Department 6 (Pre-disposition) Continued - Other pre-disposition hearing Notice to be given by Plaintiff. |
| 11/18/2021 | Payment: $2.00,  Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211118-00938 |
| 11/22/2021 | Ex Parte Hearing re: Application for an Order Modifying Injunction to Allow the Sale of the Subject Real Properties at 8:30 AM in Department 6 |
| 11/23/2021 | Ex Parte Hearing re: Application for an Order Modifying Injunction to Allow the Sale of the Subject Real Properties at 8:30 AM in Department 6 |
| 11/29/2021 | Notice of Motion and Motion by Elliot Lander for Order Vacating and Setting Aside Default (and Right to Attach Order); Memorandum; and Declarations of Attorney's Mistake, Inadvertence, Surprise, and/or Excusable Neglect by Marvin H. Weiss Default on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, ELLIOT LANDER |

PAGE: 213

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/30/2021 | Notice of Ruling and Notice of Continued Hearings<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/30/2021 | A. Stuart Rubin's Ex Parte application for order modifying injunction enjoining him from transferring ownership in or further encumbering, his family residences in order to allow the pending sale of The Beverly Hills property to close on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: A STUART RUBIN |
| 11/30/2021 | [Proposed] Order Granting A. Stuart Rubin's Ex Parte Application for Order Modifying Injunction |
| 11/30/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Preliminary Opposition to Ex Parte Motion<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/30/2021 | [Proposed] Order Granting Motion for Order Vacating and Setting Aside Default (and Right to Attach Order).<br>Filed By: ELLIOT LANDER |
| 11/30/2021 | Proposed Order re: Granting Motion for Order Vacating and Setting Aside Default (and Right to Attach Order). |
| 11/30/2021 | Payment: $2.00,  Reed Smith LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211130-00955 |
| 12/01/2021 | Notice of Telephonic Appearance for Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/01/2021 | Notice of Motion and Motion by Elliot Lander for order vacating and setting aside default (and right to attach order)<br>Filed By: ELLIOT LANDER |
| 12/01/2021 | Payment: $2.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20211201-00002 |
| 12/01/2021 | Payment: $60.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20211201-00002 |
| 12/01/2021 | Payment: $2.00,  Reed Smith LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211201-00040 |
| 12/01/2021 | Minute Order: Ex Parte Hearing re: Application for an Order Modifying Injunction to Allow Sale of the Subject Real Properties |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/01/2021 | Ex Parte Hearing re: Application for an Order Modifying Injunction to Allow Sale of the Subject Real Properties at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris Rivas and Marsha Houston.<br>STIFFELMAN, GARY [DEF] represented by Timothy Laquer.<br>DOUG WALL CONSTRUCTION INC [DEF] represented by Marc Homme.<br>A STUART RUBIN [DEF] represented by Evan Smith and Patrick McGarrigle .<br>At 09:00 AM, the following proceedings were held:<br>Court has Read and Considered Ex Parte Application and Opposition.<br>Court makes the following order(s):<br>The Ex Parte is DENIED as there is no basis for ex parte relief. CRC 3.1202 (c). Any exigency was created by moving party's lack of diligence as the potential sale was known at least as far back as early August 2021.<br>Notice to be given by Clerk. |
| 12/01/2021 | Notice of Document Return. |
| 12/02/2021 | Payment: $2.00, Messina & Hankin, LLP, for LANDER, ELLIOT, Receipt: 20211202-00798 |
| 12/06/2021 | A. Stuart Rubin's Ex Parte Application for Order of Relief From Injunction Enjoining him from Transferring Ownership in, or Further Encumbering, his Family Residences in Order to Allow him to Sign Documents for the Pending Sale on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: A STUART RUBIN |
| 12/06/2021 | Preliminary Opposition to Ex Parte Motion<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/06/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Supplemental Opposition to Ex Parte Motion; Supplemental Request for Judicial Notice<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/06/2021 | Hearing re: Motion Motion for Leave to File Compulsory Cross-Complaint at 8:30 AM in Department 6 |

PAGE: 215

EXHIBIT 3, PAGE 277

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 12/07/2021 | Notice of Telephonic Appearance for Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/07/2021 | Proposed Order re: Granting A. Stuart Rubin's Ex Parte Application for Order of Relief from Injunction Enjoining him from Transferring Ownership in, or Further Encumbering, his Family Residences in Order to Allow him to Sign Documents for the Pending Sale |
| 12/07/2021 | A. Stuart Rubin's Limited opposition to Plaintiff's Motion for fees and costs; and declaration of Evan L Smith<br>Filed By: A STUART RUBIN |
| 12/07/2021 | Notice of Ruling of Santa Barbara Superior Court Denying Injunction and Request for Stay |
| 12/07/2021 | Opposition to motion for order vacating and setting aside default<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/07/2021 | Request for Judicial Notice.<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/07/2021 | Payment: $60.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20211207-00010 |
| 12/07/2021 | Payment: $2.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20211207-00010 |
| 12/07/2021 | Payment: $2.00, Reed Smith, LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211207-00013 |
| 12/07/2021 | Payment: $2.00, Reed Smith LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211207-00018 |
| 12/07/2021 | Minute Order: Ex Parte Hearing re: Application Permitting Sale of Real Property on Condition of Posting Bond |
| 12/07/2021 | Ex Parte Hearing re: Application Permitting Sale of Real Property on Condition of Posting Bond at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge<br>S. Salazar, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>At 09:00 AM, the following proceedings were held: |

PAGE: 216

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | Hearing Continued Not Held - Court's Motion to 12/08/2021 at 09:00 AM in Department 6. Reason for Continuance: allow court to review Ex Parte Application and Opposition. |
| 12/07/2021 | Minute Order: Court Ruling re: Ex Parte Application |
| 12/07/2021 | Court Ruling re: Ex Parte Application at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge S. Salazar, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances On Court's own motion: Court has Read and Considered Ex Parte Application and Opposition. Court makes the following order(s): Ex Parte Application is denied. The reason for the denial is as follows: The application is denied as no basis for an ex parte relief that could not have been avoided by counsel for moving party. Ex Parte Hearing re: Application Permitting Sale of Real Property on Condition of Posting Bond is ordered vacated (future hearing/trial). Notice to be given by Clerk. Minute entry completed. |
| 12/07/2021 | Payment: $2.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20211207-00735 |
| 12/08/2021 | Payment: $2.00, Messina & Hankin LLP, for A STUART RUBIN, Receipt: 20211208-00056 |
| 12/08/2021 | Ex Parte Hearing re: Application Permitting Sale of Real Property on Condition of Posting Bond at 9:00 AM in Department 6 |
| 12/09/2021 | Payment: $2.00, Reed Smith, LLP, for Houston, Marsha Ann, Receipt: 20211209-00024 |
| 12/09/2021 | Payment: $2.00, SULMEYERKUPETZ, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211209-00087 |
| 12/09/2021 | Notice of Document Quality Assurance |
| 12/13/2021 | Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Reply in |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Support of its Motion for Fees and Costs<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/13/2021 | Reply by Elliot Lander to Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Opposition to Motion by Elliot Lander for Order Vacating and Setting Aside Default (and Right to Attach Order); and Supplemental Declarations of Marvin H. Weiss, and Evan L. Smith<br>Filed By: ELLIOT LANDER |
| 12/13/2021 | Payment: $2.00,  Reed Smith LLP, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: 20211213-00633 |
| 12/14/2021 | Payment: $2.00, Messina & Hankin LLP, for LANDER, ELLIOT, Receipt: 20211214-00065 |
| 12/14/2021 | Notice of Document Quality Assurance |
| 12/15/2021 | Payment: $60.00,  FORCE RUBIN LLC, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, LANDER, ELLIOT, Receipt: 20211215-00332 |
| 12/16/2021 | Hearing on Motion for Summary Adjudication on at 8:30 AM in Department 6 |
| 12/16/2021 | Minute Order: Hearing re: Motion for Order Vacating and Setting Aside Default (and Right to Attach Order) by Elliot Lander |
| 12/16/2021 | Hearing re: Motion for Order Vacating and Setting Aside Default (and Right to Attach Order) by Elliot Lander at 9:00 AM in Department 6<br>Honorable Sunshine Sykes, Judge<br>L. Howell, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>Attorney Christopher Rivas for US Real Estate appearing telephonically in court.<br>Attorney Evan Smith for Elliot Lander appearing telephonically in court.<br>Attorney Marsha Houston for US Real Estate appearing telephonically in court.<br>Attorney Tim Laquer for Stiffelman appearing telephonically in court.<br>Mark Kilcoin appearing telephonically in court.<br>Attorney Stephen Armstrong specially appearing for sub-contractors appearing telephonically in court. |

EXHIBIT 3, PAGE 280

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

This matter is being live streamed for public access
Motion by Defendant regarding Motion for Order Vacating and Setting
Aside Default (and Right to Attach Order) is called for hearing.
Court and counsel confer regarding Court's Tentative Ruling .
Argument presented by Attorney for Plaintiff and Attorney for moving
party .
Court makes the following order(s):
Tentative ruling shall become the ruling of the court.
-
Motion for Order Vacating and Setting Aside Default (and Right to
Attach Order) is granted.
The Motion is GRANTED and the court permits an opposition to be
filed. The Court continues
Lander's Right to Attach Hearing to 1/28/22 at 9am. Any opposition
and reply shall be filed in
accordance with CCP Section 1005. The court stays the execution of
the 11/18/21 order granting the
application until 1/28/22 and continues the order that Mr. Lander
shall refrain from moving assets
until 1/28/22.
-

12/20/2021  Hearing re: Motion for Attorney's Fees at 8:30 AM in Department 6

12/20/2021  Minute Order: Notice of Motion and Motion for fees and costs

12/20/2021  Notice of Motion and Motion for fees and costs at 8:30 AM in
Department 6 Honorable Sunshine Sykes, Judge
L. Howell, Courtroom Assistant
Court Reporter: None
APPEARANCES:
No Appearances
This matter is being live streamed for public access
Motion by Plaintiff regarding Motion for fees and costs is called
for hearing.
In accordance with California Rule of Court 3.1308 and Local Rule
3316, a tentative ruling was issued and oral argument was not
requested.

Court makes the following order(s):
Tentative ruling shall become the ruling of the court.

EXHIBIT 3, PAGE 281

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

-
The Motion is GRANTED and fees are awarded in the total amount of
$15,435.
Plaintiff sufficiently demonstrates the time and tasks spent in
conducting the contempt
proceedings through the Rivas Declaration. (Rivas Decl., ¶¶ 11-15.)
Rubin's argument that fees
incurred addressing the notice of rescission are unrelated to the
contempt proceedings is not well
founded. Plaintiff filed the application for an OSC re: Contempt on
May 6, 2021. On May 13,
2021, Rubin purported to serve a "Notice of Rescission" of the
stipulated injunction, claiming,
among other things, that the injunction was subject to rescission on
the grounds of mistake.
(Rubin also purported to rescind the Guaranty, and on May 18, 2021,
other defendants filed
notices of rescission.) Rubin then filed an opposition arguing that
the injunction was void for
failure to require a bond and that his subsequent rescission of the
stipulated injunction after his
transfer of the property rendered the injunction void ab initio. It
is clear that the issues regarding
the notices of rescission were an integral part of Rubin's response
to the OSC. Lastly, the time
allocated to responding to the opposition and appearing for the
hearing, as modified by the reply,
is reasonable.
Motion for fees and costs is granted.
Minute entry completed.

12/21/2021  Notice of Telephonic Appearance for Hearing

12/28/2021  Proposed Order re: Awarding Attorney Fees to U.S. Real Estate Credit
Holdings III-A, L.P.

12/28/2021  Payment: $2.00, Reed Smith LLP, for US REAL ESTATE CREDIT HOLDINGS
III-A LP, Receipt: 20211228-00844

01/04/2022  Substitution of Attorney
Attorney Type: New Attorney, Represented Parties: TANDEM WEST GLASS

EXHIBIT 3, PAGE 282

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | INC (Plaintiff), TANDEM WEST GLASS INC (Defendant), TANDEM WEST GLASS INC (Defendant), TANDEM WEST GLASS INC (Defendant) |
| 01/05/2022 | Notice of Stay of Proceedings (CM-180) on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Stay Reason: Automatic stay caused by filing in another court.<br>Filed By: GLENROY COACHELLA LLC<br>Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/05/2022 | Payment: $1.85, Legal, One, for GLENROY COACHELLA LLC, Receipt: EFM20220105-01459 |
| 01/06/2022 | Proof of Service received via eFiling on 1/06/2022<br>Filed By: JOSEPH RUBIN |
| 01/06/2022 | Order for Awarding Attorney's Fees to U.S. Real Estate Credit Holdings III-A, L.P.<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/06/2022 | Minute Order: Hearing re: Motion to be Relieved as Counsel for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, JOSEPH RUBIN |
| 01/06/2022 | Hearing re: Motion to be Relieved as Counsel for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, JOSEPH RUBIN at 8:30 AM in Department 6<br>Honorable Sunshine Sykes, Judge<br>L. Howell, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>Attorney Timothy Laquer for Gary Stiffelman appearing telephonically in court.<br>Attorney David Baake for Joseph Rubin and U.S. Real Estate appearing telephonically in court.<br>This matter is being live streamed for public access<br>Motion by Counsel for Plaintiffs regarding Motion to be Relieved as Counsel is called for hearing.<br>No tentative issued. Counsel to appear telephonically.<br>Court and counsel confer regarding proof of service .<br>Court makes the following order(s):<br>Counsel for Plaintiffs is to follow up with the Court Clerk's Office regarding the rejected proof of service.<br>Motion to withdraw as attorney of record granted upon compliance with CRC Rule 3.1362(e).<br>Formal Order to be prepared, served and submitted by counsel for JOSEPH RUBIN, US REAL ESTATE CREDIT HOLDINGS III-A LP. |

EXHIBIT 3, PAGE 283

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Notice to be given by Clerk to SULMEYERKUPETZ.<br>Notice to be given by Counsel for Plaintiffs as to all parties.<br>Minute entry completed. |
| 01/06/2022 | Notice of Document Return. |
| 01/06/2022 | Payment: $1.85, Legal, One, for TANDEM WEST GLASS INC, TANDEM WEST GLASS INC, TANDEM WEST GLASS INC, TANDEM WEST GLASS INC, Receipt: EFM20220106-01320 |
| 01/10/2022 | Certificate of Mailing |
| 01/13/2022 | Substitution of Attorney<br>Attorney Type: Existing Attorney, Represented Parties: AL MILLER & SONS ROOFING CO INC (Plaintiff) |
| 01/14/2022 | Opposition to Motion for Leave to File Compulsory Cross-Complaint on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/14/2022 | Request for Judicial Notice in Support of Plaintiff's US. Real Estate Credit Holdings III-A, LP's Objection to Defendant's Motion for Leave to File Compulsory Cross-Complaint<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/14/2022 | Declaration of Steven Bram<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/14/2022 | Declaration of Tristine Lim<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/14/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220114-00814 |
| 01/14/2022 | Notice of Opposition to Right to Attach Order and Claim of Exemption on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 01/14/2022 | Memorandum of Points & Authorities in Support of Elliot Lander's Opposition to Application for Right to Attach Order and Claim of Exemption; and Declaration of Marvin H. Weiss on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 01/14/2022 | Joint Request for Judicial Notice in Support of Notices of Opposition to Right to Attach Order and Claim of Exemption by Elliot |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

          Lander and A. Stuart Rubin; Declaration of Evan L. Smith
          Filed By: ELLIOT LANDER

01/14/2022 Supplemental Memorandum of Points & Authorities in Support of A.
          Stuart Rubin's Opposition to Application for Right to Attach Order
          and Claim of Exemption; and Declaration of Evan L. Smith on
          Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
          Filed By: A STUART RUBIN

01/14/2022 Defendant A. Stuart Rubin's Opposition to U.S. Real Estate Credit
          Holdings III-A, LP's Motion for Summary Adjudication of Defenses of
          A. Stuart Rubin to Guaranty Cause of Action; Memorandum of Points
          and Authorities in Opposition on Complaint of U.S. REAL ESTATE
          CREDIT HOLDINGS III A LP
          Filed By: A STUART RUBIN

01/14/2022 Defendant A. Stuart Rubin's Separate Statement in Opposition to U.S.
          Real Estate Credit Holdings III-A, LP's Motion for Summary
          Adjudication of Defenses of A. Stuart Rubin to Guaranty Cause of
          Action; Declaration of Jeffrey Van Wick on Complaint of U.S. REAL
          ESTATE CREDIT HOLDINGS III A LP
          Filed By: A STUART RUBIN

01/18/2022 Payment: $1.85,  Legal, One, for A STUART RUBIN, Receipt:
          EFM20220118-00402

01/18/2022 Payment: $1.85, Connect, Legal, for AL MILLER & SONS ROOFING CO INC,
          Receipt: EFM20220118-01793

01/19/2022 Notice of Telephonic Appearance for Hearing

01/19/2022 Payment: $1.85,  Legal, One, for LANDER, ELLIOT, Receipt:
          EFM20220119-00293

01/21/2022 Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Reply in
          Support of its Application for Right to Attach Order and to A.
          Elliot Lander's Opposition and Claim of Exemption on Complaint of
          U.S. REAL ESTATE CREDIT HOLDINGS III A LP
          Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

01/21/2022 Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Objection
          to Stuart Rubin's Supplemental Opposition and Supplemental Reply in
          Support of its Application for Right to Attach Order on Complaint of
          U.S. REAL ESTATE CREDIT HOLDINGS III A LP
          Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

EXHIBIT 3, PAGE 285

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/21/2022 | Request for Judicial Notice in Support of Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Reply in Support of its Application for Right to Attach Order and to Elliot Lander's Opposition and Claim of Exemption<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/21/2022 | Request for Judicial Notice in Support of Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Reply in Support of its Application for Right to Attach Order and to A. Stuart Rubin's Opposition and Claim of Exemption<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/21/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, Receipt: EFM20220121-00540 |
| 01/21/2022 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP'S Reply in Support of Motion for Summary Adjudication of Defenses of A. Stuart Rubin to Guaranty Cause of Action on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/21/2022 | Supplemental Request for Judicial Notice in Support of Plaintiff U.S. Real Estate Credit Holdings III-A, LP'S Motion for Summary Adjudication of Defenses of A. Stuart Rubin to Guaranty Cause of Action<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/21/2022 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP'S Response to Defendant A. Stuart Rubin's Separate Statement in Opposition to U.S. Real Estate Credit Holdings III-A, LP'S Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/21/2022 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP's Objection to A. Stuart Rubin's Request for Judicial Notice on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/21/2022 | Plaintiff U.S. Real Estate Credit Holdings III-A, LP'S Evidentiary Objection to Declaration of Jeffery Van Wick on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/21/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220121-01081 |

PAGE: 224

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 01/21/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220121-01193 |
| 01/21/2022 | Reply to USRECH's Opposition to Motion for Leave to File Compulsory Cross-Complaint on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: A STUART RUBIN, ELLIOT LANDER |
| 01/21/2022 | Declaration of Elliot Lander in Support of Reply to USRECH's Opposition to Motion for Leave to File Compulsory Cross-Complaint<br>Filed By: ELLIOT LANDER |
| 01/21/2022 | Declaration of Jeffrey Van Wick in Support of the Reply to USRECH's Opposition to Motion for Leave to File Compulsory Cross-Complaint<br>Filed By: A STUART RUBIN, ELLIOT LANDER |
| 01/21/2022 | Declaration of A. Stuart Rubin in Support of Reply to USRECH's Opposition to Motion for Leave to File Compulsory Cross-Complaint<br>Filed By: A STUART RUBIN |
| 01/24/2022 | Proof of Service of Summons (x2)<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/24/2022 | Payment: $1.85, Legal, One, for A STUART RUBIN, Receipt: EFM20220124-00084 |
| 01/24/2022 | Payment: $1.85, Legal, One, for A STUART RUBIN, LANDER, ELLIOT, Receipt: EFM20220124-00110 |
| 01/24/2022 | Notice of Document Return. |
| 01/25/2022 | Proof of Service by Substituted Service of Summons and Complaint on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Service Type: Substituted Service<br>Date Served: 11/26/2019<br>Fee for Service: $617.97<br>Additional Document Served: Certificate of Counsel<br>Additional Document Served: Civil Case Cover Sheet<br>Additional Document Served: Notice of Case Management Conference<br>Additional Document Served: Notice of Department Assignment<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Against / As To: A STUART RUBIN |
| 01/25/2022 | Proof of Service by Substituted Service of Summons and Complaint on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Service Type: Substituted Service<br>Date Served: 11/27/2019 |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

            Fee for Service: $505.70
            Additional Document Served: Certificate of Counsel
            Additional Document Served: Civil Case Cover Sheet
            Additional Document Served: Notice of Case Management Conference
            Additional Document Served: Notice of Department Assignment
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Against / As To: ELLIOT LANDER

01/25/2022  Response to U.S. Real Estate Holdings III-A, LP's Evidentiary
            Objection to Declaration of Jeffrey Van Wick on Complaint of U.S.
            REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: A STUART RUBIN

01/26/2022  Proposed order
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

01/26/2022  Ex parte/declaration/Proposed Order
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

01/26/2022  Minute Order: Court Ruling re:

01/26/2022  Amended Minute Order: Court Ruling re:

01/26/2022  Court Ruling re: at 8:30 AM in Department 6 Honorable Sunshine
            Sykes, Judge
            L. Howell, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            Ex Parte Application for Order to Show Cause Regarding Further
            Contempt;
            The Court rules without hearing, off the record and in chambers as
            follows:
            Continue (future hearing) 01/27/2022 08:30 AM Ex Parte Hearing re:
            Ex Parte Application for Order to Show Cause Regarding Further
            Contempt by U.S. REAL ESTATE CREDIT HOLDINGS III A LP to 01/28/2022
            at 09:00 AM in Department 6.
            Reason for Continuance: to be held with related matters previously
            set.
            Notice to be given by Clerk to Counsel for moving party via
            telephonic notice.
            Notice to be given by Counsel for moving party to all other parties.
            Minute entry completed.

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|

01/26/2022  Payment: $1.85,  Legal, One, for A STUART RUBIN, Receipt: EFM20220126-00291

01/26/2022  Plaintiff U.s. Real Estate Credit Holdings Iii-a, L.p.s Ex Parte Application for Order to Show Cause Regarding Further Contempt; Memorandum of Points and Authorities; Declaration of Christopher O. Rivas; Request for Judicial Notice on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

01/26/2022  Payment: $60.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220126-01251

01/26/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220126-01251

01/26/2022  Notice of Document Return.

01/26/2022  Notice of Document Return.

01/26/2022  Stuart Rubin's Response to Usrech's Objection to his Supplemental Memorandum of Points & Authorities in Support of A. Stuart Rubin's Opposition to Application for Right to Attach Order and Claim of Exemption on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
Filed By: A STUART RUBIN

01/26/2022  Supplemental Notice of Ex Parte Application for Order to Show Cause Regarding Further Contempt on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

01/27/2022  Minute Order: Ex Parte Hearing re: Ex Parte Application for Order to Show Cause Regarding Further Contempt by U.S. REAL ESTATE CREDIT HOLDINGS III A LP

01/27/2022  Ex Parte Hearing re: Ex Parte Application for Order to Show Cause Regarding Further Contempt by U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 6 Judicial Officer: None
Courtroom Assistant: None
Court Reporter: None
APPEARANCES:
No Appearances
Hearing off calendar, reason: please see minute order 1/26/2022

PAGE: 227

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/27/2022 | Opposition to the ex parte issuance of an order to show cause regarding further contempt; and declaration of Evan L. Smith on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, ELLIOT LANDER |
| 01/27/2022 | SUPPLEMENTAL DECLARATION OF CHRISTOPHER O. RIVAS REGARDING EX PARTE NOTICE TO ANNETTE RUBIN<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/27/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, LANDER, ELLIOT, Receipt: EFM20220127-01251 |
| 01/27/2022 | Proof of Service re: Proposed Order to Show Cause Re Contempt; Supplemental Notice of Ex Parte; Ex Parte on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/27/2022 | NOTICE OF RELATED CASE<br>Filed By: A STUART RUBIN, ELLIOT LANDER |
| 01/28/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, Receipt: EFM20220128-00009 |
| 01/28/2022 | Court Ruling re: at 9:00 AM in Department 6 |
| 01/28/2022 | Minute Order: Hearing re: Motion Motion for Leave to File Compulsory Cross-Complaint |
| 01/28/2022 | Hearing re: Motion Motion for Leave to File Compulsory Cross-Complaint at 9:00 AM in Department 6 Honorable Sunshine Sykes, Judge L. Howell, Courtroom Assistant<br>Jorge Dominguez , Court Reporter<br>APPEARANCES:<br>Marc Homme for Doug Wall Construction Inc appearing telephonically in court.<br>Timothy LaQuer for Gary Stiffelman appearing telephonically in court.<br>Christopher Rivas for US Real Estate appearing telephonically in court.<br>Marsha Houston for US Real Estate appearing telephonically in court.<br>Motion by Defendants A. Stuart Rubin, Elliot Lander, Force Rubin LLC, Force Rubin 2 LLC, and Coachella Resort, LLC. regarding Motion |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|

for Leave to File Compulsory Cross-Complaint is called for hearing.
Court and counsel confer regarding the Court's Tentative Ruling.
Counsel presents argument.
Court makes the following order(s):
Tentative ruling shall become the ruling of the court.
The motion is CONTINUED 2/24/22 at 9am to allow Cross-Complainants
to file the requisite declaration in compliance with Cal. Rules of
Court, Rule 3.1324.
Hearing held and continued to 02/24/2022 at 09:00 AM in Department 6
(Pre-disposition) Continued - Other pre-disposition hearing

01/28/2022 Minute Order: Hearing on Motion for Summary Adjudication on

01/28/2022 Hearing on Motion for Summary Adjudication on at 9:00 AM in
Department 6 Honorable Sunshine Sykes, Judge
L. Howell, Courtroom Assistant
Jorge Dominguez , Court Reporter
APPEARANCES:
Marc Homme for Doug Wall Construction Inc appearing telephonically
in court.
Timothy LaQuer for Gary Stiffelman appearing telephonically in
court.
Christopher Rivas for US Real Estate appearing telephonically in
court.
Marsha Houston for US Real Estate appearing telephonically in court.
Motion by Plaintiff U.S. Real Estate Credit Holdings III-A, LP's
regarding Motion for Summary Adjudication is called for hearing.
Court and counsel confer regarding the Court's Tentative Ruling.
Counsel presents argument.
Court makes the following order(s):
Tentative ruling shall become the ruling of the court.
-
1. The court declines to rule on Plaintiff's Objections to the
declaration of Jeffrey Van Wick as they are unnecessary to the
disposition of this motion (CCP §437c(q).)

2. The motion for summary adjudication is GRANTED as to Rubin's
Sumitomo defense. While Rubin claims that his performance was
excused based on Plaintiff's breach of its duty to disclose under
Sumitomo Bank of Calif. v. Iwasaki (1968) 70 Cal.2d 81, 84,

PAGE: 229

EXHIBIT 3, PAGE 291

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Plaintiff has established that Rubin expressly waived this defense
when he executed the Guaranty. (Evid. Packet, Dec.Lavian, ¶ 4, Ex.
"C", Guaranty § 2(h).)

The Court previously found that Rubin (and Lander) had raised a
triable issue of material fact as to whether Plaintiff owed a duty
to disclose to Guarantors under Sumitomo, and denied summary
adjudication.
Here, Plaintiff seeks summary adjudication of a narrow issue –
Rubin's alleged "Sumitomo defense" on two grounds. First, Plaintiff
argues that even if it had a duty to disclose, it did so by
disclosing the Marx / Okubo Report (Okubo Report) to Borrower's
agent, who discussed the report and its contents with Rubin. This
argument focuses on Rubin's purported perjurious statements
previously asserted. Plaintiff asserts that Rubin testified, under
oath, that Plaintiff induced him to enter the Guaranty by
withholding a "secret" report – the Okubo Report, which was a third-
party analysis of Borrower's construction budget that Plaintiff had
commissioned. (Undisputed Material Fact [UMF] No. 2.) Rubin made a
statement about what the Okubo Report contained and asserted that
the massive deficiencies and cash shortfalls cited in the Okubo
Report were never disclosed to the Borrowers, Dr. Lander, or Rubin
before the close of escrow. (UMF No. 3.) Rubin concluded that he
would never have signed the Guaranty had he been apprised of the
conclusions reached in the Okubo Report. (UMF No. 5.) Plaintiff
asserts that on 3/20/18 before escrow closed and before Rubin signed
the Guaranty, Plaintiff sent the Okubo Report to Rubin's loan broker
and agent, GSP. (UMF No. 7.) Plaintiff asserts that on 3/24/18, GSP
believes it discussed the report with Rubin during an in-person
meeting with him. (UMF No. 8.) That same day, it was confirmed that
Rubin was not only aware of the report, but its contents, when GSP
sent an email to Plaintiff, with a carbon copy to Rubin and his son,
discussing the report and confirming that Rubin and his son were
working on responses. (UMF No. 9.) Two days later, GSP delivered
detailed responses to the Okubo Report to Plaintiff including
written responses that GSP received directly from Rubin. (UMF No.
10.)
To the contrary, Rubin asserts that Plaintiff's counsel is
intentionally misleading the Court using quotation marks around
terms that do not appear on the cited pages. (Guarantor, Rubin's
Separate Statement [GRSS], UMF No. 2.) But, Rubin does not dispute

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

the substance of this fact. It is also significant that Rubin does not dispute UMF Nos. 7-10.

In reply, Plaintiff asserts that Rubin's response is intended to deflect the Court from his prior false sworn statement that the Okubo Report was never disclosed to him before he executed the Guaranty. (Reply Separate Statement [RSS], UMF No. 2.) Plaintiff asserts that this is shown by Rubin's failure to dispute UMF No. 3, which contains Rubin's testimony about what the Okubo Report contains and asserts that the massive deficiencies and cash shortfalls cited in the Okubo Report were never disclosed to the Borrowers, Dr. Lander, or Rubin before the close of escrow. (UMF No. 3.)

The foregoing facts indicate that contrary to Rubin's prior position in the previous motion for summary adjudication, the Okubo Report was disclosed to him. Rubin attempts to explain the discrepancy by making a distinction between the contents of the Okubo Report itself, and certain conclusions that were made or should have been made, but were not conveyed to him. This distinction is unclear. Nonetheless, based on Rubin's explanation, the Court is reluctant to find that Rubin intentionally perjured himself in the prior motion. Moreover, the Court does not need to make this finding in light of the fact that Rubin actually waived his Sumitomo defense, as discussed below.

Rubin Waived His Sumitomo Defense
Plaintiff argues that it had no obligation to disclose the Marx / Okubo Report, its contents, or any other information regarding the budget for the project to Rubin because he agreed contractually to waive any duty of disclosure Plaintiff may have owed. Plaintiff asserts that Rubin expressly agreed to waive any disclosure obligation that Plaintiff may owe under Sumitomo in the Guaranty § 2(h). (UMF No. 22.) In response, Rubin disputes this fact claiming this section was never effective because there was never an approved budget required under the agreement. 1 Rubin asserts that Plaintiff cites evidence (in UMF No. 5) that does not contain some of the quoted language asserted. (RSS, UMF No. 5.) However, in response, Plaintiff asserts that there was a typo in the citation, and asserted a correction. Importantly, Rubin did not dispute the quoted testimony. (GRSS, UMF No. 22.) In reply, Plaintiff asserts that Rubin does not dispute that he signed the agreement containing the waiver of Plaintiff's disclosure obligation. (RSS, UMF No. 22.) Instead, he asserts a legal defense, which is inappropriate to

PAGE: 231

EXHIBIT 3, PAGE 293

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

dispute an undisputed fact. (Id.) Moreover, this motion is extremely narrow in that it is solely based on Rubin's asserted Sumitomo defense, which he expressly waived in the Guaranty.
Based on the foregoing, the motion for summary adjudication of Rubin's Sumitomo defense is granted in favor of Plaintiff, and against Rubin.

Motion for Summary Adjudication granted as to Rubin's Sumitomo defense is granted in favor of Plaintiff, and against Rubin.

01/28/2022 Minute Order: Notice of Application and Hearing for Right to Attach Order

01/28/2022 Notice of Application and Hearing for Right to Attach Order at 9:00 AM in Department 6 Honorable Sunshine Sykes, Judge
L. Howell, Courtroom Assistant
Jorge Dominguez , Court Reporter
APPEARANCES:
Marc Homme for Doug Wall Construction Inc appearing telephonically in court.
Timothy LaQuer for Gary Stiffelman appearing telephonically in court.
Christopher Rivas for US Real Estate appearing telephonically in court.
Marsha Houston for US Real Estate appearing telephonically in court.
Motion by Plaintiff US Real Estate Credit Holdings III-A, LP regarding Notice of Application and Hearing for Right to Attach Order is called for hearing.
Court and counsel confer regarding the Court's Tentative Ruling.
Counsel presents argument.
Court makes the following order(s):
Tentative ruling shall become the ruling of the court.
The Applications are GRANTED in the amount of $9,735,917.76. An undertaking for each Application is required in the amount of $10,000.00.
Plaintiff has established its entitlement to attachment in the total amount of $9,735,917.76. Plaintiff's causes of action against Lander and Rubin are (1) based upon a contract (the Guaranty), (2) are for a readily ascertainable amount, and (3) are unsecured. (CCP § 483.010(a)-(c).) (see [re Lander] Dec.Lavian, Ex. "D", Guaranty, § 2(h); [re Rubin] Dec.Lavian ¶ 7, Ex. "D", Guaranty § 2(h).)

PAGE: 232

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

2The elements of a claim for breach of contract are "(1) the contract, (2) plaintiff's performance or excuse for nonperformance, (3) defendant's breach, and (4) damage to plaintiff therefrom." (Abdelhamid v. Fire Ins. Exchange (2010) 182 Cal.App.4th 990, 999.)

Notice of Application and Hearing for Right to Attach Order is granted.
Formal Order to be prepared, served and submitted by counsel for US REAL STATE CREDIT HOLDINGS III-A LP.

01/28/2022 Minute Order: Plaintiff U.s. Real Estate Credit Holdings Iii-a, L.p.s Ex Parte Application for Order to Show Cause Regarding Further Contempt; Memorandum of Points and Authorities; Declaration of Christopher O. Rivas; Request for Judicial Notice

01/28/2022 Plaintiff U.s. Real Estate Credit Holdings Iii-a, L.p.s Ex Parte Application for Order to Show Cause Regarding Further Contempt; Memorandum of Points and Authorities; Declaration of Christopher O. Rivas; Request for Judicial Notice at 9:00 AM in Department 6
Honorable Sunshine Sykes, Judge
L. Howell, Courtroom Assistant
Jorge Dominguez , Court Reporter
APPEARANCES:
Marc Homme for Doug Wall Construction Inc appearing telephonically in court.
Timothy LaQuer for Gary Stiffelman appearing telephonically in court.
Christopher Rivas for US Real Estate appearing telephonically in court.
Marsha Houston for US Real Estate appearing telephonically in court.
Court and counsel confer regarding Ex Parte Application or Order to Show Cause Regarding Further Contempt.
Counsel presents argument.
Court makes the following order(s):
Counsel are ordered to meet and confer regarding dates on a Friday and a briefing schedule.
Hearing held and continued to 02/09/2022 at 09:00 AM in Department 6 (Pre-disposition) Continued - Other pre-disposition hearing

01/31/2022 Tentative Rulings for January 28, 2022 Department 06

PAGE: 233

EXHIBIT 3, PAGE 295

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/31/2022 | 2 Proposed Orders<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/31/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220131-00312 |
| 01/31/2022 | Notice of Document Return. |
| 02/01/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220201-00711 |
| 02/01/2022 | Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Proof of Service re: [proposed] Order Re: Right to Attach Order And Order for Issuance Of Writ of Attachment After Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Proof of Service re: [proposed] Order Re: Right to Attach Order And Order for Issuance Of Writ of Attachment After Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, LANDER, ELLIOT, Receipt: EFM20220201-01668 |
| 02/01/2022 | Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5 and 128.7 on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Request for Judicial Notice in Support of Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5, 128.7<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Declaration of Christopher O. Rivas in Support of Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5 and 128.7 |

PAGE: 234

EXHIBIT 3, PAGE 296

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
|  | Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Declaration of Steven Bram in Support of Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5 and 128.7 Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Declaration of Marsha A. Houston in Support of Motion For Sanctions Pursuant to Code Of Civil Procedure Sections 128.5 And 128.7 Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Declaration of Tristine Lam in Support of Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5 and 128.7 Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2022 | Declaration of Simond Lavian in Support of Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5 and 128.7 Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/02/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220202-01133 |
| 02/03/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220203-00865 |
| 02/03/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220203-01328 |
| 02/04/2022 | Notice of Telephonic Appearance for Hearing |
| 02/04/2022 | Notice of Telephonic Appearance for Hearing |
| 02/07/2022 | Payment: $60.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220207-00550 |
| 02/07/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220207-00550 |
| 02/09/2022 | [Proposed] Order Granting Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Ex Parte Application to Advance Hearing date on Motion for Sanctions or to Continue Hearing Date Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/09/2022 | Minute Order: Court Ruling re: |
| 02/09/2022 | Court Ruling re: at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge L. Howell, Courtroom Assistant |

PAGE: 235

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Court Reporter: None
APPEARANCES:
No Appearances
Court ruling without hearing; Ex Parte Application:
Court makes the following order(s):
Ex Parte Hearing re: TO ADVANCE HEARING DATE ON MOTION FOR SANCTIONS
OR TO CONTINUE HEARING DATE ON MOTION FOR LEAVE TO FILE CROSS-
COMPLAINT denied.
Ex Parte Hearing re: (TO ADVANCE HEARING DATE ON MOTION FOR
SANCTIONS OR TO CONTINUE HEARING DATE ON MOTION FOR LEAVE TO FILE
CROSS-COMPLAINT) on 02/10/2022 at 08:30 AM vacated.
Notice to be given by Clerk to Marsha Ann Houston , Christopher
Orlando Rivas.
Notice to be given by Counsel for moving party as to all remaining
parties.
Minute entry completed.

02/09/2022  Minute Order: Plaintiff U.s. Real Estate Credit Holdings Iii-a,
L.p.s Ex Parte Application for Order to Show Cause Regarding Further
Contempt; Memorandum of Points and Authorities; Declaration of
Christopher O. Rivas; Request for Judicial Notice

02/09/2022  Plaintiff U.s. Real Estate Credit Holdings Iii-a, L.p.s Ex Parte
Application for Order to Show Cause Regarding Further Contempt;
Memorandum of Points and Authorities; Declaration of Christopher O.
Rivas; Request for Judicial Notice at 9:00 AM in Department 6
Honorable Sunshine Sykes, Judge
L. Howell, Courtroom Assistant
Court Reporter: None
APPEARANCES:
No Appearances
This matter is being live streamed for public access
Motion by Plaintiff regarding Ex Parte Application for Order to Show
Cause Regarding Further Contempt is called for hearing.
Court makes the following order(s):
Hearing ordered vacated, reason: no appearances.
Minute entry completed.

02/09/2022  Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Ex Parte
Application to Advance Hearing Date on Motion for Sanctions or to

PAGE: 236

EXHIBIT 3, PAGE 298

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Continue Hearing Date on Motion for Leave to File Cross-Complaint on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/09/2022 | Notice of Document Return. |
| 02/09/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220209-01563 |
| 02/09/2022 | Payment: $60.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220209-01563 |
| 02/09/2022 | Certificate of Mailing |
| 02/10/2022 | Ex Parte Hearing re: TO ADVANCE HEARING DATE ON MOTION FOR SANCTIONS OR TO CONTINUE HEARING DATE ON MOTION FOR LEAVE TO FILE CROSS-COMPLAINT  by U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 6 |
| 02/10/2022 | Joint Case Management Statement on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, A. STUART RUBIN, Individually and as Trustee of the STUART & ANNETTE RUBIN FAMILY TRUST |
| 02/10/2022 | Payment: $1.85, Connect, Legal, for A. STUART RUBIN, Individually and as Trustee of the STUART & ANNETTE RUBIN FAMILY TRUST, U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220210-01844 |
| 02/14/2022 | Motion for Fees and Costs Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/14/2022 | Hearing re: Motion Application for Order Modifying Injunction Enjoining Him from Transferring Ownership in, or Further Encumbering, his Family Residences in Order to Allow the Pending Sale of the Beverly Hills Property to Close at 8:30 AM in Department 6 |
| 02/16/2022 | Payment: $60.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220216-00385 |
| 02/16/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220216-00385 |
| 02/17/2022 | Court Ordered Supplemental Declarations in Support of Motion for Leave to File Compulsory Cross-Complaint of A. Stuart Rubin, Elliot Lander, and Evan L. Smith on Complaint of U.S. REAL ESTATE CREDIT |

EXHIBIT 3, PAGE 299

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | HOLDINGS III A LP<br>Filed By: GLENROY COACHELLA LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, ELLIOT LANDER |
| 02/18/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA LLC, LANDER, ELLIOT, Receipt: EFM20220218-00879 |
| 02/22/2022 | PLAINTIFF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LPS EVIDENTIARY OBJECTIONS TO SUPPLEMENTAL DECLARATIONS OF A. STUART RUBIN AND ELLIOT LANDER; MOTION TO STRIKE SUR-REPLY on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/23/2022 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/23/2022 | Minute Order: Hearing Re: Status Conference |
| 02/23/2022 | Hearing Re: Status Conference at 9:00 AM in Department 6 Honorable Sunshine Sykes, Judge<br>L. Howell, Courtroom Assistant<br>Carla Walker , Court Reporter<br>APPEARANCES:<br>Milene Apanian for BMC WEST appearing telephonically in court.<br>Andrew Montez for Blair Air appearing telephonically in court.<br>Christopher Rivas for US Real Estate appearing telephonically in court.<br>Edward Farrell for La Hacienda Nursey appearing telephonically in court.<br>Evan Smith for Force Rubin appearing telephonically in court.<br>Mark Homme for Doug Wall Construction appearing telephonically in court.<br>Marsha Houston for US Real Estate appearing telephonically in court.<br>Matt Morris for All Phase appearing telephonically in court.<br>Michael Gray for GF Investment Group appearing telephonically in court.<br>Michael Murray for Sherwin Williams appearing telephonically in court.<br>Stephen Armstrong for Desert Palms Electric appearing telephonically in court.<br>Timothy Laquer for Stiffleman appearing telephonically in court.<br>Vasko Alexander for Al Miller & Sons appearing telephonically in |

PAGE: 238

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | court.
William Hoggard for ORCO BLOCK appearing telephonically in court.
This matter is being live streamed for public access.
Court and counsel confer regarding issues between Rubin Lander and US Real Estate.
Court makes findings: Stipulated Order is needed for further briefing schedule and date of hearing regarding the Order to Show Cause re: Contempt issue. Counsel are to meet and confer.
Court and counsel confer regarding Bankruptcy issues re: Doug Wall Construction Inc and any Mechanics Liens.
Court makes the following order(s):
Continue (future hearing) 04/18/2022 08:30 AM Hearing re: Motion MOTION FOR SANCTIONS PURSUANT TO CODE OF CIVIL PROCEDURE SECTIONS 128.5 AND 128.7 AGAINST A. STUART RUBIN, FORCE RUBIN LLC, FORCE RUBIN 2 LLC AND MESSINA & HANKIN LLP; by U.S. REAL ESTATE CREDIT HOLDINGS III A LP to 04/25/2022 at 08:30 AM in Department 6.
Counsel ordered to file a Joint Status Report at least five court days prior to next hearing.

Hearing held and continued to 04/25/2022 at 08:30 AM in Department 6 (Pre-disposition) Continued - Other pre-disposition hearing
Notice to be given by Plaintiffs US Real Estate Credit Holdings III. |
| 02/23/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220223-00623 |
| 02/24/2022 | Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/24/2022 | Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/24/2022 | Minute Order: Hearing re: Motion Motion for Leave to File Compulsory Cross-Complaint |
| 02/24/2022 | Hearing re: Motion Motion for Leave to File Compulsory Cross-Complaint at 9:00 AM in Department 6 Honorable Sunshine Sykes, Judge L. Howell, Courtroom Assistant |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

          Court Reporter: None
          APPEARANCES:
          No Appearances
          Motion by Defendant regarding Motion for Leave to File Compulsory
          Cross-Complaint is called for hearing.
          In accordance with California Rule of Court 3.1308 and Local Rule
          3316, a tentative ruling was issued and oral argument was not
          requested.
          Court makes the following order(s):
          Tentative ruling shall become the ruling of the court.
          -
          The Motion is GRANTED. Any challenges Plaintiff may have to the
          cross-complaint itself are not appropriately addressed here.
          Defendants are to file and serve their compulsory Cross-Complaint
          immediately.
          Motion Granted
          00 days leave to file Cross-Complaint granted.

03/03/2022 Cross-Complaint, Summons Cross Complaint, Civil Case Cover Sheet
          Filed By: FORCE RUBIN LLC

03/03/2022 Summons Cross-Complaint
          Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN,
          COACHELLA RESORT LLC

03/03/2022 Notice of Document Return.

03/03/2022 Cross-Complaint
          Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, ELLIOT E.
          LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE
          RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC

03/09/2022 Attachment Bond (x2)
          Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

03/09/2022 Attachment Bond (x2)
          Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

03/09/2022 Notice of Document Return.

03/09/2022 Notice of Document Return.

03/10/2022 Payment: $1.85,  Legal, One, for A STUART RUBIN, COACHELLA RESORT

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

           LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS,
           LLC, LANDER, ELLIOT E., U.S. REAL ESTATE CREDIT HOLDINGS III A LP,
           Receipt: EFM20220310-00885

03/15/2022 Attachment Bond (Elliot Lander)
           Type: Bond
           Number: 810011834
           Amount: $10,000.00
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

03/15/2022 Attachment Bond (Stuart Rubin)
           Type: Bond
           Number: 810011833
           Amount: $10,000.00
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

03/15/2022 Notice Of Movant US Real Estate Credits Holdings To Withdraw And
           Take Off Calendar Movants Motion For Sanctions Pursuant To Code Of
           Civil Procedure Sections 128.5 And 128.7 Against A. Stuart Rubin,
           Force Rubin LLC, Force Rubin 2 LLC And Messina & Hankin LLP
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

03/16/2022 [PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

03/16/2022 Notice of Document Return.

03/16/2022 Proof of Service on Cross-Complaint of ELLIOT E. LANDER
           Service Type: Personal Service
           Date Served: 03/14/2022
           Fee for Service: $883.20
           Additional Document Served: Alternative Dispute Resolution (ADR)
           package
           Additional Document Served: OTHER: Initial Complaint
           Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE
           RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC
           Against / As To: CALMWATER ASSET MANAGEMENT, LLC.

03/16/2022 Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT
           HOLDINGS III A LP
           County: Los Angeles
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

03/16/2022 Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT
           HOLDINGS III A LP
           County: Orange

EXHIBIT 3, PAGE 303

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/16/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Orange<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/16/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Los Angeles<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/16/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220316-02205 |
| 03/16/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220316-02205 |
| 03/16/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220316-02205 |
| 03/16/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220316-02205 |
| 03/16/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220316-02205 |
| 03/17/2022 | Payment: $1.85,  Legal, One, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220317-00233 |
| 03/21/2022 | Amended Notice of Hearing (Civil) |
| 03/21/2022 | Request for Dismissal<br>Dismissal Type: Causes of Action<br>Causes of Action: As to 3rd Cause of Action of Plaintiff's Complaint originally filed in Riverside Superior Court as Case No. PSC1906136<br>Prejudice Type: With Prejudice<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/23/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220323-00759 |
| 04/04/2022 | Request for Dismissal on Consolidated Complaint of AL MILLER & SONS ROOFING CO INC<br>Dismissal Type: Party<br>Prejudice Type: Without Prejudice<br>Filed By: AL MILLER & SONS ROOFING CO INC<br>Against / As To: FORCE RUBIN 2 LLC, COACHELLA RESORT LLC, QUONSET |

EXHIBIT 3, PAGE 304

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

PARTNERS LLC, FORCE-DMP LLC

04/04/2022   Request for Dismissal on Consolidated Complaint of AL MILLER & SONS
ROOFING CO INC
Dismissal Type: Party
Prejudice Type: With Prejudice
Filed By: AL MILLER & SONS ROOFING CO INC
Against / As To: GLENROY COACHELLA LLC, DOUG WALL CONSTRUCTION INC,
WESTERN SURETY COMPANY

04/04/2022   Request for Dismissal on Consolidated Complaint of ALL PHASE DRYWALL
& DEVLOPMENT INC
Dismissal Type: Party
Prejudice Type: With Prejudice
Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC
Against / As To: AL MILLER & SONS ROOFING CO INC

04/05/2022   Returned Mail
Returned mail re Notice of Hearing (All) sent to JOSEPH RUBIN
Reason: Return to Sender, Attempted - Not Known, Unable to Forward
No further action.

04/05/2022   Request for Dismissal on Consolidated Complaint of DOUG WALL
CONSTRUCTION INC
Dismissal Type: Party
Prejudice Type: With Prejudice
Filed By: DOUG WALL CONSTRUCTION INC
Against / As To: AL MILLER & SONS ROOFING CO INC

04/05/2022   Payment: $1.85, Legal, One, for AL MILLER & SONS ROOFING CO INC,
Receipt: EFM20220405-02121

04/05/2022   Payment: $1.85, Legal, One, for AL MILLER & SONS ROOFING CO INC,
Receipt: EFM20220405-02175

04/05/2022   Payment: $1.85, Legal, One, for ALL PHASE DRYWALL & DEVLOPMENT INC,
Receipt: EFM20220405-02189

04/06/2022   Payment: $1.85,  Connect, Legal, for DOUG WALL CONSTRUCTION INC,
Receipt: EFM20220406-01920

04/07/2022   Writ of Attachment Returned for Orange

04/07/2022   Writ of Attachment Returned for Los Angeles

04/07/2022   Notice of Entry of Dismissal and Proof of Service on Consolidated

EXHIBIT 3, PAGE 305

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Complaint of AL MILLER & SONS ROOFING CO INC<br>Filed By: AL MILLER & SONS ROOFING CO INC |
| 04/07/2022 | Notice of Entry of Dismissal and Proof of Service on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC<br>Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC |
| 04/07/2022 | Notice of Withdrawal of Notice of Pendency of Action (Lis Pendens)<br>Filed By: AL MILLER & SONS ROOFING CO INC |
| 04/07/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Orange<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/07/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Los Angeles<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/07/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220407-01519 |
| 04/07/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220407-01519 |
| 04/07/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220407-01519 |
| 04/07/2022 | Payment: $1.85, Legal, One, for AL MILLER & SONS ROOFING CO INC, Receipt: EFM20220407-01531 |
| 04/07/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Riverside<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/07/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Riverside<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/07/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220407-01545 |
| 04/07/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220407-01545 |
| 04/07/2022 | Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220407-01545 |

EXHIBIT 3, PAGE 306

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| 04/07/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS, LLC, LANDER, ELLIOT E., Receipt: EFM20220407-01575 |
| 04/08/2022 | Notice of Entry of Dismissal and Proof of Service on Consolidated Complaint of AL MILLER & SONS ROOFING CO INC<br>Filed By: AL MILLER & SONS ROOFING CO INC |
| 04/08/2022 | Notice of Entry of Dismissal and Proof of Service on Consolidated Complaint of AL MILLER & SONS ROOFING CO INC<br>Filed By: AL MILLER & SONS ROOFING CO INC |
| 04/08/2022 | Payment: $1.85, Legal, One, for AL MILLER & SONS ROOFING CO INC, Receipt: EFM20220408-01590 |
| 04/08/2022 | Notice of Document Return. |
| 04/11/2022 | Request for Dismissal on Consolidated Complaint of AL MILLER & SONS ROOFING CO INC<br>Dismissal Type: Party<br>Prejudice Type: With Prejudice<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Against / As To: AL MILLER & SONS ROOFING CO INC |
| 04/11/2022 | Returned Mail<br>Returned mail re Notice of Hearing (All) sent to LAW OFFICES OF MARVIN H WEISS Reason: Return to sender not deliverable as addressed unable to forward<br>No further action. |
| 04/11/2022 | Payment: $1.85, Legal, One, for ALL PHASE DRYWALL & DEVLOPMENT INC, Receipt: EFM20220411-01895 |
| 04/12/2022 | Elliot Lander's Opposition to Plaintiff's Motion for Fees and Costs on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, ELLIOT LANDER |
| 04/12/2022 | Request for Judicial Notice in Support of Elliot Lander's Opposition to Plaintiff's Motion for Fees and Costs<br>Filed By: FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC, ELLIOT LANDER |
| 04/12/2022 | Payment: $1.85, Legal, One, for AL MILLER & SONS ROOFING CO INC, Receipt: EFM20220412-01094 |
| 04/12/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT |

EXHIBIT 3, PAGE 307

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            HOLDINGS III A LP, Receipt: EFM20220412-01612

04/13/2022  Joint Stipulation and [Proposed] Order Continuing Deadline to
            Respond to Cross-Complaint
            Filed By: CALMWATER ASSET MANAGEMENT, LLC.

04/13/2022  Payment: $1.85,  Legal, One, for A STUART RUBIN, COACHELLA RESORT
            LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, LANDER, ELLIOT, Receipt:
            EFM20220413-00960

04/13/2022  Notice of Document Return.

04/18/2022  Plaintiff U.S. Real Estate Credit Holdings III-A, L.P.'s Reply in
            Support of it's Motion for Fees and Costs on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/18/2022  Joint Case Management Statement on Complaint of U.S. REAL ESTATE
            CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/18/2022  Hearing re: Motion MOTION FOR SANCTIONS PURSUANT TO CODE OF CIVIL
            PROCEDURE SECTIONS 128.5 AND 128.7 AGAINST A. STUART RUBIN, FORCE
            RUBIN LLC, FORCE RUBIN 2 LLC AND MESSINA & HANKIN LLP; by U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department 6

04/18/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220418-01490

04/19/2022  [PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/19/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220419-00561

04/19/2022  Notice of Document Return.

04/20/2022  Proof of Service of [Proposed] Order to Show Cause RE Contempt on
            Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/20/2022  Proposed Order (After Hearing) re: [Proposed] Order to Show Cause RE
            Contempt on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

04/21/2022  Joint Stipulation Regarding Response to Cross-Complaint; Proposed
            Order Approving Stipulation; Proof of Service
            Filed By: CALMWATER ASSET MANAGEMENT, LLC.

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 04/21/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220421-00588 |
| 04/21/2022 | Notice of Document Return. |
| 04/22/2022 | JOINT STIPULATION REGARDING RESPONSE TO CROSS-COMPLAINT on Cross-Complaint of ELLIOT E. LANDER<br>Filed By: US REAL ESTATE CREDIT HOLDINGS III-A LP, U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2022 | [PROPOSED] ORDER APPROVING STIPULATION REGARDING RESPONSE TO CROSS-COMPLAINT on Cross-Complaint of ELLIOT E. LANDER<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/22/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, US REAL ESTATE CREDIT HOLDINGS III-A LP, Receipt: EFM20220422-01697 |
| 04/25/2022 | Stipulation and Order<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/25/2022 | Stipulation and Order<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/25/2022 | Proposed Order to Show Cause Re Contempt<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/25/2022 | Request for Dismissal on Consolidated Complaint of DOUG WALL CONSTRUCTION INC<br>Dismissal Type: Party<br>Prejudice Type: With Prejudice<br>Filed By: DOUG WALL CONSTRUCTION INC<br>Against / As To: TANDEM WEST GLASS INC |
| 04/25/2022 | Payment: $20.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220425-00001 |
| 04/25/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220425-00001 |
| 04/25/2022 | Minute Order: Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5 and 128.7 |
| 04/25/2022 | Motion for Sanctions Pursuant to Code of Civil Procedure Sections 128.5 and 128.7 at 8:30 AM in Department 6 Judicial Officer: None<br>Courtroom Assistant: None<br>Court Reporter: None |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

APPEARANCES:
No Appearances
Hearing off calendar, reason: Per Notice to Withdraw Filed
03/15/2022

04/25/2022   Minute Order: Hearing re: Motion for Attorney's Fees by U.S. REAL
ESTATE CREDIT HOLDINGS III A LP

04/25/2022   Hearing re: Motion for Attorney's Fees by U.S. REAL ESTATE CREDIT
HOLDINGS III A LP at 8:30 AM in Department 6 Honorable Sunshine
Sykes, Judge
L. Howell, Courtroom Assistant
Court Reporter: None
APPEARANCES:
No Appearances
Motion by Plaintiff(s) regarding Motion for Attorney's Fees is
called for hearing.
In accordance with California Rule of Court 3.1308 and Local Rule
3316, a tentative ruling was issued and oral argument was not
requested.
Court makes the following order(s):
Tentative ruling shall become the ruling of the court.
-
Motion is denied.
CCP § 473(b) provides for two distinct types of relief –
discretionary and "mandatory – from certain prior actions or
proceedings in the trial court. (Luri v. Greenwald (2003) 107
Cal.App.4th 1119, 1124.) Under the discretionary relief provision,
the court has discretion to allow relief from a "judgment,
dismissal, order, or other proceeding taken against" a party or his
or her attorney on a showing of "mistake, inadvertence, surprise, or
excusable neglect." (Ibid; see also Martin Potts & Associates, Inc.
v. Corsair, LLC (2016) 244 Cal.App.4th 432, 438.) Under the
mandatory relief provision, the court must vacate any "resulting
default judgment or dismissal entered" upon a showing by attorney
declaration of "mistake, inadvertence, surprise, or neglect." (Luri,
supra, 107 Cal.App.4th at 1124; Martin Potts & Associates, supra,
244 Cal.App.4th at 438.) The mandatory provision further adds that
"whenever relief is granted based on an attorney's affidavit of
fault [the court shall] direct the attorney to pay reasonable
compensatory legal fees and costs to opposing counsel or parties."

EXHIBIT 3, PAGE 310

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

(CCP § 473(b); Luri, supra, 107 Cal.App.4th at 1124.) Contrary to Plaintiff's argument, CCP § 473(b) does not provide for an award of fees whenever an attorney affidavit of fault is submitted in support of a request for relief. Here, Plaintiff concedes that the court granted relief under the discretionary provision of CCP § 473(b), which does not provide for a mandatory award of fees and costs. Moreover, while the discretionary provision provides that a court may grant relief "upon any terms as may be just," the court has already granted Lander's request for relief without conditions, and Plaintiff provides no authority under which a court may impose conditions on relief that has already been granted under CCP § 473(b). Accordingly, the motion for attorney fees should be denied.

04/25/2022 Minute Order: Hearing Re: Status Conference

04/25/2022 Hearing Re: Status Conference at 8:30 AM in Department 6 Honorable Sunshine Sykes, Judge
L. Howell, Courtroom Assistant
Court Reporter: None
APPEARANCES:
Marsha Houston for US Real Estate appearing telephonically in court.
Christopher Rivas for US Real Estate appearing telephonically in court.
Tim La Quer for Stiffelman appearing telephonically in court.
Mary Gilstrap for Blair Air Inc appearing telephonically in court.
Laura Steck for L&W Supply Corporation appearing telephonically in court.
Trevor Resurreccion for Tanden West Glass Inc appearing telephonically in court.
Evan Smith for Force Rubin LLC appearing telephonically in court.
This matter is being live streamed for public access.
Court and counsel confer regarding case status .
Court makes the following order(s):
Hearing held and continued to 08/04/2022 at 08:30 AM in Department 6 (Pre-disposition) Continued - Other pre-disposition hearing

04/25/2022 Payment: $450.00,  Southern California Support Services Inc, for CALMWATER ASSET MANAGEMENT, LLC., Receipt: 20220425-00135

04/25/2022 Notice of Document Return.

EXHIBIT 3, PAGE 311

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 04/25/2022 | Notice of Document Return. |
| 04/25/2022 | Notice of Document Return. |
| 04/26/2022 | Notice of Continued Case Management Hearing and Hearing on Application for Right to Attach Order and Writ of Attachment<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/26/2022 | Corrected Notice of Continued Case Management Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/26/2022 | Payment: $1.85, Connect, Legal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20220426-02075 |
| 04/28/2022 | JOINT STIPULATION REGARDING WITHDRAWAL OF PEREMPTORY CHALLENGE MADE PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 170.6 on Cross-Complaint of ELLIOT E. LANDER<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/28/2022 | Request for Dismissal on Consolidated Complaint of TANDEM WEST GLASS INC<br>Dismissal Type: Party<br>Prejudice Type: With Prejudice<br>Filed By: TANDEM WEST GLASS INC<br>Against / As To: GLENROY COACHELLA LLC, DOUG WALL CONSTRUCTION INC, WESTERN SURETY COMPANY |
| 04/28/2022 | Request for Dismissal on Consolidated Complaint of TANDEM WEST GLASS INC<br>Dismissal Type: Party<br>Prejudice Type: Without Prejudice<br>Filed By: TANDEM WEST GLASS INC<br>Against / As To: FORCE RUBIN 2 LLC, COACHELLA RESORT LLC, QUONSET PARTNERS LLC, FORCE-DMP LLC |
| 04/29/2022 | Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/29/2022 | Request for Dismissal on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Dismissal Type: Party |

EXHIBIT 3, PAGE 312

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | Prejudice Type: With Prejudice<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Against / As To: TANDEM WEST GLASS INC |
| 04/29/2022 | Notice of Document Return. |
| 05/04/2022 | Writ of Attachment Issued after hearing on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Sacramento<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 05/04/2022 | Notice of Document Quality Assurance |
| 05/04/2022 | Payment: $1.85,  Connect, Legal, for CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220504-01457 |
| 05/05/2022 | ORDER APPROVING STIPULATION REGARDING RESPONSE TO CROSS-COMPLAINT on Cross-Complaint of ELLIOT E. LANDER<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 05/05/2022 | Joint Stipulation Regarding Response to Cross-Complaint; [Proposed] Order Approving Stipulation Regarding Response to Cross-Complaint on Cross-Complaint of ELLIOT E. LANDER<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 05/05/2022 | Hearing on Motion for Summary Judgment on at 8:30 AM in Department 6 |
| 05/05/2022 | Payment: $1.85,  Legal, One, for TANDEM WEST GLASS INC, Receipt: EFM20220505-01411 |
| 05/05/2022 | Payment: $1.85,  Legal, One, for TANDEM WEST GLASS INC, Receipt: EFM20220505-01426 |
| 05/05/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220505-01456 |
| 05/05/2022 | Notice of Document Return. |
| 05/06/2022 | Notice of Document Quality Assurance |
| 05/06/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220506-01824 |
| 05/06/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220506-01841 |

PAGE: 251

EXHIBIT 3, PAGE 313

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 05/11/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| | County: Santa Barbara |
| | Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 05/13/2022 | Notice of Withdrawal of Notice of Pendency of Action (Lis Pendens) |
| | Filed By: TANDEM WEST GLASS INC |
| 05/13/2022 | Notice of Entry of Dismissal and Proof of Service on Consolidated Complaint of TANDEM WEST GLASS INC |
| | Filed By: TANDEM WEST GLASS INC |
| 05/13/2022 | Notice of Entry of Dismissal and Proof of Service on Consolidated Complaint of TANDEM WEST GLASS INC |
| | Filed By: TANDEM WEST GLASS INC |
| 05/17/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220517-01581 |
| 05/17/2022 | Payment: $40.00, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220517-01581 |
| 05/18/2022 | Payment: $1.85, Legal, One, for TANDEM WEST GLASS INC, Receipt: EFM20220518-01209 |
| 05/18/2022 | Payment: $1.85, Legal, One, for TANDEM WEST GLASS INC, Receipt: EFM20220518-01638 |
| 05/18/2022 | Payment: $1.85, Legal, One, for TANDEM WEST GLASS INC, Receipt: EFM20220518-01909 |
| 05/19/2022 | Hearing on Motion for Summary Judgment on at 8:30 AM in Department 6 |
| 05/20/2022 | First Amended Cross-Complaint |
| | Filed By: A STUART RUBIN |
| 05/20/2022 | Notice of Document Return. |
| 05/24/2022 | Case assigned to Department: |
| | Department 10 |
| 05/24/2022 | Notice of Case Reassignment to Department |
| 05/24/2022 | Notice of Department Assignment |
| 05/24/2022 | Hearing Re: Status Conference rescheduled from 08/04/2022 at 08:30 AM in Department 6 to 08/04/2022 at 08:30 AM in Department 10 |

EXHIBIT 3, PAGE 314

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

05/25/2022  Request for Dismissal on Consolidated Cross-Complaint of GF
            INVESTMENT GROUP INC
            Dismissal Type: Complaint
            Prejudice Type: With Prejudice
            Filed By: GF INVESTMENT GROUP INC
            Against / As To: GF INVESTMENT GROUP INC, GLENROY COACHELLA LLC,
            FORCE RUBIN 2 LLC, DOUG WALL CONSTRUCTION INC, THE WESTERN SURETY
            COMPANY, ROES SURETY 1 THROUGH 10

05/25/2022  Notice of Withdrawal of Lis Pendens
            Filed By: GF INVESTMENT GROUP INC

05/25/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220525-01471

05/25/2022  Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220525-01471

05/26/2022  Request for Dismissal on Consolidated Complaint of ORCO BLOCK &
            HARDSCAPE
            Dismissal Type: Complaint
            Prejudice Type: With Prejudice
            Filed By: ORCO BLOCK & HARDSCAPE
            Against / As To: ORCO BLOCK & HARDSCAPE, GLENROY COACHELLA LLC, GF
            INVESTMENT GROUP INC, GEORGE FRAGOSO

05/31/2022  Return to Court Writ of Attachment

06/01/2022  1st Amended Cross-Complaint of ELLIOT E. LANDER
            Filed By: A STUART RUBIN, FORCE RUBIN LLC, FORCE RUBIN 2 LLC,
            COACHELLA RESORT LLC, ELLIOT LANDER

06/03/2022  Payment: $1.85,  Legal, One, for GF INVESTMENT GROUP INC, Receipt:
            EFM20220603-01418

06/06/2022  Return on Writ of Attachment (CCP 488.130), Riverside County

06/07/2022  Undertaking Under Section CCP 720.160
            Type: Bond
            Number: 72BSBIW6730
            Amount: $10,000.00
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

06/07/2022  Undertaking Under Section CCP 720.160
            Type: Bond
            Number: 72BSBIW6730

EXHIBIT 3, PAGE 315

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Amount: $10,000.00 |
| | Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/07/2022 | Payment: $1.85, Legal, One, for ORCO BLOCK & HARDSCAPE, Receipt: EFM20220607-01294 |
| 06/07/2022 | Payment: $1.85, Legal, One, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, LANDER, ELLIOT, Receipt: EFM20220607-01621 |
| 06/08/2022 | Petition and order for Hearing on Third Party Claim of Ownership and Superior Right to Possession; and Order Setting Hearing Date |
| | Filed By: A STUART RUBIN |
| 06/08/2022 | Proof of service for Petition for Hearing on Third Party Claim of Ownership and Superior Right to Possession; and Order Setting Hearing Date on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| | Filed By: A STUART RUBIN, ASR DEVELOPMENT CO. |
| 06/08/2022 | PLAINTIFF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LPS OBJECTION TO THIRD PARTY CLAIM OF OWNERSHIP AND SUPERIOR RIGHT OF POSSESSION; PETITION FOR HEARING; DECLARATION OF CHRISTOPHER O. RIVAS on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| | Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/08/2022 | Notice of Document Return. |
| 06/08/2022 | Payment: $1.85, Legal, One, for A STUART RUBIN, ASR DEVELOPMENT CO., Receipt: EFM20220608-01545 |
| 06/09/2022 | Case assigned to Department: Department S302 |
| 06/09/2022 | Notice of Case Reassignment to Department |
| 06/09/2022 | Hearing Re: Status Conference rescheduled from 08/04/2022 at 08:30 AM in Department 10 to 08/04/2022 at 08:30 AM in Department S302 |
| 06/09/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220609-00820 |
| 06/16/2022 | Petition for Hearing on Third Party Claim of Ownership and Superior Right to Possession; and Order Setting Hearing Date on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| | Filed By: ASR DEVELOPMENT CO. |

PAGE: 254

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/16/2022 | Association of Counsel on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

Attorney Type: New Attorney, Represented Parties: COACHELLA RESORT LLC (Defendant), ELLIOT LANDER (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant), COACHELLA RESORT LLC (Defendant)
Against / As To: COACHELLA RESORT LLC, ELLIOT LANDER, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC

06/16/2022  Returned Mail
Returned mail re Other: Notice of Case Reassignment for All Purposes sent to BAAKE LAW LLC Reason: Return to sender, moved left no address
No further action.

06/16/2022  Minute Order: Court Ruling re: Petition for Hearing and Order Setting Hearing Date

06/16/2022  Court Ruling re: Petition for Hearing and Order Setting Hearing Date at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge
A. Alvarado, Courtroom Assistant
Court Reporter: None
APPEARANCES:
No Appearances
On Court's own motion:
Court has Read and Considered Petition for Hearing and Order Setting Hearing date filed 6/16/2022.
The order setting a hearing date is granted.
Hearing re: /to Determine the Validity of the Third-Party Claim set 06/27/22 at 10:30 AM in Department S302
Notice to be given by Petitioner .
Minute entry completed.

06/17/2022  Payment: $1.85,  Legal, One, for COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA

PAGE: 255

EXHIBIT 3, PAGE 317

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA
RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, COACHELLA
RESORT LLC, COACHELLA RESORT LLC, COACHELLA RESORT LLC, LANDER,
ELLIOT, Receipt: EFM20220617-00936

06/21/2022 Notice of Hearing to Determine Validity of Third-Party Claim on
Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

06/21/2022 Supplemental Declaration of Christopher Rivas in Support of
Objection to Third Party Claim of Ownership on Complaint of U.S.
REAL ESTATE CREDIT HOLDINGS III A LP
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

06/21/2022 Demurrer on 1st Amended Cross-Complaint of ELLIOT E. LANDER
Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
HOLDINGS III A LP

06/21/2022 Declaration of Christopher Rivas in Support of Demurrer
Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
HOLDINGS III A LP

06/21/2022 Request for Judicial Notice.
Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
HOLDINGS III A LP

06/21/2022 Proof of Service re: Demurrer/Declaration/Request/Proposed Order on
1st Amended Cross-Complaint of ELLIOT E. LANDER
Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
HOLDINGS III A LP

06/21/2022 Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT
HOLDINGS III A LP, Receipt: EFM20220621-01706

06/21/2022 Proposed Order (hearing) re: Granting Demurrer on 1st Amended Cross-
Complaint of ELLIOT E. LANDER for hearing on 07/20/2022
Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
HOLDINGS III A LP

06/22/2022 Motion to File 1st Amended Answer Answer on Complaint of U.S. REAL
ESTATE CREDIT HOLDINGS III A LP
Filed By: COACHELLA RESORT LLC, ELLIOT LANDER

06/22/2022 Notice of Hearing on, and verified petition for order validating,
3rd party claim of ownership and superior right to possession by ASR
Development Co. on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III
A LP
Filed By: ASR DEVELOPMENT CO.

EXHIBIT 3, PAGE 318

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

06/22/2022  Notice of Document Quality Assurance

06/22/2022  Payment: $1.85,  Connect, Legal, for CALMWATER ASSET MANAGEMENT,
            LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt:
            EFM20220622-00600

06/22/2022  Payment: $60.00,  Connect, Legal, for CALMWATER ASSET MANAGEMENT,
            LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt:
            EFM20220622-00600

06/22/2022  Payment: $60.00,  Legal, One, for COACHELLA RESORT LLC, LANDER,
            ELLIOT, Receipt: EFM20220622-00980

06/22/2022  Payment: $1.85,  Legal, One, for COACHELLA RESORT LLC, LANDER,
            ELLIOT, Receipt: EFM20220622-00980

06/23/2022  Objection(s) to Late-Filed Evidence Filed by ASR Development Co. on
            Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

06/23/2022  Proof of Service by Mail re: Notice of Motion and Motion for Leave
            to File Amended Answer on Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP
            Filed By: COACHELLA RESORT LLC, ELLIOT LANDER
            Against / As To: COACHELLA RESORT LLC, ELLIOT LANDER

06/23/2022  Proposed Order (hearing) re: Motion for Leave to File First Amended
            Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP for
            hearing on 07/25/2022
            Filed By: COACHELLA RESORT LLC, ELLIOT LANDER

06/24/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220624-00028

06/24/2022  Minute Order: Court on its Own Motion 06/27/22 Hearing Continued to
            07/11

06/24/2022  Court on its Own Motion 06/27/22 Hearing Continued to 07/11 at 8:30
            AM in Department S302 Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            On Court's own motion:
            Continue (future hearing) 06/27/2022 10:30 AM Hearing re: /to
            Determine the Validity of the Third-Party Claim to 07/11/22 at 10:30

PAGE: 257

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            AM in Department S302.
            Reason for Continuance: Moving Party is ordered to provide a copy of
            the third party claim (by ASR Development Co.) served on the levying
            officer as required under CCP § 720.330(a).".
            Notice to be given by Clerk to Marsha Ann Houston , John Anthony
            Messina, Jr.
            Minute entry completed.

06/24/2022  Certificate of Mailing

06/27/2022  Clerk's Certificate of Mailing

06/27/2022  Ex Parte Application re: Order Advancing Hearing Date on Verified
            Petition for Order Validating Third Party Claim of Ownership and
            Superior Right to Possession by ASR Development Co. on Complaint of
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: ASR DEVELOPMENT CO.

06/27/2022  Minute Order: Court on its Own Motion 07/20 and 08/04 Hearing Moved
            to 07/25/22

06/27/2022  Court on its Own Motion 07/20 and 08/04 Hearing Moved to 07/25/22 at
            8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            On Court's own motion:
            Continue (future hearing) 07/20/2022 08:30 AM Hearing re: Demurrer
            on 1st Amended Cross-Complaint of ELLIOT E. LANDER by CALMWATER
            ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP to
            07/25/22 at 10:30 AM in Department S302.
            08/04/2022 08:30 AM Hearing Re: Status Conference advanced to
            07/25/22 at 10:30 AM in Department S302
            Complex cases to be heard on Mondays and 10:30 am
            Notice to be given by Clerk.
            Minute entry completed.

06/27/2022  Payment: $1.85,  Legal, One, for ASR DEVELOPMENT CO., Receipt:
            EFM20220627-00280

PAGE: 258

EXHIBIT 3, PAGE 320

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/27/2022 | Payment: $1.85,  Legal, One, for COACHELLA RESORT LLC, LANDER, ELLIOT, Receipt: EFM20220627-00346 |
| 06/27/2022 | Hearing re: /to Determine the Validity of the Third-Party Claim at 10:30 AM in Department S302 |
| 06/27/2022 | Ex Parte Order Granting Application for Order Advancing Hearing Date on Verified Petition for Order Validating, Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ASR DEVELOPMENT CO. |
| 06/28/2022 | Final Return to Court Writ of Attachment |
| 06/28/2022 | Returned Mail<br>Returned mail re Notice of Hearing (All) sent to BAAKE LAW LLC<br>Reason: Attempted Not Known. Unable to Forward.<br>No further action. |
| 06/28/2022 | Payment: $1.85,  Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220628-00089 |
| 06/28/2022 | Payment: $60.00,  Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220628-00089 |
| 06/28/2022 | Notice of Hearing (eFiling) on Ex Parte Application re: on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/28/2022 | Minute Order: Ex Parte Hearing re: Order Advancing Hearing Date on Verified Petition for Order Validating Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. by ASR DEVELOPMENT CO. |
| 06/28/2022 | Ex Parte Hearing re: Order Advancing Hearing Date on Verified Petition for Order Validating Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. by ASR DEVELOPMENT CO. at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>At 09:05 AM, the following proceedings were held:<br>Court has read and considered Ex Parte Application. |

PAGE: 259

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|
| | Ex Parte Application is granted.<br>07/11/2022 10:30 AM Hearing re: /to Determine the Validity of the Third-Party Claim advanced to 06/30/22 at 08:30 AM in Department S302<br>Notice to be given by Moving Party. |
| 06/29/2022 | Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Memorandum of Points & Authorities ISO Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Declaration of Elliot B. Lander ISO Motion for Summary Adjudication<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Declaration of Sean A. OKeefe ISO Motion for Summary Adjudication<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Declaration of Brian Lewis ISO Motion for Summary Adjudication<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Declaration of Brian Holcombe ISO Motion for Summary Adjudication<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Declaration of A. Stuart Rubin ISO Motion for Summary Adjudication<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Separate statement of undisputed facts on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 06/29/2022 | Proof of Service by Mail re: Motion for Summary Adjudication and Related Filings By Defendant Elliot B. Lander on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER<br>Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/29/2022 | Proposed Order (hearing) re: Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP for hearing on 09/26/2022<br>Filed By: ELLIOT LANDER |
| 06/30/2022 | Minute Order: Hearing re: /to Determine the Validity of the Third-Party Claim |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

06/30/2022   Hearing re: /to Determine the Validity of the Third-Party Claim at
             8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge
             A. Behrmann, Courtroom Assistant
             Court Reporter: None
             APPEARANCES:
             U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by
             Marsha Houston and Chris Rivas present (Telephonically).
             ASR DEVELOPMENT CO. [TP] represented by John Messina/ Evan Smith .
             At 08:30 AM, the following proceedings were held:
             **Matter is not called in open Court**
             Court has read and considered documents relating to this matter..
             Court's tentative is issued.
             There is request for oral argument.
             Request for oral argument is denied.
             Tentative ruling shall become the ruling of the court.
             Hearing continued not held to 08/29/22 at 10:30 AM in Department
             S302
             As the third-party claimant, ASR has the burden of proof to
             establish that it is the owner of the property at issue. (CCP §
             720.360.) The court is not satisfied that the RPP Organization Chart
             has been properly authenticated. As such ASR presents insufficient
             evidence of its ownership interest. Even if ASR attempted to remedy
             this at the hearing, there is still another concern before the court
             may make an informed decision. Assuming that this is remedied, once
             the third-party claimant has established that it owns the levied
             property, the burden shifts to the creditor to demonstrate that its
             claim is superior. (Oxford Street Properties, LLC v. Rehabilitation
             Associates, LLC (2012) 206 Cal.App.4th 296, 307.) The Levying
             Creditor has made claims that Rubin (the individual) wholly owns ASR
             and that any money distributed to ASR will go directly to Rubin. If
             this is so, the court releasing these funds would be improper.
             Rather, allowing the Levying Creditor to await the responses to its
             timely discovery requests which have been made to ASR pursuant to
             CCP section 485.230 appears to be the best approach to allowing each
             side to present their best evidence.
             Notice to be given by Clerk to Marsha Ann Houston , Christopher
             Orlando Rivas , John Anthony Messina, Jr , Evan Llewellyn Smith .

06/30/2022   Payment: $1.85,  Legal, One, for LANDER, ELLIOT, Receipt:

PAGE: 261

EXHIBIT 3, PAGE 323

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|---|---|
| | EFM20220630-00540 |
| 06/30/2022 | Payment: $500.00, Legal, One, for LANDER, ELLIOT, Receipt: EFM20220630-00540 |
| 06/30/2022 | Certificate of Mailing |
| 07/01/2022 | Ex Parte Order Granting Application for Order Advancing Hearing Date on Verified Petition for Order Validating, Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ASR DEVELOPMENT CO.<br>Result: Denied |
| 07/01/2022 | Payment: $1.85, Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220701-00264 |
| 07/01/2022 | Notice of Document Return. |
| 07/01/2022 | Notice of Court Ruling (eFiling) |
| 07/05/2022 | Payment: $1.85, Legal, One, for LANDER, ELLIOT, Receipt: EFM20220705-00847 |
| 07/05/2022 | Payment: $1.85, Legal, One, for COACHELLA RESORT LLC, LANDER, ELLIOT, Receipt: EFM20220705-00853 |
| 07/08/2022 | Proof of Service by Mail re: Proposed Order Granting Application for Order Advancing Hearing Date on Verified Petition for Order Validating, Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. Due to Extreme Financial Hardship on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ASR DEVELOPMENT CO.<br>Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/08/2022 | Declaration of EVAN L. SMITH RE NOTICE OF EX PARTE APPLICATION, AND APPLICATION FOR ORDER ADVANCING HEARING DATE ON VERIFIED PETITITION FOR ORDER VALIDATING, THRID PARTY CLAIM OF OWNERSHIP AND SUPERIOR RIGHT TO POSSESSION BY ASR DEVELOPMENT CO., DUE TO EXTREME FINA<br>Filed By: ASR DEVELOPMENT CO. |
| 07/11/2022 | Second Amended Cross-Complaint on 1st Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |

PAGE: 262

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

07/11/2022  Opposition to Ex Parte Application on Complaint of U.S. REAL ESTATE
            CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

07/11/2022  Notice of Document Return.


07/11/2022  Hearing re: /to Determine the Validity of the Third-Party Claim at
            10:30 AM in Department S302

07/12/2022  Opposition TO MOTION TO FILE FIRST AMENDED VERIFIED ANSWER TO
            COMPLAINT on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

07/12/2022  Request for Judicial Notice.
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

07/12/2022  Joint Case Management Statement on Complaint of U.S. REAL ESTATE
            CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

07/12/2022  Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220712-00799

07/14/2022  Right to Attach Order and Order for Issuance of Writ of Attachment
            After Hearing
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

07/14/2022  Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220714-00321

07/14/2022  Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220714-00431

07/14/2022  Notice of Document Return.


07/15/2022  Request for Dismissal on Consolidated Complaint of DOUG WALL
            CONSTRUCTION INC
            Dismissal Type: Party
            Prejudice Type: Without Prejudice
            Filed By: DOUG WALL CONSTRUCTION INC
            Against / As To: GF INVESTMENT GROUP INC

07/18/2022  Ex Parte Application re: Order Advancing Hearing Date on Verified
            Petition for Order Validating Third Party Claim of Ownership and
            Superior Right to Possession by ASR Development Co. Due to Extreme
            Financial Hardship on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS
            III A LP

EXHIBIT 3, PAGE 325

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | Filed By: ASR DEVELOPMENT CO. |
| 07/18/2022 | Proof of Service by Mail re: Proposed Order Granting Application for Order Advancing Hearing Date on Verified Petition for Order Validating, Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. Due to Extreme Financial Hardship on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| | Filed By: ASR DEVELOPMENT CO. |
| | Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/18/2022 | Declaration of Evan L. Smith re: Notice of Ex Parte Application, and Application for Order Advancing Hearing Date on Verified Petition for Order Validating, Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. Due to Extreme Financ |
| | Filed By: ASR DEVELOPMENT CO. |
| 07/18/2022 | Writ of Attachment After Hearing returned |
| 07/18/2022 | Reply to Opposition To Motion To File Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| | Filed By: COACHELLA RESORT LLC, ELLIOT LANDER |
| 07/18/2022 | Minute Order: Court on its Own Motion Ex Parte Application Granted |
| 07/18/2022 | Court on its Own Motion Ex Parte Application Granted at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge |
| | A. Behrmann, Courtroom Assistant |
| | Court Reporter: None |
| | APPEARANCES: |
| | No Appearances |
| | On Court's own motion: |
| | Court has read and considered Ex Parte Application . |
| | Ex Parte Application is granted. |
| | Court grants ex parte relief for order shortening time. |
| | 08/29/2022 10:30 AM Hearing re: /to Determine the Validity of the Third-Party Claim advanced to 08/04/22 at 08:30 AM in Department S302. |
| | Opposition due 07/29. No reply will be allowed |
| | Ex Parte Hearing re: (Order Advancing Hearing Date on Verified Petition for Order Validating Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. Due to Extreme Financial Hardship) on 07/19/2022 at 08:30 AM vacated. |
| | Notice to be given by Moving party. |

PAGE: 264

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Minute entry completed. |
| 07/18/2022 | Payment: $1.85,  Connect, Legal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20220718-00271 |
| 07/18/2022 | Payment: $1.85,  Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220718-01352 |
| 07/18/2022 | Payment: $60.00,  Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220718-01352 |
| 07/18/2022 | Notice of Hearing (eFiling) on Ex Parte Application re: on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/18/2022 | Proposed Order (hearing) re: Granting Application for Order Advancing Hearing Date on Verified Petition for Order Validating, Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. Due to Extreme Hardship on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP for hearing on 07/19/2022 Filed By: ASR DEVELOPMENT CO. |
| 07/18/2022 | Payment: $1.85,  Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220718-01895 |
| 07/18/2022 | Payment: $1.85,  Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220718-01897 |
| 07/19/2022 | Ex Parte Hearing re: Order Advancing Hearing Date on Verified Petition for Order Validating Third Party Claim of Ownership and Superior Right to Possession by ASR Development Co. Due to Extreme Financial Hardship  by ASR DEVELOPMENT CO. at 8:30 AM in Department S302 |
| 07/19/2022 | Payment: $1.85,  Legal, One, for COACHELLA RESORT LLC, LANDER, ELLIOT, Receipt: EFM20220719-00956 |
| 07/20/2022 | Stipulation and Order Filed By: FORCE RUBIN 2 LLC |
| 07/20/2022 | Proof of Service re: Stipulation to reset hearing date on demurrer to first amended cross-complaint, and set briefing schedule; and order thereon on 1st Amended Cross-Complaint of ELLIOT E. LANDER Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 07/20/2022 | Hearing re: Demurrer on 1st Amended Cross-Complaint of ELLIOT E. LANDER by CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT |

PAGE: 265

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | HOLDINGS III A LP at 8:30 AM in Department S302 |
| 07/20/2022 | Notice of Document Return. |
| 07/21/2022 | Payment: $20.00,  Legal, One, for GLENROY COACHELLA LLC, Receipt: EFM20220721-00572 |
| 07/21/2022 | Payment: $1.85,  Legal, One, for GLENROY COACHELLA LLC, Receipt: EFM20220721-00572 |
| 07/22/2022 | Stipulation to Reset Hearing Date on Demurrer to First Amended Cross-Complaint, and Set Briefing Schedule; and Order Thereon on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: GLENROY COACHELLA LLC<br>Result: Granted |
| 07/22/2022 | Proof of Service<br>Filed By: COACHELLA RESORT LLC |
| 07/22/2022 | Proof of Service by Mail re: Reply To Opposition To Motion To File Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: COACHELLA RESORT LLC, ELLIOT LANDER<br>Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/22/2022 | Notice of Document Return. |
| 07/22/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS, LLC, LANDER, ELLIOT E., Receipt: EFM20220722-00090 |
| 07/22/2022 | Payment: $1.85,  Legal, One, for COACHELLA RESORT LLC, LANDER, ELLIOT, Receipt: EFM20220722-00484 |
| 07/25/2022 | Clerk's Certificate of Mailing |
| 07/25/2022 | Opposition to Demurrer of Cross-Defendants U.S. Real Estate Credit Holdings III-A, L.P., and Calmwater Asset Management, LLC to First Amended Cross-Complaint on 1st Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: FORCE RUBIN LLC |
| 07/25/2022 | Notice of Ruling re: Motion to File First Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: COACHELLA RESORT LLC, ELLIOT LANDER |

PAGE: 266

EXHIBIT 3, PAGE 328

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 07/25/2022 | Renewed Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/25/2022 | Separate statement of undisputed facts on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/25/2022 | Notice EVIDENCE FILED ISO PLAINTIFF'S RENEWED MOTION FOR SUMMARY ADJUDICATION, INCLUSIVE OF DECLARATIONS OF STEVEN BRAM, TRISTINE LIM, SIMOND LAVIAN, AND REQUEST FOR JUDICIAL NOTICE<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/25/2022 | 1st Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: COACHELLA RESORT LLC, ELLIOT LANDER |
| 07/25/2022 | Hearing re: Demurrer on 1st Amended Cross-Complaint of ELLIOT E. LANDER by CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 10:30 AM in Department S302 |
| 07/25/2022 | Minute Order: Hearing re: Motion MOTION TO FILE FIRST AMENDED VERIFIED ANSWER TO COMPLAINT : Answer by COACHELLA RESORT LLC, ELLIOT LANDER |
| 07/25/2022 | Minute Order: Hearing Re: Status Conference |
| 07/25/2022 | Hearing Re: Status Conference at 10:30 AM in Department S302<br>Honorable Angel M. Bermudez, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Hearing continued not held to 11/28/22 at 10:30 AM in Department S302<br>Notice to be given by Clerk. |
| 07/25/2022 | Amended Minute Order: Hearing re: Motion MOTION TO FILE FIRST AMENDED VERIFIED ANSWER TO COMPLAINT : Answer by COACHELLA RESORT LLC, ELLIOT LANDER |
| 07/25/2022 | Hearing re: Motion MOTION TO FILE FIRST AMENDED VERIFIED ANSWER TO |

EXHIBIT 3, PAGE 329

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | COMPLAINT : Answer by COACHELLA RESORT LLC, ELLIOT LANDER at 10:30 AM in Department S302 Honorable Angel M. Bermudez, Judge A. Behrmann, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances At 08:30 AM, the following proceedings were held: Court has read and considered documents relating to this matter. Court's tentative is issued. There is no request for oral argument Tentative ruling shall become the ruling of the court. The Motion is granted.<br><br>Moving Defendants are to file and serve their First Amended Answer immediately.<br><br>Significantly, Plaintiff has not established it will be prejudiced by the proposed affirmative defenses. Plaintiff concludes that there will be a delay of trial, added costs of preparation, and increased burdens of discovery. However, no trial date has yet been set. Costs and burdens have not been established to the point that it would be prejudicial to Plaintiff. COACHELLA RESORT LLC, ELLIOT LANDER have/has 5 days leave to file an answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP. Notice of ruling to be prepared, served and submitted by prevailing party. |
| 07/25/2022 | Proposed Order (hearing) re: GRANTING PLAINTIFF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LPS RENEWED MOTION FOR SUMMARY ADJUDICATION OF ITS FIFTH CAUSE OF ACTION FOR BREACH OF INDEMNITY AND GUARANTY AGREEMENT on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP for hearing on 10/11/2022 Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/26/2022 | Payment: $1.85,  Legal, One, for FORCE RUBIN LLC, Receipt: EFM20220726-00223 |
| 07/26/2022 | Payment: $1.85,  Legal, One, for COACHELLA RESORT LLC, LANDER, ELLIOT, Receipt: EFM20220726-00566 |
| 07/26/2022 | Payment: $500.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220726-01537 |

PAGE: 268

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 07/26/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220726-01537 |
| 07/27/2022 | Supplemental Declaration of A. Stuart Rubin ISO Third Party Claim of Ownership and Superior Right to Possession on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ASR DEVELOPMENT CO. |
| 07/28/2022 | Payment: $1.85,  Legal, One, for ASR DEVELOPMENT CO., Receipt: EFM20220728-01934 |
| 07/29/2022 | Request for Judicial Notice.<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/29/2022 | Opposition TO ASR DEVELOPMENT CO'S THIRD PARTY CLAIM OF OWNERSHIP AND SUPERIOR RIGHT OF POSSESSION on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/29/2022 | Declaration of CHRISTOPHER O. RIVAS ISO PLAINTIFF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LPS OPPOSITION TO ASR DEVELOPMENT COS THIRD PARTY CLAIM OF OWNERSHIP AND SUPERIOR RIGHT OF POSSESSION<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 08/01/2022 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore |
| 08/01/2022 | Minute Order: Court on its Own Motion Request for IDC hearing denied |
| 08/01/2022 | Court on its Own Motion Request for IDC hearing denied at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Parties requested an Informal Discovery Conference at 1:30 pm<br>Court has read and considered IDC statements.<br>Court makes the following order(s):<br>After reviewing the IDC statement and its concerns, the court does not see that an IDC is needed at this time.<br>Notice to be given by Clerk to Christopher Orlando Rivas , Evan Llewellyn Smith.<br>Minute entry completed. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

08/01/2022  Payment: $1.85,  Legal, One, for COACHELLA RESORT LLC, LANDER,
ELLIOT, Receipt: EFM20220801-00806

08/01/2022  Certificate of Mailing

08/01/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
HOLDINGS III A LP, Receipt: EFM20220801-01824

08/03/2022  Request for an Order to Show Cause re: Dismissal of All Phase
Drywall & Development Inc.'s Complaint on Consolidated Complaint of
ALL PHASE DRYWALL & DEVLOPMENT INC
Filed By: TANDEM WEST GLASS INC

08/04/2022  Reply OF CROSS-DEFENDANTS U.S. REAL ESTATE HOLDINGS III-A, LP AND
CALMWATER ASSET MANAGEMENT, LLC ISO DEMURRER TO FIRST AMENDED CROSS-
COMPLAINT on 1st Amended Cross-Complaint of ELLIOT E. LANDER
Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
HOLDINGS III A LP

08/04/2022  Hearing Re: Status Conference at 8:30 AM in Department S302

08/04/2022  Minute Order: Hearing re: /to Determine the Validity of the Third-
Party Claim

08/04/2022  Hearing re: /to Determine the Validity of the Third-Party Claim at
8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge
A. Behrmann, Courtroom Assistant
Estrella Herman, Pro Tempore , Court Reporter
APPEARANCES:
U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
Rivas present (Telephonically) .
ASR DEVELOPMENT CO. [TP] represented by Jon Messina and Evan Smith
present (Telephonically) .
DOUG WALL CONSTRUCTION INC [DEF] represented by Marc Homme present
(Telephonically) .
At 08:59 AM, the following proceedings were held:
Court has read and considered documents relating to this matter.
Counsel argue
Matter taken under submission
Off the record - Court subsequently rules on matter taken under
submission as follows:
Levying Creditor's RJN as to Exhibits A and E are GRANTED; otherwise

EXHIBIT 3, PAGE 332

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

DENIED.

The Third Party's Validity Claim is denied.

ASR's supplemental declaration is significant for what it lacks – to wit, any evidence to demonstrate ASR's obligations or to address the court's concern that any money distributed to ASR would be funneled directly to Rubin. Notably, although Rubin indicated in his declaration filed in support of the ex parte application that "a significant creditor of ASR [was] questioning why it hasn't received its scheduled payments," he provides no clarity in his supplemental declaration. The Levying Creditor has raised legitimate concerns that ASR is a merely an alter ego of Rubin and has provided further evidence in its supplemental opposition. It would be improper to release funds to ASR if those funds are then transferred directly to Rubin.

Accordingly, the court denies the validity of the third party claim and orders the funds to be delivered to the Los Angeles County Sheriff to be held in trust pending judgment in this action.

In that this is a evidentiary hearing, the court notes that as the third party claimant, ASR has the burden of proof to establish that it is the owner of the property at issue. (CCP § 720.360.) Once the third party claimant has established that it owns the levied property, the burden shifts to the creditor to demonstrate that its claim is superior. (Oxford Street Properties, LLC v. Rehabilitation Associates, LLC (2012) 206 Cal.App.4th 296, 307; Whitehouse v. Six Corp. (1995) 40 Cal.App.4th 527, 535.)

As reflected in the Claim, ASR – which is wholly-owned by Rubin – indicates that it is a limited partner of RPP and entitled to monthly distributions. (Smith Decl., Exhibit 1.) Notably, the Claim as originally served, did not contain any documents demonstrating ASR's ownership interest. In fact, the only exhibit included with the Claim was the Memorandum of Garnishee, in which RPP indicates that it authorized a distribution to ASR in the amount of $62,437.50 and will therefore hold that amount plus any further monthly distributions pending a further order of the court. (Smith Decl., Exhibit 1.) With its "Notice of Hearing" filed on June 22, 2022 (two days before the original hearing date), ASR's counsel submitted copies of ASR's Articles of Incorporation and Certificate Status. (Smith Decl., Exhibits 2-3). Counsel also submitted a Certificate of

EXHIBIT 3, PAGE 333

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|

Limited Partnership of RPP and an RPP Organization Chart showing the ownership percentages of the partners of RPP. (Smith Decl., Exhibits 4-5.) However, the RPP Organization Chart is not properly authenticated, and in this regard, ASR presents insufficient evidence of its ownership interest sufficient to shift the burden. (See CCP § 720.360; Whitehouse v. Six Corp. (1995) 40 Cal.App.4th 527, 535 [third party must prove its interest in the property by a preponderance of the evidence].) Indeed, the evidence submitted in support of the Claim suggests that any money distributed to ASR will be delivered directly to ASR's owner, Rubin. That is, upon the evidence presented – including the Memorandum of Garnishee and amended Memorandum of Garnishee – there does not appear to be any appreciable difference between Rubin and ASR. On this, ASR has failed to present sufficient evidence.

Notice of ruling to be prepared, served and submitted by prevailing party.
Notice to be given by Clerk to Christopher Orlando Rivas , Evan Llewellyn Smith.

08/04/2022  Certificate of Mailing

08/05/2022  Notice of Appeal
            Filed By: A STUART RUBIN

08/05/2022  Clerk's Certificate of Mailing

08/05/2022  Minute Order: Court on its Own Motion 08/11 Hearing Advanced to 8:30

08/05/2022  Court on its Own Motion 08/11 Hearing Advanced to 8:30 at 8:30 AM in
            Department S302 Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            On Court's own motion:
            08/11/2022 10:30 AM Hearing re: Demurrer on 1st Amended Cross-
            Complaint of ELLIOT E. LANDER 1st Amended Cross-Complaint of ELLIOT
            E. LANDER by CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE

EXHIBIT 3, PAGE 334

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | CREDIT HOLDINGS III A LP advanced to 08/11/22 at 08:30 AM in Department S302. Notice to be given by Clerk to Christopher Orlando Rivas , Evan Llewellyn Smith. Minute entry completed. |
| 08/05/2022 | Minute Order: Court on its Own Motion OSC re: Dismissal Set |
| 08/05/2022 | Court on its Own Motion OSC re: Dismissal Set at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge A. Behrmann, Courtroom Assistant Court Reporter: None APPEARANCES: No Appearances On Court's own motion: Court has read and considered Request for an Order to Show Cause filed 08/03/22. Court makes the following order(s): Order to Show Cause re: Dismissal of All Phase Drywall & Development Inc.'s Complaint as to ALL PHASE DRYWALL & DEVLOPMENT INC; Matt H. Morris set 09/19/22 at 10:30 AM in Department S302 Notice to be given by Clerk. Minute entry completed. |
| 08/05/2022 | Payment: $1.85,  Connect, Legal, for CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220805-00279 |
| 08/05/2022 | Certificate of Mailing |
| 08/05/2022 | Payment: $1.85,  Legal, One, for TANDEM WEST GLASS INC, Receipt: EFM20220805-01001 |
| 08/05/2022 | Notice of Document Return. |
| 08/05/2022 | Notice of Order to Show Cause Hearing |
| 08/08/2022 | Notice Designating Record Filed By: A STUART RUBIN |
| 08/08/2022 | Notice of Appeal Not Specified in Superior Court with Deposit on |

PAGE: 273

EXHIBIT 3, PAGE 335

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            Appeal Not Specified A STUART RUBIN
            Filed By: A STUART RUBIN

08/08/2022  Notification of Filing Notice of Appeal on Appeal Not Specified A
            STUART RUBIN

08/08/2022  Notice of Document Return.

08/08/2022  Payment: $100.00, Messina & Hankin, LLP, for A STUART RUBIN,
            Receipt: 20220808-00164

08/09/2022  Receipt for Record on Appeal Appeal Packet on Appeal Not Specified A
            STUART RUBIN

08/09/2022  Notice of Ruling re: DENYING THIRD PARTY CLAIM ASSERTED BY ASR
            DEVELOPMENT CO., INC. on Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/10/2022  Appellant's Notice Designating Record on Appeal. on Appeal Not
            Specified A STUART RUBIN
            Designation Type: Clerk's Transcript and Reporters Transcript NO
            Exhibits
            Filed By: A STUART RUBIN

08/11/2022  Receipt for Record on Appeal Appellant Designations on Appeal Not
            Specified A STUART RUBIN

08/11/2022  Minute Order: Hearing re: Demurrer on 1st Amended Cross-Complaint of
            ELLIOT E. LANDER 1st Amended Cross-Complaint of ELLIOT E. LANDER by
            CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS
            III A LP

08/11/2022  Hearing re: Demurrer on 1st Amended Cross-Complaint of ELLIOT E.
            LANDER 1st Amended Cross-Complaint of ELLIOT E. LANDER by CALMWATER
            ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP at
            8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            At 08:30 AM, the following proceedings were held:

PAGE: 274

EXHIBIT 3, PAGE 336

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

            Court has read and considered documents relating to this matter.
            Court's tentative is issued.
            There is no request for oral argument.
            Tentative ruling shall become the ruling of the court.
            Hearing held and continued to 09/26/22 at 10:30 AM in Department
            S302 (Pre-disposition) Continued - Demurrer/Motion to Strike hearing
            Reason for Continuance: The Court has been directed that all complex
            law and motion to be heard on Monday's at 10:30 am.
            Notice to be given by Clerk to Christopher Orlando Rivas , Evan
            Llewellyn Smith.


08/11/2022  Hearing re: Demurrer on 1st Amended Cross-Complaint of ELLIOT E.
            LANDER 1st Amended Cross-Complaint of ELLIOT E. LANDER by CALMWATER
            ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP at
            10:30 AM in Department S302

08/11/2022  Certificate of Mailing


08/11/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220811-01681

08/12/2022  Returned Mail
            Returned mail re Notice of Order to Show Cause(All) sent to LAW
            OFFICES OF MARVIN H WEISS Reason: Unable to forward
            No further action.

08/15/2022  Respondent's Notice Electing to Use an Appendix
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/15/2022  Respondent's Notice Electing to use an Appendix (Unlimited Civil
            Case) on Appeal Not Specified A STUART RUBIN
            Designation Type: Appendix no Reporters Transcript
            Filed By: US REAL STATE CREDIT HOLDINGS III-A LP

08/15/2022  Notice of Document Return.


08/16/2022  Objection(s) to INFORMAL DISCOVERY CONFERENCE on Complaint of U.S.
            REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

08/16/2022  Receipt for Record on Appeal Respondent's Notice Electing to Use an
            Appendix on Appeal Not Specified A STUART RUBIN

EXHIBIT 3, PAGE 337

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 08/17/2022 | Notice of Association of Counsel<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 08/17/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220817-00191 |
| 08/22/2022 | Payment: $1.85,  Legal, One, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20220822-00234 |
| 08/23/2022 | Minute Order: Court on its Own Motion 10/11 MSA Continued to 11/14/22 |
| 08/23/2022 | Court on its Own Motion 10/11 MSA Continued to 11/14/22 at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Continue (future hearing) 10/11/2022 08:30 AM Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by U.S. REAL ESTATE CREDIT HOLDINGS III A LP to 11/14/22 at 10:30 AM in Department S302.<br>Reason for Continuance: Complex cases to be heard on Mondays at 10:30 am.<br>Notice to be given by Clerk to Christopher Orlando Rivas , John Anthony Messina, Jr , Evan Llewellyn Smith.<br>Minute entry completed. |
| 08/23/2022 | Certificate of Mailing |
| 08/24/2022 | Ex Parte Application re: Coordinate Hearing dates for Cross-Motions for Summary Adjudication on Consolidated Complaint of FERGUSON ENTERPRISES LLC<br>Filed By: US REAL ESTATE CREDIT HOLDINGS III-A LP |
| 08/24/2022 | Opposition to Ex Parte Motion Seeking Continuance of Hearing on Dr. Lander's Motion for Summary Judgment on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 08/24/2022 | Declaration of Dr. Elliot B. Lander In Opposition to Ex Parte re Coordinate Hearing Dates |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Filed By: ELLIOT LANDER |
| 08/24/2022 | Declaration of Sean A. O'Keefe In Opposition to Ex Parte re Coordinate Hearing Dates<br>Filed By: ELLIOT LANDER |
| 08/24/2022 | NOTICE OF CONTINUED HEARING DATES ON MOTION FOR SUMMARY ADJUDICATION FILED BY ELLIOT LANDER AND MOTION FOR SUMMARY ADJUDICATION FILED BY U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 08/24/2022 | Minute Order: Court Ruling re: Ex Parte Application filed 8/24/2022 |
| 08/24/2022 | Court Ruling re: Ex Parte Application filed 8/24/2022 at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge<br>A. Alvarado, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Court has read and considered Ex Parte Application filed 8/24/2022.<br>The Ex Parte Application is granted.<br>Continue (future hearing) 09/26/2022 10:30 AM Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER to 11/14/22 at 10:30 AM in Department S302.<br>Ex Parte Hearing re: (Ex Parte Application To Coordinate Hearing Dates On Motions For Summary Adjudication) on 08/25/2022 at 08:30 AM vacated.<br>Moving party to give notice.<br>Moving party notified telephonically by clerk on 8/24/2022.<br>Minute entry completed. |
| 08/24/2022 | Proposed Order (hearing) re: Granting Ex Parte Application to Coordinate Hearing Dates on Consolidated Complaint of FERGUSON ENTERPRISES LLC for hearing on 08/25/2022<br>Filed By: US REAL ESTATE CREDIT HOLDINGS III-A LP |
| 08/24/2022 | Payment: $1.85,  Connect, Legal, for US REAL ESTATE CREDIT HOLDINGS III-A LP, Receipt: EFM20220824-01396 |
| 08/24/2022 | Payment: $60.00,  Connect, Legal, for US REAL ESTATE CREDIT HOLDINGS III-A LP, Receipt: EFM20220824-01396 |

EXHIBIT 3, PAGE 339

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 08/24/2022 | Payment: $1.85,  Legal, One, for LANDER, ELLIOT, Receipt: EFM20220824-02242 |
| 08/25/2022 | Request for Estimate of Reporter's Transcript Jorge Dominguez on Appeal Not Specified A STUART RUBIN |
| 08/25/2022 | Ex Parte Hearing re: Ex Parte Application To Coordinate Hearing Dates On Motions For Summary Adjudication  by US REAL ESTATE CREDIT HOLDINGS III-A LP at 8:30 AM in Department S302 |
| 08/25/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20220825-00641 |
| 08/26/2022 | Notification of Estimate of Costs on Appeal Due 09/06/22 on Appeal Not Specified A STUART RUBIN |
| 08/29/2022 | Request for Dismissal on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC<br>Dismissal Type: Party<br>Prejudice Type: With Prejudice<br>Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC<br>Against / As To: TANDEM WEST GLASS INC |
| 08/29/2022 | Hearing re: /to Determine the Validity of the Third-Party Claim at 10:30 AM in Department S302 |
| 09/02/2022 | $46.00 deposited into Trust Civil Appeal Transcripts (SAP 353023) by A STUART RUBIN, Receipt No. 20220902-00257 |
| 09/07/2022 | Notice to Prepare Transcript on Appeal. Record due on 09/07/22 on Appeal Not Specified A STUART RUBIN |
| 09/07/2022 | Receipt for Record on Appeal Notice to Prepare on Appeal Not Specified A STUART RUBIN |
| 09/09/2022 | Payment: $1.85, Legal, One, for ALL PHASE DRYWALL & DEVLOPMENT INC, Receipt: EFM20220909-01010 |
| 09/15/2022 | Notice of Entry of Dismissal and Proof of Service<br>Filed By: Tandem West Glass, Inc. |
| 09/15/2022 | Payment: $1.85,  Legal, One, for Tandem West Glass, Inc., Receipt: EFM20220915-01321 |
| 09/16/2022 | Memorandum of Points & Authorities Memorandum of Points and Authorities in Support of Doug Wall Construction, Inc.s Motion to |

EXHIBIT 3, PAGE 340

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

          Set Aside Waiver of Jury Trial on Complaint of U.S. REAL ESTATE
          CREDIT HOLDINGS III A LP
          Filed By: DOUG WALL CONSTRUCTION INC

09/16/2022 Declaration of Marc S. Homme in Support of Doug Wall Construction,
          Inc.s Motion to Set Aside Waiver of Jury Trial
          Filed By: DOUG WALL CONSTRUCTION INC

09/16/2022 Request for Judicial Notice.
          Filed By: DOUG WALL CONSTRUCTION INC

09/16/2022 Minute Order: Court on its Own Motion Vacates 09/19/22 OSC Re:
          Dismissal

09/16/2022 Court on its Own Motion Vacates 09/19/22 OSC Re: Dismissal at 8:30
          AM in Department S302 Honorable Angel M. Bermudez, Judge
          D. Sanchez, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          On Court's own motion:
          Court reviews case history.
          Court notes Request for Dismissal filed on 08/29/22 as to Tandem
          West Glass Inc only.
          Court makes the following order(s):
          Order to Show Cause re: (Dismissal of All Phase Drywall &
          Development Inc.'s Complaint) on 09/19/2022 at 10:30 AM vacated.
          Notice to be given by Clerk to RAINES FELDM AN LLP , MARC S HOMME A
          PROFESSIONAL LAW CORPORATION , The Law Office of Stephen J.
          Armstrong , ROEMER & HARNIK LLP , ABDULAZIZ, GROSSBART & RUDMAN ,
          Matt H. Morris , MCGARRIGLE KENNEY & ZAMPIELLO , TREVOR OAKLEY
          RESURRECCION , SEAN OKEEFE.
          Minute entry completed.

09/16/2022 Certificate of Mailing

09/19/2022 Order to Show Cause re: Dismissal of All Phase Drywall & Development
          Inc.'s Complaint as to ALL PHASE DRYWALL & DEVLOPMENT INC, Matt H.
          Morris at 10:30 AM in Department S302

09/20/2022 Notice of Motion and Motion to be Relieved as Counsel (MC-051) on
          Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC
          Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC

PAGE: 279

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Against / As To: ALL PHASE DRYWALL & DEVLOPMENT INC, GLENROY COACHELLA LLC |
| 09/20/2022 | Declaration in Support of Attorney's Motion to be Relieved as Counsel - Civil on Consolidated Cross-Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC |
| 09/20/2022 | Proposed Order (hearing) re: Order Granting Attorney's Motion to be Relieved as Counsel on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC for hearing on 11/07/2022 Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC |
| 09/21/2022 | Motion to Set Aside Waiver of Jury Trial & Proposed Order on Cross Complaint of DOUG WALL CONSTRUCTION INC Filed By: DOUG WALL CONSTRUCTION INC |
| 09/21/2022 | Ex Parte Application re: Continue Hearing on Demurrer to Cross Complaint to the Same Date as Pending Motions on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: ELLIOT LANDER |
| 09/21/2022 | Opposition Plaintiff's Opposition to Ex Parte Application to Continue Hearing on Demurrer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 09/21/2022 | Motion to Set Aside Waiver of Jury Trial on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: DOUG WALL CONSTRUCTION INC, DOUG WALL CONSTRUCTION INC |
| 09/21/2022 | Payment: $1.85,  Connect, Legal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20220921-00387 |
| 09/21/2022 | Notice of Document Return. |
| 09/21/2022 | Proposed Order (hearing) re: Granting Motion of Doug Wall Construction, Inc. to Set Aside Waiver of Jury Trial on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP for hearing on 11/07/2022 Filed By: DOUG WALL CONSTRUCTION INC, DOUG WALL CONSTRUCTION INC |
| 09/21/2022 | Payment: $60.00,  Legal, One, for LANDER, ELLIOT, Receipt: EFM20220921-01147 |
| 09/21/2022 | Payment: $1.85,  Legal, One, for LANDER, ELLIOT, Receipt: EFM20220921-01147 |
| 09/21/2022 | Notice of Hearing (eFiling) on Ex Parte Application re: on Complaint |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

09/22/2022  Clerk's Certificate of Mailing

09/22/2022  Proposed Order on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III
            A LP
            Filed By: ELLIOT LANDER

09/22/2022  Minute Order: Ex Parte Hearing re: Continue Hearing on Demurrer to
            Cross Complaint to the Same Date as Pending Motions by ELLIOT LANDER

09/22/2022  Ex Parte Hearing re: Continue Hearing on Demurrer to Cross Complaint
            to the Same Date as Pending Motions by ELLIOT LANDER at 8:30 AM in
            Department S302 Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            At 08:30 AM, the following proceedings were held:
            Court has read and considered Ex Parte Application.
            Court makes the following order(s):
            Ex Parte Application is substantively and procedurally denied.
            Notice to be given by Clerk.

09/22/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP, Receipt: EFM20220922-00281

09/22/2022  Notice of Document Return.

09/26/2022  Notice of Ruling re: Demurrer on Complaint of U.S. REAL ESTATE
            CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

09/26/2022  Hearing on Motion for Summary Adjudication on at 10:30 AM in
            Department S302

09/26/2022  Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER at 10:30 AM in
            Department S302

09/26/2022  Minute Order: Hearing re: Demurrer on 1st Amended Cross-Complaint of
            ELLIOT E. LANDER 1st Amended Cross-Complaint of ELLIOT E. LANDER by
            CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS

PAGE: 281

EXHIBIT 3, PAGE 343

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

          III A LP

09/26/2022 Hearing re: Demurrer on 1st Amended Cross-Complaint of ELLIOT E.
          LANDER 1st Amended Cross-Complaint of ELLIOT E. LANDER by CALMWATER
          ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP at
          10:30 AM in Department S302 Honorable Angel M. Bermudez, Judge
          A. Behrmann, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          At 10:30 AM, the following proceedings were held:
          Court has read and considered documents relating to this matter.
          Court's tentative is issued.
          There is no request for oral argument.
          Tentative ruling shall become the ruling of the court.
          Movants' unopposed RJN Notice is GRANTED. The Demurrer is SUSTAINED
          as to the 1COA and 2COA as to Cross-Defendant, Calmwater, without
          leave to amend, unless Cross-Complainants can articulate a basis to
          amend. The Demurrer to the 1COA and 2COA is OVERRULED as to USRECH.
          The Demurrer to the 3COA through 7COA is SUSTAINED as to both
          Calmwater and USRECH with 20 days leave to amend.

          1COA and 2COA: The Demurrer is SUSTAINED as to Calmwater for failure
          to state facts sufficient to a cause of action. Rescission is
          technically a remedy, but nevertheless analysis follows. Movants
          persuasively argue that Calmwater is not a party to the loan
          documents so, there is nothing to rescind as to Calmwater. Notably,
          the FAXC alleges that Calmwater is USRECH's agent. (FAXC ¶ 3.) In
          addition, the Loan Agreement was executed by a representative of
          Calmwater on USRECH's behalf. (Request for Judicial Notice [RJN],
          Ex. B-1, p. 133 of 179 [Calmwater signature].) Nonetheless,
          Calmwater is not a party to the loan agreement.

          3COA through 6COA: The Demurrer as to both Calmwater and USRECH is
          SUSTAINED for failure to state sufficient facts in particularity.
          Fraud claims must be alleged with particularity.

          7COA: The FAXC fails to plead facts demonstrating that USRECH
          engaged in any wrongful act, which must be independently wrongful as
          opposed to the interference itself. This cause of action is entirely
          conclusory.

PAGE: 282

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

With leave to amend granted, the challenge based on uncertainty is
overruled pending amendment. In no event would it be sustained as to
the 1COA and 2COA.

Leave to amend 1st Amended Cross-Complaint of ELLIOT E. LANDER
granted, with 20 days to leave to amend.
Notice of ruling to be prepared, served and submitted by prevailing
party.

09/26/2022  Hearing re: Motion to be Relieved as Counsel for rescheduled from
10/07/2022 at 08:30 AM in Department S302 to 11/07/2022 at 10:30 AM
in Department S302

09/26/2022  Payment: $1.85,  Connect, Legal, for GLENROY COACHELLA LLC, Receipt:
EFM20220926-01113

09/26/2022  Payment: $60.00,  Connect, Legal, for GLENROY COACHELLA LLC,
Receipt: EFM20220926-01113

09/26/2022  Payment: $1.85,  Connect, Legal, for DOUG WALL CONSTRUCTION INC,
DOUG WALL CONSTRUCTION INC, Receipt: EFM20220926-01132

09/26/2022  Payment: $60.00,  Connect, Legal, for DOUG WALL CONSTRUCTION INC,
DOUG WALL CONSTRUCTION INC, Receipt: EFM20220926-01132

10/03/2022  Proof of Service by Mail re: Proof of Service re Notice of Motion
and Motion to be Relieved as Counsel on Consolidated Cross-Complaint
of ALL PHASE DRYWALL & DEVLOPMENT INC
Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC
Against / As To: GLENROY COACHELLA LLC

10/03/2022  Payment: $20.00,  DOUG WALL CONSTRUCTION INC, for DOUG WALL
CONSTRUCTION INC, Receipt: 590845291483-1

10/04/2022  Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
HOLDINGS III A LP, Receipt: EFM20221004-01589

10/05/2022  Receipt for Record on Appeal Record on Appeal on Appeal Not
Specified A STUART RUBIN

10/10/2022  $100.00 deposited into Trust Civil Appeal Transcripts (SAP 353023)
by A STUART RUBIN, Receipt No. 20221010-00087

10/11/2022  Notice of Reassignment of Department for All Purposes on 1st Amended
Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY

PAGE: 283

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 10/11/2022 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department S302 |
| 10/11/2022 | Hearing re: Motion to be Relieved as Counsel for ALL PHASE DRYWALL & DEVLOPMENT INC, GLENROY COACHELLA LLC rescheduled from 11/07/2022 at 10:30 AM in Department S302 to 11/07/2022 at 10:30 AM in Department 10 |
| 10/11/2022 | Hearing re: Motion Motion To Be Relieved from Waiver of Jury Trial by DOUG WALL CONSTRUCTION INC, DOUG WALL CONSTRUCTION INC rescheduled from 11/07/2022 at 10:30 AM in Department S302 to 11/07/2022 at 10:30 AM in Department 10 |
| 10/11/2022 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER rescheduled from 11/14/2022 at 10:30 AM in Department S302 to 11/14/2022 at 10:30 AM in Department 10 |
| 10/11/2022 | Renewed Motion for Summary Adjudication rescheduled from 11/14/2022 at 10:30 AM in Department S302 to 11/14/2022 at 10:30 AM in Department 10 |
| 10/11/2022 | Hearing re: Status Conference rescheduled from 11/28/2022 at 10:30 AM in Department S302 to 11/28/2022 at 10:30 AM in Department 10 |
| 10/11/2022 | Hearing re: Motion for Leave to Amend rescheduled from 11/30/2022 at 08:30 AM in Department S302 to 11/30/2022 at 08:30 AM in Department 10 |
| 10/17/2022 | Case assigned to Department: Department 10 |
| 10/17/2022 | 2nd Amended Cross-Complaint of ELLIOT E. LANDER Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 10/18/2022 | Minute Order: Court on its Own Motion Re Continuance of Hearings to 8:30 a.m. from 10:30 a.m. |
| 10/18/2022 | Court on its Own Motion Re Continuance of Hearings to 8:30 a.m. from 10:30 a.m. at 8:30 AM in Department 10 Honorable Harold W. Hopp, Judge Courtroom Assistant: None Court Reporter: None |

PAGE: 284

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

            APPEARANCES:
            No Appearances
            On Court's own motion:
            Continue (future hearing) 11/07/2022 10:30 AM Hearing re: Motion
            Motion To Be Relieved from Waiver of Jury Trial by DOUG WALL
            CONSTRUCTION INC, DOUG WALL CONSTRUCTION INC to 11/07/2022 at 08:30
            AM in Department 10.
            Continue (future hearing) 11/07/2022 10:30 AM Hearing re: Motion to
            be Relieved as Counsel for ALL PHASE DRYWALL & DEVLOPMENT INC,
            GLENROY COACHELLA LLC to 11/07/2022 at 08:30 AM in Department 10.
            Notice to be given by Clerk to SULMEYERKUPETZ , BERMAN LITIGATION
            GROUP , THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A
            PROFESSIONAL LAW CORPORATION , BAAKE LAW LLC , The Law Office of
            Stephen J. Armstrong , ROEMER & HARNIK LLP , ABDULAZIZ, GROSSBART &
            RUDMAN , PLUMTREE & ASSOCIATES , LAW OFFICES OF ARNOLD L VELDKAMP ,
            LANAK & HANNA PC , GEORGE SYKULSKI A PROF LAW CORP , RAINES FELDMAN
            LLP , THE GREEN LAW GROUP, LLP , WCH LAW GROUP, P.C. , MARSHA A.
            HOUSTON , Matt H. Morris , Christopher Orlando Rivas , John Anthony
            Messina, Jr , Evan Llewellyn Smith , PETER J. KENNEDY , MCGARRIGLE
            KENNEY & ZAMPIELLO , BAYUK & ASSOCIATES INC , TREVOR OAKLEY
            RESURRECCION , JEFFREY VAN WICK , SEAN OKEEFE , Mark Alan Walsh.
            Minute entry completed.

10/18/2022  Certificate of Mailing

10/19/2022  Payment: $1.85,  Legal, One, for A STUART RUBIN, COACHELLA RESORT
            LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS,
            LLC, LANDER, ELLIOT E., Receipt: EFM20221019-01316

10/21/2022  Payment: $1.85, Connect, Legal, for ALL PHASE DRYWALL & DEVLOPMENT
            INC, Receipt: EFM20221021-00185

10/26/2022  Minute Order: Court on its Own Motion

10/26/2022  Court on its Own Motion at 2:18 PM in Department 10 Honorable Harold
            W. Hopp, Judge
            G. Zambrano, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            On Court's own motion:

                                                                    PAGE: 285

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Continue (future hearing) 11/14/2022 10:30 AM Renewed Motion for Summary Adjudication to 11/14/2022 at 08:30 AM in Department 10. Continue (future hearing) 11/14/2022 10:30 AM Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER to 11/14/2022 at 08:30 AM in Department 10. Continue (future hearing) 11/28/2022 10:30 AM Hearing Re: Status Conference to 11/28/2022 at 08:30 AM in Department 10. Notice to be given by Clerk to RAINES FELDM AN LLP , SULMEYERKUPETZ , BERMAN LITIGATION GROUP , THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A PROFESSIONAL LAW CORPORATION , BAAKE LAW LLC , ROEMER & HARNIK LLP , ABDULAZIZ, GROSSBART & RUDMAN , PLUMTREE & ASSOCIATES , LAW OFFICE OF ERIC EVERETT HAWES , LAW OFFICES OF ARNOLD L VELDKAMP , GEORGE SYKULSKI A PROF LAW CORP , THE GREEN LAW GROUP, LLP , WCH LAW GROUP, P.C. , CUMMINS & WHITE LLP , MARSHA A. HOUSTON , Matt H. Morris , Christopher Orlando Rivas , John Anthony Messina, Jr , Evan Llewellyn Smith , PETER J. KENNEDY , MCGARRIGLE KENNEY & ZAMPIELLO , BAYUK & ASSOCIATES INC , TREVOR OAKLEY RESURRECCION , JEFFREY VAN WICK , SEAN OKEEFE , Mark Alan Walsh. Minute entry completed. |
| 10/26/2022 | Certificate of Mailing |
| 10/27/2022 | Hearing re: Motion for Leave to Amend by DOUG WALL CONSTRUCTION INC at 8:30 AM in Department S302 |
| 10/28/2022 | Payment: $20.00,  DOUG WALL CONSTRUCTION INC, for DOUG WALL CONSTRUCTION INC, Receipt: 590845291483-2 |
| 10/31/2022 | DEFENDANT ELLIOT B. LANDERS OPPOSITION TO RENEWED MOTION FOR SUMMARY ADJUDICATION on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: ELLIOT LANDER |
| 10/31/2022 | Defendant Elliot B. Lander Separate Statement In Opposition To Renewed Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: ELLIOT LANDER |
| 10/31/2022 | Declaration of DR. ELLIOT B. LANDER IN SUPPORT OF OPPOSITION TO RENEWED MOTION FOR SUMMARY ADJUDICATION Filed By: ELLIOT LANDER |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

10/31/2022  Declaration of A. STUART RUBIN IN SUPPORT OF OPPOSITION TO RENEWED
            MOTION FOR SUMMARY ADJUDICATION
            Filed By: ELLIOT LANDER

10/31/2022  Declaration of SEAN A. OKEEFE IN SUPPORT OF OPPOSITION TO US. REAL
            ESTATE CREDIT HOLDINGS III-A, LP'S RENEWED MOTION FOR SUMMARY
            ADJUDICATION
            Filed By: ELLIOT LANDER

10/31/2022  Declaration of BRIAN LEWIS IN SUPPORT OF OPPOSITION TO RENEWED
            MOTION FOR SUMMARY ADJUDICATION
            Filed By: ELLIOT LANDER

10/31/2022  Declaration of BRIAN HOLCOMBE IN SUPPORT OF OPPOSITION TO RENEWED
            MOTION FOR SUMMARY ADJUDICATION
            Filed By: ELLIOT LANDER

10/31/2022  Defendant A. Stuart Rubin's Opposition to Renewed Motion for Summary
            Adjudication of the Fifth Cause of Action Fled by U.S. Real Estate
            Credit Holdings III-A, LP. on Complaint of U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP
            Filed By: A STUART RUBIN, ELLIOT LANDER

10/31/2022  Defendant A. Stuart Rubin's Separate Statement in Opposition to
            Renewed Motion for Summary Adjudication on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP
            Filed By: A STUART RUBIN

10/31/2022  Elliot B. Lander's and A. Stuart Rubin's Joint Request for Judicial
            Notice in Support of Their Separate Oppositions to the Renewed
            Motion for Summary Adjudication
            Filed By: A STUART RUBIN, ELLIOT LANDER

10/31/2022  PLAINTIFF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LPS EVIDENTIARY
            OBJECTIONS TO: (1) THE DECLARATION OF ELLIOT LANDER; (2) THE
            DECLARATION OF BRIAN LEWIS; (3) THE DECLARATION OF BRIAN HALCOMBE;
            AND (4) THE DECLARATION OF A. STUART RUBIN on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

10/31/2022  PLAINTIFF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LPS OPPOSITION TO
            DEFENDANT ELLIOT B. LANDERS MOTION FOR SUMMARY ADJUDICATION OF THE
            FIFTH CAUSE OF ACTION IN THE VERIFIED COMPLAINT on Complaint of U.S.
            REAL ESTATE CREDIT HOLDINGS III A LP
            Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

10/31/2022  PLAINTIFF U.S. REAL ESTATE CREDIT HOLDINGS III-A, LPS RESPONSES TO

PAGE: 287

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | ELLIOT B. LANDERS SEPARATE STATEMENT OF UNDISPUTED FACTS; AND PLAINTIFFS SUPPLEMENTAL STATEMENT OF UNDISPUTED FACTS on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 10/31/2022 | Payment: $1.85,  Legal, One, for LANDER, ELLIOT, Receipt: EFM20221031-01892 |
| 11/01/2022 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20221101-00670 |
| 11/01/2022 | Payment: $1.85,  Legal, One, for A STUART RUBIN, LANDER, ELLIOT, Receipt: EFM20221101-02106 |
| 11/03/2022 | Proof of Service by Mail<br>Filed By: ELLIOT LANDER |
| 11/03/2022 | Case assigned to Department:<br>Department S302 |
| 11/03/2022 | Notice of Case Reassignment to Department |
| 11/03/2022 | Returned Mail<br>Returned mail re Other: Minute Order sent to Matt H. Morris Reason: Return to Sender; Unclaimed; Unable to Forward<br>No further action. |
| 11/03/2022 | Minute Order: Court on its Own Motion |
| 11/03/2022 | Amended Minute Order: Court on its Own Motion |
| 11/03/2022 | Court on its Own Motion at 4:12 PM in Department 10 Honorable Harold W. Hopp, Judge<br>E. Escobedo, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Honorable Harold W. Hopp recuses himself/herself from hearing matters in this case pursuant to CCP 170.1/170.3.<br>Case reassigned to Department S302 for all purposes.<br>Notice to be given by Clerk to RAINES FELDM AN LLP , SULMEYERKUPETZ , BERMAN LITIGATION GROUP , THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A PROFESSIONAL LAW CORPORATION , BAAKE LAW LLC , ROEMER & HARNIK LLP , ABDULAZIZ, GROSSBART & RUDMAN , PLUMTREE & ASSOCIATES |

EXHIBIT 3, PAGE 350

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | , LAW OFFICE OF ERIC EVERETT HAWES , LAW OFFICES OF ARNOLD L VELDKAMP , LANAK & HANNA PC , THE GREEN LAW GROUP, LLP , WCH LAW GROUP, P.C. , CUMMINS & WHITE LLP , MARSHA A. HOUSTON , Stephen John Armstrong , Matt H. Morris , Christopher Orlando Rivas , John Anthony Messina, Jr , Evan Llewellyn Smith , PETER J. KENNEDY , MCGARRIGLE KENNEY & ZAMPIELLO , BAYUK & ASSOCIATES INC , TREVOR OAKLEY RESURRECCION , JEFFREY VAN WICK , SEAN OKEEFE , Mark Alan Walsh.
Minute entry completed. |
| 11/03/2022 | Notice of Document Return. |
| 11/03/2022 | Certificate of Mailing |
| 11/03/2022 | Hearing re: Motion Motion To Be Relieved from Waiver of Jury Trial rescheduled from 11/07/2022 at 08:30 AM in Department 10 to 11/07/2022 at 08:30 AM in Department S302 |
| 11/03/2022 | Hearing re: Motion to be Relieved as Counsel for rescheduled from 11/07/2022 at 08:30 AM in Department 10 to 11/07/2022 at 08:30 AM in Department S302 |
| 11/03/2022 | Renewed Motion for Summary Adjudication rescheduled from 11/14/2022 at 08:30 AM in Department 10 to 11/14/2022 at 08:30 AM in Department S302 |
| 11/03/2022 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER rescheduled from 11/14/2022 at 08:30 AM in Department 10 to 11/14/2022 at 08:30 AM in Department S302 |
| 11/03/2022 | Hearing Re: Status Conference rescheduled from 11/28/2022 at 08:30 AM in Department 10 to 11/28/2022 at 08:30 AM in Department S302 |
| 11/03/2022 | Hearing re: Motion for Leave to Amend rescheduled from 12/15/2022 at 08:30 AM in Department 10 to 12/15/2022 at 08:30 AM in Department S302 |
| 11/07/2022 | Order Granting Attorney's Motion to be Relieved as Counsel (MC-053) Against / As To: ALL PHASE DRYWALL & DEVLOPMENT INC
Result: Granted |
| 11/07/2022 | Returned Mail
Returned mail re Notice of Hearing (All) sent to PLUMTREE & ASSOCIATES Reason: No Such Address Unable to Forward |

PAGE: 289

EXHIBIT 3, PAGE 351

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

          No further action.

11/07/2022 Minute Order: Court on its Own Motion Hearings Continued to 12/14/22

11/07/2022 Court on its Own Motion Hearings Continued to 12/14/22 at 8:30 AM in
          Department S302 Honorable Angel M. Bermudez, Judge
          A. Behrmann, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          On Court's own motion:
          Continue (future hearing) 11/14/2022 08:30 AM Hearing on Motion for
          Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT
          HOLDINGS III A LP by ELLIOT LANDER to 12/14/22 at 08:30 AM in
          Department S302.
          Continue (future hearing) 11/14/2022 08:30 AM Renewed Motion for
          Summary Adjudication to 12/14/22 at 08:30 AM in Department S302.
          Continue (future hearing) 11/28/2022 08:30 AM Hearing Re: Status
          Conference to 12/14/22 at 08:30 AM in Department S302.
          Notice to be given by Clerk.
          Minute entry completed.

11/07/2022 Minute Order: Hearing re: Motion Motion To Be Relieved from Waiver
          of Jury Trial

11/07/2022 Hearing re: Motion Motion To Be Relieved from Waiver of Jury Trial
          at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge
          A. Behrmann, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          At 08:30 AM, the following proceedings were held:
          Court has read and considered documents relating to this matter.
          Court's tentative is issued.
          There is no request for oral argument.
          Tentative ruling shall become the ruling of the court.
          The Motion is granted.
          Jury fees to be posted within 72 hours.
          Notice of ruling to be prepared, served and submitted by prevailing
          party.

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

11/07/2022  Minute Order: Hearing re: Motion to be Relieved as Counsel for

11/07/2022  Hearing re: Motion to be Relieved as Counsel for at 8:30 AM in
            Department S302 Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            At 08:30 AM, the following proceedings were held:
            Court has read and considered documents relating to this matter.
            Court's tentative is issued.
            There is no request for oral argument.
            Tentative ruling shall become the ruling of the court.
            The Motion to be Relieved as Counsel is granted.
            Notice of ruling to be prepared, served and submitted by prevailing
            party.

11/07/2022  Hearing re: Motion to be Relieved as Counsel for ALL PHASE DRYWALL &
            DEVLOPMENT INC, GLENROY COACHELLA LLC at 10:30 AM in Department 10

11/07/2022  Hearing re: Motion Motion To Be Relieved from Waiver of Jury Trial
            by DOUG WALL CONSTRUCTION INC, DOUG WALL CONSTRUCTION INC at 10:30
            AM in Department 10

11/08/2022  Clerk's Certificate of Mailing

11/08/2022  Notice of Ruling re: Motion to Set Aside Waiver of Jury Trial on
            Cross Complaint of DOUG WALL CONSTRUCTION INC
            Filed By: DOUG WALL CONSTRUCTION INC

11/08/2022  Notice of Advance Payment of Jury Fees on Cross Complaint of DOUG
            WALL CONSTRUCTION INC
            Filed By: DOUG WALL CONSTRUCTION INC

11/08/2022  Returned Mail
            Returned mail re Other: Court on its Own Motion sent to PLUMTREE &
            ASSOCIATES Reason: Return to sender, no such street, unable to
            forward
            No further action.

11/08/2022  Payment: $150.00, Connect, Legal, for DOUG WALL CONSTRUCTION INC,
            Receipt: EFM20221108-01460

11/08/2022  Payment: $1.85, Connect, Legal, for DOUG WALL CONSTRUCTION INC,

EXHIBIT 3, PAGE 353

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Receipt: EFM20221108-01460 |
| 11/14/2022 | Renewed Motion for Summary Adjudication at 8:30 AM in Department S302 |
| 11/14/2022 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER at 8:30 AM in Department S302 |
| 11/14/2022 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER at 10:30 AM in Department 10 |
| 11/14/2022 | Renewed Motion for Summary Adjudication at 10:30 AM in Department 10 |
| 11/17/2022 | Motion for Leave to File 1st Amended Cross-Complaint on Cross Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 11/17/2022 | Request for Judicial Notice.<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 11/17/2022 | Declaration of Trevor O. Resurreccion in Support of Motion for Leave to File 1st Amended Cross-Complaint<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 11/17/2022 | Declaration of Marc S. Homme in Support of Motion for Leave to File 1st Amended Cross-Complaint<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 11/17/2022 | Proof of Service re: Moton for Leave to File 1st Amended Cross-Complaint packet on Cross Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 11/18/2022 | Writ of Attachment after Hearing<br>Filed By: US REAL STATE CREDIT HOLDINGS III-A LP |
| 11/18/2022 | Proposed order<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 11/18/2022 | Returned Mail<br>Returned mail re Other: Certificate of Mailing, Minute order sent to PETER J. KENNEDY Reason: Return to Sender No such number Unable to Forward |
| 11/18/2022 | Proposed Order (hearing) re: Doug Wall Motion for Leave to Amend on Cross Complaint of DOUG WALL CONSTRUCTION INC for hearing on 12/15/2022<br>Filed By: DOUG WALL CONSTRUCTION INC |

PAGE: 292

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 11/18/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Riverside<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/18/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Los Angeles<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/18/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Riverside<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/18/2022 | Writ of Attachment Issued on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>County: Sacramento<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/18/2022 | Notice of Document Return. |
| 11/18/2022 | Payment: $60.00,  Legal, One, for DOUG WALL CONSTRUCTION INC,<br>Receipt: EFM20221118-00659 |
| 11/18/2022 | Payment: $1.85,  Legal, One, for DOUG WALL CONSTRUCTION INC,<br>Receipt: EFM20221118-00659 |
| 11/18/2022 | Notice of Document Return. |
| 11/23/2022 | Demurrer on 2nd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/23/2022 | Declaration of Christopher O. Rivas ISO Demurrer<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/23/2022 | Proposed Order (hearing) re: Demurrer to 2nd Amended Cross-Complaint on 2nd Amended Cross-Complaint of ELLIOT E. LANDER for hearing on 12/21/2022<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 11/23/2022 | Request for Judicial Notice.<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT |

EXHIBIT 3, PAGE 355

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | HOLDINGS III A LP |
| 11/28/2022 | Hearing Re: Status Conference at 8:30 AM in Department S302 |
| 11/28/2022 | Motion to File 1st Amended Answer at 10:30 AM in Department S302 |
| 11/28/2022 | Hearing Re: Status Conference at 10:30 AM in Department 10 |
| 11/29/2022 | Returned Mail<br>Returned mail re Notice of Hearing (All) sent to BAAKE LAW LLC<br>Reason: Unable to forward<br>No further action. |
| 11/29/2022 | Payment: $1.85, Legal, One, for DOUG WALL CONSTRUCTION INC,<br>Receipt: EFM20221129-01400 |
| 11/30/2022 | Hearing re: Motion for Leave to Amend at 8:30 AM in Department 10 |
| 11/30/2022 | Payment: $1.85, Connect, Legal, for CALMWATER ASSET MANAGEMENT,<br>LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt:<br>EFM20221130-00627 |
| 11/30/2022 | Payment: $60.00, Connect, Legal, for CALMWATER ASSET MANAGEMENT,<br>LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt:<br>EFM20221130-00627 |
| 12/02/2022 | Opposition to Motion for Leave to File Compulsory Cross-Complaint on<br>Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/02/2022 | Declaration of Christopher O. Rivas in Support of Opposition to<br>Motion for Leave to File Compulsory Cross-Complaint<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/02/2022 | Case Management Statement on Complaint of U.S. REAL ESTATE CREDIT<br>HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/02/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT<br>HOLDINGS III A LP, Receipt: EFM20221202-01737 |
| 12/05/2022 | Reply to Opposition to Motion for Summary Adjudication on Complaint<br>of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 12/05/2022 | Supplemental Declaration of Elliot B. Lander ISO Opposition to<br>Motion for Summary Adjudication<br>Filed By: ELLIOT LANDER |
| 12/05/2022 | Proof of Service re: Reply to Opposition to Motin for Summary |

PAGE: 294

EXHIBIT 3, PAGE 356

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 12/05/2022 | Elliot B Lander's Response to Evidentiary Objections to Evidence Submitted Objections to Evidence Submitted in Support of Elliot B Lander's Motion for Summary Adjudication of the Fifth Cause of Action on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 12/05/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20221205-00343 |
| 12/06/2022 | Payment: $1.85, Legal, One, for LANDER, ELLIOT, Receipt: EFM20221206-01409 |
| 12/07/2022 | Payment: $1.85, Legal, One, for LANDER, ELLIOT, Receipt: EFM20221207-01489 |
| 12/08/2022 | Proof of Service<br>Filed By: ALL PHASE DRYWALL & DEVLOPMENT INC |
| 12/08/2022 | Proof of Service of Order Granting Attorney's Motion to be Relieved as Counsel on Consolidated Complaint of ALL PHASE DRYWALL & DEVLOPMENT INC<br>Attorney Type: Existing Attorney, Represented Parties: ALL PHASE DRYWALL & DEVLOPMENT INC (Plaintiff), ALL PHASE DRYWALL & DEVLOPMENT INC (Cross-Complainant)<br>Attorney Type: Self Represented, Represented Parties: ALL PHASE DRYWALL & DEVLOPMENT INC (Plaintiff), ALL PHASE DRYWALL & DEVLOPMENT INC (Cross-Complainant)<br>Attorney Type: Self Represented, Represented Parties: ALL PHASE DRYWALL & DEVLOPMENT INC (Plaintiff), ALL PHASE DRYWALL & DEVLOPMENT INC (Cross-Complainant)<br>Against / As To: ALL PHASE DRYWALL & DEVLOPMENT INC, ALL PHASE DRYWALL & DEVLOPMENT INC |
| 12/08/2022 | Opposition By Cross-Complainants to Demurrer of Cross-Defendants U.S. Real Estate Credit Holdings III-A, LP., and Calmwater Asset Management, LLC., to Second Amended Cross-Complaint on 2nd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: FORCE RUBIN 2 LLC, ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 12/08/2022 | Request for Judicial Notice. |

PAGE: 295

EXHIBIT 3, PAGE 357

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| | Filed By: FORCE RUBIN LLC, ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 12/08/2022 | Proposed Order (hearing) re: Overruling Demurrer of Cross-Defendants U.S. Real Estate Credit Holdings III-A, LP., and Calmwater Asset Management, LLC., to Second Amender Cross-Complaint on 2nd Amended Cross-Complaint of ELLIOT E. LANDER for hearing on 12/21/2022<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 12/08/2022 | Proof of Service by Electronic Service (non-complaint) of [Proposed] Order Overruling Demurrer of Cross-Defendants U.S. Real Estate Credit Holdings III-A, LP., and Calmwater Asset Management, LLC., to Second Amended Cross-Complaint on 2nd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: FORCE RUBIN LLC, ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC<br>Against / As To: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/08/2022 | Reply Memorandum in Support of Doug Wall Construction, Inc.'s Motion for Leave to File First Amended Cross-Complaint on Consolidated Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 12/08/2022 | Notice of Document Return. |
| 12/08/2022 | Notice of Document Quality Assurance |
| 12/08/2022 | Payment: $1.85,  Legal, One, for LANDER, ELLIOT, Receipt: EFM20221208-00797 |
| 12/09/2022 | Reply ISO Renewed Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/09/2022 | Evidentiary Objections to Declarations on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/09/2022 | Response to to Rubin's Separate Statement in Opposition to Renewed Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/09/2022 | Reply to Elliot B. Lander's Separate Statement in Opposition to Renewed Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/09/2022 | Reply ISO Renewed Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/09/2022 | Payment: $1.85, Connect, Legal, for ALL PHASE DRYWALL & DEVLOPMENT INC, ALL PHASE DRYWALL & DEVLOPMENT INC, Receipt: EFM20221209-00394 |
| 12/09/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20221209-01604 |
| 12/09/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20221209-01618 |
| 12/09/2022 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20221209-01624 |
| 12/09/2022 | Payment: $1.85, Legal, One, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS, LLC, LANDER, ELLIOT E., Receipt: EFM20221209-01971 |
| 12/09/2022 | Payment: $1.85, Legal, One, for LANDER, ELLIOT, Receipt: EFM20221209-02009 |
| 12/12/2022 | Payment: $1.85, Legal, One, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20221212-00925 |
| 12/14/2022 | Reply in Support of Demurrer on 2nd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/14/2022 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 12/14/2022 | Minute Order: Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER |
| 12/14/2022 | Hearing on Motion for Summary Adjudication on Complaint of U.S. REAL |

EXHIBIT 3, PAGE 359

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|

ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER at 8:30 AM in
Department S302 Honorable Angel M. Bermudez, Judge
A. Lovato Ostorga, Courtroom Assistant
Stephanie Koenigshofer pro tempore, Court Reporter
APPEARANCES:
U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
Rivas present (Telephonically).
LANDER, ELLIOT [DEF] represented by Sean OKeefe present
(Telephonically).
A STUART RUBIN [DEF] represented by Evan Smith present
(Telephonically).
At 09:16 AM, the following proceedings were held:
Court has read and considered documents relating to this matter.
Counsel argue.
Motion for Summary Adjudication is taken under submission.

12/14/2022 Minute Order: Renewed Motion for Summary Adjudication

12/14/2022 Renewed Motion for Summary Adjudication at 8:30 AM in Department
S302 Honorable Angel M. Bermudez, Judge
A. Lovato Ostorga, Courtroom Assistant
Stephanie Koenigshofer pro tempore, Court Reporter
APPEARANCES:
U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris
Rivas present (Telephonically).
LANDER, ELLIOT [DEF] represented by Sean OKeefe present
(Telephonically).
A STUART RUBIN [DEF] represented by Evan Smith present
(Telephonically).
At 10:28 AM, the following proceedings were held:
Court has read and considered documents relating to this matter.
Counsel argue.
Renewed Motion for Summary Adjudication is taken under submission.

12/14/2022 Minute Order: Hearing Re: Status Conference

12/14/2022 Hearing Re: Status Conference at 8:30 AM in Department S302
Honorable Angel M. Bermudez, Judge
A. Lovato Ostorga, Courtroom Assistant
Stephanie Koenigshofer pro tempore, Court Reporter

EXHIBIT 3, PAGE 360

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | APPEARANCES:<br>STIFFELMAN, GARY [DEF] represented by Timothy Laquer present (Telephonically).<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris Rivas and Marsha Houston present (Telephonically).<br>LANDER, ELLIOT [DEF] represented by Sean OKeefe present (Telephonically).<br>DOUG WALL CONSTRUCTION INC [DEF] represented by Trevor Resurreccion and Marc Homme present (Telephonically).<br>L&W SUPPLY CORPORATION [PLA] represented by Laura Steck present (Telephonically).<br>BMC WEST LLC [DEF] represented by Milene Apanian present (Telephonically).<br>A STUART RUBIN [DEF] represented by Evan Smith present (Telephonically).<br>At 11:05 AM, the following proceedings were held:<br>Court and counsel confer regarding law and motion hearings.<br>Hearing continued not held to 02/16/23 at 08:30 AM in Department S302<br>Reason for Continuance: pending rulings on law and motion hearings.<br>Notice to be given by Clerk to THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A PROFESSIONAL LAW CORPORATION , ABDULAZIZ, GROSSBART & RUDMAN , LANAK & HANNA PC , MARSHA A. HOUSTON , Christopher Orlando Rivas , MCGARRIGLE KENNEY & ZAMPIELLO , TREVOR OAKLEY RESURRECCION , SEAN OKEEFE. |
| 12/14/2022 | Payment: $1.85,  Connect, Legal, for CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20221214-01869 |
| 12/14/2022 | Certificate of Mailing |
| 12/15/2022 | Notice of Ruling re: Granting Doug Wall Construction, Inc.'s Motion for Leave to file First Amended Cross-Complaint on Consolidated Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 12/15/2022 | Minute Order: Hearing re: Motion for Leave to Amend on Cross Complaint of DOUG WALL CONSTRUCTION INC |
| 12/15/2022 | Hearing re: Motion for Leave to Amend on Cross Complaint of DOUG |

EXHIBIT 3, PAGE 361

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

          WALL CONSTRUCTION INC at 8:30 AM in Department S302 Honorable Angel
          M. Bermudez, Judge
          A. Lovato Ostorga, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          At 08:30 AM, the following proceedings were held:
          Court has read and considered documents relating to this matter.
          Court's tentative is issued.
          There is no request for oral argument.
          The Motion is granted.
          As the moving party points out although the case has passed through
          some time, trial has not even been set. The opposing party's
          arguments may be well-placed at a later stage in the case. However,
          leave to amend is not reliant on the strength of the merits of the
          claim.
          Leave to amend Cross Complaint of DOUG WALL CONSTRUCTION INC
          granted, with 10 days to leave to amend.
          Notice of Ruling to be prepared, served and submitted by prevailing
          party.

12/16/2022 Minute Order re: Dated 12/16- Renewed Motion for Summary
          Adjudication

12/16/2022 Minute Order re: Dated 12/16- Motion for Summary Adjudication by
          ELLIOT LANDER

12/16/2022 Amended Summons Issued and Filed.
          Filed By: DOUG WALL CONSTRUCTION INC

12/16/2022 Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
          HOLDINGS III A LP, Receipt: EFM20221216-00494

12/16/2022 Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT
          HOLDINGS III A LP, Receipt: EFM20221216-00494

12/16/2022 Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT
          HOLDINGS III A LP, Receipt: EFM20221216-00494

12/16/2022 Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT
          HOLDINGS III A LP, Receipt: EFM20221216-00494

12/16/2022 Payment: $40.00,  Connect, Legal, for U.S. REAL ESTATE CREDIT

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

          HOLDINGS III A LP, Receipt: EFM20221216-00494

12/16/2022 Minute Order: Ruling on Matter Submitted

12/16/2022 Ruling on Matter Submitted at 11:51 AM in Department S302 Honorable
          Angel M. Bermudez, Judge
          A. Behrmann, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          Court subsequently rules on matter taken under submission on:
          12/14/2022 for Hearing on Motion for Summary Adjudication on
          Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT
          LANDER.
          The Motion for Summary Adjudication is denied.
          Court's ruling attached to Minute Order and incorporated herein by
          reference.
          Notice to be given by Clerk to Christopher Orlando Rivas , John
          Anthony Messina, Jr , Evan Llewellyn Smith , SEAN OKEEFE.

12/16/2022 Minute Order: Ruling on Matter Submitted

12/16/2022 Ruling on Matter Submitted at 12:19 PM in Department S302 Honorable
          Angel M. Bermudez, Judge
          A. Behrmann, Courtroom Assistant
          Court Reporter: None
          APPEARANCES:
          No Appearances
          Court subsequently rules on matter taken under submission on:
          12/14/2022 for Renewed Motion for Summary Adjudication.
          The Motion as to the 5COA is granted.
          Court's ruling attached to Minute Order and incorporated herein by
          reference.
          Notice to be given by Clerk to Christopher Orlando Rivas , John
          Anthony Messina, Jr , Evan Llewellyn Smith.

12/16/2022 Certificate of Mailing

12/16/2022 Certificate of Mailing

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

12/19/2022 Payment: $1.85,  Legal, One, for DOUG WALL CONSTRUCTION INC,
           Receipt: EFM20221219-00708

12/20/2022 Amended Cross-Complaint
           Filed By: DOUG WALL CONSTRUCTION INC

12/20/2022 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC
           Filed By: DOUG WALL CONSTRUCTION INC, DOUG WALL CONSTRUCTION INC

12/20/2022 Payment: $1.85,  Legal, One, for DOUG WALL CONSTRUCTION INC,
           Receipt: EFM20221220-00087

12/20/2022 Notice of Document Return.


12/20/2022 Payment: $1.85,  Legal, One, for DOUG WALL CONSTRUCTION INC, DOUG
           WALL CONSTRUCTION INC, Receipt: EFM20221220-00475

12/21/2022 Order Appointing Court Approved Reporter as Official Reporter Pro
           Tempore
           Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

12/21/2022 Minute Order: Hearing re: Demurrer on 2nd Amended Cross-Complaint of
           ELLIOT E. LANDER by CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL
           ESTATE CREDIT HOLDINGS III A LP


12/21/2022 Hearing re: Demurrer on 2nd Amended Cross-Complaint of ELLIOT E.
           LANDER by CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
           HOLDINGS III A LP at 8:30 AM in Department S302 Honorable Angel M.
           Bermudez, Judge
           A. Behrmann, Courtroom Assistant
           Stephanie Koenigshofer, Pro Tempore, Court Reporter
           APPEARANCES:
           U.S. REAL ESTATE CREDIT HOLDINGS III A LP [CD], CALMWATER ASSET
           MANAGEMENT, LLC. [CD] represented by Marsha Houston and Chris Rivas
           present (Telephonically).
           COACHELLA RESORT LLC [DEF], LANDER, ELLIOT [DEF] represented by Sean
           O'Keefe present (Telephonically).
           LANDER, ELLIOT E. [CC], GLENROY COACHELLA HOLDINGS, LLC [CC]
           represented by Evan Smith present (Telephonically).
           DOUG WALL CONSTRUCTION INC [CD] represented by Marc Himme present
           (Telephonically).
           At 08:54 AM, the following proceedings were held:
           Court has read and considered documents relating to this matter.
           Court's tentative is issued.

EXHIBIT 3, PAGE 364

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date      Action

There is request for oral argument.
Counsel argue.
Court and counsel confer regarding arguments made.
Court and counsel confer regarding leave to amend.
Tentative ruling shall become the ruling of the court.
Demurrer by U.S. REAL ESTATE CREDIT HOLDINGS III A LP on 2nd Amended
Cross-Complaint of ELLIOT E. LANDER overruled as to 3rd cause(s) of
action.
Demurrer by CALMWATER ASSET MANAGEMENT, LLC. on 2nd Amended Cross-
Complaint of ELLIOT E. LANDER sustained as to 3rd, 4th, 5th, 6th and
7th cause(s) of action
As to the 3COA the Demurrer is OVERRULED as to USRECH.

As to the 3COA as to Calmwater, 4COA, 5COA, 6COA and 7COA the
Demurrer is SUSTAINED for failure to state sufficient facts. Absent
showing how these can be amended at the hearing, this is done
without leave to amend.

Analysis

As to the 3COA (Calmwater), 4COA, 5COA and 6COA: The alleged
misrepresentation on which Cross-Complainants' fraud claims are
based relates to the Approved Budget as described in the parties'
loan agreement. According to Cross-Complainants, Cross-Defendants,
by USRECH's execution of the loan agreement, represented that the
Approved Budget (attached as Exhibit C to the loan agreement)
submitted by Cross-Complainants was reviewed and approved. According
to Cross-Complainants, this was a misrepresentation because Cross-
Defendants, in fact, had not approved the budget. This is based the
allegation that Cross-Defendants refused to approve the first draw
to be made to Cross-Complainants' general contractor upon closing of
the loan, whereas the amount for the first draw was itemized in the
Approved Budget. No other facts are alleged in support of any other
misrepresentation.

Here, the SACC remain insufficient to allege fraud claims based on
misrepresentation. No specific facts are alleged to establish that,
when USRECH executed the loan agreement, Cross-Defendants had not
actually approved the budget at the time the loan was approved and
that this was done to induce Cross-Complainants into undertaking a
high-risk loan. This is especially true for Calmwater as it was not

PAGE: 303

EXHIBIT 3, PAGE 365

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | a party to the loan agreement. Also, no allegations are made in support of any misrepresentation outside of the contractual term. Any misrepresentation based on the post-closing emails from Calmwater executives cannot support a misrepresentation which induced Cross-Complainants into undertaking the loan obligation which they had already agreed to by the time these emails were sent. Therefore, the misrepresentation complained of merely alleges a breach of the contractual terms. "Conduct amounting to a breach of contract becomes tortious only when it also violates an independent duty arising from principles of tort law." (Applied Equipment Corp v. Litton Saudi Arabia Ltd. (1994) 7 Cal.4th 503, 515; Civ. Code, §1708, internal quotation marks omitted.) "[A]n omission to perform a contract obligation is never a tort, unless that omission is also an omission of a legal duty. [Citation.]" (Id.) |

7COA: No new allegations have been alleged to cure the defects which were present in the FACC. "[A] plaintiff seeking to recover for alleged interference with prospective economic relations has the burden of pleading and proving that the defendant's interference was wrongful by some measure beyond the fact of the interference itself." (Della Penna v. Toyota Motor Sales, U.S.A. (1995) 11 Cal.4th 376, 392-393.) There is no allegation beyond mere interference that was wrongful which caused the disruption of an economic relationship. Even if a wrongful interference can be pleaded, Cross-Complainants allege no facts, other than conclusory allegations, to establish an economic relationship they had with any third parties that contained the probability of future economic benefit.
Leave to amend 2nd Amended Cross-Complaint of ELLIOT E. LANDER granted, with 70 days to leave to amend.
Notice waived.

| Date | Action |
|------|--------|
| 01/03/2023 | Brief on Appeal Not Specified A STUART RUBIN |
| 01/11/2023 | Petition for Writ of Mandate<br>Filed By: ELLIOT LANDER |
| 01/12/2023 | Notice and Acknowledgment of Receipt of Summons to First Amended Cross-Complaint on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC<br>Against / As To: CALMWATER ASSET MANAGEMENT, LLC. |

EXHIBIT 3, PAGE 366

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 01/12/2023 | Payment: $1.85, Legal, One, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230112-01829 |
| 01/17/2023 | Petition for Writ of Mandate (Service Copy) Filed By: ELLIOT E. LANDER |
| 01/18/2023 | Amended Petition for Writ of Mandate (Service Copy) Filed By: ELLIOT E. LANDER |
| 01/20/2023 | Answer to Complaint on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/23/2023 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230123-00618 |
| 01/25/2023 | Cross-Complaint Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 01/27/2023 | Payment: $20.00, GLENROY COACHELLA LLC, for GLENROY COACHELLA LLC, Receipt: 590027437747-1 |
| 02/01/2023 | Cross-Complaint Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2023 | Summons Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2023 | Summons Issued and Filed Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/01/2023 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230201-00979 |
| 02/01/2023 | Notice of Document Return. |
| 02/06/2023 | Payment: $1.85, Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230206-00984 |
| 02/07/2023 | Order from District Court of Appeal Petition for Writ of Mandate and Stay DENIED on Appeal Not Specified A STUART RUBIN |
| 02/09/2023 | Case Management Statement on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 02/09/2023 | Hearing re: Motion Motion for Clarification of Ruling on USRECH and Lander Motions for Summary Adjudication at 8:30 AM in Department S302 |

EXHIBIT 3, PAGE 367

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 02/09/2023 | Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230209-01571 |
| 02/14/2023 | Demurrer on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 02/14/2023 | Proposed Order (hearing) re: Sustaining the Demurrer of Cross-defendant Calmwater Asset Management, LLC to First Amended Cross-Complaint of Doug Wall Construction, Inc. on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC for hearing on 03/16/2023<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 02/14/2023 | Declaration of Christopher O. Rivas in Support of Demurrer of Cross-Defendant Calmwater Asset Management, LLC to First Amended Cross-Complaint of Doug Wall Construction, Inc.<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 02/14/2023 | Request for Judicial Notice.<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 02/15/2023 | Payment: $1.85,  Connect, Legal, for CALMWATER ASSET MANAGEMENT, LLC., Receipt: EFM20230215-00168 |
| 02/15/2023 | Payment: $450.00,  Connect, Legal, for CALMWATER ASSET MANAGEMENT, LLC., Receipt: EFM20230215-00168 |
| 02/16/2023 | Minute Order: Hearing Re: Status Conference |
| 02/16/2023 | Hearing Re: Status Conference at 8:30 AM in Department S302<br>Honorable Angel M. Bermudez, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris Rivas Marsha and Houston present (Telephonically) .<br>STIFFELMAN, GARY [DEF] represented by Timothy Laquer present (Telephonically) .<br>DOUG WALL CONSTRUCTION INC [DEF] represented by Trevor Resurreccion and Marc Homme present (Telephonically) .<br>BMC WEST LLC [DEF] represented by Milene Apanian present (Telephonically) .<br>At 08:46 AM, the following proceedings were held:<br>Court and counsel confer regarding status of case and pending discovery. |

PAGE: 306

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date       Action

Court and counsel confer regarding staying discovery as to the
subcontractors .
Court and counsel confer regarding upcoming law and motion .
Trial Setting Conference set 09/21/23 at 08:30 AM in Department
S302.
Notice to be given by Chris Rivas.

02/17/2023 Notice of Trial Setting Conference
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

02/21/2023 Payment: $1.85,  Connect, Legal, for U.S. REAL ESTATE CREDIT
HOLDINGS III A LP, Receipt: EFM20230221-00868

02/27/2023 Appeals Document - Motion for Leave to Withdraw as Counsel
Filed By: A STUART RUBIN

03/01/2023 3rd Amended Cross-Complaint of ELLIOT E. LANDER
Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE
RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC

03/02/2023 Payment: $1.85,  OneLegal, for A STUART RUBIN, COACHELLA RESORT LLC,
FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS, LLC,
LANDER, ELLIOT E., Receipt: EFM20230302-00252

03/03/2023 Opposition to Calmwater Asset Management Demurrer to First Amended
Cross-Complaint on 1st Amended Cross-Complaint of DOUG WALL
CONSTRUCTION INC
Filed By: DOUG WALL CONSTRUCTION INC

03/03/2023 $1.86 withdrawn into Trust Civil Appeal Transcripts (SAP 353023) by
A STUART RUBIN, Receipt No. 20230303-00023

03/03/2023 $21.00 withdrawn into Trust Civil Appeal Transcripts (SAP 353023) by
A STUART RUBIN, Receipt No. 20230303-00023

03/03/2023 $23.14 withdrawn into Trust Civil Appeal Transcripts (SAP 353023) by
A STUART RUBIN, Receipt No. 20230303-00023

03/03/2023 $26.86 withdrawn into Trust Civil Appeal Transcripts (SAP 353023) by
A STUART RUBIN, Receipt No. 20230303-00023

03/06/2023 $73.14 withdrawn into Trust Civil Appeal Transcripts (SAP 353023) by
A STUART RUBIN, Receipt No. 20230306-00053

03/06/2023 A refund request has been approved. Original payment was made by
unknown payment type in the amount of $73.14.

03/06/2023 Payment: $1.85,  OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt:
EFM20230306-00283

PAGE: 307

EXHIBIT 3, PAGE 369

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/06/2023 | Payment: $20.00, GLENROY COACHELLA LLC, for GLENROY COACHELLA LLC, Receipt: 590027437747-2 |
| 03/08/2023 | Request for Dismissal on Consolidated Complaint of L&W SUPPLY CORPORATION<br>Dismissal Type: Complaint<br>Prejudice Type: With Prejudice<br>Filed By: L&W SUPPLY CORPORATION<br>Against / As To: L&W SUPPLY CORPORATION, GLENROY COACHELLA LLC, ALL PHASE DRYWALL & DEVLOPMENT INC |
| 03/09/2023 | Reply OF CROSS-DEFENDANT CALMWATER ASSET MANAGEMENT, LLC TO OPPOSITION OF DOUG WALL CONSTRUCTION, INC. TO DEMURRER TO FIRST AMENDED CROSSCOMPLAINT on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 03/10/2023 | Payment: $1.85, Legal Connect, for CALMWATER ASSET MANAGEMENT, LLC., Receipt: EFM20230310-00756 |
| 03/13/2023 | Order from District Court of Appeal Motion for Attorney WITHDRAWL GRANTED on Appeal Not Specified A STUART RUBIN |
| 03/16/2023 | Minute Order: Hearing re: Demurrer on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC by CALMWATER ASSET MANAGEMENT, LLC. |
| 03/16/2023 | Hearing re: Demurrer on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC by CALMWATER ASSET MANAGEMENT, LLC. at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA], CALMWATER ASSET MANAGEMENT, LLC. [CD] represented by Marsha Houston and Christopher Rivas present (Telephonically).<br>DOUG WALL CONSTRUCTION INC [DEF] represented by Bradley Wilson and Marc Homme present (Telephonically).<br>At 09:00 AM, the following proceedings were held:<br>Court has read and considered documents relating to this matter.<br>Court's tentative is issued.<br>There is no request for oral argument.<br>Counsel argue.<br>Court and counsel confer regarding arguments made. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov
RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

Tentative ruling shall become the ruling of the court.
Demurrer by CALMWATER ASSET MANAGEMENT, LLC. on 1st Amended Cross-
Complaint of DOUG WALL CONSTRUCTION INC (from RIC1905743) sustained
as to 2nd cause(s) of action
Leave to amend 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION
INC granted, with 10 days to leave to amend.
The RJNs are GRANTED to the extent the documents exist as part of
the court record or file, but the matters contained therein are not
accepted as true matters unless they are indisputably true. (Evid.
Code, §452(d) [judicial notice may be taken of records of any court
of this state]; See Sosinsky v. Grant (1992) 6 Cal.App.4th 1548,
1564-1569; also see Fremont Indem. Co. v. Fremont Gen. Corp. (2007)
148 Cal.App.4th 97.) The Demurrer is SUSTAINED as to the 2COA for
failure to state sufficient facts with Leave to Amend of 10 days.

First, Wall has not pleaded sufficient facts "to furnish the
defendant with certain definite charges which can be intelligently
met" which is the purpose of the specificity requirement. (See
Committee on Children's Television, Inc. (1983) 35 Cal.3d 197, at
217, disapproved on other grounds by Branick v. Downey Savings &
Loan Assn. (2006) 39 Cal.4th 235, 242.) No allegations are made to
explain why Cross-Defendants necessarily possess the full
information.

And, second, Wall has failed to allege such relationship giving rise
to a duty as it does not allege that it had any direct dealings with
Cross-Defendants. The FACC alleges that all information related to
the loan transaction received by Wall was through Stuart Rubin.


Notice of ruling to be prepared, served and submitted by prevailing
party.

03/17/2023 Notice of Ruling re: Demurrer on 1st Amended Cross-Complaint on 1st
Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP, CALMWATER ASSET
MANAGEMENT, LLC.

03/17/2023 Payment: $1.85, Legal Connect, for CALMWATER ASSET MANAGEMENT,
LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt:
EFM20230317-01466

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/20/2023 | Stipulation and Order<br>Filed By: US REAL ESTATE CREDIT HOLDINGS III-A LP |
| 03/20/2023 | Notice of Change of Address or Other Contact Information on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 03/20/2023 | Notice of Document Return. |
| 03/21/2023 | Stipulation regarding Dismissal of U.S. Real Estate Credit Holdings III-A,L.P.'s Cross Complaint against Doug Wall Construction,Inc. and Doug Wall; Order on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/21/2023 | Clerk's Certificate of Mailing re: Minute Order dated 3/21/2023 on Cross-Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/21/2023 | Minute Order: Court Ruling re: Stipulation regarding Dismissal of Defendants |
| 03/21/2023 | Court Ruling re: Stipulation regarding Dismissal of Defendants at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge A. Alvarado, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Court has read and considered Stipulation regarding Dismissal of U.S. Real Estate Credit Holdings III-A,L.P.'s Cross Complaint against Doug Wall Construction,Inc. and Doug Wall.<br>The stipulation is granted.<br>DOUG WALL on Cross-Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP ordered dismissed without prejudice.<br>DOUG WALL CONSTRUCTION INC on Cross-Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP ordered dismissed without prejudice.<br>Formal order signed in court.<br>Notice to be given by Clerk.<br>Minute entry completed. |
| 03/21/2023 | Payment: $1.85,  Legal Connect, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230321-00506 |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 03/21/2023 | Payment: $1.85, Legal Connect, for DOUG WALL CONSTRUCTION INC, U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230321-00820 |
| 03/21/2023 | Payment: $20.00, Legal Connect, for DOUG WALL CONSTRUCTION INC, U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230321- |
| 03/24/2023 | 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 03/24/2023 | Proof of Service re: Doug Wall Construction, Inc.'s Second Amended Cross-Complaint on 1st Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 03/27/2023 | Return on Writ of Attachment<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 03/27/2023 | Hearing re: Motion Motion for Clarification of Ruling on USRECH and Lander Motions for Summary Adjudication at 8:30 AM in Department S302 |
| 03/27/2023 | Payment: $1.85, OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230327-00392 |
| 03/27/2023 | Payment: $1.85, OneLegal, for L&W SUPPLY CORPORATION, Receipt: EFM20230327-00599 |
| 03/27/2023 | Notice of Document Return. |
| 03/29/2023 | Request for Dismissal on 1st Amended Consolidated Complaint of THE SHERWIN-WILLIAMS COMPANY<br>Dismissal Type: Complaint<br>Prejudice Type: With Prejudice<br>Filed By: THE SHERWIN-WILLIAMS COMPANY<br>Against / As To: THE SHERWIN-WILLIAMS COMPANY, GLENROY COACHELLA LLC, SOLID ROCK PAINTING CORPORATION |
| 03/29/2023 | Withdrawal of Notice of Pending Action<br>Filed By: THE SHERWIN-WILLIAMS COMPANY |
| 04/04/2023 | Payment: $20.00, GLENROY COACHELLA LLC, for GLENROY COACHELLA LLC, Receipt: 590027437747-3 |
| 04/05/2023 | Demurrer on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/05/2023 | Request for Judicial Notice.<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 04/05/2023 | Declaration of DECLARATION OF CHRISTOPHER O. RIVAS IN SUPPORT OF THE DEMURRER OF CROSS-DEFENDANTS U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP AND CALMWATER ASSET MANAGEMENT, LLC TO THIRD AMENDED CROSS-COMPLAINT<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/05/2023 | Proposed Order (hearing) re: [PROPOSED] ORDER SUSTAINING DEMURRER OF CROSS-DEFENDANTS U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP AND CALMWATER ASSET MANAGEMENT, LLC TO THIRD AMENDED CROSS-COMPLAINT on 3rd Amended Cross-Complaint of ELLIOT E. LANDER for hearing on 05/04/2023<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/05/2023 | Payment: $1.85,  OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230405-00964 |
| 04/05/2023 | Payment: $1.85,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230405-02314 |
| 04/05/2023 | Payment: $60.00,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230405-02314 |
| 04/06/2023 | Respondentâ??s Brief on Appeal Not Specified A STUART RUBIN |
| 04/07/2023 | Payment: $1.85,  OneLegal, for THE SHERWIN-WILLIAMS COMPANY, Receipt: EFM20230407-01003 |
| 04/11/2023 | Order from District Court of Appeal Ruling is RESERVED on Appeal Not Specified A STUART RUBIN |
| 04/13/2023 | Motion for Leave to Amend Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 04/13/2023 | Payment: $60.00,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230413-01496 |
| 04/13/2023 | Payment: $1.85,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230413-01496 |
| 04/14/2023 | Reject<br>Filed By: COACHELLA RESORT LLC, ELLIOT LANDER |
| 04/14/2023 | Proposed Order (hearing) re: Motion for Leave To File Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP for hearing on 05/08/2023<br>Filed By: ELLIOT LANDER |

EXHIBIT 3, PAGE 374

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|---|---|
| 04/14/2023 | Notice of Document Return. |
| 04/17/2023 | Payment: $1.85,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230417-00227 |
| 04/21/2023 | Opposition to Demurrer of Cross-Defendants U.S. Real Estate Credit Holdings III-A, LP., and Calmwater Asset Management, LLC., to Third Amended Cross-Complaint on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 04/21/2023 | Evidentiary Objections to Declaration of Christopher O. Rivas filed in Support of Cross-Defendants' Demurrer to Third Amended Cross-Complaint on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 04/21/2023 | Request for Judicial Notice.<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 04/21/2023 | Proposed Order (hearing) re: Overruling Demurrer of Cross-Defendants U.S. Real Estate Credit Holdings III-A, LP and Calmwater Asset Management, LLC to Third Amended Cross-Complaint on 3rd Amended Cross-Complaint of ELLIOT E. LANDER for hearing on 05/04/2023<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC |
| 04/21/2023 | Proof of Service by Electronic Service (non-complaint) of [Proposed] Order Overruling Demurrer of Cross-Defendants U.S. Real Estate Credit Holdings III-A, LP., and Calmwater Asset Management, LLC., to Third Amended Cross-Complaint on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, COACHELLA RESORT LLC<br>Against / As To: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/21/2023 | Payment: $1.85,  OneLegal, for A STUART RUBIN, COACHELLA RESORT LLC, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS, LLC, LANDER, ELLIOT E., Receipt: EFM20230421-01536 |
| 04/24/2023 | Hearing re: Motion Motion for Clarification of Ruling on USRECH and Lander Motions for Summary Adjudication at 8:30 AM in Department S302 |

PAGE: 313

EXHIBIT 3, PAGE 375

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 04/25/2023 | Demurrer on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 04/25/2023 | Proposed Order (hearing) re: Sustaining the Demurrer of Cross-defendant Calmwater Asset Management, LLC to Second Amended Cross-Complaint of Doug Wall Construction, Inc. on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC for hearing on 05/25/2023<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 04/25/2023 | Declaration of Christopher O. Rivas in Support of the Demurrer of Cross-defendant Calmwater Asset Management, LlLCto Second Amended Cross-Complaint of Doug Wall Construction, Inc.<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 04/25/2023 | Request for Judicial Notice.<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 04/25/2023 | Opposition to Motion to File 2nd Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/25/2023 | Declaration of Christopher O. Rivas in Support of Opposition to Motion to File 2nd Amended Answer<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/25/2023 | Declaration of Simond Lavian in Support of Opposition to Motion to File 2nd Amended Answer<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/25/2023 | Order from District Court of Appeal the appellant's request is DEEMED a request to augment and is GRANTED on Appeal Not Specified A STUART RUBIN |
| 04/25/2023 | Minute Order: Court on its Own Motion 05/08 Motion Continued to 05/11 |
| 04/25/2023 | Court on its Own Motion 05/08 Motion Continued to 05/11 at 8:30 AM in Department S302 Honorable William Barry, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Continue (future hearing) 05/08/2023 08:30 AM Hearing re: Motion for |

PAGE: 314

EXHIBIT 3, PAGE 376

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Leave to Amend Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER to 05/11/23 at 08:30 AM in Department S302.<br>Reason for Continuance: department unavailable.<br>Notice to be given by Clerk to Christopher Orlando Rivas , John Anthony Messina, Jr , SEAN OKEEFE.<br>Minute entry completed. |
| 04/25/2023 | Certificate of Mailing |
| 04/25/2023 | Payment: $60.00, Legal Connect, for CALMWATER ASSET MANAGEMENT, LLC., Receipt: EFM20230425-01936 |
| 04/25/2023 | Payment: $1.85, Legal Connect, for CALMWATER ASSET MANAGEMENT, LLC., Receipt: EFM20230425-01936 |
| 04/26/2023 | Payment: $1.85, Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230426-00401 |
| 04/27/2023 | Reply in Support of Demurrer on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 04/27/2023 | Payment: $1.85, Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230427-01278 |
| 04/28/2023 | Notice of Change of Address or Other Contact Information<br>Filed By: EDWIN W LESLIE |
| 04/28/2023 | Notice of Document Return. |
| 05/01/2023 | Reply To Opposition To Motion To File Second Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 05/01/2023 | Payment: $1.85, OneLegal, for LANDER, ELLIOT, Receipt: EFM20230501-01314 |
| 05/01/2023 | Payment: $20.00, GLENROY COACHELLA LLC, for GLENROY COACHELLA LLC, Receipt: 590027437747-4 |
| 05/02/2023 | Notice of Change of Handling Attorney<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 05/02/2023 | Notice of Document Return. |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 05/03/2023 | Notice of Change of Handling Attorney on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Attorney Type: New Attorney, Represented Parties: DOUG WALL CONSTRUCTION INC (Cross-Complainant) |
| 05/04/2023 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore<br>Filed By: ELLIOT LANDER |
| 05/04/2023 | Payment: $1.85,  OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230504-00114 |
| 05/04/2023 | Minute Order: Hearing re: Demurrer on 3rd Amended Cross-Complaint of ELLIOT E. LANDER by U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 05/04/2023 | Hearing re: Demurrer on 3rd Amended Cross-Complaint of ELLIOT E. LANDER by U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department S302 Honorable William Barry, Judge<br>A. Behrmann, Courtroom Assistant<br>Kim Carido , Court Reporter<br>APPEARANCES:<br>CALMWATER ASSET MANAGEMENT, LLC. [CD], U.S. REAL ESTATE CREDIT HOLDINGS III A LP [CD] represented by Marsha Houston and Chris Rivas present (Telephonically).<br>A. STUART RUBIN, Individually and as Trustee of the STUART & ANNETTE RUBIN FAMILY TRUST [OP], LANDER, ELLIOT E. [CC], GLENROY COACHELLA HOLDINGS, LLC [CC], FORCE RUBIN LLC [CC], FORCE RUBIN 2 LLC [CC], COACHELLA RESORT LLC [CC] represented by Evan Smith present (Telephonically).<br>DOUG WALL CONSTRUCTION INC [DEF] represented by Brad Wilson present (Telephonically).<br>At 09:13 AM, the following proceedings were held:<br>Court has read and considered documents relating to this matter.<br>Court's tentative is issued:<br>There is request for oral argument.<br>Counsel argue<br>Tentative ruling shall become the ruling of the court.<br>Court's ruling is given as stated on the record.<br>Demurrer by CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP on 3rd Amended Cross-Complaint of ELLIOT E. LANDER overruled.<br>CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP have/has 14 days leave to file an answer on 3rd Amended |

EXHIBIT 3, PAGE 378

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Cross-Complaint of ELLIOT E. LANDER.

RFJN of Exhibits "A" thru "G":

Per Evidence Code §452(d), the court will take judicial notice of
Exhibits "C", "D", "E", and "F". However, the court will only take
judicial notice of the existence and contents of the other Exhibits,
not the truth of those contents.

Evidentiary objections – all overruled. The court does not consider
evidence in connection with a demurrer, unless it can be judicially
noticed.

Cross-Complainants are borrowers of a defaulted commercial loan
seeking to recover damages from the lender and others based on
allegations of misrepresentation. Plaintiff U.S. Real Estate Credit
holdings III-A, LP ("USRECH") seeks judicial foreclosure of the real
property given as security for the loan and seeks damages against
the borrowers and loan guarantors for any deficiency in the
defaulted amount after executing against the property.

Cross-Complainants filed the operative TACC after the Court
sustained the demurrer to the Second Amended Cross-Complaint
("SACC") as to the third COA for fraud in the inception against
Cross-Defendant Calmwater, and sustained the demurrer for both
cross-defendants as to the fourth, fifth, sixth, and seventh COA.
The prior demurrer was overruled as to the third COA for fraud
against Cross-Defendant, USRECH, only. Cross-Complainants were
granted leave to amend. Cross-Complainants' TACC alleges the same
COA for which prior demurrer was sustained.

1. USRECH's demurrer to the 3d COA of the TACC –

USRECH once again demurs to the 3d COA which was already overruled
by the Court in its previous demurrer. USRECH's demurrer should be
stricken for not being made in compliance with law. (See Code Civ.
Proc., § 436(b) [the court may, at any time in its discretion,
strike out any part of pleading not drawn or filed in conformity
with law]; Salawy v. Ocean Towers Housing Corp. (2004) 121
Cal.App.4th 664, 672 ["A demurrer is a pleading that challenges the
legal sufficiency of another pleading"].) Where a demurrer was

EXHIBIT 3, PAGE 379

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

as to certain COA, the trial judge cannot subsequently rule on a
demurrer on the same COA because the court is "foreclosed from
rendering a new determination on the viability of those claims"
without a properly filed motion for reconsideration under Code of
Civil Procedure section 1008. (Bennett v. Suncloud (1997) 56
Cal.App.4th 91, 96-97.)

2. Fraud claims – 3, 4, 5, and 6th COA –

As stated above, USRECH's demurrer to the 3d COA should be stricken.
With respect to its demurrers to the other COA, and Calmwater's
demurrers to COA 3-6, Cross-Complainants' TACC fails.

According to Cross-Complainants, Cross-Defendants falsely
represented that USRECH intended to fund the construction of the
project in accordance with the budget attached to the loan
agreement. (TACC, ¶ 128.) USRECH's execution of the loan agreement
represented that Cross-Complainants' Approved Budget (attached as
Exhibit C to the loan agreement) was reviewed and approved. This was
a misrepresentation because Cross-Defendants, in fact, had not
approved the budget, as evidenced by the allegation that Cross-
Defendants refused to approve the first draw to be made to the
general contractor, even though the amount of the first draw was
itemized in the Approved Budget. No other facts are alleged in
support of any other misrepresentation.
This is still insufficient to allege a fraud claim based on
misrepresentation. No specific facts are alleged to establish that,
when USRECH executed the loan agreement, Cross-Defendants had not
actually approved the budget at the time the loan was approved and
that this was done intentionally to induce Cross-Complainants into
undertaking a high-risk loan. This is especially true for Calmwater,
which was not a party to the loan agreement. Also, no allegations
are made in support of any misrepresentation outside of the
contractual term. Any misrepresentation based on the post-closing
emails from Calmwater executives cannot support a misrepresentation
which induced Cross-Complainants into undertaking the loan
obligation which they had already agreed to by the time these emails
were sent. Therefore, once again, the misrepresentation complained
of merely alleges a breach of the contractual terms.
The 3d COA is also based on Cross-Defendants' alleged concealment of
certain material information. As was the case with the SACC, Cross-

PAGE: 318

EXHIBIT 3, PAGE 380

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date      Action

Complainants' fraudulent concealment claim is based on the
information in the Marx Okubo report and the HVS appraisal informing
of the budget shortfall, which Calmwater acquired prior to closing,
but failed to disclose to the Cross-Complainants. As earlier
mentioned, the demurrer as to the third COA against USRECH has
already been overruled in the Court's ruling on the previous
demurrer. But Cross-Complainants still fail to allege a COA based on
concealment against Calmwater.

To maintain a COA for fraud through nondisclosure or concealment of
facts, there must be allegations demonstrating that the defendant
was under a legal duty to disclose those facts. (Los Angeles
Memorial Coliseum Commission v. Insomniac, Inc. (2015) 233
Cal.App.4th 803, 831.) However, here, no duty is alleged, arising
from any contractual relationship between Calmwater and Cross-
Complainants as the former was not a signatory of the loan
agreement. Nor is the conclusory allegation that Calmwater had a
duty owed to Cross-Complainants under the California Finance Law
sufficient to create a duty owed by Calmwater.

Therefore, Calmwater's demurrer should be sustained without leave to
amend as to the 3d COA, and the demurrers of USRECH and Calmwater to
the 4th, 5th, and 6th COA should also be sustained without leave to
amend. The cross complaint has been amended multiple times and
Cross-Complainants have failed to demonstrate that the pleading is
capable of being amended to sufficiently state any claim based in
fraud.

3. The 7th COA for IIPEA.

Here, again, no new allegations have been alleged to cure the
defects which were present in the FACC and the SACC. "[A] plaintiff
seeking to recover for alleged interference with prospective
economic relations has the burden of pleading and proving that the
defendant's interference was wrongful by some measure beyond the
fact of the interference itself." (Della Penna v. Toyota Motor
Sales, U.S.A. (1995) 11 Cal.4th 376, 392-393.) There is no
allegation in the TACC beyond mere interference which caused the
disruption of an economic relationship. Even if a wrongful
interference can be pleaded, Cross-Complainants allege no facts,
other than conclusory allegations, to establish an economic

EXHIBIT 3, PAGE 381

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

relationship they had with any third parties that contained the
probability of future economic benefit. Therefore, the demurrer
should also be sustained without leave to amend as to this COA as
Cross-Complainants failed to show a possibility that defect can be
cured by amendment.

Notice of ruling to be prepared, served and submitted by moving
party.

05/08/2023  Proposed Order
            Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP

05/08/2023  Hearing re: Motion for Leave to Amend Answer on Complaint of U.S.
            REAL ESTATE CREDIT HOLDINGS III A LP by ELLIOT LANDER at 8:30 AM in
            Department S302

05/08/2023  Notice of Document Return.

05/09/2023  Proposed Order re: Granting Demurrer on 3rd Amended Cross-Complaint
            of ELLIOT E. LANDER

05/09/2023  Payment: $1.85,  Legal Connect, for CALMWATER ASSET MANAGEMENT,
            LLC., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt:
            EFM20230509-02264

05/10/2023  Order Granting Demurrer of Cross-Defendants on 3rd Amended Cross-
            Complaint of ELLIOT E. LANDER
            Filed By: CALMWATER ASSET MANAGEMENT, LLC., U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP

05/11/2023  2nd Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS
            III A LP
            Filed By: COACHELLA RESORT LLC, ELLIOT LANDER

05/11/2023  Minute Order: Hearing re: Motion for Leave to Amend on Complaint of
            U.S. REAL ESTATE CREDIT HOLDINGS III A LP

05/11/2023  Hearing re: Motion for Leave to Amend on Complaint of U.S. REAL
            ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department S302
            Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

| Date | Action |
|------|--------|

APPEARANCES:
No Appearances
At 08:30 AM, the following proceedings were held:
Court has read and considered documents relating to this matter.
Court's tentative is issued.
There is no request for oral argument.
Tentative ruling shall become the ruling of the court.
With a TSC pending 9-21-2023, and therefore Trial not even set, the
Amendments are reasonable in time and do not cause prejudice.
COACHELLA RESORT LLC, ELLIOT LANDER have/has 20 days leave to file
an Amended Answer on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS
III A LP (from RIC1905743).
Notice of ruling to be prepared, served and submitted by prevailing
party.

05/12/2023 DOUGWALL CONSTRUCTION, INC. OPPOSITION TO CALMWATER ASSET
MANAGEMENT, LLC'S DEMURRER TO SECOND AMENDED CROSS-COMPLAINT on
Consolidated Complaint of DOUG WALL CONSTRUCTION INC
Filed By: DOUG WALL CONSTRUCTION INC

05/12/2023 Payment: $1.85, OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt:
EFM20230512-00657

05/12/2023 Payment: $1.85, OneLegal, for COACHELLA RESORT LLC, LANDER, ELLIOT,
Receipt: EFM20230512-00905

05/18/2023 Motion to Quash Third Party Deposition Subpoena to California
Department of Financial Protection and Innovation on 3rd Amended
Cross-Complaint of ELLIOT E. LANDER
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

05/18/2023 Request for Judicial Notice.
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

05/18/2023 Declaration of Christopher O. Rivas in Support of Motion to Quash
Third Party Deposition Subpoena to California Department of
Financial Protection and Innovation
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

05/18/2023 Proposed Order (hearing) re: Motion to Quash Third Party Deposition
Subpoena to California Department of Financial Protection and
Innovation on 3rd Amended Cross-Complaint of ELLIOT E. LANDER for
hearing on 07/19/2023
Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 05/18/2023 | Answer to Complaint on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 05/19/2023 | Payment: $1.85,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230519-00852 |
| 05/19/2023 | Payment: $60.00,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230519-00852 |
| 05/22/2023 | Payment: $1.85,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230522-00003 |
| 05/22/2023 | Minute Order: Court on its Own Motion Continues Demurrer |
| 05/22/2023 | Court on its Own Motion Continues Demurrer at 8:30 AM in Department S302 Honorable Raquel A. Marquez, Judge<br>D. Sanchez, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>Continue (future hearing) 05/25/2023 08:30 AM Hearing re: Demurrer on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC by CALMWATER ASSET MANAGEMENT, LLC. to 06/07/2023 at 08:30 AM in Department S302.<br>Reason for Continuance: Court's unavailability.<br>Notice to be given by Clerk to RAINES FELDM AN LLP , SULMEYERKUPETZ , BERMAN LITIGATION GROUP , LAW OFFICES OF MARVIN H WEISS , THE LAW OFFICES OF DAMIAN D CAPOZZOLA , MARC S HOMME A PROFESSIONAL LAW CORPORATION , BAAKE LAW LLC , The Law Office of Stephen J. Armstrong , ROEMER & HARNIK LLP , ABDULAZIZ, GROSSBART & RUDMAN , PLUMTREE & ASSOCIATES , LAW OFFICE OF ERIC EVERETT HAWES , LAW OFFICES OF ARNOLD L VELDKAMP , LANAK & HANNA PC , GEORGE SYKULSKI A PROF LAW CORP , THE GREEN LAW GROUP, LLP , WCH LAW GROUP, P.C. , KOZBERG & BODELL LLP , CUMMINS & WHITE LLP , GURALNICK & GILLILAND LLP , MARSHA A. HOUSTON , Christopher Orlando Rivas , John Anthony Messina, Jr , Evan Llewellyn Smith , PETER J. KENNEDY , MCGARRIGLE KENNEY & ZAMPIELLO , BAYUK & ASSOCIATES INC , TREVOR OAKLEY RESURRECCION , JEFFREY VAN WICK , SEAN OKEEFE , Mark Alan Walsh , BRADLEY L WILSON.<br>Minute entry completed. |

EXHIBIT 3, PAGE 384

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 05/22/2023 | Certificate of Mailing |
| 05/23/2023 | Hearing re: Motion Motion for Clarification of Ruling on USRECH and Lander Motions for Summary Adjudication at 8:30 AM in Department S302 |
| 05/25/2023 | Proof of Service by Electronic Service (non-complaint) of Stipulation for Leave to Amend Plaintiff Plaintiff and Cross-Defendant U.S. Real Estate Credit Holdings III-A, L.P.'s Answer to Third Amended Cross-Complaint; and Order Thereon on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: ELLIOT E. LANDER, GLENROY COACHELLA HOLDINGS, LLC, FORCE RUBIN LLC, FORCE RUBIN 2 LLC, A STUART RUBIN, U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Against / As To: ELLIOT E. LANDER, U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 05/25/2023 | Hearing re: Demurrer on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC by CALMWATER ASSET MANAGEMENT, LLC. at 8:30 AM in Department S302 |
| 05/31/2023 | Notice of Change of Handling Attorney<br>Filed By: LA HACIENDA NURSEY & LANDSCAPE INC |
| 05/31/2023 | Notice of Change of Handling Attorney on Consolidated Complaint of LA HACIENDA NURSEY & LANDSCAPE INC<br>Attorney Type: New Attorney, Represented Parties: LA HACIENDA NURSEY & LANDSCAPE INC (Defendant), LA HACIENDA NURSEY & LANDSCAPE INC (Plaintiff) |
| 05/31/2023 | Notice of Document Return. |
| 06/01/2023 | Payment: $1.85, OneLegal, for LA HACIENDA NURSEY & LANDSCAPE INC, LA HACIENDA NURSEY & LANDSCAPE INC, Receipt: EFM20230601-01683 |
| 06/02/2023 | Stipulation and Order<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/02/2023 | Proofs of Service<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/02/2023 | Proof of Service re: Deposition Subpoena as to Custodian of Records for California Stem Cell Treatment Center, Inc on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 06/02/2023 | Proof of Service re: Deposition Subpoena as to Custodian of Records for Fallas Borrower IV, LLC on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/02/2023 | Proof of Service re: Deposition Subpoena as to Custodian of Records for ELLIOT B. LANDER M.D. on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/02/2023 | Proof of Service re: Deposition Subpoena as to Custodian of Records for Desert Medical Properties, Inc on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/02/2023 | Proof of Service re: Deposition Subpoena as to Custodian of Records for Cell Surgical Network Corporation on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/02/2023 | Proof of Service re: Deposition Subpoena as to Pegasus Trucking, LLC on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/02/2023 | Payment: $1.85, OneLegal, for A STUART RUBIN, FORCE RUBIN 2 LLC, FORCE RUBIN LLC, GLENROY COACHELLA HOLDINGS, LLC, LANDER, ELLIOT E., U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230602-00450 |
| 06/02/2023 | Notice of Document Return. |
| 06/02/2023 | Notice of Document Return. |
| 06/02/2023 | Payment: $1.85, Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230602-01921 |
| 06/05/2023 | Stipulation and Order<br>Filed By: FORCE RUBIN 2 LLC, U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/05/2023 | Motion to Quash Deposition Subpoenas To Non Parties on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 06/05/2023 | Declaration of Elliot B. Lander In Support of Motion ot Quash Subpoenas |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Filed By: ELLIOT LANDER |
| 06/05/2023 | Returned Mail<br>Returned mail re Other: Certificate of Mailing: Minute Order sent to Non Party/Other Reason: Return to Sender Not Deliverable As Addressed Unable to Forward<br>Address typo discovered. Notice resent on 06/07/2023 |
| 06/05/2023 | Proof of Service by Electronic Service (non-complaint) of Stipulation and Order for Leave to Amend Plaintiff and Cross-Defendant U.S. Real Estate Credit Holdings III-A, L.P.'s Answer to Third Amended Cross-Complaint on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: FORCE RUBIN LLC<br>Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/05/2023 | Notice of Document Return. |
| 06/05/2023 | Notice of Document Quality Assurance |
| 06/05/2023 | Payment: $60.00,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230605-01666 |
| 06/05/2023 | Payment: $1.85,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230605-01666 |
| 06/05/2023 | Payment: $20.00,  GLENROY COACHELLA LLC, for GLENROY COACHELLA LLC, Receipt: 590027437747-5 |
| 06/06/2023 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 06/06/2023 | 1st Amended Answer on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/07/2023 | Notice of Ruling re: Demurrer on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC on 3rd Amended Cross-Complaint of ELLIOT E. LANDER<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC. |
| 06/07/2023 | Minute Order: Hearing re: Demurrer on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC |

EXHIBIT 3, PAGE 387

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

06/07/2023  Hearing re: Demurrer on 2nd Amended Cross-Complaint of DOUG WALL
            CONSTRUCTION INC at 8:30 AM in Department S302 Honorable Angel M.
            Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Kim Carido, Pro Tempore, Court Reporter
            APPEARANCES:
            CALMWATER ASSET MANAGEMENT, LLC. [CD], U.S. REAL ESTATE CREDIT
            HOLDINGS III A LP [CD] represented by Chris Rivas, Marsha Houston
            and Shayna Jackson present (Telephonically).
            DOUG WALL CONSTRUCTION INC [CC] represented by Trevor Resurreccion
            and Marc Homme present (Telephonically).
            At 08:56 AM, the following proceedings were held:
            Court has read and considered documents relating to this matter.
            Court's tentative is issued.
            There is request for oral argument.
            Counsel argue.
            Court and counsel confer regarding arguments made.
            Court's analysis is given as stated on the record.
            Tentative ruling shall become the ruling of the court.

            Calmwater's RJN IS GRANTED to the extent the documents exist as part
            of the court record or file, but the matters contained therein are
            not be accepted as true matters unless they are indisputably true.
            (Evid. Code, §452(d) [judicial notice may be taken of records of any
            court of this state]; See Sosinsky v. Grant (1992) 6 Cal.App.4th
            1548, 1564-1569; also see Fremont Indem. Co. v. Fremont Gen. Corp.
            (2007) 148 Cal.App.4th 97.)

            The Demurrer is SUSTAINED without leave to amend as to the 2COA
            (FRAUD). Cross-Complainant has failed to cure the defects addressed
            by the Court in its ruling sustaining a previous demurrer to the
            FACC filed by Cross-Complainant Wall.

            Wall is alleging a fraud cause of action against Calmwater under two
            separate theories: (1) that Calmwater intentionally misrepresented
            at loan closing that Wall would be paid the sum of $5,162,380.69 and
            that (2) Calmwater intentionally concealed from Wall material facts
            known to Cross-Defendants. (SACC, ¶ 37.) As Calmwater points out,
            Wall fails to allege a claim for fraud based on either of the two
            separate theories for fraud.

EXHIBIT 3, PAGE 388

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

1. Fraudulent Misrepresentation: The elements of fraud by
misrepresentation are: (1) a misrepresentation, (2) knowledge of
falsity, (3) intent to defraud, (4) justifiable reliance, and (5)
resulting damage. (Robinson Helicopter Co., Inc. v. Dana Corp.
(2004) 34 Cal.4th 979, 990.) The particularity requirement for fraud
claims necessitates pleading facts that show how, when, where, to
whom, and by what means the representations were made. (Small v.
Fritz Companies, Inc. (2003) 30 Cal.4th 167, 184.) In fact, "a
plaintiff is held to a higher standard in asserting a fraud claim
against a corporate defendant…." where " 'the plaintiff must "allege
the names of the persons who made the allegedly fraudulent
representations, their authority to speak, to whom they spoke, what
they said or wrote, and when it was said or written." [Citation.]' "
(Tenet Healthsystem Desert, Inc. v. Blue Cross of California (2016)
245 Cal.App.4th 821, 838.)

Wall argues that that Calmwater represented to Wall that its budget
was approved and that wall would be paid in excess of $5.1million
upon closing of the loan and that, in reliance of this
representation, Wall signed the agreement to subordinate its
mechanic's lien to that of the lender's lien securing the
construction loan as required by Calmwater as condition to closing
the loan. As Wall points out, "[a] misrepresentation need not be
oral; it may be implied by conduct." (Thrifty-Tel, Inc. v. Bezenek
(1996) 46 Cal.App.4th 1559, 1567; Rest.2d Torts § 525.) Wall also
correctly points out that the plaintiff alleging fraud need not show
that he or she directly heard the specific misrepresentation or
promise to establish actual reliance, which can be established by
misrepresentation made to a third party if "the defendant intended
or had reason to expect that the substance of the communication
would be repeated to the plaintiff and would induce plaintiff's
reliance, and the plaintiff was misled when the substance of the
communication was repeated to the plaintiff." (Bullock v. Philip
Morris USA, Inc. (2008) 159 Cal.App.4th 655, 676.)

Wall argues that it is sufficient to allege that Calmwater made the
foregoing fraudulent misrepresentations to Wall through Rubin.
(Opposition, 6:23-25.) According to Wall, the SACC alleges facts
showing that Wall subordinated its mechanic's lien, on the promise
that Wall would be paid all monies it owed it at the closing of the
loan. (Opposition, 6:25-28.) However, Wall fails to cite any

PAGE: 327

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

authority providing that the rule of specificity is relaxed when
alleging misrepresentation implied by conduct. The SACC is missing
facts demonstrating what communications were made through Rubin from
which to reasonably imply that the foregoing misrepresentations were
made to Wall. While alleging that much of its dealings with
Calmwater was through Rubin, Wall also alleges that it was required
by Calmwater to sign the three documents as condition to loan
approval, including the agreement containing the subordination
provision. Wall argues in its opposition that the Construction
Contract Estoppel Certificate (Ex. 3) "explicitly stated Wall would
be paid in excess of $5.1 million at loan closing." (Opposition,
7:1-2.) However, this contention is unsupported and misleading as
the estoppel certificate only contained Wall's representation and
acknowledgment as to the purported balance due, and nowhere in that
document is such representation made. The alleged promise by
Calmwater that Wall would be paid in excess of $5.1 million upon
closing is not supported by any allegations in the SACC. Wall argues
that this representation was made under the General Contractor's
Consent to Assignment of Contractor's Agreement, but this agreement
makes no representation by Calmwater. In fact, the agreement
indicates the contrary:

"Nothing herein shall be construed to impose upon Lender any duty
with respect to the application of the proceeds of the loan
contemplated by the Loan Agreement or to give any notice of any type
to Contractor. Contractor acknowledges that lender is obligated
under the Loan Agreement only to the Owner and to no other person or
entity. Contractor is executing this consent and Agreement to induce
lender to advance funds under the Loan Agreement, and Contractor
understands that Lender would not do so but for Contractor's
execution and delivery of this Consent." (See SACC, Ex. 5.)

Wall also argues that the doctrine of less particularity applies to
its claim because Calmwater is in the superior position (or
exclusive knowledge of material facts) regarding what it knew during
negotiations related to the Loan Agreement, any discussions with
USRECH about whether the construction budget was sufficient, and its
motivations with respect to its subordination of mechanic's lien
rights in exchange for the promise it would be paid. (Opposition,
7:18-22.) As Wall points out, under California's liberal pleading
rules, "[l]ess particularity is required when it appears that

EXHIBIT 3, PAGE 390

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

defendant has superior knowledge of the facts, so long as the
pleading gives notice of the issues sufficient to enable preparation
of a defense." (Pointe Sand Diego Res. Com., L.P. v. Procopio, Cory,
Hargreaves & Savitch, LLP (2011) 195 Cal.App.4th 265, 278 (citing
Okun v. Superior Court (1981) 29 Cal.3d 442, 458.) Although the
specificity rule is relaxed "when it appears from the nature of the
allegations that the defendant must necessarily possess full
information concerning the facts of the controversy….", for the
less-stringent rule to apply, the plaintiff's pleading should
demonstrate why the defendant necessarily possess the information;
or to the extent the representations were made in a document, the
complaint should include such a document. (Cansino v. Bank of
America (2014) 224 Cal.App.4th 1462, 1471.) Here, any information
Wall claims is in the exclusive possession of Calmwater relates to
Calmwater's intent to defraud. The problem here is that there is no
explanation as to why Calmwater would necessary possess information
from which the foregoing misrepresentations can be implied by
conduct.

2. Fraudulent Concealment: Wall also fails to allege a claim for
fraudulent concealment for failure to allege that Calmwater had a
duty of disclosure regarding the finding of the Okubo report.

Wall alleges that Cross-Defendants intentionally concealed from Wall
the following material facts:

That the Lender had not taken reasonable steps to evaluate the
project and had not taken all necessary steps to ensure its
successful completion including finalization of the plans and
specifications for the project;

That the Lender and Rubin had not secured the necessary funds not
only to pay Wall to complete its limited scope of work set forth in
its budget but also to pay other contractors to complete the project
outside Wall's scope of work;

That the Lender would fund the loan and obtain a subordination from
Wall even though it had knowledge that the loan was deficient as
outlined by the Okubo report;

That the Lender would not ensure that there would be sufficient

PAGE: 329

EXHIBIT 3, PAGE 391

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date       Action

funds from third parties to contribute towards the construction
cost;

That the Cross-defendants would not exercise their covenant of good
faith and fair dealing to properly administer the loan and to
protect the interests of Wall who had purportedly subordinated its
mechanics lien interest to the Lender;

That the Lender even though funds were available would not pay all
construction costs incurred by Wall for the construction of the
Project. (SACC, ¶ 37.)

Wall alleges that but for Calmwater's conduct, it would not have
executed the General Contractor's Consent to Assignment of
Contractor's Agreement that purportedly subordinated its lien rights
and would not have continued to act as general contractor for the
project. (SACC, ¶ 39.) Wall's claim fails.

The elements of a cause of action for fraud based on concealment
are: (1)The defendant must have concealed or suppressed a material
fact; (2) the defendant must have been under a duty to disclose the
fact to the plaintiff; (3) the defendant must have intentionally
concealed or suppressed the fact with the intent to defraud the
plaintiff; (4) the plaintiff must have been unaware of the fact and
would not have acted as he did if he had known of the concealed or
suppressed fact; and (5) as a result of the concealment or
suppression of the fact, the plaintiff must have sustained damage.
(Kaldenbach v. Mutual of Omaha Life Ins. Co. (2009) 178 Cal.App.4th
830, 850, internal quotation marks omitted.)

To maintain a cause of action for fraud through nondisclosure or
concealment of facts, there must be allegations demonstrating that
the defendant was under a legal duty to disclose those facts. (Los
Angeles Memorial Coliseum Commission v. Insomniac, Inc. (2015) 233
Cal.App.4th 803, 831.) The Fourth District Court of Appeal in
LiMandri v. Judkins (1997) 52 Cal.App.4th 326 (hereafter LiMandri)
provided four circumstances giving rise to a duty to disclose, for
purposes of actionable fraudulent concealment: (1) When the
defendant is in a fiduciary relationship with the plaintiff; (2)
when the defendant had exclusive knowledge of material facts not
known to plaintiff; (3) when defendant actively conceals a material

EXHIBIT 3, PAGE 392

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

Date        Action

fact from the plaintiff; (4) when the defendant makes partial
representations but also suppresses some material facts. (Id. at
539, internal quotation marks omitted.)

Where, as here, a fiduciary relationship does not exist between
Cross-Complainant and Cross-Defendants, only the latter three
circumstances provided in LiMandri would apply. As in the opposition
to the earlier demurrer, Wall argues in its opposition to the
instant demurrer that it satisfies two scenarios giving rise to a
duty: (1) when the defendant had exclusive knowledge of material
facts not known to plaintiff and (2) when the defendant makes
partial representations but also suppresses some material facts.

Wall, citing Vega v. Jones, Day, Reavis Pogue (2004) 121 Cal.App.4th
282, argues that no duty to disclose need to be alleged in support
of its fraudulent concealment claim because Calmwater undertook to
made a partial disclosure of facts and had a duty to disclose the
full information. (Opposition. 11:1-15.) Wall argues that Calmwater
made a partial disclosure of facts by representing to Wall that the
budget Wall submitted was satisfactory, and approved the budget as a
condition precedent to execution of the loan agreement by the lender
and the owners but that Calmwater failed to disclose the fact that
Okubo report concluded the budget was inadequate to cover the costs
of the project. (Opposition, 11:16-25.)

However, duty arising out of circumstances other than a fiduciary
relationship presuppose some other relationship between plaintiff
and defendant in which a duty to disclose can arise. (Bigler-Engler
v. Breg, Inc. (2017) 7 Cal.App.5th 276, 336-337.) Where there is no
such fiduciary relationship between the parties, each of the other
three circumstances in which nondisclosure may be actionable
presupposes the existence of some other relationship between the
plaintiff and the defendant in which duty to disclose can arise.
(Limandri, supra, 52 Cal.App.4th at 336.) Such a duty "may arise
from the relationship between seller and buyer, employer and
prospective employee, doctor and patient, or parties entering into
any kind of contractual agreement." (Id. at 337, citing Civ. Code, §
1572(3), italics added.) Here, Wall has failed to allege such
relationship giving rise to a duty as it does not allege that it had
any direct dealings with Calmwater. The facts of Vega, supra, is not
similar to this case because that case involved parties in direct

EXHIBIT 3, PAGE 393

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

transactional relationship where the plaintiff surrendered his
stocks in a business for shares in the entity acquiring that
business based on an incomplete financial disclosure of the full
version provided by the adverse party's counsel, which would have
disclosed negative information and this was an actionable
misrepresentation. (Vega v. Jones, Day, Reavis Pogue, supra, 121
Cal.App.4th at 292-294.)

Wall also persists to argue that Calmwater had a duty under the
covenant of good faith and fair dealing to properly administer the
loan and protect Wall's interest which subordinated its lien to that
of USRECH. (Opposition, 12:16-17.) In support of this argument, Wall
relies on the case of Middlebrook-Anderson Co. v. Southwest Savings
& Loan Assn. (1971) 18 Cal.App.3d 1023, in which it was held, where
the seller of real property takes a purchase-money lien from the
buyer and agrees to subordinate his or her lien second in position
to that of a deed of trust securing a construction loan, and the
construction lender had full knowledge of the provisions of the
seller's lien and having no reason to believe that the seller's
would subordinate his or her lien other than to the extent of money
spent on construction purposes, yet disburses the funds to the buyer
without any such limitation, equity will step in to protect the
subordinated interest to be construed as permitting the loan
proceeds to be used only for that purpose. (Id. at 1029.). Wall
argues that the same principle applies in this case. However, this
case does not involve the type of scenario described in that case as
nowhere in that case did the court establish a rule that a duty of
disclosure required for alleging a fraudulent concealment can be
satisfied by showing of the obligation of good faith and fair
dealing.

Notice of ruling to be prepared, served and submitted by prevailing
party.

06/07/2023  Payment: $1.85,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS
III A LP, Receipt: EFM20230607-01316

06/09/2023  Stipulation for Leave to Amend Plaintiff's Answer to the Third
Amended Cross-Complaint and Order on 3rd Amended Cross-Complaint of

EXHIBIT 3, PAGE 394

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | ELLIOT E. LANDER<br>Filed By: FORCE RUBIN LLC |
| 06/09/2023 | Payment: $20.00, OneLegal, for FORCE RUBIN LLC, U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230609-00572 |
| 06/09/2023 | Payment: $1.85, OneLegal, for FORCE RUBIN LLC, U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230609-00572 |
| 06/09/2023 | Payment: $1.85, Legal Connect, for CALMWATER ASSET MANAGEMENT, LLC., Receipt: EFM20230609-00750 |
| 06/21/2023 | Answer to Complaint on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 06/22/2023 | Returned Mail<br>Returned mail re Notice of Hearing (All) sent to Non Party/Other<br>Reason: Unable to Forward<br>No further action. |
| 06/23/2023 | Payment: $1.85, Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230623-00554 |
| 06/27/2023 | Hearing re: Motion Motion for Clarification of Ruling on USRECH and Lander Motions for Summary Adjudication at 8:30 AM in Department S302 |
| 06/29/2023 | Notice of Appearance on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ASR DEVELOPMENT CO. |
| 06/29/2023 | Proposed Judgment<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 06/29/2023 | Proof of Service by Electronic Service (non-complaint) of Proposed Judgment on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC<br>Against / As To: CALMWATER ASSET MANAGEMENT, LLC. |
| 06/30/2023 | Payment: $1.85, OneLegal, for ASR DEVELOPMENT CO., Receipt: EFM20230630-00164 |
| 07/03/2023 | Opposition to Motion to Quash Subpoena on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 07/03/2023 | Declaration of Elliot B. Lander in Opposition to Motion to Quash Subpoena |

PAGE: 333

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
|  | Filed By: ELLIOT LANDER |
| 07/03/2023 | Declaration of A. Stuart Rubin in Support Opposition to Motion to Quash Subpoena<br>Filed By: ELLIOT LANDER |
| 07/03/2023 | Declaration of Sean A. OKeefe in Opposition to Motion to Quash Subpoena<br>Filed By: ELLIOT LANDER |
| 07/03/2023 | Proposed Judgment<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/03/2023 | Supplemental Declaration of Sean A. O'Keefe In Support of Opposition To Motion To Quash<br>Filed By: ELLIOT LANDER |
| 07/03/2023 | Payment: $1.85,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230703-00831 |
| 07/03/2023 | Payment: $1.85,  OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230703-01340 |
| 07/05/2023 | Payment: $1.85,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230705-00979 |
| 07/06/2023 | Judgment Dismissing Cross-Defendant Calmwater Asset Management, LLC<br>Filed By: CALMWATER ASSET MANAGEMENT, LLC.<br>Against / As To: DOUG WALL CONSTRUCTION INC |
| 07/11/2023 | Motion for Summary Adjudication on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/11/2023 | Statement of Evidence Supporting Motion for Summary Adjudication on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/11/2023 | Separate statement of undisputed facts on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/11/2023 | Request for Judicial Notice.<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/11/2023 | Declaration of Doug Wall in Support of Motion for Summary Adjudication<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/11/2023 | Appendix of Out of State and Federal Authorities |

PAGE: 334

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
|      | Filed By: DOUG WALL CONSTRUCTION INC |
| 07/11/2023 | Proof of Service by Electronic Service (non-complaint) of Motion for Summary Adjudication packet on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC<br>Filed By: DOUG WALL CONSTRUCTION INC<br>Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/11/2023 | Hearing re: Motion Motion Extending Deadline for Discovery Responses to 14 Days After Conclusion of CRC Rule 3.724 Meeting at 8:30 AM in Department S302 |
| 07/12/2023 | Proposed Order<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/12/2023 | Proposed Order (hearing) re: Doug Wall Construction Motion for Summary Adjudication on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC for hearing on 09/26/2023<br>Filed By: DOUG WALL CONSTRUCTION INC |
| 07/12/2023 | Reply in Support of Motion to Quash Third Party Deposition Subpoena on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/12/2023 | Declaration of Simond Lavian in Support of reply in Support of Motion to Quash Third Party Deposition Subpoena<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/12/2023 | Payment: $1.85,  OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230712-02129 |
| 07/12/2023 | Payment: $500.00,  OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230712-02129 |
| 07/12/2023 | Notice of Document Return. |
| 07/13/2023 | Payment: $1.85,  OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230713-00044 |
| 07/13/2023 | Payment: $1.85,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230713-01736 |
| 07/17/2023 | Motion to Quash Subpoena to Pegasus Trucking, LLC on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: A STUART RUBIN |
| 07/17/2023 | Proof of Service by Electronic Service (non-complaint) of [Proposed] Order for Defendant A. Stuart Rubin's Notice of Motion and Motion to Quash Subpoena to Pegasus Trucking, LLC on Complaint of U.S. REAL |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

---

Date        Action

            ESTATE CREDIT HOLDINGS III A LP
            Filed By: A STUART RUBIN
            Against / As To: U.S. REAL ESTATE CREDIT HOLDINGS III A LP

07/17/2023  Proposed Order (hearing) re: Defendant A. Stuart Rubin's Notice of
            Motion and Motion to Quash Subpoena to Pegasus Trucking, LLC on
            Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP for hearing
            on 08/30/2023
            Filed By: A STUART RUBIN

07/17/2023  Minute Order: Court on its Own Motion 09/26 Hrg Continued 10/18

07/17/2023  Court on its Own Motion 09/26 Hrg Continued 10/18 at 8:30 AM in
            Department S302 Honorable Angel M. Bermudez, Judge
            A. Behrmann, Courtroom Assistant
            Court Reporter: None
            APPEARANCES:
            No Appearances
            On Court's own motion:
            Continue (future hearing) 09/26/2023 08:30 AM Hearing on Motion for
            Summary Adjudication on 2nd Amended Cross-Complaint of DOUG WALL
            CONSTRUCTION INC by DOUG WALL CONSTRUCTION INC to 10/18/23 at 08:30
            AM in Department S302.
            Reason for Continuance: Department Dark on 09/26.
            Notice to be given by Clerk to SULMEYERKUPETZ , THE LAW OFFICES OF
            DAMIAN D CAPOZZOLA , MARC S HOMME A PROFESSIONAL LAW CORPORATION ,
            The Law Office of Stephen J. Armstrong , ROEMER & HARNIK LLP ,
            ABDULAZIZ, GROSSBART & RUDMAN , PLUMTREE & ASSOCIATES , LANAK &
            HANNA PC , GEORGE SYKULSKI A PROF LAW CORP , WCH LAW GROUP, P.C. ,
            CUMMINS & WHITE LLP , Christopher Orlando Rivas , Evan Llewellyn
            Smith , MCGARRIGLE KENNEY & ZAMPIELLO , SEAN OKEEFE , BRADLEY L
            WILSON.
            Minute entry completed.

07/17/2023  Certificate of Mailing

07/17/2023  Payment: $1.85,  OneLegal, for A STUART RUBIN, Receipt: EFM20230717-
            01682

07/17/2023  Payment: $60.00,  OneLegal, for A STUART RUBIN, Receipt:
            EFM20230717-01682

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| 07/19/2023 | Minute Order: Hearing on Motion to Quash Third Party Deposition Suboena by U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/19/2023 | Hearing on Motion to Quash Third Party Deposition Suboena by U.S. REAL ESTATE CREDIT HOLDINGS III A LP at 8:30 AM in Department S302 |

Honorable Angel M. Bermudez, Judge
A. Behrmann, Courtroom Assistant
Court Reporter: None
APPEARANCES:
U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris Rivas and Marsha Houston present (Telephonically) .
LANDER, ELLIOT [DEF] represented by Sean O'Keefe present (Telephonically) .
DOUG WALL CONSTRUCTION INC [DEF] represented by Mark Homme present (Telephonically) .
At 08:30 AM, the following proceedings were held:
Court has read and considered documents relating to this matter.
Court's tentative is issued.
There is request for oral argument.
Request for oral argument is denied.
Tentative ruling shall become the ruling of the court.
The Motion is granted.
The Motion is GRANTED as the privacy, relevance, and overly broad, objections are well-placed.

Privacy - USRECH and Calmwater have a right to financial privacy in this case as to all matters that are not relevant to the allegations in this case. Lander claims that the information he seeks from the Department is in public records that have been disclosed to the Department by USRECH and Calmwater in applying for a lending license. Moving parties assert that while information was disclosed to the Department, all of it is not publicly available and remains confidential. Lander claims the information he seeks will establish that USRECH is not entitled to a usury exemption because it was not licensed when the loan was made, and was required to be licensed. Notably, moving parties assert that the key evidence is whether USRECH was licensed at the time of the loan, which Lander acknowledges it was. To the contrary, Lander claims that obtaining all of the information requested will show that USRECH's (and presumably Calmwater's) license was void because it lied when it applied for its lending license. Interestingly, the Reply points out

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

that Lander appears to be trying to establish retroactive revocation of a lending license, for which there is no authority. In any event, Lander has not established that, on balance, disclosure of the requested information is warranted.

Relevance - It is relevant whether USRECH was a licensed lender at the time the loan was made. However, Lander already has this information. Lander seeks all the information in the Department's possession concerning USRECH and Calmwater, which he asserts is relevant to his usury defense. However, other than asserting the USRECH was lying in its application, and that the information will establish the lies, he does not demonstrate the relevance of the remaining documents. Moreover, as moving parties point out, Lander seems to be trying to establish a retroactive revocation. In other words, because USRECH purportedly lied in its application to the Department, its license, even if effective when the loan was made, was actually void. Lander cites no authority for this.

Included in the applications to the Department are numerous sensitive and confidential documents required including a balance sheet, business plan, statement of identify and questionnaire for each manager (including dates of birth, social security numbers, residential addresses, and employment history. (Dec.Lavian ¶ 3.) Moving parties also provided the Department with sensitive and confidential documents on a continuing basis including documents about their financial conditions, disclosures about loans made to other parties, and confidential investor information. (Id. ¶ 6.) They also provide sensitive and confidential information of various borrowers and guarantors, and their sponsors. (Id. ¶ 7.) All of this information is irrelevant to the narrow issue raised by Lander. In any event, he has not established the relevance of the requested information.

Overly Broad - The subpoena is overly broad in time. Notably, a reasonable time period would be approximately ten years. It also seeks numerous sensitive and confidential documents and information concerning other loans, other borrowers, managers, investors, borrowers, and guarantors, as discussed immediately above. The description essentially seeks all the information in the Department's possession concerning moving parties. Thus, it is also fatally over broad.

EXHIBIT 3, PAGE 400

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|
| | Notice of ruling to be prepared, served and submitted by prevailing party . |
| 07/20/2023 | Opposition to Motion to Quash Third Party Deposition Subpoena on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/20/2023 | Payment: $1.85,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230720-01364 |
| 07/25/2023 | Notice of Ruling re: Motion To Quash Elliot Landers Third Party Deposition Subpoena To California Department Of Financial Protection And Innovation on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: U.S. REAL ESTATE CREDIT HOLDINGS III A LP |
| 07/25/2023 | Reply to Opposition to Motion to Quash on Complaint of U.S. REAL ESTATE CREDIT HOLDINGS III A LP<br>Filed By: ELLIOT LANDER |
| 07/26/2023 | Payment: $1.85,  Legal Connect, for U.S. REAL ESTATE CREDIT HOLDINGS III A LP, Receipt: EFM20230726-00082 |
| 07/26/2023 | Payment: $1.85,  OneLegal, for LANDER, ELLIOT, Receipt: EFM20230726-00393 |
| 08/02/2023 | Minute Order: Hearing on Motion to Quash Deposition Subpoenas by ELLIOT LANDER |
| 08/02/2023 | Hearing on Motion to Quash Deposition Subpoenas by ELLIOT LANDER at 8:30 AM in Department S302 Honorable Angel M. Bermudez, Judge<br>A. Behrmann, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>U.S. REAL ESTATE CREDIT HOLDINGS III A LP [PLA] represented by Chris Rivas and Marsha Houston present (Telephonically).<br>FORCE RUBIN LLC [DEF], FORCE RUBIN 2 LLC [DEF], A STUART RUBIN [DEF], COACHELLA RESORT LLC [DEF], LANDER, ELLIOT [DEF] represented by Sean OKeefe present (Telephonically).<br>At 08:51 AM, the following proceedings were held:<br>Court has read and considered documents relating to this matter.<br>Court's tentative is issued,<br>There is request for oral argument.<br>Counsel argue. |

PAGE: 339

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

Court expounds on tentative ruling and becomes the final ruling.
Tentative ruling shall become the ruling of the court.
The Motion is denied.
60 day compliance date.

USRECH's discovery of financial information through subpoenas is
authorized under the California Attachment Law (Code Civ. Proc., §
482.010 et seq.) The information is relevant to the determination of
properties subject to attachment. The need for such information when
balanced against the privacy interests of Defendant and non-parties
justify disclosure of such information.

Discovery of financial information is expressly authorized after
issuance of a right to attach order (Code Civ. Proc., § 485.230),
and USRECH may discover the identity, location and value of property
in which Lander has an interest by any means permitted under the
general civil discovery statutes. (Code Civ. Proc., § 2016.010 et
seq.) Discovery by subpoenas is proper as Part 4 of the Discovery
Act includes a deposition subpoena commanding only the production of
business records (set forth in Code Civ. Proc., § 2020.410) as an
authorized method of discovery.

The argument that discovery is limited to the value of property in
which Lander has an interest, and therefore, production of any
documents sought by USRECH under its subpoenas should be disallowed
because Lander holds no interests in the non-parties is not
persuasive. That argument, without citing any authority, assumes
that the definition of "property in which defendant has an interest"
is limited to ownership interests in the corporate entities. Rather,
California Attachment Law (Code Civ. Proc., § 482.010 et seq.)
provides for a broader definition, providing that the property of a
natural person which can be subject to attachment includes interests
in real property (except leasehold estates with unexpired terms of
less than one year), account receivable, equipment and tangible
personal property, instruments, securities, money, and minerals.
(Code Civ. Proc., § 487.010(c).)

The argument of privacy is not persuasive. A corporate defendant's
right to object to discovery based on right of privacy is limited.
"Personal financial information comes within the zone of privacy
protected by article I, section 1 of the California Constitution.

PAGE: 340

EXHIBIT 3, PAGE 402

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

[Citation.]" (Harris v. Superior Court (1992) 3 Cal.App.4th 661, 664.) But, the extent of privacy rights over business entities is unsettled. (SCC Acquisitions, Inc. v. Superior Court (2015) 243 Cal.App.4th 741, 755.) In determining whether a request for document infringed is resolved by a balancing test: "The discovery's relevance to the subject matter of the pending dispute and whether the discovery appears reasonably calculated to lead to the discovery of admissible evidence is balance against the corporate right of privacy." (Ibid., internal quotation omitted.) "Doubts about relevance generally are resolved in favor of permitting discovery." (Ibid.)

Here, it appears that relevancy has been met as to the limited scope of financial information pertaining to Lander as listed in the writ of attachment. USRECH only seeks information from the nonparties regarding assets distributed or transferred to Lander or anyone affiliated with him; it is not seeking to "ransack" their entire files. The subpoenas, as framed, are essentially seeking financial activities and status of Lander since the issuance of the right to attach order and one year from the date of issuance of subpoenas.

Notice waived.

08/03/2023   Notice of Entry of Judgment or Order on 2nd Amended Cross-Complaint of DOUG WALL CONSTRUCTION INC
Filed By: DOUG WALL CONSTRUCTION INC

08/03/2023   Payment: $1.85, OneLegal, for DOUG WALL CONSTRUCTION INC, Receipt: EFM20230803-01369

08/04/2023   Notice of Appeal
Filed By: DOUG WALL CONSTRUCTION INC

08/04/2023   Notice of Appeal of Judgment in Superior Court with Deposit. on Appeal of Judgment DOUG WALL CONSTRUCTION INC
Filed By: DOUG WALL CONSTRUCTION INC

08/04/2023   Notice of Document Return.

08/07/2023   Payment: $100.00, LYNBERG & WATKINS, APC, for DOUG WALL CONSTRUCTION INC, Receipt: 20230807-00468

08/08/2023   Notification of Filing Notice of Appeal on Appeal of Judgment DOUG WALL CONSTRUCTION INC

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

RIC1905743: U.S. REAL ESTATE CREDIT HOLDINGS III A LP vs GLENROY COACHELLA LLC
Civil
Unlimited Civil Breach of Contract/Warranty
Southwest Justice Center Department S302
Status: Appeal

| Date | Action |
|------|--------|

08/10/2023  APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL on Appeal of
            Judgment DOUG WALL CONSTRUCTION INC
            Filed By: DOUG WALL CONSTRUCTION INC

08/10/2023  Appellant's Notice Designating Record on Appeal. on Appeal of
            Judgment DOUG WALL CONSTRUCTION INC
            Designation Type: Appendix with Reporters Transcript
            Filed By: DOUG WALL CONSTRUCTION INC

08/10/2023  Waiver of Reporter's Transcript Costs on Appeal Reporter Kim Carido
            on Appeal of Judgment DOUG WALL CONSTRUCTION INC

08/11/2023  Substitution of Attorney
            Attorney Type: New Attorney, Represented Parties: ELLIOT E. LANDER
            (Cross-Complainant)

08/14/2023  Payment: $1.85,  OneLegal, for LANDER, ELLIOT E., Receipt:
            EFM20230814-00428

08/30/2023  Hearing on Motion to Quash MOTION TO QUASH SUBPOENA  by A STUART
            RUBIN at 8:30 AM in Department S302

09/05/2023  Hearing re: Motion to Compel at 8:30 AM in Department S302

09/20/2023  Hearing re: Motion Motion for Clarification of Ruling on USRECH and
            Lander Motions for Summary Adjudication at 8:30 AM in Department
            S302

09/21/2023  Trial Setting Conference at 8:30 AM in Department S302

09/26/2023  Hearing on Motion for Summary Adjudication on 2nd Amended Cross-
            Complaint of DOUG WALL CONSTRUCTION INC by DOUG WALL CONSTRUCTION
            INC at 8:30 AM in Department S302

10/18/2023  Hearing on Motion for Summary Adjudication on 2nd Amended Cross-
            Complaint of DOUG WALL CONSTRUCTION INC at 8:30 AM in Department
            S302

03/18/2025  Hearing on OSC Re: Dismissal After Conditional Settlement Pursuant
            to CRC 3.1385(c).
            Notice sent to THE GREEN LAW GROUP, LLP on 7/16/20
            Notice sent to ROVER ARMSTRONG on 7/16/20
            Notice sent to MARC S HOMME A PROFESSIONAL LAW CORPORATION on
            7/16/20
            Notice sent to MCGARRIGLE,KENNEY, & ZAMPIELLO on 7/16/20

**EXHIBIT 4**

Electronically FILED by Superior Court of California, County of Riverside on 03/01/2023 04:40 PM
Case Number RIC1905743 0000050631657 - Marita C. Ford, Interim Executive Officer/Clerk of the Court By Jose Valdez, Clerk

1  JOHN A. MESSINA, JR. (SBN 171148)
2  EVAN L. SMITH (SBN 101369)
   JEFFREY J. VAN WICK (SBN 330915)
3  MESSINA & HANKIN LLP
   24910 Las Brisas Road, Suite 102
4  Murrieta, CA 92562
   jmessina@messinahankinlaw.com
5  elsmith@messinahankinlaw.com
   jvanwick@messinahankinlaw.com
6  Telephone: (951) 894-7332
   Fax: (951) 346-3334
7
8  Attorneys for Defendants and/or Cross-complaints
   FORCE RUBIN, LLC; FORCE RUBIN 2, LLC;
9  COACHELLA RESORTS, LLC; A. STUART RUBIN;
10 ELLIOT E. LANDER; and GLENROY COACHELLA HOLDINGS, LLC.

SUPERIOR COURT OF CALIFORNIA

COUNTY OF RIVERSIDE-SOUTHWEST JUSTICE CENTER

| | |
|---|---|
| U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> GLENROY COACHELLA, LLC, a Delaware limited liability company, et al., <br><br> Defendants. <br><br> FORCE RUBIN, LLC; FORCE RUBIN 2, LLC;  COACHELLA RESORTS, LLC; A. STUART RUBIN; ELLIOT E. LANDER; and GLENROY COACHELLA HOLDINGS, LLC, <br> Cross-complainants, <br> vs. <br><br> U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP, an Irish limited partnership, CALMWATER ASSET MANAGEMENT, LLC, a Delaware limited liability company DBA Calmwater Capital, and ROES 1 through 50 inclusive, <br> Cross-defendants. | CASE NUMBER: RIC 1905743 <br><br> *(Assigned for all purposes to the Honorable Angel Bermudez , Dept. S-302)* <br><br> **THIRD AMENDED CROSS-COMPLAINT FOR:** <br><br> 1. **Rescission of Loan Agreement, Restitution, and Damages;** <br> 2. **Rescission of Surety Agreements, Restitution, and Damages;** <br> 3. **Fraud in the Inception;** <br> 4. **False Promise;** <br> 5. **Negligent Misrepresentations;** <br> 6. **False Pretenses Theft; and** <br> 7. **Intentional Interference With Prospective Economic Advantage.** <br><br> **JURY DEMAND** |

---

Third Amended Cross-Complaint
Page 1 of 31

*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 405

Force Rubin, LLC, Force Rubin 2, LLC, Coachella Resort, LLC, A. Stuart Rubin, and Elliot E.

Lander, each a defendant in this action, and Glenroy Coachella Holdings, LLC (collectively the "Cross-

complainants"), hereby allege as follows:

## I. INTRODUCTION

1. California through laws including the California Financing Law ("CFL", Finance Code §§

22000-22780.1) regulates the business of making business loans within the State.  The CFL imposes on

lenders licensed under it, and unlicensed actors who for compensation work with them in lending

transactions duties to not commit prohibited acts in connection with the lending process.  These duties

include prohibitions on making  a materially false or misleading statement or representation to a

prospective borrower about the terms or conditions of a prospective loan; engaging in any act in violation

of Section 17200 of the Business and Professions Code; or committing an act that constitutes fraud or

dishonest dealings.

2. The CFL provides that a licensed lender that pays compensation to a person that is not licensed

pursuant to it in connection with a referral for a commercial loan made by that licensee to a borrower

shall be liable for any misrepresentation made to that borrower in connection with that loan.  The CFL

also prohibits unlicensed persons from participating in any loan negotiation; participating in the

preparation of any loan documents, including credit applications; gathering loan documentation from the

borrower or delivering the documentation to the lender licensee; communicating lending decisions or

inquiries to the borrower; participating in establishing any marketing materials; or obtaining the

borrower's signature on documents.

3. As is alleged below, cross-defendants U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.

("USRECH"), a lender licensed under the CFL, in concert with the entity that created and controls it,

CALMWATER ASSET MANAGEMENT, LLC ("Calmwater"), which is not licensed under the CFL,

violated their aforesaid duties under the CFL in their successful effort to induce the borrowers and certain

of their principals to enter into a secured loan for their hotel development project in the City of

Coachella, California, and execute personal surety guarantees of that loan.  Had USRECH and

EXHIBIT 4, PAGE 406

Calmwater honestly and not fraudulently performed their duties under the CFL, Cross-complainants

would not have signed those documents and been harmed, and this cross-action would not be necessary .

4. As alleged below, USRECH and Calmwater breached their duties under the CFL by, among

other actions, with fraudulent and dishonest intent concealing from Cross-complainants the material facts

known to them which if disclosed would have caused Cross-complainants to withdraw from the

transaction, including that the amount of the proposed loan would not be sufficient to fund the project,

and that USRECH and Calmwater had not actually approved a lendable budget adequate for the

development (which was an express condition precedent to making the loan).  As a result of the active

and intentional concealment of the material facts by USRECH and Calmwater, Cross-complainants

executed the loan and personal surety guarantee agreements, and have consequently suffered great

financial injuries for which they are hereby seeking to remedy.

5. The fraudulent and dishonest conduct of USRECH and Calmwater has continued during the

course of this action, as they have cynically, actively, and with fraudulent intent worked to conceal and

suppress from disclosure to Cross-complainants the material and detailed facts evidencing their fraud

long enough to prevent those facts from being pleaded with detailed specificity in this Third Amended

Cross Complaint within the 70 days period for leave to amend granted by the Court at the 12/21/2022

hearing on the demurrer to Cross-complainants' Second Amended Cross Complaint.

6. Among the reasons the Court granted Cross-complainants 70 days leave to amend their Third

Amended Cross-Complaint was that USRECH and Calmwater in response to a production demand by

cross-complainant Elliot Lander had produced over 11,000 separate files of electronically stored

information ("ESI") in a manner that did not comply with the discovery rules for production both

generally, and as specifically required for productions of ESI.  The Court directed the parties to work

together to effectuate the production of the ESI to Cross-complainants.

7. On 12/22/2022 Cross-complainants' attorneys participated in a conference call with counsel

for USRECH and Calmwater, and other parties, during which issues related to completion of the ESI

production by USRECH and Calmwater were discussed.  Several other calls and emails between counsel

did not result in the production by USRECH and Calmwater of ESI in either in the form or forms in

EXHIBIT 4, PAGE 407

which it is ordinarily maintained or in a form that is reasonably usable as required by C.C.P. §

2031.280(d)(1).  Instead, the 11,000+ ESI files produced were intentionally converted from their original

formats into less useable .TIFF (Tag Image Format Files) files.  By so converting the files USRECH and

Calmwater have destroyed important information contained in the code of the files, thereby making it

difficult and time consuming for the recipient to review and categorize the files.  Conversion from the

original or native format to .TIFF also has made it difficult if not impossible to use automated ESI

management processes to review and analyze the information produced, and determine if emails are

missing from chains, or content was altered.  This alteration of the ESI required a great deal of work by

USRECH and Calmwater.  USRECH and Calmwater have the ability to produce the data in the original

or native format because the original production contained five native format email files, but thousands

of converted emails files now must be manually opened and inspected rather than processed in bulk. The

unnecessary conversion of the format only destroyed relevant data, frustrates Cross-complainants' ability

to use the data, and therefore is not substantially compliant with the discovery request. It has been done

for no other reasons than to suppress from disclosure to Cross-complainants the full information and facts

concerning the controversy now before the Court, and thereby prevent Cross-complainants from

obtaining those details of the fraud and dishonest dealings by USRECH and Calmwater for inclusion in

this Third Amended Cross-Complaint.

## II. PARTIES

8.  Cross-complainant Force Rubin, LLC is a Delaware limited liability company, doing business

in Riverside County, California ("Force Rubin"), and a defendant in this action.

9.  Cross-complainant Force Rubin 2, LLC is a Delaware limited liability company, doing

business in Riverside County, California ("Force Rubin 2"), and a defendant in this action. Cross-

complainant Coachella Resort, LLC is a Delaware limited liability company, doing business in Riverside

County, California ("Coachella Resort"), and a defendant in this action.  Coachella Resort acquired its

minority interest in the Property and Project just a few days before loan closing, and is a passive investor.

10.  Cross-complainant A. Stuart Rubin ("Rubin") is an adult individual who resides in Los

Angeles County, California, and a defendant in this action.

**Third Amended Cross-Complaint**
**Page 4 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.: RIC 1904753*

EXHIBIT 4, PAGE 408

11.  Cross-complainant Elliot E. Lander ("Lander") is an adult individual who resides in Riverside County, California, and a defendant in this action.  Lander is the beneficial equity owner in Coachella Resort, and is a minority passive investor.

12.  Cross-complainant Glenroy Coachella Holdings, LLC is a Delaware limited liability company, doing business in Los Angeles County, California, ("Glenroy Holdings"), and has not previously appeared in this action.

13.  The plaintiff and a cross-defendant in this action, USRECH, is an Irish limited partnership doing business in the State of California, with offices in Los Angeles County, holds California Finance Lender license number 60 DBO-79992, and is therefore subject to regulation under the California Financing Law ("CFL", Finance Code §§ 22000 – 22780.1).  Cross-complainants are informed and believe, and based thereon allege, that in connection with the subject matter of this action USRECH was and is with its consent managed and controlled by its Co-Cross-Defendant Calmwater, through and in concert with it performed the acts described and alleged in this Third Amended Cross-Complaint.

14.  Cross-defendant Calmwater Asset Management, LLC is a Delaware limited liability company doing business as Calmwater Capital, with offices in Los Angeles County. Calmwater is not licensed under the CFL, but is in some instances governed by its provisions.  Calmwater caused USRECH to be formed and capitalized, and at all times relevant to the causes of action alleged herein Calmwater has represented, managed, controlled, and dominated USRECH, in concert with whom it performed the acts described and alleged in this Third Amended Cross-Complaint.  Calmwater has not previously appeared in this action.

15. The true names and capacities, whether individual, corporate, or otherwise of the cross-defendants named in this Cross-Complaint as Roes 1 through 50, inclusive, are unknown to Cross-complainants. Cross-complainants are informed and believe, and on that basis allege, that each of said fictitiously named cross-defendants is liable to Cross-complainants on the causes of action herein alleged and/or asserts some interest, legal or equitable, in the subject matter of this action, and therefore Cross-complainants sue said cross-defendants by said fictitious names. Cross complainants will move to amend this Cross-Complaint when the true names and capacities of said fictitiously named cross-defendants

**Third Amended Cross-Complaint**
**Page 5 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 409

have been ascertained.  All allegations made in this Cross-complaint against USRECH and/or Calmwater are also alleged and made as to and against each said fictitiously named cross-defendant.

### III. JURISDICTION AND VENUE

16.  This Court has jurisdiction over all causes of action asserted in this Cross-Complaint pursuant to California Constitution, Article VI, § 10 and California Code of Civil Procedure § 410.10. The acts and omissions alleged herein were committed in the State of California, this is a civil action wherein the matter in controversy, exclusive of interest, exceeds $25,000, and this case is a cause not given by statute to other trial courts.

17.  Venue is proper in this Court pursuant to California Code of Civil Procedure §§ 428.10 to 428.20 and the unlawful conduct alleged herein relates to real property located in Riverside County, California.

### IV. ORIGINS Of RESORT HOTEL PROJECT AND CALMWATER'S DISHONEST FINANCING SCHEME

18.  In 2017, Force Rubin, LLC, Force Rubin 2, LLC, and non-party, Glenroy Coachella, LLC ("Glenroy", of which cross-complainant Glenroy Coachella Holdings, LLC is the Sole Member) (together the "Developers"), owned approximately thirty-seven acres located at the Southwest corner of Avenue 48 and Van Buren in Coachella, California (the "Property"), as tenants-in-common. Beginning in or about 2007, and continuing through 2017 and into 2018, Developers invested over $ 15 million to acquire the Property and obtain entitlements necessary to proceed with development of a resort, and fund preliminary design and construction work.

19.  The Developers formulated a plan to develop the Property by commissioning the building of a luxury resort hotel and entertainment complex that included 250 guest rooms located in 51 individual prefabricated casita units (to be constructed offsite prior to installation), and a main hotel building (the "Project").  In furtherance of the development plan, Developers in or about February 2018, entered into a contract with Hilton hotels to brand, operate, and manage the hotel portion of the Project when complete. The entertainment portion of the project was intended to be exclusively managed by Gary Stiffelman

EXHIBIT 4, PAGE 410

("Stiffelman"), an Entertainment lawyer who at that time was a managing member of Glenroy.  The other

individual member of the Developers group, Stuart Rubin ("Rubin") intended to be passive investor once

the Project was completed, as he lacked the experience necessary to develop, construct, or operate a

hotel.  In early 2018 the Hilton contract was terminated, and a replacement contract was signed with ISG

Indigo brand hotels.

20.  In or about mid-2017, Developers engaged the services of architecture firm Carrier Johnson +

Culture ("Carrier") to produce plans for the Project's common area buildings, site layout, restaurant,

gym, and coordinate with the manufacturers of the pre-fabricated casitas.

21. In furtherance of the Project, Developers in 2017 sought to retain a General Contractor with

significant experience in the construction of luxury hotels to provide general contracting services for the

Project.  During this process, Developers were introduced to Mr. Doug Wall ("Mr. Wall"), the President

of Doug Wall Construction, Inc., a California corporation ("DWC"), which is a licensed General

Contractor whose primary office is located in the Riverside County city of Bermuda Dunes.

22.  Mr. Wall represented to Developers that he and DWC had extensive experience in providing

contracting services for luxury hotel and hospitality developments similar to the Project, had favorable

relationships with local subcontractors and trade contractors, and possessed the ability to prepare an

accurate budget detailing all material construction costs associated with a luxury hotel project that would

comply with the specifications common to the industry, including the build-out of both interior and

exterior guest rooms.

23.  Developers expressly informed Mr. Wall and DWC that if they were engaged as general

contractors for the Project, Developers would be relying on their experience, expertise and skill to timely

and competently complete the Project, as Developers were not qualified or experienced themselves in the

construction of luxury hotel projects.

24.  On June 1, 2017, Developers entered into a contract with DWC, under which DWC

undertook the duties of General Contractor for the Project, which included provision of design and

construction work, coordination of the work of the Project designers including Carrier, creation of

budgets and schedules, coordination of design documents and reporting of deficiencies in such

EXHIBIT 4, PAGE 411

documents, on-site supervision, planning and sourcing of construction materials and pre-fabricated casitas to serve as detached guest rooms, reporting and correcting deviations, and retention of subcontractors.

25. Upon being engaged as General Contractor for the Project, DWC began site work, including constructing foundations for the prefabricated casitas, installation of certain utilities, and excavation and grading of the approximately 30 acre Project site, all of which was substantially completed by the end of January 2018.

26. In mid-2017, Developers engaged the services of George Smith Partners, Inc. ("GSP") a leading, national provider of capital market services to the commercial real estate industry to represent them in obtaining construction financing for the Project. Among the GSP executives working on the engagement were Managing Director & Principal Steve Bram, and Senior Vice President David R. Pascale, Jr.

27. DWC at Developers request prepared a Construction Budget ("First Budget") estimating and detailing the expected costs of completing the Project, for GSP and Developers to use in soliciting Project financing from lenders. DWC also prepared a proposed schedule for completion of the Project which set forth and delineated the various portions of the construction process, scheduled in chronological order with the estimated duration of each portion of the Project, and estimated the time needed for overall completion of the Project.

28. In August 2017 Stiffelman proposed to the other Developers that the plans for the Project needed to be upgraded to appeal to more upscale guests, which would entail changing the plans from a mixture of ground-up and prefabricated construction to fully ground up construction, a step which would also necessitate revising the architectural plans and performing additional site work including excavation and changes to in ground utilities. His suggestions for doing so were approved by the other Developers. These changes were discussed with DWC's Chief Estimator Bill Butler and Mr. Wall, who assured Developers the changes would not materially cost more than the then current estimate for a mixed construction project as set forth in the First Budget.

**Third Amended Cross-Complaint**
**Page 8 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.: RIC 1904753*

EXHIBIT 4, PAGE 412

29. In  and about August 2017 Developers terminated Carrier as architects for the Project, and hired KHA Architects-Kristi Hanson, Inc. ("KHA") to produce architectural plans for the Project as updated from partially prefabricated to fully ground up construction.

30. In or about August 2017, GSP introduced Developers to Calmwater Capital ("Calmwater" and/or "CW") and its Managing Principal, Larry Grantham ("Grantham"), who told Developers that as a member of CW's Executive and Investment Committees he was the key decision maker for Calmwater on lending decisions.  Grantham did not disclose to Developers that Calmwater was not licensed under the CFL, and therefore was prohibited from making a loan to them, from participating in any loan negotiations, participating in the preparation of any loan documents, including credit applications, gathering loan documentation from them, or delivering the documentation to a CFL licensed lender.

31. During August and September 2017 the Developers and GSP personnel had several in person meetings with Grantham and other CW executives including Simond Lavian ("Lavian"), then CW's Director of Asset Management (Debt), Tristine Lim ("Lim"), Director of CW Underwriting, Huell Kim ("Kim"), then an Asset Manager with CW, and Paul Slider ("Slider"), then a Director of Underwriting at CW, at locations including CW's headquarters offices in Los Angeles to negotiate the parameters for a loan by CW to fund the Project.  These meetings were supplemented by telephone calls and conferences. The culmination of these discussions was the issuance by CW of a detailed Term Sheet on CW letterhead addressed to Stuart Rubin dated September 8, 2017, detailing the terms of a proposed $ 20 million loan facility from CW or an unnamed affiliate for construction of the Project.  Grantham signed the Term Sheet on behalf of CW.  It was countersigned by Rubin on September 14, 2017.  A true copy of the Term Sheet is attached hereto as Exhibit 2008, and incorporated by reference as if fully set forth herein.

32.  In or about September 2017, CW engaged Marx Okubo Associates, Inc. ("Marx Okubo"), a national architectural and engineering consulting services company, to review code requirements, construction documents, and specifications proposed for the Project, and based on its review prepare a report for CW 's use in performing due diligence as to whether the Project satisfied underwriting requirements for making the proposed construction loan to fund its completion.

**Third Amended Cross-Complaint**
**Page 9 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 413

33. In mid-October 2017 Lim of CW Underwriting informed Developers that CW had retained Marx Okubo to review and advise it regarding the Project. Rubin advised DWC of those facts, and that it needed to cooperate with Marx Okubo, and provide it with pertinent information. DWC complied with Marx Okubo's initial document requests by email to Richard Milstead of Marx Okubo on October 25, 2017, with copies to other involved persons including Lim of CW.

34. In or about September 2017, Grantham, Lim, Kim, and Lavian of CW during a meeting informed Rubin and Stiffelman on behalf of Developers that before CW could finance the Project certain properties it then included would have to be removed in order to comply with Federal loan regulations. Developers agreed and complied with CW's requirement by spinning off those interests to another entity.

35. Over the months following September 2017, CW personnel including Slider, Lim, and Kim on numerous occasions visited the Project site and observed the construction work being done by DWC and subcontractors. On some of their visits the CW personnel were accompanied by Marx Okubo personnel. As a result of these visits CW remained apprised of the on the ground progress of Project construction, including of the ground up casita construction.

36. By an email dated October 30, 2017, to DWC, and copied to others including Marx Okubo and Developers, Lim stated CW wanted Marx Okubo to complete its review of the Project that week, and requested of DWC that it promptly provide some previously requested items, including a detailed construction budget and an anticipated project progress schedule. Cross-complainants are informed and believe, and based thereon allege, that DWC's responses to Lim's request included the provision of a copy of the First Budget it had prepared.

37. Calmwater and Marx Okubo, who each knew the scope of the Project had been changed to include only ground up construction elements, requested confirmation from the City of Coachella ("City") that it approved of the change in scope. By a letter addressed to CW and Marx Okubo dated December 7, 2017, the City confirmed that the change was acceptable, and that it would issue permits for the Project.

38. Based on information now known to them, Cross-complainants are informed and believe, and based thereon allege, that Marx Okubo's review identified several items that needed to be addressed by

EXHIBIT 4, PAGE 414

1  CW before its underwriting due diligence could be completed, including provision of an updated

2  construction budget. As a result, from October through December 2017, several meetings, telephone

3  calls and conferences were held to address those items, which variously included Calmwater and its

4  personnel Lim, Kim, and Grantham; Marx Okubo and its personnel including Milstead; Developers by

5  Rubin and Stiffelman; DWC and Mr. Wall; GSP and its personnel Bram and Pascale; and other persons

6  involved in construction and development of the Project.

7      39. By an email to Calmwater and Marx Okubo dated December 26, 2017, Bram of GSP on

8  behalf of Developers reaffirmed their desire to close the loan by January 15 or soon thereafter. In

9  furtherance of that goal, attached to the email for review by the Marx Okubo team were documents

10  including a revised budget updated with details for the entirely ground up construction of the Project

11  ("Construction Budget" or "DWC Budget") and copies of the major subcontracts for the construction of

12  the casitas.

13      40. As is addressed and alleged in greater detail below, Marx Okubo renewed its review of the

14  Project and reported only to its client Calmwater that the Construction Budget prepared by DWC was so

15  deficient that the project could not be completed at the proposed loan amount of $ 20 million. Calmwater

16  intentionally did not disclose this information to Developers or Cross-complainants, despite being

17  required to disclose it by California laws, including the CFL.

18

19      41. Based on information now known to them, Cross-complainants are informed and believe, and

20  based thereon allege, that in order to wrongfully enrich itself Calmwater has a history, pattern and

21  practice of entering into secured construction project loans it knows are of insufficient amounts, that CW

22  in connection with such loans obtains personal guarantees from the borrowers' principals, and then after

23  closing those transactions declares the loans in default, forecloses on the collateral including real estate,

24  and sues the principals involved on their guarantees to strip them of their personal assets (the "Scheme").

25      42. As is addressed and alleged in greater detail below, Cross-complainants are informed and

26  believe, and based thereon allege, that in or about March 2018, after receiving from Marx Okubo its

27  updated report on the material deficiencies in the Construction Budget, Calmwater and its personnel

28  including Grantham, Lim, and Kim did not as required by the CFL disclose that information to Cross-

EXHIBIT 4, PAGE 415

1  complainants, or use it to properly perform loan underwriting for the Project, but instead decided to

2  dishonestly, wrongfully, knowingly, and fraudulently conceal the information and deploy the Scheme

3  against Cross-complainants.

4      43.  Calmwater and USRECH's dishonest, knowing, designed, willful, and intentional fraud has

5  left the Borrowers with, inter alia, millions in unpaid construction bills, a half-completed project, the

6  expenses associated with a plethora of lawsuits filed by unpaid contractors, and severe reputational

7  damage, and has thereby economically damaged Cross-complainants by taking from them their money,

8  and real and personal property interests in the Property and the Project.

9      44.  This action seeks a judgment against Calmwater and USRECH for both restitution and the

10 damages caused by their concealment and suppression of material information from Cross-complainants,

11 breaches of their duties under the CFL, and breaches of contract, fraud, false pretenses theft, and

12 intentional interference with prospective economic advantage, and for awards of punitive, special, and/or

13 statutory treble damages as well.

14     **V. GENERAL ALLEGATIONS**

15     45.  At the times relevant to the allegations made herein the Borrowers held ownership

16 interests in the thirty-seven-acre property located at the southeast corner of Avenue 48 and Van Buren

17 Street, in Coachella, California (the "Property"), as tenants-in-common.

18     46.  The Borrowers' individual ownership percentages in the Property on the date of loan

19 closing and all subsequent times relevant to the allegations made herein were the following: Glenroy -

20 70.5%; Force Rubin - 21.2115%, Force Rubin 2 – 3.7885%, and Coachella Resort – 4.5% (the "TIC

21 Interests").

22     47.  At the times relevant to the allegations made herein Glenroy Holdings was the Sole

23 Member and equity owner of Borrower Glenroy.

24     48.  The Borrowers acquired the TIC Interests that collectively comprise the Property with the

25 intent of constructing a luxury, branded, hotel facility on the Property that would include guest casitas, a

26 pool area, an area for concerts and other amenities, and a parking lot (the "Project").

EXHIBIT 4, PAGE 416

49.     Grantham on behalf of Calmwater did not express any concern regarding the Borrowers' lack of experience in hotel construction, but instead emphasized that its own experienced due diligence team would carefully assess the financial viability of the Project before it, or any of its captive financing sources such as USRECH, agreed to provide financing.  Grantham did not ever disclose to Borrowers or Sureties that Calmwater was not licensed under the CFL, and therefore was prohibited from making a loan to them, from participating in any loan negotiations, participating in the preparation of any loan documents, including credit applications, gathering loan documentation from them, or delivering the documentation to a CFL licensed lender.

50.     As a precondition to advancing financing for the construction of the Project, Calmwater required that the Borrowers provide to it a detailed construction budget itemizing every material cost that would have to be paid to complete the Project (the "Construction Budget").

51.     Calmwater further advised the Borrowers that it would only proceed with the financing if it received, reviewed in detail, and approved the Construction Budget as being adequate to complete the Project.

52.     DWC was selected as the Project's general contractor based on DWC's alleged experience in constructing hospitality improvements of the kind described in the Project's building plans, its allegedly favorable relationship with local subcontractors, *and its self-professed ability to prepare an accurate budget detailing all material construction costs associated with the Project* as required by Calmwater and USRECH.

53.     DWC's representations regarding its ability to prepare a detailed and accurate budget were particularly important to the Borrowers for the following reasons:

A.  The beneficial owner of Coachella Resort, Lander, is a medical doctor who was a passive investor in the Project, with no experience in hotel development or construction;

B.  Rubin, who controls Force Rubin, Force Rubin 2, and Glenroy Holdings has experience in commercial real estate construction, but no experience in the construction of a hotel from the ground up. Accordingly, Force Rubin, Force Rubin

**Third Amended Cross-Complaint**
**Page 13 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                                    *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 417

2, Glenroy, and Glenroy Holdings were also entirely reliant upon DWC's expert advice in all construction matters related to the Project;

C. DWC's construction budget would potentially be submitted to a number of construction lenders as part of construction loan submissions and these submissions would according to proper loan underwriting procedures be rejected if the budget was found to be materially in error; and

D. If after the loan closed the DWC budget turned out to be materially in error, Rubin and Lander (together with Stiffelman who is currently not a party the "Sureties") would be called upon to make up any shortfalls, and they were not willing to assume this financial risk unless they had absolute confidence in the construction budget prepared by DWC for the Project.

54.    In accordance with Calmwater's requirements, DWC prepared a construction budget purportedly detailing all material costs associated with the completion of the Project dated November 11, 2017 (the "DWC Budget"). DWC represented to the Borrowers that the DWC Budget accurately detailed all of the costs necessary for the completion of the Project.

55.    Unbeknownst to the Borrowers and the Sureties, the DWC Budget massively and materially underestimated the construction costs, a fact which USRECH and Calmwater learned through their conduct of pre-closing Due Diligence, and failed to disclose to Cross-complainants, despite having duties under California law to do so.

56.    Had the Borrowers and the Sureties been made aware of the magnitude of the errors in the DWC Budget—facts well known to and concealed by Calmwater and USRECH before they closed the loan *without approving the DWC Budget as required by the Loan Agreement*—the Borrowers would never would have signed the Loan Agreement, and the Sureties would never have signed the Indemnity and Guarantee Agreement, nor the Completion Guaranty Agreement (Glenroy Coachella, California), both dated April 18, 2018 (the "Surety Agreements") drafted and presented to them by Calmwater and USRECH.

**Third Amended Cross-Complaint**
**Page 14 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 418

57.    The Loan Agreement presented to the Borrowers, Stiffelman, Rubin, and Lander by Calmwater for execution included the following explicit representation: USRECH would not advance any money to finance the construction of the Project unless USRECH reviewed *and approved* the construction budget beforehand. In fact, the defined term "Approved Budget" appears *over fifty* times in Loan Agreement.

58.    The term "Approved Budget" which in the Loan Agreement is referred to in several places as Exhibit C, was in fact the DWC Budget which was so designated, attached and incorporated into the Loan Agreement .

59.    The forty references to the term "Approved Budget" in the Loan Agreement establish the following facts:

A. The loan transaction between USRECH and the Borrowers was predicated upon the existence of a USRECH reviewed and properly approved construction budget;

B. No funds could be advanced under the Loan Agreement unless and until USRECH approved the construction budget; and

C. No loan proceeds could be expended outside this "Approved Budget".

60.    The term "Approved Budget" in the Loan Agreement is defined in Section 10.06 as the combination of the following (with emphasis added):

> "the Construction Budget for the Property, if construction is ongoing, which shall not include any payment to Borrower or any Affiliate unless expressly approved by Lender, in writing, in its sole discretion, the Construction Budget approved as of the date hereof is attached hereto as **Exhibit** C, (b) an annual operating budget (the **"Operating Budget"**) for the Property, which may include separate operating budgets for the Hotel and the Playground, and (c) an annual FF&E budget governing the purchase and replacement of furniture, fixtures and equipment at the Property, once approved by Lender in its discretion, the Construction Budget, the Operating Budget(s) and the FF&E Budget, shall be collectively referred to herein as the **"Approved Budget").**

61.    The Loan Agreement states in paragraph 10.06 (with emphasis added):

> **The Approved Budget <u>as of the date hereof</u> is attached hereto as Exhibit C**. Borrower shall cause the Property to be constructed, owned and operated in accordance with the Approved Budget attached hereto, and Borrower shall make no

**Third Amended Cross-Complaint**
**Page 15 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*        *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 419

changes to any the Approved Budget or portion thereof without the prior written consent of Lender, except as otherwise expressly permitted hereunder. The Approved Budget for the remainder of 2018 is attached as **Exhibit C** attached hereto.

62.    The defined term "Approved Budget" in the Loan Agreement specifically refers to the DWC Budget attached to the Loan Agreement as Exhibit C.

63.    The "Approved Budget" not only itemized all of the costs that USRECH agreed to pay to ensure the completion of the Project, it also listed the exact amount of the first draw that USRECH was agreeing to pay by signing the Loan Agreement: $7,737,175 (the "First Draw").

64.    Although prohibited by the CFL from doing so, Grantham on behalf of USRECH signed the Loan Agreement and induced the Borrowers to sign the contract through the representations made therein; all the while concealing from the Borrowers and Sureties that neither Calmwater or USRECH had approved the Approved Budget, did not intend to pay, and in fact never paid, the $7,737,175 First Draw as USRECH represented and agreed to in the Loan Agreement.

65.    Over a month *before* the Loan Agreement and the Indemnity Agreement were executed, Calmwater and USRECH ostensibly as part of their loan underwriting process presented Borrowers with a list of questions raised by Marx-Okubo regarding the Project.  Rubin on behalf of Borrowers promptly prepared detailed written responses to those questions and returned them to Calmwater and USRECH. Borrowers reasonably expected Calmwater and USRECH would forward those responses to Marx-Okubo for its use in preparing its final due diligence report to the those Lenders.

66.    The resulting report, which was clear, comprehensive, and detailed, established that the DWC Budget, which was later attached to the Loan Agreement as the "Approved Budget", was underfunded by more than 30% (the "Okubo Report"). Id. *Stated otherwise, the Okubo Report established that the construction of the Project was bound to fail if it proceeded based on the DWC Budget.*

67.    Although Calmwater and USRECH outwardly claimed to be relying on the DWC Budget for loan underwriting purposes, they secretly commissioned HVS Consulting and Valuation ("HVS") to appraise the Project as an ISG Indigo managed hotel.  HVS under cover of a letter addressed to David Magruder of USRECH dated March 26, 2018, delivered that appraisal which states that the total cost to

**Third Amended Cross-Complaint**
**Page 16 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 420

1    complete construction of the Project as being $ 37,737,872, or more simply stated 75% more than the

2    DWC Budgeted amount.  As disclosure would have caused Borrowers and Sureties to withdraw from the

3    loan transaction, Calmwater and USRECH intentionally concealed this information from Cross-

4    complainants in violation of California laws requiring disclosure in order to make sure their Scheme

5    would proceed.

6        68.    Calmwater and USRECH received the Okubo Report and understood its contents and

7    importance well before the closing date, but in furtherance of their Scheme withheld the facts that they

8    were proceeding in disregard of its contents and conclusions from the Borrowers and Sureties in

9    violation of the duties imposed on USRECH as a licensed California Finance Lender by California

10   Finance Code § 22161(a) to not knowingly misrepresent, circumvent, or conceal, through subterfuge or

11   device, any material aspect or information regarding a transaction to which the person is a party.

12       69.    The Borrowers and the Sureties were unaware of the magnitude of the fatal deficiencies

13   in the DWC Budget when they executed the Loan Agreement and the Surety Agreements, respectively.

14       70.    Not only were Calmwater and USRECH fully aware of the DWC Budget deficiencies, in

15   recognition of the same Calmwater and USRECH never approved the Approved Budget, as required by

16   the Loan Agreement, and never intended to advance the First Draw referenced in this budget.

17       71.    In February of 2021 the Borrowers and the Sureties first became aware of Calmwater and

18   USRECH's fraud and non-disclosures regarding the Approved Budget. Had they been apprised of these

19   facts before the Loan Agreement and Surety Agreements were executed, they never would have signed

20   those contracts.

21       72.    The deficiencies in the DWC Budget/"Approved Budget" cited in the Okubo Report

22   totaled between $ 21.8 million and $ 26 million.

23       73.    Collectively the deficiencies in the DWC Budget cited in the Okubo Report exceed *40%

24   *of the USRECH loan total*.

25       74.    Notwithstanding these facts and the mandate in the Loan Agreement requiring an

26   "Approved Budget" *before* the contract was entered into, Calmwater and USRECH in furtherance of

EXHIBIT 4, PAGE 421

1   their Scheme intentionally failed to disclose the magnitude of the budget shortfalls to the Borrowers and

2   the Sureties, and USRECH never disclosed that it had never approved the DWC Budget/"Approved

3   Budget" as required by California laws, the Loan Agreement, and as represented in the Loan

4   Agreement.

5       75.     The intentional nature of the USRECH/Calmwater fraudulent Scheme is acknowledged

6   in at least two emails from Calmwater to Rubin.[1] In the first email, dated April 27, 2018—*just one day*

7   *after the Loan Agreement and Surety Agreements were executed*— Kim of Calmwater, states "we'll

8   figure out the budget *after the first draw*."

9       76.     The statement in the April 27, 2018, email is directly contrary to the explicit

10  representations and covenants in the Loan Agreement stating that the Approved Budget was in fact

11  approved by Calmwater and USRECH as of April 26, 2018, the date the Loan Agreement was executed.

12      77.     In the second email dated May 21, 2018, less than thirty days after the Loan Agreement

13  was executed, Kim on behalf of Calmwater and USRECH purported to express concern about the DWC

14  Budget, as if Calmwater and USRECH were just discovering for the first time, that the budget was

15  materially in error. In fact, Calmwater and USRECH knew the budget grossly underestimated the

16  Project completion costs weeks before the parties entered into the Loan Agreement. Calmwater and

17  USRECH also knew and concealed, despite their express representations to the contrary in the Loan

18  Agreement, that they were not approving the DWC  Budget, and were not going to fund the loan

19  advances in accordance therewith.

20      78.     The above-referenced emails establish a) that Calmwater and USRECH knew the DWC

21  Budget substantially understated construction completion costs before the Loan Agreement and the

22  Surety Agreements were executed; b) that Calmwater and USRECH did not approve, and never intended

23  to approve the DWC Budget; and c) that Calmwater and USRECH never intended to advance the agreed

24  upon loan proceeds to the Borrowers because this would have required approval of the deficient DWC

25  Budget. Collectively these facts yield one conclusion: Calmwater and USRECH knew the Project was

26  destined to fail due to underfunding well before entering into the Loan Agreement, and they concealed

27

28
---
[1] Undoubtedly, far more admissions will be obtained in discovery. ,

**Third Amended Cross-Complaint**
**Page 18 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*          *Case No.: RIC 1904753*

EXHIBIT 4, PAGE 422

these facts in furtherance of their Scheme which required that the Project fail so they could declare the Loan in default, execute on their collateral, and move to seize the Sureties personal assets by enforcement of their guarantees.

79.    After the Loan Agreement was executed, USRECH both delayed making, and short-funded the First Draw due under the loan by $4.5 million, despite the fact that this draw was approved in the supposedly Approved Budget attached to the Loan Agreement as of the date it was executed. This material breach of the Loan Agreement doomed construction of the Borrowers' Project. By the end of 2018, construction was at a standstill, with Calmwater and USRECH refusing to fund the remaining $ 5 million of loan proceeds. This disaster was caused by the misrepresentations and false promises that Calmwater and USRECH made in the Loan Agreement in furtherance of their Scheme, and materially enabled by their concealment of facts and other violations of their duties under the CFL.

80.    In 2019, having breached the Loan Agreement ab initio, USRECH sought to profit from its own wrongdoing by filing a foreclosure action, which it double-tracked by also pursuing a non-judicial foreclosure.

81.    When the Borrowers attempted by reasonable efforts to rid themselves of this fraudulent loan through a refinancing, Calmwater and USRECH compounded their wrongdoing by refusing to give the Borrowers a valid payoff figure.

82.    After Calmwater and USRECH materially breached the terms of the Loan Agreement as more fully described in the First and Second Causes of Action, the Borrowers attempted rid themselves of their destructive lender by refinancing USRECH's debt position through what is commonly known as the EB-5 Program.

83.    The EB-5 Program is a USCIS (United States Citizenship and Immigration Services) employment-based visa program that allows foreign investors to gain permanent residency in the United States through a $500,000–$1,000,000 investment in a new commercial enterprise that creates at least 10 full-time jobs.

**Third Amended Cross-Complaint**
**Page 19 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*    *Case No.: RIC 1904753*

EXHIBIT 4, PAGE 423

84. Pursuant to 9.9(d) of the Loan Agreement, the Borrowers had the right to raise funds through the sale of equity interests in the Borrowers, or a successor entity, through the EB-5 Program, subject to USRECH's consent. However, such consent could not be unreasonably withheld.

85. In accordance with this financing right, the Borrowers expended over $ 700,000.00 preparing an EB-5 offering that would have raised sufficient funds to refinance USRECH's loan position.

86. When the Borrowers requested that USRECH consent to this refinancing, and withdraw the notice of default that it recorded against the Property (the "NOD"), USRECH unreasonably refused, even though its lien against the Property was fully perfected, and would have remained so if the NOD had been withdrawn.

87. As USRECH had materially breached the Loan Agreement first, and in fact breached it ab initio, the Borrowers were not required to comply with the Loan Agreement until USRECH cured these breaches, which in fact it never did. Accordingly, USRECH was not only required to withdraw the NOD, but its recording of the NOD was barred under California law, because it was USRECH, not the Borrowers who were in default under the terms of the Loan Agreement.

88. USRECH's recording of the NOD, and its refusal to withdraw the NOD and consent to the refinancing proposed by the Borrowers under the EB-5 Program, were additional material breaches of the terms of the Loan Agreement in furtherance of its Scheme, and acts prohibited by the CFL.

89. By its actions and misconduct as alleged in the paragraphs above, USRECH and Calmwater have violated the duties imposed under Cal. Finance Code § 21161(a) to not commit any act that constitutes fraud or dishonest dealings.

90. Calmwater and USRECH's fraud and dishonest dealings ultimately forced Glenroy, the Borrower holding the largest ownership interest in the Property, to file a Chapter 11 petition in the United States Bankruptcy Court for the Central District of California on February 15, 2021, in order to protect its interests in the Property and the Project from loss by foreclosure. Glenroy's case remains pending as bankruptcy case no. 2:21-BK-11188 BB (the "Bankruptcy Case").

EXHIBIT 4, PAGE 424

91.  Calmwater, and its executives Grantham, Lavian, Strider, Lim, and Kim in violation of California laws do not have California Finance Lender licenses, yet they regularly willfully engage in the business of making commercial loans, including the one at issue in this action and cross-action which they negotiated, arranged, and then placed with Calmwater's controlled affiliate USRECH in violation of the CFL.

## VI. <u>FIRST CAUSE OF ACTION</u>

### (Against USRECH for Rescission of Loan Agreement, Restitution, and Damages)

92.  The Cross-complainants incorporate by reference and re-allege each and every allegation contained in Paragraphs 1 through 91, inclusive, as though fully set forth herein.

93.  The Loan Agreement was a binding contract between the Borrowers and USRECH.

94.  The Borrowers fully performed under the terms of the Loan Agreement prior to its breach by USRECH.

95.  By the presentation of the Loan Agreement to Borrowers for execution, and having it signed by Grantham, Calmwater and USRECH represented to the Borrowers and the Sureties that the DWC Budget attached to it as Exhibit C was approved by Calmwater and USRECH, and that they were entering into a legitimate loan transaction.

96.  In the Loan Agreement, Calmwater and USRECH promised to fund the costs listed in the DWC Budget.

97.  In the Loan Agreement, Calmwater and USRECH promised to fully fund the First Draw listed in the DWC Budget.

98.  Calmwater and USRECH wrongfully concealed from Borrowers and Sureties the fact that the DWC Budget had not been approved as represented in the Loan Agreement.

99.  After the Loan Agreement was entered into, USRECH failed and refused to advance funds in accordance with the DWC Budget.

100.  After the Loan Agreement was entered into USRECH failed and refused to fund the First Draw as promised in the Loan Agreement.

101.  USRECH breached the Loan Agreement.

EXHIBIT 4, PAGE 425

102.   USRECH's breach of the Loan Agreement has directly and proximately caused the Cross-complainants to suffer compensable damages in an amount not less than $ 52,000,000.00.

103.   USRECH's breach of the terms of the Loan Agreement as set forth in the First Cause of Action above breached the implied covenant of good faith and fair dealing in the Loan Agreement by interfering with the Cross-complainants' right to receive the benefits they bargained for under it.

104.   As a result of USRECH's breaches of the terms of the Loan Agreement Borrowers did not receive the consideration they had bargained for thereunder.

105.   As empowered to do by USRECH's multiple breaches of the Loan Agreement, and other wrongdoing alleged above, on May 14, 2021, Force Rubin, LLC served on USRECH, its attorneys, and Stewart Title of California, Inc. a Notice of Rescission of the Loan Agreement and each and every Loan Document listed on Exhibit B.I thereto, including without limitation *DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476, a true copy of which notice is attached hereto as Exhibit "2001", and incorporated by reference as if fully set forth herein.

106.   As empowered to do by USRECH's multiple breaches of the Loan Agreement, and other wrongdoing alleged above, on May 14, 2021, Force Rubin 2, LLC served on USRECH, its attorneys, and Stewart Title of California, Inc. a Notice of Rescission of the Loan Agreement and each and every Loan Document listed on Exhibit B.I thereto, including without limitation *DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476, a true copy of which notice is attached hereto as Exhibit "2002", and incorporated by reference as if fully set forth herein.

107.   As empowered to do by USRECH's multiple breaches of the Loan Agreement, and other wrongdoing alleged above, on May 14, 2021, Coachella Resort, LLC served on USRECH, its attorneys, and Stewart Title of California, Inc. a Notice of Rescission of the Loan Agreement and each and every Loan Document listed on Exhibit B.I thereto, including without limitation *DEED OF TRUST,*

EXHIBIT 4, PAGE 426

*SECURITY AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476, a true copy of which notice is attached hereto as Exhibit "2003", and incorporated by reference as if fully set forth herein.

## VII. SECOND CAUSE OF ACTION

### (Against USRECH for Rescission of Surety Agreements, Restitution, and Damages)

108.    The Cross-complainants incorporate by reference and re-allege each and every allegation contained in Paragraphs 1 through 107, inclusive, as though fully set forth herein.

109.    The Loan Agreement was a binding contract between the Borrowers and USRECH.

110.    The Borrowers fully performed under the terms of the Loan Agreement prior to its breach by USRECH.

111.    By the presentation of the Loan Agreement to Borrowers for execution, and having it signed by Grantham, Calmwater and USRECH knowingly, willfully, and falsely represented to the Borrowers and the Sureties that the DWC Budget attached to it as Exhibit C was approved by Calmwater and USRECH, and that they were entering into a legitimate loan transaction.  In violation of their duties under California to disclose to the Sureties the true facts as to the risks they were undertaking, Calmwater and USRECH presented to them for execution the Surety Agreements, which include provisions unlawful under California law purporting to waive the Sureties' rights to their defenses of non-disclosure in the event Calmwater and USRECH sought to enforce the Surety Agreements.

112.    Calmwater and USRECH did not approve the DWC Budget as represented in the Loan Agreement.

113.    Calmwater and USRECH concealed the contents of the Okubo Report from the Sureties in order to induce them to sign the Surety Agreements.

114.    In justifiable reliance on the false representations of Calmwater and USRECH that the DWC Budget had been approved the Sureties each signed the Surety Agreements.

**Third Amended Cross-Complaint**
**Page 23 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.:  RIC 1904753*

EXHIBIT 4, PAGE 427

115.    After the Loan Agreement and Surety Agreements were entered into, USRECH failed and refused to advance funds in accordance with the DWC Budget.

116.    After the Loan Agreement was entered into USRECH failed and refused to fund the First Draw as promised in the Loan Agreement.

117.    USRECH breached the Loan Agreement.

118.    USRECH has sought to knowingly, designedly, and by fraudulent means utilize the Surety Agreements  to defraud each of the Sureties of their money, real or personal property.

119.    USRECH's breach of the Loan Agreement has directly and proximately caused the Cross-complainants to suffer compensable damages of not less than $ 52,000,000.00, including reasonably foreseeable attorneys' fees and costs to defend themselves in this action.

120.    USRECH's breach of the terms of the Loan Agreement as set forth in the First Cause of Action above breached the implied covenant of good faith and fair dealing in the Loan Agreement by interfering with the Cross-complainants' right to receive the benefits they bargained for under it.

121.    As a result of USRECH's breaches of the terms of the Loan Agreement Borrowers did not receive the consideration they had bargained for thereunder.

122.    As empowered to do by USRECH's multiple breaches of the Loan Agreement, and other wrongdoing alleged above, on May 13, 2021, Lander, for himself alone, served on USRECH, its attorneys, and Stewart Title of California, Inc. a Notice of Rescission of the *INDEMNITY AND GUARANTY AGREEMENT (Glenroy Coachella, California)* made as of April 26, 2018 by GARY STIFFELMAN, ELLIOT LANDER and A.STUART RUBIN in favor of U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership, a true copy of which notice is attached hereto as Exhibit "2004", and incorporated by reference as if fully set forth herein.

123.    As empowered to do by USRECH's multiple breaches of the Loan Agreement, and other wrongdoing alleged above, on May 13, 2021, Lander, for himself alone, served on USRECH, its attorneys, and Stewart Title of California, Inc. a Notice of Rescission of the *COMPLETION GUARANTY AGREEMENT (Glenroy Coachella, California)* made as of April 26, 2018 by GARY STIFFELMAN, ELLIOT LANDER and A.STUART RUBIN in favor of U.S. REAL ESTATE CREDIT

EXHIBIT 4, PAGE 428

1    HOLDINGS III-A, L.P., an Irish limited partnership, a true copy of which notice is attached hereto as

2    Exhibit "2005", and incorporated by reference as if fully set forth herein.

3    124.    As empowered to do by USRECH's multiple breaches of the Loan Agreement, and other

4    wrongdoing alleged above, on May 13, 2021, Rubin, for himself alone, served on USRECH, its

5    attorneys, and Stewart Title of California, Inc. a Notice of Rescission of the *INDEMNITY AND*

6    *GUARANTY AGREEMENT (Glenroy Coachella, California)* made as of April 26, 2018 by GARY

7    STIFFELMAN, ELLIOT LANDER and A.STUART RUBIN in favor of U.S. REAL ESTATE CREDIT

8    HOLDINGS III-A, L.P., an Irish limited partnership, a true copy of which notice is attached hereto as

9    Exhibit "2006", and incorporated by reference as if fully set forth herein.

10    125.    As empowered to do by USRECH's multiple breaches of the Loan Agreement, and other

11    wrongdoing alleged above, on May 13, 2021, Rubin, for himself alone, served on USRECH, its

12    attorneys, and Stewart Title of California, Inc. a Notice of Rescission of the *COMPLETION*

13    *GUARANTY AGREEMENT (Glenroy Coachella, California)* made as of April 26, 2018 by GARY

14    STIFFELMAN, ELLIOT LANDER and A.STUART RUBIN in favor of U.S. REAL ESTATE CREDIT

15    HOLDINGS III-A, L.P., an Irish limited partnership, a true copy of which notice is attached hereto as

16    Exhibit "2007", and incorporated by reference as if fully set forth herein.

### VIII. <u>THIRD CAUSE OF ACTION</u>

#### (Fraud-In-The-Inception)

126.    The Cross-complainants incorporate by reference and re-allege each and every allegation

contained in Paragraphs 1 through 125, inclusive, as though fully set forth herein.

127.    Calmwater and USRECH falsely represented to the Borrowers and the Sureties that the

DWC Budget attached to the Loan Agreement as Exhibit C was in fact approved by Calmwater and

USRECH.

128.    Calmwater and USRECH falsely represented to the Borrowers and the Sureties that

USRECH intended to fund, and agreed to fund, the construction of the Project in accordance with the

DWC Budget attached to the Loan Agreement as Exhibit C.

---

**Third Amended Cross-Complaint**
**Page 25 of 31**

*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.:  RIC 1904753*

129.    By its presentation of the Loan Agreement and the Surety Agreements to Cross-complainants for execution, Calmwater and USRECH knowingly, willfully, and falsely represented to the Borrowers and the Sureties that USRECH intended to fund, and agreed to fund, the First Draw listed in the DWC Budget attached to the Loan Agreement as Exhibit C.

130.    In violation of their duties to disclose, Calmwater and USRECH concealed from the Borrowers and the Sureties USRECH's failure and refusal to approve the DWC Budget, USRECH's intent to refuse to fund the First Draw, and USRECH's knowledge of the fact that the DWC Budget substantially understated the Project's construction completion costs.

131.    Calmwater and USRECH concealed the material facts, and knew the above representations were false when they made them to the Borrowers and the Sureties.

132.    Calmwater and USRECH concealed the material facts, and made the above false representations to induce the Borrowers to enter into the Loan Agreement and to induce the Sureties to enter into the Surety Agreements.

133.    The Cross-complainants, in justifiable reliance upon Calmwater and USRECH's false representations, and their intentional concealment of the truth regarding the DWC Budget, to their detriment justifiably relied upon those representations and entered into the Loan Agreement in good faith.

134.    The Sureties, in justifiable reliance upon Calmwater and USRECH's false representations and their intentional concealment of the truth regarding the DWC Budget, to their detriment justifiably relied upon these representations and entered into the Surety Agreements in good faith.

135.    Calmwater and USRECH's false representations, and concealments of material facts, were made with a fraudulent and malicious intent, and with a conscious disregard of the Cross-complainants' rights.

136.    The Cross-complainants have been damaged by Calmwater and USRECH's fraud through, inter alia, the loss of their investment in the Project, through the costs and liabilities incurred in the form of unpaid contractor and subcontractor bills associated with the Project, and through the damage to their reputations in the community. The amounts of compensable damages so proximately caused by Calmwater and USRECH's wrongful acts shall be proved at trial to be not less than $ 52,000,000.00.

EXHIBIT 4, PAGE 430

1

2

3

## IX. FOURTH CAUSE OF ACTION

### (False Promise)

137.     The Cross-complainants incorporate by reference and re-allege each and every allegation contained in Paragraphs 1 through 136, inclusive, as though fully set forth herein.

138.     In the Loan Agreement, Calmwater and USRECH represented to the Borrowers and the Sureties that the DWC Budget attached to the contract as Exhibit C was approved by Calmwater and USRECH.

139.     In the Loan Agreement, Calmwater and USRECH represented to the Borrowers and the Sureties that USRECH would fund the costs listed in the DWC Budget.

140.     In the Loan Agreement, Calmwater and USRECH represented to the Borrowers and the Sureties that USRECH would fully fund the First Draw listed in the DWC Budget attached to the contract.

141.     When Calmwater and USRECH made the foregoing promises, they consciously did so knowing USRECH had not approved the DWC Budget, USRECH did not intend to fund the costs listed in the DWC Budget, and USRECH did not intend to fully fund the First Draw listed in the DWC Budget.

142.     USRECH failed to fund the DWC Budget as promised in the Loan Agreement and USRECH did not fund the First Draw as promised in the Loan Agreement.

143.     The Cross-complainants reasonably and to their detriment justifiably relied upon Calmwater's and USRECH's promises when they entered into the Loan Agreement.

144.     The Sureties reasonably and to their detriment justifiably relied upon Calmwater's and USRECH's promises when they entered into the Surety Agreements.

145.     In reasonable and justifiable reliance upon the false promises that USRECH made in the Loan Agreement, the Cross-complainants incurred millions of dollars in construction costs and these costs were never funded for payment as agreed in the Loan Agreement.

146.     Calmwater and USRECH's false promises were made with fraud and malice, and with a conscious disregard of the Cross-complainants' rights.

---

**Third Amended Cross-Complaint**
**Page 27 of 31**

*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*                    *Case No.:  RIC 1904753*

147.     The Cross-complainants have been damaged by Calmwater and USRECH's fraud through the loss of their investment in the Project, through the costs and liabilities incurred in the form of unpaid contractor and subcontractor bills associated with the Project, and through the damage to their reputations in the community. The amounts of compensable damages so proximately caused by Calmwater and USRECH's wrongful acts shall be proved at trial to be not less than $ 52,000,000.00.

## X. FIFTH CAUSE OF ACTION

### (Negligent Misrepresentation)

148.     The Cross-complainants incorporate by reference and re-allege each and every allegation contained in Paragraphs 1 through 147, inclusive, as though fully set forth herein.

149.     When Calmwater and USRECH made the false representation and false promises more fully described in the Third and Fourth Causes of Action above they did not have reasonable grounds for believing these representations were true.

150.     The false representations made by Calmwater and USRECH more fully described in the Third and Fourth Causes of Action were made with the intent of inducing the Borrowers to rely upon the same.

151.     The Cross-complainants to their detriment justifiably relied upon the false representations and false promises made by Calmwater and USRECH more fully described in the Third and Fourth Causes of Action.

152.     The Cross-complainants were damaged by the false representations made by Calmwater and USRECH. The amounts of compensable damages so proximately caused by said false representation by Calmwater and USRECH shall be proved at trial to be not less than $ 52,000,000.00.

## XI. SIXTH CAUSE OF ACTION

### (False Pretenses Theft)

153.     The Cross-complainants incorporate by reference and re-allege each and every allegation contained in Paragraphs 1 through 152, inclusive, as though fully set forth herein.

154.     Cross-complainants  are informed and believe, and based thereon allege, that Grantham, Lavian, Lim, Kim, Calmwater and USRECH, and each of them, knowingly, designedly, and fraudulently,

EXHIBIT 4, PAGE 432

under the false pretense of providing legitimate financing to Borrowers for the purpose of constructing the Project, obtained funds in the form of fees from the Loan proceeds which were Borrowers' property, and control of the assets composing the Property and the Project, in a manner constituting theft, which possession, control, and access they have wrongfully and fraudulently exploited to the detriment and harm of Borrowers and Coachella Holdings in violation of Penal Code §496(a) and their duties under Finance Code § 22161(a).

155.    Borrowers and Coachella Holdings have been proximately harmed by Defendants' wrongful acts in violation of Penal Code §496(a), and are therefore entitled to recover three (3) times the amounts of their actual damages of not less than $ 52,000,000.00, including costs of suit, and reasonable attorney's fees as provided in Penal Code §496(c).

## XII. <u>SEVENTH CAUSE OF ACTION</u>

### (Intentional Interference With Prospective Economic Advantage)

156.    The Cross-complainants incorporate by reference and re-allege each and every allegation contained in Paragraphs 1 through 155, inclusive, as though fully set forth herein.

157.    Cross-complainants each between and among themselves, Glenroy, and third parties, entered into contracts and other economic relationships for the purpose of developing and constructing the Project (the "Project Relationships"), the completion of which contained the probability of substantial future economic benefits to each and all of them.

158.    Calmwater and USRECH developed and obtained intimate knowledge of the existence and details of the Project Relationships from the information provided to them by Cross-complainants as part of the loan application and underwriting process.

159.    In deploying their fraudulent Scheme, Calmwater and USRECH knew that their intentional acts of knowingly, designedly, and fraudulently, under the false pretense of providing legitimate financing to Borrowers for the purpose of constructing the Project, by which they obtained funds in the form of fees from the Loan proceeds which were Borrowers' property, and control of the assets composing the Property and the Project, were certain or substantially certain to interfere with the Cross-complainants' Project Relationships.

**Third Amended Cross-Complaint**
**Page 29 of 31**
*FORCE RUBIN, LLC et al. vs. USRECHH III-A, L.P. et al.*    *Case No.: RIC 1904753*

EXHIBIT 4, PAGE 433

160.    Cross-complainants' Project Relationships were in fact actually disrupted by Calmwater and USRECH's intentional, knowing and designed, fraudulent and dishonest acts which violated their duties under the CFL, and each constitute independent wrongful acts.

166.    Cross-complainants have each suffered substantial economic damages due to the loss in value of their Project Relationships, which shall be proved at trial to be not less than $ 82,000,000.00, and which were proximately caused by Defendants' intentional, knowing and designed, fraudulent and dishonest acts that caused the irreparable destruction of the Project Relationships.

**WHEREFORE, Cross-complainants pray for judgment against Cross-defendants, and each of them, as follows:**

### First Cause of Action

1. For Rescission;

2. For restitution plus actual damages including attorney's fees and costs  against Cross-defendants to fully compensate Cross-complainants, in an amount according to proof of not less than $ 52,000,000.00;

3. For an award of attorney's fees and costs; and

4. For such other and further relief as the court deems just and proper.

### Second Cause of Action

1. For Rescission;

2. For restitution plus actual damages including attorney's fees and costs  against Cross-defendants to fully compensate Cross-complainants, in an amount according to proof of not less than $ 52,000,000.00;

3. For an award of attorney's fees and costs; and

4. For such other and further relief as the court deems just and proper.

### Third Cause of Action

1. For compensatory damages including attorney' fees and costs of not less than $ 52,000,000.00, according to proof;

2. For Punitive Damages in an amount to be determined;

3. For an award of attorney's fees and costs; and

EXHIBIT 4, PAGE 434

4. For such other and further relief as the court deems just and proper.

### Fourth Cause of Action

1. For compensatory damages including attorney' fees and costs of not less than $ 52,000,000.00, according to proof;

2. For Punitive Damages in an amount to be determined;

3. For an award of attorney's fees and costs; and

4. For such other and further relief as the court deems just and proper.

### Fifth Cause of Action

1. For compensatory damages including attorney' fees and costs of not less than $ 52,000,000.00, according to proof;

2. For an award of attorney's fees and costs; and

3. For such other and further relief as the court deems just and proper.

### Sixth Cause of Action

1. For statutory damages equal to three (3) times Plaintiffs' actual damages of $ 52,000,000.00 pursuant to Penal Code § 496(c), of not less than $ 156,000,000.00, according to proof;

2. For an award of attorney's fees and costs; and

3. For such other and further relief as the court deems just and proper.

### Seventh Cause of Action

1. For compensatory damages including attorney' fees and costs of not less than $ 82,000,000.00, according to proof;

2. For Punitive Damages in an amount to be determined;

3. For an award of attorney's fees and costs; and

4. For such other and further relief as the court deems just and proper.

DATED: _March 1, 2023_

MESSINA & HANKIN, LLP

By: _Evan L Smith_

**EVAN L. SMITH**
**Attorneys for Cross-complainants**

Exhibit 2001

823

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

Messina & Hunkin

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

Messina & Hunkin
24910 Las Brisas Rd.
Suite 102
Murrieta, CA 92562

**2021-0441155**

07/23/2021 08:58 AM Fee: $ 128.00
Page 1 of 14
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Space above this line for recorder's use only

NOTICE THAT FORCE RUBIN, LLC HAS RESCINDED FOR ITSELF
THE LOAN AGREEMENT MADE APRIL 26, 2018, WITH U.S.
REAL ESTATE CREDIT HOLDINGS III-A, L.P. AND OTHER
PARTIES

Title of Document

TRA:_____    [Relates to DOC# 2018-0162476]
DTT: _____

Exemption reason declared pursuant to Government Code 27388.1

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition
of documentary transfer tax.
Document reference:_____

☐ This document is a transfer of real property that is a residential dwelling to an owner-
occupier.

☐ This is a document recorded in connection with a transfer of real property that is a
residential dwelling to an owner-occupier.
Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

ACR 228 (Rev. 01/2013)       Available in Alternate Formats
EXHIBIT 2001

EXHIBIT 4, PAGE 437



1  JOHN A. MESSINA, JR. (SBN 171148)
2  EVAN L. SMITH (SBN 101369)
   JEFFREY J. VAN WICK (SBN 330915)
3  MESSINA & HANKIN LLP
   24910 Las Brisas Road, Suite 102
4  Murrieta, CA 92562
   jmessina@messinahankinlaw.com
5  elsmith@messinahankinlaw.com
   jvanwick@messinahankinlaw.com
6  Telephone: (951) 894-7332
   Fax: (951) 346-3334
7

8  Attorneys for Defendant A. STUART RUBIN,
9  Individually and as Trustee of the
10 STUART & ANNETTE RUBIN FAMILY TRUST.

11              SUPERIOR COURT OF CALIFORNIA

12         COUNTY OF RIVERSIDE-HISTORIC COURTHOUSE

13
14 U.S. REAL ESTATE CREDIT HOLDINGS )   CASE NUMBER: RIC 1905743
   III-A, L.P., an Irish limited partnership,  )
15                                    )   (Assigned for all purposes to the Honorable Sunshine S.
                                      )   Sykes, Dept. 6)
16          Plaintiff,                )
                                      )   NOTICE THAT FORCE RUBIN, LLC HAS
   vs.                                )   RESCINDED FOR ITSELF THE LOAN
17                                    )   AGREEMENT MADE APRIL 26, 2018, WITH
18 GLENROY COACHELLA, LLC, a          )   U.S. REAL ESTATE CREDIT HOLDINGS III-
   Delaware limited liability company, et al.,  )   A, L.P. AND OTHER PARTIES; AND
19                                    )   DECLARATION OF EVAN L. SMITH.
          Defendants.                 )
20                                    )        [No Hearing Required]
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25                                    )
                                      )
26                                    )
27 ///
28

                              ***
                           Page 1 of 3
   USRECH III-A, L.P. v. GLENROY COACHELLA LLC, et al                    Case No.: RIC 1905743

                         EXHIBIT 2001

EXHIBIT 4, PAGE 438

1   TO THE HONORABLE SUNSHINE S. SYKES, SUPERIOR COURT JUDGE, AND ALL

2   INTERESTED PARTIES AND PERSONS:  Please take notice that on May 14, 2021, defendant

3   FORCE RUBIN, LLC, a Delaware limited liability company, rescinded the following contracts by

4   serving a Notice of Rescission regarding each to plaintiff U.S. REAL ESTATE CREDIT HOLDINGS

5   III-A, L.P., an Irish limited partnership and its attorneys:

6       That certain contract entitled *LOAN AGREEMENT* made as of April 26, 2018 among GLENROY
7       COACHELLA, LLC, a Delaware limited liability company, FORCE RUBIN, LLC, a Delaware
        limited liability company, FORCE RUBIN 2, LLC, a Delaware limited liability company, and
8       COACHELLA RESORT, LLC, a California limited liability company, collectively, AS
        BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited
9       partnership, AS LENDER, which rescission is also with respect to each and every Loan
10      Document listed on Exhibit B.I to that contract to which Force 2 is a party including, but not
        limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY AGREEMENT, FINANCING
11      STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County
        of Riverside, California on 04/26/2018 as DOC# 2018-0162476.
12

13

14      A true copy of the aforementioned Notice of Rescission attached hereto respectively as Exhibit

15  "I" to the Declaration of Evan L. Smith.

16

17  DATED: ___May 16, 2021___                   MESSINA & HANKIN, LLP

18

19

20                                      By: _____
                                              EVAN L. SMITH
21                                            Attorneys for Defendant
                                              A. STUART RUBIN,
22                                            Individually and as Trustee

23

24

25

26

27

28

*USRECH III-A, L.P. v. GLENROY COACHELLA LLC, et al.*                    Case No.: RIC1904753

EXHIBIT 2001

EXHIBIT 4, PAGE 439

### DECLARATION of EVAN L. SMITH

I, Evan L. Smith, declare:

1. I am an attorney at law, duly admitted to practice before this court, and a member in good standing of the State Bar of California. I am an Of Counsel attorney with the law firm Messina & Hankin, LLP, attorneys of record for defendant A. Stuart Rubin in the action pending before this court styled U.S. Real Estate Credit Holdings III-A, L.P. v. Glenroy Coachella, L.L.C. et. al, case number RIC 1904753. I have personal knowledge of the facts set forth below and, if called as a witness, could and would attest thereto. No waiver of the attorney-client privilege, or of any other privilege, is made, intended, or implied hereby.

2. On May 14, 2021, on behalf of FORCE RUBIN, LLC, a Delaware limited liability company, I served the following Notice of Rescission, A true copy of which is attached hereto as Exhibit "1" by both electronic mail and overnight courier on plaintiff U.S. Real Estate Credit Holdings III-A, L.P., its attorneys as listed on the notices, and Richard A. Marshack, Chapter 11 Bankruptcy Trustee for defendant Glenroy Coachella, L.L.C.:

That certain contract entitled *LOAN AGREEMENT* made as of April 26, 2018 among GLENROY COACHELLA, LLC, a Delaware limited liability company, FORCE RUBIN, LLC, a Delaware limited liability company, FORCE RUBIN 2, LLC, a Delaware limited liability company, and COACHELLA RESORT, LLC, a California limited liability company, collectively, AS BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership, AS LENDER, which rescission is also with respect to each and every Loan Document listed on Exhibit B.1 to that contract to which Force 2 is a party including, but not limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476.

IN WITNESS WHEREOF, this declaration is executed under penalty of perjury according to the laws of the State of California this 18th day of May 2021 at Murrieta, California.

_____
EVAN L. SMITH

Page 3 of 3

*USRECH III-A, L.P. v. GLENROY COACHELLA LLC, et al.*                    *Case No.: RIC 1904753*

EXHIBIT 2001

EXHIBIT 4, PAGE 440

Exhibit "1"

EXHIBIT 2001

EXHIBIT 4, PAGE 441

## NOTICE OF RESCISSION

May 14, 2021

To: U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.,
An Irish limited partnership.

TAKE NOTICE that FORCE RUBIN, LLC, a Delaware limited liability company ("Force")
hereby for itself rescinds that certain contract entitled *LOAN AGREEMENT* made as of April 26,
2018 among GLENROY COACHELLA, LLC, a Delaware limited liability company, FORCE
RUBIN, LLC, a Delaware limited liability company, FORCE RUBIN 2, LLC, a Delaware
limited liability company, and COACHELLA RESORT, LLC, a California limited liability
company, collectively, AS BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-
A, L.P., an Irish limited partnership ("USRECH"), AS LENDER, which rescission is also with
respect to each and every Loan Document listed on Exhibit B.I to that contract (a copy of which
is attached hereto and incorporated by this reference as if fully set forth herein) to which Force is
a party including, but not limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY
AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the
official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476.

The grounds for rescission of the contract include failure of consideration, gross negligence,
willful misconduct, and fraud in the inducement on the part of USRECH, and mistake on the part
of Force.

Force hereby offers to return all consideration that has been tendered to it for this contract, which
shall be determined in a court action. Force further demands that all consideration that it has
given you be returned or credited to it.

FORCE RUBIN, LLC

By:/s/ A. Stuart Rubin
   A. STUART RUBIN,
   Its Manager

NOTICE DELIVERED BY E-MAIL, AND FEDEX OVERNIGHT DELIVERY TO:

U.S. Real Estate Credit Holdings III-A, L.P.
c/o Calmwater Capital. Attn: Larry Grantham
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025                    larry@calmwatercapital.com

Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue. Suite 2900
Los Angeles, CA 90071                    mhouston@reedsmith.com

EXHIBIT 1

EXHIBIT 2001

Ana L. Tenzer, Esq.
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202                    ana.tenzer@hoganlovells.com

WITH A COPY BY FIRST CLASS MAIL TO:

Stewart Title of California, Inc.
Trustee for the Benefit of U.S. Real Estate Credit Holdings III-A, L.P.
7676 Hazard Center Drive, 14th Floor
San Diego, CA 92108



EXHIBIT 2001

EXHIBIT 4, PAGE 443

Copy of Exhibit "B"
Documents

EXHIBIT L

EXHIBIT 2001

## EXHIBIT B

### DOCUMENTS

I.    Loan Documents.  The documents listed in this Section I, and amendments, modifications and supplements thereto which have received the prior written consent of Lender, together with any documents executed in the future that are approved by Lender and that recite that they are "Loan Documents" for purposes of this Agreement are collectively referred to herein as the Loan Documents.

1.  This Agreement.

2.  The Promissory Note dated as of the date hereof, in the maximum principal amount of $24,400,000.00, made by Borrower payable to the order of Lender.

3.  The Deed of Trust, Security Agreement and Financing Statement dated as of the date hereof, executed by Borrower, as Trustor, to the trustee named therein, for the benefit of Lender, as Beneficiary.

4.  Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be filed with the Secretary of State of the State of California.

5.  Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be filed with the Secretary of State of the State of Delaware.

6.  Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be recorded in the Official Records of Riverside County, California.

7.  Assignment of Leases and Rents dated as of the date hereof, executed by Borrower and Lender.

8.  Assignment of Permits Licenses and Contracts dated as of the date hereof, executed by Borrower and Lender.

9.  Contractors Certificate for each General Contractor, Architect, Engineer involved with the Property dated as of the date hereof, executed by Borrower and Lender.

10. Indemnity and Guaranty Agreement dated as of the date hereof, executed by Guarantor in favor of Lender.

11. Hazardous Substances Indemnity Agreement dated as of the date hereof, executed by the Borrower and Guarantor in favor of Lender

12. Completion Guaranty dated as of the date hereof, executed by Guarantor in favor of Lender.

B-1

EXHIBIT 1

EXHIBIT 2001

13. Pledge and Security Agreement dated as of the date hereof, executed by The Stuart Rubin Children's Trust, as Pledgor, and Lender.

14. Uniform Commercial Code – National Financing Statement – Form UCC-1, for the Pledge and Security Agreement, to be recorded in the Official Records of Riverside County, California.

II.    Other Related Documents (Which Are Not Loan Documents):  None.

EXHIBIT 1

1359001931 15

EXHIBIT 2001

EXHIBIT 4, PAGE 446

*PROOF OF SERVICE*

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is MESSINA & HANKIN LLP, 24910 Las Brisas Rd., Suite 102, Murrieta, California 92562.

On May 18, 2021, I served the foregoing DOCUMENT(s) described as: NOTICE THAT FORCE RUBIN, LLC HAS RESCINDED FOR ITSELF THE LOAN AGREEMENT MADE APRIL 26, 2018, WITH U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P. AND OTHER PARTIES; AND DECLARATION OF EVAN L. SMITH. on interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☐   (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with *U.S.* postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐   (BY GSO OVERNIGHT DELIVERY SERVICE—NEXT DAY) as stated above.

☐   (BY PERSONAL SERVICE) I caused the aforementioned DOCUMENT(s) to be personally served at the office or place of business of the addressee.

☐   (BY FACSIMILE) I caused said DOCUMENT to be transmitted electronically to the interested parties at the facsimile numbers as stated in their address above:

☒   (BY E-MAIL) I caused said DOCUMENT to be transmitted electronically to the interested parties at the e-mail address as stated in their address above:

Executed on May 18, 2021 at Murrieta, California.

☒   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MESENIA MEZA

EXHIBIT 2001

<center>SERVICE LIST</center>

Marsha A. Houston
Christopher Rivas
Reed Smith LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
mhouston@reedsmith.com
crivas@reedsmith.com
Attorneys for Plaintiff U.S. Real Estate Credit
Holdings III-A, L.P., an Irish limited
partnership

Arnold L. Veldkamp
1508 W. Mission Rd.
Escondido, CA 92029
aveldkamp@superiormx.com
Attorneys for Superior Ready Mix Concrete,
L.P.

George Sykulski
GEORGE SYKULSKI, APLC
Post Office Box 10426
Burbank, CA 91510
georgesykulski@roadrunner.com
Attorney for Ferguson Enterprises, LLC

Mike M. Khalilpour
The Green Law Group, LLP
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
mike@thegreenlawgroup.com
michele@thegreenlawgroup.com
Attorney for T.L.R. Enterprises, Inc., dba
Desert Electric Supply

William C. Hoggard
WCH Law Group, P.C.
625 The City Drive South, Suite 200
Orange, CA 92868
wch@wchlawgroup.com
Attorney for Orco Block & Hardscape

Brian S. Harnik
Roemer & Harnik LLP
45025 Manitou Drive
Indian Wells, CA 92210
bharnik@rhlaw firm.com
Attorney for Blair Air, Inc.

Milene C. Apanian
Law Offices of Abdulaziz, Grossbart & Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606
mca@agrlaw.com
Attorney for BMC West, LLC

A. Maria Plumtree
Ferdi Trampe
Plumtree & Associates
11132 Winners Circle, Suite G207
Los Alamitos, CA 90720
mplumtree@plumtreelaw.com
ftrampe@plumtreelaw.com
Attorney for GF Investment Group, Inc. dba
The Investment Center

James R. Wakefield
Edward J. Farrell
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
jwakefield@cwlawyers.com
efarrell@cwlawyers.com
Attorney for La Hacienda Nursery &
Landscape, Inc.

Marc S. Homme
MARC S. HOMME, APLC
74-361 Highway 111, Suite 12
P.O. Box 4250
Palm Desert, CA 92261
marc@hommelaw.net
Attorney for Doug Wall Construction Inc.
and Western Surety Company

Michael K. Murray
Lanak & Hanna, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
mkmurray@lanak-hanna.com
Attorney for The Sherwin-Williams Company
and L&W Supply Corporation

<center>EXHIBIT 2001</center>

EXHIBIT 4, PAGE 448

1  Michael T. Chulak
   MICHAEL T. CHULAK & ASSOCIATES
2  30343 Canwood Street, Suite 203
   Agoura Hills, CA. 91301
3  mchulak@mtclaw.com
   Attorney for Jianwang Wu, GRT Re
4  Investment, LLC

5  David Baake
6  Baake Law LLC
   350 El Molino Blvd.
7  Las Cruces, NM 88005
   david@baakelaw.com
8  Attorney for Joseph Rubin

9
10 Stephen Armstrong
   Garrett Heckman
11 The Law Office of Stephen J. Armstrong
   75100 Mediterranean
12 Palm Desert, CA  92211
   stephen@sjalaw.com
13 garrett@sjalaw.com
14 Attorney for Apple J Plumbing, Inc., Desert
   Palms Electric, Inc., Mascorro Concrete
15 Construction, Inc., Temalpakh, Inc. dba The
   Works Floor and Wall, and Jacobsson
16 Engineering Construction, Inc.

17
18 Marvin H. Weiss
   LAW OFFICE OF MARVIN H. WEISS
19 74075 El Paseo, Suite A15
   Palm Desert, CA  92260
20 mhwesq@me.com
   Attorney for Dr. Elliot Lander
21
22 David Bancroft
   Kozberg & Bodell
23 1801 Century Park East, 16th Floor
   Los Angeles, CA  90067
24 dbancroft@kozberglaw.com
   Attorney for All Phase Drywall &
25 Development, Inc.

26
27
28

Alan G. Tippie
Mark S. Horoupian
Sulmeyer Kupetz
333 S. Grand Ave., Suite 3400
Los Angeles, CA  90071
atippie@sulmeyer.com
mhoroupian@sulmeyerlaw.com
Attorney for Receiver Edwin W. Leslie

Damian D. Capozzola
The Law Offices of Damian D. Capozzola
633 W. 5th Street, 26th Floor
Los Angeles, CA  90071
ddc@ddclaw.com
Attorney for Gary Stiffelman

EXHIBIT 2001

EXHIBIT 4, PAGE 449

THIS MUST BE AFFIXED TO THE
CERTIFIED COPY

certain documents to which this certificate is attached ...
is ... filed in this office, that they contain ... on file ...
retained on file and of record in the ...

Clerk ... Court of Appeals
County of Riverside

_____
DEPUTY

EXHIBIT 2001

EXHIBIT 4, PAGE 450

Exhibit 2002

823

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

Messina & Hankin

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

Messina & Hankin
24910 Las Brisas Rd.
Suite 102
Murrieta, CA 92562

**2021-0441157**

07/23/2021 08:58 AM Fee: $ 126.00
Page 1 of 14
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

---

Space above this line for recorder's use only

NOTICE THAT FORCE RUBIN 2, LLC HAS RESCINDED FOR
ITSELF THE LOAN AGREEMENT MADE APRIL 26, 2018, WITH
U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P. AND OTHER
PARTIES

Title of Document

TRA: _____ [Relates to DOC# 2018-0152476]
DTT: _____

Exemption reason declared pursuant to Government Code 27388.1

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition
of documentary transfer tax.
Document reference: _____

☐ This document is a transfer of real property that is a residential dwelling to an owner-
occupier.

☐ This is a document recorded in connection with a transfer of real property that is a
residential dwelling to an owner-occupier.
Document reference: _____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

ACR 238 (Rev. 01-2018)          Available in Alternate Format
EXHIBIT 2002

EXHIBIT 4, PAGE 452



FILED
Superior Court of California
County of Riverside

6/23/2021
D. Brown
Electronically Filed

1  JOHN A. MESSINA, JR. (SBN 171148)
2  EVAN L. SMITH (SBN 101369)
   JEFFREY J. VAN WICK (SBN 330915)
3  MESSINA & HANKIN LLP
   24910 Las Brisas Road, Suite 102
4  Murrieta, CA 92562
   jmessina@messinahankinlaw.com
5  elsmith@messinahankinlaw.com
   jvanwick@messinahankinlaw.com
6  Telephone: (951) 894-7332
   Fax: (951) 346-3334
7

8  Attorneys for Defendant A. STUART RUBIN,
9  Individually and as Trustee of the
   STUART & ANNETTE RUBIN FAMILY TRUST.
10

11              SUPERIOR COURT OF CALIFORNIA

12         COUNTY OF RIVERSIDE-HISTORIC COURTHOUSE

13  U.S. REAL ESTATE CREDIT HOLDINGS  )  CASE NUMBER: RIC 1905743
14  III-A, L.P., an Irish limited partnership,  )
                                              )  (Assigned for all purposes to the Honorable Sunshine S.
15          Plaintiff,                        )  Sykes, Dept. 6)
                                              )
16  vs.                                       )  NOTICE THAT FORCE RUBIN 2, LLC HAS
                                              )  RESCINDED FOR ITSELF THE LOAN
17  GLENROY COACHELLA, LLC, a               )  AGREEMENT MADE APRIL 26, 2018, WITH
    Delaware limited liability company, et al.,  )  U.S. REAL ESTATE CREDIT HOLDINGS III-
18                                            )  A, L.P. AND OTHER PARTIES; AND
                                              )  DECLARATION OF EVAN L. SMITH.
19          Defendants.                       )
                                              )
20                                            )  [No Hearing Required]
                                              )
21                                            )
                                              )
22                                            )
                                              )
23                                            )
                                              )
24                                            )
                                              )
25                                            )
                                              )
26  _____ )
27  ///

28

Page 1 of 3

USRECH III-A, L.P. v. GLENROY COACHELLA LLC, et al.                    Case No.: RIC 1905743

EXHIBIT 2002

EXHIBIT 4, PAGE 453

TO THE HONORABLE SUNSHINE S. SYKES, SUPERIOR COURT JUDGE, AND ALL

INTERESTED PARTIES AND PERSONS:  Please take notice that on May 14, 2021, defendant

FORCE RUBIN 2, LLC, a Delaware limited liability company, rescinded the following contracts by

serving a Notice of Rescission regarding each to plaintiff U.S. REAL ESTATE CREDIT HOLDINGS

III-A, L.P., an Irish limited partnership and its attorneys:

That certain contract entitled *LOAN AGREEMENT* made as of April 26, 2018 among GLENROY
COACHELLA, LLC, a Delaware limited liability company, FORCE RUBIN, LLC, a Delaware
limited liability company, FORCE RUBIN 2, LLC, a Delaware limited liability company, and
COACHELLA RESORT, LLC, a California limited liability company, collectively, AS
BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited
partnership, AS LENDER, which rescission is also with respect to each and every Loan
Document listed on Exhibit B.1 to that contract to which Force 2 is a party including, but not
limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY AGREEMENT, FINANCING
STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County
of Riverside, California on 04/26/2018 as DOC# 2018-0162476.

A true copy of the aforementioned Notice of Rescission attached hereto respectively as Exhibit

"01" to the Declaration of Evan L. Smith.

DATED: May 18, 2021

MESSINA & HANKIN, LLP

By: _Evan L. Smith_
EVAN L. SMITH
Attorneys for Defendant
A. STUART RUBIN,
Individually and as Trustee

* * *

Page 2 of 3

USRECH III-A, L.P. v. GLENROY COACHELLA LLC, et al.

Case No.: RIC 1901753

EXHIBIT 2002

## DECLARATION of EVAN L. SMITH

I, Evan L. Smith, declare:

1. I am an attorney at law, duly admitted to practice before this court, and a member in good standing of the State Bar of California. I am an Of Counsel attorney with the law firm Messina & Hankin, LLP, attorneys of record for defendant A. Stuart Rubin in the action pending before this court styled U.S. Real Estate Credit Holdings III-A, L.P. v. Glenroy Coachella, L.L.C. et. al, case number RIC 1904753. I have personal knowledge of the facts set forth below and, if called as a witness, could and would attest thereto. No waiver of the attorney-client privilege, or of any other privilege, is made, intended, or implied hereby.

2. On May 14, 2021, on behalf of FORCE RUBIN 2, LLC, a Delaware limited liability company, I served the following Notice of Rescission, A true copy of which is attached hereto as Exhibit "1" by both electronic mail and overnight courier on plaintiff U.S. Real Estate Credit Holdings III-A, L.P., its attorneys as listed on the notices, and Richard A. Marshack, Chapter 11 Bankruptcy Trustee for defendant Glenroy Coachella, L.L.C.:

That certain contract entitled *LOAN AGREEMENT* made as of April 26, 2018 among GLENROY COACHELLA, LLC, a Delaware limited liability company, FORCE RUBIN, LLC, a Delaware limited liability company, FORCE RUBIN 2, LLC, a Delaware limited liability company, and COACHELLA RESORT, LLC, a California limited liability company, collectively, AS BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership, AS LENDER, which rescission is also with respect to each and every Loan Document listed on Exhibit B.I to that contract to which Force 2 is a party including, but not limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476.

IN WITNESS WHEREOF, this declaration is executed under penalty of perjury according to the laws of the State of California this 18th day of May 2021 at Murrieta, California.

_____
EVAN L. SMITH

USREICH III-1, L.P. v. GLENROY COACHELLA LLC, et al.                    Case No.  RIC 1904753

EXHIBIT 2002

Exhibit "01"

EXHIBIT 2002

EXHIBIT 4, PAGE 456

NOTICE OF RESCISSION

May 14, 2021

To: U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.,
An Irish limited partnership.

TAKE NOTICE that FORCE RUBIN 2, LLC, a Delaware limited liability company ("Force 2")
hereby for itself rescinds that certain contract entitled *LOAN AGREEMENT* made as of April 26,
2018 among GLENROY COACHELLA, LLC, a Delaware limited liability company, FORCE
RUBIN, LLC, a Delaware limited liability company, FORCE RUBIN 2, LLC, a Delaware
limited liability company, and COACHELLA RESORT, LLC, a California limited liability
company, collectively, AS BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-
A, L.P., an Irish limited partnership ("USRECH"), AS LENDER, which rescission is also with
respect to each and every Loan Document listed on Exhibit B.I to that contract (a copy of which
is attached hereto and incorporated by this reference as if fully set forth herein) to which Force 2
is a party including, but not limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY
AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the
official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476.

The grounds for rescission of the contract include failure of consideration, gross negligence,
willful misconduct, and fraud in the inducement on the part of USRECH, and mistake on the part
of Force 2.

Force 2 hereby offers to return all consideration that has been tendered to it for this contract,
which shall be determined in a court action.  Force 2 further demands that all consideration that it
has given you be returned or credited to it.

FORCE RUBIN 2, LLC

By:/s/ A. Stuart Rubin
     A. STUART RUBIN,
        Its Manager

NOTICE DELIVERED BY E-MAIL AND FEDEX OVERNIGHT DELIVERY TO:

U.S. Real Estate Credit Holdings III-A, L.P.
c/o Calmwater Capital. Attn: Larry Grantham
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025            larry@calmwatercapital.com

Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071            mhouston@reedsmith.com

EXHIBIT C

EXHIBIT 2002

EXHIBIT 4, PAGE 457

Ana L. Tenzer, Esq.
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202                    ana.tenzer@hoganlovells.com

WITH A COPY BY FIRST CLASS MAIL TO:

Stewart Title of California, Inc.
Trustee for the Benefit of U.S. Real Estate Credit Holdings III-A, L.P.
7676 Hazard Center Drive, 14th Floor
San Diego, CA 92108

EXHIBIT C L

EXHIBIT 2002

Copy of Exhibit "B"
Documents

EXHIBIT C

EXHIBIT 2002

EXHIBIT B

DOCUMENTS

1.    Loan Documents.  The documents listed in this Section 1, and amendments, modifications and supplements thereto which have received the prior written consent of Lender, together with any documents executed in the future that are approved by Lender and that recite that they are "Loan Documents" for purposes of this Agreement are collectively referred to herein as the Loan Documents.

1.    This Agreement.

2.    The Promissory Note dated as of the date hereof, in the maximum principal amount of $24,400,000.00, made by Borrower payable to the order of Lender.

3.    The Deed of Trust, Security Agreement and Financing Statement dated as of the date hereof, executed by Borrower, as Trustor, to the trustee named therein, for the benefit of Lender, as Beneficiary.

4.    Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be filed with the Secretary of State of the State of California.

5.    Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be filed with the Secretary of State of the State of Delaware.

6.    Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be recorded in the Official Records of Riverside County, California.

7.    Assignment of Leases and Rents dated as of the date hereof, executed by Borrower and Lender.

8.    Assignment of Permits Licenses and Contracts dated as of the date hereof, executed by Borrower and Lender.

9.    Contractors Certificate for each General Contractor, Architect, Engineer involved with the Property dated as of the date hereof, executed by Borrower and Lender.

10.   Indemnity and Guaranty Agreement dated as of the date hereof, executed by Guarantor in favor of Lender.

11.   Hazardous Substances Indemnity Agreement dated as of the date hereof, executed by the Borrower and Guarantor in favor of Lender

12.   Completion Guaranty dated as of the date hereof, executed by Guarantor in favor of Lender.

B-1

16100193 16

EXHIBIT (__)

EXHIBIT 2002

EXHIBIT 4, PAGE 460

13. Pledge and Security Agreement dated as of the date hereof, executed by The Stuart Rubin Children's Trust, as Pledgor, and Lender.

14. Uniform Commercial Code – National Financing Statement – Form UCC-1, for the Pledge and Security Agreement, to be recorded in the Official Records of Riverside County, California.

II.    Other Related Documents (Which Are Not Loan Documents):  None.

EXHIBIT C1

16/00193.16

EXHIBIT 2002

EXHIBIT 4, PAGE 461

*PROOF OF SERVICE*

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

    I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is MESSINA & HANKIN LLP, 24910 Las Brisas Rd., Suite 102, Murrieta, California 92562.

    On May 18, 2021, I served the foregoing DOCUMENT(s) described as: NOTICE THAT FORCE RUBIN 2, LLC HAS RESCINDED FOR ITSELF THE LOAN AGREEMENT MADE APRIL 26, 2018, WITH U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P. AND OTHER PARTIES; AND DECLARATION OF EVAN L. SMITH. on interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☐   (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐   (BY GSO OVERNIGHT DELIVERY SERVICE—NEXT DAY) as stated above.

☐   (BY PERSONAL SERVICE) I caused the aforementioned DOCUMENT(s) to be personally served at the office or place of business of the addressee.

☐   (BY FACSIMILE) I caused said DOCUMENT to be transmitted electronically to the interested parties at the facsimile numbers as stated in their address above:

☒   (BY E-MAIL) I caused said DOCUMENT to be transmitted electronically to the interested parties at the e-mail address as stated in their address above:

Executed on May 18, 2021 at Murrieta, California.

☒   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

YESENIA MEZA

EXHIBIT 2002

# SERVICE LIST

Marsha A. Houston
Christopher Rivas
Reed Smith LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
mhouston@reedsmith.com
crivas@reedsmith.com
Attorneys for Plaintiff U.S. Real Estate Credit
Holdings III-A, L.P., an Irish limited
partnership

Arnold L. Veldkamp
1508 W. Mission Rd.
Escondido, CA 92029
aveldkamp@superiorrm.com
Attorneys for Superior Ready Mix Concrete,
L.P.

George Sykulski
GEORGE SYKULSKI, APLC
Post Office Box 10426
Burbank, CA 91510
georgekykulski@roadrunner.com
Attorney for Ferguson Enterprises, LLC

Mike M. Khalilpour
The Green Law Group, LLP
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
mike@thegreenlawgroup.com
michele@thegreenlawgroup.com
Attorney for T.L.R. Enterprises, Inc, dba
Desert Electric Supply

William C. Hoggard
WCH Law Group, P.C.
625 The City Drive South, Suite 200
Orange, CA 92868
wch@wchlawgroup.com
Attorney for Orco Block & Hardscape

Brian S. Harnik
Roemer & Harnik LLP
45025 Manitou Drive
Indian Wells, CA 92210
bharnik@rhlaw-firm.com
Attorney for Blair Air, Inc.

Milene C. Apanian
Law Offices of Abdulaziz, Grossbart & Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606
mca@agrlaw.com
Attorney for BMC West, LLC

A. Maria Plumtree
Ferdi Trampe
Plumtree & Associates
11132 Winners Circle, Suite G207
Los Alamitos, CA 90720
mplumtree@plumtreelaw.com
ftrampe@plumtreelaw.com
Attorney for GF Investment Group, Inc. dba
The Investment Center

James R. Wakefield
Edward J. Farrell
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
jwakefield@cwlawyers.com
efarrell@cwlawyers.com
Attorney for La Hacienda Nursery &
Landscape, Inc.

Marc S. Homme
MARC S. HOMME, APLC
74-361 Highway 111, Suite 12
P.O. Box 4250
Palm Desert, CA 92261
marc@hommelaw.net
Attorney for Doug Wall Construction Inc.
and Western Surety Company

Michael K. Murray
Lanak & Hanna, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
mkmurray@lanak-hanna.com
Attorney for The Sherwin-Williams Company
and L&W Supply Corporation

EXHIBIT 2002

EXHIBIT 4, PAGE 463

Michael T. Chulak
MICHAEL T. CHULAK & ASSOCIATES
30343 Canwood Street, Suite 203
Agoura Hills, CA 91301
mchulak@mtclaw.com
Attorney for Jianwang Wu, GRT Re
Investment, LLC

David Banke
Banke Law LLC
350 El Molino Blvd.
Las Cruces, NM 88005
david@bankelaw.com
Attorney for Joseph Rubin

Stephen Armstrong
Garrett Heckman
The Law Office of Stephen J. Armstrong
75100 Mediterranean
Palm Desert, CA 92211
stephen@sjalaw.com
garrett@sjalaw.com
Attorney for Apple J Plumbing, Inc., Desert
Palms Electric, Inc., Mascorro Concrete
Construction, Inc., Temalpalch, Inc. dba The
Works Floor and Wall, and Jacobsson
Engineering Construction, Inc.

Marvin H. Weiss
LAW OFFICE OF MARVIN H. WEISS
74075 El Paseo, Suite A15
Palm Desert, CA 92260
mhwesq@me.com
Attorney for Dr. Elliot Lander

David Bancroft
Kozberg & Bodell
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
dbancroft@kozberglaw.com
Attorney for All Phase Drywall &
Development, Inc.

Alan G. Tippie
Mark S. Horoupian
Sulmeyer Kupetz
333 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
atippie@sulmeyer.com
mhoroupian@sulmeyerlaw.com
Attorney for Receiver Edwin W. Leslie

Damian D. Capozzola
The Law Offices of Damian D. Capozzola
633 W. 5th Street, 26th Floor
Los Angeles, CA 90071
ddc@ddclaw.com
Attorney for Gary Stiffelman

EXHIBIT 2002

EXHIBIT 4, PAGE 464



EXHIBIT 2002

EXHIBIT 4, PAGE 465

Exhibit 2003

EXHIBIT 4, PAGE 466

823

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

Messina & Hankin

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

Messina & Hankin
24910 Las Brisas Rd.
Suite 102
Murrieta, CA 92562

**2021-0441156**

07/23/2021 08:58 AM Fee: $ 128.00
Page 1 of 14
Recorded In Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

Space above this line for recorder's use only

NOTICE THAT COACHELLA RESORT, LLC HAS RESCINDED FOR
ITSELF THE LOAN AGREEMENT MADE APRIL 26, 2018, WITH
U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P. AND OTHER
PARTIES

TRA:_____ [Relates to DOC# 2018-0162476]
DTT: _____

Exemption reason declared pursuant to Government Code 27388.1

☐  This document is a transfer that is subject to the imposition of documentary transfer tax.

☐  This is a document recorded in connection with a transfer that is subject to the imposition
   of documentary transfer tax.
   Document reference:_____

☐  This document is a transfer of real property that is a residential dwelling to an owner-
   occupier.

☐  This is a document recorded in connection with a transfer of real property that is a
   residential dwelling to an owner-occupier.
   Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

EXHIBIT 2003

EXHIBIT 4, PAGE 467



1  JOHN A. MESSINA, JR. (SBN 171148)
2  EVAN L. SMITH (SBN 101369)
   JEFFREY J. VAN WICK (SBN 330915)
3  MESSINA & HANKIN LLP
   24910 Las Brisas Road, Suite 102
4  Murrieta, CA 92562
   jmessina@messinahankinlaw.com
5  elsmith@messinahankinlaw.com
   jvanwick@messinahankinlaw.com
6  Telephone: (951) 894-7332
   Fax: (951) 346-3334
7

8  Attorneys for Defendant A. STUART RUBIN,
9  Individually and as Trustee of the
   STUART & ANNETTE RUBIN FAMILY TRUST.
10

11          SUPERIOR COURT OF CALIFORNIA
12       COUNTY OF RIVERSIDE-HISTORIC COURTHOUSE
13
   U.S. REAL ESTATE CREDIT HOLDINGS ) CASE NUMBER: RIC 1905743
14 III-A, L.P., an Irish limited partnership,  )
                                               ) (Assigned for all purposes to the Honorable Sunshine S.
15          Plaintiff,                          ) Sykes, Dept. 6)
                                               )
16 vs.                                          ) NOTICE THAT COACHELLA RESORT, LLC
                                               ) HAS RESCINDED FOR ITSELF THE LOAN
17 GLENROY COACHELLA, LLC, a                    ) AGREEMENT MADE APRIL 26, 2018, WITH
   Delaware limited liability company, et al.,  ) U.S. REAL ESTATE CREDIT HOLDINGS III-
18                                              ) A, L.P. AND OTHER PARTIES; AND
                                               ) DECLARATION OF EVAN L. SMITH.
19          Defendants.                         )
                                               )
20                                              )      [No Hearing Required]
                                               )
21                                              )
                                               )
22                                              )
                                               )
23                                              )
                                               )
24                                              )
                                               )
25                                              )
                                               )
26                                              )

27 ///
28

FILED
Superior Court of California
County of Riverside
6/23/2021
D. Brown
Electronically Filed

Page 1 of 3

USRECH III-A, L.P. v. GLENROY COACHELLA LLC, et al.                    Case No.: RIC 190173)

EXHIBIT 2003

EXHIBIT 4, PAGE 468

TO THE HONORABLE SUNSHINE S. SYKES, SUPERIOR COURT JUDGE, AND ALL

INTERESTED PARTIES AND PERSONS:  Please take notice that on May 14, 2021, defendant

COACHELLA RESORT, LLC, a California limited liability company, rescinded the following contracts

by serving a Notice of Rescission regarding each to plaintiff U.S. REAL ESTATE CREDIT HOLDINGS

III-A, L.P., an Irish limited partnership and its attorneys:

That certain contract entitled *LOAN AGREEMENT* made as of April 26, 2018 among GLENROY
COACHELLA, LLC, a Delaware limited liability company, FORCE RUBIN, LLC, a Delaware
limited liability company, FORCE RUBIN 2, LLC, a Delaware limited liability company, and
COACHELLA RESORT, LLC, a California limited liability company, collectively, AS
BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited
partnership, AS LENDER, which rescission is also with respect to each and every Loan
Document listed on Exhibit B.I to that contract to which Resort is a party including, but not
limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY AGREEMENT, FINANCING
STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County
of Riverside, California on 04/26/2018 as DOC# 2018-0162476.

A true copy of the aforementioned Notice of Rescission attached hereto respectively as Exhibit

"A 1" to the Declaration of Evan L. Smith.

DATED:   May 15 2021                                        MESSINA & HANKIN, LLP


                                                      By:   _Evan L. Smith_
                                                            EVAN L. SMITH
                                                            Attorneys for Defendant
                                                            A. STUART RUBIN,
                                                            Individually and as Trustee

USRECH III-A, L.P. v. GLENROY COACHELL A LLC, et al.                    Case No. RIC 1901591

EXHIBIT 2003

DECLARATION of EVAN L. SMITH

I, Evan L. Smith, declare:

1. I am an attorney at law, duly admitted to practice before this court, and a member in good standing of the State Bar of California. I am an Of Counsel attorney with the law firm Messina & Hankin, LLP, attorneys of record for defendant A. Stuart Rubin in the action pending before this court styled *U.S. Real Estate Credit Holdings III-A, L.P. v. Glenroy Coachella, L.L.C. et. al*, case number RIC 1904753. I have personal knowledge of the facts set forth below and, if called as a witness, could and would attest thereto. No waiver of the attorney-client privilege, or of any other privilege, is made, intended, or implied hereby.

2. On May 14, 2021, on behalf of COACHELLA RESORT, LLC, a California limited liability company, I served the following Notice of Rescission, A true copy of which is attached hereto as Exhibit "A 1" by both electronic mail and overnight courier on plaintiff U.S. Real Estate Credit Holdings III-A, L.P., its attorneys as listed on the notices, and Richard A. Marshack, Chapter 11 Bankruptcy Trustee for defendant Glenroy Coachella, L.L.C.:

> That certain contract entitled *LOAN AGREEMENT* made as of April 26, 2018 among GLENROY COACHELLA, LLC, a Delaware limited liability company, FORCE RUBIN, LLC, a Delaware limited liability company, FORCE RUBIN 2, LLC, a Delaware limited liability company, and COACHELLA RESORT, LLC, a California limited liability company, collectively, AS BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership, AS LENDER, which rescission is also with respect to each and every Loan Document listed on Exhibit B,1 to that contract to which Resort is a party including, but not limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT AND FUTURE FILING*, which was recorded in the official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0162476.

IN WITNESS WHEREOF, this declaration is executed under penalty of perjury according to the laws of the State of California this 18th day of May 2021 at Murrieta, California.

_____
EVAN L. SMITH

Page 3 of 3
USRECH III-A, L.P. v. GLENROY COACHELLA LLC, et al.                    Case No.: RIC 1904753

EXHIBIT 2003

EXHIBIT 4, PAGE 470

Exhibit "A 1"

EXHIBIT 2003

EXHIBIT 4, PAGE 471

NOTICE OF RESCISSION

May 14, 2021

To: U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.,
An Irish limited partnership.

TAKE NOTICE that COACHELLA RESORT, LLC, a California limited liability company ("Resort") hereby for itself rescinds that certain contract entitled *LOAN AGREEMENT* made as of April 26, 2018 among GLENROY COACHELLA, LLC, a Delaware limited liability company, FORCE RUBIN, LLC, a Delaware limited liability company, FORCE RUBIN 2, LLC, a Delaware limited liability company, and COACHELLA RESORT, LLC, a California limited liability company, collectively, AS BORROWER, and U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership ("USRECH"), AS LENDER, which rescission is also with respect to each and every Loan Document listed on Exhibit B.1 to that contract (a copy of which is attached hereto and incorporated by this reference as if fully set forth herein) to which Resort is a party including, but not limited to, item 3 thereon entitled *DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT AND FIXTURE FILING*, which was recorded in the official records of the County of Riverside, California on 04/26/2018 as DOC# 2018-0163476.

The grounds for rescission of the contract include failure of consideration, gross negligence, willful misconduct, and fraud in the inducement on the part of USRECH, and mistake on the part of Resort.

Resort hereby offers to return all consideration that has been tendered to it for this contract, which shall be determined in a court action. Resort further demands that all consideration that it has given you be returned or credited to it.

COACHELLA RESORT, LLC

By:/s/ Elliot Lander
ELLIOT LANDER,
Its Manager

NOTICE DELIVERED BY E-MAIL, AND FEDEX OVERNIGHT DELIVERY TO:

U.S. Real Estate Credit Holdings III-A, L.P.
c/o Calmwater Capital, Attn: Larry Grantham
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025                          larry@calmwatercapital.com

Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900

EXHIBIT A.1

EXHIBIT 2003

EXHIBIT 4, PAGE 472

Los Angeles, CA 90071                     mhouston@reedsmith.com

Ana L. Tenzer, Esq.
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202                          ana.tenzer@hoganlovells.com

<u>WITH A COPY BY FIRST CLASS MAIL TO</u>:

Stewart Title of California, Inc.
Trustee for the Benefit of U.S. Real Estate Credit Holdings III-A, L.P.
7676 Hazard Center Drive, 14th Floor
San Diego, CA 92108

EXHIBIT A

EXHIBIT 2003

EXHIBIT 4, PAGE 473

Copy of Exhibit "B"
Documents

EXHIBIT A

EXHIBIT 2003

EXHIBIT 4, PAGE 474

EXHIBIT B

DOCUMENTS

1.    Loan Documents.  The documents listed in this Section 1, and amendments, modifications and supplements thereto which have received the prior written consent of Lender, together with any documents executed in the future that are approved by Lender and that recite that they are "Loan Documents" for purposes of this Agreement are collectively referred to herein as the Loan Documents.

1.  This Agreement.

2.  The Promissory Note dated as of the date hereof, in the maximum principal amount of $24,400,000.00, made by Borrower payable to the order of Lender.

3.  The Deed of Trust, Security Agreement and Financing Statement dated as of the date hereof, executed by Borrower, as Trustor, to the trustee named therein, for the benefit of Lender, as Beneficiary.

4.  Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be filed with the Secretary of State of the State of California.

5.  Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be filed with the Secretary of State of the State of Delaware.

6.  Uniform Commercial Code – National Financing Statement – Form UCC-1, showing Borrower, as debtor, and Lender, as secured party, to be recorded in the Official Records of Riverside County, California.

7.  Assignment of Leases and Rents dated as of the date hereof, executed by Borrower and Lender.

8.  Assignment of Permits Licenses and Contracts dated as of the date hereof, executed by Borrower and Lender.

9.  Contractors Certificate for each General Contractor, Architect, Engineer involved with the Property dated as of the date hereof, executed by Borrower and Lender.

10. Indemnity and Guaranty Agreement dated as of the date hereof, executed by Guarantor in favor of Lender.

11. Hazardous Substances Indemnity Agreement dated as of the date hereof, executed by the Borrower and Guarantor  in favor of Lender

12. Completion Guaranty dated as of the date hereof, executed by Guarantor in favor of Lender.

1610019J.16

B-1

EXHIBIT 4

EXHIBIT 2003

13. Pledge and Security Agreement dated as of the date hereof, executed by The Stuart Rubin Children's Trust, as Pledgor, and Lender.

14. Uniform Commercial Code – National Financing Statement – Form UCC-1, for the Pledge and Security Agreement, to be recorded in the Official Records of Riverside County, California.

II.    Other Related Documents (Which Are Not Loan Documents):  None.

EXHIBIT A1

EXHIBIT 2003

EXHIBIT 4, PAGE 476

*PROOF OF SERVICE*

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

　　I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is MESSINA & HANKIN LLP, 24910 Las Brisas Rd., Suite 102, Murrieta, California 92562.

　　On May 18, 2021, I served the foregoing DOCUMENT(s) described as: NOTICE THAT COACHELLA RESORT, LLC HAS RESCINDED FOR ITSELF THE LOAN AGREEMENT MADE APRIL 26, 2018, WITH U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P. AND OTHER PARTIES; AND DECLARATION OF EVAN L. SMITH. on interested parties in this action as follows:

　　SEE ATTACHED SERVICE LIST

☐　(BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with *U.S.* postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐　(BY GSO OVERNIGHT DELIVERY SERVICE—NEXT DAY) as stated above.

☐　(BY PERSONAL SERVICE) I caused the aforementioned DOCUMENT(s) to be personally served at the office or place of business of the addressee.

☐　(BY FACSIMILE) I caused said DOCUMENT to be transmitted electronically to the interested parties at the facsimile numbers as stated in their address above:

☒　(BY E-MAIL) I caused said DOCUMENT to be transmitted electronically to the interested parties at the e-mail address as stated in their address above:

Executed on May 18, 2021 at Murrieta, California.

☒　(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐　(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

YESENIA MEZA

EXHIBIT 2003

EXHIBIT 4, PAGE 477

SERVICE LIST

1
2  Marsha A. Houston
   Christopher Rivas
3  Reed Smith LLP
4  355 S. Grand Ave., Suite 2900
   Los Angeles, CA 90071
5  mhouston@reedsmith.com
6  crivas@reedsmith.com
   Attorneys for Plaintiff U.S. Real Estate Credit
7  Holdings III-A, L.P., an Irish limited
   partnership
8
9  Arnold L. Veldkamp
   1508 W. Mission Rd.
10 Escondido, CA 92029
   aveldkamp@superiorrm.com
11 Attorneys for Superior Ready Mix Concrete,
   L.P.
12
   George Sykulski
13 GEORGE SYKULSKI, APLC
14 Post Office Box 10426
   Burbank, CA 91510
15 gerogesykulski@roadrunner.com
   Attorney for Ferguson Enterprises, LLC
16
17 Mike M. Khalilpour
   The Green Law Group, LLP
18 1777 E. Los Angeles Ave.
19 Simi Valley, CA 93065
   mike@thegreenlawgroup.com
20 michele@thegreenlawgroup.com
   Attorney for T.L.R. Enterprises, Inc., dba
21 Desert Electric Supply
22 William C. Hoggard
23 WCH Law Group, P.C.
   625 The City Drive South, Suite 200
24 Orange, CA 92868
   wch@wchlawgroup.com
25 Attorney for Orco Block & Hardscape
26 Brian S. Harnik
27 Roemer & Harnik LLP
   45025 Manitou Drive
28 Indian Wells, CA 92210
   bharnik@rhlaw firm.com
   Attorney for Blair Air, Inc.

Milene C. Apanian
Law Offices of Abdulaziz, Grossbart & Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606
mca@agzlaw.com
Attorney for BMC West, LLC

A. Maria Plumtree
Ferdi Trampe
Plumtree & Associates
11132 Winners Circle, Suite G207
Los Alamitos, CA 90720
mplumtree@plumtreelaw.com
ftrampe@plumtreelaw.com
Attorney for GF Investment Group, Inc. dba
The Investment Center

James R. Wakefield
Edward J. Farrell
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
jwakefield@cwlawyers.com
efarrell@cwlawyers.com
Attorney for La Hacienda Nursery &
Landscape, Inc.

Marc S. Homme
MARC S. HOMME, APLC
74-361 Highway 111, Suite 12
P.O. Box 4250
Palm Desert, CA 92261
marc@hommelaw.net
Attorney for Doug Wall Construction Inc.
and Western Surety Company

Michael K. Murray
Lanak & Hanna, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
mkmurray@lanak-hanna.com
Attorney for The Sherwin-Williams Company
and L&W Supply Corporation

EXHIBIT 2003

1

Michael T. Chulak
MICHAEL T. CHULAK & ASSOCIATES
30343 Canwood Street, Suite 203
Agoura Hills, CA 91301
mchulak@mtclaw.com
Attorney for Jianwang Wu, GRT Re
Investment, LLC

2

3

4

5

David Baake
Baake Law LLC
350 El Molino Blvd.
Las Cruces, NM 88005
david@baakelaw.com
Attorney for Joseph Rubin

6

7

8

9

Stephen Armstrong
Garrett Heckman
The Law Office of Stephen J. Armstrong
75100 Mediterranean
Palm Desert, CA 92211
stephen@sjalaw.com
garrett@sjalaw.com
Attorney for Apple J Plumbing, Inc., Desert
Palms Electric, Inc., Mascorro Concrete
Construction, Inc., Temalpakh, Inc. dba The
Works Floor and Wall, and Jacobsson
Engineering Construction, Inc.

10

11

12

13

14

15

16

17

Marvin H. Weiss
LAW OFFICE OF MARVIN H. WEISS
74075 El Paseo, Suite A15
Palm Desert, CA 92260
mhwesq@me.com
Attorney for Dr. Elliot Lander

18

19

20

21

David Bancroft
Kozberg & Bodell
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
dbancroft@kozberglaw.com
Attorney for All Phase Drywall &
Development, Inc.

22

23

24

25

26

27

28

Alan G. Tippie
Mark S. Horoupian
Sulmeyer Kupetz
333 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
atippie@sulmeyer.com
mhoroupian@sulmeyerlaw.com
Attorney for Receiver Edwin W. Leslie

Damian D. Capozzola
The Law Offices of Damian D. Capozzola
633 W. 5th Street, 26th Floor
Los Angeles, CA 90071
ddc@ddclaw.com
Attorney for Gary Stiffelman

EXHIBIT 2003

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

. . . doc . . . of California
County of Riverside

VILLANUEVE

DEPUTY

Dated    JUL 1 9 2021

. . . . .
CERTIFIED COPY

EXHIBIT 2003

EXHIBIT 4, PAGE 480

Exhibit 2004

NOTICE OF RESCISSION

May 13, 2021

To:  U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.,
      An Irish limited partnership.

TAKE NOTICE that ELLIOT LANDER ("Lander") hereby for himself rescinds that certain
contract entitled *INDEMNITY AND GUARANTY AGREEMENT (Glenroy Coachella, California)*
made as of April 26, 2018 by GARY STIFFELMAN, ELLIOT LANDER and A.STUART
RUBIN in favor of U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited
partnership ("USRECH").

The grounds for rescission of the contract include failure of consideration and fraud in the
inducement on the part of USRECH, and mistake on the part of Lander.

Lander did not and has not received any consideration from you with respect to the contract.  If
he is incorrect in holding and asserting that belief, he hereby offers to return all consideration
that has been tendered to him for this contract.  Lander further demands that all consideration
that he has given you be returned or credited to him.

/s/  Elliot Lander
     ELLIOT LANDER

NOTICE DELIVERED BY E-MAIL, AND GLS OVERNIGHT DELIVERY TO:

U.S. Real Estate Credit Holdings III-A, L.P.
c/o Calmwater Capital, Attn: Larry Grantham
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025                        larry@calmwatercapital.com

Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071                        mhouston@reedsmith.com

Ana L. Tenzer, Esq.
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202                             ana.tenzer@hoganlovells.com

EXHIBIT 2004

EXHIBIT 4, PAGE 482

Exhibit 2005

## NOTICE OF RESCISSION

May 13, 2021

To:  U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.,
An Irish limited partnership.

TAKE NOTICE that ELLIOT LANDER ("Lander") hereby for himself rescinds that certain contract entitled *COMPLETION GUARANTY AGREEMENT (Glenroy Coachella, California)* made as of April 26, 2018 by GARY STIFFELMAN, ELLIOT LANDER and A.STUART RUBIN in favor of U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership ("USRECH").

The grounds for rescission of the contract include failure of consideration and fraud in the inducement on the part of USRECH, and mistake on the part of Lander.

Lander did not and has not received any consideration from you with respect to the contract. If he is incorrect in holding and asserting that belief, he hereby offers to return all consideration that has been tendered to him for this contract. Lander further demands that all consideration that he has given you be returned or credited to him.


/s/ Elliot Lander
ELLIOT LANDER

## NOTICE DELIVERED BY E-MAIL, AND GLS OVERNIGHT DELIVERY TO:

U.S. Real Estate Credit Holdings III-A, L.P.
c/o Calmwater Capital. Attn: Larry Grantham
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025                    larry@calmwatercapital.com

Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071                    mhouston@reedsmith.com

Ana L. Tenzer, Esq.
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202                    ana.tenzer@hoganlovells.com

EXHIBIT 2005

EXHIBIT 4, PAGE 484

Exhibit 2006

EXHIBIT 4, PAGE 485

<u>NOTICE OF RESCISSION</u>

May 13, 2021

To:  U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.,
        An Irish limited partnership.

**TAKE NOTICE** that A. STUART RUBIN ("Rubin") hereby for himself rescinds that certain contract entitled *INDEMNITY AND GUARANTY AGREEMENT (Glenroy Coachella, California)* made as of April 26, 2018 by GARY STIFFELMAN, ELLIOT LANDER and A.STUART RUBIN in favor of U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership ("USRECH").

The grounds for <u>rescission</u> of the contract include failure of consideration and fraud in the inducement on the part of USRECH, and mistake on the part of Rubin.

Rubin did not and has not received any consideration from you with respect to the contract.  If he is incorrect in holding and asserting that belief, he hereby offers to return all consideration that has been tendered to him for this contract.  Rubin further demands that all consideration that he has given you be returned or credited to him.


/s/ A. Stuart Rubin
      A. STUART RUBIN

<u>NOTICE DELIVERED BY E-MAIL, AND GLS OVERNIGHT DELIVERY TO:</u>

U.S. Real Estate Credit Holdings III-A, L.P.
c/o Calmwater Capital  Attn: Larry Grantham
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025                          larry@calmwatercapital.com

Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071                          mhouston@reedsmith.com

Ana L. Tenzer, Esq.
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202                               ana.tenzer@hoganlovells.com

EXHIBIT 2006

EXHIBIT 4, PAGE 486

Exhibit 2007

<u>NOTICE OF RESCISSION</u>

May 13, 2021

To:  U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P.,
     An Irish limited partnership.

<u>TAKE NOTICE</u> that A. STUART RUBIN ("Rubin") hereby for himself rescinds that certain contract entitled *COMPLETION GUARANTY AGREEMENT (Glenroy Coachella, California)* made as of April 26, 2018 by GARY STIFFELMAN, ELLIOT LANDER and A.STUART RUBIN in favor of U.S. REAL ESTATE CREDIT HOLDINGS III-A, L.P., an Irish limited partnership ("USRECH").

The grounds for <u>rescission</u> of the contract include failure of consideration and fraud in the inducement on the part of USRECH, and mistake on the part of Rubin.

Rubin did not and has not received any consideration from you with respect to the contract.  If he is incorrect in holding and asserting that belief, he hereby offers to return all consideration that has been tendered to him for this contract.  Rubin further demands that all consideration that he has given you be returned or credited to him.

/s/ A. Stuart Rubin
     A. STUART RUBIN

<u>NOTICE DELIVERED BY E-MAIL, AND GLS OVERNIGHT DELIVERY TO:</u>

U.S. Real Estate Credit Holdings III-A, L.P.
c/o Calmwater Capital. Attn: Larry Grantham
11755 Wilshire Blvd., Suite 1425
Los Angeles, CA 90025                      larry@calmwatercapital.com

Marsha A. Houston, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071                      mhouston@reedsmith.com

Ana L. Tenzer, Esq.
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202                           ana.tenzer@hoganlovells.com

EXHIBIT 2007

EXHIBIT 4, PAGE 488

**Exhibit 2008**

EXHIBIT 4, PAGE 489



September 8, 2017

Stuart Rubin
RP Realty Partners
1801 S La Cienega Blvd Suite 301
Los Angeles, CA 90035
c/o Steve Bram
George Smith Partners

Dear Mr. Rubin,

RP Realty Partners (the "Sponsor") has requested that Calmwater Capital or an affiliate thereof ("Calmwater" or "Lender") consider providing a $20,000,000 credit facility (the "Credit Facility") which will be used to develop certain real property known as Glenroy Resort, located at southeast corner of Ave 48 and Van Buren St in Coachella, CA and generally described as a 68-unit resort property with ancillary facilities (the "Property"), and pay for transaction fees and expenses associated therewith. Sponsor will be required to verify that not less than $15,300,000 of equity has been invested in the Property as of the Closing Date. The Credit Facility shall consist of a $800,000 senior secured term loan (the "Term Loan") and a $19,200,000 senior secured delayed draw term loan (the "Delayed Draw Term Loan"). Based on the foregoing, Lender is willing to consider providing the Credit Facility substantially on the terms and conditions set forth herein (this "Term Sheet").

| | |
|---|---|
| Borrower(s): | A bankruptcy remote, [Delaware] [single member,] single purpose entity owned and controlled by Sponsor. |
| Guarantor(s): | An individual of sufficient net worth and liquidity, as determined by Lender. Guarantor(s) shall be subject to net worth and liquidity covenants (thresholds TBD) during the term of the Credit Facility |
| Credit Facility: | The Credit Facility will consist of the following: |

Term Loan
$800,000 fully funded at the time of closing.

Delayed Draw Term Loan
A senior secured delayed draw term loan of up to $19,200,000, undrawn at close and available for a period of one (1) year from the Closing Date, may be drawn from time to time and added to the balance of the Term Loan. The Delayed Draw Term Loan shall consist of the following holdbacks, which shall be available to Borrower to fund only such expenses set forth in a budget approved by Lender:

Construction Cost Holdback: $19,200,000

Interest Expense Holdback: $1,400,000

Operating Reserve Holdback: $500,000

EXHIBIT 4, PAGE 490

| | |
|---|---|
| Closing Date: | On or before October 6, 2017 (the "Closing Date"). |
| Maturity Date: | Two (2) years from the Closing Date. |
| | The Credit Facility will have one twelve (12) month extension option, subject to the following conditions: |

(1) Borrower's written request received not less than 30 days prior to loan maturity;
(2) The Credit Facility in good standing as determined by Lender, in its sole and absolute discretion;
(3) Payment of an extension fee of one percent (1.00%) of the Credit Facility commitment.
(4) Borrower shall have achieved certain performance milestones with respect to the Property.

| | |
|---|---|
| Construction Draws: | Construction draws will be permitted no more frequently than once per month, subsequent to satisfactory review by Lender and its consultants of draw requests, and in amounts not less than $250,000. Lender shall fund all approved costs within ten (10) business days after receiving all materials required for approval of a draw request. Construction draws for hard costs will be funded for actual materials purchased or actual work in place on a percentage of completion basis. Construction Draws will be permitted only during the Construction Draw Term of the Credit Facility. Major changes, including but not limited to, material changes in the plans and specifications or material reallocation of budget lines that are greater than $100,000 will require approval by Lender. |
| Construction Consultant / Fund Control: | Lender shall retain, at Borrower's expense, a construction consultant to review construction draws, review and monitor the progress of construction and inspect the Property. |
| Construction Consultant / Fund Control Fee: | 0.25% (or such lesser amount charged by the Construction Consultant) of the delayed draw amount processed by the construction consultant and funded by Lender. |
| In-Balance / Reserves: | Borrower shall be subject to in-balance requirements set forth in the Loan Documents, and Borrower shall be required to re-balance the loan and replenish any applicable reserves in the event of a shortfall. |
| Construction Milestones: | Borrower shall comply with certain construction milestones set forth in the construction schedule provided to Lender ("Construction Schedule") and set forth in the Loan Documents. Failure to meet such milestones (subject to cure) shall be an Event of Default and shall require prepayment of the Credit Facility as set forth in the Loan Documents |

2

EXHIBIT 4, PAGE 491

| | |
|---|---|
| Additional Financing Proceeds: | Net financing proceeds from Mello-Roos CFD, PACE financing, and EB-5 financing shall be deposited into a Lender-controlled reserve account, and the Lender shall control the funding of construction draws. |
| Interest Rate Protection: | At closing, Borrower shall be required to purchase an interest rate cap agreement, in form and substance acceptable to Lender, with a counterparty acceptable to Lender, for a term not less than the initial term of the Credit Facility, with a 1-month LIBOR strike price equal to or lower than two and half percent (2.50%), and a notional amount not less than the maximum amount of the Credit Facility. The interest rate cap agreement shall be collaterally assigned to Lender. |
| Unused Line Fee: | A fee equal to one percent (1.00%) per annum calculated on the undrawn portion of the Credit Facility shall be due and payable monthly in arrears. |
| Scheduled Amortization: | The Credit Facility will have no scheduled amortization. Borrower shall repay the entire unpaid principal balance of the Credit Facility on the Maturity Date as defined herein, together with any other amounts owing to the Lender in connection therewith including any interest, fees and expenses. No repayments of the Credit Facility may be re-borrowed. |
| Collateral: | The Credit Facility will be secured by a first priority lien on all assets of the Borrower (the "Collateral"), including, but not limited to, the Property. |
| Exit Fee: | **One half** percent (**0.50%**) of the total amount of the Credit Facility commitment. |
| Optional Prepayments: | Borrower shall be permitted to voluntarily prepay part or all of the outstanding principal balance of the Credit Facility at its option, upon notice as provided below, in an amount not less than $500,000 in the case of a partial prepayment (or such lesser amount as shall be required to effect a partial prepayment resulting from an offer of prepayment pursuant to any negative covenants), together with interest accrued thereon to the date of such prepayment, plus amounts as defined below. |
| *Early Prepayment Fee:* | If the Credit Facility is prepaid in whole or in part prior to the Maturity Date for any reason, an early prepayment fee based on the repayment amount shall be payable as follows: |
| | Year 1: Make-Whole Amount |
| | Thereafter: Open to prepayment |
| | "Make-Whole Amount" shall be defined as an amount equal to the product of: (a) the principal balance of the Credit Facility being repaid or prepaid, (b) the number of days from the date of repayment or |

3

prepayment through the first anniversary of the Closing Date, and (c) a daily rate based upon the Interest Rate per annum.

No voluntary prepayment will be permitted to be made by Borrower unless it shall have first delivered 30-day advance written notice to Lender, which notice, once given, shall be irrevocable.

|  |  |
|---|---|
| Servicing Fee: | $1,200 per month |
| Recourse: | The Credit Facility shall be full recourse to the Guarantor(s). |
| Lock Box: | A lock-box account (the "<u>Lock Box Account</u>") will be established at closing with a financial institution selected by Lender, and all revenues generated by the Property shall be deposited by tenants or the property manager directly therein. The Lock Box Account shall be under the sole control and dominion of Lender and all proceeds therefrom shall be distributed monthly by the lock box institution in accordance with a cash management agreement. |
| Impounds: | Upon completion of construction, Borrower shall deposit with Lender on a monthly basis an amount equal to 1/12 of the annual taxes and insurance premiums for the Property as estimated by Lender during the term of the Credit Facility. Such amount may be adjusted to ensure sufficient funds will be available to pay such charges when due. |
| Covenants: | The Loan Documents (as defined below) will contain affirmative and negative covenants, and monthly financial covenants customarily found in loan agreements for similar financings including, but not limited to (a) minimum net operating income, (b) minimum debt yield, (c) maximum loan-to-value ratios, and (d) minimum RevPAR index, in each case with levels, testing periods and definitions to be mutually agreed upon. |
| Financial Reporting Requirements: | Periodic financial statements of Borrower and Guarantor, including but not limited to monthly rent rolls, leasing pipeline information, income statements certified by the Sponsor's CEO or CFO; quarterly and annual financial statements certified by the Sponsor's CEO or CFO; and such other reports as may be reasonably required by Lender. |
| Exclusivity: | For a period of forty five (45) days from and after the date hereof (the "<u>Exclusivity Period</u>") the Sponsor's management team and the Sponsor agree to deal exclusively with the Lender in connection with the Credit Facility and agree not to offer or to enter into any agreement respecting the origination of a loan with any person or entity during the Exclusivity Period other than the Lender. |

In the event that Lender is willing to provide the Credit Facility after completion of its due diligence on terms and conditions the same in all material respects to those described herein, the Sponsor shall continue

4

to abide by the exclusivity requirement described above.

Confidentiality:

This Term Sheet and the financing arrangements described herein are delivered with the understanding that the Borrower shall not disclose this Term Sheet or the substance of the proposed financing arrangement contained herein to any person or entity outside of the Borrower's organization, except to those professional advisors who are in a confidential relationship with Borrower and require knowledge thereof to perform their duties (such as legal counsel, accountants and financial advisors), or where disclosure is required by law.

Conditions Precedent:

The closing and funding of the proposed Credit Facility is subject to the following conditions:

(1) A minimum "as-is" and "as-completed" valuation for the Property as determined by Lender;

(2) Phase I Environmental Site Assessment acceptable to Lender;

(3) Construction Budget Review acceptable to Lender;

(4) Title insurance and current survey acceptable to Lender;

(5) Hotel franchise and management agreement acceptable to Lender;

(6) Lender's review and approval of financing documents for Mello-Roos CFD, PACE financing, and EB-5 financing.

(7) Lender's review and approval of all agreements and contracts related to the Property, including development agreements, construction contracts, engineering and architect contracts, and Fund Control Agreement;

(8) Satisfactory review by Lender of all such other customary due diligence items with respect to the Sponsor and the Collateral, including, but not limited to, financial reports, property management reports, zoning, permits and licensing, insurance, taxes, litigation, leases and material contracts;

(9) The negotiation, execution and delivery of definitive loan documentation (the "Loan Documents"), in form and substance reasonably satisfactory to Lender;

(10) Payment of all closing costs and fees and all unpaid expenses of the Lender for which Lender has not previously received from the Deposit (as defined below); and

(11) Such other closing conditions customary for similar financings and others appropriate to the specific transaction.

No Commitment to Lend:

The Sponsor acknowledges that this Term Sheet is provided for

5

discussion purposes only and is not intended to be and should not be construed as a commitment to lend or an agreement to issue a commitment, nor should it be construed as an attempt to establish all of the terms and conditions relating to the proposed financing contemplated herein. It is intended only to set out the general terms of the proposed Credit Facility, and is subject to Calmwater's completion of customary due diligence (including, without limitation, satisfaction of the requirements set forth in the section entitled "Conditions Precedent" and other sections in this Term Sheet), execution of the Loan Documents, and Calmwater's investment committee approval. To the extent of any conflict between the terms of this Term Sheet and the Loan Documents, the terms of the Loan Documents shall prevail.

Breakup Fee:                Should the Sponsor decide to enter into a financing arrangement with a third party other than Lender, Sponsor shall pay to Lender upon demand a fee (the "Breakup Fee") of three percent (3.00%) of the Credit Facility as liquidated damages (i.e., the Sponsor shall not be subject to any other claims by Lender upon payment of the Breakup Fee).

Fees and Expenses:

The Sponsor shall reimburse Calmwater for all fees and expenses incurred by or on behalf of Calmwater in connection with the preparation, negotiation, execution and delivery of the Loan Documents, including, without limitation, attorneys' fees and costs, and all other expenses incurred by Calmwater in connection with its due diligence (collectively, the "Expenses"). The Sponsor agrees that any third-party reports obtained by Calmwater in connection with its underwriting shall be the property of Calmwater and shall only be made available to the Sponsor at Calmwater's sole and absolute discretion and if so, shall be provided to the Sponsor with no representation or warranty of any kind.

Upon execution of this Term Sheet, the Sponsor shall wire Calmwater a $75,000 expense deposit (the "Deposit") pursuant to the wire instructions set forth on Exhibit A attached hereto to fund the Expenses incurred by or on behalf of Calmwater in connection with the Credit Facility underwriting. Whether or not the Credit Facility closes, if the Deposit is insufficient to cover the Expenses, the Sponsor shall promptly reimburse Calmwater for any shortfall. If Calmwater concludes for any reason that it will not make the Credit Facility available to the Sponsor, Calmwater will return the unused balance of the Deposit. If Sponsor breaches the covenants contained in the paragraph entitled "Exclusivity", Calmwater will be entitled to retain any unused balance of the Deposit (after deduction of all Expenses). Following the closing of the Credit Facility, Calmwater will refund to the Sponsor any unused balance of the Deposit.

6

EXHIBIT 4, PAGE 495

The terms and conditions set forth herein shall expire at 5:00 p.m. (PST) on September 14, 2017, unless prior thereto Calmwater shall have received (a) a copy of this letter, countersigned by the Sponsor, accepting the terms and conditions of this Term Sheet, and (b) the Deposit.

The parties agree that, except as otherwise set forth herein, this Term Sheet expresses only the general intent of the parties with respect to the proposed Credit Facility, the funding of which shall be expressly contingent upon, among other things, the preparation, approval and execution of the Loan Documents. This Term Sheet may be withdrawn by Calmwater at any time for any reason or no reason at all, in which case this Term Sheet shall be terminated except as otherwise set forth herein. The terms in this Term Sheet are not all-inclusive and are subject to Calmwater's investment committee's approval. This Term Sheet is not a legally binding agreement except as set forth in the following sentence. The parties acknowledge and agree that this paragraph, the following paragraph, and the sections titled "Confidentiality", "Exclusivity", "No Commitment to Lend", "Breakup Fee", and "Fees and Expenses" contained herein shall be a legally binding agreement between the parties and shall be enforceable against the parties in accordance with their terms and shall survive any termination of this Term Sheet. NO VERBAL STATEMENTS TO SPONSOR OR ANY OTHER PARTY CONCERNING THE PROPOSED CREDIT FACILITY BY ANY EMPLOYEE OR AGENT OF CALMWATER SHALL HAVE ANY BINDING EFFECT AND CALMWATER SHALL HAVE NO OBLIGATION TO THE SPONSOR OR ANY OF ITS AFFILIATES TO CONSUMMATE THE CREDIT FACILITY.

This Term Sheet (i) represents the entire understanding between the parties with respect to the subject matter hereof and supersedes all prior discussions, agreements, commitments, arrangements, negotiations or understandings, whether oral or written, of the parties with respect thereto; (ii) shall be governed by the laws of the State of California; (iii) may not be relied upon or enforced by any person or entity other than the parties and their respective successors and assigns; and (iv) may be signed in multiple counterparts and may be delivered by facsimile, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. If this Term Sheet becomes the subject of a dispute, the prevailing party shall be entitled to an award of reasonable attorneys' fees and costs and each of the parties hereto hereby waives trial by jury. Neither Calmwater nor any of its affiliates, directors, officers, agents, advisors, representatives and employees shall be liable for any punitive, indirect or "lost-profits" or "lost-opportunities" consequential damages of any kind to Sponsor, guarantor, borrower or their respective affiliates arising out of this Term Sheet, the transactions contemplated herein, or otherwise. This Term Sheet may be amended, modified or waived only in writing signed by each of the parties hereto.

Very truly yours,

CALMWATER CAPITAL

By: _____
    Name:    Larry W. Grantham, Jr.
    Title:     Managing Director

AGREED AND ACCEPTED on this
____ day of September, 2017:

RP Realty Partners

By: _____
    Name:
    Title:

7

The terms and conditions set forth herein shall expire at 5:00 p.m. (PST) on September 14, 2017, unless prior thereto Calmwater shall have received (a) a copy of this letter, countersigned by the Sponsor, accepting the terms and conditions of this Term Sheet, and (b) the Deposit.

The parties agree that, except as otherwise set forth herein, this Term Sheet expresses only the general intent of the parties with respect to the proposed Credit Facility, the funding of which shall be expressly contingent upon, among other things, the preparation, approval and execution of the Loan Documents. This Term Sheet may be withdrawn by Calmwater at any time for any reason or no reason at all, in which case this Term Sheet shall be terminated except as otherwise set forth herein. The terms in this Term Sheet are not all-inclusive and are subject to Calmwater's investment committee's approval. This Term Sheet is not a legally binding agreement except as set forth in the following sentence. The parties acknowledge and agree that this paragraph, the following paragraph, and the sections titled "Confidentiality", "Exclusivity", "No Commitment to Lend", "Breakup Fee", and "Fees and Expenses" contained herein shall be a legally binding agreement between the parties and shall be enforceable against the parties in accordance with their terms and shall survive any termination of this Term Sheet. NO VERBAL STATEMENTS TO SPONSOR OR ANY OTHER PARTY CONCERNING THE PROPOSED CREDIT FACILITY BY ANY EMPLOYEE OR AGENT OF CALMWATER SHALL HAVE ANY BINDING EFFECT AND CALMWATER SHALL HAVE NO OBLIGATION TO THE SPONSOR OR ANY OF ITS AFFILIATES TO CONSUMMATE THE CREDIT FACILITY.

This Term Sheet (i) represents the entire understanding between the parties with respect to the subject matter hereof and supersedes all prior discussions, agreements, commitments, arrangements, negotiations or understandings, whether oral or written, of the parties with respect thereto; (ii) shall be governed by the laws of the State of California; (iii) may not be relied upon or enforced by any person or entity other than the parties and their respective successors and assigns; and (iv) may be signed in multiple counterparts and may be delivered by facsimile, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. If this Term Sheet becomes the subject of a dispute, the prevailing party shall be entitled to an award of reasonable attorneys' fees and costs and each of the parties hereto hereby waives trial by jury. Neither Calmwater nor any of its affiliates, directors, officers, agents, advisors, representatives and employees shall be liable for any punitive, indirect or "lost-profits" or "lost-opportunities" consequential damages of any kind to Sponsor, guarantor, borrower or their respective affiliates arising out of this Term Sheet, the transactions contemplated herein, or otherwise. This Term Sheet may be amended, modified or waived only in writing signed by each of the parties hereto.

Very truly yours,

CALMWATER CAPITAL

By: _____

    Name:   Larry W. Grantham, Jr.
    Title:    Managing Director

AGREED AND ACCEPTED on this
_____ day of September, 2017:

Glenroy Coachella LLC
By: _____
    Name: Stuart Rubin
    Title:  Managing Member
    9/14/2017

8

<u>EXHIBIT A</u>

First Republic Bank
ABA: 321081669
Acct#: 80003356292
Acct Name: US Real Estate Credit Fund III LP
Re: Calmwater Capital Deposit

Please e-mail the fed reference number to Ashley Zhang (ashley@calmwatercapital.com)
upon transmission.

[Rev. 8/3/2016]

8

EXHIBIT 4, PAGE 498

1

***PROOF OF SERVICE***

2  **STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

3      I am employed in the County of Riverside, State of California. I am over the age of 18 and not a
party to the within action; my business address is 24910 Las Brisas, Suite 102, Murrieta, California
4  92562.

5      On March 1, 2023, I served the foregoing documents described as: **THIRD AMENDED CROSS-
COMPLAINT** on interested parties in this action as follows:

6

7          SEE ATTACHED SERVICE LIST

8      ☐    **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing
9  correspondence for mailing. Under that practice it would be deposited with *GSO Delivery Service* on that
same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I
10  am aware that on motion of the party served, service is presumed invalid if postal cancellation date or
postage meter date is more than one day after date of deposit for mailing affidavit. Served by mail upon
11  Marsha Houston and Christopher Rivas.

12
     ☐    **(BY GSO DELIVERY SERVICE—NEXT DAY)** as stated above.
13

14     ☐    **(BY PERSONAL SERVICE)** I caused the aforementioned DOCUMENT(s) to be personally
served at the office or place of business of the addressee.
15
     ☐    **(BY FACSIMILE)** I caused said DOCUMENT to be transmitted electronically to the interested
16  parties at the facsimile numbers as stated in their address above:

17     ☒    **(BY E-MAIL)** I caused said DOCUMENT to be transmitted electronically to the interested
18  parties at the e-mail address as stated in their address above:

19  **Executed on March 1, 2023, at Murrieta California.**

20     ☒    (State) I declare under penalty of perjury under the laws of the State of California that the above
21  is true and correct.

22     ☐    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose
direction the service was made.
23

24

25                                                        _____
                                                          John E. Hofilena
26

27

28

**SERVICE LIST**

| | |
|---|---|
| Marsha A. Houston | James R. Wakefield |
| Christopher Rivas | Edward J. Farrell |
| Reed Smith LLP | Cummins & White, LLP |
| 355 S. Grand Ave., Suite 2900 | 2424 S.E. Bristol Street, Suite 300 |
| Los Angeles, CA 90071 | Newport Beach, CA 92660 |
| mhouston@reedsmith.com | jwakefield@cwlawyers.com |
| crivas@reedsmith.com | efarrell@cwlawyers.com |
| **Attorneys for Plaintiff U.S. Real Estate Credit** | **Attorney for La Hacienda Nursery &** |
| **Holdings III-A, L.P., an Irish limited** | **Landscape, Inc.** |
| **partnership** | |

Marsha A. Houston
Christopher Rivas
Reed Smith LLP
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071
mhouston@reedsmith.com
crivas@reedsmith.com
**Attorneys for Plaintiff U.S. Real Estate Credit Holdings III-A, L.P., an Irish limited partnership**

William C. Hoggard
WCH Law Group, P.C.
625 The City Drive South, Suite 200
Orange, CA 92868
wch@wchlawgroup.com
**Attorney for Orco Block & Hardscape**

Brian S. Harnik
Roemer & Harnik LLP
45025 Manitou Drive
Indian Wells, CA 92210
bharnik@rhlawfirm.com
**Attorney for Blair Air, Inc.**

Milene C. Apanian
Law Offices of Abdulaziz, Grossbart & Rudman
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606
mca@agrlaw.com
**Attorney for BMC West, LLC**

A. Maria Plumtree
Plumtree & Associates
11132 Winners Circle, Suite G207
Los Alamitos, CA 90720
mplumtree@plumtreelaw.com
nbrunner@plumtreelaw.com
**Attorney for GF Investment Group, Inc. dba The Investment Center**

James R. Wakefield
Edward J. Farrell
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
jwakefield@cwlawyers.com
efarrell@cwlawyers.com
**Attorney for La Hacienda Nursery & Landscape, Inc.**

Marc S. Homme
MARC S. HOMME, APLC
74-361 Highway 111, Suite 12
P.O. Box 4250
Palm Desert, CA 92261
marc@hommelaw.net
**Attorney for Doug Wall Construction Inc. and Western Surety Company**

Michael K. Murray
Lanak & Hanna, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
mkmurray@lanak-hanna.com
**Attorney for The Sherwin-Williams Company and L&W Supply Corporation**

Stephen Armstrong
Miguel Arballo
The Law Office of Stephen J. Armstrong
75100 Mediterranean
Palm Desert, CA 92211
stephen@sjalaw.com
miguel@sjalaw.com
**Attorney for Apple J Plumbing, Inc., Desert Palms Electric, Inc., Mascorro Concrete Construction, Inc., Temalpakh, Inc. dba The Works Floor and Wall, and Jacobsson Engineering Construction, Inc.**

Marvin H. Weiss
LAW OFFICE OF MARVIN H. WEISS
74075 El Paseo, Suite A15
Palm Desert, CA 92260
mhwesq@me.com
**Attorney for Dr. Elliot Lander**

1

2    Alan G. Tippie
     Mark S. Horoupian
3    Sulmeyer Kupetz
     333 S. Grand Ave., Suite 3400
4    Los Angeles, CA  90071
     alan.tippie@gmlaw.com
5    mhoroupian@sulmeyerlaw.com
     **Attorney for Receiver Edwin W. Leslie**

6    Damian D. Capozzola
     Timothy R. Laquer
7    The Law Offices of Damian D. Capozzola
     633 W. 5th Street, 26th Floor
8    Los Angeles, CA  90071
     ddc@ddclaw.com
9    trl@ddclaw.com
     **Attorney for Gary Stiffelman**
10

11   Michael T. Chulak
     MICHAEL T. CHULAK ASSOCIATES
12   30343 Canwood Street, Suite 203
     Agoura Hills, CA 91301
13   mchulak@mtclaw.com
     **Attorney for Jianwang Wu, GRT Re**
14   **Investment, LLC**
15

16   Alex R. Baghdassarian
     Simran Tiwana
17   Camile Murray
     PECKAR & ABRAMSON, P.C.
18   801 South Figueroa Street, Suite 950
     Los Angeles, CA 90017
19   abaghdassarian@pecklaw.com
     stiwana@pecklaw.com
20   cmurray@pecklaw.com
     **Attorney for Force Rubin, LLC; Force Rubin**
21   **2, LLC; A. Stuart Rubin; and Glenroy**
     **Coachella Holdings, LLC**
22

23   Sean A. Okeefe
     Okeefe & Associates Law Corporation
24   26 Executive Park, Suite 250
     Irvine, CA 92614
25   Phone: (949)334-4135
     sokeefe@okeefelawcorporation.com
26   **Attorney for Elliot Lander**

27

28

Trevor O. Resurreccion
Mark A. Walsh
Lynberg & Watkins,
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Phone: (714) 937-1010
tresurreccion@lynberg.com
mwalsh@lynberg.com
jorellana@lynberg.com
**Attorney for Doug Wall Construction,**
**Inc.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER (1) DETERMINING THAT TRUSTEE DOES NOT HAVE TO RESPOND TO NON-BANKRUPTCY COURT SUBPOENA FOR FAILURE TO COMPLY WITH BARTON DOCTRINE; OR, IN THE ALTERNATIVE, (2) AUTHORIZING TRUSTEE TO INCUR ADMINISTRATIVE EXPENSES TO USE ESTATE PROPERTY TO RESPOND TO NON-BANKRUPTCY COURT SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD A. MARSHACK IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 16, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **August 16, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
GLENROY COACHELLA, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
1801 S. LA CIENEGA BLVD, STE 301
LOS ANGELES, CA 90035-4658

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 16, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL:**
**PRESIDING JUDGE'S COPY**
HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1534 / COURTROOM 1539
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR INTERESTED PARTY EFO FINANCIAL GROUP LLC:** Steven M Berman sberman@shumaker.com, cparrish@shumaker.com; bgasaway@shumaker.com
- **INTERESTED PARTY COURTESY NEF:** Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR SAXON ENGINEERING SERVICES INC AND COMMITTEE OF UNSECURED CREDITORS:** Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR and DEFENDANT DOUG WALL CONSTRUCTION, INC. and DEFENDANT CITY OF COACHELLA:** Caroline Djang cdjang@buchalter.com, docket@buchalter.com; lverstegen@buchalter.com
- **INTERESTED PARTY COURTESY NEF:** Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com; 15994@notices.nextchapterbk.com
- **ATTORNEY FOR CREDITORS LASERSCOPIC MEDICAL CLINIC, LLC; LASERSCOPIC SPINAL CENTERS OF AMERICA, INC.; AND JOE SAMUEL BAILEY:** Jonathan R Doolittle jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- **INTERESTED PARTY COURTESY NEF:** Richard T Egger richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **ATTORNEY FOR U.S. TRUSTEE (LA):** Eryk R Escobar eryk.r.escobar@usdoj.gov
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR BLAIR AIR, INC.:** Brian S Harnik bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com; cbastida@marshackhays.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR ORCO BLOCK & HARDSCAPE:** William C Hoggard wch@wchlawgroup.com, admin@wchlawgroup.com
- **INTERESTED PARTY COURTESY NEF:** Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com; karen.files@gmlaw.com
- **ATTORNEY FOR CREDITOR U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Marsha A Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
- **ATTORNEY FOR PLAINTIFFS QUONSET PARTNERS LLC and THE COACHELLA LIGHTHOUSE, LLC:** Aluyah I Imoisili aimoisili@drwelchlaw.com
- **INTERESTED PARTY COURTESY NEF:** Sandra Khalili skhalili@rpblaw.com, maltamirano@rpblaw.com
- **INTERESTED PARTY COURTESY NEF:** Michael S Kogan mkogan@koganlawfirm.com
- **ATTORNEY FOR INTERESTED PARTY GARY STIFFELMAN:** Timothy R Laquer trl@ddclaw.com, trl@ddclaw.com
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Crystle Jane Lindsey crystlelindsey27@gmail.com
- **INTERESTED PARTY COURTESY NEF:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. dba BENTLEY FINANCIAL SERVICES and CREDITOR PORSCHE LEASING LTD:** Stacey A Miller smiller@tharpe-howell.com
- **ATTORNEY FOR CREDITOR L & W SUPPLY CORPORATION dba CALPLY and CREDITOR THE SHERWIN-WILLIAMS COMPANY:** Michael K Murray mkmurray@lanak-hanna.com, lrarriaga@lanak-hanna.com
- **ATTORNEY FOR DEFENDANT CITY OF COACHELLA and DEFENDANT DOUG WALL CONSTRUCTION, INC.:** Dustin Nirschl dustin.nirschl@bbklaw.com, linda.tapia@bbklaw.com; wilma.escalante@bbklaw.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE RICHARD A MARSHACK (TR):** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **ATTORNEY FOR DEFENDANT DESERT MEDICAL PROPERTIES, INC.; DEFENDANT DESERT MEDICAL PROPERTIES, INC., A CALIFORNIA CORPORATION; DEFENDANT FORCE-DMP, LLC; DEFENDANT**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

**ELLIOT B LANDER; and INTERESTED PARTY STUART RUBIN:** Sean A OKeefe sokeefe@okeefelc.com, seanaokeefe@msn.com

- **ATTORNEY FOR DEFENDANT HARBOR TRADING USA and DEFENDANT ROSR, INC.:** Zachary Page ztp@lnbyg.com
- **INTERESTED PARTY COURTESY NEF:** R Gibson Pagter, Jr. gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **ATTORNEY FOR CREDITOR COUNTY OF RIVERSIDE TREASURER-TAX COLLECTOR:** Ronak N Patel rpatel@rivco.org, suhernandez@rivco.org; dresparza@rivco.org
- **INTERESTED PARTY COURTESY NEF:** Matthew D Pham mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **ATTORNEY FOR CREDITOR LAW OFFICES OF JEFFREY D SEGAL, A PROFESSIONAL CORPORATION:** Sheila M Pistone sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- **ATTORNEY FOR CREDITOR GF INVESTMENT GROUP, INC. DBA THE INVESTMENT CENTER, A CALIFORNIA CORPORATION:** Maria Plumtree agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
- **ATTORNEY FOR CREDITORS AL MILLER & SONS ROOFING CO INC; APPLE J PLUMBING; DESERT PALM ELECTRIC INC; JACOBSSON ENGINEERING CONSTRUCTION INC; MASCORRO CONCRETE CONSTRUCTION INC; TANDEM WEST GLASS INC; TEMALPAKH INC DBA THE WORKS FLOOR & WALL:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **CREDITOR ALLY BANK LEASE TRUST – ASSIGNOR TO VEHICLE ASSET UNIVERSAL LEASING TRUST (AKA "VAULT TRUST", OR "V.A.U.L. TRUST", OR "VAULT", OR "V.A.U.L.T."), C/O AIS PORTFOLIO:** Arvind Nath Rawal arawal@aisinfo.com
- **INTERESTED PARTY COURTESY NEF:** Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR CALIFORNIA STATEWIDE COMMUNITIES DEVELOPMENT AUTHORITY:** Debra Riley driley@allenmatkins.com
- **ATTORNEY FOR COUNTER-DEFENDANT, CREDITOR, AND PLAINTIFF U.S. REAL ESTATE CREDITOR HOLDINGS III-A, LP:** Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** James R Selth jselth@wztslaw.com, jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com
- **ATTORNEY FOR INTERESTED PARTY LATHAM MANAGEMENT & CONSULTING SERVICES, INC.:** Leonard M Shulman lshulman@shulmanbastian.com
- **ATTORNEY FOR CREDITOR A. STUART RUBIN AND INTERESTED PARTIES ELLIOT LANDER AND STUART RUBIN:** Evan L Smith els@elsmithlaw.com
- **ATTORNEY FOR INTERESTED PARTY EDWIN W. LESLIE, RECEIVER:** Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- **U.S. TRUSTEE (LA):** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR GLENROY COACHELLA, LLC:** Daniel J Weintraub dan@wsrlaw.net, vinnet@ecf.inforuptcy.com
- **ATTORNEY FOR DEFENDANT HARBOR TRADING USA and DEFENDANT ROSR, INC.:** Beth Ann R. Young bry@lnbyg.com, bry@lnbyb.com

4865-9034-5336, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**