Marsha A. Houston (SBN 129956)
Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     (213) 457-8000
Facsimile:      (213) 457-8080

Attorneys for U.S. Real Estate Credit Holdings III-A, LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>　　　　　　　　Debtor. | Case No.: 2:21-bk-11188-BB<br><br>Chapter 11<br><br>**NOTICE OF NON-BANKRUPTCY COURT RULING REGARDING U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP'S MOTION TO QUASH ELLIOT LANDER'S SUBPOENA TO CHAPTER 7 TRUSTEE**<br><br><u>Hearing Date:</u><br><br>Date:　November 15, 2023<br>Time:　10:00 a.m.<br>Place:　Courtroom 1539<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012<br><br>Honorable Sheri Bluebond |

**TO THE HONORABLE SHERI BLUEBOND, U.S. BANKRUPTCY JUDGE; DEFENDANTS AND THEIR COUNSEL OF RECORD; AND OTHER PARTIES ENTITLED TO NOTICE:**

PLEASE TAKE NOTICE that on September 6, 2023, this Court considered the Motion for Entry of Order 1) Determining That Trustee Does Not Have to Respond to Non-Bankruptcy Court Subpoena for Failure to Comply with Barton Doctrine; Or In The Alternative; (2) Authorizing Trustee To Incur Administrative Expenses and to Use Estate Property to Respond to Non-Bankruptcy Court Subpoena (the "Trustee's Discovery Motion") filed by Richard Marshack, as Chapter 7 Trustee (the "Trustee"), with respect to the subpoena served upon the Trustee (the "Subpoena") by Elliot B. Lander ("Lander").

PLEASE TAKE NOTICE that at the September 6, 2023 hearing, this Court deferred its ruling on the Trustee's Discovery Motion and set a continued hearing date of November 15, 2023, as a consequence of U.S. Real Estate Credit Holdings, III-A, LP's ("USRECH") filing a Motion to Quash the Subpoena (the "USRECH Motion") in the Superior Court of California, County of Riverside (the "Riverside Court").

PLEASE TAKE NOTICE that on October 30, 2023, at the duly-noticed hearing on the USRECH Motion, the Riverside Court considered the USRECH Motion, oppositions filed by Lander and Stuart Rubin thereto, and the arguments of counsel on the record, and the Riverside Court **granted** the USRECH Motion, finding in its order granting the USRECH Motion (the "Order Quashing Lander's Subpoena") that "the demand made in the subpoena is not reasonably particularized for the category of information being requested. Further, [Lander] has not demonstrated that the demand seeks information which is relevant or reasonably calculated to lead to the discovery of admissible evidence. . . . Finally, [Lander] provide[s] no reasons why the information sought in the subpoena cannot be obtained directly from USRECH . . . through available discovery procedures." The rulings of the Riverside Court are more fully set forth in the Order Quashing Lander's Subpoena, a true and correct copy of which is affixed hereto as Exhibit A. [*See* Exh. A at pp. 1, 3.]

**PLEASE TAKE NOTICE** that as a consequence of the entry of the Order Quashing Lander's Subpoena, that the Subpoena has been quashed and is no longer at issue. Accordingly, it appears that the Trustee's Discovery Motion is now moot.

DATED: November 3, 2023                REED SMITH LLP

By  /s/ Christopher O. Rivas
   Marsha A. Houston
   Christopher O. Rivas
   Attorneys for
   U.S. Real Estate Credit Holdings III-A, LP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
355 South Grand Avenue, Suite 2900, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF NON-BANKRUPTCY COURT RULING REGARDING U.S. REAL ESTATE CREDIT HOLDINGS III-A, LP'S MOTION TO QUASH ELLIOT LANDER'S SUBPOENA TO CHAPTER 7 TRUSTEE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 3, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jennifer Andrews**     jennifer.andrews@kutakrock.com, steven.dailey@kutakrock.com;wendy.bonsall@kutakrock.com; jeremy.williams@kutakrock.com;irvineintake@kutakrock.co m
- **Ryan W Beall**     rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Steven M Berman**     sberman@shumaker.com, cparrish@shumaker.com;bgasaway@shumaker.com
- **Joseph Boufadel**     jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Daren Brinkman**     firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Caroline Djang**     cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 3, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Art of the Muse, LLC d/b/a Oly**
,

**Laurence Berman**
Berman Litigation Group
815 Moraga Drive
Los Angeles, CA 90049

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 3, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA UPS OVERNIGHT:**
Hon. Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple Street
Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2023 | Sean Wilson | /s/ Sean Wilson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

## ATTACHMENT PAGE

- **Jenny L Doling**  jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Jonathan R Doolittle**  jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- **Richard T Egger**  richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **Eryk R Escobar**  eryk.r.escobar@usdoj.gov
- **Jeffrey I Golden**  jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Chad V Haes**  chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Brian Stuart Harnik**  bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
- **Sarah Rose Hasselberger**  shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;kfrederick@ecf.courtdrive.com
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **William C Hoggard**  wch@wchlawgroup.com, admin@wchlawgroup.com
- **Mark S Horoupian**  mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **Marsha A Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Aluyah Imoisili**  aimoisili@drwelchlaw.com
- **Sandra Khalili**  skhalili@rpblaw.com, maltamirano@rpblaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Timothy R Laquer**  trl@ddclaw.com, trl@ddclaw.com
- **Crystle Jane Lindsey**  crystlelindsey27@gmail.com
- **Tinho Mang**  tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**  pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Stacey A Miller**  smiller@tharpe-howell.com
- **Michael K Murray**  mkmurray@lanak-hanna.com, lrarriaga@lanak-hanna.com
- **Dustin Nirschl**  dustin.nirschl@bbklaw.com, linda.tapia@bbklaw.com;wilma.escalante@bbklaw.com
- **Ryan D O'Dea**  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe**  sokeefe@okeefelc.com, seanaokeefe@msn.com
- **Zachary Page**  ztp@lnbyg.com
- **R Gibson Pagter**  gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Ronak N Patel**  rpatel@rivco.org, suhernandez@rivco.org;dresparza@rivco.org
- **Matthew D Pham**  mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Sheila M Pistone**  sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- **Maria Plumtree**  agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
- **Thomas J Polis**  tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Arvind Nath Rawal**  arawal@aisinfo.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Debra Riley**  driley@allenmatkins.com
- **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **James R Selth**  jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com
- **Leonard M Shulman**  lshulman@shulmanbastian.com
- **Evan L Smith**  els@elsmithlaw.com

- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**    dweintraub@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Brinkman Law Group, PC**
,

**Grobstein Teeple LLP**
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

**Grobstein Teeple, LLP**
6300 Canoga Avenue, Ste. 1500W
Woodland Hills, CA 91367

**Bradley Huntzinger**
,

**Ryan Lapine**
Frankfurt Kurnit Klein + Selz PC
2029 Century Park East
Suite 2500N
Los Angeles, CA 90067

**Marshack Hays LLP**
870 Roosevelt
Irvine, CA 92620

**Reed Smith LLP**
,

**David R. Welch**
DR Welch Attorneys at Law
500 SOUTH GRAND AVENUE, SUITE 1800
Los Angeles, CA 90071