RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>　　　　Debtor. | Case No.: 2:21-bk-11188-BB<br><br>Chapter 7<br><br>STATEMENT OF PROPERTY SOLD / SETTLEMENT |

RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate of Glenroy Coachella, LLC, files this Statement of Property Sold / Settlement pursuant to FRBP 6004(f)(1) and LBR 6004-1(g). Pursuant to the Order entered February 6, 2024, Trustee has settled the action entitled Marshack v. ROSR Inc., adversary case no. 8:23-ap-01078-BB and the Estate has received $325,000.

Dated: March 9, 2024              Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/  Richard A. Marshack
　　　　　　　　　　　　　　　　　　　　RICHARD A. MARSHACK
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF PROPERTY SOLD / SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 9, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2024 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- **Jennifer Andrews**    jennifer.andrews@kutakrock.com, steven.dailey@kutakrock.com;wendy.bonsall@kutakrock.com;jeremy.williams@kutakrock.com;irvineintake@kutakrock.com
- **Ryan W Beall**    rbeall@go2.law, kadele@go2.law;dfitzgerald@go2.law;rbeall@ecf.courtdrive.com;cmeeker@go2.law
- **Steven M Berman**    sberman@shumaker.com, fmorency@shumaker.com;choffman@shumaker.com;lhutton@shumaker.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Daren Brinkman**    firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Caroline Djang**    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Jenny L Doling**    jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com;jdoling@jubileebk.net
- **Jonathan R Doolittle**    jonathan.doolittle@pillsburylaw.com, courtalertecf@pillsburylaw.com
- **Richard T Egger**    richard.egger@bbklaw.com, linda.tapia@bbklaw.com
- **Eryk R Escobar**    eryk.r.escobar@usdoj.gov
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
- **Brian Stuart Harnik**    bharnik@rhlawfirm.com, bharnik@rhlawfirm.com
- **Sarah Rose Hasselberger**    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **William C Hoggard**    wch@wchlawgroup.com, admin@wchlawgroup.com
- **Mark S Horoupian**    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **Marsha A Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Aluyah Imoisili**    aimoisili@drwelchlaw.com
- **Sandra Khalili**    skhalili@rpblaw.com, maltamirano@rpblaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Timothy R Laquer**    trl@ddclaw.com, trl@ddclaw.com
- **Crystle Jane Lindsey**    crystlelindsey27@gmail.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Stacey A Miller**    smiller@tharpe-howell.com
- **Michael K Murray**    mkmurray@lanak-hanna.com, lrarriaga@lanak-hanna.com
- **Dustin Nirschl**    dustin.nirschl@bbklaw.com, linda.tapia@bbklaw.com;wilma.escalante@bbklaw.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe**    sokeefe@okeefelc.com, seanaokeefe@msn.com
- **Zachary Page**    ztp@lnbyg.com
- **R Gibson Pagter**    gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Ronak N Patel**    rpatel@rivco.org, suhernandez@rivco.org;dresparza@rivco.org
- **Matthew D Pham**    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- **Sheila M Pistone**    sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- **Maria Plumtree**    agrow@plumtreelaw.com, mplumtree@plumtreelaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

- **Arvind Nath Rawal**   arawal@aisinfo.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Debra Riley**   driley@allenmatkins.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **James R Selth**   jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com
- **Leonard M Shulman**   lshulman@shulmanbastian.com
- **Evan L Smith**   els@elsmithlaw.com
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**   dweintraub@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**